# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

Charles Nichols
*Plaintiff*

**FOR OFFICE USE ONLY**

v.

EDMUND G. BROWN, Jr., in his official
capacity as Governor of California, KAMALA
D. HARRIS, Attorney General, in her official
capacity as Attorney General of California,
CITY OF REDONDO BEACH, CITY OF
REDONDO BEACH POLICE
DEPARTMENT, CITY OF REDONDO
BEACH POLICE CHIEF JOSEPH
LEONARDI and DOES 1 to 10

*Defendants*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.: CV-11-9916 SJO (SS)

## SUMMONS IN A CIVIL ACTION
**FOR OFFICE USE ONLY**

TO: ALL DEFENDANTS:  See Attachment A

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you
received it) — or 60 days if you are the United States or a United States agency, or an
officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —
you must serve on the plaintiff an answer to the attached complaint or a motion under
Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on
the plaintiff or plaintiff's attorney, whose name and address are:

                Charles Nichols
                PO Box 1302
                Redondo Beach, CA 90278

    If you fail to respond, judgment by default will be entered against you for the relief
demanded in the complaint.
You also must file your answer or motion with the court.

**FOR OFFICE USE ONLY**

CLERK OF COURT

Date: JAN - 4 2012

By: ANDRES PEDRO

Signature of Clerk or Deputy Clerk

1202

**Attachment A to Summons in a Civil Action**

**TO: ALL DEFENDANTS:**

**Edmund G Brown Jr** in his official
capacity as Governor of California
Attn: Legal Department
300 South Spring Street
Los Angeles, CA 90013

**Kamala D Harris** in her official
capacity as Attorney General of
California
300 South Spring Street
Los Angeles, CA 90013

**CITY OF REDONDO BEACH**
415 Diamond Street
Redondo Beach, CA 90277

**CITY OF REDONDO BEACH
POLICE DEPARTMENT**
415 Diamond Street
Redondo Beach, CA 90277

**CITY OF REDONDO BEACH
POLICE CHIEF JOSEPH
LEONARDI**
415 Diamond Street
Redondo Beach, CA 90277