| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Charles Nichols <br> PO Box 1302 <br> Redondo Beach CA 90278 <br> Voice (424) 634-7381 <br> E-Mail CharlesNichols@Pykrete.info <br> In Pro Per | FILED <br> 2011 NOV 30 PM 2:51 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES <br> BY_____ |
| ATTORNEYS FOR: | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols <br> Plaintiff(s), <br> v. <br> Gov. Edmund G. Brown Jr.; Atty Gen Kamala D. Harris; City of Redondo Beach; City of Redondo Beach Police Department; City of Redondo Beach Police Chief Joseph Leonardi <br> Defendant(s) | CASE NUMBER: <br> **CV11 09916 SJO (SS)** <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Charles Nichols
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

NONE

November 30, 2011
Date

_____
Sign

Charles E. Nichols
Attorney of record for or party appearing in pro per

CV-30 (04/10)   NOTICE OF INTERESTED PARTIES