FILED

2011 NOV 30 PM 2:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS | **CASE NUMBER**<br>CV11- 9916 SJO (SS) |
| PLAINTIFF(S) | |
| V. | |
| EDMUND G. BROWN, JR., ET AL | **NOTICE OF REFERENCE TO A**<br>**UNITED STATES MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

Pursuant to General Order 08-05, the within action has been assigned to the calendar of the Honorable S. James Otero, U.S. District Judge. Pursuant to the provisions of General Order 05-07, the within action is referred to U.S. Magistrate Judge Suzanne H. Segal, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary.

Thereafter, unless the Magistrate Judge determines that a trial by District Judge is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court together with proposed findings of fact and conclusions of law where neccessary or appropriate, and a proposed written order or judgment, which shall be mailed to the parties. In the event the Magistrate Judge concludes that a trial by a District Judge is required, the Magistrate Judge shall so report to the District Judge.

Subsequent documents, correspondence and all other matters to be called to the Magistrate Judge's attention must be submitted and/or filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

**Failure to submit and/or file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

11/30/2011
_____
Date

By: CPOWERS

Deputy Clerk

## NOTICE TO COUNSEL

A copy of this notice must be served with the summons and complaint.

Electronic recording equipment is used to report discovery proceedings before magistrate judges. However, if the parties deem that a court report is necessary, they may make their own arrangements in this regard.