UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff,<br><br>   v.<br><br>EDMUND G. BROWN, in his<br>official capacity as Governor<br>of California, et al.,<br><br>        Defendants. | No. CV 11-09916 SJO (SS)<br><br>**STANDING ORDER GOVERNING**<br><br>**PRE-TRIAL PROCEEDINGS BEFORE**<br><br>**THE MAGISTRATE JUDGE** |

**READ THIS ORDER CAREFULLY. IT CONTROLS THIS CASE
AND DIFFERS IN SOME RESPECTS FROM THE LOCAL CIVIL RULES.**

Pursuant to the provisions of General Order 05-07, this action has been referred to the Honorable Suzanne H. Segal, United States Magistrate Judge, for pre-trial proceedings. This order sets forth procedures governing proceedings before Judge Segal.

Both the Court and the parties bear responsibility for the progress of litigation in federal courts. In order to facilitate the just,

speedy, and inexpensive determination of this case, Fed. R. Civ. P. 1, the parties shall comply with the following instructions.

This Order applies to all parties, including those appearing pro se. This action is governed by the Federal Rules of Civil Procedure and the Local Civil Rules for the Central District of California. Pro se litigants and counsel are ordered to familiarize themselves with those rules of procedure.[1] Plaintiff is explicitly cautioned that failure to comply with the local or federal rules may be ground for dismissal. See Local Civil Rule 83-2.10.4.

**IT IS FURTHER ORDERED:**

1. **Filings by pro se litigants**: All documents concerning this case filed by a party without counsel are to be submitted for filing either by direct filing at the filing window or by mail. Documents filed by mail should be addressed to: Jacob Yerke, Clerk to Magistrate Judge Segal, United States Courthouse, 312 N. Spring Street, Los Angeles, CA 90012. Pro se litigants shall submit one original and one copy of all documents filed with the Court and are reminded that they must sign the original document.

---

[1] Copies of the Local Civil Rules are available on the Court's website at "**http://www.cacd.uscourts.gov**" or they may be purchased from one of the following:

Los Angeles Daily Journal
915 East 1st Street
Los Angeles, CA 90012

West Group
610 Opperman Drive
Post Office Box 64526
St. Paul, MN 55164-0526

Metropolitan News
210 South Spring Street
Los Angeles, CA 90012

2. **Filings by counsel**: All counsel must follow e-filing requirements set forth in General Order 08-02. **Counsel shall electronically file all documents by 4:00 p.m.** on or before the due date. **Courtesy copies** of the following **electronically filed documents**, with the Notice of Electronic Filing attached, shall be either (a) delivered to the drop box outside Judge Segal's Chambers no later than 4:00 p.m. on the next court day, or (b) mailed to Magistrate Judge Suzanne H. Segal, United States Courthouse, 312 N. Spring Street, Los Angeles, CA 90012, no later than the next court day:

    a. For <u>all</u> motions, including a Motion to Dismiss the Complaint, Motion for Summary Judgment, and any discovery motion: the moving and supporting papers, the opposition papers, and the reply papers.

    b. The Answer to the Complaint.

3. **Communications with the Court**: Pursuant to Local Civil Rule 83-2.11, the parties and their counsel shall not attempt to contact the Court or its chambers staff by telephone, letter, facsimile, e-mail or by any other <u>ex parte</u> means. All inquiries, requests, or other matters to be called to the Judge's attention regarding this case must be submitted for filing as motions, applications, or other appropriate pleadings. The parties or their counsel may contact the **Courtroom Deputy, Jacob Yerke, at 213-894-0958**, with appropriate administrative inquiries only. To facilitate communication with the Courtroom Deputy, counsel should list their facsimile transmission numbers along with their telephone numbers on all papers.

4. **Plaintiff contact information**: At the top of page one of every filing, Plaintiff shall provide his name and mailing address, as well as telephone number, facsimile number, and email address, if any. The address provided will be presumed correct and will be used to communicate with the party. **During the pendency of the action, Plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. Any failure by Plaintiff to comply with a Court order because he did not receive the order due to his failure to inform the Court of his current address may result in dismissal of this action for failure to prosecute.** Local Civil Rule 41-6.

5. **Formatting requirements**: All documents filed with the Court must conform to the following standards.

    a. **Typeface shall comply with Local Civil Rule 11-3.1.1. NOTE: If Times Roman font is used, the size must be no less than 14; if Courier is used, the size must be no less than 12.** Footnotes shall be in typeface no more than one size smaller than text size and shall be used sparingly.

    b. **If possible, pro se litigants shall submit typewritten or word processed documents for filing** in preference to handwritten documents. The parties shall type or write the original document using ink sufficiently dark enough that it can be photocopied clearly.

4

        c.    **Only one side of each page shall be used.** Each document shall have at least a one-inch margin at the top of each page so that the document can be two-hole punched and properly bound in the Court file. Each page of every filed document, including exhibits, must be consecutively numbered.

Filings that do not conform to the formatting requirements of the Local Civil Rules and this Order will not be considered.

    6.    **Presence of lead counsel**: Lead trial counsel for represented parties shall attend any proceeding before this Court, including all status conferences, as well as settlement conferences.

    7.    **Service of the Complaint**: Plaintiff shall promptly serve the Complaint in accordance with Federal Rule of Civil Procedure 4 and file the proofs of service pursuant to Local Civil Rule 5-3.1.

