Lodged
Prop. Order

FILED
2012 JAN 17 PM 3:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1 | Charles Nichols
2 | PO Box 1302
   | Redondo Beach, CA 90278
   | Voice: (424) 634-7381
3 | E-Mail: CharlesNichols@Pykrete.info
   | In Pro Per

United States District Court

Central District of California

| Charles Nichols, | Case No.: |
| Plaintiff, | CV-11-9916 SJO (SS) |
| vs. | |
| EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10, Defendants. | PLAINTIFF'S EX PARTE APPLICATION TO SUMBIT DOCUMENT UNDER SEAL AND REQUEST FOR WAIVER OF NOTICE AND MEMORANDUM PURSANT TO L.R. 7-19 |

1  PLEASE TAKE NOTICE that, by submission to the Honorable Suzanne H.
2  Segal of the United States District Court for the Central District of California,
3  Western Division 312 N. Spring St. Rm. G-8 Los Angeles, CA 90012 Plaintiff
4  Charles Nichols hereby applies ex parte to submit a document under seal.
5  Specifically, a copy of an INCIDENT REPORT filed by Plaintiff with the Los
6  Angeles County Sheriff's Department reporting a Criminal Threat (California
7  Penal Code section 422) made against Plaintiff which is referenced in paragraph 15
8  of the Complaint.
9  
10  Plaintiff requests that the copy of the INCIDENT REPORT be kept under
11  seal and not be made part of the public record nor be provided to Defendant's, their
12  attorneys, nor to any other persons beyond those the Court deems essential.
13  
14  None of the Defendant's are mentioned in the INCIDENT REPORT. This
15  suit does not seek any monetary relief and the only relief requested is
16  equitable relief. Were the contents of this document to become publicly known it
17  would place Plaintiff in even greater danger.
18  
19  In the interests of justice, plaintiff requests that memorandum and
20  notice of counsel be waived. Defendant's attorneys are unknown to
21  Plaintiff despite repeated requests. All Defendants were requested to waive
22  service of summons, which was sent to all Defendants on December 3rd, the only
23  reply from any Defendant was a form letter from the Attorney General's Office
24  dated December 16th, with an "X" next to a line which reads "4. Other: Service is
25  improper."
26  
27  A request for waiver of service is not "service," neither is it "improper."
28  Defendants were not even formally served with a summons until January 9th. The

1  City of Redondo Beach held a closed session meeting to discuss Plaintiff's lawsuit
2  on December 6th. Defendant Brown received his request for waiver of service on
3  December 5th. Given the press coverage of this lawsuit and their actions,
4  Defendants can hardly claim that they are unaware of the complaint and their
5  attorneys should have contacted Plaintiff who is represented In Pro Per.

7  Plaintiff does not know who the counsel for all other parties is pursuant to
8  L.R. 7-19.1 Despite his repeated attempts to ascertain their identities from
9  Defendants. Plaintiff cannot compel Defendants to reveal the identity of their
10 attorneys and therefore a waiver under L.R. 7-19 and submission of the requested
11 document under seal is proper particularly because no harm comes to the
12 Defendants by this Court granting permission to submit the document under seal
13 and to waive notice and memorandum, while at the same time there is potentially
14 great and even deadly harm to the Plaintiff were the contents of the document to
15 become public knowledge.

Respectfully submitted this 16th day of January, 2012.

By: Charles Nichols
Plaintiff in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info

Nichols v. Edmund G Brown Jr et al PLAINTIFF'S EX PARTE APPLICATION TO SUMBIT DOCUMENT UNDER SEAL  2