UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    CV 11-09916 SJO  (SS)                    Date: January 19, 2012
                                                     Page 1 of 1

Title:    Charles Nichols v. Edmund G. Brown, Jr., et al.

================================================================================

DOCKET ENTRY:    **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO SUBMIT DOCUMENT UNDER SEAL AND REQUEST FOR WAIVER OF NOTICE AND MEMORANDUM PURSUANT TO L.R. 7-19 (Docket No. 10)**

================================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Jacob Yerke | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS)**

    On January 17, 2012, Plaintiff in the above-referenced civil rights action filed an Ex Parte Application to Submit Document Under Seal and Request for Waiver of Notice and Memorandum Pursuant to L.R. 7-19 (the "Application").  Plaintiff seeks to "submit" under seal a copy of a Los Angeles County Sheriff's Department Incident Report (the "Report").  Plaintiff's Application is **DENIED**.  Plaintiff fails to explain his purpose in filing the Report or provide any compelling reason that would justify filing the Report under seal.  There is no pending motion and Defendants have not yet answered the Complaint.  Furthermore, the Application fails to comply with the Local Rules governing ex parte applications.  See, e.g., L.R. 7-19.  Plaintiff is advised that at this stage in the litigation, he is not required to produce evidence in support of his allegations.

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

MINUTES FORM 11
CIVIL-GEN                                                     Initials of Deputy Clerk ___