1  MICHAEL W. WEBB S.B.N. 133414
   City Attorney for the
2  City of Redondo Beach
   415 Diamond Street
3  Redondo Beach, CA 90277-0639

4  Phone:  (310) 318-0655
   Fax:    (310) 372-3886
5

6  Attorney for Redondo Beach Defendants

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| CHARLES NICHOLS, | ) CASE NO: 2:11-cv-09916-SJO-SS |
|---|---|
| Plaintiff, | ) NOTICE OF MOTION AND MOTION TO DISMISS |
| v. | ) |
| | ) (Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)) |
| EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, and DOES 1 to 10, | ) Date: March 6, 2012<br>) Time: 10:00 a.m.<br>) Location: Courtroom 23 3rd Floor<br>) Judge: Hon. Suzanne H. Segal<br>) Date Action Filed: November 20, 2011 |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 6, 2012 at 10:00 a.m., or as soon thereafter as counsel can be heard in the above-listed Court, Defendants City of Redondo Beach, Redondo Beach Police Department, and Redondo Beach Police Chief Joseph Leonardi (collectively "Redondo Beach Defendants") will move this Court for an order dismissing Plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that subject matter jurisdiction does not

1 | exist in the case at hand, and pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds
2 | that Plaintiff's complaint fails to state a claim upon which relief can be granted.
3 |     This Motion is based on this Notice of Motion and Motion, the
4 | accompanying Memorandum of Points and Authorities, accompanying declarations
5 | and materials attached hereto, the pleadings and papers on file herein, the record to
6 | date in this matter, and upon such other matters as may be presented to the Court at
7 | the time of the hearing. Additionally, this motion is made following the conference
8 | of counsel pursuant to L.R. 7-3 which took place on January 25, 2012."

Dated: January 30, 2012

**REDONDO BEACH CITY ATTORNEY'S OFFICE**

/ s /Michael W. Webb
Michael W. Webb
Counsel for Redondo Beach Defendants

|   |   |   |
|---|---|---|
| 1 | | **UNITED STATES DISTRICT COURT** |
| 2 | | **CENTRAL DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 3 | CHARLES NICHOLS, | ) CASE NO: 2:11-cv-09916-SJO-SS |
| 4 | Plaintiff, | ) |
| 5 | v. | ) **PROOF OF SERVICE** |
| 6 | EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, and DOES 1 to 10, | ) **NOTICE OF MOTION AND MOTION TO DISMISS (Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6))** |
| 12 | Defendants. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 415 Diamond Street, Redondo Beach, California 90277-0639.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF MOTION AND MOTION TO DISMISS
(Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6))**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Electronically filed documents have been served conventionally by the filer to:

Charles Nichols,
P.O. Box 1302
Redondo Beach, CA 90278
Plaintiff In Pro Per

Edmun G. Brown, Governor
Office of the Governor
300 South Spring Street
Los Angeles, CA 90013
Defendant

Kamala D. Harris, Attorney General
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013
Defendant

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2012.

/s/ Jennifer Espinoza