1  MICHAEL W. WEBB S.B.N. 133414
   City Attorney for the
2  City of Redondo Beach
   415 Diamond Street
3  Redondo Beach, CA 90277-0639

4

   Phone:   (310) 318-0655
5  Fax:     (310) 372-3886

6  Attorney for Redondo Beach Defendants

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | CHARLES NICHOLS,                              ) **CASE NO: 2:11-cv-09916-SJO-SS**
12 |      Plaintiff,                                )
13 | v.                                             ) **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**
14 | EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, and DOES 1 to 10, ) **(FRCP 12(b)(1) and 12(b)(6))**
   |                                                ) Date:     March 6, 2012
   |                                                ) Time:     10:00 a.m.
   |                                                ) Location: Courtroom 23 3rd Floor
   |                                                ) Judge:    Hon. Suzanne H. Segal
   |                                                ) Date Action Filed: November 20, 2011
20 |      Defendants.                               )

**ORDER**

Defendants City of Redondo Beach, Redondo Beach Police Department, and Redondo Beach Police Chief Joseph Leonardi (collectively "Redondo Beach Defendants")'s Motion to Dismiss the complaint in this matter came on regularly for hearing before this Court on March 6, 2012.

Having considered the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, the Court finds that Plaintiff has failed to allege sufficient facts establishing Article III standing and has also failed to state a claim upon which relief may be granted.

**IT IS HEREBY ORDERED** that Redondo Beach Defendants' Motion to Dismiss is **GRANTED**. The Complaint in this case is ordered dismissed [with] [without] prejudice.

**IT IS SO ORDERED.**

Date: _____, 2012

_____
Hon. James S. Otero
United States District Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, and DOES 1 to 10,<br><br>    Defendants. | CASE NO: 2:11-cv-09916-SJO-SS<br><br>**PROOF OF SERVICE**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br>**(FRCP 12(b)(1) and 12(b)(6)** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 415 Diamond Street, Redondo Beach, California 90277-0639.

I am not a party to the above-entitled action. I have caused service of: **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(1) and 12(b)(6)** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them. Electronically filed documents have been served conventionally by the filer to:

Charles Nichols,
P.O. Box 1302
Redondo Beach, CA 90278
Plaintiff In Pro Per

Edmun G. Brown, Governor
Office of the Governor
300 South Spring Street
Los Angeles, CA 90013
Defendant

Kamala D. Harris, Attorney General
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013
Defendant

    I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2012.

                                                    /s/ Jennifer Espinoza