1  KAMALA D. HARRIS
   Attorney General of California
2  PETER K. SOUTHWORTH
   Supervising Deputy Attorney General
3  JONATHAN M. EISENBERG
   Deputy Attorney General
4  State Bar No. 184162
     300 South Spring St., Ste. 1702
5    Los Angeles, CA  90013
     Telephone:  (213) 897-6505
6    Fax:  (213) 897-1071
     E-mail:  jonathan.eisenberg@doj.ca.gov
7  *Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>Defendants. | CV-11-09916 SJO (SS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(B)(1)**<br><br>Date: March 6, 2012<br>Time: 10:00 a.m.<br>Crtrm.: 23 – 3rd Flr.<br>Judge: Hon. Suzanne H. Segal<br>Trial Date: Not Yet Set<br>Action Filed: Nov. 30, 2011 |

TO (PRO SE) PLAINTIFF CHARLES NICHOLS:

PLEASE TAKE NOTICE that, at 10:0 a.m., on Tuesday, March 6, 2012, or as soon thereafter as the matter may be heard in the above-entitled Court, located at 312 North Spring St. in Los Angeles, Defendant Kamala D. Harris, Attorney

1

1  General of the State of California (the "Attorney General") will and hereby does
2  move the Court to dismiss this action under Federal Rule of Civil Procedure
3  12(b)(1), because of lack of subject-matter jurisdiction, on the specific grounds that
4  Plaintiff Charles Nichols ("Nichols") has alleged neither a cognizable injury nor a
5  live case or controversy, the case is not ripe for adjudication, the Attorney General
6  has immunity to Nichols's claims under the U.S. Constitution's Eleventh
7  Amendment, and there is Eleventh Amendment immunity for Nichols's claim
8  under California state law.
9      This motion is based on the instant notice of motion and motion, the
10 accompanying supporting memorandum of points and authorities, and the pleadings
11 and papers on file in this action.
12     This motion is made following the conference of Jonathan M. Eisenberg,
13 counsel of record for AG Harris, and Plaintiff Charles Nichols, a *pro se* plaintiff,
14 per Local Rule 7-3, which conference took place on January 24, 2012.

15 Dated: January 30, 2012                Respectfully submitted,

                                         KAMALA D. HARRIS
                                         Attorney General of California
                                         PETER K. SOUTHWORTH
                                         Supervising Deputy Attorney General

                                         */s/ Jonathan M. Eisenberg*
                                         JONATHAN M. EISENBERG
                                         Deputy Attorney General
                                         *Attorneys for Defendant California*
                                         *Attorney General Kamala D. Harris*

22 SA2012104470
   60702516.doc

# CERTIFICATE OF SERVICE

Case Name: **Nichols, Charles v. Edmund G. Brown Jr.**  No. **11-cv-09916-SJO-SS**

I hereby certify that on January 30, 2012, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(B)(1)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On January 30, 2012, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael W. Webb  
City Prosecutor  
Redondo Beach City Attorney's Office  
401 Diamond Street  
Redondo Beach, CA  90277

Nichols Charles  
P.O. Box 1302  
Redondo Beach, CA  90278

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 30, 2012, at Los Angeles, California.

| R. Velasco | |
|---|---|
| Declarant | Signature |

60705248.doc