**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.     CV 11-9916-SJO-(SS)                               Date: January 31, 2012

Title:       Charles Nichols v. Edmund G Brown Jr et al

========================================================================
DOCKET ENTRY:     ORDER (1) SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS AND (2) VACATING HEARING DATE ON MOTIONS
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Jacob Yerke | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS)**

On January 30, 2012, in the above-entitled civil rights action, Motions to Dismiss were filed by Defendants City of Redondo Beach and City of Redondo Beach Police Department and by Defendant Kamala D. Harris. Plaintiff shall have until **February 14, 2012** to serve and file an Opposition to the Motions. Defendants shall have seven (7) days from service of the Opposition to serve and file a Reply, if necessary. Thereafter, the Motions will be deemed submitted without oral argument. Accordingly, **IT IS ORDERED** that the hearings set for **March 6, 2012** be taken off calendar.

Plaintiff is advised that failure to file Oppositions to the Motions may be deemed consent to the granting of the Motions, pursuant to Local Rule ("L.R.") 7-12. Furthermore, the Court may decline to consider any memorandum or other paper not filed within the deadline set by this order. See L.R. 7-12. If Plaintiff does not intend to oppose the motions, he should file Notices of Non-Opposition. See L.R. 7-16. Finally, Plaintiff is advised that failure to respond to an order of the Court may result in a recommendation that his action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The parties are advised that they should not delay litigation of this matter due to the pendency of motions to dismiss. The Court will not extend future deadlines because motions to dismiss are under consideration. The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for the above-named Defendants.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                              Initials of Deputy Clerk _____ jy