1   KAMALA D. HARRIS
    Attorney General of California
2   PETER K. SOUTHWORTH
    Supervising Deputy Attorney General
3   JONATHAN M. EISENBERG
    Deputy Attorney General
4   State Bar No. 184162
     300 South Spring St., Ste. 1702
5    Los Angeles, CA 90013
     Telephone: (213) 897-6505
6    Fax: (213) 897-1071
     E-mail: jonathan.eisenberg@doj.ca.gov
7
   *Attorneys for Defendant California Attorney*
8   *General Kamala D. Harris*

9         IN THE UNITED STATES DISTRICT COURT

10       FOR THE CENTRAL DISTRICT OF CALIFORNIA

11             WESTERN DIVISION

12

13

| | |
|---|---|
| **CHARLES NICHOLS,** | CV-11-09916 SJO (SS) |
| Plaintiff, | **NOTICE OF ERRATA IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(B)(1)** |
| **v.** | |
| **EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,** | Date:       March 6, 2012<br>Time:      10:00 a.m.<br>Crtrm.:    23 – 3rd Flr.<br>Judge:     Hon. Suzanne H. Segal<br>Trial Date:  Not Yet Set<br>Action Filed:  Nov. 30, 2011 |
| Defendants. | |

     PLEASE TAKE NOTICE that there was an error in the January 30, 2012

document titled "Memorandum of Points and Authorities in Support of Motion to

Dismiss Action Under Fed. R. Civ. P. 12(b)(1)" (the "Attorney General's Brief"),

filed herein on behalf of Defendant Kamala D. Harris, Attorney General of the State

1

1  of California.

2      The error appears in the following passage from the Attorney General's

3  Brief:

4      Nichols also alleges that he is unable to apply for a permit to carry a

5      *concealed* firearm in a public place, because such permits supposedly are

6      available (and can be lawfully used) in only those counties with

7      populations of under 200,000 people. (Compl., ¶ 13; Cal. Pen. Code, §

8      26150(b)(2).) Nichols provides no explanation why he has not applied for

9      such a permit, an option that is available in all California counties. (Cal.

10     Pen. Code, § 26150(a), (b)(1).) Nichols disavows any attack on the

11     restrictions on the carrying of concealed firearms. (Compl., ¶ 37.)

12  (Attorney General's Brief at 4:20-4:27.)

13      Instead, the above-mentioned passage should read as follows (with changes

14  indicated by underscoring ):

15     Nichols also alleges that he is unable to apply for a permit to carry *openly*

16     a firearm in a public place, because such permits supposedly are available

17     (and can be lawfully used) in only those counties with populations of

18     under 200,000 people. (Compl., ¶ 13; Cal. Pen. Code, § 26150(b)(2).)

19     Nichols *does not mention and* provides no explanation why he has not

20     applied for a *concealed weapon* permit, an option that is available in all

21     California counties. (Cal. Pen. Code, § 26150(a), (b)(1).) Nichols

22     disavows any attack on the restrictions on the carrying of concealed

23     firearms. (Compl., ¶ 37.)

24     //

25     //

26     //

27     //

28     //

1      The undersigned counsel apologizes to the Court and to the parties and their

2  attorneys for any inconvenience caused by this error.

3  Dated: February 1, 2012            Respectfully submitted,

4                                 KAMALA D. HARRIS
Attorney General of California

5                                 PETER K. SOUTHWORTH
Supervising Deputy Attorney General

6

7                                 */s/ Jonathan M. Eisenberg*

8                                 JONATHAN M. EISENBERG
Deputy Attorney General

9                                 *Attorneys for Defendant California
Attorney General Kamala D. Harris*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Nichols v. Brown**
No.:             **11-cv-09916-SJO-SS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On February 1, 2012, I served the attached **NOTICE OF ERRATA IN MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ACTION UNDER FED. R. CIV. P. 12(B)(1)** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA  90013, addressed as follows:

Michael W. Webb
City Prosecutor
Redondo Beach City Attorney's Office
401 Diamond Street
Redondo Beach, CA  90277

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 1, 2012, at Los Angeles, California.

| R. Velasco | /s/ R. Velasco |
|------------|----------------|
| Declarant  | Signature      |

SA2012104470
60707713.doc