FILED
2012 FEB -8 PM 2:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

*Judge's 2-CD's W CRD*

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

Charles Nichols,

    Plaintiff,

vs.

EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,

    Defendants.

Case No.:

CV-11-9916 SJO (SS)

**PLAINTIFF'S NOTICE OF LODGING OF COMPUTER DISC CONTAINING VIDEOS REFERENCED AS EXHIBIT 1-1 TO 1-4 IN PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS BY REDONDO BEACH DEFENDANTS**

Date: March 6, 2012

Time: 10:00 A.M.

Ctrm: 23-3rd Flr.

Trial Date: Not Yet Set

Action Filed: Nov. 30, 2011

1 | Plaintiff, In Pro Per, hereby provides notice of the submission, for the
2 | Court's consideration of the Motion to Dismiss brought by the Redondo Beach
3 | Defendants, of the following materials in opposition to the Redondo Beach
4 | Defendants Motion to Dismiss: A COMPUTER DISC CONTAINING VIDEOS
5 | REFERENCED AS EXHIBIT 1-1 TO 1-4 IN PLAINTIFF'S MEMORANDUM
6 | OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS
7 | BY REDONDO BEACH DEFENDANTS

10 | DATED: Feb 6, 2012

Respectfully Submitted,

*/s/ Charles Nichols*

Charles Nichols
Plaintiff, In Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
CharlesNichols@Pykrete.info

19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's **PLAINTIFF'S NOTICE OF LODGING OF COMPUTER DISC CONTAINING VIDEOS REFERENCED AS EXHIBIT 1-1 TO 1-4 IN PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS BY REDONDO BEACH DEFENDANTS** was served via United States Mail, postage prepaid, on this __7__, day of February, 2012; on the following:

Kamala D. Harris
Attorney General of California
Peter K. Southworth
Supervising Deputy Attorney General
Jonathan M. Eisenberg
Deputy Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013

Attorneys for Defendants:
EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA 90277-0639
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

_____
Charles Nichols
Plaintiff. In Pro Per