```
Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
Plaintiff In Pro Per
```

FILED
2012 FEB -8 PM 3:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>  Defendants. | Case No.:<br><br>CV-11-9916 SJO (SS)<br><br>**Application for Entry of Default against Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California**<br><br>**UNITED STATES DISTRICT COURT JUDGE SAMUEL JAMES OTERO** |

Charles Nichols v. Edmund G Brown Jr et al  Application for Entry of Default  1

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Charles Nichols requests that the Clerk enter the default on the following Defendant for failure to plead or otherwise defend against this action in a timely manner.

Name of Defendant: EDMUND G. BROWN, Jr., in his official capacity as Governor of California

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on January 9, 2012.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on January 30, 2012.

The above-named Defendants have failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Plaintiff.

DATED: Feb 8, 2012                Respectfully submitted,

_____
(sign)
Charles Nichols
Plaintiff in Pro Per

Charles Nichols v. Edmund G Brown Jr et al   Application for Entry of Default   2

# DECLARATION OF PLAINTIFF

I, Charles Nichols, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on Jan 9, 2012, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant (name) was required to plead or otherwise respond to the complaint by Jan 30, 2012. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California is not a minor or an incompetent person.

6. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

¶#_1_. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (date), as evidenced by the proof of service on file with this Court.

Declaration of Plaintiff 1

1  ¶#_2_. Under Rule 12, Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California was required to plead or otherwise respond to the complaint by Jan 30, 2012. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#_3_. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶#_4_. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California is not a minor or an incompetent person.

¶#_5_. Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

¶#_6_. I have attached to this declaration a true and correct copy of the proofs of service on file with this Court for the above-named Defendants.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on Feb 8, 2012 , in Los Angeles California .
(date of signing) (city, state of signing)

_____
(sign)
Charles Nichols
(print name)
Plaintiff in Pro Per

Declaration of Plaintiff 2

FILED

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Charles Nichols, In Pro Per<br>PO Box 1302<br>Redondo Beach, CA 90278<br>TELEPHONE NO.: 424-634-7381   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff in Pro Per, Charles Nichols | FOR COURT USE ONLY<br>2012 JAN 12 AM 11: 15<br>CLERK U.S. ...<br>CENTRAL ... LOS ANGELES<br>BY: |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Central District | |
| PLAINTIFF/PETITIONER: Charles Nichols<br>DEFENDANT/RESPONDENT: City of Redondo Beach Police Chief Joseph Leonardi et al | CASE NUMBER:<br>CV-119916 SJO (SS) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: CV-25 Notice of Reference to Magistrate Judge

3. a. Party served *(specify name of party as shown on documents served)*:
   Edmund G. Brown Jr., in his official capacity as Governor of California

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Receptionist, refused her name, Female, 20 years of age, African American

4. Address where the party was served:
   300 South Springs Street, Los Angeles, California 90013

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:           (2) at *(time)*:
   b. [✓] **by substituted service.** On *(date)*: 1-9-2012   at *(time)*: 3:25 pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Receptionist, refused her name, Female, 20 years of age, African American

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 1-11-12  from *(city)*: Los Angeles     or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: Charles Nichols | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Redondo Beach Police Chief Joseph Leonar | CV-119916 SJO (SS) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: GARY STILLSON for ECS
   b. Address: 1223 Wilshire Blvd., #581 Santa Monica, CA 90403
   c. Telephone number: 800-282-1327
   d. **The fee** for service was: $
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
          (i) ☐ owner ☐ employee ☐ independent contractor.
          (ii) Registration No.:
          (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 1-11-2012

GARY STILLSON
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)* (SIGNATURE)