| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | PETER K. SOUTHWORTH |
| | Supervising Deputy Attorney General |
| 3 | JONATHAN M. EISENBERG |
| | Deputy Attorney General |
| 4 | State Bar No. 184162 |
| |   300 South Spring St., Ste. 1702 |
| 5 |   Los Angeles, CA 90013 |
| |   Telephone: (213) 897-6505 |
| 6 |   Fax: (213) 897-1071 |
| |   E-mail: jonathan.eisenberg@doj.ca.gov |
| 7 | |
| | *Attorneys for Defendant California Governor* |
| 8 | *Edmund G. Brown Jr.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,** | CV-11-09916 SJO (SS) |
| Plaintiff, | **CONFIRMATION OF PLAINTIFF CHARLES NICHOLS'S WITHDRAWAL OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDMUND G. BROWN JR., IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA; SUPPORTING DECLARATION OF JONATHAN M. EISENBERG** |
| v. | |
| **EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,** | |
| Defendants. | Date: N/A |
| | Time: N/A |
| | Crtrm.: 1 – 2nd Flr. |
| | Judge: Hon. S. James Otero |
| | Trial Date: Not Yet Set |
| | Action Filed: Nov. 30, 2011 |

Presently, Defendant Edmund G. Brown Jr., Governor of the State of California (the "Governor"), makes a special appearance in the instant civil action, for the limited purpose of confirming that *Pro Se* Plaintiff Charles

1

1  Nichols ("Nichols") has *withdrawn* his application for entry of default against
2  the Governor, which application Nichols filed in this Court on or around
3  February 8, 2012.

4      As Defendant Kamala D. Harris, Attorney General of the State of California
5  (the "Attorney General"), stated in her motion to dismiss the instant action, which
6  motion was filed in this Court and served on Nichols on January 30, 2012, Nichols
7  has *not* made valid service of a summons or a copy of the complaint in this action
8  on the Governor. Consequently, the Governor has no present obligation to respond
9  to Nichols's complaint, and cannot truly be in default in this action for not having
10 responded to the complaint.

11     On February 13, 2012, Nichols sent an e-mail message to Jonathan M.
12 Eisenberg, the Attorney General's counsel of record in this action, stating several
13 things including that [1] "the Application for Default was in error"; [2] Nichols has
14 informed the Clerk of Court of same; and [3] "Governor Brown will be correctly
15 served this week." (A true and correct print-out of this e-mail message is attached
16 below to the declaration of Jonathan M. Eisenberg, in support of the present filing.)

17     The Governor makes the present submission simply to confirm that Nichols
18 has withdrawn his request that the Court take the default of the Governor in this
19 action.

20 Dated: February 13, 2012            Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General

*/s/ Jonathan M. Eisenberg*
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California
Governor Edmund G. Brown Jr.*

2

## DECLARATION OF JONATHAN M. EISENBERG

I, Jonathan M. Eisenberg, declare as follows:

1. I have personal knowledge of the following facts.

2. I am an attorney licensed to practice law in California and before the instant Court. I am a deputy attorney general in the Office of the Attorney General, Department of Justice, State of California. I am one of the attorneys of record in the instant civil action for Kamala G. Harris, Attorney General of the State of California, one of the defendants in the action. I also represent Edmund G. Brown Jr., Governor of the State of California (the "Governor"), one of the other defendants in this action.

3. To the best of my understanding of the pertinent facts and law, neither Charles Nichols ("Nichols"), the *pro se* plaintiff in this action, nor any agent of Nichols has made valid service of a summons or a copy of the complaint in this action on the Governor.

4. Attached hereto as Exhibit A is a true and correct print-out of an e-mail message that I received at my work e-mail inbox today from Nichols.

I declare under penalty of perjury that the foregoing is true and correct, and that I signed this declaration on February 13, 2012, at Los Angeles, California.

>  */s/ Jonathan M. Eisenberg*
>  Jonathan M. Eisenberg

**From:** Charles Nichols <CharlesNichols@Pykrete.info>
**To:** <jonathan.eisenberg@doj.ca.gov>
**Date:** 2/13/2012 1:48 PM
**Subject:** Application for Default Judgment - CV-11-9916 SJO (SS)

On Friday when I filed my corrected Application for Default Judgment I bought a 2nd Copy of the Proof of Service for Brown.

After reviewing it, I exchanged at least half a dozen emails with the process server who assured me time and again that Brown was properly served.

On Saturday evening it occurred to me to compare the Proof of Service for Brown with the POS for AG Harris.

The descriptions of the persons in 3(b) of the POS were identical. I immediately emailed to Clerk of the Court, victor_cruz@cacd.uscourts.gov, informing him that the Application for Default was in error and the circumstances that led up to it.

Late this morning, I met with a new process server at Governor Brown's Office on Spring Street so she could effect service. It was closed. We then called the Governor's office in Sacramento; the office is not staffed and hasn't been all year.

I have retained another process server who will effect service on the Governor at the Capitol this week.

In our Conference of 1/24/2012 you said that you represented both Governor Brown and AG Harris. In Footnote 1 of your Memorandum of Points and Authorities in Support of Kamala Harris' MTD you falsely claimed that I delivered to the AG's office a summons naming Brown when there was a Proof of Service on file clearly stating that the summons was delivered by a person, other than me, who is not a party to this action.

The obvious implication being that you do not represent Governor Brown.

You either Represent Governor Brown or you do not. If you do not represent Governor Brown then you have no business contacting me about the Application for Default Judgment against Brown.

Governor Brown will be correctly served this week. Get back to me when you figure out who your clients are.

EXHIBIT A

# CERTIFICATE OF SERVICE

Case Name:   <u>  Nichols v. Brown            </u>         No.   <u>  11-cv-09916-SJO-SS           </u>

I hereby certify that, on <u>February 13, 2012</u>, I caused to be electronically filed with the U.S. District Court, Central District of California, Clerk of the Court, through the CM/ECF system, the document with the following title:

**CONFIRMATION OF PLAINTIFF CHARLES NICHOLS'S WITHDRAWAL OF APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT EDMUND G. BROWN JR., IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA; SUPPORTING DECLARATION OF JONATHAN M. EISENBERG**

I certify that at least some of the participants in the above-entitled case are registered CM/ECF users.

I am employed in Los Angeles, California, in the Office of the Attorney General, Department of Justice, State of California ("OACG"), which is the office of a member of the California State Bar, at which member's direction the following service is made.

I am 18 years of age or older and not a party to this matter. I am familiar with the business practices at the OACG for collection and processing of correspondence for mailing with the U.S. Postal Service. In accordance with those practices, correspondence placed in the internal mail collection system at the OACG is deposited with the U.S. Postal Service, with postage thereon fully prepaid, that same day, in the ordinary course of business.

I further certify that at least some of the participants in the case are not registered CM/ECF users.

On <u>February 13, 2012</u>, I caused to be mailed, in the OACG's internal mail system, by First-Class Mail, postage prepaid, the foregoing document to the following person at the following address:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on <u>February 13, 2012</u>, at Los Angeles, California.

|  |  |
|---|---|
| <u>          R. Velasco             </u> | <u>          /s/ R. Velasco           </u> |
| Declarant | Signature |

60719668.doc