UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 11-09916 SJO  (SS)                    Date: February 15, 2012
                                                       Page 1 of 1

Title:       Charles Nichols v. Edmund G. Brown, Jr., et al.

================================================================================
DOCKET ENTRY:     **ORDER DIRECTING PLAINTIFF TO FILE RESPONSE
                  REGARDING APPLICATION FOR ENTRY OF DEFAULT**
================================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Jacob Yerke | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

**PROCEEDINGS: (IN CHAMBERS)**

    On January 17, 2012, Plaintiff in the above-referenced civil rights action filed an Application for Entry of Default Against Defendant Edmund G. Brown, Jr. (the "Application"). In the Application, Plaintiff seeks the entry of default against Governor Brown pursuant to Federal Rule of Civil Procedure 55 "for failure to plead or otherwise defend against this action in a timely manner." (Application at 2). However, on February 8, 2012, Defendant filed a "Confirmation of Plaintiff Charles Nichols's Withdrawal of Application for Entry of Default" (the "Confirmation") in which Defendant states that Plaintiff has withdrawn his Application. Attached to the Confirmation is an email from Plaintiff stating that "the Application for Default was in error" because he had not properly served Governor Brown. (Confirmation, Exh. A). **Thus, the Court directs Plaintiff to file a response within seven (7) days of the date of this Order stating whether he wishes to withdraw his Application.**

    The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for Defendants.

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk ___