1 Charles Nichols
2 PO Box 1302
  Redondo Beach, CA 90278
  Voice: (424) 634-7381
3 E-Mail: CharlesNichols@Pykrete.info
4 In Pro Per

FILED
CLERK, U.S DISTRICT COURT
FEB 16 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

United States District Court

Central District of California

Charles Nichols,
    Plaintiff,
vs.
EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,
    Defendants.

Case No.:

CV-11-9916 SJO (SS)

Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown

Nichols v. Edmund G Brown Jr et al     1     CV-11-9916 SJO (SS)
Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown

On February 8, 2012 an Application for Default Judgment against Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California was submitted for filing. A corrected version of the Application for Default Judgment against Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California was resubmitted for filing on February 10, 2012.

On Saturday February 11, 2012 Plaintiff discovered that the Proof of Service to Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor of California (Brown) for the Complaint filed by Plaintiff on November 30, 2011 was fraudulently filed by ECS MOTORCYCLE MESSENGER on January 12, 2012.

Plaintiff immediately contacted the Courtroom Deputy Clerk, Victor Cruz, via email informing him of his discovery. The LEAD ATTORNEY ATTORNEY TO BE NOTICED for Defendant KAMALA D. HARRIS Attorney General in her official capacity as Attorney General of California (Harris), Jonathan Michael Eisenberg said that he represented both Defendants Brown and Harris in the L.R. 7-3 Conference with Plaintiff on his Motion to Dismiss.

The only indication Plaintiff received indicating that there might be a problem with the service of process was in Footnote 1 of the Memorandum Supporting Defendant Harris' Motion to Dismiss.

Plaintiff repeatedly contacted the Process Server, ECS MOTORCYCLE MESSENGER, who continued to assert that Defendant Brown had been properly served; even after Plaintiff pointed out on Saturday February 11, 2012 to ECS MOTORCYCLE MESSENGER that the description of the person served for both Defendants Harris and Brown were identical.

Nichols v. Edmund G Brown Jr et al           2           CV-11-9916 SJO (SS)
Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown

On Monday, February 13, 2012 Plaintiff met with a new process server at Defendant's Brown office at 300 South Spring Street in Los Angeles, which was closed. Plaintiff then contacted the Governor's Office in Sacramento only to be informed that Defendant Brown's Los Angeles office was not staffed and had not been open when ECS MOTORCYCLE MESSENGER claimed to have served process at the Governor's office at his Spring Street office.

"Chaos would result if the legal community could not depend on the truthfulness of declarations of service of process. Public policy requires that it be regarded as serious, with consequences sufficiently adverse to act as deterrence . . . . Service of process is the means by which a court having jurisdiction over the subject matter asserts its jurisdiction over the party and brings home to him reasonable notice of the action. It is an indispensable element of due process of law." Kappel v. Bartlett (1988) 200 Cal. App.3d 1457, 1464, 246 Cal. Rptr. 815 (citing Judicial Council of Cal. com., 14 West's Ann. Code Civ. Proc. (1973) ed.) 413.10, p. 541, and 2 Witkin, Cal. Procedure (3d ed. 1985) Jurisdiction, 84, p. 454) (citations omitted.)

Equally important is for the attorney for Defendant Harris not to pretend to also represent Defendant Brown to Plaintiff while at the same time claiming not to represent Defendant Brown in filings with this Court. See Footnote 1 of the Memorandum Supporting Defendant Harris' Motion to Dismiss.

The Attorney for Defendant Harris left a voice-mail with Plaintiff on February 13, 2012 saying that he wants to confer with Plaintiff on his Application for Default Judgment against Defendant Brown.

Nichols v. Edmund G Brown Jr et al          3          CV-11-9916 SJO (SS)
Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown

The attorney for Defendant Harris is either the attorney for Defendant Brown as well as well as for Defendant Harris, or he is not. He cannot have it both ways.

The Applications for Default Judgment against Defendant Brown were submitted in error by Plaintiff, unintentionally.

Defendant Brown will be formally served at the Capitol next week.

Dated: February 13, 2012

Respectfully Submitted,

*/s/ Charles Nichols*

By: Charles Nichols
Plaintiff in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail:
CharlesNichols@Pykrete.info

///
///
///
///

Nichols v. Edmund G Brown Jr et al               4               CV-11-9916 SJO (SS)
Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Notice of Error in Submission of Applications for Default Judgment Against Defendant Brown** was served via United States Mail, postage prepaid, on this 14 , day of February, 2012; on the following:

Kamala D. Harris
Attorney General of California
Peter K. Southworth
Supervising Deputy Attorney General
Jonathan M. Eisenberg
Deputy Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA 90013
Attorneys for Defendant:
 KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA 90277-0639
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

AND

Governor Edmund G. Brown Jr.
Attn Legal Department
State Capitol Building
Sacramento, CA 95814

_____
Charles Nichols
Plaintiff, In Pro Per