UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 11-09916 SJO  (SS)                    Date: February 17, 2012
                                                      Page 1 of 2

Title:     <u>Charles Nichols v. Edmund G. Brown, Jr., et al.</u>

========================================================================

DOCKET ENTRY:     **ORDER DENYING THE REDONDO BEACH DEFENDANTS'
                  REQUEST FOR A HEARING (Dkt. Nos. 25-26)**

========================================================================

PRESENT:

**<u>HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE</u>**

| <u>Jacob Yerke</u> | <u>None</u> | <u>None</u> |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS)**

    On January 30, 2012, Defendants City of Redondo Beach, City of Redondo Beach Police Department, and City of Redondo Beach Police Chief Joseph Leonardi (the "Redondo Beach Defendants"), on the one hand, and Defendant California Attorney General Kamala D. Harris ("Harris"), on the other hand (collectively, "Defendants"), separately filed Motions to Dismiss the Complaint in the above-referenced civil rights matter. (Dkt. Nos. 12-13). On January 31, 2012, the Court issued an Order setting a briefing schedule on the Motions and taking the hearing date off calendar. (Dkt. No. 14).

    Plaintiff filed separate Oppositions to Defendants' respective Motions on February 8, 2012, as well as the declaration of Charles Nichols in support of both Oppositions. (Dkt. Nos. 18-19, 21). Plaintiff also lodged a computer disk containing videos referenced as exhibits in the Opposition to the Redondo Beach Defendants' Motion, (Dkt. No. 20), and filed two Requests for Judicial Notice. (Dkt. Nos. 17, 24). Defendants filed Replies in support of their respective Motions on February 14, 2012. (Dkt. Nos. 27-28). In addition, the Redondo Beach Defendants filed Objections to Plaintiff's Notice of Lodging, (Dkt. No. 26), and to Plaintiff's Two Requests for Judicial Notice, (Dkt. No. 25) (collectively, the "Objections"). The Redondo Beach Defendants request a hearing on March 20, 2012 on their Objections. (Dkt. No. 25 at 1; Dkt. No. 26 at 1).

    Defendants' Motions are therefore fully briefed. Pursuant to Local Rule 7-10, the Court will not consider any additional submissions either in support of or in opposition to the Motions without

prior written order authorizing the submission. Furthermore, the Court exercises its discretion under Local Rule 7-15 and DENIES the Redondo Beach Defendants' request for a hearing. The Court will take all matters related to the Motions, including Plaintiff's Notice of Lodging and Requests for Judicial Notice and the Redondo Beach Defendants' Objections thereto, under submission without a hearing.

      The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for Defendants.

MINUTES FORM 11
CIVIL-GEN                                                            Initials of Deputy Clerk ___