ORIGINAL

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
CLERK U.S. DISTRICT COURT
FEB 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br>    Plaintiff,<br>vs.<br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br>    Defendants. | Case No.:<br>CV-11-9916 SJO (SS)<br><br>Reply to ORDER DIRECTING PLAINTIFF TO FILE RESPONSE REGARDING APPLICATION FOR ENTRY OF DEFAULT |

Nichols v. Edmund G Brown Jr et al    1    CV-11-9916 SJO (SS)
Reply to ORDER DIRECTING PLAINTIFF TO FILE RESPONSE REGARDING APPLICATION FOR ENTRY OF DEFAULT

1  In Reply to ORDER DIRECTING PLAINTIFF TO FILE RESPONSE
2  REGARDING APPLICATION FOR ENTRY OF DEFAULT by HONORABLE
3  SUZANNE H. SEGAL., UNITED STATES MAGISTRATE JUDGE, CIVIL
4  MINUTES – GENERAL Dated February 15, 2012.

6  Plaintiff states that he wishes to withdraw his Applications for Default
7  against Defendant EDMUND G. BROWN, Jr., in his official capacity as Governor
8  of California which were filed on February 8th and 10th 2012.

Dated: February 18, 2012

Respectfully Submitted,

By: Charles Nichols
Plaintiff in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail:
CharlesNichols@Pykrete.info

///
///

Nichols v. Edmund G Brown Jr et al            2            CV-11-9916 SJO (SS)
Reply to ORDER DIRECTING PLAINTIFF TO FILE RESPONSE REGARDING
APPLICATION FOR ENTRY OF DEFAULT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Reply to ORDER DIRECTING PLAINTIFF TO FILE RESPONSE REGARDING APPLICATION FOR ENTRY OF DEFAULT**

was served via United States Mail, postage prepaid, on this <u>19</u>, day of <u>February</u>, 2012;

on the following:

EDMUND G. BROWN, Jr., in his official capacity as Governor of California
Attn Legal Department
State Capitol Building
Sacramento, CA  95814

And

Jonathan M. Eisenberg
Deputy Attorney General
300 South Spring Street, Ste. 1702
Los Angeles, CA  90013
LEAD ATTORNEY
ATTORNEY TO BE NOTICED for Defendant:
KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA  90277-0639
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

Charles Nichols
Plaintiff, In Pro Per