POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FILED *FOR COURT USE ONLY* |
|---|---|
| Charles Nichols<br>PO Box 1302<br>Redondo Beach, CA 90278<br><br>TELEPHONE NO.: (424)634-7381    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: charlesnichols@pykrete.info<br>ATTORNEY FOR *(Name)*: In Pro Per | 2012 FEB 24  PM 2: 02<br><br><br> |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles |
|---|
| STREET ADDRESS:  312 N. Sprint Street |
| MAILING ADDRESS:  SAME |
| CITY AND ZIP CODE:  Los Angeles, 90012 |
| BRANCH NAME:  Western Division – Spring Street Courthouse |

| PLAINTIFF/PETITIONER: Charles Nichols | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Edmund G. Brown Jr., in his Official Capacity | CV-11-9916 SJO (SS) |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents)*:  CV-25 Notice of Reference to a Magistrate Judge

3. a. Party served *(specify name of party as shown on documents served)*:

   Edmund G. Brown Jr., in his Official Capacity as Governor of California

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:

   Rm. 1173 - State Capitol Building - Sacramento, CA 95814

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                    (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: 16 FEB 12   at *(time)*: 1433      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   Kevin Wilson - Legal Assistant

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: 16FEB12 from *(city)*: Fair Oaks, CA      or ☐ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Charles Nichols | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Edmund G. Brown Jr., in his Official Capacity | CV-11-9916 SJO (SS) |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):*                                (2) from *(city):*

     (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

     (4) ☐ to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☑ as an individual defendant.
  b.  ☐ as the person sued under the fictitious name of *(specify):*
  c.  ☐ as occupant.
  d.  ☐ On behalf of *(specify):*
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                    ☐ other:

7.  **Person who served papers**
  a.  Name: Demian Ross
  b.  Address: 7862 Winding Way #361, Fair Oaks, CA 95628
  c.  Telephone number: (916)241-3463
  d.  **The fee** for service was: $ 60
  e.  I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ a registered California process server:
        (i) ☑ owner ☐ employee ☐ independent contractor.
        (ii) Registration No.: 2011-66
        (iii) County: Sacramento

8.  ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: February 16, 2012

Demian Ross                                    ▶                      
_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR  MARSHAL)       (SIGNATURE )

DECLARATION OF DUE DILIGENCE

In re:          NICHOLS vs EDMUND G.BROWN, et al

Case No:      CV-11-9916 SJO (SS)

I, Demian Ross, the undersigned, declare as follows:

1. Except as I otherwise expressly indicate herein, I have personal knowledge of the facts set forth herein and if called to do so, could and would testify competently as to those facts. This declaration is based upon the business records that I maintain in the normal course of business.
2. At all times relevant hereto, I was over the age of eighteen years and not a party to the above captioned matter. I am a registered process server, registered in the County of Sacramento, State of California, pursuant to the provisions of California Business and Professions Code § 22350.
3. On or about February 16, 2012, I was directed to serve the documents indicated in the Proof of Service upon the party in the above captioned matter. Following are the results of my attempted personal service.

I arrived at the State Capitol at 2:33 PM and was directed to the governor's office by the security officer at the screening point. I met with the governor's secretary, Veronica, who directed me to room 1173, the mailroom. At the mailroom, I was met by Kevin Wilson, legal assistant to the governor, who reviewed the summons and then accepted service for the governor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that the declaration was signed at Fair Oaks, California on the 16th day of February, 2012

Demian Ross   RPS#2011-66