# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.     CV 11-9916-SJO (SS)                              Date: March 9, 2012

Title:     Charles Nichols v. Edmund G Brown Jr et al.

================================================================================
DOCKET ENTRY:     ORDER (1) SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND (2) VACATING HEARING DATE ON MOTION
================================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Jacob Yerke | None | None |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

   None Present                                                     None Present

**PROCEEDINGS: (IN CHAMBERS)**

On March 8, 2012, in the above-entitled civil rights action, a Motion to Dismiss was filed by Defendant Gov. Edmund G. Brown, Jr. Plaintiff shall have until **March 23, 2012** to serve and file an Opposition to the Motion. Defendants shall have seven (7) days from service of the Opposition to serve and file a Reply, if necessary. Thereafter, the Motion will be deemed submitted without oral argument. Accordingly, **IT IS ORDERED** that the hearing set for April 10, 2012 be taken off calendar.

Plaintiff is advised that failure to file an Opposition to the Motion may be deemed consent to the granting of the Motion, pursuant to Local Rule ("L.R.") 7-12. Furthermore, the Court may decline to consider any memorandum or other paper not filed within the deadline set by this order. See L.R. 7-12. If Plaintiff does not intend to oppose the motion, he should file a Notice of Non-Opposition. See L.R. 7-16. Finally, Plaintiff is advised that failure to respond to an order of the Court may result in a recommendation that his action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The parties are advised that they should not delay litigation of this matter due to the pendency of a motion to dismiss. The Court will not extend future deadlines because a motion to dismiss is under consideration. The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for the above-named Defendants.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                                                Initials of Deputy Clerk ___jy____