Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
2012 MAR 12  AM 11: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>    Defendants. | Case No.:<br><br>CV-11-9916 SJO (SS)<br><br>**DECLARATION**<br><br>**OF**<br><br>**CHARLES NICHOLS**<br><br>**IN OPPOSITION TO MOTION TO DISMISS BY EDMUND G. BROWN, Jr., in his official capacity as Governor of California** |

Declaration of Charles Nichols in Opposition to MTD by Defendant Brown    1
CV-11-9916 SJO (SS)

# DECLARATION OF CHARLES NICHOLS

I, Charles Nichols, declare as follows:

1. I am a 52 year old male currently residing in Lawndale California, Los Angeles County, California. I am single and have no children.

2. I am presently self-employed as a writer. I was previously employed as an Engineer in Washington, Oregon and California.

3. While residing in Oregon, I was licensed to carry handguns concealed in both the states of Oregon and Washington. A license to carry a concealed handgun was necessary to be able to Openly Carry a loaded handgun in the few Oregon cities which required openly carried handguns to be unloaded within their city limits.

4. In, or around, August of 2002 I was in a riding accident which left me virtually bedridden with a severe back injury until September of 2007. In the winter of 2008, I suffered another injury to my back. I have never fully recovered and do not expect that I will ever fully recover from the injuries.

5. In the summer of 2002, shortly before my riding accident. I would often go hiking in the Oregon mountains. As I would occasionally pass by a fellow hiker, I carried my handgun concealed, even though I was free to openly carry a loaded handgun without a license. On one occasion, I encountered a cougar while hiking through tall brush. I instinctively went for the gun on my hip, which was not there. I wasted precious seconds retrieving my concealed handgun. Fortunately, the cougar was as surprised as I was and did not attack. I have learned from personal

Declaration of Charles Nichols in Opposition to MTD by Defendant Brown    2
CV-11-9916 SJO (SS)

experience that a concealed handgun provides a false sense of security and presents a substantial burden to the bearer in a life or death situation.

6.  I believe that an unloaded rifle or shotgun presents more than a substantial burden to my ability to defend myself. Nor am I able to physically defend myself from other than the weakest of attackers.

7.  As I understand it, California law prevents me from openly carrying a loaded firearm in all incorporated cities and unincorporated areas where the discharge of a firearm is prohibited. As I understand it, the discharge of a firearm is prohibited throughout Los Angeles County except in certain limited locations such as firing ranges and in certain remote areas of the county while hunting.

8.  As I understand it, California law prevents me from openly carrying a handgun, loaded or unloaded, in all incorporated cities and prevents me from openly carrying an unloaded handgun in unincorporated county areas where the discharge of a firearm is prohibited.

9.  I have openly carried an unloaded handgun in incorporated cities and in unincorporated county territory before California law made it a crime to do so.

10. I have openly carried a loaded handgun in unincorporated county territory where, and when, it was legal.

11. I would openly carry a loaded handgun for the purpose of self-defense if confronted but would not seek out confrontation and would avoid confrontation if reasonably afforded the opportunity to do so.

Declaration of Charles Nichols in Opposition to MTD by Defendant Brown    3
CV-11-9916 SJO (SS)

12. I refrain from openly carry a loaded handgun or long gun in non-sensitive public places because I would in all certainty be arrested, prosecuted, fined and imprisoned for doing so. I will violate the statute at issue, specifically the subsection prohibiting the open carry of a loaded firearm until one is in immediate, grave danger; a point at which it is very likely too late to defend oneself from harm.

13. I am certain that I would be arrested, prosecuted and imprisoned for openly carrying a loaded firearm in non-sensitive public places for the purpose of self-defense.

14. I fear that I would be arrested by Defendant Brown and/or his subordinates and that he, or they, would participate in my arrest and/or prosecution. I fear that Defendant Brown would not employ his authority and power to release me from my certain conviction and imprisonment.

15. I attempted to submit a document under seal in support of my complaint in this lawsuit. It was rejected because, among other reasons, "Plaintiff is advised that at this stage in the litigation, he is not required to produce evidence in support of his allegations." The document was an Incident Report filed with the Los Angeles County Sheriff's department reporting threats made against my person in violation of California Penal Code section 422 – Criminal Threats.

I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: March 12, 2012

_____
Charles Nichols

Declaration of Charles Nichols in Opposition to MTD by Defendant Brown    4
CV-11-9916 SJO (SS)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DECLARATION OF CHARLES NICHOLS IN OPPOSITION TO MOTION TO DISMISS BY EDMUND G. BROWN, Jr., in his official capacity as Governor of California** was served via United States Mail, postage prepaid, on this __12__, day of March, 2012; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Governor Edmund G. Brown Jr.

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA 90277-0639
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

_____
Charles Nichols
Plaintiff, In Pro Per