**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES NICHOLS,<br><br>PLAINTIFF<br>v.<br>EDMUND G. BROWN, in his official capacity as Governor of California, et al.,<br><br>DEFENDANT | CASE NUMBER:<br><br>CV11-9916-SJO(SS)<br><br>**NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

TO:   All Parties of Record

You are hereby notified that the Magistrate Judge's report and recommendation has been filed on **April 5, 2012**, a copy of which is attached.

Any party having objections to the report and recommendation shall, not later than **April 19, 2012**, file and serve a written statement of objections with points and authorities in support thereof before the **Honorable Suzanne H. Segal, U.S. Magistrate Judge**. A party may respond to another party's objections within 14 days after being served with a copy. If a party does not intend to file a response to another party's objections, that party may file a Notice of Intent Not to Respond to Objections. Failure to file objections within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rule of Appellate Procedure 4(a)(1) should not be filed until the judgment and/or order by the District Judge has been entered.

.

|  |  |
|---|---|
| | CLERK,  UNITED STATES DISTRICT COURT |
| Dated: April 5, 2012 | By:        Jake Yerke |
| | Deputy Clerk |