```
Charles Nichols
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per
```

FILED
2012 APR 17  PM 1:54
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

## United States District Court
## Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>    Defendants. | Case No.:<br><br>CV-11-9916 SJO (SS)<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION<br><br>Date: May 24, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1 – 2nd Flr.<br>Judge: Hon. S. James Otero<br>Trial Date: Not Yet Set<br>Action Filed: Nov. 30, 2011 |

Nichols v. Edmund G Brown Jr et al     1     CV-11-9916 SJO (SS)

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR REVIEW

# NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

NOTICE IS HEREBY GIVEN that, pursuant to Local Rule 72-2.1, Plaintiff Nichols, in pro per, objects to, and seeks relief from, the Magistrate Judge's Report and Recommendation dated April 5, 2012 (Doc. 40). Plaintiff waives hearing on the motion, unless the Court determines that a hearing is necessary. Plaintiff's motion is based upon these moving papers, the attached Memorandum of points and authorities in support of the Motion and upon such other and further arguments, documents, and grounds as may be advanced in the future.

Filed herewith:

1. Notice of Motion and Motion for Review of Magistrate Judge's Report and Recommendation.
2. Plaintiffs' Memorandum Of Points And Authorities In Support Of His Motion To Review Report And Recommendation Filed By Honorable Suzanne H. Segal, U.S. Magistrate Judge
3. Proposed Order

Respectfully Submitted,

Dated: April 17, 2012

By: Charles Nichols
Plaintiff in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail:
CharlesNichols@Pykrete.info

Nichols v. Edmund G Brown Jr et al     2     CV-11-9916 SJO (SS)

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR REVIEW

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>    Defendants. | Case No.:<br><br>CV-11-9916 SJO (SS)<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION<br><br>Date: May 24, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1 – 2nd Flr.<br>Judge: Hon. S. James Otero<br>Trial Date: Not Yet Set<br>Action Filed: Nov. 30, 2011 |

Nichols v. Edmund G Brown Jr et al          1          CV-11-9916 SJO (SS)

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

1   Plaintiff's objections to the Magistrate's Judge Report and Recommendation
2   are sustained. The Magistrate's Judge Report and Recommendation is rejected.
3
4   It is so Ordered this _____ day of _____ 2012.
5
6
7                                          _____
8                                          Hon. S. James Otero
9                                          United States District Judge

Nichols v. Edmund G Brown Jr et al           2                    CV-11-9916 SJO (SS)

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO REVIEW REPORT AND RECOMMENDATION FILED BY HONORABLE SUZANNE H. SEGAL, U.S. MAGISTRATE JUDGE** was served via United States Mail, postage prepaid, on this 17 , day of April, 2012; on the following:

JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Lead Attorney – Attorney to be noticed for Defendants California Governor Edmund G Brown Jr and California Attorney General Kamala Harris in their Official Capacities

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA 90277-0639
Attorney to be noticed for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

Charles Nichols
Plaintiff, In Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info