Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per



FILED
CLERK, U.S DISTRICT COURT
MAY 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>    Plaintiff,<br><br>vs.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>    Defendants. | Case No.:<br><br>CV-11-9916 SJO (SS)<br><br>**NOTICE OF ERRATA IN PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO REVIEW REPORT AND RECOMMENDATION FILED BY HONORABLE SUZANNE H. SEGAL, U.S. MAGISTRATE JUDGE**<br><br>Date: May 29, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1 – 2nd Flr.<br>Judge: Hon. S. James Otero<br>Trial Date: Not Yet Set<br>Action Filed: Nov. 30, 2011 |

Nichols v. Edmund G Brown Jr et al      1      CV-11-9916 SJO (SS)
Notice of Errata

PLEASE TAKE NOTICE that the hearing date was in error on the front pages of Plaintiff's documents filed on April 17, 2012 titled "Plaintiff's Notice Of Motion And Motion For Review Of Magistrate Judge's Report And Recommendation" and "Plaintiffs' Memorandum Of Points And Authorities In Support Of His Motion To Review Report And Recommendation Filed By Honorable Suzanne H. Segal, U.S. Magistrate Judge."

The hearing date should have read May 29th which is a Tuesday. It is Plaintiff's understanding that the Court is closed on Monday May 28th and, as per the Initial Standing Order For Cases Assigned To Judge S. James Otero "Civil motions are heard on Monday at 10:00 a.m., unless the Court orders otherwise. (If Monday is a holiday, the next motion date is Tuesday following the holiday.)"

The undersigned Plaintiff, in pro per, apologizes to the Court and to the parties and their attorneys for any inconvenience caused by this error

Dated: April 30, 2012                                                                 Respectfully submitted,

By: Charles Nichols
Plaintiff in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info

///
///
///
///

Nichols v. Edmund G Brown Jr et al           2           CV-11-9916 SJO (SS)
Notice of Errata

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF ERRATA IN PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO REVIEW REPORT AND RECOMMENDATION FILED BY HONORABLE SUZANNE H. SEGAL, U.S. MAGISTRATE JUDGE** was served via United States Mail, postage prepaid, on this 30 , day of April, 2012; on the following:

JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Lead Attorney – Attorney to be noticed for Defendants California Governor Edmund G Brown Jr and California Attorney General Kamala Harris in their Official Capacities

AND

Michael W. Webb
City Attorney for the City of Redondo Beach
415 Diamond Street
Redondo Beach, CA 90277-0639
Attorney to be noticed for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10

Charles Nichols
Plaintiff, In Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info