Name and address

LISA BOND (SBN 172342)
AARON C. O'DELL (SBN 281851)
RICHARDS, WATSON & GERSHON
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-2901

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLES NICHOLS | CASE NUMBER |
|---|---|
|  | CV-11-9916 SJO (SS) |
| v.  Plaintiff(s) | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| KAMALA D. HARRIS, et al. |  |
| Defendant(s). |  |

City of Redondo Beach and Joseph Leonardi     Plaintiff [X] Defendant [ ] Other _____
*Name of Party*

hereby request the Court approve the substitution of __Lisa Bond/Richards, Watson & Gershon__
*New Attorney*

as attorney of record in the place and stead of __Michael W. Webb, City Attorney for City of Redondo Beach__
*Present Attorney*

Dated  June 28, 2012

*Signature of Party/Authorized Representative of Party*

Michael W. Webb

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  June 28, 2012

*Signature of Present Attorney*

Michael W. Webb

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  June 28, 2012

*Signature of New Attorney*

Lisa Bond

172342
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

---

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

G-01 (03/06)                                                                                                       CCD-G1

# PROOF OF SERVICE

I, Emily Hayes, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On June 28, 2012, I served the within document(s) described as:

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

on the interested parties in this action as stated below:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

[X]  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 28, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

   Emily Hayes                              _____
(Type or print name)                                (Signature)

---

PROOF OF SERVICE

R6900-0001\1471491v1.doc