Name and address:

LISA BOND (SBN 172342)
AARON C. O'DELL (SBN 281851)
RICHARDS, WATSON & GERSHON
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-2901

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHARLES NICHOLS

Plaintiff(s)

v.

KAMALA D. HARRIS, et al.

Defendant(s).

CASE NUMBER: CV-11-9916 SJO (SS)

## ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

City of Redondo Beach and Joseph Leonardi   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute  Lisa Bond/Richards, Watson & Gershon  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

355 South Grand Avenue, 40th Floor
*Street Address*

Los Angeles, CA 90071-2901          lbond@rwglaw.com
*City, State, Zip*                  *E-Mail Address*

(213) 626-8484            (213) 626-0078            172342
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record in place and stead of Michael W. Webb, City Attorney for City of Redondo Beach
                                             *Present Attorney*

**is hereby**   ☐ GRANTED   ☐ DENIED

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.

# PROOF OF SERVICE

I, Emily Hayes, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On June 28, 2012, I served the within document(s) described as:

[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

on the interested parties in this action as stated below:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 28, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____
         Emily Hayes                              (Signature)
      (Type or print name)

PROOF OF SERVICE

R6900-0001\1471491v1.doc