T. PETER PIERCE (Bar No. 160408)
ppierce@rwglaw.com
LISA BOND (Bar No. 172342)
lbond@rwglaw.com
AARON C. O'DELL (Bar No. 281851)
ao'dell@rwglaw.com
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Telephone: 213.626.8484
Facsimile: 213.626.0078

Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH LEONARDI and TODD HEYWOOD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS,<br><br>            Plaintiff,<br>   vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, OFFICER TODD HEYWOOD and DOES 1 to 10,<br><br>            Defendants. | Case No. CV-11-9916 SJO (SS)<br><br>**DECLARATION OF LISA BOND IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>(Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) AND 12(e))<br><br>[NOTICE OF MOTION, MEMORANDUM OF POINTS AND AUTHORITIES AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]<br><br>Date: July 31, 2012<br>Time: 10:00 a.m.<br>Ctrm: 23<br><br>Action Filed: November 30, 2011<br><br>Magistrate: Hon. Suzanne H. Segal |

### DECLARATION OF LISA BOND

I, Lisa Bond, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am shareholder of the law firm of Richards, Watson & Gershon, A Professional Corporation, attorneys for defendants City of Redondo Beach, Joseph Leonardi and Todd Heywood (collectively "Redondo Defendants") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Immediately after being contacted to handle this matter and at my earliest possible opportunity, I telephoned Mr. Nichols on July 26, 2012, to meet and confer on this motion. Mr. Nichols did not answer the phone and I left a voicemail with my office contact information.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email dated June 26, 2012, sent by me to Mr. Nichols requesting that he meet and confer with me on this motion.

4. Attached hereto as Exhibit 2 is a true and correct copy of an email received from Mr. Nichols on June 26, 2012, refusing to meet and confer on the motion.

5. Attached hereto as Exhibit 3 is a true and correct copy of a second email dated June 27, 2012 send by me to Mr. Nichols requesting that he meet and confer with me on this motion.

6. As of the date of filing, Mr. Nichols has refused to meet and confer with me on this motion.

7. We also note that Michael Webb, prior counsel for the City of Redondo Beach and Chief Leonardi, conducted a meet and confer on similar issues on January 25, 2012, in connection with the motion to dismiss the original complaint.

-1-
DECLARATION OF LISA BOND IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT
R6900-0001\1471127v1.doc

-2-

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on this 29th day of June, 2012, at Los Angeles, California.

_____
Lisa Bond

-2-
DECLARATION OF LISA BOND IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

R6900-0001\1471127v1.doc

# PROOF OF SERVICE

I, Emily Hayes, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On June 29, 2012, I served the within document(s) described as:

DECLARATION OF LISA BOND IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

on the interested parties in this action as stated below:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Emily Hayes
(Type or print name)

_____
(Signature)