# Lisa Bond

**From:** Lisa Bond
**Sent:** Tuesday, June 26, 2012 4:40 PM
**To:** 'CharlesNichols@Pykrete.info'
**Subject:** Nichols v. Harris, et al.

Mr. Nichols,

I am writing regarding the First Amended Complaint you filed in the matter Nichols v. Harris, et al., USDC Case No. CV-11-9916SJO(SS). I left a message for you at the number on the pleading, but also wanted to send you an email. The Redondo Beach defendants will be filing a Motion to Dismiss the First Amended Complaint that will be similar to the first motion filed by Redondo Beach as to the initial complaint. I would be happy to discuss the motion with you at your convenience.

LISA BOND, ESQ.
RICHARDS|WATSON|GERSHON
355 SOUTH GRAND AVENUE
SUITE 4000
LOS ANGELES, CA 90071
PH 213.626.8484
FAX 213.626.0078

1