# Lisa Bond

| | |
|---|---|
| From: | Charles Nichols [CharlesNichols@Pykrete.info] |
| Sent: | Tuesday, June 26, 2012 5:19 PM |
| To: | Lisa Bond |
| Subject: | RE: Nichols v. Harris, et al. |
| Importance: | High |

I did not receive any message prior to this email. The local rules of the court and Judge Otero's standing order require the conference take place at least five (5) days prior to the last day for filing the motion. You missed your deadline to file a motion to dismiss.

-------- Original Message --------
Subject: Nichols v. Harris, et al.
From: Lisa Bond <LBond@rwglaw.com>
Date: Tue, June 26, 2012 4:39 pm
To: "'CharlesNichols@Pykrete.info'" <CharlesNichols@Pykrete.info>

Mr. Nichols,
I am writing regarding the First Amended Complaint you filed in the matter Nichols v. Harris, et al., USDC Case No. CV-11-9916SJO(SS). I left a message for you at the number on the pleading, but also wanted to send you an email. The Redondo Beach defendants will be filing a Motion to Dismiss the First Amended Complaint that will be similar to the first motion filed by Redondo Beach as to the initial complaint. I would be happy to discuss the motion with you at your convenience.

LISA BOND, ESQ.
RICHARDS|WATSON|GERSHON
355 SOUTH GRAND AVENUE
SUITE 4000
LOS ANGELES, CA 90071
PH 213.626.8484
FAX 213.626.0078

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient of this communication, or an employee or agent responsible for delivering this communication to the intended recipient, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.