## Lisa Bond

**From:** Lisa Bond
**Sent:** Wednesday, June 27, 2012 3:22 PM
**To:** 'Charles Nichols'
**Subject:** RE: Nichols v. Harris, et al.

Mr. Nichols,

Thank you for your email. We do not agree with you that it is too late to meet and confer. Please advise as to why you believe it is too late. Even if you believe the time has run, I again request for the third time that you meet and confer with me as to our motion. We would also like to discuss the manner in which you effectuated service. I would like to meet you in person at a mutually convenient location. Please let me know if you will discuss this matter with me.

I previously left a message at the number listed on the First Amended Complaint (424) 634-7381. You have advised you did not receive this message. Is this the correct phone number for you?

I also direct your attention to Local Rule 11-3.8(a) requiring that the first page of all documents include the office address (or residence address if no office is maintained). You have included a PO Box which is not in compliance with this rule. Please email me your office address (or residence address if no office is maintained) and include the required information on any subsequent pleadings.

LISA BOND, ESQ.
RICHARDS|WATSON|GERSHON
355 SOUTH GRAND AVENUE
SUITE 4000
LOS ANGELES, CA 90071
PH 213.626.8484
FAX 213.626.0078

---

**From:** Charles Nichols [mailto:CharlesNichols@Pykrete.info]
**Sent:** Tuesday, June 26, 2012 5:19 PM
**To:** Lisa Bond
**Subject:** RE: Nichols v. Harris, et al.
**Importance:** High

I did not receive any message prior to this email. The local rules of the court and Judge Otero's standing order require the conference take place at least five (5) days prior to the last day for filing the motion. You missed your deadline to file a motion to dismiss.

> -------- Original Message --------
> Subject: Nichols v. Harris, et al.
> From: Lisa Bond <LBond@rwglaw.com>
> Date: Tue, June 26, 2012 4:39 pm
> To: "'CharlesNichols@Pykrete.info'" <CharlesNichols@Pykrete.info>
>
> Mr. Nichols,
> I am writing regarding the First Amended Complaint you filed in the matter Nichols v. Harris, et al.,
> USDC Case No. CV-11-9916SJO(SS). I left a message for you at the number on the pleading, but also

1

wanted to send you an email. The Redondo Beach defendants will be filing a Motion to Dismiss the First Amended Complaint that will be similar to the first motion filed by Redondo Beach as to the initial complaint. I would be happy to discuss the motion with you at your convenience.

LISA BOND, ESQ.
RICHARDS|WATSON|GERSHON
355 SOUTH GRAND AVENUE
SUITE 4000
LOS ANGELES, CA 90071
PH 213.626.8484
FAX 213.626.0078

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient of this communication, or an employee or agent responsible for delivering this communication to the intended recipient, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.