T. PETER PIERCE (Bar No. 160408)
ppierce@rwglaw.com
LISA BOND (Bar No. 172342)
lbond@rwglaw.com
AARON C. O'DELL (Bar No. 281851)
ao'dell@rwglaw.com
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Telephone: 213.626.8484
Facsimile: 213.626.0078

Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH LEONARDI and TODD HEYWOOD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS,<br><br>             Plaintiff,<br>vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, OFFICER TODD HEYWOOD and DOES 1 to 10,<br><br>             Defendants. | Case No. CV-11-9916 SJO (SS)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**<br><br>(Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(e))<br><br>[NOTICE OF MOTION, MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF LISA BOND FILED CONCURRENTLY HEREWITH]<br><br>Date:    July 31, 2012<br>Time:   10:00 a.m.<br>Ctrm:   23<br><br>Action Filed:   November 30, 2011<br><br>Magistrate:   Hon. Suzanne H. Segal |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

R6900-0001\1471161v1.doc

# ORDER

The Motion to Dismiss the First Amended Complaint, or, in the alternative, Motion for More Definite Statement filed by Defendants City of Redondo Beach, Joseph Leonardi and Todd Heywood (collectively "Redondo Beach Defendants") in this matter came on regularly for hearing before this Court on July 31, 2012.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff Charles Nichols has failed to allege sufficient facts establishing standing and has also failed to state a claim upon which relief may be granted.

IT IS HEREBY ORDERED that the Redondo Beach Defendants' Motion to Dismiss is GRANTED.  The Complaint in this case is ordered dismissed [with] [without] prejudice.

Dated: _____     _____
Hon. S. James Otero
Judge, United States District Court

# PROOF OF SERVICE

I, Emily Hayes, declare:

I am a resident of the state of California and over the age of eighteen years and not a party to the within action. My business address is 355 South Grand Avenue, 40th Floor, Los Angeles, California 90071-3101. On June 29, 2012, I served the within document(s) described as:

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

on the interested parties in this action as stated below:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 29, 2012, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

```
       Emily Hayes                            (Signature)
   (Type or print name)
```