Name and address:

LISA BOND (SBN 172342)
AARON C. O'DELL (SBN 281851)
RICHARDS, WATSON & GERSHON
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-2901

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHARLES NICHOLS | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV-11-9916 SJO (SS) |
| v. | ORDER ON |
| KAMALA D. HARRIS, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

City of Redondo Beach and Joseph Leonardi    ☐ Plaintiff   ☒ Defendant   ☐ Other _____
              Name of Party

to substitute   Lisa Bond/Richards, Watson & Gershon   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

355 South Grand Avenue, 40th Floor
                    Street Address

Los Angeles, CA 90071-2901          lbond@rwglaw.com
      City, State, Zip                  E-Mail Address

(213) 626-8484              (213) 626-0078                172342
 Telephone Number              Fax Number              State Bar Number

as attorney of record in place and stead of  Michael W. Webb, City Attorney for City of Redondo Beach
                                              Present Attorney

is hereby   ☒ GRANTED   ☐ DENIED

Dated 7/2/12

_____
U.S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.