UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.      CV 11-9916-SJO-(SS)                              Date: July 5, 2012

Title:        Charles Nichols v. Edmund G Brown Jr et al

========================================================================
DOCKET ENTRY:   ORDER (1) SETTING BRIEFING SCHEDULE FOR DEFENDANTS'
                CITY OF REDONDO BEACH, JOSEPH LEONARDI AND TODD
                HEYWOOD'S MOTION TO DISMISS(dkt. 54) AND DEFENDANT
                CALIFORNIA ATTORNEY GENERAL KAMALA D. HARRIS' MOTION
                TO DISMISS (dkt. 58) AND (2) VACATING HEARING DATES ON
                MOTIONS
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Jake Yerke | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

None Present                               None Present

**PROCEEDINGS: (IN CHAMBERS)**

   On **June 29, 2012**, in the above-entitled civil rights action, Motions to Dismiss were filed by Defendants City of Redondo Beach, Joseph Leonardi, Todd Heywood and California Attorney General Kamala D. Harris. Plaintiff shall have until July 16, 2012 to serve and file Oppositions to the Motions. Defendants shall have seven (7) days from service of the Oppositions to serve and file Replies, if necessary. Thereafter, the Motions will be deemed submitted without oral argument. Accordingly, **IT IS ORDERED** that the hearings set for **July 31, 2012** be taken off calendar.

   Plaintiff is advised that failure to file Oppositions to the Motions may be deemed consent to the granting of the Motions, pursuant to Local Rule ("L.R.") 7-12. Furthermore, the Court may decline to consider any memorandum or other paper not filed within the deadline set by this order. See L.R. 7-12. If Plaintiff does not intend to oppose the motions, he should file Notices of Non-Opposition. See L.R. 7-16. Finally, Plaintiff is advised that failure to respond to an order of the Court may result in a recommendation that his action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The parties are advised that they should not delay litigation of this matter due to the pendency of motions to dismiss. The Court will not extend future deadlines because motions to dismiss were under consideration. The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff and counsel for the above-named Defendants.

                                                              _____ : _____

MINUTES FORM 90
CIVIL-GEN                                                     Initials of Deputy Clerk ____jy_____