Name and address
Michael F. Sisson  (Bar No. 108855)
LAW OFFICE OF MICHAEL F. SISSON
3655 Torrance Blvd., 3rd Floor
Torrance, CA  90503
(310) 318-0970
fax (310) 318-0948
sissonlaw@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols <br><br> Plaintiff(s) <br> v. <br><br> KAMALA HARRIS, et al <br><br> Defendant(s). | **CASE NUMBER** <br><br> CV-11-9916 SJO (SS) <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Charles Nichols    ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

hereby requests that the Court approve the substitution of   Michael F. Sisson
_New Attorney_

as attorney of record instead of   Charles Nichols
_Present Attorney_

Dated   July 11, 2012

_[signature]_
_Signature of Party/Authorized Representative of Party_

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated   July 11, 2012

_[signature]_
_Signature of Present Attorney_

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated   July 11, 2012

_[signature]_
_Signature of New Attorney_

108855
_State Bar Number_

---

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

---

G-01 (07/12)    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

was served via United States Mail, postage prepaid, on this 11th, day of July, 2012; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala D. Harris

AND

T. PETER PIERCE
LISA BOND
AARON C. O'DELL
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101

Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH LEONARDI and TODD HEYWOOD

Charles Nichols
Plaintiff, In Pro Per

Name and address:
Michael F. Sisson (Bar No. 108855)
LAW OFFICE OF MICHAEL F. SISSON
3655 Torrance Blvd., 3rd Floor
Torrance, CA 90503
(310) 318-0970
fax (310) 318-0948
sissonlaw@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-9916 SJO (SS) |
| v. | |
| KAMALA HARRIS, et al | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Charles Nichols     ☑ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute   Michael F. Sisson   who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

3655 Torrance Blvd., 3rd Floor
*Street Address*

Torrance, CA 990503                              sissonlaw@aol.com
*City, State, Zip*                                *E-Mail Address*

(310) 318-0970            (310) 318-0948            108855
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of   Charles Nichols
                                   *Present Attorney*

is hereby   ☐ GRANTED   ☐ DENIED

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (07/12)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of

[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

was served via United States Mail, postage prepaid, on this 11th, day of July, 2012; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala D. Harris

AND

T. PETER PIERCE
LISA BOND
AARON C. O'DELL
RICHARDS, WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101

Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH LEONARDI and TODD HEYWOOD

Charles Nichols
Plaintiff, In Pro Per