Name and address:
Michael F. Sisson (SBN 108855)
LAW OFFICE OF MICHAEL F. SISSON
3655 Torrance Blvd., 3rd Floor
Torrance, CA 90503
(310) 318-0970
fax (310) 318-0948
sissonlaw@aol.com

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 11-9916 SJO (SS) |
| v. | |
| KAMALA HARRIS, et al | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Charles Nichols__  ☒ Plaintiff  ☐ Defendant  ☐ Other _____
Name of Party

to substitute __Michael F. Sisson__ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

__3655 Torrance Blvd., 3rd Floor__
Street Address

__Torrance, CA  990503__          __sissonlaw@aol.com__
City, State, Zip                              E-Mail Address

__(310) 318-0970__          __(310) 318-0948__          __108855__
Telephone Number         Fax Number                State Bar Number

as attorney of record instead of __Charles Nichols__
Present Attorney

is hereby  ☒ GRANTED   ☐ DENIED

Dated __7/13/12__     _____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.