T. PETER PIERCE (Bar No. 160408)
ppierce@rwglaw.com
LISA BOND (Bar No. 172342)
lbond@rwglaw.com
AARON C. O'DELL (Bar No. 281851)
ao'dell@rwglaw.com
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Telephone: 213.626.8484
Facsimile: 213.626.0078

Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH
LEONARDI and TODD HEYWOOD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS,<br><br>　　　　Plaintiff,<br>vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, OFFICER TODD HEYWOOD and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. CV-11-9916 SJO (SS)<br><br>**REDONDO BEACH DEFENDANTS' EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE PORTIONS OF NICHOLS DECLARATION FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[REPLY IN SUPPORT OF MOTION TO DISMISS FILED CONCURRENTLY HEREWITH]<br><br>Magistrate:　Hon. Suzanne H. Segal<br><br>Date:　　　NA<br>Time:　　　NA<br>Ctrm:　　　23<br><br>Action Filed: November 30, 2011 |

Defendant City of Reondo Beach, Police Chief Joseph Leonardi, and Officer Todd Heywood (collectively the "Redondo Beach Defendants") hereby object to Paragraph 2, lines 7-9, of the declaration of Charles Nichols ("Plaintiff") in support of his opposition to the motion to dismiss the first amended complaint, or, in the

1  alternative motion for more definite statement filed by the Redondo Beach
2  Defendants and move the Court for an order striking the references to alleged death
3  threats he has received in the past.
4      The Court should strike any references to death threats by Plaintiff on the
5  grounds that (1) any such alleged threats are hearsay; and (2) any such alleged threats
6  are completely irrelevant to the matters at issue in the motion to dismiss.

**OBJECTION: Declaration of Charles Nichols, Paragraph 2, lines 7-9:**

"I have redacted my home address due to death threats I have received in the past, and would like to keep it out of the public record as much as possible."

The Redondo Beach Defendants object to paragraph 2, lines 7-9, of the declaration, as follows:

a.   Hearsay.  The statement is inadmissible hearsay.  Federal Rules of Evidence 801, 802.

☐   Sustained   ☐   Overruled   ☐   _____

b.   Relevance.  Any alleged death threats are not relevant to the motion to dismiss.  Federal Rules of Evidence 401, 402.

☐   Sustained   ☐   Overruled   ☐   _____

Dated: July 20, 2012

RICHARDS, WATSON & GERSHON
 A Professional Corporation
T. PETER PIERCE
LISA BOND
AARON C. O'DELL

By: _____
LISA BOND
Attorneys for Defendants
CITY OF REDONDO BEACH, JOSEPH LEONARDI and TODD HEYWOOD