# CERTIFICATE OF SERVICE

Case Name:   *__Nichols v. Brown__*   No.   __**11-cv-09916 SJO (SSx) (U.S.D.C., C.D. Cal.)**__

I hereby certify that, on July 23, 2012, I electronically filed the following document with the Clerk of the U.S. District Court, Central District of California, by using the CM/ECF system:

**DEFENDANT KAMALA D. HARRIS'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OF PLAINTIFF CHARLES NICHOLS (FED. R. CIV. P. 12(B)(1))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 23, 2012, at Los Angeles, California.


____Jonathan M. Eisenberg____          */s/ Jonathan M. Eisenberg*____
Declarant                                           Signature