Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

DEC 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-11-9916 SJO(SS) |
| v. | |
| Edmund G Brown Jr et al | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Charles Nichols   ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_____
Name of Party

hereby requests that the Court approve the substitution of   Charles Nichols
                                                            _____
                                                            New Attorney

as attorney of record instead of  Michael F. Sisson
                                  _____
                                  Present Attorney

Dated  December 15, 2012          _____
                                  Signature of Party/Authorized Representative of Party

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  12-16-12                   _____
                                  Signature of Present Attorney

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  _____             _____
                                  Signature of New Attorney

                                  _____
                                  State Bar Number

---

If party requesting to appear Pro Se:

Dated  December 15, 2012          _____
                                  Signature of Requesting Party

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER)* ALONG WITH THIS REQUEST.

G-01 (07/12)              REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** was served via United States Mail, postage prepaid, on this 18, day of December, 2012; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

AND
T. PETER PIERCE
LISA BOND
AARON C. O'DELL
RICHARDS WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI, OFFICER TODD HEYWOOD and DOES 1 to 10

Charles Nichols
Plaintiff, In Pro Per