Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
DEC 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
DEC 21, 2012
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-11-9916 SJO(SS) |
| v. | |
| Edmund G Brown Jr et al | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Charles Nichols       ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute  Charles Nichols                                    who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☑ Pro Se

PO Box 1302
*Street Address*

Redondo Beach, CA 90278                      CharlesNichols@Pykrete.info
*City, State, Zip*                            *E-Mail Address*

(424) 634-7381
*Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record instead of  Michael F. Sisson
                                  *Present Attorney*

is hereby   ☑ GRANTED   ☐ DENIED

Dated  12/21/12                    _____
                                   U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.