ORIGINAL

FILED

2013 JAN 11  AM 10: 15

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Charles Nichols
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols, | Case No.: |
| PLAINTIFF, | CV-11-9916 SJO (SS) |
| vs. | **NOTICE OF RELATED CASE** |
| KAMALA D. HARRIS, Attorney | [Local Rule 83-1.3(b)] |
| General, in her official capacity as | |
| Attorney General of California, CITY | |
| OF REDONDO BEACH, CITY OF | |
| REDONDO BEACH POLICE CHIEF | Date: N/A |
| JOSEPH LEONARDI, OFFICER | Time: N/A |
| | Courtroom: 23 – 3rd Flr. |
| TODD HEYWOOD and DOES 1 to 10, | Judge: Hon. Suzanne H. Segal |
| Defendants. | Trial Date: Not Set |
| | Action Filed: Nov. 30, 2011 |

Nichols v. Edmund G Brown Jr et al          1          CV-11-9916 SJO (SS)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

In accordance with Local Rule Local Rule 83-1.3(b) Plaintiff Charles Nichols, pro se, reluctantly files this instant Notice of Related Case. The following case calls for a determination of substantially identical questions of law. Plaintiff does not want for the two cases to be related but believes he is required by Local Rule 83-1.3(b) to file this instant notice.

Dorothy McKay et al v. Sheriff Sandra Hutchens et al., United States District Court Central District of California Case No. 8:2012cv01458. Hereinafter referred to as McKay.

It has just come to Plaintiff's attention that on December 10, 2012 a NOTICE OF POTENTIAL CLAIM OF UNCONSTITUTIONALITY was filed by the Plaintiff's in McKay [docket #35] stating in part:

"Plaintiffs-Appellants Dorothy McKay, Diana Kilgore, Phillip Willms, Fred Kogen, David Weiss, and the CRPA Foundation (hereinafter "Plaintiffs"), by and through their counsel of record, hereby provide notice that the above-entitled action may potentially draw into question the constitutionality of **California Penal Code section 26150(a)(2).**"

Plaintiff Charles Nichols, pro se, challenges the constitutionality of a substantially identical state statute in its entirety – California Penal Code section 26155. Plaintiffs in both cases have been denied a handgun carry license.

**THESE CASES SHOULD NOT BE RELATED FOR THE FOLLOWING REASONS**

1.  Although both PC 26150 & PC 26155 are substantially identical and applications received by a county sheriff (PC 26150) or a police chief (PC 26155) are sent to the Attorney General for approval before a license can be issued; a municipal police chief is not a state official and therefore cannot stand in stead of the Attorney General when the constitutionality of a state statute is at issue.

2.  McKay "potentially" calls into question a single clause of PC 26150. Plaintiff Nichols unequivocally challenges the constitutionality of the entire similar state statute – PC 26155.

3.  The California Rifle and Pistol Association (CRPA) is the state organization of the National Rifle Association (NRA). The CRPA has argued these past two and a half years in District Court Edward Peruta, et al v. County of San Diego, et al Case Number: 3:2009cv02371 and in the Court of Appeals for the same case (Case Number: 10-56971 argued and submitted December 6, 2012) to uphold California's 1967 ban on openly carrying a loaded firearm in public (former section PC 12031, now substantially PC 25850). Plaintiff Nichols, pro se, unlike the CRPA (a named Plaintiff in both Peruta and McKay) does challenge the constitutionality of PC 25850 (formerly PC 12031).

4.  Although the CRPA, as an Amicus, filed a Citation of Supplemental Authority Pursuant to Rule 28(j) in Mehl v. Blanas, Case No. 08-15773 (9th Circuit Court of Appeals, argued and submitted December 10, 2012) citing Moore v. Madigan and Shepard v. Madigan, Nos. 12-1269, -1788 (7th Cir.) stating that PC 26150(b) provides for the issuance of licenses to carry openly or concealed; the CRPA neglected to mention the population and residency restrictions of PC 26150 for licenses to openly carry a loaded handgun (restrictions identical to PC 26155). Nor did the

CRPA note that PC 26150 (and PC 26155) applies only to concealable firearms and not long guns.

5. Plaintiff's case and McKay are otherwise unrelated pursuant to 83-1.3(a), (c) and (d).

6. On December 20, 2012 presiding Judge James V. Selna issued a stay [docket #37] in the district court proceedings pending the 9th Circuit ruling on the appeal of McKay's Preliminary Motion.

7. Most importantly, McKay seeks to make permits to carry loaded handguns **concealed** "shall-issue" whereas Plaintiff Nichols, pro se, seeks to **openly carry** loaded firearms with the very narrow exception of optionally carrying a concealed, loaded handgun as a traveler, while on a journey. McKay's is a Concealed Carry case. Plaintiff Nichols case is, has always been, and will always be an Open Carry case. McKay's case may, at a later time, morph into an Open Carry case but until then it would be premature to consider combining these two cases. Combining these two cases would NOT be in the interests of judicial economy. Therefore Plaintiff Nichols, pro se, respectfully requests that this court simply take notice of a "potentially" related case.

Dated: December 22, 2012                                  Respectfully submitted,


By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
E-Mail:
CharlesNichols@Pykrete.info

///

Nichols v. Edmund G Brown Jr et al            4            CV-11-9916 SJO (SS)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF RELATED CASE [Local Rule 83-1.3(b)]** was served via United States Mail, postage prepaid, on this __23__, day of <u>December</u>, 2012; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

T. PETER PIERCE
LISA BOND
AARON C. O'DELL
RICHARDS WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Attorney for Defendants:
CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH
LEONARDI,  OFFICER TODD HEYWOOD and DOES 1 to 10

Carl Dawson Michel
Glenn S McRoberts
Sean Anthony Brady
Michel & Associates PC
180 East Ocean Boulevard Suite 200
Long Beach, CA 90802
Attorneys for Plaintiffs in potentially related case: Dorothy McKay et al v. Sheriff Sandra Hutchens et al

Elizabeth Anne Pejeau
Marianne Van Riper
Orange County Counsel
333 West Santa Ana Boulevard Suite 407
Santa Ana, CA 92701
Attorneys for Defendants in potentially related case: Dorothy McKay et al v. Sheriff Sandra Hutchens et al

Charles Nichols
Plaintiff, In Pro Per