# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.     CV 11-9916 SJO (SS)                    Date: April 2, 2013

Title:     Charles Nichols v. Kamala D. Harris, et al.

=================================================================

DOCKET ENTRY:     **SCHEDULING  ORDER  RE RESPONSE DEADLINE TO PLAINTIFF'S SECOND AMENDED COMPLAINT (Dkt. No. 83)**

=================================================================

PRESENT:

### HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

None Present                               None Present

**PROCEEDINGS: (IN CHAMBERS)**

On April 1, 2013, Plaintiff in the above-referenced pro se civil rights action filed a Second Amended Complaint.  Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall file a response to the Second Amended Complaint within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                   Initials of Deputy Clerk_____mr_____