ORIGINAL

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
2013 APR 10 PM 2:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# United States District Court
# Central District of California

Charles Nichols,

    PLAINTIFF,

vs.

KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH and DOES 1 to 10,

    Defendants.

Case No.: CV-11-9916 SJO (SS)

**NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**

Date: May 20, 2013
Time: 10:00 a.m.
Location: United States Courthouse
    312 North Spring Street
    Los Angeles, CA 90012-4701
Courtroom: 1 - 2nd Floor
Judge: Samuel James Otero
Date Action Filed: November 30, 2011

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that on May 20, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 312 North Spring Street Los Angeles, CA 90012-4701 California, in the courtroom of the Honorable Judge Samuel James Otero, Plaintiff Charles Nichols will and hereby does move for a preliminary injunction pursuant to Rule 65(a) of the Federal Rules of Civil Procedure.

Plaintiff will seek an order preliminarily enjoining Defendant KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, her officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with her and who receive actual notice of the injunction from:

1. Enforcing California Penal Code section 25850(a) to the extent it penalizes, prohibits, or infringes on the right of PLAINTIFF and similarly situated individuals, who are not prohibited from possessing firearms, from openly carrying loaded firearms; in non-sensitive public places, on private residential property and inside or on a motor vehicle for the purpose of self-defense and for other lawful purposes.

2. Enforcing California Penal Code section 25850(b).

3. Enforcing California Penal Code section 26350.

4. Enforcing California Penal Code section 26400.

<u>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**</u>

This Motion will be made on the grounds that immediate and irreparable injury will result to Plaintiff and similarly situated individuals unless the laws described above are enjoined pending resolution of this action. Plaintiff is likely to succeed on the merits because these laws violate Plaintiff's and similarly situated individuals right to openly carry firearms for the purpose of self-defense and for other lawful purposes under the Second Amendment and, in particular, his right to "possess and carry firearms in case of confrontation" as well as his right under the Fourth Amendment to be free from unlawful searches and seizures at the hands of California police officers and his Fourteenth Amendment right to Equal Protection under the law.

Further, this motion will be based on this notice of motion and motion, the accompanying memorandum of points and authorities, the declaration and materials filed concurrently herewith, any matters of which the court may or is required to take judicial notice, the papers on file, and upon any further matters the Court deems appropriate.

Dated: April 8, 2013                    Respectfully submitted,

                                        By: Charles Nichols
                                        PLAINTIFF in Pro Per
                                        PO Box 1302
                                        Redondo Beach, CA 90278
                                        Voice: (424) 634-7381
                                        E-Mail:
                                        CharlesNichols@Pykrete.info

///

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION** was served via United States Mail, postage prepaid, on this 9 , day of April, 2013; on the following:

KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

AND

T. PETER PIERCE
LISA BOND
AARON C. O'DELL
RICHARDS WATSON & GERSHON
A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3101
Attorney for Defendants:
CITY OF REDONDO BEACH and DOES 1 to 10

Charles Nichols
Plaintiff, In Pro Per
Case No. CV-11-9916 SJO (SS)