KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring St., Ste. 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail:  jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney
General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,** <br><br> Plaintiff, <br><br> **v.** <br><br> **EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,** <br><br> Defendants. | CV-11-09916 SJO (SS) <br><br> **DEFENDANT KAMALA D. HARRIS'S ANSWER TO PLAINTIFF CHARLES NICHOLS'S SECOND AMENDED COMPLAINT** <br><br> Trial Date:      Not Yet Set <br> Action Filed:   Nov. 30, 2011 |

Defendant Kamala D. Harris, Attorney General of the State of California (the

"Attorney General"), answers the second amended complaint herein of Plaintiff

Charles Nichols ("Nichols") as follows:

## JURISDICTION AND VENUE

1.      Answering enumerated paragraph 1, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet denies each and every allegation of the paragraph.

2.      Answering enumerated paragraph 2, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet denies each and every allegation of the paragraph.

## PARTIES

3.      Answering enumerated paragraph 3, the Attorney General admits that Nichols is a natural person, i.e., a human being, but, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

4.      Answering enumerated paragraph 4, the Attorney General admits that, since January 3, 2011, she has been (and presently is) the Attorney General of the State of California, and further that she must comply with her legal obligations as the Attorney General of the State of California, which legal obligations are found in various sources, including the U.S. Constitution, the California Constitution, statutes, and case law, which sources speak for themselves.  The Attorney General denies each and every other allegation of the paragraph.

5.      Answering enumerated paragraph 5, the Attorney General admits that Co-Defendant City of Redondo Beach ("Redondo Beach") "is and was a duly organized public entity…existing under the laws of the State of California."  The Attorney General is informed and believes, and on that basis admits, that, at all times relevant to the present case, Redondo Beach employed police officers and city prosecutors.  For lack of sufficient information, knowledge, and belief, the Attorney General denies each and every other allegation of the paragraph.

6.      Answering enumerated paragraph 6, the Attorney General understands the paragraph merely to re-allege prior paragraphs, and the Attorney General

correspondingly incorporates herein her prior responses to those paragraphs, and denies each and every other allegation of the instant paragraph, to the extent such other allegations were made.

## BACKGROUND ALLEGATIONS

7.    Answering enumerated paragraph 7, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits that the U.S. Supreme Court issued the decision known as *District of Columbia v. Heller*, 554 U.S. 470 (2008), which decision speaks for itself, and denies each and every other allegation of the paragraph.

8.    Answering enumerated paragraph 8, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits that Nichols is not challenging the constitutionality of, or the constitutionality of enforcement of, certain state or federal laws, and denies each and every other allegation of the paragraph.

9.    Answering enumerated paragraph 9, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

10.    Answering enumerated paragraph 10, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph, and denies each and every other allegation of the paragraph.

11.    Answering enumerated paragraph 11, the Attorney General

1    understands and contends that the paragraph contains assertions or statements of

2    law only and does not require an answer, yet the Attorney General admits the

3    existence of the legal authorities to which the paragraph appears to refer, which

4    legal authorities speak for themselves, and denies each and every other allegation of

5    the paragraph, and denies each and every other allegation of the paragraph.

6         12.    Answering enumerated paragraph 12, the Attorney General admits that

7    she complies with her responsibilities set forth in the California Penal Code.  The

8    paragraph appears to contain assertions or statements of law that, the Attorney

9    General understands and contends, do not require an answer, yet the Attorney

10   General admits the existence of the legal authorities to which the paragraph appears

11   to refer, which legal authorities speak for themselves, and denies each and every

12   other allegation of the paragraph.

13        13.    Answering enumerated paragraph 13, the Attorney General

14   understands and contends that the paragraph contains assertions or statements of

15   law only and does not require an answer, yet the Attorney General admits the

16   existence of the legal authorities to which the paragraph appears to refer, which

17   legal authorities speak for themselves, and denies each and every other allegation of

18   the paragraph.

19              **STATE LAWS AND COUNTY ORDINANCES**

20        14.    Answering enumerated paragraph 14, the Attorney General

21   understands the paragraph merely to re-allege prior paragraphs, and the Attorney

22   General correspondingly incorporates herein her prior responses to those

23   paragraphs, and denies each and every other allegation of the instant paragraph, to

24   the extent such other allegations were made.

25        15.    Answering enumerated paragraph 15, the Attorney General

26   understands and contends that the paragraph merely restates a statute, which speaks

27   for itself, and on that basis the Attorney General denies each and every allegation of

28   the paragraph.

