UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.      CV 11-9916 SJO (SS)                            Date: April 18, 2013

Title:         <u>Charles Nichols v. Kamala D. Harris, et al.</u>

========================================================================
DOCKET ENTRY:    **SCHEDULING ORDER RE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Dkt. No. 85)**
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

<u>Marlene Ramirez</u>            <u>None          </u>            <u>None    </u>
Deputy Clerk                Court Reporter/Recorder         Tape No.

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:

None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS)**

     On April 10, 2013, Plaintiff in the above-referenced <u>pro se</u> civil rights action filed a Motion for Preliminary Injunction. Defendants' Opposition, if any, is due fourteen (14) days from the date of this order, i.e., by May 2, 2013. Plaintiff's Reply is due seven (7) days from the date of service of the Opposition.

     IT IS SO ORDERED.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                            Initials of Deputy Clerk_____mr_____