UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 11-9916 SJO (SS)                              Date: April 19, 2013

Title:       Charles Nichols v. Kamala D. Harris, et al.

========================================================================
DOCKET ENTRY:     **ORDER VACATING HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Dkt. No. 85)**
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

   Marlene Ramirez          None                    None
   Deputy Clerk             Court Reporter/Recorder  Tape No.

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENT:

   None Present                               None Present

**PROCEEDINGS: (IN CHAMBERS)**

   On April 10, 2013, Plaintiff in the above-referenced pro se civil rights action filed a Motion for Preliminary Injunction. (Dkt. No. 85). Plaintiff set May 20, 2013 as the hearing date on the Motion. Pursuant to Local Rule 7-15, the hearing date of May 20, 2013 is VACATED and no appearance is necessary, unless otherwise advised by the Court.

   IT IS SO ORDERED.


                                              _____ : _____
MINUTES FORM 90
CIVIL-GEN                                     Initials of Deputy Clerk____mr____