UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 11-9916 SJO (SS)                           Date: April 19, 2013

Title:       Charles Nichols v. Kamala D. Harris, et al.

========================================================================

DOCKET ENTRY:    **SCHEDULING ORDER RE DEFENDANT CITY OF REDONDO BEACH'S MOTION TO DISMISS (Dkt. No. 89)**
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:              ATTORNEYS PRESENT FOR RESPONDENT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS)**

On April 15, 2013, Defendant City of Redondo Beach filed a Motion to Dismiss the Second and Third Claims in the Second Amended Complaint. (Dkt. No. 89). Plaintiff shall have until **May 3, 2013** to file and serve an Opposition to the Motion. Defendant shall have seven (7) days from service of the Opposition to file and serve a Reply, if necessary. Thereafter, the Motion will be deemed submitted without oral argument. Accordingly, **IT IS ORDERED** that the hearing set for **May 21, 2013** be taken off calendar.

Plaintiff is advised that failure to file an Opposition to the Motion may be deemed consent to the granting of the Motion, pursuant to Local Rule ("L.R.") 7-12. Furthermore, the Court may decline to consider any memorandum or other paper not filed within the deadline set by this Order. See L.R. 7-12. If Plaintiff does not intend to oppose the Motion, he should file a Notice of Non-Opposition. See L.R. 7-16. Finally, Plaintiff is advised that failure to respond to an Order of the Court may result in a recommendation that his action be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                                  Initials of Deputy Clerk_____mr_____