KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
 300 South Spring St., Ste. 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-6505
 Fax: (213) 897-1071
 E-mail: jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br><br>Defendants. | CV-11-09916 SJO (SS)<br><br>**REQUEST FOR JUDICIAL NOTICE OF LEGISLATIVE HISTORY OF CALIFORNIA PENAL CODE SECTIONS 26350 AND 26400**<br>**(FED. R. EVID. 201)**<br><br>Date:           N/A<br>Time:          N/A<br>Courtroom:  23 – 3d Flr.<br>Judge:         Hon. Suzanne Segal<br>Trial Date: Not Set<br>Action Filed:   Nov. 30, 2011 |

Under Federal Rule of Evidence 201, Defendant Kamala D. Harris, Attorney General of California (the "Attorney General"), requests that the Court take judicial notice of certain legislative history that are relevant to the instant motion of *Pro Se* Plaintiff Charles Nichols for a preliminary injunction against enforcement of three

1

California firearms laws. The legislative history is of two of the laws in question, California Penal Code sections 26350 and 26400, and illuminates the governmental objectives behind the laws. It is appropriate for this Court to take judicial notice of California legislative history. *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F.Supp.2d 1153, 1155 n.4 (C.D. Cal. 2006); *Joseph v. J.J. Mac Intyre Co.*, 238 F.Supp.2d 1158, 1165 n.5 (N.D. Cal. 2002). The materials are authenticated by and presented in the declaration of Jonathan M. Eisenberg, accompanying the Attorney General's opposition to the instant motion.

Dated: May 2, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Jonathan M. Eisenberg*
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California Attorney General Kamala D. Harris*