1  KAMALA D. HARRIS
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JONATHAN M. EISENBERG
   Deputy Attorney General
4  State Bar No. 184162
    300 South Spring St., Ste. 1702
5    Los Angeles, CA 90013
    Telephone: (213) 897-6505
6    Fax: (213) 897-1071
    E-mail: jonathan.eisenberg@doj.ca.gov
7  *Attorneys for Defendant California Attorney
   General Kamala D. Harris*
8

9           IN THE UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  **CHARLES NICHOLS,**                   CV-11-09916 SJO (SS)

14                        Plaintiff,       **DECLARATION OF JONATHAN
                                           M. EISENBERG IN OPPOSITION**
15             **v.**                      **TO PLAINTIFF CHARLES
                                           NICHOLS'S MOTION FOR**
16  **EDMUND G. BROWN, JR., in his**       **PRELIMINARY INJUNCTION
    official capacity as Governor of**     **(FED. R. CIV. P. 65(A))**
17  **California, KAMALA D. HARRIS,**
    **Attorney General, in her official**  Date:        N/A
18  **capacity as Attorney General of**    Time:        N/A
    **California, CITY OF REDONDO**        Courtroom:   23 – 3d Flr.
19  **BEACH, CITY OF REDONDO**             Judge:       Hon. Suzanne Segal
    **BEACH POLICE DEPARTMENT,**           Trial Date:  Not Set
20  **CITY OF REDONDO BEACH**              Action Filed: Nov. 30, 2011
    **POLICE CHIEF JOSEPH**
21  **LEONARDI and DOES 1 to 10,**

22                        Defendants.

23

24         I, Jonathan M. Eisenberg, declare as follows:

25         1.   I have personal knowledge of the following facts, except where my

26  knowledge is based on information and belief, as indicated, and if called as a

27  witness in I could and would testify competently to the facts.

28

                                    1

2.    I am an attorney licensed to practice law in California and before this

Court.  I am one of the attorneys of record for Defendant Kamala D. Harris,

Attorney General of California (the "Attorney General"), in the present case

adverse to *Pro Se* Plaintiff Charles Nichols ("Nichols").  I make this declaration in

opposition to Nichols's motion for a preliminary injunction.

3.    In preparing the Attorney General's opposition to the instant motion, I

undertook certain legal research.  This research involved locating online and obtain

copies of the documents comprising the legislative history of two statutes,

California Penal Code sections 26350 and 26400, the constitutionality of which

Nichols is challenging.  On the World Wide Web site

http://leginfo.legislature.ca.gov, which I understand to be an official Internet site of

the California Legislature, I located all the available legislative-history documents

for Assembly Bill Nos. ("AB") 144 and 1527, from the 2011-12 session of the

California Legislature.  I am informed and believe that AB 144 became California

Penal Code section 26530, and AB 1527 became California Penal Code section

26400.  I printed out paper copies of those documents.

4.    Attached hereto as Exhibit A is a true and correct print-out of the set of

legislative history papers for AB 144.

5.    Attached hereto as Exhibit A is a true and correct print-out of the set of

legislative history papers for AB 1527.

I declare under the penalty of perjury under the laws of the United States of

America that the foregoing is true and correct, and that I signed this declaration on

April 30, 2013, at Los Angeles, California.


*/s/ Jonathan M. Eisenberg*
Jonathan M. Eisenberg

2