# CERTIFICATE OF E-FILING AND SERVICE

Case Name:   **Nichols v. Brown**    No.    **U.S.D.C., C.D. Cal., 11-cv-09916-SJO-SS**

I am 18 years of age or older and not a party to this matter.  I am employed in Los Angeles, California, in the Office of the Attorney General, Department of Justice, State of California ("OACG"), which is the office of a member of the California State Bar, at which member's direction the following service is made.

I certify that at least some of the participants in the above-entitled case are registered CM/ECF users.

I hereby certify that, on May 2, 2013, I caused to be electronically filed with the U.S. District Court, Central District of California, Clerk of the Court, through the CM/ECF system, the document(s) with the following title(s):

**[1] DEFENDANT KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S MOTION FOR PRELIMINARY INJUNCTION (FED. R. CIV. P. 65(A))
[2] EVIDENTIARY OBJECTIONS TO DECLARATION OF CHARLES NICHOLS
[3] REQUEST FOR JUDICIAL NOTICE OF LEGISLATIVE HISTORY OF CALIFORNIA PENAL CODE SECTIONS 26350 AND 26400 (FED. R. EVID. 201)
[4] DECLARATION OF JONATHAN M. EISENBERG IN OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S MOTION FOR PRELIMINARY INJUNCTION (FED. R. CIV. P. 65(A))**

I further certify that at least some of the participants in the case are not registered CM/ECF users.

On May 2, 2013, I caused to be mailed, by first-class mail, postage prepaid, in the U.S. mail, the foregoing document(s) to the following person(s) at the following address(es):

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 2, 2013, at Los Angeles, California.

| R. Velasco | /s/ R. Velasco |
|---|---|
| Declarant | Signature |