UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

| | |
|---|---|
| CASE NO.: CV 11-09916 SJO (SS) | DATE: May 16, 2013 |
| TITLE: Charles Nichols v. Edmund G. Brown Jr., et al. | |

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF:**            **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                                             Not Present

========================================================================

**PROCEEDINGS (in chambers): ORDER STRIKING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** [Docket No. 96]; **STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** [Docket No. 100]

This matter is before the Court on Plaintiff Charles Nichols's ("Plaintiff") Motion for a Preliminary Injunction ("Motion"),[1] filed April 10, 2013. On May 2, 2013, Defendant Kamala D. Harris ("Defendant") filed an Opposition, to which Plaintiff filed a Reply on May 7, 2013.

This Court's Initial Standing Order provides that "no memorandum or points and authorities or opposition may exceed twenty pages, excluding indices and exhibits, unless permitted by the Court. No reply may exceed five pages." (Initial Standing Order ¶ 19.) Defendant's Opposition and Plaintiff's Reply are both twenty-five pages long. As such, the Court **STRIKES** the Opposition and Reply. Defendant shall re-file her Opposition in accordance with this Court's Initial Standing Order **on or before May 28, 2013**. Plaintiff shall re-file his Reply in accordance with this Court's Initial Standing Order **on or before June 3, 2013**. The Court finds this matter suitable for disposition without oral argument, and thus no appearances are necessary. *See* Fed. R. Civ. P. 78(b)

IT IS SO ORDERED.

---

[1] Pursuant to General Order 05-07, this matter may not be referred to Magistrate Judge Segal. (General Order No. 05-07, at 7.)

| | | |
|---|---|---|
| MINUTES FORM 11 | | ___ : ___ |
| CIVIL GEN | Page 1 of 1 | Initials of Preparer ___ |