KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
 300 South Spring St., Ste. 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-6505
 Fax: (213) 897-1071
 E-mail: jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN, JR., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br><br>Defendants. | CV-11-09916 SJO (SS)<br><br>**DECLARATION OF JONATHAN M. EISENBERG IN OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S MOTION FOR PRELIMINARY INJUNCTION (FED. R. CIV. P. 65(A))**<br><br>Date:        N/A<br>Time:       N/A<br>Courtroom: 1 – 2d Flr.<br>Judge:      Hon. S. James Otero<br>Trial Date: Not Set<br>Action Filed: Nov. 30, 2011 |

I, Jonathan M. Eisenberg, declare as follows:

1. I have personal knowledge of the following facts, except where my knowledge is based on information and belief, as indicated, and if called as a witness in I could and would testify competently to the facts.

1

2. I am an attorney licensed to practice law in California and before this Court. I am one of the attorneys of record for Defendant Kamala D. Harris, Attorney General of California (the "Attorney General"), in the present case adverse to *Pro Se* Plaintiff Charles Nichols ("Nichols"). I make this declaration in opposition to Nichols's motion for a preliminary injunction.

3. In preparing the Attorney General's opposition to the instant motion, I undertook certain legal research. This research involved locating online and obtain copies of the documents comprising the legislative history of two statutes, California Penal Code sections 26350 and 26400, the constitutionality of which Nichols is challenging. On the World Wide Web site http://leginfo.legislature.ca.gov, which I understand to be an official Internet site of the California Legislature, I located all the available legislative-history documents for Assembly Bill Nos. ("AB") 144 and 1527, from the 2011-12 session of the California Legislature. I am informed and believe that AB 144 became California Penal Code section 26530, and AB 1527 became California Penal Code section 26400. I printed out paper copies of those documents.

4. Attached hereto as Exhibit A is a true and correct print-out of the set of legislative history papers for AB 144.

5. Attached hereto as Exhibit B is a true and correct print-out of the set of legislative history papers for AB 1527.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on April 30, 2013, at Los Angeles, California.

*/s/ Jonathan M. Eisenberg*
Jonathan M. Eisenberg