```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA074294
Cashier ID: prcash
Transaction Date: 07/08/2013
Payer Name: CHARLES E NICHOLS
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CHARLES E NICHOLS
 Case/Party: D-CAC-2-11-CV-009916-001
 Amount:         $455.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```