Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

## United States District Court

## Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>　　　　PLAINTIFF,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: CV-11-9916 SJO (SS)<br><br>**PLAINTIFF'S NOTICE OF POTENTIAL PARTIAL MOOTNESS AGAINST DEFENDANT CITY OF REDONDO BEACH**<br><br>Date: TBD<br>Time: TBD<br>Location: United States Courthouse<br>　　　　312 North Spring Street<br>　　　　Los Angeles, CA 90012-4701<br>Courtroom: 1 - 2nd Floor<br>Judge: Samuel James Otero<br>Date Action Filed: November 30, 2011 |

1

**PLAINTIFF'S NOTICE OF POTENTIAL PARTIAL MOOTNESS AGAINST DEFENDANT CITY OF REDONDO BEACH**

Plaintiff respectively requests that this Court take notice that on July 11, 2013 Defendant City of Redondo Beach returned Plaintiff's:

Single shot Harrington & Richardson breech loading shotgun;

Sling;

Carrying case;

Padlock;

Key.

Plaintiff's operative Complaint (SAC) (Docket #83) on page 39, item "O" of the Prayer for Relief asks "Compel the immediate return of PLAINTIFF'S property."

This potentially moots only item "O" of Plaintiff's SAC.

Respectfully submitted this 12th Day of July, 2013.

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
Email: CharlesNichols@Pykrete.info

///

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S NOTICE OF POTENTIAL PARTIAL MOOTNESS AGAINST DEFENDANT CITY OF REDONDO BEACH** was served via United States Mail, postage prepaid, on this 12th, day of July, 2013; on the following:

KAMALA D. HARRIS
Attorney General of California
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

AND

THOMAS PETER PIERCE
LISA MARIE BOND
Richards Watson and Gershon
355 S Grand Avenue 40th Floor
Los Angeles, CA 90071-3101
Attorneys for Defendant:
CITY OF REDONDO BEACH

Charles Nichols
Plaintiff, In Pro Per
Case No. CV-11-9916 SJO (SS)