1 | Charles Nichols
2 | PO Box 1302
  | Redondo Beach, CA 90278
  | Voice: (424) 634-7381
3 | E-Mail: CharlesNichols@Pykrete.info
  | In Pro Per

FILED
2013 JUL 12 PM 2:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

# United States District Court
## Central District of California

| | |
|---|---|
| Charles Nichols, | Case No.: CV-11-9916 SJO (SS) |
| PLAINTIFF, | **PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL** |
| vs. | |
| KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH and DOES 1 to 10, | [L.R. 7-19] |
| Defendants. | Date: TBD |
| | Time: TBD |
| | Location: United States Courthouse |
| | 312 North Spring Street |
| | Los Angeles, CA 90012-4701 |
| | Courtroom: 1 - 2nd Floor |
| | Judge: Samuel James Otero |
| | Date Action Filed: November 30, 2011 |

1
**PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL**

1  PLEASE TAKE NOTICE that, by submission to the Honorable Samuel
2  James Otero of the United States District Court for the Central District of
3  California, Western Division, located at 312 North Spring Street, Los Angeles
4  California, Plaintiff hereby applies <u>ex parte</u> for a stay pending appeal of the
5  District Court denial of Plaintiff's Motion for a Preliminary Injunction which was
6  denied on July 3, 2013 (Docket #108). Plaintiff respectfully requests a
7  determination of this <u>ex parte</u> Application as soon as practicable and no later than
8  July 17, 2013 so he may request a stay from the Court of Appeals if this
9  application is denied.

10  On July 3, 2013 Plaintiff notified Defendants counsel by electronic mail that
11  Plaintiff would be filing an appeal and that Plaintiff would be asking this court to
12  stay the district court proceedings pending the appeal. Plaintiff asked Defendants
13  counsel to stipulate to a stay.

14  On July 8, 2013 Plaintiff filed his Notice of Appeal – Preliminary Injunction
15  (Docket #109).

16  On July 8, 2013 Plaintiff paid the filing fee for his appeal (Docket #112).

17  On July 9, 2013 the Office of the Clerk for United States Court of Appeals
18  for the Ninth Circuit assigned an appellate case number (13-56203) which is filed
19  as Docket #111).

20  On July 9, 2013 counsel for Defendant City of Redondo Beach (CITY)
21  informed Plaintiff via electronic mail that CITY would not stipulate to a stay.

22  On July 9, 2013 counsel for Defendant KAMALA D. HARRIS, Attorney
23  General, in her official capacity as Attorney General of California (Defendant
24  Harris) informed Plaintiff via electronic mail that "The AG's Office is still
25  contemplating whether to agree to the stay that you request. I don't have a firm
26  answer for you at this time."

27  On July 10, 2013 the following order was posted on the Court of Appeals:
28

"Filed clerk order (Deputy Clerk: JW): The appeal filed July 8, 2013 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply. The briefing schedule shall be established as follows: appellant's opening brief is due August 7, 2013; appellees' answering brief is due September 4, 2013; and appellant's optional reply brief is due within 14 days after service of the answering brief. The appeal and any motions pending at the time briefing is completed shall be referred to the next available motions panel for disposition. [8697694] (CKP)" (Court of Appeals Docket #4).

On July 11, 2013 Plaintiff notified counsel for Defendants that he would be filing this request for a stay on Friday, July 12 (or Monday, July 15, 2013 at the latest).

This Application is made pursuant to L.R. 7-19 and is based upon the accompanying Memorandum of Points and Authorities, the pleadings and other documents on file in this action; and such other matters that the Court may consider or of which the Court may take judicial notice.

Respectfully submitted this 12th Day of July, 2013.

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
Email: CharlesNichols@Pykrete.info

///

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL [L.R. 7-19]** was served via United States Mail, postage prepaid, on this 12th, day of July, 2013; on the following:

KAMALA D. HARRIS
Attorney General of California
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

AND

THOMAS PETER PIERCE
LISA MARIE BOND
Richards Watson and Gershon
355 S Grand Avenue 40th Floor
Los Angeles, CA 90071-3101
Attorneys for Defendant:
CITY OF REDONDO BEACH

Charles Nichols
Plaintiff, In Pro Per
Case No. CV-11-9916 SJO (SS)