FILED
2013 JUL 12 PM 2: 05

1  Charles Nichols
   PO Box 1302
2  Redondo Beach, CA  90278
   Voice: (424) 634-7381
3  E-Mail: CharlesNichols@Pykrete.info
   In Pro Per

**United States District Court**

**Central District of California**

| | |
|---|---|
| Charles Nichols,<br><br>       PLAINTIFF,<br><br>       vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH and DOES 1 to 10,<br><br>       Defendants. | Case No.: CV-11-9916 SJO (SS)<br><br>**PLAINTIFF'S MEMORANDUM, REASONS AND POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL**<br><br>[L.R. 7-19]<br><br>Date: TBD<br>Time: TBD<br>Location: United States Courthouse<br>        312 North Spring Street<br>        Los Angeles, CA 90012-4701<br>Courtroom: 1 - 2nd Floor<br>Judge: Samuel James Otero<br>Date Action Filed: November 30, 2011 |

1

**PLAINTIFF'S MEMORANDUM, REASONS AND POINTS AND AUTHORITIES**

Pursuant to L.R. 7-19 "…the name, address, telephone number and e-mail address of counsel for the opposing party…" are (based on the PACER record of July 11, 2013):

Lisa Marie Bond

Richards Watson & Gershon

355 S Grand Ave, 40th Fl

Los Angeles, CA 90071-3101

213-626-8484

213-626-0078 (fax)

lbond@rwglaw.com

Assigned: 06/28/2012

**LEAD ATTORNEY**

ATTORNEY TO BE NOTICED representing City of Redondo Beach (Defendant)


Jonathan Michael Eisenberg

Office of the California Attorney General

Government Law Section

300 South Spring Street, Suite 1702

Los Angeles, CA 90013

213-897-6505

213-897-1071 (fax)

jonathan.eisenberg@doj.ca.gov

Assigned: 01/30/2012

**LEAD ATTORNEY**

ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

**PLAINTIFF'S MEMORANDUM, REASONS AND POINTS AND AUTHORITIES**

Thomas Peter Pierce

Richards Watson and Gershon

355 S Grand Avenue 40th Floor

Los Angeles, CA 90071-3101

213-626-8484

213-626-0078 (fax)

ppierce@rwglaw.com

Assigned: 05/07/2013

ATTORNEY TO BE NOTICED representing City of Redondo Beach (Defendant)

    Pursuant to L.R. 7-19, "…the reasons for the seeking of an ex parte order, and points and authorities in support thereof" are:

    WHEREAS, this Court entered a denial of Plaintiff's Motion for Preliminary Injunction on July 3, 2013;

    WHEREAS, Plaintiff timely appealed this Court's denial of his Motion for Preliminary Injunction to the Ninth Circuit Court of Appeals on July 8, 2013;

    WHEREAS, "[t]he filing of a notice of appeal is an event of jurisdictional significance" that "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam);

    WHEREAS, even pending an appeal of a preliminary injunction denial, a district court must refrain from ruling on issues over which appellate review is imminent. 16 Charles A. Wright, Arthur R. Miller & Edward H. Cooper, Federal Practice and Procedure § 3921.2 at 56 (2d ed.1997);

    WHEREAS, the Court retains jurisdiction to stay its own proceedings pending appeal, see, e.g., *Gray v. Golden Gate Nat'l Recreation Area*, No. 08-

00722, 2011 WL 6934433, at *1 (N.D. Cal. Dec. 29, 2011); see also Fed. R. App. P. 8;

WHEREAS, here, a stay of further proceedings is warranted because Plaintiffs' appeal raises serious questions of constitutional law, see *Guifu Li v. A Perfect Franchise, Inc.*, No. 10-01189, 2011 WL 2293221, at *3 (N.D. Cal. June 8, 2011);

WHEREAS, none of the parties will be harmed by the issuance of a stay – instead, "granting a stay will benefit both parties to this action by sparing them the expense of contemporaneous litigation and the accompanying fees and expenditure of time" inherent in pursuing litigation in both this Court and the Court of Appeals, Order at 6, *Baker v. Kealoha*, No. 11-00528 (D. Haw. June 19, 2012);

WHEREAS a favorable ruling in the Court of Appeals would likely allow Plaintiff to surmount CITY's municipal ordinances, see Maldonado v. Morales, 556 F. 3d 1037 - Court of Appeals, 9th Circuit 2009 at 1043-1044;

PLAINTIFF HEREBY REQUESTS that, subject to court approval, all further proceedings in this matter, including the Federal Rule of Civil Procedure scheduling requirements per Rules 16(b) and 26(f), discovery, pre-trial motions, and trial, shall be stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 12th Day of July, 2013.

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
Email: CharlesNichols@Pykrete.info

///

**PLAINTIFF'S MEMORANDUM, REASONS AND POINTS AND AUTHORITIES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S MEMORANDUM, REASONS AND POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL [L.R. 7-19]** was served via United States Mail, postage prepaid, on this 12th, day of July, 2013; on the following:

KAMALA D. HARRIS
Attorney General of California
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Attorneys for Defendant California Attorney General Kamala Harris

AND

THOMAS PETER PIERCE
LISA MARIE BOND
Richards Watson and Gershon
355 S Grand Avenue 40th Floor
Los Angeles, CA 90071-3101
Attorneys for Defendant:
CITY OF REDONDO BEACH

_____
Charles Nichols
Plaintiff, In Pro Per
Case No. CV-11-9916 SJO (SS)