KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail: jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendants California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES – SPRING STREET

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>                                    Plaintiff,<br><br>      v.<br><br>**EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br><br>                                    Defendants. | CV-11-09916-SJO-(SS)<br><br>**DEFENDANT KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S *EX PARTE* APPLICATION TO STAY CASE**<br><br>Date:            N/A<br>Time:           N/A<br>Courtroom:  1 – 2d Flr.<br>Judge:          Hon. S. James Otero<br>Trial Date:   Not Set<br>Action Filed: Nov. 30, 2011 |

   Defendant Kamala D. Harris, Attorney General of the State of California ("AG Harris"), submits the following opposition to the July 12, 2013, *ex parte* application of Plaintiff Charles Nichols ("Nichols") for a stay of the instant case's proceedings in the present Court, while Nichols pursues an interlocutory appeal of the Court's

1

July 3, 2013, denial of Nichols's request for a preliminary injunction against enforcement of three California firearms statutes:

    This Court should refrain from ruling on Nichols's stay request because it has been improperly brought *ex parte*. Nichols has not stated, and cannot truthfully state, good cause to "go to the head of the line in front of all other litigants and receive special treatment" with respect to the present stay request. *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995), cited in this Court's Initial Standing Order, ¶21 (discouraging *ex parte* applications). There is no urgency or risk of prejudice to Nichols in the present situation. Nichols could and should have applied for a stay by a regularly noticed motion. Accordingly, AG Harris respectfully requests that the Court deny Nichols's *ex parte* stay application because of the lack of need to hear the matter immediately, or, alternatively, reset the matter on an ordinary briefing and hearing schedule.

    Alternatively, this Court should deny Nichols's stay request on the merits. The Court has discretion to stay the case and is *not* required to do so. *Sierra Med. Servs. Alliance v. Maxwell-Jolly*, No. CV 10-4182 CAS (Ex), 2010 WL 2891547 at *1 (C.D. Cal. Jul. 16, 2010), citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 [57 S. Ct. 163, 81 L. Ed. 153] (1936). Nichols has not shown why the Court should exercise its discretion to stay the case. Nichols's assertion that the case presents serious constitutional law questions does not support staying the case, but rather, on the contrary, suggests that the case should keep moving forward to a resolution on the merits. It seems that Nichols wants a stay for convenience reasons only; Nichols wishes to postpone his mandatory work on this trial-level case (which he brought), while he pursues a non-mandatory interlocutory appeal of an adverse preliminary-injunction ruling of this Court. Meanwhile, given that the Court has ruled that AG Harris is a proper defendant in the case, but notwithstanding AG Harris's possible appeal of that ruling, AG Harris wishes to have this case resolved

expeditiously, not stayed, at the trial level. In sum, there is no good reason to stay the case in the present Court, so the Court should deny Nichols's stay request.

Dated: July 17, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Jonathan M. Eisenberg*
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California Attorney General Kamala D. Harris*

# CERTIFICATE OF E-FILING AND SERVICE

Case Name:   *Nichols v. Brown*    No.   **U.S.D.C., C.D. Cal., 11-cv-09916-SJO-SS**

I am 18 years of age or older and not a party to this matter.  I am employed in Los Angeles, California, in the Office of the Attorney General, Department of Justice, State of California ("OACG"), which is the office of a member of the California State Bar, at which member's direction the following service is made.

I certify that at least some of the participants in the above-entitled case are registered CM/ECF users.

I hereby certify that, on July 17, 2013, I, assisting Jonathan M. Eisenberg, caused to be electronically filed with the U.S. District Court, Central District of California, Clerk of the Court, through the CM/ECF system, the document with the following title:

**DEFENDANT KAMALA D. HARRIS'S OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S *EX PARTE* APPLICATION TO STAY CASE**

I further certify that at least some of the participants in the case are not registered CM/ECF users.

On July 17, 2013, I caused to be mailed, by first-class mail, postage prepaid, in the U.S. mail, the foregoing document(s) to the following person(s) at the following address(es):

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 17, 2013, at Los Angeles, California.

|  M. Simon  |  /s/ M. Simon  |
|:---:|:---:|
| Declarant | Signature |