**FILED**

AUG 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,<br><br>    Defendants - Appellees. | No. 13-56203<br><br>D.C. No. 2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

8/2/213

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before: SCHROEDER and LEAVY, Circuit Judges.

Appellant's emergency motion to stay district court proceedings pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Appellant's motion to expedite this preliminary injunction appeal is denied as unnecessary. *See* 9th Cir. R. 3-3 and 34-3(3).

The briefing schedule established previously shall remain in effect.

MF/Pro Se