Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols, | Case No.: |
| PLAINTIFF, | CV-11-9916 SJO (SS) |
| vs. | |
| KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH and DOES 1 to 10, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT CITY OF REDONDO BEACH AND DOES 1 TO 10 PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |
| Defendants. | |
| | Time: N/A
Date: N/A
Location: United States Courthouse
  312 North Spring Street
  Los Angeles, CA 90012-4701
Courtroom: 1 - 2nd Floor
Judge: Samuel James Otero
Magistrate: Suzanne H. Segal
Date Action Filed: November 30, 2011 |

Notice of Voluntary Dismissal        1        Charles Nichols v. Edmund G Brown Jr et al

1  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Plaintiff, In Pro Per, Charles
2  Nichols voluntarily dismisses his action, without prejudice, against Defendant
3  CITY OF REDONDO BEACH and Does 1 to 10.

5  Neither Defendant CITY OF REDONDO BEACH nor Does 1 to 10 has
6  served either an Answer or a motion for summary judgment.

8  Accordingly, Plaintiff Nichols, In Pro Per, is free to refile his claims against
9  CITY OF REDONDO BEACH and Does 1 to 10 at any time.

Dated: August 5, 2013                    Respectfully submitted,

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Notice of Voluntary Dismissal              2       Charles Nichols v. Edmund G Brown Jr et al

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2013, I have filed and served the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT CITY OF REDONDO BEACH AND DOES 1 TO 10 PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** by causing an original and one copy of the notice and any attachments to be delivered to the Clerk of the Court by hand and one copy via US Mail to each of the attorneys to be noticed:

Jonathan Michael Eisenberg, Deputy Attorney General
Direct: 213-897-6505
CALIFORNIA DEPARTMENT OF JUSTICE
Suite 1702
300 S. Spring Street
Los Angeles, CA 90013

Lisa Bond
Direct: 213-626-8484
RICHARDS, WATSON & GERSHON
Suite 4000
355 South Grand Avenue
Los Angeles, CA 90071-3101

Thomas Peter Pierce
Direct: 213-626-8484
RICHARDS, WATSON & GERSHON
40th Floor
355 South Grand Avenue
Los Angeles, CA 90071-3101

Charles Nichols, In Pro Per
CV-11-9916 SJO (SS)