UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 11-9916 SJO (SS)                              Date: August 8, 2013

Title:       Charles Nichols v. Kamala D. Harris, et al.

========================================================================
DOCKET ENTRY:   **ORDER DENYING CITY OF REDONDO BEACH'S MOTION TO DISMISS THE SECOND AND THIRD CLAIMS IN THE SECOND AMENDED COMPLAINT AS MOOT (Dkt. No. 89)**
========================================================================

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
| --- | --- | --- |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:           ATTORNEYS PRESENT FOR RESPONDENT:

None Present                                                       None Present

**PROCEEDINGS: (IN CHAMBERS)**

    On August 5, 2013, Plaintiff in the above-referenced pro se civil rights action filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) dismissing his claims against Defendant City of Redondo Beach and Does 1 to 10 without prejudice. (Dkt. No. 125). Accordingly, City of Redondo Beach's pending Motion to Dismiss the Second and Third Claims in the Second Amended Complaint is DENIED as MOOT. (Dkt. No. 89).

    IT IS SO ORDERED.

_____ : _____

MINUTES FORM 90
CIVIL-GEN                                                            Initials of Deputy Clerk\_\_\_\_mr\_\_\_\_