**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| CHARLES NICHOLS, | No. 13-56203 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-09916-SJO-SS |
| v. | Central District of California, Los Angeles |
| EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al., | ORDER |
| Defendants - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/15/13

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

The court stays proceedings in this appeal pending this court's decisions in

*Richards v. Prieto*, 11-16255, *Peruta v. County of San Diego*, 10-56971, and

*Baker v. Kealoha*, 12-16258 (arg. & sub. SF 12/6/12 DFO SRT CMC).

For the Court:

MOLLY C. DWYER
Clerk of Court

Halina Larman
Case Management Attorney
Ninth Circuit Rule 27-7/Advisory
Note to Rule 27
and Ninth Circuit 27-10