KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring St., Ste. 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail:  jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>Defendants. | 2:11-cv-09916-SJO-(SS)<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)**<br><br>Date:           Dec. 17, 2013<br>Time:           10:00 a.m.<br>Crtrm.:         23 – 3rd Flr.<br>Judge:          Hon. Suzanne H. Segal<br>Trial Date:    Not Yet Set<br>Action Filed: Nov. 30, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, at 10:00 a.m. on Tuesday, December 17, 2013, or as soon thereafter as the matter may be heard in the above-entitled Court, located at 312 North Spring St., 3rd Flr., Crtrm. 23, in Los Angeles, Defendant

1  Kamala D. Harris, Attorney General of the State of California (the "Attorney
2  General"), will and hereby does, under Federal Rule of Civil Procedure 12(c), move
3  the Court for judgment on the pleadings in favor of the Attorney General and
4  against Plaintiff Charles Nichols ("Nichols"), because the pleadings fail to state a
5  claim upon which relief can be granted.

6  This motion is based on the instant notice of motion and motion, the
7  accompanying supporting memorandum of points and authorities, the
8  accompanying request for judicial notice, and the pleadings and papers on file in
9  this action.

10  This motion is made following conference of Jonathan M. Eisenberg, counsel
11  of record for the Attorney General, and Nichols, a *pro se* plaintiff, per Local Rule
12  7-3, which conference took place on October 8, 2013.

13  Dated:  November 12, 2013           Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

 /s/ Jonathan M. Eisenberg
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California
Attorney General Kamala D. Harris*

