# DECLARATION OF SERVICE BY U.S. MAIL

Court Name:  **U.S. District Court, Central District of California**
Case Name:   **Nichols v. Brown**
Case No.:    **11-cv-09916-SJO-SS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On November 12, 2013, I served the attached **[1] NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C); [2] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C);** and **[3] REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C),** by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U.S. mail at Los Angeles, California, addressed as follows:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 12, 2013, at Los Angeles, California.

|   |   |
|---|---|
| Jonathan M. Eisenberg | /s/ Jonathan M. Eisenberg |
| Declarant | Signature |

