UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.      CV 11-9916 SJO (SS)                            Date: November 13, 2013
                                                             Page 1 of 2

Title:        Charles Nichols v. Kamala D. Harris, et al.

DOCKET ENTRY:   **ORDER: (1) SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND (2) VACATING HEARING DATE (Dkt. No. 129)**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Marlene Ramirez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On November 12, 2013, Defendant Kamala D. Harris, the sole remaining Defendant in the above-referenced pro se civil rights action, filed a Motion for Judgment on the Pleadings. (Dkt. No. 129). The Court sets the following briefing schedule: Plaintiff's Opposition shall be filed within **fourteen (14) days** of the date of this Order. Defendant's Reply, if necessary, shall be filed within **seven (7) days** of service of the Opposition. Thereafter, the Motion will be taken under submission without a hearing unless otherwise ordered by the Court. Accordingly, the hearing date currently set for December 17, 2013 is VACATED.

Plaintiff is advised that pursuant to Local Rule 7-12, the failure to file an Opposition to the Motion may be deemed consent to the granting of the Motion.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    CV 11-9916 SJO (SS)                              Date: November 13, 2013
                                                             Page 2 of 2

Title:    Charles Nichols v. Kamala D. Harris, et al.

Furthermore, the Court may decline to consider any memorandum or other paper not filed within the deadline set by this Order.  See C.D. Cal. L.R. 7-12.  If Plaintiff does not intend to oppose the Motion, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is cautioned, however, that Defendant may later assert that any dismissed claims are barred by the applicable statute of limitations if Plaintiff subsequently files an action to pursue those claims.

    IT IS SO ORDERED.

MINUTES FORM
CIVIL-GEN                                                    Initials of Deputy Clerk  mr