# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    CV 11-9916 SJO (SS)                             Date: November 18, 2013
                                                            Page 1 of 1

Title:    Charles Nichols v. Kamala D. Harris, et al.

---

DOCKET ENTRY:    **ORDER: (1) SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) VACATING HEARING DATE (Dkt. No. 131)**

---

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

|  Marlene Ramirez  |  None  |  None  |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On November 8, 2013, Plaintiff filed a Motion for Partial Summary Judgment, which was entered on the Court's docket on November 15, 2013. (Dkt. No. 131). The Court sets the following briefing schedule:  Defendant's Opposition shall be filed within **fourteen (14) days** of the date of this Order.  Plaintiff's Reply, if necessary, shall be filed within **seven (7) days** of service of the Opposition.  Thereafter, the Motion will be taken under submission without a hearing unless otherwise ordered by the Court.  Accordingly, the hearing date currently set for December 17, 2013 is VACATED.

        IT IS SO ORDERED.

MINUTES FORM
CIVIL-GEN                                                   Initials of Deputy Clerk  mr