KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring St., Ste. 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail:  jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney
General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,** | 2:11-cv-09916-SJO-(SS) |
| Plaintiff, | **DECLARATION OF JONATHAN M. EISENBERG REGARDING STATEMENT OF GENUINE DISPUTES** |
| **v.** | |
| **EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,** | Date:              N/A<br>Time:             N/A<br>Crtrm.:          23—3rd Flr.<br>Judge:          Hon. Suzanne H. Segal<br>Trial Date:     Not Yet Set<br>Action Filed:  Nov. 30, 2011 |
| Defendants. | |

I, Jonathan M. Eisenberg, declare as follows:

1.    I have personal knowledge of the following facts, except where, as

indicated, my knowledge is based on information and belief.  If called as a witness

1

1   in any relevant proceeding, I could and would testify competently to the following
2   facts.

3        2.    I am an attorney admitted to practice law in California and before the
4   present Court.  I am a deputy attorney general in the Office of the California
5   Attorney General ("OCAG").  I am one of the attorneys of record for Defendant
6   Kamala D. Harris, Attorney General of California (the "Attorney General"), in the
7   above-entitled litigation adverse to Plaintiff Charles Nichols ("Nichols").

8        3.    In working on the present matter, I have performed online research from
9   my OCAG computer and made paper print-outs of the results.

10       4.    On December 2, 2013, I did online research at the Internet site called
11  lasd.org, purportedly maintained by the Los Angeles County Sheriff's Department.
12  I located there a PDF copy of a document available for download, downloaded the
13  document, and made a print-out of the document.  Attached hereto as Exhibit A is a
14  true and correct copy of that print-out.

15       7.    On December 2, 2013, I did online research at the Internet site called
16  Paultanaka.com, purportedly maintained by Paul Tanaka.  I located an internal
17  webpage and made a print-out of the page.  Attached hereto as Exhibit B is a true
18  and correct copy of that print-out.  It states that Tanaka is retired from the Los
19  Angeles County Sheriff's Department.

20       8.    On December 2, 2013, I did online research at the Internet site called
21  Lagunaniguel-danapoint.patch.com.  I located an internal webpage and made a
22  print-out of the page.  Attached hereto as Exhibit C is a true and correct copy of that
23  print-out.  On page three of the 11-page print-out is a lengthy quote from Nichols,
24  who says several things including, "If successful in obtaining an injunction against
25  California's ban on Loaded Open Carry, I will then seek to overturn California's
26  Gun Free School Zone Law.  http://CaliforniaRightToCarry.org."

27
28

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that I signed this declaration on

3    December 2, 2013, at Los Angeles, California.

4

5

6                                              /s/

7                                                    Jonathan M. Eisenberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

# Los Angeles County Sheriff's Department

### Concealed Weapon Licensing Policy

The issuance of licenses enabling a private citizen to carry a concealed weapon (CCW) is of great concern to the Los Angeles County Sheriff's Department.  The Department's overriding policy is that no concealed weapon license should be granted merely for the personal convenience of the applicant.  No position or job classification in itself shall constitute good cause for the issuance, or for the denial, of a CCW license.  Each application shall be individually reviewed for cause, and the applicant will be notified by writing within 90 days of the application, or within 30 days after receipt of the applicant's criminal background check from the Department of Justice, that the CCW license was either approved or denied.

In accordance with California Penal Code § 26150 *et. seq.*, and subject to Department policy and procedures, any Los Angeles County resident may obtain a CCW application for authorization to carry a concealed weapon.  Applications may be obtained from any sheriff's patrol station or directly from the Office of the Undersheriff.  Completed applications may be submitted to any of these units for processing.

