KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
 300 South Spring St., Ste. 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-6505
 Fax: (213) 897-1071
 E-mail: jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>Defendants. | 2:11-cv-09916-SJO-(SS)<br><br>**NOTICE OF ERRATA**<br><br>Date: N/A<br>Time: N/A<br>Crtrm.: 23 – 3rd Flr.<br>Judge: Hon. Suzanne H. Segal<br>Trial Date: Not Yet Set<br>Action Filed: Nov. 30, 2011 |

TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:

Please take NOTICE that, yesterday, Defendant Kamala D. Harris, Attorney General of California (the "Attorney General") mistakenly filed an incorrect version of her memorandum of points and authorities in opposition to Plaintiff

1

Charles Nichols's motion for partial summary judgment. That version should be disregarded. The Attorney General is submitting herein the correct, replacement version of the memorandum of points and authorities. The Attorney General's Office apologizes for making this mistake and for any confusion that it may have caused.

Dated: December 3, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California Attorney General Kamala D. Harris*