## DECLARATION OF SERVICE BY U.S. MAIL

Court Name:   **U.S. District Court, Central District of California**
Case Name:    ***Nichols v. Brown***
Case No.:     **11-cv-09916-SJO-SS**

I declare:

I am 18 years of age or older and not a party to this matter.  I am employed in the Office of the California Attorney General ("OCAG"), which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the OCAG for collection and processing of correspondence for mailing with the U.S. Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the OCAG is deposited with the U.S. Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 3, 2013, I served the attached **[1] NOTICE OF ERRATA and [2] [CORRECTED] MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF CHARLES NICHOLS'S MOTION FOR PARTIAL SUMMARY JUDGMENT** by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at OCAG, at 300 South Spring St., Ste. 1702, Los Angeles, CA  90013, addressed as follows:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA  90278

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 3, 2013, at Los Angeles, California.

|  R. Velasco  |  |
| --- | --- |
| Declarant | Signature |