FILED

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

2013 DEC -9 AM 11: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY:_____

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>       PLAINTIFF,<br><br>       vs.<br><br>KAMALA D. HARRIS, Attorney<br><br>General, in her official capacity as<br><br>Attorney General of California<br><br><br>       Defendant. | Case No.: CV-11-9916 SJO (SS)<br><br>**PLAINTIFF CHARLES NICHOLS' OBJECTION TO DEFENDANT HARRIS' ERRATA FILING(S)**<br><br>Date:    Vacated<br>Time:    Vacated<br>Crtrm:   23 – 3rd Floor<br>Magistrate Judge:   Suzanne H. Segal<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |

       Pro Se Plaintiff Charles Nichols, In Pro Per, hereby objects to Defendant

Harris' Errata Filing(s) filed on December 3, 2013.

       On June 12, 2013 this Court issued a Scheduling Order in which it stated

"any opposition to the motion shall be served and filed not later than fourteen (14)

days after service of the motion" Dkt # 107, p.g., 3, lines 7-9 and "Failure to timely

1   file an opposition to a motion may be deemed by the Court to constitute the non-

2   moving party's consent to the granting of the relief sought, pursuant to Local Civil

3   Rule 7-12." P.g., 3 lines 13-16.

4        On November 8, 2013, Plaintiff filed a Motion for Partial Summary

5   Judgment.  This court, sua sponte, gave Defendant Harris an additional ten days to

6   file her opposition to Plaintiff Nichols' Motion for Partial Summary Judgment (Dkt

7   # 137 which Plaintiff Harris did on the very last day - December 2, 2013 (Dkt #

8   140).

9        After Plaintiff Harris filed her Objection to Plaintiff Nichols' motion for

10   Partial Summary Judgment, she subsequently filed an untimely Memorandum Of

11   Points And Authorities In Opposition To Plaintiff Charles Nichols's Motion For

12   Partial Summary Judgment (Dkt # 141-1) stylized as a Notice of Errata (Dkt #

13   141).

14        Defendant Harris did not file any motion with this Court asking to submit a

15   late filing.

16        Plaintiff Nichols is not allowed to file via ECF nor is he registered to receive

17   filings electronically.  Plaintiff Nichols has never consented to being served with

18   filings electronically.  Defendant Harris is required to file her briefs on Plaintiff

19   Nichols by mail.

20        Plaintiff Nichols was not given any additional time to serve and file his

21   response to Defendant Harris' Opposition to his Motion for Partial Judgment on

22   the pleadings.  Plaintiff Nichols was given just seven days from Defendant Harris'

23   filing of December 2, 2013 to file his reponse.  Plaintiff Nichols timely filed his

24   response to Defendant Harris' Opposition To Plaintiff Charles Nichols's Motion

25   For Partial Summary Judgment on December 9, 2013.

26        Plaintiff Nichols is not an attorney and does not have the resources available

27   to Defendant Attorney General Harris.  Plaintiff Nichols needs every minute of the

28   short response period (7 days) allotted to him.  Unlike Defendant Harris, Plaintiff

1   Nichols was not given any additional time to respond to Defendant Harris'
2   oppositions.  This placed Plaintiff Nichols in the impossible position of having to
3   choose between filing his response to Defendant Harris' timely filed Opposition
4   (Dkt #140) or responding to her untimely filed Opposition (Dkt 141) in the far less
5   than seven days from receipt of her late filed Opposition and Plaintiff Nichols
6   filing deadline of December 9, 2013.

7        Defendant Harris was allotted more than ample time to file her timely
8   Opposition (Dkt #140).  Were this Court to allow Defendant Harris to disregard
9   this Court's own filing deadline (particularly given that Defendant Harris was
10  given far more than 14 days to file her Opposition) and were this Court to accept
11  Defendant Harris' untimely filing(s) it would deny Plaintiff Nichols' due process
12  and violate F.R.C.P Rule 1.

13       Plaintiff Nichols has complied with all of this Court's scheduling orders.
14  Plaintiff Nichols has timely filed his response to Defendant Harris' timely filed
15  Objection.  This Court should disregard and/or strike Defendant Harris' late
16  filing(s).

17
18
19
20
21
22  Dated: December 9, 2013              Respectfully submitted,
23
24                                       By: Charles Nichols
25                                       PLAINTIFF in Pro Per
                                         PO Box 1302
26                                       Redondo Beach, CA  90278
                                         Voice: (424) 634-7381
27                                       EMail:CharlesNichols@Pykrete.info
28  ///

Plaintiff's Objection To Errata Filing(s)    3              *Nichols v. Brown*

## CERTIFICATE OF SERVICE

On this, the 8th day of November, 2013, I caused to be served a copy of the foregoing **PLAINTIFF CHARLES NICHOLS' OBJECTION TO DEFENDANT HARRIS' ERRATA FILING(S)** by US Mail on:


Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 9th day of December, 2013 by:

Charles Nichols