1  Charles Nichols
   PO Box 1302
2  Redondo Beach, CA 90278
   Voice: (424) 634-7381
3  E-Mail: CharlesNichols@Pykrete.info
   In Pro Per
4

5

6

7

8              United States District Court

9              Central District of California

10

11 Charles Nichols,                    ) Case No.: CV-11-9916 SJO (SS)
                                        )
12         PLAINTIFF,                   ) **PLAINTIFF CHARLES NICHOLS'**
                                        ) **OBJECTION TO DECLARATION**
13    vs.                              ) **OF JONATHAN M. EISENBERG**
                                        ) **REGARDING STATEMENT OF**
14 KAMALA D. HARRIS, Attorney          ) **GENUINE DISPUTES [Dkt # 140-2]**
                                        )
15 General, in her official capacity as )
                                        )
16 Attorney General of California       ) Date:    Vacated
                                        ) Time:    Vacated
17                                      ) Crtrm:   23 – 3rd Floor
                                        ) Magistrate Judge:  Suzanne H. Segal
18         Defendant.                   ) District Judge: S. James Otero
                                        ) Trial Date: None
19                                      ) Action Filed: November 30, 2011
                                        )
20                                      )

21

22         Pro Se Plaintiff Charles Nichols, In Pro Per, hereby objects to Defendant

23 Harris' Declaration filed on December 2, 2013 (Dkt # 140-2). Defendant Harris

24 appears to be trying to manufacture disputes to the SUF which are reasonably not

25 subject to dispute. Exhibit A purports to be the Los Angeles County Sheriff

26 Department's Licensing policy for the issuance of permits to carry concealed

27 weapons. The Sheriff's policy has already been entered into evidence in this case

28 and it has already been briefed that the Judge presiding in the present case has

Plaintiff's Objection To Errata Filing(s)    1              *Nichols v. Brown*

1  upheld the constitutionality of the concealed carry licensing policy of the Sheriff.

2  It is undisputed that under the Sheriff's policy Plaintiff Nichols is not eligible for a

3  license to carry a loaded or unloaded, concealed handgun and it is undisputed that

4  the Sheriff cannot issue to Plaintiff Nichols a license to openly carry a loaded

5  handgun, or to openly carry any loaded or unloaded firearm. That has not changed.

6         Exhibit B purports to be a webpage which Defendant Harris says is

7  "purportedly maintained by Paul Tanaka." Defendant Harris implies some

8  significance to the webpage stating that Mr. Tanaka retired from the Los Angeles

9  Sheriff's Department after 30 years of service in the Summer of 2013.

10        Whether or not Mr. Tanaka has or has not retired from the Sheriff's

11 Department is irrelevant. His declaration as a Deputy Sheriff made under penalty

12 of perjury is on the record both in the present case and in the concealed carry case

13 already briefed in which the presiding judge in this case has already ruled upon.

14        Exhibit C purports to be a printout from an online blog where Plaintiff

15 Nichols purportedly made a post around a year and a half ago saying that if

16 successful in the present case he will then seek to overturn California's Gun Free

17 School Zone law (California Penal Code section 626.9).

18        California Penal Code section 626.9 is not, and has never been, at issue in

19 this present suit. Granting Plaintiff's Motion for Partial Summary Judgment will

20 have no effect on the ability of Defendant Harris to enforce that law.

21

22 Dated: December 9, 2013            Respectfully submitted,

23

24                                    By: Charles Nichols
                                      PLAINTIFF in Pro Per
25                                    PO Box 1302
                                      Redondo Beach, CA 90278
26                                    Voice: (424) 634-7381
                                      EMail:CharlesNichols@Pykrete.info
27

28

Plaintiff's Objection To Errata Filing(s)    2                  *Nichols v. Brown*

CERTIFICATE OF SERVICE

On this, the 8th day of November, 2013, I caused to be served a copy of the foregoing **PLAINTIFF CHARLES NICHOLS' OBJECTION TO DECLARATION OF JONATHAN M. EISENBERG REGARDING STATEMENT OF GENUINE DISPUTES [Dkt # 140-2]** by US Mail on:


Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).


Executed this the 9th day of December, 2013 by:

Charles Nichols