Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
2013 DEC 13 PM 1:14
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>    PLAINTIFF,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California<br><br>    Defendant. | Case No.: CV-11-9916 SJO (SS)<br><br>**DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>[Silvester v. Harris]<br><br>Date: N/A<br>Time: N/A<br>Crtrm: 23 – 3rd Floor<br>Magistrate Judge: Suzanne H. Segal<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |

Pro Se Plaintiff Charles Nichols, In Pro Per, respectfully submits this Declaration of Plaintiff Charles Regarding Notice of Supplemental Authority in support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant Harris' Motion for Judgment on the Pleadings.

<u>Declaration of Plaintiff Nichols</u>     1     Charles Nichols v. Edmund G Brown Jr et al

1. I, Charles Nichols, declare as follows:

2. I am the Plaintiff in the above entitled action.

3. On December 11, 2013 I downloaded from PACER the document attached as "Exhibit A" to Plaintiff Nichols NOTICE OF SUPPLEMENTAL AUTHORITY [Silvester v. Harris].

4. I have attached a full and complete copy of the document which is an Order by Senior United States District Judge Anthony W. Ishii in The United States District Court For The Eastern District Of California Fresno Division denying Defendant Harris' Motion For Summary Judgment in Case No. 1:11-cv-02137-AWI-SKO ("Doc. No. 31 is the MSJ" and Dkt #44 is the Order).

5. The Order is dated as signed on December 6, 2013.

6. At the top of each page of the document appeared the word "Filed" and a date of 12/09/13.

7. The document was eleven pages in length.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on December 12, 2013, in Los Angeles County, California.

Dated: December 12, 2013         Respectfully submitted,

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
EMail:CharlesNichols@Pykrete.info

///

## CERTIFICATE OF SERVICE

On this, the 12th day of December, 2013, I caused to be served a copy of the foregoing **DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY [Silvester v. Harris]** by US Mail on:

Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 12th day of December, 2013 by:

Charles Nichols