| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | JONATHAN M. EISENBERG<br>Deputy Attorney General |
| 4 | State Bar No. 184162<br>  300 South Spring St., Ste. 1702 |
| 5 |   Los Angeles, CA  90013<br>  Telephone: (213) 897-6505 |
| 6 |   Fax: (213) 897-1071<br>  E-mail: jonathan.eisenberg@doj.ca.gov |
| 7 | *Attorneys for Defendant California Attorney General Kamala D. Harris* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES NICHOLS,<br><br>          Plaintiff,<br><br>     v.<br><br>EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,<br><br>          Defendants. | 2:11-cv-09916-SJO-(SS)<br><br>**OBJECTION TO SUPPLEMENTAL FILING**<br><br>Date:         N/A<br>Time:        N/A<br>Crtrm.:      23 – 3rd Flr.<br>Judge:       Hon. Suzanne H. Segal<br>Trial Date:  Not Yet Set<br>Action Filed: Nov. 30, 2011 |

    Defendant Kamala D. Harris, Attorney General of California (the "Attorney General"), hereby objects to the supplemental 10-page brief filed by Plaintiff Charles Nichols ("Nichols") on December 16, 2013.  The brief, which attempts to make further arguments about both the pending motion for summary judgment and

1

1 | the pending motion for judgment on the pleadings, was filed without leave of
2 | Court.
3 |     The Attorney General requests that the Court either disregard Nichols's
4 | supplemental filing or permit the Attorney General to filing a response of no more
5 | than 10 pages.

Dated: December 24, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California
Attorney General Kamala D. Harris*

# CERTIFICATE OF SERVICE

**Case Name: Nichols v. Brown**  **Case No. 11-cv-09916-SJO-SS**

I hereby certify that, on December 27, 2013, I caused to be electronically filed with the U.S. District Court, Central District of California, Clerk of the Court, through the CM/ECF system, the document with the following title:

**OBJECTION TO SUPPLEMENTAL FILING**

I certify that at least some of the participants in the above-entitled case are registered CM/ECF users. I am employed in Los Angeles, California, in the Office of the Attorney General, Department of Justice, State of California ("OACG"), which is the office of a member of the California State Bar, at which member's direction the following service is made.

I am 18 years of age or older and not a party to this matter. I am familiar with the business practices at the OACG for collection and processing of correspondence for mailing with the U.S. Postal Service. In accordance with those practices, correspondence placed in the internal mail collection system at the OACG is deposited with the U.S. Postal Service, with postage thereon fully prepaid, that same day, in the ordinary course of business.

I further certify that at least some of the participants in the case are not registered CM/ECF users.

On December 27, 2013, I caused to be mailed, in the OACG's internal mail system, by First-Class Mail, postage prepaid, the foregoing document to the following person at the following address:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 27, 2013, at Los Angeles, California.

R. Velasco                                               /s/ R. Velasco
Declarant                                                   Signature