Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols, | Case No.: CV-11-9916 SJO (SS) |
| PLAINTIFF, | **PLAINTIFF'S RESPONSE TO DEFENDANT HARRIS' OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| vs. | [Dkt # 149] |
| KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California | Date: Vacated<br>Time: Vacated<br>Crtrm: 23 – 3rd Floor<br>Magistrate Judge: Suzanne H. Segal<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |
| Defendant. | |

Pro Se Plaintiff Charles Nichols, In Pro Per, hereby files this response to Defendant Harris' objection to Plaintiff Nichols' Notice of Supplemental Authority regarding *Silvester v. Harris*. Defendant Harris' objection was filed on December 27, 2013 and appears as Dkt # 149.

Plaintiff Charles Nichols' notice of supplemental authority regarding *Silvester* appears as Dkt # 147, filed on December 13, 2013.

Defendant Harris cites no Federal Rule of Civil Procedure or Local Rule which requires that a Notice of Supplemental Authority can be made only with leave of the court. Notices of Supplemental Authority are routinely made without leave of the court prior to a decision by the court.

Indeed, where there is a Federal Rule, as in Federal Rule of Appellate Procedure 28(j), such notices are made without leave of the court. F.R.A.P 28(j) states in relevant part "If pertinent and significant authorities come to a party's attention after the party's brief has been filed—or after oral argument but before decision—a party may promptly advise the circuit clerk by letter, with a copy to all other parties, setting forth the citations."

Defendant Harris is well aware that there is no rule preventing Defendant Harris from filing her notice of supplemental authority regarding *Silvester*, without leave of this court, prior to a decision by this court.

Defendant Harris should not be allowed to file any supplemental brief in opposition to Plaintiff Nichols motion for partial summary judgment including one in the guise of a notice of supplemental authority or in the guise of a "response" to Plaintiff Nichols' notice of supplemental authority.

Defendant Harris should be limited to filing a Notice of Supplemental Authority regarding *Silvester* and her notice should be limited to *Silvester*.

Dated: January 6, 2014                    Respectfully submitted,

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
EMail: CharlesNichols@Pykrete.info

///

## CERTIFICATE OF SERVICE

On this, the 6th day of January, 2014, I caused to be served a copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT HARRIS' OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY [Dkt # 149]** by US Mail on:


Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).


Executed this the 6th day of January, 2014 by:

Charles Nichols