Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

JAN - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court

Central District of California

Charles Nichols,

      PLAINTIFF,

   vs.

KAMALA D. HARRIS, Attorney

General, in her official capacity as

Attorney General of California


     Defendant.

Case No.: CV-11-9916 SJO (SS)

**DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY**

[Patel v. City of Los Angeles]

Date:   N/A
Time:   N/A
Crtrm:  23 – 3rd Floor
Magistrate Judge: Suzanne H. Segal
District Judge: S. James Otero
Trial Date: None
Action Filed: November 30, 2011

     Pro Se Plaintiff Charles Nichols, In Pro Per, respectfully submits this

Declaration of Plaintiff Charles Nichols regarding his Notice of Supplemental

Authority in support of Plaintiff's Motion for Partial Summary Judgment and in

Opposition to Defendant Harris' Motion for Judgment on the Pleadings.

     I, Charles Nichols, declare as follows:

**Declaration of Plaintiff Nichols**     **1**     **Charles Nichols v. Edmund G Brown Jr et al**

1. I am the Plaintiff in the above entitled action.

2. On January 1, 2014 I downloaded from the 9th Circuit Court of Appeals website the document attached as "Exhibit A" to Plaintiff Nichols NOTICE OF SUPPLEMENTAL AUTHORITY [Patel v. City of Los Angeles].

3. I have attached a full and complete copy of the en banc opinion to my notice of supplemental authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on January 6, 2014, in Los Angeles County, California.

Dated: January 6, 2014

Respectfully submitted,

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA  90278
Voice: (424) 634-7381
EMail:CharlesNichols@Pykrete.info

///

**Declaration of Plaintiff Nichols**          **2**          **Charles Nichols v. Edmund G Brown Jr et al**

## CERTIFICATE OF SERVICE

On this, the 6th day of January, 2014, I caused to be served a copy of the foregoing **DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY [Patel v. City of Los Angeles]** by US Mail on:

Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 6th day of January, 2014 by:

Charles Nichols