Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>      PLAINTIFF,<br><br>vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California<br><br>      Defendant. | Case No.: CV-11-9916 SJO (SS)<br><br>**DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>[Illinois Association of Firearms Retailers et al v. City of Chicago et al]<br><br>Date: N/A<br>Time: N/A<br>Crtrm: 23 – 3rd Floor<br>Magistrate Judge: Suzanne H. Segal<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |

Pro Se Plaintiff Charles Nichols, In Pro Per, respectfully submits this Declaration of Plaintiff Charles Nichols regarding his Notice of Supplemental Authority in support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant Harris' Motion for Judgment on the Pleadings.

I, Charles Nichols, declare as follows:

**Declaration of Plaintiff Nichols**      1      Charles Nichols v. Edmund G Brown Jr et al

1. I am the Plaintiff in the above entitled action.

2. On January 6, 2014 I downloaded from PACER the document (Order) attached as "Exhibit A" to Plaintiff Nichols NOTICE OF SUPPLEMENTAL AUTHORITY [Illinois Association of Firearms Retailers et al v. City of Chicago et al].

3. On January 8, 2014 I downloaded from PACER the document (Judgment) attached as "Exhibit B" to Plaintiff Nichols NOTICE OF SUPPLEMENTAL AUTHORITY [Illinois Association of Firearms Retailers et al v. City of Chicago et al].

4. I have attached a full and complete copy of each of the two documents (Order and Judgment) to my notice of supplemental authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I signed this declaration on January 10, 2014, in Los Angeles County, California.

Dated: January 10, 2014            Respectfully submitted,

By: Charles Nichols
PLAINTIFF in Pro Per
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
EMail: CharlesNichols@Pykrete.info

///

**Declaration of Plaintiff Nichols**        2        Charles Nichols v. Edmund G Brown Jr et al

## CERTIFICATE OF SERVICE

On this, the 10th day of January, 2014, I caused to be served a copy of the foregoing **DECLARATION OF PLAINTIFF CHARLES NICHOLS REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY [Illinois Association of Firearms Retailers et al v. City of Chicago et al]** by US Mail on:

Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 10th day of January, 2014 by:

Charles Nichols