KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
  300 South Spring St., Ste. 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6505
  Fax:  (213) 897-1071
  E-mail:  jonathan.eisenberg@doj.ca.gov
*Attorneys for Defendant California Attorney General Kamala D. Harris*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>                    Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br><br>                    Defendants. | 2:11-cv-09916-SJO-(SS)<br><br>**FURTHER OBJECTIONS TO SUPPLEMENTAL FILINGS**<br><br>Date:         N/A<br>Time:        N/A<br>Crtrm.:       23 – 3rd Flr.<br>Judge:       Hon. Suzanne H. Segal<br>Trial Date:   Not Yet Set<br>Action Filed: Nov. 30, 2011 |

    Defendant Kamala D. Harris, Attorney General of California (the "Attorney General"), objects that, on four dates beginning on December 16, 2013, Plaintiff Charles Nichols ("Nichols") has improperly filed a total of more than 20 pages of supplemental briefing about both the pending motion for summary judgment and

1

the pending motion for judgment on the pleadings, without having leave of Court to make the filings. See L.R. 7-10; *Powell v. Computer Credit Co.*, 975 F. Supp. 1034, 1040 (S.D. Ohio 1997).

The Attorney General does not object that Nichols has submitted to the Court copies of new cases; the Attorney General objects to the extensive briefing accompanying the submissions of copies of cases.

Accordingly, the Attorney General requests that the Court either disregard Nichols's supplemental briefs or permit the Attorney General to file a single response to the supplemental briefs.

Dated: January 28, 2014          Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

_/s/_____
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendant California Attorney General Kamala D. Harris*