# DECLARATION OF SERVICE BY U.S. MAIL

Court Name: **U.S. District Court, Central District of California**
Case Name: *Nichols v. Brown*
Case No.: **2:11-cv-09916-SJO-SS**

I declare:

I am 18 years of age or older and not a party to this matter. I am employed in the Office of the California Attorney General ("OCAG"), which is the office of a member of the California State Bar, at which member's direction this service is made. I am familiar with the business practice at OCAG for collection and processing of correspondence for mailing with the U.S. Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at OCAG is deposited with the U.S. Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 28, 2014, I served the attached **FURTHER OBJECTIONS TO SUPPLEMENTAL FILINGS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at OCAG, at 300 South Spring St., Ste. 1702, Los Angeles, CA 90013, addressed as follows:

Charles Nichols
P.O. Box 1302
Redondo Beach, CA 90278

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 28, 2014, at Los Angeles, California.

|  R. Velasco  |   |
|---|---|
| Declarant | Signature |