Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

United States District Court

Central District of California

| | |
|---|---|
| Charles Nichols,<br><br>        PLAINTIFF,<br><br>    vs.<br><br>KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California<br><br><br>        Defendant. | Case No.: CV-11-9916 SJO (SS)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT HARRIS' OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br>[Dkt # 157]<br><br>Date:    Vacated<br>Time:    Vacated<br>Crtrm:   23 – 3rd Floor<br>Magistrate Judge: Suzanne H. Segal<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |

   Pro Se Plaintiff Charles Nichols, In Pro Per, hereby files this response to Defendant Harris' frivolous objection [Dkt #157] to Plaintiff Nichols' Notice(s) of Supplemental Authority.

   Defendant Harris now says does not object to any notice of supplemental authority and she cites no Federal Rule of Civil Procedure or Central District of California Local Rule which requires that a Notice of Supplemental Authority be

*Plaintiff's Response to Objection*           1           *Nichols v. Brown*

1  made only with leave of the court.  Notices of Supplemental Authority are
2  routinely made without leave of the court prior to a decision by the court in this
3  Circuit.  Indeed, where there is a Federal Rule, as in Federal Rule of Appellate
4  Procedure 28(j), such notices are made without leave of the court.  F.R.A.P 28(j)
5  states in relevant part "If pertinent and significant authorities come to a party's
6  attention after the party's brief has been filed—or after oral argument but before
7  decision—a party may promptly advise the circuit clerk by letter, with a copy to all
8  other parties, setting forth the citations."

9   Defendant Harris is well aware that there is no rule preventing filing notices
10 of supplemental authority, without leave of this court, prior to a decision by this
11 court.  Instead, she cites a Local Rule from a Sixth Circuit Court in the Southern
12 District of Ohio!  Adding absurdity to incredulity, Defendant Harris cites a district
13 court decision from the same circuit which **denied the motion to strike** the notice
14 of supplemental authority in that case which was filed in violation of that rule!

15  Defendant Harris should not be allowed to file any supplemental brief in
16 opposition to Plaintiff Nichols motion for partial summary judgment including one
17 in the guise of a notice of supplemental authority or in the guise of a "response" to
18 Plaintiff Nichols' notice of supplemental authority.  Defendant Harris should not
19 be permitted to file a brief supplementing the factual record in the guise of a
20 response to Plaintiff's notices of supplemental authority.

22 Dated: February 1, 2014    Respectfully submitted,

24             By: Charles Nichols
              PLAINTIFF in Pro Per
25            PO Box 1302
              Redondo Beach, CA  90278
26            Voice: (424) 634-7381
              EMail:CharlesNichols@Pykrete.info

28 ///

## CERTIFICATE OF SERVICE

On this, the 2nd day of February, 2014, I caused to be served a copy of the foregoing **PLAINTIFF'S RESPONSE TO DEFENDANT HARRIS' OBJECTION TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY [Dkt # 157]** by US Mail on:


Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).


Executed in Los Angles County California on this the 2nd day of February, 2014 by:

Charles Nichols