CLERK, U.S. DISTRICT COURT
APR 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY SB for MK DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge SEGAL

From: Shea Bourgeois, Deputy Clerk  Date Received: 04/09/14

Case No.: 2:11-cv-09916-SJO-SS  Case Title: Charles Nichols v. Edmund G Brown Jr et al

Document Entitled: REQUEST FOR RULING ON SUBMITTED MATTER (2)

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 Documents must be filed electronically
- ☐ Local Rule 6-1 Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 Document not legible
- ☐ Local Rule 11-3.8 Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 No copy provided for judge
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 No letters to the judge
- ☐ Fed. R. Civ. P. 5 No proof of service attached to document(s)
- ☑ Other: BOTH PARTIES HAVE NOT SIGNED THE DOCUMENT

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date ______________  U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 4/9/14  U.S. ~~District Judge~~ / U.S. Magistrate Judge [signature]

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE  COPY 2 -JUDGE  COPY 3 -SIGNED & RETURNED TO FILER  COPY 4 -FILER RECEIPT

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,**<br>Plaintiff,<br>v.<br>**EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br>Defendants. | Case No.: CV-11-9916 SJO (SS)<br>**REQUEST FOR RULING ON SUBMITTED MATTER**<br>Date: NA<br>Time: NA<br>Crtrm: 1 – 2nd Floor<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |


RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

The Motion for Judgment on the Pleadings was submitted for ruling in this matter on December 3rd, 2013 and more that 120 days have elapsed. To date, no ruling has issued. Opposing counsel declined to file a Joint Request (see attached Exhibit A). Plaintiff Nichols hereby complies with Local Rule L.R. 83-9.2 by advising the Court of same and respectfully requesting a ruling in this matter.

April 4, 2014

Charles Nichols
Plaintiff In Pro Per

April 4, 2014

JONATHAN M. EISENBERG
Deputy Attorney General
*Attorney for Defendant California Attorney General Kamala D. Harris*

# "EXHIBIT A"

Print | Close Window

**Subject:** RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling
**From:** Jonathan M Eisenberg <Jonathan.Eisenberg@doj.ca.gov>
**Date:** Fri, Apr 04, 2014 8:12 am
**To:** Charles Nichols <charlesnichols@pykrete.info>

Charles,

Both the AG and you declined to proceed before the magistrate judge (Segal), but that declination does not prevent the district judge (Otero) from referring certain matters to the magistrate judge for reports and recommendations. The district judge still must make the actual rulings on the referred matters, and there will be such rulings by the district judge on the dueling, potentially dispositive motions. As I said before, by my reading of the local rules, it is not time yet to request that the district judge issue rulings on the motions. Obviously, I can't stop you from filing that kind of request, but if you do make such a request and make a reference to the AG, you should say not that the AG is refusing to comply with the local rules, but that the AG does not believe that the local rules compel the filing of the request at this time.

Sincerely,

Jonathan

---

From: Charles Nichols [charlesnichols@pykrete.info]
Sent: Thursday, April 03, 2014 10:10 PM
To: Jonathan M Eisenberg
Subject: RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling

The local rules do not provide an exception for reports and recommendations by a magistrate judge, particularly one to which I filed a declination to proceed before, or any exceptions for that matter.

Your Motion for Judgment on the pleadings was taken under submission when your Reply In Support of Motion For Judgment on the Pleadings (Dkt. # 142) was filed on December 3rd, 2013 (see L.R. 83-9.1.1(a) "Submitted" Defined). More than 120 days have passed. We are required by L.R. 83-9.2 to file the joint notice.

If it is still your intention not to file the Joint Request, kindly notify me via e-mail and I will file a lone request "that a decision be made without further delay" and note that you refused to comply with L.R. 83-9.2.

Should there be no decision on my Motion for Partial Summary Judgment next week, the same rules require a Joint Request be filed in that matter as well.

