1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLES NICHOLS,                     Case No. CV 11-9916 SJO (SS)

12              Plaintiff,

13        v.
                                                    **JUDGMENT**
14   KAMALA D. HARRIS, in her
     official capacity as Attorney
15   General of California,

16              Defendant.

17

18        Pursuant  to  the  Court's  Order  Accepting  Findings,

19   Conclusions  and  Recommendations  of  United  States  Magistrate

20   Judge,

21

22        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

23   dismissed with prejudice.

24                                        S. James Otero

25   DATED:  May 1, 2014.

26                                        _____
                                          S. JAMES OTERO
27                                        UNITED STATES DISTRICT JUDGE

28