```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA096419
Cashier ID: rscash
Transaction Date: 05/27/2014
Payer Name: CHARLES NICHOLS
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
  For: CHARLES NICHOLS
  Case/Party: D-CAC-2-11-CV-009916-001
  Amount:       $505.00
------------------------------------
CREDIT CARD
  Amt Tendered: $505.00
------------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```