**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California; et al.,<br><br>        Defendants - Appellees. | No. 13-56203<br><br>D.C. No. 2:11-cv-09916-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
6/10/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

On May 1, 2014, the district court entered a final order dismissing the underlying action. Consequently, this preliminary injunction appeal is dismissed as moot. *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders pending appeal from preliminary injunction moot).

Appellant's appeal from the district court's final judgment is proceeding in this court as appeal number 14-55873.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se