UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLES NICHOLS,

               Plaintiff - Appellant,

  v.

EDMUND G. BROWN, Jr., in his
official capacity as Governor of
California; et al.,

              Defendants - Appellees.

No. 13-56203

D.C. No. 2:11-cv-09916-SJO-SS
U.S. District Court for Central
California, Los Angeles

**MANDATE**



**RECEIVED**
CLERK, U.S. DISTRICT COURT

7/3/14

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MAT _____ DEPUTY

The judgment of this Court, entered June 10, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:
                        Molly C. Dwyer
                        Clerk of Court

                        Craig Westbrooke
                        Deputy Clerk

FILED

UNITED STATES COURT OF APPEALS

JUN 10 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHARLES NICHOLS,

            Plaintiff - Appellant,

    v.

EDMUND G. BROWN, Jr., in his official
capacity as Governor of California; et al.,

            Defendants - Appellees.

No. 13-56203

D.C. No. 2:11-cv-09916-SJO
Central District of California,
Los Angeles

ORDER

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

On May 1, 2014, the district court entered a final order dismissing the underlying action.  Consequently, this preliminary injunction appeal is dismissed as moot.  *See SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361 (9th Cir. 1982) (district court's entry of final judgment renders pending appeal from preliminary injunction moot).

Appellant's appeal from the district court's final judgment is proceeding in this court as appeal number 14-55873.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se