**FILED**

UNITED STATES COURT OF APPEALS

JAN 21 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California and KAMALA D. HARRIS, Attorney General, Attorney General in her official capacity as Attorney General of California,<br><br>　　　　Defendants - Appellees. | No. 14-55873<br><br>D.C. No. 2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

1/21/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

　　Appellant's motion to file sur-reply in opposition to appellee's motion to stay proceedings is granted.  Appellant's sur-reply and the previously submitted filings concerning the motion to stay proceedings have been considered.

　　Appellees' opposed motion to stay proceedings pending the court's ruling whether to grant the petition for en banc review in *Richards v. Prieto,* No. 11-16255 is granted.  Within 90 days after the date of this order or within 14 days after the court rules on the petition for en banc review in *Richards*, whichever occurs first, appellees shall file an appropriate motion addressing the status of this appeal and requesting a further stay or other relief.

Amt\/Pro Mo commish 20Jan2014

Appellant's motion to file an oversized opening brief is granted in part. Appellant may file an opening brief that does not exceed 18,000 words. The opening brief is due within 14 days after the stay granted in the preceding paragraph (or any subsequent stay) expires. Appellant's unopposed motion for an extension to file a shortened opening brief is granted.

The answering brief is due within 45 days after the stay expires. The optional reply brief is due within 14 days after service of the answering brief.

Amt\/Pro Mo commish 20Jan2014