FILED

JUL 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California and KAMALA D. HARRIS, Attorney General, Attorney General in her official capacity as Attorney General of California,<br><br>        Defendants-Appellees. | No. 14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Appellant's unopposed motion (docket entry 23) to further stay appellate proceedings pending disposition of the petitions for full court rehearing in *Peruta v. County of San Diego,* case no. 10-56971, and *Richards v. Prieto,* case no. 11-16255, is granted.

This case is stayed until November 17, 2016.. On or before the expiration of the stay, appellant shall file the opening brief or file a status report and an appropriate motion. If appellant files the opening brief, the answering brief is due December 19, 2016. The optional reply brief is due within 14 days after service of

14-55873

the answering brief.

The filing of the opening brief or failure to file a status report shall terminate the stay.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Lorela Bragado-Sevillena
> Deputy Clerk
> > Ninth Circuit Rule 27-7/Advisory Note
> > to Rule 27 and Ninth Circuit Rule 27-10

18JULY2016/LBS/ProMo