FILED

UNITED STATES COURT OF APPEALS

FEB 27 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| CHARLES NICHOLS, | No. 14-55873 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:11-cv-09916-SJO-SS |
| v. | Central District of California, Los Angeles |
| EDMUND G. BROWN, Jr., in his official capacity as Governor of California and XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California, | ORDER |
| Defendants-Appellees. | |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,[*] District Judge.

Submission of this case is vacated pending issuance of a decision in *Young v. State of Hawai'i*, No. 12-17808.

---

[*] The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.