UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 7 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>EDMUND G. BROWN, Jr., in his official capacity as Governor of California and XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California,<br><br>        Defendants-Appellees. | No.   14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  BERZON and BYBEE, Circuit Judges, and GLEASON,[*] District Judge.

     Submission of this case remains vacated pending issuance of the mandate in

*Young v. Hawai'i*, No. 12-17808.

---

     [*]    The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.