UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California,<br><br>      Defendants-Appellees. | No.  14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California, Los Angeles<br><br>ORDER |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,* District Judge.

Submission of this case remains vacated pending a decision by the Supreme Court on the petition for a writ of certiorari in *Young v. Hawai'i*, No. 20-1639.

---

    *    The Honorable Sharon L. Gleason, United States District Judge for the District of Alaska, sitting by designation.