| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 11 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHARLES NICHOLS,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California,<br><br>　　　　　Defendants-Appellees. | No.　14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California, Los Angeles<br><br>ORDER |

Before:  BERZON and BYBEE, Circuit Judges, and GLEASON,[*] District Judge.

　　　The parties are directed to file supplemental briefs addressing the impact of the Supreme Court's decision in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, No. 20-843 (June 23, 2022) on this case. The appellant's brief shall be filed no later than July 25, 2022. The appellees' brief shall be filed no later than August 8, 2022. The briefs shall not exceed twenty pages.

---

　　　[*]　　The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.