FILED

SEP 12 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES NICHOLS,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California,<br><br>    Defendants-Appellees. | No.   14-55873<br><br>D.C. No.<br>2:11-cv-09916-SJO-SS<br>Central District of California, Los Angeles<br><br>ORDER |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,[*] District Judge.

The district court's judgment is **VACATED**, and this case is **REMANDED** to the district court for further proceedings consistent with the United States Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. \_\_\_\_ (2022).

The parties shall bear their own attorney's fees, costs, and expenses. This order constitutes the mandate of this court.

**VACATED AND REMANDED.**

---

[*] The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.