# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Charles Nichols | CASE NUMBER |
| --- | --- |
|  | 2:11-cv-09916-SJO-SS |
| PLAINTIFF(S), |  |
| v. | NOTICE OF REASSIGNMENT OF CASE UPON RECEIPT OF MANDATE FROM THE NINTH CIRCUIT COURT OF APPEALS |
| Edmund G Brown Jr et al |  |
| DEFENDANT(S). |  |

To Counsel of Record:

WHEREAS the within case having been returned on a mandate from the Ninth Circuit Court of Appeals

☐ remanding,
☐ reversing and remanding, or
☐ reversing in part
☒ other  VACATED AND REMANDED

the decision of U.S. District Judge     S. James Otero     and said mandate requiring that judicial action now be taken,

YOU ARE HEREBY NOTIFIED that this case has been randomly reassigned to U.S. District Judge   Sunshine Suzanne Sykes   for all further proceedings.

The case number now reads:   2:11-cv-09916 SSS(SS)  . Please use this case number on all future filings.

Clerk, U.S. District Court

By  Martha Torres  213 894-3570       9/12/22
    Deputy Clerk

*cc:*  U.S. District Judge
       Magistrate Judge
       Operations Manager
       *Case Assignment Admin.*
       *ALL Counsel of Record*