# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NICHOLS <br><br> PLAINTIFF(S), <br><br> v. <br><br> EDMUND G BROWN, JR, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:11−cv−09916 SSS(SS) <br><br><br> **NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been reassigned to:

Hon. __Karen E. Scott__, Magistrate Judge for:

all proceedings in accordance with General Order 05−07

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: __2:11−cv−09916 SSS(KES)__. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

 September 23, 2022 
Date

By:  /s/ *Robert Nadres* 
Deputy Clerk