# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols,<br><br>PLAINTIFF(S)<br>v.<br>Edmund G Brown Jr., et al.<br><br>DEFENDANT(S) | CASE NUMBER<br>2:11-cv-09916-SSS (KES)<br><br>**ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff Charles Nichols is hereby:

[✓] **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: November 2, 2022

/s/ - Hon. Karen E. Scott
United States District/Magistrate Judge

[ ] **DENIED**
*Comments:*

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING