# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 2:11-cv-09916-SSS-KES | Date | December 21, 2022 |
|---|---|---|---|
| Title | *Charles Nichols v. Edmund G. Brown, Jr., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S ORDERS [Dkt. 192].**

The Court is in receipt of Plaintiff's objections to the Magistrate Judge Karen Scott's Order Requiring Parties to File Status Report [Dkt. 185], Order Regarding Further Proceedings [Dkt. 190], and Case Management and Scheduling Order [Dkt. 191]. [Dkt. 192].

Plaintiff objects to these Orders entered by the Magistrate Judge on the grounds that she lacks jurisdiction in this matter. He is mistaken. Per General Order No. 05-07 of this District, suits filed by pro se plaintiffs under 42 USC §1983 "shall be referred to the full-time Magistrate Judges." Here, Plaintiff is not represented by counsel and has brought Section 1983 claims. Therefore, this proceeding is properly before Judge Scott.

The Court further reminds Plaintiff that the Orders to which he objects pertain only to case management and scheduling, and that Judge Scott has not yet reached the merits of his claims. When an order ruling on the merits is issued, Plaintiff will have the opportunity to seek review by this Court. However, for the reasons set forth above, his current objections are **OVERRULED.**

**IT IS SO ORDERED.**