Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
Telephone: (424) 634-7381
E-mail: CharlesNichols@Pykrete.info
*In pro per*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**Gavin Newsom, in his official capacity as Governor of California, Rob Bonta, in his official Capacity as Attorney General of California,**<br><br>Defendants. | Case No.: 11-cv-09916-SSS(SS)<br><br>**PLAINTIFF'S RESPONSE TO DISCOVERY STATUS REPORT ORDER BY THE MAGISTRATE JUDGE [ECF 191, page 5, part 11]**<br><br>Date:             03/20/2023<br>Judge:           Sunshine Suzanne Sykes<br>Trial Date:<br>Action Filed: 11/30/2011 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Discovery is applicable in this case for the reasons already stated.

Dated:  March 20, 2023                              Submitted,

                                                    Charles Nichols

                                                    /s/   Charles Nichols
                                                    *In Pro Per*