ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
LARA HADDAD
Deputy Attorney General
State Bar No. 319630
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6250
  Fax: (916) 731-2124
  E-mail: Lara.Haddad@doj.ca.gov
*Attorneys for Defendants Gavin Newsom in his official capacity as Governor of California and Rob Bonta in his official capacity as Attorney General of California[1]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,** <br><br> Plaintiff, <br><br> v. <br><br> **EDMUND G. BROWN, Jr., in his official capacity as Governor of California, KAMALA D. HARRIS, Attorney General, in her official capacity as Attorney General of California, CITY OF REDONDO BEACH, CITY OF REDONDO BEACH POLICE DEPARTMENT, CITY OF REDONDO BEACH POLICE CHIEF JOSEPH LEONARDI and DOES 1 to 10,** <br><br> Defendants. | 11-cv-09916-SJO-SS <br><br> **ATTORNEY GENERAL'S DISCOVERY STATUS REPORT** <br><br> Date: March 20, 2023 <br> Magistrate Judge: The Honorable Karen E. Scott <br><br> Action Filed: Nov. 30, 2011 |

---

[1] Each defendant currently holds the position of the former respective named defendants. *See* Fed. R. Civ. P. 25(d).

1

Pursuant to this Court's order that the parties each file discovery status reports, ECF 191 at 5, ¶ 11, the Attorney General provides the following update.[2] The Attorney General's discovery and case preparation are continuing. Accordingly, the below-descriptions are only of the current stage in that preparation; the Attorney General may identify and use additional discovery procedures.

## I. STATEMENT OF PRINCIPAL ISSUES RAISED BY THE CASE

The issues on remand were clarified by this Court on December 7, 2022 (ECF 190 at 5). That is, this Court identified that only "Plaintiff's Second Amendment argument and Licensing Equal Protection argument" are before it, "because the district court's prior ruling on those two arguments relied on pre-Bruen Second Amendment jurisprudence." ECF 190 at 5. Accordingly, the issues currently before this Court are: whether California Penal Code sections 2580, 26350, and 26400 violate the Second Amendment; and whether California Penal Code sections 26150 and 26155 violate the Fourteenth Amendment's Equal Protection Clause, because they restrict open carry licenses to counties with populations of less than 200,000 people.

Though Plaintiff has raised a variety of challenges to numerous California Penal Code sections, as this Court noted (ECF 190 at 1), the Attorney General maintains that the scope of the mandate is limited to the issues identified by the Court above. In addition, on remand, Plaintiff should not be permitted to contend that other sections of the Penal Code not listed above violate the Second Amendment, because doing so is outside the mandate's scope.

## II. SUMMARY OF WHAT DISCOVERY HAS OCCURRED; ANTICIPATED SCHEDULE FOR COMPLETING FUTURE DISCOVERY

Prior to the parties' dispositive motions filed in this case in 2013, the Attorney General conducted a deposition of Plaintiff. The Attorney General has not

---

[2] The Court has previously noted that Governor Gavin Newsom is not a defendant for the current proceedings before this Court. ECF 190 at 6.

previously served interrogatories or admission requests in this matter, but intends to do so the week of March 20, 2023.

In addition, the Attorney General will disclose experts in the initial expert disclosures due on May 31, 2023. Following Plaintiff's responses to the Attorney General's written discovery, the Attorney General may seek to take a short, supplemental deposition of Plaintiff concerning non-duplicative topics. In this event, if the parties cannot reach a stipulation for the deposition, we will seek leave pursuant to the Federal Rules of Civil Procedure.

### III. CONTEMPLATED MOTIONS AND ANTICIPATED FILING DATES

At this time, the Attorney General intends to file a motion for summary judgment by the deadline set by this Court (October 13, 2023). ECF 191 at 2. If additional time is required, we will seek leave.

If there is a need to file any motion to compel discovery, we will do so by the deadline set by this Court (August 31, 2023). ECF 191 at 2.

### IV. STATUS OF SETTLEMENT NEGOTIATIONS

There are currently no settlement negotiations that have occurred or are anticipated to occur.

### V. WILLINGNESS TO ATTEND SETTLEMENT CONFERENCE

The Attorney General is not opposed to participating in any settlement conference with Plaintiff. However, because Plaintiff brings constitutional challenges to multiple sections of the California Penal Code, it is unlikely that settlement discussions will resolve this case.

### VI. OTHER SUGGESTIONS

At this time, the Attorney General has no additional suggestions regarding management of this action.

| | | |
|---|---|---|
| 1 | Dated:  March 20, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | *s/ Lara Haddad*<br>LARA HADDAD<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants Gavin Newsom in his official capacity as Governor of California and Rob Bonta in his official capacity as Attorney General of California* |

4

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Charles Nichols v. Edmund G. Brown Jr** | No. | **11-cv-09916-SJO-SS** |

I hereby certify that on <u>March 20, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## ATTORNEY GENERAL'S DISCOVERY STATUS REPORT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>March 20, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Michael W. Webb, Esq.  
City Prosecutor  
Office of the City Attorney - Redondo Beach  
401 Diamond Street  
Redondo Beach, CA  90277

Charles Nichols  
P.O. Box 1302  
Redondo Beach, CA  90278

*Plaintiff, In Pro Per*  
*To be served by regular mail*

*By electronic service*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 20, 2023</u>, at Los Angeles, California.

| Lara Haddad | *s/ Lara Haddad* |
|---|---|
| Declarant | Signature |

SA2012104470  
65821907.docx