**FILED**

**JUL 20 2023**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| CHARLES NICHOLS, | No. 14-55873 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:11-cv-09916-SJO-SS |
| v. | Central District of California, Los Angeles |
| GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, Attorney General in his official capacity as Attorney General of California, | ORDER |
| Defendants-Appellees. | |

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,[*] District Judge.

Charles Nichols's motion for an extension of time in which to file a petition for rehearing and rehearing en banc, filed September 14, 2022, is hereby GRANTED. The petition for rehearing shall be filed with the court on or before August 18, 2023.

**GRANTED.**

---

[*] The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.