# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:11-cv-09916-SSS-KES                              Date: July 25, 2023

Title: CHARLES NICHOLS v. EDMUND G. BROWN, JR., et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**      **Order STAYING Case Due to Ninth Circuit Order (Dkt. 196)**

On September 12, 2022, the Ninth Circuit reversed this Court's dismissal of Plaintiff's claims and remanded "for further proceedings consistent with the United States Supreme Court's decision in <u>New York State Rfile & Pistol Association, Inc. v. Bruen</u>, 597 U.S. __ (2022)." (Dkt. 180.) On September 14, 2022, Plaintiff moved the Ninth Circuit to recall the mandate and extend his deadline to petition for rehearing en banc. <u>Nichols v. Newsom</u>, No. 14-55873 (9th Cir.), Dkt. 143. The Ninth Circuit did not immediately rule on that motion.

In December 2022, after reviewing briefing from the parties about appropriate next steps, this Court entered a Case Management and Scheduling Order setting deadlines for completing discovery and filing substantive motions. (Dkt. 191.)

On July 20, 2023, the Ninth Circuit granted Plaintiff's motion for extension of time and directed him to file any petition for rehearing and rehearing en banc by August 18, 2023. (Dkt. 196.)

IT IS HEREBY ORDERED that this case is STAYED until the Ninth Circuit rules on Plaintiff's petition for rehearing and rehearing en banc. If Plaintiff does not file such a petition in the Ninth Circuit before the deadline, he may notify this Court and move to lift the stay.

                                                                                Initials of Deputy Clerk <u>jd</u>