| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | SEP 22 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHARLES NICHOLS,

        Plaintiff-Appellant,

 v.

GAVIN NEWSOM, in his official capacity as Governor of California; ROB BONTA, in his official capacity as Attorney General of California,*

        Defendants-Appellees.

No.  14-55873

D.C. No. 2:11-cv-09916-SJO-SS
Central District of California, Los Angeles

ORDER

Before: BERZON and BYBEE, Circuit Judges, and GLEASON,** District Judge.

    Appellant's motion to stay the mandate is DENIED.

---

    \*    Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Rob Bonta is substituted for his predecessor, Xavier Becerra, as Attorney General of California.

    \*\*    The Honorable Sharon L. Gleason, Chief United States District Judge for the District of Alaska, sitting by designation.