UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES NICHOLS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California and ROB BONTA, Attorney General in his official capacity as Attorney General of California,<br><br>        Defendants - Appellees. | No. 14-55873<br><br>D.C. No. 2:11-cv-09916-SJO-SS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered September 12, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:

                                            MOLLY C. DWYER<br>
                                            CLERK OF COURT