UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:11-cv-09916-SSS-KES                                Date: October 5, 2023

Title: CHARLES NICHOLS v. EDMUND G. BROWN, JR., et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**      Order EXTENDING Stay (Dkt. 197)

On September 12, 2022, the Ninth Circuit reversed this Court's dismissal of Plaintiff's claims and remanded "for further proceedings consistent with the United States Supreme Court's decision in New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. __ (2022)." (Dkt. 180.) On September 14, 2022, Plaintiff moved the Ninth Circuit to recall the mandate and extend his deadline to petition for rehearing en banc. Nichols v. Newsom, No. 14-55873 (9th Cir.), Dkt. 143. The Ninth Circuit did not immediately rule on that motion.

On December 9, 2022, this Court entered a Case Management and Scheduling Order setting the following deadlines (Dkt. 191):

| | |
|---|---|
| File Discovery Status Reports | March 20, 2023 |
| Last Day to Serve Opposing Parties with Interrogatories, Requests for Admission, Requests for Production of Documents and Things, and Deposition Notices | May 12, 2023 |
| Serve Initial Expert Disclosures | May 31, 2023 |
| Serve Rebuttal Expert Disclosures | June 30, 2023 |
| Serve Sur-Rebuttal Expert Reports | July 31, 2023 |
| Complete Fact and Expert Discovery and File Related Discovery Motions | August 31, 2023 |
| Last Day to File Substantive Motions (such as Motions for Summary Judgment) | October 13, 2023 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:11-cv-09916-SSS-KES　　　　　　　　　　　　　　　　　Date: October 5, 2023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

On March 20, 2023, both parties filed status reports about the progress of discovery. Plaintiff did not plan to seek any discovery from Defendants. (Dkt. 194.) Defendants planned to serve written discovery requests the week of March 20, 2023; serve initial expert disclosures on May 31, 2023; and perhaps "take a short, supplemental deposition of Plaintiff…." (Dkt. 195 at 3.) Defendants also intended to move for summary judgment. (Id.)

On July 20, 2023, the Ninth Circuit granted Plaintiff's motion and extended his time to petition for rehearing and rehearing en banc. Nichols, No. 14-55873, Dkt. 147. Accordingly, on July 25, 2023, this Court stayed this case while the Ninth Circuit considered that petition. (Dkt. 197.) The Ninth Circuit has now denied the petition and issued its final mandate. (Dkt. 198, 199.)

In Plaintiff's Ninth Circuit filings, he states his intention to file a petition for writ of certiorari to the U.S. Supreme Court. Nichols v. Newsom, No. 14-55873 (9th Cir.), Dkt. 153. Based on publicly available filings, it appears that on September 22, 2023, Plaintiff filed an application with the U.S. Supreme Court asking to extend the time to file a certiorari petition until February 16, 2024, and that Supreme Court has not yet ruled on that application.[1]

IT IS HEREBY ORDERED that:

1. In the interest of judicial economy, the Court EXTENDS THE STAY on this action until proceedings in the U.S. Supreme Court conclude.

2. If any party believes that the stay should be lifted because those proceedings have concluded, they may file a motion in this Court asking to lift it.

3. The deadlines set forth in the December 9, 2022 Case Management and Scheduling Order (Dkt. 191) are VACATED.

4. After the Court lifts the stay, it will set new case management deadlines and solicit input from the parties about whether additional time is needed to complete discovery before summary judgment motion(s) can be filed.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk JD

---

[1] U.S. Supreme Court Docket Search, https://www.supremecourt.gov/docket/docket.aspx (case no. 23A274).