# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:11-cv-09916-SSS-KES                                            Date: January 11, 2024

Title: CHARLES NICHOLS v. EDMUND G. BROWN, JR., et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Maria Barr for Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     Order LIFTING Stay and Setting New Case Management Deadlines

   In September 2022, the Ninth Circuit reversed this Court's dismissal of Plaintiff's claims and remanded for further proceedings consistent with the United States Supreme Court's decision in <u>New York State Rifle & Pistol Association, Inc. v. Bruen</u>, 597 U.S. 1 (2022). (Dkt. 180.)

   On December 9, 2022, this Court entered a Case Management and Scheduling Order setting deadlines for completing discovery and filing substantive motions (such as motions for summary judgment). (Dkt. 191.) However, beginning on July 25, 2023, this action was stayed while Plaintiff sought rehearing in the Ninth Circuit and certiorari review from the U.S. Supreme Court. (Dkt. 197, 200.) On January 8, 2024, the Supreme Court denied Plaintiff's certiorari petition. <u>Nichols v. Newsom</u>, No. 23-526, -- S.Ct. --, 2024 U.S. LEXIS 124, 2024 WL 72036 (Jan. 8, 2024).

   IT IS THEREFORE ORDERED that the stay of this action is **lifted**. In light of the five-month stay of these proceedings, the deadline to complete discovery is hereby extended by five months from today's date, and all other deadlines are extended accordingly (as set forth below). All other provisions of the December 9, 2022 Case Management and Scheduling Order remain in effect.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:11-cv-09916-SSS-KES                                                              Date: January 11, 2024

                                                                                                                               Page 2

| | |
|---|---|
| Last Day to Serve Opposing Parties with Interrogatories, Requests for Admission, Requests for Production of Documents and Things, and Deposition Notices | February 21, 2024 |
| Serve Initial Expert Disclosures | March 11, 2024 |
| Serve Rebuttal Expert Disclosures | April 11, 2024 |
| Serve Sur-Rebuttal Expert Reports | May 10, 2024 |
| Complete Fact and Expert Discovery and File Related Discovery Motions | June 11, 2024 |
| Last Day to File Substantive Motions (such as Motions for Summary Judgment) | July 24, 2024 |

                                                                       Initials of Deputy Clerk mba