ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
State Bar No. 320802
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3793
  Fax:  (415) 703-5480
  E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>                Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                Defendant. | 2:11-cv-09916-SSS-KES<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         September 17, 2024<br>Time:        10:00 a.m.<br>Courtroom:  6D<br>Judge:       The Honorable Sunshine S. Sykes<br>Magistrate Judge: The Honorable Karen E. Scott<br>Trial Date:  None set<br>Action Filed: November 30, 2011 |

      PLEASE TAKE NOTICE that on September 17, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6D on the 6th floor of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, CA 92701, Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, will move this Court for summary judgment under Federal Rule of Civil Procedure 56(a).  Defendant brings this motion on the

following grounds:

- applying the two-step test in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), California's restrictions on the unlicensed, open carriage of loaded and unloaded firearms in public, as set forth in Penal Code sections 25850, 26350, and 26400, are constitutionally sound under the Second Amendment to the United States Constitution; and
- California's restrictions of open-carry licenses to counties with populations of less than 200,000 people, as set forth in Penal Code sections 26150(b)(2) and 26155(b)(2), do not violate the Fourteenth Amendment's Equal Protection Clause.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities and Appendix of Relevant Historical Laws; and the concurrently filed Declaration of Iram Hasan in Support of Defendant's Motion for Summary Judgment and exhibits, Separate Statement of Uncontroverted Facts and Conclusions of Law, and Request for Judicial Notice and exhibits; the pleadings and papers on file in this action; and oral and documentary evidence that may be offered at the time of the hearing on the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 12, 2024.  Pursuant to Section VII.A. of the Honorable Sunshine Sykes's Civil Standing Order, Defendant reports the following: (1) counsel for Defendant and pro se Plaintiff Charles Nichols were present at the conference; (2) the conference was held on July 12, 2024; (3) the conference lasted for 50 minutes; (4) the conference was held by telephone; (5) the following issues were discussed:  Defendant's position regarding Plaintiff's Second Amendment and Fourteenth Amendment Equal Protection Clause claims, Plaintiff's position on these claims and the Ninth Circuit's mandate, and Plaintiff's position on the history of the case and this Court's previous rulings, among other issues; and (6) the parties were unable to resolve any of these issues.

```
 1  Dated:  July 24, 2024              Respectfully submitted,
 2                                     ROB BONTA
                                       Attorney General of California
 3                                     R. MATTHEW WISE
                                       Supervising Deputy Attorney General
 4
 5                                     /s/ Iram Hasan
 6                                     IRAM HASAN
                                       Deputy Attorney General
 7                                     Attorneys for Defendant Rob Bonta,
                                       in his official capacity as Attorney
 8                                     General
    SA2012104470
 9  44209145.docx
10
...
28
```

## CERTIFICATE OF SERVICE

Case Name:  *Nichols, Charles v. Rob Bonta*     No.  **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>July 24, 2024</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |