Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Iram Hasan
Deputy Attorney General
State Bar No. 320802
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3793
 Fax:  (415) 703-5480
 E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:11-cv-09916-SSS-KES<br><br>**DECLARATION OF IRAM HASAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  September 17, 2024<br>Time:  10:00 a.m.<br>Courtroom:  6D<br>Judge:  The Honorable Sunshine S. Sykes<br>Magistrate Judge: The Honorable Karen E. Scott<br>Trial Date:  None set<br>Action Filed: November 30, 2011 |

I, Iram Hasan, declare:

1. I am an attorney admitted to practice before the courts of the State of California and this Court.  I am employed by the California Department of Justice and am counsel of record in this matter for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California.  The facts in this declaration are true to the best of my knowledge, and I am competent to testify to them.

2. Attached as Exhibit 1 is a true and accurate copy of portions of a sworn

Case 2:11-cv-09916-SSS-KES   Document 207   Filed 07/24/24   Page 2 of 3   Page ID #:2900

deposition of Plaintiff Charles Nichols, taken by former Deputy Attorney General Jonathan Eisenberg, on October 18, 2013.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report and Declaration of Robert J. Spitzer, dated May 31, 2023.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report and Declaration of Brennan Rivas, dated May 31, 2023.

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report and Declaration of Former Covina Chief of Police Kim Raney, dated May 31, 2023.

6. Attached as Exhibit 5 is a true and correct copy of an excerpt from Blackstone, *Commentaries on the Laws of England* (1765).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 24, 2024, in Menlo Park, California.

*/s/ Iram Hasan*
Iram Hasan
Deputy Attorney General

SA2012104470
44209240.docx

2

## CERTIFICATE OF SERVICE

Case Name: <u>*Nichols, Charles v. Rob Bonta*</u>   No. <u>**2:11-cv-09916-SSS-KES**</u>

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF IRAM HASAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (with Exhibits 1-5)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>July 24, 2024</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |