# EXHIBIT 5

**Exhibit 5**
**Hasan Decl._448**

# COMMENTARIES
## ON THE
# LAWS
## OF
# ENGLAND.

### BOOK THE FIRST.

BY
WILLIAM BLACKSTONE, Esq.
VINERIAN PROFESSOR OF LAW,
AND
SOLICITOR GENERAL TO HER MAJESTY.

OXFORD,
PRINTED AT THE CLARENDON PRESS.
M. DCC. LXV.

Exhibit 5
Hasan Decl._449

TO

THE QUEEN'S MOST EXCELLENT MAJESTY,

THE FOLLOWING VIEW

OF THE LAWS AND CONSTITUTION

OF ENGLAND,

THE IMPROVEMENT AND PROTECTION OF WHICH

HAVE DISTINGUISHED THE REIGN

OF HER MAJESTY'S ROYAL CONSORT,

IS,

WITH ALL GRATITUDE AND HUMILITY,

MOST RESPECTFULLY INSCRIBED

BY HER DUTIFUL

AND MOST OBEDIENT

SERVANT,

WILLIAM BLACKSTONE.

Exhibit 5
Hasan Decl._450

# ERRATA.

Page 138, line 15: *for* no *read* an
Page 147, (*notes*) col. 2. *after* 1 Sid. 1. *add* See Stat. 13 Car. II. c. 7.
Page 224, line 14: *after* fit *add* at
Page 376, line 6: *for* predial *read* rectorial

**Exhibit 5**
**Hasan Decl._451**

# CONTENTS.

## INTRODUCTION.

SECT. I.
On the STUDY of the LAW.   Page 3.

SECT. II.
Of the NATURE of LAWS in general.   38.

SECT. III.
Of the LAWS of ENGLAND.   63.

SECT. IV.
Of the COUNTRIES subject to the LAWS of ENGLAND.   93.

## BOOK I.
## Of the RIGHTS of PERSONS.

CHAP. I.
Of the absolute RIGHTS of INDIVIDUALS.   117.

CHAP.

Exhibit 5
Hasan Decl._452

# CONTENTS.

CHAP. II.
*Of the* PARLIAMENT.   142.

CHAP. III.
*Of the* KING, *and his* TITLE.   183.

CHAP. IV.
*Of the* KING'S *royal* FAMILY.   212.

CHAP. V.
*Of the* COUNCILS *belonging to the* KING.   220.

CHAP. VI.
*Of the* KING'S DUTIES.   226.

CHAP. VII.
*Of the* KING'S PREROGATIVE.   230.

CHAP. VIII.
*Of the* KING'S REVENUE.   271.

CHAP. IX.
*Of subordinate* MAGISTRATES.   327.

CHAP. X.
*Of the* PEOPLE, *whether* ALIENS, DENIZENS, *or* NATIVES.   354.

CHAP.

Exhibit 5
Hasan Decl._453

# CONTENTS.

Chap. XI.
*Of the* Clergy. 364.

Chap. XII.
*Of the* Civil State. 384.

Chap. XIII.
*Of the* Military *and* Maritime States. 395.

Chap. XIV.
*Of* Master *and* Servant. 410.

Chap. XV.
*Of* Husband *and* Wife. 421.

Chap. XVI.
*Of* Parent *and* Child. 434.

Chap. XVII.
*Of* Guardian *and* Ward. 448.

Chap. XVIII.
*Of* Corporations. 455.

Exhibit 5
Hasan Decl._454

# COMMENTARIES

## ON THE

## LAWS OF ENGLAND.

**Exhibit 5**
**Hasan Decl._455**

redrefs of grievances. In Ruffia we are told [w] that the czar Peter eftablifhed a law, that no fubject might petition the throne, till he had firft petitioned two different minifters of ftate. In cafe he obtained juftice from neither, he might then prefent a third petition to the prince; but upon pain of death, if found to be in the wrong. The confequence of which was, that no one dared to offer fuch third petition; and grievances feldom falling under the notice of the fovereign, he had little opportunity to redrefs them. The reftrictions, for fome there are, which are laid upon petitioning in England, are of a nature extremely different; and while they promote the fpirit of peace, they are no check upon that of liberty. Care only muft be taken, left, under the pretence of petitioning, the fubject be guilty of any riot or tumult; as happened in the opening of the memorable parliament in 1640: and, to prevent this, it is provided by the ftatute 13 Car. II. ft. 1. c. 5. that no petition to the king, or either houfe of parliament, for any alterations in church or ftate, fhall be figned by above twenty perfons, unlefs the matter thereof be approved by three juftices of the peace or the major part of the grand jury, in the country; and in London by the lord mayor, aldermen, and common council; nor fhall any petition be prefented by more than two perfons at a time. But under thefe regulations, it is declared by the ftatute 1 W. & M. ft. 2. c. 2. that the fubject hath a right to petition; and that all commitments and profecutions for fuch petitioning are illegal.

5. THE fifth and laft auxiliary right of the fubject, that I fhall at prefent mention, is that of having arms for their defence, fuitable to their condition and degree, and fuch as are allowed by law. Which is alfo declared by the fame ftatute 1 W. & M. ft. 2. c. 2. and is indeed a public allowance, under due reftrictions, of the natural right of refiftance and felf-prefervation, when the fanctions of fociety and laws are found infufficient to reftrain the violence of oppreffion.

[w] Montefq. Sp. L. 12. 26.

Exhibit 5
Hasan Decl._456