1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  IRAM HASAN
   Deputy Attorney General
4  State Bar No. 320802
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3793
6    Fax:  (415) 703-5480
     E-mail:  Iram.Hasan@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his*
   *official capacity as California Attorney General*
8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11

12

| | |
|---|---|
| 13 **CHARLES NICHOLS,** | 2:11-cv-09916-SSS-KES |
| 14  Plaintiff, | **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| 15  **v.** | |
| 16 | |
| 17 **ROB BONTA, in his official capacity as Attorney General of California,** | Date:          September 17, 2024<br>Time:          10:00 a.m.<br>Courtroom:  6D |
| 18  Defendant. | Judge:        The Honorable Sunshine S. Sykes |
| 19 | Magistrate Judge: The Honorable Karen E. Scott |
| 20 | Trial Date:    None Set<br>Action Filed:  November 30, 2011 |
| 21 | |

22      Pursuant to Federal Rule of Evidence 201, Defendant Attorney General Rob

23  Bonta respectfully requests that this Court take judicial notice of the following

24  documents in support of Defendant's motion for summary judgment:

25      1.   **Exhibit 1** (RJN_007-010): 1686, New Jersey, Grants, Concessions, and

26  Original Constitutions of The Province of New Jersey 289–90 (1881).

27      2.   **Exhibit 2** (RJN_011-012): 1694, Massachusetts, 1694 Mass. Laws 12,

28  no. 6, An Act for Punishing of Criminal Offenders.  The attached exhibit is a

                                        1

1  printout from the Duke Center for Firearms Law, and is also available at

2  https://firearmslaw.duke.edu/laws/1694-mass-laws-12-no-6-an-act-for-the-

3  punishing-of-criminal-offenders/.

4      3.    **Exhibit 3** (RJN_013-017): 1750, Massachusetts, 1750 Mass. Acts 544,

5  ch. 17, § 1.

6      4.    **Exhibit 4** (RJN_018-023): 1771, New Hampshire, Acts and Laws of His

7  Majesty's Province of New-Hampshire 9–10 (1771), ch. 6, § 2.

8      5.    **Exhibit 5** (RJN_024-025): 1786, Virginia, 1786 Va. Laws 33, ch. 21, An

9  Act forbidding and punishing Affrays, chap. 17, § 1.

10     6.    **Exhibit 6** (RJN_026-028): 1786, Massachusetts, 1786 Mass. Acts 87, ch.

11  38.

12     7.    **Exhibit 7** (RJN_029-032): 1792, Virginia, Collection of All Such Acts of

13  the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in

14  Force 187 (1803), ch. 103, §§ 8–9.[1]

15     8.    **Exhibit 8** (RJN_033-037): 1801, Tennessee, 1801 Tenn. Laws 259–60,

16  ch. 22, § 6.

17     9.    **Exhibit 9** (RJN_038-041): 1820, Indiana, 1820 Ind. Acts 39, ch. 23, § 1.

18     10.   **Exhibit 10** (RJN_042-049): 1821, Maine, Revised Statutes of the State of

19  Maine 709 (1840), tit. 12, ch. 169, § 16.

20     11.   **Exhibit 11** (RJN_050-051): 1821, Tennessee, Robert Looney Caruthers,

21  A Compilation of the Statutes of Tennessee, of a General and Permanent Nature,

22  from the Commencement of the Government to the Present Time: With References

23

24  _____

        [1] As Defendant noted in the appendix, such status-based laws, which would
25  be unconstitutional today, are based on odious views and stereotypes, but excluding
    them from consideration would distort the historical record.  Jacob D. Charles, *On
26  Sordid Sources in Second Amendment Litigation*, Stan. L. Rev. Online, 30, 37
    (2023); *see also id.* at 31 ("Without a full picture of past laws—the prosaic and
27  prejudiced alike—courts risk impermissibly narrowing the range of legislative
    options the ratifiers understood to be consistent with the right to keep and bear
28  arms.").

to Judicial Decisions, in Notes, to Which is Appended a New Collection of Forms
Page 100, Image 105 (1836).

12.    **Exhibit 12** (RJN_052-054): 1835, Massachusetts, Theron Metcalf
(Editor), Revised Statutes of the Commonwealth of Massachusetts Passed
November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an
Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in
February 1836, 750 (1836) ch. 134, § 16.

13.    **Exhibit 13** (RJN_055-060): 1837, Mississippi, 1837 Miss. Laws 290–92,
§ 6.

14.    **Exhibit 14** (RJN_061-065): 1837, Mississippi—Town of Sharon, 1837
Miss. Laws 294, § 5.

15.    **Exhibit 15** (RJN_066-072): 1839, Mississippi—Town of Emery, 1839
Miss. Laws 385–86, ch. 168, § 5.

16.    **Exhibit 16** (RJN_073-076): 1840, Mississippi—Town of Hernando,
1840 Miss. Laws 180–81, ch. 111, § 5.

17.    **Exhibit 17** (RJN_077-083): 1847, Maine, The Revised Statutes of the
State of Maine, Passed October 22, 1840, 709 (1847), tit. 12, ch. 169, § 16.

18.    **Exhibit 18** (RJN_084-086): 1852, Hawaii, 1852 Haw. Sess. Laws 19,
§ 1.

19.    **Exhibit 19** (RJN_087-089): 1854, Washington [Territory], 1854 Wash.
Sess. Law 80, ch. 2, § 30.