    8.    **Proof of service**: Once a Defendant has been served with process or has entered an appearance in the case, Federal Rule of Civil Procedure 5 requires that Plaintiff serve each Defendant's attorney (or the defendant himself, if not represented by counsel) with a copy of <u>every</u> pleading or other document submitted for the Court's consideration. Each document submitted after any Defendant has entered an appearance in the case or has been served with process <u>must be accompanied by a proof of service</u> establishing under oath that Plaintiff has served a copy of the document on Defendant in accordance with Federal Rule 5 and Local Civil Rule 5-3. Strict compliance with Federal

Rule 5 and Local Civil Rule 5-3 will be required, and any filing that fails to contain the required proof of service will be disregarded.

9. **Discovery**: All discovery matters will be heard by Judge Segal. Pursuant to Local Civil Rule 72-2.1, any party objecting to a Magistrate Judge's ruling on a pretrial matter that is not dispositive of a claim or defense must file a motion for review by the assigned District Judge within fourteen (14) days of the date of an oral order or within fourteen (14) days of service of a written ruling.

10. **Motions**:

   a. **Time for Filing and Hearing Motions**: Motions shall be filed in accordance with Local Civil Rule 7. The next available motion date can be obtained from the Courtroom Deputy or the Filing Window. This Court customarily hears motions on **Tuesdays, commencing at 10:00 a.m.** Opposition and Reply Briefs, including all declarations and supporting documentation, will be rejected if not timely filed in accordance with the Local Civil Rules, as adherence to the timing requirements is essential for the Court's preparation of motion matters. **No supplemental brief shall be filed without prior leave of Court.** Local Civil Rule 7-10.

   b. **Pre-filing Requirements**: The parties should take note of the changes to the Local Civil Rules affecting motion practice in the Central District. Among other things, Local Civil Rule 7-3 requires parties to meet and confer before filing any motion "to discuss thoroughly . . . the substance of the contemplated motion and any

potential resolution," and to confirm in the notice of motion that such conference has taken place. Local Civil Rule 7-3; see also id. Rule 37 (setting forth pre-filing conference rules and motion formatting requirements pertaining specifically to discovery motions). The parties should discuss the issues sufficiently so that if a motion is still necessary, the briefing may be directed only to those substantive issues requiring resolution by the Court. The parties should resolve minor procedural or other non-substantive matters during the conference. **Failure to comply with Local Civil Rules 7-3 and 37-1 and to set forth such compliance in the notice of motion will result in the motion being vacated.**

      c. **Length of Motion Papers: Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 12 pages**. Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations.

      d. **Motions for Summary Judgment**: Before filing a motion for summary judgment, the parties are strongly encouraged to review Chapter 14 of Schwarzer, Tashima & Wagstaffe, <u>California Practice Guide: Federal Civil Procedure Before Trial</u> (1998). To assist the Court, the moving party shall submit the required Statement of Uncontroverted Facts and Conclusions of Law as set forth in Form 14:C. The opposing party shall submit the required Statement of Genuine Issues as set forth in Form 14:D, responding first to each of the moving party's alleged uncontroverted facts, then listing any material facts in dispute, and

7

citing to supporting evidence. **Note: Separate statements that fail to comply with the above format will not be considered.**

10. **Proposed Orders**: Each party filing or opposing a motion or seeking the determination of any matter shall serve and lodge a Proposed Order setting forth the relief or action sought and a brief statement of the rationale for the decision with appropriate citations. If the Proposed Order exceeds two pages, the proposing party shall also submit the document on a 3½-inch diskette, thumb drive, or other downloadable electronic format compatible with WordPerfect 11.

11. **Telephonic Hearings**: At its discretion, the Court will conduct hearings and conferences by telephone if any party outside the district so requests and all involved parties consent. The party requesting the telephonic hearing shall contact the Courtroom Deputy Clerk, Jacob Yerke, at 213-894-0958, at least one week prior to the date scheduled for the motion or conference to make the necessary arrangements. A member of the Court's staff will place the conference call.

12. **Ex Parte Applications**: The parties are reminded that ex parte applications are solely for extraordinary relief. See Mission Power Eng'g Co. v. Continental Casualty Co., 883 F. Supp. 488, 489-90 (C.D. Cal. 1995). Applications that fail to conform with Local Civil Rules 7-19 and 7-19.1, **including a statement of the opposing party's position**, will not be considered. The Court considers ex parte applications on the papers and usually does not set these matters for hearing. In addition to the requirements of Local Civil Rules 7-19 and 7-19.1, the

moving party shall serve opposing counsel by facsimile transmission. If the opposing party is not represented, the moving party shall serve the opposing party by facsimile transmission, email, or personal service. The moving party must also notify opposing counsel, if the party is represented, or the opposing party that opposition papers must be filed no later than 24 hours following such service. The parties shall deliver a conformed courtesy copy of moving, opposition, or notice of non-opposition papers to Judge Segal's chambers. The Courtroom Deputy Clerk will notify the parties of the Court's ruling or a hearing date and time, if the Court determines a hearing is necessary.

13. **Continuances**: A party requesting a continuance must lodge –- prior to the date to be continued –- a Proposed Stipulation and Order including a detailed declaration of the grounds for the requested continuance or extension of time. Local Civil Rule 7-11. The Court grants continuances only upon a showing of good cause, focusing on the diligence of the party seeking the continuance and any prejudice that may result if the continuance is granted. Failure to comply with the Local Civil Rules and this Order will result in rejection of the request without further notice to the parties. **Proposed stipulations to continue scheduling dates shall address the effect of such continuance on any other dates previously set by the Court. Such stipulations do not become effective unless and until signed by the Court. Parties requesting conformed copies shall comply with Local Civil Rule 11-4.5.**

DATED: December 7, 2011

/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

9