16.     Answering enumerated paragraph 16, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

17.     Answering enumerated paragraph 17, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

18.     Answering enumerated paragraph 18, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

19.     Answering enumerated paragraph 19, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

20.     Answering enumerated paragraph 20, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

21.     Answering enumerated paragraph 21, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

22.     Answering enumerated paragraph 22, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

23.     Answering enumerated paragraph 23, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

24.     Answering enumerated paragraph 24, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

25.     Answering enumerated paragraph 25, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

26.     Answering enumerated paragraph 26, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

27.     Answering enumerated paragraph 27, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

28.     Answering enumerated paragraph 28, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

29.     Answering enumerated paragraph 29, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

30.     Answering enumerated paragraph 30, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

31.     Answering enumerated paragraph 31, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

32.     Answering enumerated paragraph 32, the Attorney General understands and contends that the paragraph merely restates a statute, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

33.     Answering enumerated paragraph 33, the Attorney General understands and contends that the paragraph merely restates an ordinance, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

34.     Answering enumerated paragraph 34, the Attorney General understands and contends that the paragraph merely restates an ordinance, which speaks for itself, and on that basis the Attorney General denies each and every allegation of the paragraph.

## FACTS

35.     Answering enumerated paragraph 35, the Attorney General understands the paragraph merely to re-allege prior paragraphs, and the Attorney General correspondingly incorporates herein her prior responses to those paragraphs, and denies each and every other allegation of the instant paragraph, to the extent such other allegations were made.

36.     Answering enumerated paragraph 36, the Attorney General admits that she has not specifically instructed Redondo Beach in how to construe the local

ordinances mentioned or tried to intervene in Redondo Beach's criminal prosecution of Nichols. The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

37. Answering enumerated paragraph 37, the Attorney General admits that she has not specifically instructed Redondo Beach in how to construe the local ordinances mentioned or tried to intervene in Redondo Beach's criminal prosecution of Nichols. The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

38. Answering enumerated paragraph 38, the Attorney General admits that she has not specifically instructed Redondo Beach in how to construe the local ordinances mentioned. The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

39. Answering enumerated paragraph 39, the Attorney General admits that the Office of the Attorney General publishes California crime statistics information, which publications speak for themselves. The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the

1    paragraph.

2        40.    Answering enumerated paragraph 40, the Attorney General admits that

3    the California Department of Justice has one database or more containing

4    information about arrests made for "weapons offenses," and denies each and every

5    other allegation of the paragraph.

6        41.    Answering enumerated paragraph 41, the Attorney General admits that

7    the Office of the Attorney General "has participated in [the] enforcement"

8    (although that phrase is ambiguous) of California Penal Code section 25850.  The

9    paragraph appears to contain assertions or statements of law that, the Attorney

10    General understands and contends, do not require an answer, yet the Attorney

11    General admits the existence of the legal authorities to which the paragraph appears

12    to refer, which legal authorities speak for themselves, and denies each and every

13    other allegation of the paragraph.

14        42.    Answering enumerated paragraph 42, the Attorney General admits

15    that, in the past, the Office of the Attorney General "has participated in the

16    enforcement" (although that phrase is ambiguous) of California Penal Code

17    sections 25850, 26350, 26150, and 26155.  The paragraph appears to contain

18    assertions or statements of law that, the Attorney General understands and

19    contends, do not require an answer, yet the Attorney General admits the existence

20    of the legal authorities to which the paragraph appears to refer, which legal

21    authorities speak for themselves, and denies each and every other allegation of the

22    paragraph.

23        43.    Answering enumerated paragraph 43, the Attorney General

24    understands and contends that the paragraph contains assertions or statements of

25    law only and does not require an answer, yet the Attorney General admits the

26    existence of the legal authorities to which the paragraph appears to refer, which

27    legal authorities speak for themselves, and denies each and every other allegation of

28    the paragraph.

1    44.    Answering enumerated paragraph 44, the Attorney General

2  understands and contends that the paragraph contains assertions or statements of

3  law only and does not require an answer, yet the Attorney General admits the

4  existence of the legal authorities to which the paragraph appears to refer, which

5  legal authorities speak for themselves, and denies each and every other allegation of

6  the paragraph.

7    45.    Answering enumerated paragraph 45, the Attorney General admits that

8  she has not tried to intervene in Redondo Beach's criminal prosecution of Nichols.

9  The paragraph appears to contain assertions or statements of law that, the Attorney

10  General understands and contends, do not require an answer, yet the Attorney

11  General admits the existence of the legal authorities to which the paragraph appears

12  to refer, which legal authorities speak for themselves, and, for lack of sufficient

13  information, knowledge, and belief, denies each and every other allegation of the

14  paragraph.

15    46.    Answering enumerated paragraph 46, for lack of sufficient

16  information, knowledge, and belief, the Attorney General denies each and every

17  other allegation of the paragraph.

18    47.    Answering enumerated paragraph 47, the Attorney General admits that

19  she complies with her responsibilities set forth in the California Penal Code.  The

20  paragraph appears to contain assertions or statements of law that, the Attorney

21  General understands and contends, do not require an answer, yet the Attorney

22  General admits the existence of the legal authorities to which the paragraph appears

23  to refer, which legal authorities speak for themselves, and, for lack of sufficient

24  information, knowledge, and belief, denies each and every other allegation of the

25  paragraph.

26    48.    Answering enumerated paragraph 48, the Attorney General admits that

27  Nichols "obtained a Law Enforcement Gun Release" letter from the California

28  Department of Justice, and that the Attorney General has not instructed Redondo

Beach with regard to returning or not returning any firearms or other property that Nichols alleges are his yet are being held by Redondo Beach.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

49.    Answering enumerated paragraph 49, the Attorney General notes that the paragraph contains predictions of Nichols's future behavior which are not appropriately or possibly subject to admissions or denials.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

50.    Answering enumerated paragraph 50, the Attorney General admits that that, in the past, the Office of the Attorney General has handled appeals of convictions under California Penal Code section 25850, and that the Attorney has not specifically instructed Redondo Beach in how to construe the local ordinances mentioned or tried to intervene in Redondo Beach's criminal prosecution of Nichols.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

51.    Answering enumerated paragraph 51, the Attorney General admits that she has not specifically instructed Redondo Beach in how to construe the state law

mentioned or tried to intervene in Redondo Beach's criminal prosecution of Nichols.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

52.    Answering enumerated paragraph 52, the Attorney General admits that she has not specifically instructed Redondo Beach in how to construe the local ordinances mentioned or tried to intervene in Redondo Beach's criminal prosecution of Nichols.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

53.    Answering enumerated paragraph 53, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

54.    Answering enumerated paragraph 54, the Attorney General denies each and every other allegation of the paragraph.

**FIRST CLAIM FOR RELIEF [ETC.]**

55.    Answering enumerated paragraph 55, the Attorney General understands the paragraph merely to re-allege prior paragraphs, and the Attorney General correspondingly incorporates herein her prior responses to those paragraphs, and denies each and every other allegation of the instant paragraph, to the extent such other allegations were made.

56.    Answering enumerated paragraph 56, the Attorney General

understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits that the U.S. Supreme Court issued the decisions known as *District of Columbia v. Heller*, 554 U.S. 470 (2008), and *McDonald v. City of Chicago*, 561 U.S. 3025 (2010), which decisions speaks for itself, and denies each and every other allegation of the paragraph.

57. Answering enumerated paragraph 57, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

58. Answering enumerated paragraph 58, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

59. Answering enumerated paragraph 59, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and denies each and every other allegation of the paragraph.

60. Answering enumerated paragraph 60, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which

1  legal authorities speak for themselves, and denies each and every other allegation of
2  the paragraph.

3  61.    Answering enumerated paragraph 61, the Attorney General
4  understands and contends that the paragraph contains assertions or statements of
5  law only and does not require an answer, yet the Attorney General admits the
6  existence of the legal authorities to which the paragraph appears to refer, which
7  legal authorities speak for themselves, and denies each and every other allegation of
8  the paragraph.

9  62.    Answering enumerated paragraph 62, the Attorney General
10  understands and contends that the paragraph contains assertions or statements of
11  law only and does not require an answer, yet the Attorney General admits the
12  existence of the legal authorities to which the paragraph appears to refer, which
13  legal authorities speak for themselves, and denies each and every other allegation of
14  the paragraph.

15  63.    Answering enumerated paragraph 63, the Attorney General
16  understands and contends that the paragraph contains assertions or statements of
17  law only and does not require an answer, yet the Attorney General admits the
18  existence of the legal authorities to which the paragraph appears to refer, which
19  legal authorities speak for themselves, and denies each and every other allegation of
20  the paragraph.

21  64.    Answering enumerated paragraph 64, the Attorney General
22  understands and contends that the paragraph contains assertions or statements of
23  law only and does not require an answer, yet the Attorney General admits the
24  existence of the legal authorities to which the paragraph appears to refer, which
25  legal authorities speak for themselves, and denies each and every other allegation of
26  the paragraph.

27  65.    Answering enumerated paragraph 65, the Attorney General
28  understands and contends that the paragraph contains assertions or statements of

law only and does not require an answer, yet the Attorney General admits the
existence of the legal authorities to which the paragraph appears to refer, which
legal authorities speak for themselves, and denies each and every other allegation of
the paragraph.

66.    Answering enumerated paragraph 66, the Attorney General
understands and contends that the paragraph contains assertions or statements of
law only and does not require an answer, yet the Attorney General admits the
existence of the legal authorities to which the paragraph appears to refer, which
legal authorities speak for themselves, and denies each and every other allegation of
the paragraph.

67.    Answering enumerated paragraph 67, the Attorney General admits that
Nichols is pursuing his lawsuit pro se.  The paragraph appears to contain assertions
or statements of law that, the Attorney General understands and contends, do not
require an answer, yet the Attorney General admits the existence of the legal
authorities to which the paragraph appears to refer, which legal authorities speak for
themselves, and denies each and every other allegation of the paragraph.

68.    Answering enumerated paragraph 68, the Attorney General
understands and contends that the paragraph contains assertions or statements of
law that, the Attorney General understands and contends, do not require an answer,
yet the Attorney General denies each and every allegation of the paragraph.

69.    Answering enumerated paragraph 69, the Attorney General
understands and contends that the paragraph contains assertions or statements of
law that, the Attorney General understands and contends, do not require an answer,
yet the Attorney General admits the existence of the legal authorities to which the
paragraph appears to refer, which legal authorities speak for themselves, and denies
each and every other allegation of the paragraph.

### SECOND CLAIM FOR RELIEF [ETC.]

70.    Answering enumerated paragraph 70, the Attorney General

understands the paragraph merely to re-allege prior paragraphs, and the Attorney General correspondingly incorporates herein her prior responses to those paragraphs, and denies each and every other allegation of the instant paragraph, to the extent such other allegations were made.

71.    Answering enumerated paragraph 71, the Attorney General admits that Nichols filed the original complaint in this matter on or around November 30, 2011, and amended the complaint on or around May 30, 2012.  The paragraph appears to contain assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

72.    Answering enumerated paragraph 72, the Attorney General understands and contends that the paragraph contains assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

73.    Answering enumerated paragraph 73, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

74.    Answering enumerated paragraph 74, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

75.    Answering enumerated paragraph 75, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

76.    Answering enumerated paragraph 76, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

77.    Answering enumerated paragraph 77, the Attorney General understands and contends that the paragraph contains assertions or statements of law that, the Attorney General understands and contends, do not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

78.    Answering enumerated paragraph 78, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

79.    Answering enumerated paragraph 79, for lack of sufficient information, knowledge, and belief, the Attorney General denies each and every allegation of the paragraph.

**THIRD CLAIM FOR RELIEF [ETC.]**

80.    Answering enumerated paragraph 80, the Attorney General understands the paragraph merely to re-allege prior paragraphs, and the Attorney General correspondingly incorporates herein her prior responses to those paragraphs, and denies each and every other allegation of the instant paragraph, to the extent such other allegations were made.

81.    Answering enumerated paragraph 81, the Attorney General understands and contends that the paragraph contains assertions or statements of law only and does not require an answer, yet the Attorney General admits the existence of the legal authorities to which the paragraph appears to refer, which legal authorities speak for themselves, and, for lack of sufficient information, knowledge, and belief, denies each and every other allegation of the paragraph.

17

1    82.    Answering enumerated paragraph 82, the Attorney General

2  understands and contends that the paragraph contains assertions or statements of

3  law that, the Attorney General understands and contends, do not require an answer,

4  yet the Attorney General admits the existence of the legal authorities to which the

5  paragraph appears to refer, which legal authorities speak for themselves, and, for

6  lack of sufficient information, knowledge, and belief, denies each and every other

7  allegation of the paragraph.

8              **SCOPE OF REQUESTED INJUNCTIVE RELIEF**

9    83.    Answering enumerated paragraph 83, the Attorney General

10  understands the paragraph merely to re-allege prior paragraphs, and the Attorney

11  General correspondingly incorporates herein her prior responses to those

12  paragraphs, and denies each and every other allegation of the instant paragraph, to

13  the extent such other allegations were made.

14    84.    Answering enumerated paragraph 84, the Attorney General

15  understands and contends that the paragraph contains assertions or statements of

16  law that, the Attorney General understands and contends, do not require an answer,

17  yet the Attorney General admits the existence of the legal authorities to which the

18  paragraph appears to refer, which legal authorities speak for themselves, and denies

19  each and every other allegation of the paragraph.

20    85.    Answering enumerated paragraph 85, the Attorney General

21  understands and contends that the paragraph contains assertions or statements of

22  law that, the Attorney General understands and contends, do not require an answer,

23  yet the Attorney General admits the existence of the legal authorities to which the

24  paragraph appears to refer, which legal authorities speak for themselves, and denies

25  each and every other allegation of the paragraph.

26                    **PRAYER FOR RELIEF**

27    The Attorney General denies that Nichols is entitled to any and all of the

28  relief requested.  The Attorney General prays, instead, as follows:

1.    This case should be dismissed with prejudice.

2.    Nichols should garner no relief in this case.

3.    Nichols should take nothing by his complaint.

4.    The Court should order Nichols to and he should reimburse the Attorney General for her costs of suit.

5.    The Court should grant such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Attorney General denies that Nichols is entitled to a jury trial against the Attorney General.

## SEPARATE AND ADDITIONAL DEFENSES

The Attorney General asserts the following separate and additional defenses:

### FIRST SEPARATE AND ADDITIONAL DEFENSE

Nichols fails to state a claim upon which relief can be granted.

### SECOND SEPARATE AND ADDITIONAL DEFENSE

The Court lacks subject-matter jurisdiction, and would render an unconstitutional advisory opinion by deciding this case on the merits.

### THIRD SEPARATE AND ADDITIONAL DEFENSE

Nichols lacks standing to pursue this case against the Attorney General.

### FOURTH SEPARATE AND ADDITIONAL DEFENSE

The Attorney General is immune from this lawsuit under the Eleventh Amendment to the U.S. Constitution.

### FIFTH SEPARATE AND ADDITIONAL DEFENSE

Nichols cannot disprove that the Attorney General's alleged actions are justified under the appropriate standard of review; to the extent the Attorney General bears the burden of proof regarding such justification, the Attorney General's alleged actions are justified.

1

## SIXTH SEPARATE AND ADDITIONAL DEFENSE

Nichols's claims against the Attorney General are barred by the applicable statutes of limitations.

## SEVENTH SEPARATE AND ADDITIONAL DEFENSE

Nichols's claims against the Attorney General are barred by the doctrine of laches.

## EIGHTH SEPARATE AND ADDITIONAL DEFENSE

Nichols's claims against the Attorney General are barred by the applicable doctrine of estoppel.

## NINTH SEPARATE AND ADDITIONAL DEFENSE

Nichols's claims against the Attorney General are barred by the doctrine of waiver.

Dated:  April 16, 2013                     Respectfully submitted,

                                           KAMALA D. HARRIS
                                           Attorney General of California
                                           MARK R. BECKINGTON
                                           Supervising Deputy Attorney General


                                           */s/ Jonathan M. Eisenberg*
                                           JONATHAN M. EISENBERG
                                           Deputy Attorney General
                                           *Attorneys for Defendant California*
                                           *Attorney General Kamala D. Harris*

## DECLARATION OF SERVICE BY ELECTRONIC MEANS AND U.S. MAIL

Court Name:   **U.S. District Court, Central District of California**
Case Name:    ***Nichols v. Harris***
Case No.:     **CV-11-09916 SJO (SS)**

I declare:

I am employed in the Office of the California Attorney General (the "OCAG"), which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring St., Ste. 1702, Los Angeles, CA  90013.

It is my understanding that there are participants in this case who are registered CM/ECF users, and that participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I certify that I caused to be made, via the CM/ECF system, electronic service of the attached **DEFENDANT KAMALA D. HARRIS'S ANSWER TO PLAINTIFF CHARLES NICHOLS'S SECOND AMENDED COMPLAINT** with the Clerk of the Court.

It is my understanding that there are other participants in this case who are not registered CM/ECF users, and that participants in the case who are not registered CM/ECF users will not be served by the CM/ECF system and must be served by other means.  I am familiar with the business practice at the OCAG for collection and processing of correspondence for mailing with the U.S. Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the OCAG is deposited with the U.S. Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.  On April 16, 2013, I served the attached **DEFENDANT KAMALA D. HARRIS'S ANSWER TO PLAINTIFF CHARLES NICHOLS'S SECOND AMENDED COMPLAINT** by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the internal mail collection system at the OCAG at 300 South Spring St., Ste. 1702, Los Angeles, CA  90013, addressed as follows:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on April 16, 2013, at Los Angeles, California.

| R. Velasco | |
| --- | --- |
| Declarant | Signature |