### Types of Licensing and Expiration Periods for CCWs

There are four distinct categories of CCW licenses: Employment, Standard, Judges, and Reserve Police Officers.  The Employment CCW license is issued only by the sheriff of a county to a person who spends a substantial period of time in his or her principal place of employment or business in the county of issuance.  The license is valid only in the county issued and for any period not to exceed 90 days.  The Standard CCW license is issued to residents of the county or a particular city within the county.  The license is valid for any period not to exceed 2 years.  The Judge CCW license may be issued to California judges, full-time commissioners, and to federal judges and magistrates of the federal courts.  The license is valid for any period not to exceed 3 years.  The Reserve Police Officer CCW license may be issued to reserve police officers appointed pursuant to California Penal Code § 830.6.  The license is valid for any period not to exceed 4 years, except that it becomes invalid upon the conclusion of the person's appointment as a reserve police officer.

### Training Requirements for a CCW License

Regardless of the category, all new license applicants for CCW's must now pass a specified course of training which is acceptable to the licensing authority, the Los Angeles County Sheriff's Department (See attached sheet, "Suggested Training Vendors").  New CCW license applicants must pass a specified course of training acceptable to the licensing authority.  The course shall not exceed 16 hours, and the course shall include instruction on firearm safety, the law regarding the permissible use

4

of a firearm and weapon proficiency. The licensing authority may also require the applicant to attend a community college course certified by the Commission on Peace Officer Standards and Training (POST), up to a maximum of 24 hours, but only if required uniformly of all applicants without exception. For CCW license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than 4 hours, and shall include instruction on firearms safety, the law regarding the permissible use of a firearm and weapon proficiency.

## Qualifications for a CCW License

To qualify for a CCW, each applicant must demonstrate (1) proof of good moral character, (2) that good cause exists, and (3) that the applicant is a resident of the county or a city within the county, or, that the applicant spends a substantial period of time in the applicant's place of employment or business in the county or a city within the county. In addition, the applicant must complete the training requirements as listed above.

According to Los Angeles County Sheriff's Department policy (5-09/380.10) and the California Supreme Court (CBS, Inc. v. Block, (1986) 42 Cal.3d 646), good cause shall exist only if there is convincing evidence of a clear and present danger to life, or of great bodily harm to the applicant, his spouse, or dependent child, which cannot be adequately dealt with by existing law enforcement resources, and which danger cannot be reasonably avoided by alternative measures, and which danger would be significantly mitigated by the applicant's carrying of a concealed firearm.

The character requirement will be fulfilled by, but not limited to, a criminal history check through the Bureau of Criminal Identification and Investigation. The good cause requirement will only be fulfilled by thoroughly justifying the applicant's need to the Sheriff or his designee on the application form. The residency requirement will be fulfilled upon presentation of an approved, recognized identification card and at least one recently canceled item of United States mail.

If the applicant resides in an incorporated city, which is not policed by our Department, he or she must first apply to the Chief of Police of their city of residence for a CCW license and have the application acted upon. Within 60 days after a denial of the application, the city resident may file a separate application with the Los Angeles County Sheriff's Department, attaching a copy of the denial letter from the Chief of Police. The Sheriff will exercise independent discretion in granting or denying licenses to these applicants. Further, the Sheriff may review, consider, and give weight to the grounds upon which the previous denial was made.

5

## CCW License Subject to Restrictions

When a license is issued it will be subject to the following general restrictions.

While exercising the privilege granted under the terms of this license, licensees shall not:

1. Consume any alcoholic beverage.
2. Represent to any person that they are peace officers, unless they are in fact peace officers as defined by law.
3. Abuse this privilege by an unjustified display of a deadly weapon.
4. Violate any law of this State or Country.
5. Be under the influence of any medication or narcotic drug.
6. Impede law enforcement officers in the conduct or performance of their duty or activities.
7. Refuse to display their permits or to surrender their concealable firearm to any peace officer for inspection upon demand.

In addition, the Los Angeles County Sheriff's Department may place special limitations further limiting the time, the place, and the circumstances under which the license is valid. When each license is issued, general restrictions and any special limitations will be noted on the reverse side of the card.

Remember, it is a Privilege, not a right to carry a concealed weapon.

## Application for CCW License

Upon reviewing the attached policy and meeting all requirements, please **complete the Standard Application form in its Entirety**. Send completed application to Sheriff's Headquarters, 4700 Ramona Boulevard, Monterey Park, California, 91754-2169, Attention: CCW Coordinator. **A non-refundable fee of $10.00 (payable to Los Angeles County Sheriff's Department) must accompany your application.** Incomplete applications will not be processed. Those who successfully pass the initial screening will be charged a required follow-up processing fee.

Revised 3/2013

## Suggested Training Vendors

**Andrews International Trng. Ctr**
455 North Moss Street, Burbank
(818) 487-4060
Instructor: Tim Kelly

**Firing Line**
18348 Eddy Street, Northridge
(562) 500-3633
Instructor: Jim Bowen

**L.A.X. Shooting Range**
927 West Manchester, Inglewood
(310) 568-1515
Instructor: Tom Golden

**Professional Sec. Trng. School**
44633 Sierra Highway, Lancaster
(661) 945-0600
5040 Cornell Road, Agoura Hills
(818) 707-9100 (Fax)
Instructor: Cecil Williams

**Sentinel Services**
15040 Bailey Road, Sylmar
(805) 551-4001
Instructor: John Rives

The content and length of the courses offered by the trainers listed above are acceptable to the Los Angeles County Sheriff's Department ("LASD") in accordance with Penal Code Section 26150(a).

## DISCLAIMER

The County of Los Angeles and the LASD make no other representations or warranties about the trainers listed above or the facilities or equipment they use to conduct training.

- ♦ None of these trainers are employees or agents of the County of Los Angeles or LASD.

- ♦ None of these trainers was trained in the use of firearms by the County of Los Angeles or LASD.

- ♦ None of the facilities and equipment used by these trainers are owned, controlled, or inspected by the County of Los Angeles or the LASD.

Neither the County of Los Angeles nor LASD certify or control the safety of the training conducted by any of these trainers.

You assume fully the risk of any loss, injury or damage attributable to (1) any act or omission of any of these trainers or any of their agents or employees or (2) the condition and premises or equipment used by any of these trainers. The County of Los Angeles and LASD disclaim any responsibility for any such loss, injury or damage.

LASD recommends that before you begin training, you fully investigate the trainers qualifications, training, safety record and condition of premises and equipment.

-4-

Exhibit B

| Meet Paul | Issues | Endorse | News | Calendar |
|---|---|---|---|---|
| Volunteer | Register to Vote | Contact Us | Donate | |

| Meet Paul | Photos and Videos | Spread the word |

# Meet Paul



Paul Tanaka joined the Los Angeles County Sheriff's department in 1982 and was appointed Undersheriff, the department's second ranking position in 2011. Paul retired after more than 30 years of distinguished service in the summer of 2013.

Paul began his law enforcement career with the El Segundo Police Department in June 1980. Two years later, he transferred to the LA County Sheriff's Department, where he held various assignments in patrol, custody and recruitment.

During his more than 30 years of service, Paul served at the Department's Lynwood Station, Mira Loma Facility, the county's Inmate Reception Center, Lennox Station, West Hollywood Station and in the Administrative Services Division.

In 2007, as Assistant Sheriff, Paul directly commanded the activities of the Department's three Field Operations Patrol Regions, Detective Division and the Homeland Security Division. In addition, with a budget of approximately $2.5 billion and more than 18,000 employees, Paul oversaw the Administrative Services Division, which included the Department's financial matters, human resources, facilities construction and maintenance.

In addition to his service with the LA County Sheriff, Paul is also Mayor of the City of Gardena. Having first been elected to the City Council in 1999, Paul was first elected mayor in 2005 and reelected in 2009 and 2013. As mayor, Paul came to understand the importance of hands-on management and understanding what is happening in individual communities and neighborhoods to create a brighter future for citizens with more opportunities for everyone.

## CONNECT

You can join us using

## PULSE



Hemily just joined.

Follow @TanakaLASheriff on Twitter





*Paul with his brother and sister.*

Paul holds an accounting degree from Loyola Marymount University, is a Certified
Public Accountant in the State of California and had 20 years of experience working
with a Gardena accounting firm.

In addition to his role as Mayor of Gardena, he also serves on the city's Finance
Committee and on the Boards of the County of Los Angeles Sanitation District #5, the
South Bay Regional Public Communications Authority and the Selection Committee
for LAFCO and the Coastal and Transportation Commission.

Paul lives in the city of Gardena with his wife Valerie, and their two children.

**Do you like this page?**

Tweet        8·1

SIGN IN WITH FACEBOOK, TWITTER OR EMAIL.
CREATED WITH NATIONBUILDER. PAID FOR BY PAUL TANAKA FOR SHERIFF 2014.

Exhibit C

LagunaNiguel-DanaPoint          69°

News | Government

# California and The 2nd Amendment

California's ban on open carry of firearms has been in place since 1967. Will Charles Nichols, president of CaliforniaRightToCarry.Org, overturn it?

Posted by William Rhee, June 25, 2012 at 06:29 PM



The Second Amendment [of the U.S. Constitution] states: "A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed."

        0        0        1

We assess this, in the 21st century, as the basis for providing an individual the right to possess and use a firearm.

However, much contention has arisen from this statement, particularly over the phrase: "the right of the people to keep and bear arms." The definition of "bear arms" (as an idiom) means, "to carry weapons," and the above statement can be read as thus: "The right of the people to keep and carry weapons." Yet, even with the translation, an ambiguity still exists. There are numerous ways in which a firearm can be "carried," and the controversy is whether it should be publicly bared or concealed.

Proponents of either argument have taken sides, under the names "open carry" and "concealed carry." Open carriers argue that open carry is a crime deterrent, and allows for more accessibility in the case of an incident.

10

Concealed carriers argue that concealed carry offers the element of surprise, and is more appropriate for certain environments (church, shopping malls, etc).

Logistics show that the majority of states are leaning toward open carry, evidenced by the fact that only seven states (and the District of Columbia) disallow it. Fourteen of the remaining states permit open carry with a license and 29 states allow unlicensed open carry.

The issue has become prevalent, thanks to a recent lawsuit by Charles Nichols, the president of CaliforniaRightToCarry.Org. Nichols, a resident of Los Angeles County, openly carried a shotgun through the Redondo Beach Pier Shopping Center and adjacent city park, before he was detained and his firearm was seized. Nichols was apparently under the impression that his public demonstration would be ignored. His previous petition for a license to open carry was denied, because California only grants licenses to open carry to residents of counties with less than 200,000 people - L.A. County outnumbers the quota by 9.8 million people.

In filing a lawsuit, Nichols became the first individual to challenge California's open carry gun ban. The ban was brought forth in 1967, banning the open carry of a loaded firearm. Nichols is jointly challenging the state statute that denies open carry licenses to residents of counties of more than 200,000 people.

Regardless of the official ruling, the age-old question of what the 2nd Amendment entails will have to be answered. In Charles Nichols' case, he hopes it will include the open carry of firearms, reducing the number of states that disallow open carry to six.

## From the Web

Sponsored Content by Taboola







The 30+ Ugliest Former Child Actors
Ranker

Kim And Kanye In Matching Outfits
StyleBistro

My Ink: Nascar Pit Crew Queen Christmas Abbott
AOL On

## More from Patch

- 'Fast and Furious' Actor Killed in Auto Crash
- Dana Point Police Chase Ends in Fatal Crash
- Accused Serial Killer Apparently Died From Ingesting Ajax
- 7 Tested, 8 Arrested in Laguna Niguel DUI Patrol

## More from the Web

- Cast Your Vote: Will Obamacare Kill Ame...
  (Live Like the Rest of Us)
- 2013 Best of Year Camera Awards
  (Reviewed.com)
- You Won't Believe Who's Related to Abraham Lincoln (Ancestry.com)

/ /

- 3 Ways Guys Can Drop 20lbs Quickly (Hot Topix)

Promoted Content by Taboola

# Comments

+ Leave a Comment

Show me all earlier comments



**Jim Johancen**June 20, 2012 at 08:47 PM

Question- Why is it that every elected offical takes an oath to protect the constituion and then does every thing in his or her power to subvert it? case in point- Presidents and a batch of senators. almost every Democrap that breaths.

Recommend

Flag as Inappropriate



**Charles E. Nichols**June 20, 2012 at 09:09 PM

In 2010 the State of California changed the law. Licenses to openly carry a loaded handgun are now restricted to residents of a county with a population of fewer than 200,000 persons and are valid only in that county. The NRA did not oppose that change in the law nor did they oppose Senator Ted Lieu's expansion of California's so-called Gun Free School Zones from 1,000 to 1,500 feet. I pointed out to Senator Lieu that because he was elected in a special election with a very low voter turnout it would take very few signatures to force him into a recall election. Senator Lieu dropped the Gun Free School Zone expansion bill. The NRA has a Federal lawsuit in San Diego, which is now on appeal, where the NRA attorney (Chuck Michel) "warns" the court that if they don't make CCWs shall-issue, it would result in California's ban on Loaded Open Carry as well as California's Gun Free School Zone Act being overturned. The NRA says that would be "drastic." Obviously, I do not share the opinion of the NRA. If successful in obtaining an injunction against California's ban on Loaded Open Carry I will then seek to overturn California's Gun Free School Zone law. http://CaliforniaRightToCarry.org

Recommend

Flag as Inappropriate



**Paul E. Mason**June 21, 2012 at 12:18 AM

Jim Johancen, very good point, and to the point ! But, it is not the question that you ought to have asked. That question being this; Why do we not imprison the very people who take the oath of office, only to go against it with their actions while in office ? And the answer to that is very simply, we are not deserving the type of gov't. for which we inherited by our Grand Fore Fathers. Why ? Because we lack the courage and guts to carry out that most important deed in our U.S. Constitution. Which is, to follow it as a guide, and enforce it. Paul E. Mason

1 Recommend

Flag as Inappropriate



**Frieda Wales**June 21, 2012 at 12:18 AM

$12$

Case 2:11-cv-09916-SSS-KES - Document 140-2 - Filed 12/02/13 - Page 16 of 23 - Page
California and the 2nd Amendment - Overnight - Laguna Niguel - Dana Point, CA Patch Page 4 of 11
ID #:2312

Mr. Nichols, what is a "CCWs shall-issue"? Is that a typo or gun owner relevant lingo? Also, why is a ban on open carry bad? In addition, why would someone oppose a Gun Free School Zone, if that is in fact how I am reading your statement? Mr. Rhee, what are the 29 states that allow unlicensed open carry?

Recommend

Flag as Inappropriate


**Frieda Wales**June 21, 2012 at 12:20 AM
I think you made a typo, Patch frowns on deliberate attempts a profanity, so I'm sure it's a typo, you didn't mean it.
Recommend

Flag as Inappropriate


**Debbie L. Sklar (Editor)** June 21, 2012 at 01:58 AM
Charles: I would like to personally invite you to blog on Laguna Niguel Patch ... interested?
Recommend

Flag as Inappropriate


**David**June 21, 2012 at 03:34 PM
The original ban that was created in 1967 was for loaded guns. not guns in general. That part of the article seems a bit misleading. Cause if it was an outright ban, then this law that was recently passed would not have even been created. If the state passes the law regarding the ban on carrying of all fire arms, then I can see this going up to SCOTUS. As the procedure for obtaining a CCW in CA are geared to make it impossible to achieve unless you are part of the Sheriffs "in" crowd. I know this because I tried to obtain one in Alameda county. As side from the parts that are commonsense, such as knowing the rules of force laws and range time. You needed to write a 2 page essay on why you needed one, pass a psychological exam, have one million dollars liability insurance in case the person you shot lived and on the last page it stated how much do you want to donate to the sheriffs re-election campaign. I still have that application. Up until the recent ban I carried unloaded open carry as a CCW was impossible to obtain. Now i carry concealed against the law. Because my life is more important to me than any law on the books. Since this ban effectively bans an entire class of individuals from obtaining a ccw permit. I can say that SCOTUS should strike that law down and force CA to make it easier for people that want to carry to obtain a CCW.

1 Recommend

Flag as Inappropriate


**David**June 21, 2012 at 03:38 PM
As for my views on CCW, I find it odd that I need to ask the government to practice a Right that was already granted by the Constitution, A Right that the SCOTUS refrained from making a decision on a couple years ago. I wonder why that was....Just remember this. A Right can not be taken away without due process of law. A privilege can. Every time you ask for permission to practice a Right, you are slowly eroding your Rights away and making them in to privileges. Do that enough times and you wont have any Rights.

*13*

1 Recommend

Flag as Inappropriate



**David**June 21, 2012 at 03:43 PM
one more thing regarding that 2 page essay I mentioned in my earlier post. It had to be detailed describing everything and self preservation was NOT considered to be a valid excuse to obtain a permit.
Recommend

Flag as Inappropriate



**tim grizzle**June 21, 2012 at 07:25 PM
As mentioned before, Unloaded Open Carry (for any weapons) was NOT banned until just this year. Loaded Open Carry (operative word being LOADED) was indeed banned as the author mentioned in 1967, and that was in response to the Black Panthers demonstrations during election time. It should be a lesson for the author (or any reporter or citizen) to do their research and get the facts straight, otherwise their misleading statements can be more harmful than an unloaded, legally carried weapon. For PC Mama - reference these sites about open carry, concealed carry and the impact they've had on crime in states smart enough to respect citizen's rights and the rule of law: http://en.wikipedia.org/wiki/Open_carry_in_the_United_States and my personal favorite where you can see the progression / affirmation that legal people (people like mom's, abused wives, old people, minorities or anyone who is threatened with violence) can and should legally be able to defend themselves: http://www.gun-nuttery.com/rtc.php Google Mr (Dr.) John Lott for an expert's appraisal. He's a researcher, not a paid NRA employee. Personally, I fully support Mr. Nichols efforts in this matter.... Tim Grizzle
Recommend

Flag as Inappropriate



**ToddT**June 21, 2012 at 09:29 PM
The only ambiguity being caused here would be authors like this who like to make it seem that way. The last part of the amendment states, the right to bear arms shall not be infringed. This is very clear, because you cant infringe on something that already exists. Rights are NOT granted by government, they exist as soon as a person exists. The right to bear arms is already a right held by each individual and is unalienable, no law can exist to take the right away. There is nothing complicated here or ambiguous. I have the right to bear an arm and YOU, the government, the author nor anyone else has any authority to infringe on my unalienable right to bear arms. In fact, every single right is defined by the individual and is unalienable because every right you can define for yourself fits within the definitions of the unalienable rights to life, liberty and the pursuit of happiness. Please spare me the childish logic that you can give your self the right to kill someone or steal. You cant grant yourself the right to alienate someone else's rights. I have the right to bear arms, to drive, to walk, to call the sky purple, to work for whom I will, to NOT be part of a union, to keep the fruits of my efforts and to NOT have everything I earn and own taken by a government in the name of the benevolence of others. I in fact have the right to use those arms to defend my other rights and nothing can take my rights, I cant even voluntarily give them up and that includes owning weapons
1 Recommend



Flag as Inappropriate


**Greg Zen** June 21, 2012 at 10:50 PM
PATRIOT ACT. read it. the right to HAVE arms in any way is an illusion.
Recommend

Flag as Inappropriate


**Charles E. Nichols** June 22, 2012 at 01:54 AM
Debbie, I just submitted a blog. It's just waiting for someone at your end to make it go live.
Recommend

Flag as Inappropriate


**Linda Cauble** June 22, 2012 at 06:25 PM
Congratulations Paul. You win the kewpie doll.
Recommend

Flag as Inappropriate


**esmael gonzales** June 24, 2012 at 02:19 AM
And, I have the right TO bare OR NOT BARE ARMS AND TO BE PART OF A UNION! By the way, the unions have a historical significance that most Americans (especially republicans)have forgotten. They built this country into the leading power that it used to be! Now, the worker and the unions are stand in the way of GREED AND THE BOTTOM LINE... how much profit do these companies need?
Recommend

Flag as Inappropriate


**Mike K** June 24, 2012 at 07:07 AM
For a ccw in California there is a "good cause" provission that is unlike most other states. Basicly this provission gives law inforcement the ability to decline a ccw applicant if they dont think "good cause" exists for the applicant to be given a ccw. This has proven to be an absolute joke as there is no legal definition of"good couse" and the arbatary decissions of law enforcement usually decline most all ccw applicants based on this requirement. The validity and relavance of requiring "good cause" flies inthe face of the "right to bear arms". Citizens are safer when criminals dont know who is armed!
 1 Recommend

Flag as Inappropriate


**Juan A. Pacheco** June 24, 2012 at 02:59 PM
dorgnnr Well said Todd T. I only wish I could express myself as easily as you do. Kudos for Charles Nichols, TYRANNY is a cancer to a nation and a government that ignores its citizens is downwright Dangerous. We need to work to bring this great nation to gether, instill pride, unity, patriotism to freedom loving Americans.

15

California and the Second Amendment - Document - Laguna Niguel-Dana Point, CA Patch    Page 7 of 11

Recommend

Flag as Inappropriate


**Diane**June 24, 2012 at 03:27 PM
Most of the ccw is for retired police. We can't get one. And someones full of it. If the people could carry. We could protect ourselves and they know it.
Recommend

Flag as Inappropriate


**Michael**June 24, 2012 at 10:16 PM
After 30 years as a cop, I can say that none of the officers of my department ever arrested a ccw holder for misdeeds involving their firearm. However, we arrested an awful lot of a-holes who weren't supposed to be anywhere near a gun. It's not the law-abiding citizen who is the problem, it's the thugs
Recommend

Flag as Inappropriate


**Michael**June 24, 2012 at 10:19 PM
That said, most Cops I worked with supported a right to a ccw for law abiding citizens.
Recommend

Flag as Inappropriate


**Last Paratrooper**June 25, 2012 at 12:49 AM
What do Californians not understand about "SHALL NOT BE INFRINGED"? plain and simple it is a message to the government at any level, "don't you dare try to deny these rights"! I have been a gun owner for forty two of my 62 years of life. I have gone through police academy firearms training, military firearms training, and FBI firearms training. Two and a half years in Vietnam refined my aim and I hit what I am at within 1/8 of an inch at 100 yards! I never felt a need to carry a gun everyday, until I moved to LA County in California. After being assaulted 13 times I have carried a gun every time I leave the house! I don't give a damn what California Legislators and especially Sheriff Lee Baca have to say! I have the Constitution as my permit to carry concealed or openly! And I will continue to do so irregardless of the unlawful laws that prevail in California! IT'S A RIGHT ................. not a privilege!!!
Recommend

Flag as Inappropriate


**Jennifer Parker**June 25, 2012 at 04:22 PM
I have read halfway through this page and I am so concerned for our Country. The Constitution was argued over for 10 years and many men struggled to choose the MOST important freedoms and to build a checks and balance system. I read something about the PATRIOT ACT which is an extreme violation of the constitution and I thought about the NATURALIZATION ACT this states that in the name of anti-terrorism anyone can be detained without being charged and/or shot dead! AND is not


*16*

limited to foreign terrorists, yes this statement includes US citizens! Please help make people aware! MAKE THIS INFO VIRAL! PS. This is precisely why I am on my way to law school! ;)
Recommend

Flag as Inappropriate

 **tim grizzle**June 25, 2012 at 05:41 PM
Sorry - but that is just what we don't need - more lawyers...
Recommend

Flag as Inappropriate

 **Ebuzzness**June 26, 2012 at 03:23 AM
Good people of America, you must fight back today's liberal progression.
Recommend

Flag as Inappropriate

 **Jennifer Parker**June 26, 2012 at 05:33 AM
I said law school! Not necessarily a lawyer...I actually think tort reform is one of the reasons I am so interested! I am a little upset at that comment! I believe in making a difference and everyone should learn how to defend oneself in this tyrannical government that is taking over. I am going to law school to arm myslef with legal ammunition to fight the very people that are TAKING our Constitutional rights and liberties! <3
Recommend

Flag as Inappropriate

 **Jennifer Parker**June 26, 2012 at 05:36 AM
I will be there to defend the rights of anyone that wants to carry a gun in any county! It might be you someday....
Recommend

Flag as Inappropriate

 **Mojavegreen Nln**July 09, 2012 at 10:01 PM
http://www.examiner.com/article/senate-set-to-approve-controversial-un-gun-treaty
Recommend

Flag as Inappropriate

 **Mojavegreen Nln**July 09, 2012 at 10:02 PM
has anyone seen the latest on this garbage? http://www.examiner.com/article/senate-set-to-approve-controversial-un-gun-treaty
Recommend

Flag as Inappropriate

17



**Leonard Kinkade** July 12, 2012 at 06:09 PM
I guess what we need to remember is how the government of Germany took all firearms from their citizens prior to World War Two. See: http://www.stephenhalbrook.com/article-nazilaw.pdf

1 Recommend

Flag as Inappropriate



**Joe Armstrong** January 22, 2013 at 07:43 AM
The Constitution does not give you the right to bear arms. It recognizes that you have always had that right and as a condition of support for the Constitution by the states that, that right; that you always had; will not be infringed. Some people like to refer to the right as a God given right. The courts refer to it as a fundamental right. We need to buck the Democrats by always referring to the second amendment as an amendment that protects an individual right that pre-dates the Constitution. Local, State and Federal governments are restricted from, and have no authority, under the constitution to infringe on this pre-existing right as well as the any pre-existing right protected by the first through the 10th amendment. It is the Democrat controlled education system that has led you to believe otherwise.

1 Recommend

Flag as Inappropriate

Leave a comment

Post comment

**Boards**      More »      

California and the... | Laguna Niguel - Dana Point, CA ...    Page 10 of 11

Got a question? Something on
your mind? Talk to your
community, directly.

Post something

Find your Patch    Post    Start a Blog

Speak
Out
# Laguna Niguel - Dana Point Patch Editor
Please
**Peter Schelden**
Help Support Students With...
peter.schelden@patch.com

Town
Square
Home

Piano
Lessons in Aliso Viejo. Black

Blogs
Town
Square
Conversations
LiceDoctors
Head Lice Treatment and Nit...
Events

Real Estate
Square
I Buy/Sell/Trade
remember the Wind & Sea
Weekender

Town
Business Listings
Square
All
invited to Interfaith
**Connect with Patch**

Speak Get the newsletter
Out
I'm  Follow us on Twitter
looking for a room to rent in
~    Like us on Facebook

**Post Something**

Post on the Boards                /9

Post an Event

Out

Write a Review

In

memory of Heidi Schmidt

Start a Blog

1

Town

Patch Info

WANTED:
Your Account
dogsitting-

Help

About Patch
Updates

Privacy Policy

The

Process of Going Solar for

Terms of Use

Advertise with Us!

Town

Square

Copyright ©2013 Patch. All rights reserved.

REIGNING CATS AND DOGS!

Town
Square

Aliso
niguel Highs school lady

Town
Square

The
Psychology of Political

Buy
| Sell | Trade

1980
Budweiser Bar Mirror $20.00

2

Buy
| Sell | Trade

Nesting
Dolls $20.00

20