If it is your intention not to file the Joint Request in regards to my MPSJ as well then please indicate as such in your reply to this email.

regards,

Charles Nichols
Nichols v. Brown

A - 1

Case No.: CV-11-9916 SJO (SS)

------- Original Message -------
Subject: RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling
From: Jonathan M Eisenberg <Jonathan.Eisenberg@doj.ca.gov><mailto:Jonathan.Eisenberg@doj.ca.gov>>
Date: Thu, April 03, 2014 9:43 pm
To: Charles Nichols <charlesnichols@pykrete.info><mailto:charlesnichols@pykrete.info>>

Charles,

Again, please call me "Jonathan."

I think that it would be premature to make the filing that you suggest. Judge Otero gets 120 days to rule after (1) receiving the R & R plus (2) any objections to the R & R and (3) any objections to the objections to the R & R. To my understanding, the 120-day clock hasn't even begun to run. Therefore, I decline to make the filing that you suggest, at this time.

Sincerely,

Jonathan

---

From: Charles Nichols [charlesnichols@pykrete.info<mailto:charlesnichols@pykrete.info>]
Sent: Thursday, April 03, 2014 7:49 PM
To: Jonathan M Eisenberg
Subject: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling

Attached is a corrected pdf. I had forgotten to type my name just below the signature line.

---

Mr. Eisenberg,

Attached is a pdf of a Joint Request for Ruling which we are required to file jointly pursuant to L.R. 89-2. Please let me know when you have electronically filed it. Also, L.R. 89-2 requires that a copy be sent to the Chief Judge as well.

The language is identical to that filed in the case of RAULINAITIS v. VENTURA COUNTY SHERIFFS DEPARTMENT CASE NO. CV 13-2605MAN Dkt. #24.

regards,

Charles Nichols
Nichols v. Brown
Case No.: CV-11-9916 SJO (SS)

A-2

CERTIFICATE OF SERVICE

On this, the 7th day of April, 2014, I caused to be served a copy of the foregoing **REQUEST FOR RULING ON SUBMITTED MATTER** by US Mail on:

Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 7th day of April, 2014 in Los Angeles County by:

Charles Nichols

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Voice: (424) 634-7381
E-Mail: CharlesNichols@Pykrete.info
In Pro Per

IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| **CHARLES NICHOLS,**<br>Plaintiff,<br>**v.**<br>**EDMUND G. BROWN JR., in his official capacity as Governor of California, KAMALA D. HARRIS, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,**<br>Defendants. | Case No.: CV-11-9916 SJO (SS)<br>**REQUEST FOR RULING ON SUBMITTED MATTER**<br>Date: NA<br>Time: NA<br>Crtrm: 1 – 2nd Floor<br>District Judge: S. James Otero<br>Trial Date: None<br>Action Filed: November 30, 2011 |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

The Motion for Partial Summary Judgment was submitted for ruling in this matter on December 9th, 2013 and more that 120 days have elapsed. To date, no ruling has issued. Opposing counsel declined to file a Joint Request (see attached Exhibit A). Plaintiff Nichols hereby complies with Local Rule L.R. 83-9.2 by advising the Court of same and respectfully requesting a ruling in this matter.

April 9, 2014

Charles Nichols
Plaintiff In Pro Per

April 9, 2014

JONATHAN M. EISENBERG
Deputy Attorney General
*Attorney for Defendant California Attorney General Kamala D. Harris*

# "EXHIBIT A"

Print | Close Window

**Subject:** RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling
**From:** Jonathan M Eisenberg <Jonathan.Eisenberg@doj.ca.gov>
**Date:** Fri, Apr 04, 2014 8:12 am
**To:** Charles Nichols <charlesnichols@pykrete.info>

Charles,

Both the AG and you declined to proceed before the magistrate judge (Segal), but that declination does not prevent the district judge (Otero) from referring certain matters to the magistrate judge for reports and recommendations. The district judge still must make the actual rulings on the referred matters, and there will be such rulings by the district judge on the dueling, potentially dispositive motions. As I said before, by my reading of the local rules, it is not time yet to request that the district judge issue rulings on the motions. Obviously, I can't stop you from filing that kind of request, but if you do make such a request and make a reference to the AG, you should say not that the AG is refusing to comply with the local rules, but that the AG does not believe that the local rules compel the filing of the request at this time.

Sincerely,

Jonathan

---

From: Charles Nichols [charlesnichols@pykrete.info]
Sent: Thursday, April 03, 2014 10:10 PM
To: Jonathan M Eisenberg
Subject: RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling

The local rules do not provide an exception for reports and recommendations by a magistrate judge, particularly one to which I filed a declination to proceed before, or any exceptions for that matter.

Your Motion for Judgment on the pleadings was taken under submission when your Reply In Support of Motion For Judgment on the Pleadings (Dkt. # 142) was filed on December 3rd, 2013 (see L.R. 83-9.1.1(a) "Submitted" Defined). More than 120 days have passed. We are required by L.R. 83-9.2 to file the joint notice.

If it is still your intention not to file the Joint Request, kindly notify me via e-mail and I will file a lone request "that a decision be made without further delay" and note that you refused to comply with L.R. 83-9.2.

Should there be no decision on my Motion for Partial Summary Judgment next week, the same rules require a Joint Request be filed in that matter as well.

If it is your intention not to file the Joint Request in regards to my MPSJ as well then please indicate as such in your reply to this email.

regards,

Charles Nichols
Nichols v. Brown

A-1

Case No.: CV-11-9916 SJO (SS)

------ Original Message ------
Subject: RE: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling
From: Jonathan M Eisenberg <Jonathan.Eisenberg@doj.ca.gov><mailto:Jonathan.Eisenberg@doj.ca.gov>>
Date: Thu, April 03, 2014 9:43 pm
To: Charles Nichols <charlesnichols@pykrete.info><mailto:charlesnichols@pykrete.info>>

Charles,

Again, please call me "Jonathan."

I think that it would be premature to make the filing that you suggest. Judge Otero gets 120 days to rule after (1) receiving the R & R plus (2) any objections to the R & R and (3) any objections to the objections to the R & R. To my understanding, the 120-day clock hasn't even begun to run. Therefore, I decline to make the filing that you suggest, at this time.

Sincerely,

Jonathan

---

From: Charles Nichols [charlesnichols@pykrete.info<mailto:charlesnichols@pykrete.info>]
Sent: Thursday, April 03, 2014 7:49 PM
To: Jonathan M Eisenberg
Subject: Corrected pdf - Nichols v. Brown L.R. 89-2 Joint Request for Ruling

Attached is a corrected pdf. I had forgotten to type my name just below the signature line.

---

Mr. Eisenberg,

Attached is a pdf of a Joint Request for Ruling which we are required to file jointly pursuant to L.R. 89-2. Please let me know when you have electronically filed it. Also, L.R. 89-2 requires that a copy be sent to the Chief Judge as well.

The language is identical to that filed in the case of RAULINAITIS v. VENTURA COUNTY SHERIFFS DEPARTMENT CASE NO. CV 13-2605MAN Dkt. #24.

regards,

Charles Nichols
Nichols v. Brown
Case No.: CV-11-9916 SJO (SS)

A -2

CERTIFICATE OF SERVICE

On this, the 9th day of April, 2014, I caused to be served a copy of the foregoing **REQUEST FOR RULING ON SUBMITTED MATTER** by US Mail on:

Jonathan Michael Eisenberg
Office of the California Attorney General
Government Law Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
213-897-6505
213-897-1071 (fax)
jonathan.eisenberg@doj.ca.gov
LEAD ATTORNEY / ATTORNEY TO BE NOTICED representing Kamala D Harris (Defendant).

Executed this the 9th day of April, 2014 in Los Angeles County by:

Charles Nichols