20.    **Exhibit 20** (RJN_090-093): 1855, California, William H. R. Wood
(Editor), Digest of the Laws of California: Containing All Laws of a General
Character Which were in Force on the First Day of January, 1858, 334 (1861), art.
1904.

21.    **Exhibit 21** (RJN_094-096): 1858, District of Columbia, 1 William B.
Webb, The Laws of the Corporation of Washington Digested and Arranged under

Appropriate in Accordance with a Joint Resolution of the City 418 (1868), Act of Nov. 18, 1858.

22. **Exhibit 22** (RJN_097-099): 1859, Washington [Territory], 1859 Wash. Sess. Laws 109, ch. 2, § 30.

23. **Exhibit 23** (RJN_100-101): 1867, Arizona, An Act to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the territory. § 1.

24. **Exhibit 24** (RJN_102-105): 1868, Alabama, Wade Keyes & Fern Wood (Editors), Code of Alabama 883 (1876), ch. 3, § 4111.

25. **Exhibit 25** (RJN_106-109): 1868, Florida, James F McClellan (Editor), A Digest of the Laws of the State of Florida: From the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One, Inclusive 403 (1881), § 13.

26. **Exhibit 26** (RJN_110-111): 1868, Kansas, The General Statutes of the State of Kansas, to Which the Constitutions of the United State of Kansas, Together with the Organic Act of the Territory of Kansas, the Treaty Ceding the Territory of Louisiana to the United States, and the Act Admitting Kansas into the Union are Prefixed Page 378, Image 387 (1868), Crimes and Punishments, § 282.

27. **Exhibit 27** (RJN_112-115): 1849, California—City of San Francisco, 1849 Cal. Stat. 245, div. 11, § 127.

28. **Exhibit 28** (RJN_116-120): 1850, California, S. Garfielde (Editor), Compiled Laws of the State of California: Containing All the Acts of the Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850–51–52–53, 663–64 (1853), ch. 125, div. 11, § 127.

29. **Exhibit 29** (RJN_121-123):  1864, California, Theodore H. Hittell (Editor), The General Laws of the State of California, from 1850 to 1864, Inclusive 261 (1872), § 1585 [§ 1].

30.  **Exhibit 30** (RJN_124-125):  1878, California—Los Angeles, Ordinances of the City of Los Angeles, § 36, William M. Caswell, Revised Charter and Compiled Ordinances and Resolutions of the City of Los Angeles 85 (1878).  The attached exhibit is a printout from the Duke Center for Firearms Law, and is also available at https://firearmslaw.duke.edu/laws/william-m-caswell-revised-charter-and-compiled-ordinances-and-resolutions-of-the-city-of-los-angeles-page-85-image-83-1878-available-at-the-making-of-modern-law-primary-sources/.

31.  **Exhibit 31** (RJN_126-128): 1818, Missouri [Territory], Henry S. Geyer (Editor), *A Digest of the Laws of Missouri Territory* 374 (1818) § 3 [Slaves].

32.  **Exhibit 32** (RJN_129-131): 1871, Missouri—City of St. Louis, Everett W. Pattinson (Editor), *Revised Ordinance of the City of St. Louis* 491 (1871), art. 2, § 9.

33.  **Exhibit 33** (RJN_132-137): 1867, Alabama, 1866–1867 Ala. Laws 260 & 263, ch. 2, § 2(10).

34.  **Exhibit 34**:  Defendant's Appendix: Survey of Relevant Statutes (Pre-Founding—1930s), accompanied by a Compendium of Historical Laws, Volumes 1 through 7, containing the text of the cited statutes.

## ARGUMENT

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).  A court shall take judicial notice if requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(d).

## I.    HISTORICAL LAWS

**Exhibits 1-33** are historical laws enacted throughout the United States, by states, territories, cities, towns, and other government entities.  "A trial court may presume that public records are authentic and trustworthy."  *Gilbrook v. City of*

Westminster, 177 F.3d 839, 858 (9th Cir. 1999).  The accuracy of these public records consisting of enacted legislation cannot reasonably be questioned, and judicial notice of these records is therefore appropriate.  Fed. R. Evid. 201(b).

## II.    APPENDIX: SURVEY OF LAWS

**Exhibit 34** is an appendix surveying a number of laws from the pre-founding era to the 1930s.  In the appendix, Defendant has listed the title and citation for each law, along with additional descriptive information.  And attached to the appendix are volumes of historical laws containing the text of each law.  The citations for each of the laws cannot reasonably be questioned.  *See Zephyr v. Saxon Mortg. Services, Inc.*, 873 F. Supp. 2d 1223, 1226 (E.D. Cal. 2012) (taking judicial notice of the legislative history of a statute); *see also In re Google Location Hist. Litig.*, 428 F. Supp. 3d 185, 189 (N.D. Cal. 2019) (taking judicial notice of an exhibit in the public realm).  Accordingly, Defendant requests judicial notice of the citations to each law listed herein.

Dated:  July 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Iram Hasan*

IRAM HASAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta,
in his official capacity as California
Attorney General*

SA2012104470
44238849.docx

# CERTIFICATE OF SERVICE

Case Name:   ***Nichols, Charles v. Rob Bonta***     No.   **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (with Exhibits 1-34 and Compendium of Historical Laws Volumes 1-7 to Exhibit 34)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>July 24, 2024</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |