EXHIBIT 1

**Exhibit 1**
**RJN_007**

# GRANTS, CONCESSIONS,

AND

## ORIGINAL CONSTITUTIONS

OF THE PROVINCE OF

# NEW JERSEY

THE

# ACTS

Passed during the Proprietary Governments, and other
material Transactions before the Surrender
thereof to Queen Anne.

The Instrument of Surrender, and her formal Accept-
ance thereof

Lord CORNBURY's COMMISSION and Instructions Conse-
quent thereon.

Collected by some Gentlemen employed by the General Assembly.
And afterwards

Published by virtue of an Act of the Legislature of the said Province

With proper Tables alphabetically Digested, containing the prin-
cipal Matters in the Book.

New Jersey (Colony)

By AARON LEAMING and JACOB SPICER.

PHILADELPHIA

Exhibit 1

RJN_008

## Laws passed in 1686.    289

ny persons as they shall think fit, not exceeding seven, to make orders from time to time, such as may be suitable and beneficial for every town, village, hamlet, or neighbourhood, for preventing all harms by swine, in town, meadows, pastures and gardens, in any respect, and to impose penalties according to their best discretions.

### Chap. VIII.

## An Act appointing some new Commissioners of the Highways.

WHEREAS there was an act made in the year 1682, for the county of Monmouth, to enable Col. Lewis Morris, John Bound, and Joseph Parker, to lay out highways, passages, ferry's, and making bridges and such like; there being three of those persons disenabled for the true performance of the said services, *be it therefore enacted* by the Governor, Council and Deputies now met and assembled, and by the authority of the same, that John Frogmerton, John Slocame, and Nicholas Brown, in the stead and room of Col. Lewis Morris, John Bound, and Joseph Parker, be made capable and hereby invested with the same power to all intents and purposes in the said premises, as the aforesaid Col. Lewis Morris, John Bound, and Joseph Parker, were by the said acts.

### Chap. IX.

## An Act against wearing Swords, &c.

WHEREAS there hath been great complaint by the inhabitants of this Province, that several persons wearing swords, daggers, pistols, dirks, stilladoes, skeines, or any other unusual or unlawful weapons, by reason of which several persons in this Province, receive great abuses, and put in great fear and quarrels, and challenges made, to the great abuse of the inhabitants of this Province. *Be it therefore enacted* by the Governor, and Council, and Deputies now met in General Assembly, and by authority of the same, that no person or persons within this Province, presume to send any challenge in writing, by word of mouth,

19

Exhibit 1
RJN_009

290        Laws passed in 1686.

or message, to any person to fight, upon pain of being imprisoned during the space of six months, without bail or mainprize, and forfeit ten pounds; and whosoever shall except of such challenge, and not discover the same to the Governor, or some publick officer of the peace, shall forfeit the sum of ten pounds; the one moiety of the said forfeiture to be paid unto the Treasurer for the time being, for the public use of the Province, and the other moiety to such person or persons as shall discover the same, and make proof thereof in any court of record within this Province, to be recovered by the usual action of debt, in any of the said courts. *And be it further enacted* by the authority aforesaid, that no person or persons after publication hereof, shall presume privately to wear any pocket pistol, skeines, stilladers, daggers or dirks, or other unusual or unlawful weapons within this Province, upon penalty for the first offence five pounds, and to be committed by any justice of the peace, his warrant before whom proof thereof shall be made, who is hereby authorized to enquire of and proceed in the same, and keep in custody till he hath paid the said five pounds, one half to the public treasury for the use of this Province, and the other half to the informer: And if such person shall again offend against this law, he shall be in like manner committed (upon proof thereof before any justice of the peace) to the common gaol, there to remain till the next sessions, and upon conviction thereof by verdict of twelve men, shall receive judgment to be in prison six month, and pay ten pounds for the use aforesaid. *And be it further enacted* by the authority aforesaid, that no planter shall ride or go armed with sword, pistol, or dagger, upon the penalty of five pounds, to be levied as aforesaid, excepting all officers, civil and military, and soldiers while in actual service, as also all strangers, travelling upon their lawful occasions thro' this Province, behaving themselves peaceably.

Exhibit 1
RJN_010

EXHIBIT 2

**Exhibit 2**
**RJN_011**



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# 1694 Mass. Laws 12, no. 6, An Act for the Punishing of Criminal Offenders.

## Subject(s):

- Carrying Weapons (https://firearmslaw.duke.edu/subjects/carrying-weapons/)

## Jurisdiction(s):

- Massachusetts (https://firearmslaw.duke.edu/jurisdictions/massachusetts/)

## Year(s):

1694

Further it is Enacted by the authority aforesaid, That every Justice of the Peace in the County where the Offence is committed , may cause to be staid and arrested all Affrayers, Rioters, Disturbers, or Breakers of the Peace, and such as shall ride or go armed Offensively before any of their Majesties Justices, or other Their Officers or Ministers doing their Office or elsewhere.

**Exhibit 2**
**RJN_012**

# EXHIBIT 3

**Exhibit 3**
**RJN_013**

# ACTS

PASSED AT THE SESSION BEGUN AND HELD AT BOSTON,
ON THE THIRTIETH DAY OF MAY, A. D. 1750.

## CHAPTER 1.

AN ACT FOR IMPOWERING THE PROVINCE TREASURER TO BORROW
THE SUM OF FIVE THOUSAND POUNDS, FOR APPLYING THE SAME TO
DISCHARGE THE DEBTS OF THE PROVINCE AND DEFRAY THE
CHARGES OF GOVERNMENT, AND FOR MAKING PROVISION FOR THE
REPAYMENT OF THE SUM SO BORROWED.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

[SECT. 1.] That the treasurer of this province be and hereby is impowered to borrow from such person or persons as shall appear ready to lend the same, a sum not exceeding five thousand pounds in Spanish mill'd dollars; and the sum so borrowed shall be a stock in the treasury, to be applied for defreying the charges of this government in manner as in this act is after directed, and for every sum so borrowed, the treasurer shall give a receipt of the form following; viz.,— *(margin: Treasurer empowered to borrow £5,000 for the province.)*

Province of the Massachusetts Bay,          day of          17   , received from          the sum of          pounds, for the use and service of the Province of the Massachusetts Bay; and in behalf of said Province, I do hereby promise and oblige myself and my successors in the office of treasurer, to repay the said          , his heirs or assigns, on or before the tenth day of June, one thousand seven hundred and fifty-two, the aforesaid sum of          pounds, with interest for the same, at and after the rate of six per cent per annum.          Witness my hand,          , Treasurer. *(margin: Form of his receipt for said money.)*

—and no receipt shall be given for any sum less than fifty pounds; and the treasurer is hereby directed to use his discretion in borrowing said sum at such times as that he may be enabled to comply with the draughts that may be made on the treasury in pursuance of this act.

*And be it further enacted,*

[SECT. 2.] That the aforesaid sum of five thousand pounds shall be issued out of the treasury in manner and for the purposes following; viz., the sum of seventeen hundred and fifty pounds, part of the aforesaid sum of five thousand pounds, shall be applied for the service of the several forts and garrisons within this province, pursuant to such orders and grants as are or shall be made by this court for those purposes; and the further sum of one thousand pounds, part of the aforesaid sum of five thousand pounds, shall be applyed for the purchasing provisions and the commissary's necessary disbursements for the service of the several forts and garrisons within this province, pursuant to such grants *(margin: £1,750 appropriated for forts and garrisons. £1,000 for commissary's stores.)*

Exhibit 3
RJN_014

*And whereas* there are sometimes contingent and unforeseen charges that demand prompt payment,—

*Be it further enacted,* .

£100 for contingent charges.

[SECT. 16.]  That the sum of one hundred pounds, being the remaining part of the aforesaid sum of seven thousand eight hundred and sixty pounds, be applied to pay such contingent charges, and for no other purpose whatsoever.

*Provided always,*—

Remainder to be and remain as a stock in the treasury.

[SECT. 17.]  That the remainder of the sum which shall be brought into the treasury by the tax aforesaid, over and above what shall be sufficient to pay off the benefit tickets as aforesaid, shall be and remain as a stock in the treasury, to be applied as the general court of this province shall hereafter order, and to no other purpose whatsoever ; any thing in this act to the contrary notwithstanding.

*And be it further enacted,*

Money to be paid out of the proper appropriations.

[SECT. 18.]  That the treasurer is hereby directed and ordered to pay the sum of eight thousand and ten pounds, as aforesaid, out of such appropriations as shall be directed to by warrant, and no other, upon pain of refunding all such sum or sums as he shall otherwise pay ; and the secretary to whom it belongs to keep the muster-rolls and accompts of charge, shall lay before the house of representatives, when they direct, such muster-rolls and accompts after payment thereof.

*And be it further enacted,*

Directors' allowance to be made by the general court.

[SECT. 19.]  That the directors or managers by this act appointed, shall have such allowances for their services as the general court shall hereafter order, and in case of the death, refusal or incapacity of attendance of any one or more of said managers, the vacancy shall be fill'd up by the governour and council.  [*Passed February* 8 ; *published February* 16, 1750-51.

## CHAPTER 16.

AN ACT FOR GRANTING THE SUM OF THREE HUNDRED POUNDS, FOR THE SUPPORT OF HIS HONOUR THE LIEUTENANT-GOVERNOUR AND COMMANDER-IN-CHIEF.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

Governor's grant.

That the sum of three hundred pounds be and hereby is granted unto his most excellent majesty, to be paid out of the publick treasury to his honour Spencer Phips, Esq[r]., lieutenant-governour and commander-in-chief in and over his majesty's province of the Massachusetts Bay, for his past services, and further to enable him to manage the publick affairs of the province.  [*Passed February* 15 ;* *published February* 16, 1750-51.

## CHAPTER 17.

AN ACT FOR PREVENTING AND SUPPRESSING OF RIOTS, ROUTS AND UNLAWFUL ASSEMBLIES.

Preamble.

WHEREAS the provision already made by law has been found insufficient to prevent routs, riots and tumultuous assemblies, and the evil consequences thereof ; wherefore,—

* See the note to this chapter, *post.*

Exhibit 3
RJN_015

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

[SECT. 1.] That from and after the publication of this act, if any persons, to the number of twelve or more, being arm'd with clubs or other weapons, or if any number of persons, consisting of fifty or upwards, whether armed or not, shall be unlawfully, riotously or tumultuously assembled, any justice of the peace, field officer or captain of the militia, sheriff of the county or undersheriff, or any constable of the town, shall, among the rioters, or as near to them as he can safely come, command silence while proclamation is making, and shall openly make proclamation in these or the like words :— *Officers to make proclamation when persons are riotously assembled.*

Our sovereign lord the king chargeth and commandeth all persons being assembled, immediately to disperse themselves, and peaceably to depart to their habitations, or to their lawful business; upon the pains contained in the act of this province made in the twenty-fourth year of his majesty King George the Second, for preventing and suppressing of riots, routs and unlawful assemblies.  God save the king. *Form of the proclamation.*

And if such persons so unlawfully assembled, shall, after proclamation made, not disperse themselves within one hour, it shall be lawful for every such officer or officers, and for such other persons as he or they shall command to be assisting, to seize such persons, and carry them before a justice of the peace; and if such person shall be killed or hurt by reason of their resisting the persons so dispersing or seizing them, the said officer or officers and their assistants shall be indemnified and held guiltless.

[SECT. 2.] And all persons who, for the space of one hour after proclamation made as aforesaid,—or to whom proclamation ought to have been made, if the same had not been hindred,—shall unlawfully, routously, riotously and tumultuously continue together, or shall wilfully let or hinder any such officer, who shall be known, or shall openly declare himself to be such, from making the said proclamation, shall forfeit all their lands and tenements, goods and chattles, to his majesty· (or such a part thereof as shall be adjudged by the justices before whom such offence shall be tried), to be applied towards the support of the government of this province; and shall be whipt thirty-nine stripes on the naked back at the publick whipping-post, and suffer one year's imprisonment, and once every three months during said imprisonment receive the same number of stripes on the naked back at the publick whipping-post as aforesaid. *Penalty for dis obedience.*

[SECT. 3.] And if any such person or persons, so riotously assembled, shall demolish or pull down, or begin to demolish or pull down, any dwelling-house or other house parcel thereof, any house built for publick uses, any barn, mill, malt-house, store-house, shop or ship, he or they shall suffer the same pains and penalties as are before provided in this act.

*And be it further enacted,*

[SECT. 4.] That this act shall be read at every general sessions of the peace, and at the anniversary meeting of each town, within this province, annually; and no person shall be prosecuted for any offence contrary to this act, unless prosecution be commenced within twelve months after the offence committed. *This act to be read at the anniversary meeting of the towns and general sessions of the peace.*

*Provided always,—*

[SECT. 5.] That where there shall appear any circumstances to mitigate or alleviate any of the offences against this act, in the judgment of the court before which such offence shall be tried, it shall and may be lawful for the judges of such court to abate the whole of the pun- *Judges empowered to abate the punishment of whipping, in case.·*

Exhibit 3
RJN_016

ishment of whipping, or such part thereof as they shall judge proper; anything in this act to the contrary notwithstanding.

<span style="float:left">Continuance of the act.</span>

[SECT. 6.] This act to continue and be in force for the space of three years from the publication thereof, and no longer. [*Passed and published February* 14, 1750–51.

## CHAPTER 18.

AN ACT IN ADDITION TO AN ACT, INTITLED "AN ACT TO PREVENT DAMAGE BEING DONE ON THE BEACH, HUMOCKS AND MEADOWS BELONGING TO THE TOWN OF SCITUATE, LYING BETWEEN THE SOUTHERLY END OF THE 'THIRD CLIFT,' SO CALLED, AND THE MOUTH OF THE NORTH RIVER."

<span style="float:left">Preamble.<br>1749-50, chap. 14.</span>

WHEREAS in and by an act made and passed in the twenty-third year of his present majesty's reign, intitled "An Act to prevent damage being done on the beach, humocks and meadows belonging to the town of Scituate, lying between the southerly end of the 'Third Clift,' so called, and the mouth of the North River," the penalt[y][*ie*]s for turning or driving neat cattle, horse-kind, sheep or goats upon such beach, humocks or sedge-ground adjo[y][*i*]ning to said beach, to feed thereon, are to be recovered from him or them that shall so drive said cattle, horse-kind, sheep or goats, or from the owner or owners of them that shall so order them to be driven; and it is found, by experience, that proof thereof can seldom be obtained, whereby the good end and design of said act in a great measure is defeated,—

*Be it therefore enacted by the Lieutenant-Governour, Council and House of Representatives,*

<span style="float:left">Neat cattle and other creatures to be impounded if found feeding on the meadows, &c.</span>

[SECT. 1.] That if any neat cattle, horse-kind, sheep or goats shall be found feeding on said beach, humocks, meadows or sedge-ground adjoyning to said beach, it shall and may be lawful for any person to impound the same, such person to observe the rules and directions in the said act prescribed in case of impounding; and the owner or owners of them shall forfeit and pay to the impounder one shilling a head for all neat cattle and horse-kind, and twopence for every sheep or goat; and the said penalt[y][*ie*]s or forfeitures shall be paid, before the creatures, which shall or may be impounded by virtue of this act, be discharged or released by the pound-keeper.

*Provided, nevertheless,—*

<span style="float:left">Rates to be paid for such impounded creatures.</span>

[SECT. 2.] The owner or owners of the creatures so impounded may, if they think fit, replevie such creatures, on condition they give sufficient bond, with one or more suret[y][*ie*]s, to prosecute such replevin to effect before some justice of the peace in same county, within fifteen days from the date of such replevin, and to pay all such forfeitures and costs as shall be awarded or adjudged against them. [*Passed February* 8; *published February* 16, 1750–51.

## CHAPTER 19.

AN ACT FOR GRANTING UNTO BENJAMIN CRABB THE SOLE PRIVI-LE[D]GE OF MAKING CANDLES OF COARSE SPERMACÆTI OYL.

<span style="float:left">Preamble.</span>

WHEREAS Benjamin Crabb, of Rehoboth, in the county of Bristol, has represented to this court that he, and no other person in the prov-

Exhibit 3
RJN_017

# EXHIBIT 4

**Exhibit 4**
**RJN_018**





DATE DOWNLOADED: Sun May 21 17:33:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (1771).

ALWD 7th ed.
. Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (1771).

APA 7th ed.
(1771). Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.

Chicago 17th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.

McGill Guide 9th ed.
Acts & Ls of His Majesty's Province of New-Hampshire: In New-Engl&; with Sundry Acts of Parliament (Portsmouth N.H.: Printed by Daniel and Robert Fowle, and sold at their Office near the State-House., 1771)

AGLC 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament (Printed by Daniel and Robert Fowle, and sold at their Office near the State-House., 1771

MLA 9th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House. HeinOnline.

OSCOLA 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at their Office near the State-House.          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
*https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**Exhibit 4**
**RJN_019**

8          *Temporary L A W S of the Province*

CHAP. V.

# An Act for reviving an Act

Pafs'd 29th of GEO. 2. entituled, *An Act in addition to an Act*, entituled, *An Act, for eftablifhing Courts of publick Juft.ce within this Province, made and pafs'd in the feventeenth Year of His prefent Majefty's Reign.*

Preamble. **W**HEREAS the before recited act is expired, the fame being temporary, and the fame having been found very benefic.al whilft in force, and it appearing neceffary that the fame fhould be revived:

**B**E IT ENACTED by his EXCELLENCY the GOVERNOR, COUNCIL, and ASSEMBLY, That the before recited act, and all and fingular the paragraphs, claufes, articles, directions and powers in the faid act contained, fhall be, and hereby are revived, re-enacted, directed and ordered to abide and remain in full force, and accordingly to be exercifed, practifed and put in execution for and during the fpace of *twenty years* from the paffing hereof, and no longer.

CHAP. VI.

# An Act for preventing and

Pafs'd 27th of GEO. 2. fuppreffing of Riots, Routs, and unlawful Affemblies.

§. 1.   **B**E IT ENACTED by the GOVERNOR, COUNCIL, and ASSEMBLY, and by the AUTHORITY of the fame, IT IS *hereby* ENACTED *and* ORDAINED, That if three perfons or more, fhall affemble themfelves with an intent to do any unlawful act, Rioters upon convic- againft the perfon of another, or againft feveral perfons, with force tion to pay and violence, as to kill, beat, wound, or do any other perfonal inju- 50 l. or re- ry, or againft his, her or their eftate or poffeffion wrongfully, or to ceive thirty do any other unlawful act with force or violence againft the peace, ftripes. or to the manifeft terror of the people, and being required and com- manded by any magiftrate, field officer, captain of the militia, fhe- riff, felect-man or conftable (in the town or parifh to which fuch officers refpectively in the exercife of their office are limited, ) by proclama- tion to be made in the king's name, in the form herein after direct- ed, to difperfe and peaceably depart to their habitations or lawful bufinefs, fhall not fo difperfe and depart : or being fo affembled, fhall do any unlawful act, with force and violence, againft the perfon of any one or more, or againft his, her or their eftate or poffeffion, or againft the public peace, order or intereft, in manner as aforefaid, and fhall be thereof convicted by due courfe of law, either before the court of general feffions of the peace, or fuperior court of judi- cature

Exhibit 4
RJN_020

*of* NEW-HAMPSHIRE. 9

cature, every fuch offender fhall forfeit and pay for every fuch of-
fence, not exceeding the fum of *fifty pounds*, and in default of pay-
ing the fame, within twenty four hours after fentence, fhall be whipt
on the naked back at fome publick place, not exceeding thirty ftripes,
according to the circumftances aggravating or extenuating the of-
fence ; and fhall pay the legal cofts of profecution, and fhall ftand
committed till fentence performed. And the form and order of
the proclamation to be made as aforefaid, fhall be as follows, name-
ly, the officers aforefaid, or any of them, fhall among, or as near
as they, or any of them can fafely, come to the faid rioters and
command filence to be kept while proclamation is making, and fhall
then with a loud voice, openly make proclamation in thefe or the
like words ; "Our fovereign Lord the King chargeth and command-
" eth all perfons, being here affembled, immediately to difperfe
" themfelves, and peaceably to depart to their habitations, or to
" their lawful bufinefs, upon the pains contained in an act of this
" province, made in the twenty-feventh year of his Majefty King
" GEORGE the fecond, for preventing and fuppreffing of riots,
" routs, and unlawful affemblies.

*The manner of making proclamation.*

*The form of the proclamation.*

### GOD *fave the* KING.

And if any three or more of the perfons fo unlawfully and rio-
toufly affembled, fhall continue together, and not difperfe them-
felves immediately after proclamation made as aforefaid, it fhall be
lawful for the officers aforefaid, or any of them, (within their re-
fpective limits as aforefaid,) to command affiftance, and to feize
fuch rioters, or any of them, and immediately to carry them be-
fore fome juftice of the peace for this province, who fhall demand
and take of each of them, fufficient fecurity for his or her appear-
ance before, and abiding and performing the fentence of the next
court of general feffions of the peace, or fuperior court of judica-
ture, (according as the nature and circumftances of the cafe may
require, on his or her offence,) and to ftand committed till fuch
fecurity fhall be given. And all perfons of age and ability, are here-
by required to aid and affift fuch officer or officers, being thereunto
commanded as aforefaid, to feize and apprehend fuch riotor or ri-
otors, and carry and keep him, her or them in cuftody, before a
juftice as aforefaid, and to convey him, her or them to the com-
mon goal, in default of giving fecurity as aforefaid, on pain of for-
feiting and paying the fum of *twenty pounds*, for every inftance
of refufing or neglecting to give fuch aid and affiftance. And
when three or more perfons fhall be fo unlawfully and riotoufly
affembled as aforefaid, and they or any of them, fhall prevent and
hinder proclamation to be made as aforefaid, and three or more of
them fhall continue together after fuch hindrance and impediment,
they and every of them, fhall be liable to the fame pains and pe-
nalties aforefaid, upon conviction as is above directed.

*If three or more fhall continue after procla-mation is made, they may be apprehended before a juftice, &c.*

*Penalty on thofe who refufe to affift the offi-cer in feiz-ing rioters, &c.*

*Penalty for hindering proclama-tion to be made, and continuing together af-terwards.*

§. 2. AND BE IT *further* ENACTED, That if twelve perfons or
more, being armed with clubs, or other weapons ; or if fifty per-
fons or more, whether armed or not, fhall be unlawfully, riotoufly,
tumultuoufly or routeroufly affembled, any of the officers aforefaid,

*Penalty and punifhment for high-handed ri-ots, &c.*

C                                                                      fhall

**Exhibit 4**
**RJN_021**

shall make proclamation, in manner and form aforesaid; and if such persons, so unlawfully assembled, shall not thereupon immediately disperse themselves, according to said proclamation, each of them and every one who shall wilfully hinder any such officer (who shall be known, or shall openly declare himself to be such ) from making the said proclamation, shall forfeit and pay a fine not exceeding the sum of *five hundred pounds*, at the discretion of the said superior court, ( which only shall have cognizance of the offence ) considering the aggravations attending the same, and shall be whipt thirty stripes on the naked back at the publick whipping-post, and suffer twelve months imprisonment, and once every three months, during said twelve months, receive the same number of stripes as aforesaid.

The superior court's power to remit or mitigate the corporal punishment.
*Provided nevertheless*, It shall be in the power of said court, if they judge proper, upon considering all circumstances, to remit or mitigate the punishment of whipping in such cases. And in case any rioters shall, when so riotously assembled, demolish or pull down, or begin to demolish or pull down, any dwelling house, or other house, or any part thereof, any house built for public use, any barn, shop, or ship, or other vessel, or any part thereof, or wound, maim, or do any bodily hurt or injury to any person, such rioters, or those of them who shall be apprehended, shall make

Such rioters liable to answer all damages, &c.
good all damages to the party or parties damnified or injured, upon an action of trespass prosecuted for the same, and shall also suffer the respective pains and penalties inflicted by this act, according as the fact shall come under one or the other of the cases herein provided against. And if any person or persons shall rescue any prisoner or prisoners convicted of any crime, out of his Majesty's

Penalty on rescuers of prisoners or criminals.
goal, or out of the custody of any officer or officers aforesaid, or any under or deputy sheriff, such offender or offenders, shall be liable to, and suffer the pains and penalties which such prisoner or prisoners should have suffered, if he, she or they had not been so rescued. But in case such rescous shall be made before conviction of the person or persons so in prison or custody, he, she, or they

What the punishment shall be in case the rescous be made before conviction.
committing the same, shall be liable to, and suffer all or any of the pains and penalties aforesaid, inflicted on rioters, where the number amounts to twelve, or fifty as aforesaid, at the discretion of the said superior court, ( which only shall have cognizance of the offence, ) having regard to the circumstances aggravating or alleviating the crime.

Officers power to command assistance.
And any of said officers shall hereby have power to command assistance in this case, as in manner aforesaid, and the person or persons (being capable) who shall refuse to give the same, being thereto required or commanded as aforesaid, shall be liable to the same pains and penalties, as for refusing to give aid and assistance in the case aforesaid.

If any rioters or rescuers shall be killed in re-
And in case any of the rioters in this act mentioned or described, shall be killed or hurt by reason of their resisting the person or persons endeavouring to disperse them, or attempting to seize and apprehend

**Exhibit 4**
**RJN_022**

*of* N E W - H A M P S H I R E.    11

apprehend them or any of them, the said officers and their affist- *siffing the officers,*
ants, and every of them, shall be wholly indemnified and held *such officers*
guiltless ; as also in the case of a rescous aforesaid. *shall be held guiltless.*

*Provided nevertheless,* Nothing in this act shall be construed to
extend to any number of persons, at any time assembled, or assem-
bling, for any lawful design or purpose, nor to any thing that such *This act not*
persons shall do, which is or shall be necessary to and for their own *to extend*
defence. And if any of the officers aforesaid, shall maliciously or *to persons*
causelessly make proclamation in manner and form aforesaid, a- *lawfully*
gainst any persons lawfully assembled, or cause any persons to be *assembled.*
apprehended wrongfully, under colour or pretence of their being *Penalty on*
rioters, within the meaning and intent of this act, every such of- *any malici-*
ficer shall forfeit and pay the sum of *one hundred pounds,* and shall *ous officer.*
be liable to an action of trespass on the case, to be prosecuted by the *&c.*
party or parties so maliciously and causelessly complained of, and to
pay all damages thereby sustained, and double costs to be taxed
with such damages.

All fines and forfeitures arising by this act, to be for his Majesty's *Application*
use, towards the support of his government in this province. *of the fines.*

This act to be read at the opening the courts aforesaid, at every *To be read*
term, and at every annual town meeting. And no prosecution *at the open-*
shall be sustained for any offence herein prohibited, after one year *ing the*
from the time of committing the fact. *court, &c.*

This act to continue and be in force for the term of three years *Limitation*
and no longer.

☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒

## C H A P.  VII.

# An Act to promote the Increase
## of Sheep.

*Pass'd 30th of* GEO. 2.

*WHEREAS the increase of sheep would be of very great ser-*
*vice to all his Majesty's subjects in this province ; but by the*
*neglect of many persons who keep sheep to take proper care of their*
*rams, who suffer them to run at large with ewes at all seasons of the* *Preamble.*
*year (which is found by experience to be very prejudicial to the in-*
*crease of sheep,) by the yeaning of lambs in an unsuitable season :  By*
*which sheep are rather destroyed than increased :*
For preventing of which,

BE IT ENACTED *by the* GOVERNOR, COUNCIL, *and* ASSEMBLY,
That from and after the publication of this act, no ram shall *Rams not*
be suffered to go at large within this province, from the tenth day *to run at*
of *August,* to the fifteenth day of *November* annually, on the penalty *large, &c.*
of *twenty shillings* for each ram, and for every time any shall be found
out of the owner's inclosure, between the days aforesaid to be paid
by

Exhibit 4
RJN_023

EXHIBIT 5

**Exhibit 5**
**RJN_024**

[ 35 ]

fame offenders come not as afore is faid, and the proclamation made and returned, they fhall be convict and at-tainted of the riot, affembly, or rout aforefaid : And moreover the Juftices of Peace in every county or corporation, where fuch riot, affembly, or rout of people fhall be made, in cafe the fame be made in their prefence, or if none be prefent, then the Juftices having notice thereof, together with the fheriff, under fheriff, or ferjeant, of the fame county or corporation, fhall do execution of this act, every one upon pain of twenty pounds, to be paid to the Commonwealth, as often as they fhall be found in default of the execution of the faid act ; and on fuch default of the juftices and fheriff, under fheriff, or ferjeant, a commiffion fhall go from the General Court at the inftance of the party grieved, to enquire as well of the truth of the cafe, and of the original matter for the party complain-ant, as of the default or defaults of the faid juftices, fheriff, under fheriff, or ferjeant, in this behalf fuppofed, to be directed to fufficient and indifferent perfons at the nomination of the Judges ; and the faid commiffioners prefently fhall return into the General Court the inquefts and matters before them in this behalf taken and found : But no perfons convicted of a riot, rout, and unlawful affembly, fhall be imprifoned for fuch offence by a longer fpace of time than one year. Perfons legally convicted of a riot, rout, or unlawful affembly, otherwife than in the manner directed by this act, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury, under the like limitation.

## CHAP. XLIX.

### An ACT forbidding and punifhing AFFRAYS.

BE it enacted by the General Affembly, That no man, great nor fmall, of what condition fover he be, except the Minifters of Juftice in executing the precepts of the courts of juftice, or in executing of their office, and fuch as be in their company affifting them, be fo hardy to come before the juftices of any court, or either of their Minifters of Juftice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth, and their bodies to prifon, at the pleafure of a court; nor go nor ride armed by night nor by day, in fairs or markets, or in other places, in terror of the county, upon pain of being arrefted and committed to prifon by any Juftice on his own view, or proof by others, there to abide for fo long a time as a jury, to be fworn for that purpofe by the faid Juftice, fhall direct, and in like manner to forfeit his armour to the Commonwealth; but no perfon fhall be impri-foned for fuch offence by a longer fpace of time than one month:

## CHAP. L.

### An ACT againft CONSPIRATORS.

BE it declared and enacted by the General Affembly, That confpirators be they that do confederate and bind themfelves by oath, covenant, or other alliance, that every of them fhall aid and bear the other falfely and ma-licioufly, to move or caufe to be moved any enticement or information againft another on the part of the Common-wealth, and thofe who are convicted thereof at the fuit of the Commonwealth, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury.

## CHAP. LI.

### An ACT againft conveying or taking PRETENSED TITLES.

BE it enacted by the General Affembly, That no perfon fhall convey or take, or bargain to convey or take, any pretended title to any lands or tenements, unlefs the perfon conveying or bargaining to convey, or thofe under whom he claims fhall have been in poffeffion of the fame, or of the reverfion or remainder thereof one whole year next before ; and he who offendeth herein knowingly, fhall forfeit the whole value of the lands or tenements; the one moiety to the Commonwealth, and the other to him who will fue as well for himfelf as for the Commonwealth : But any perfon lawfully poffeffed of lands or tenements, or of the reverfion or remainder thereof, may neverthelefs take or bargain to take the pretenfed title of any other perfon, fo far and fo far only as it may confirm his former eftate.

## CHAP. LII.

### An ACT to punifh BRIBERY and EXTORTION.

BE it enacted by the General Affembly, That no Treafurer, Keeper of any Public Seal, Councillor of State, Counfel for the Commonwealth, Judge, or Attorney at law, practifing either in the General Court, High Court of Chancery, Court of Appeals, Court of Admiralty, or Inferior Courts, Clerk of the Peace, Sheriff, Coroner, Efcheator, nor any officer of the Commonwealth, fhall, in time to come, take, in any form, any manner of gift, brokage, or reward for doing his office, other than is, or fhall be allowed by fome act of General Affembly, paffed after the inftitution of the Commonwealth; that is to fay, after the fifteenth day of May, in the year of our Lord, one thoufand feven hundred and feventy fix ; and he that doth, fhall pay unto the party grieved, the treble value of that he hath received, fhall be amerced and imprifoned at the difcretion of a jury, and fhall be difcharged from his office forever; and he who will fue in the faid matter, fhall have fuit as well for the Commonwealth as for himfelf, and the third part of the amercement.

CHAP.

**Exhibit 5**
**RJN_025**

EXHIBIT 6

**Exhibit 6**
**RJN_026**

1786. — CHAPTER 38.                                87

ART. *Sixtieth.*    The Field Officers of each and every
Regiment, shall appoint some suitable person, belonging
to such Regiment, to receive such fines as may arise within
the same, for any breach of any of the foregoing articles;
and shall direct the same to be properly applied to the
relief of such sick, wounded or necessitous soldiers as
belong to such regiment; and such person shall account
with such Officer for all fines received, and the application
thereof.

*Field-officers to appoint persons to receive fines, &c.*

ART. *Sixty First.*    All crimes not capital, and all dis-
orders and neglects, which Officers and Soldiers may be
guilty of, to the prejudice of good order and military dis-
cipline, tho' not mentioned in the foregoing articles, are
to be taken cognizance of by a general or regimental
Court martial, according to the nature and degree of the
offence, and be punished at their discretion.

*Crimes not mentioned in these articles, may be taken cognizance of.*

ART. *Sixty Second.*    Whenever any Officer or soldier
shall be accused of a capital crime, or of having used vio-
lence or committed any offence against the person or
property of the good people of this or either of the United
States, such as is punishable by the known laws of the
land, the commanding officer and officers of every regi-
ment, troop or party, to which the person or persons so
accused shall belong, are hereby required, upon applica-
tion duly made by or in behalf of the party or parties
injured, to use his utmost endeavours to deliver over such
accused person or persons to the Civil Magistrate, and
likewise to be aiding and assisting to the Officers of Jus-
tice in apprehending and securing the person or persons
so accused, in order to bring them to trial.    And if any
commanding Officer or Officers shall willfully neglect, or
shall refuse upon the application aforesaid, to deliver over
such accused person or persons to the Civil Magistrate, or
to be aiding and assisting to the Officers of Justice in
apprehending such person or persons, such officer or offi-
cers so offending, shall be cashiered.    *October 24, 1786.*

*Any officer or soldier, accused of a crime punishable by the known laws of the land —*

*To be delivered over to the civil magistrate.*

## 1786. — Chapter 38.

[September Session, ch. 8.]

AN ACT TO PREVENT ROUTS, RIOTS, AND TUMULTUOUS ASSEM-
BLIES, AND EVIL CONSEQUENCES THEREOF.

*Chap.* 38.

*Whereas the provision already made by Law, for the
preventing routs, riots and tumultuous assemblies, and the
evil consequences thereof, has been found insufficient;*

*Preamble.*

Digitized by Google

**Exhibit 6
RJN_027**

88                  1786. — CHAPTER 38.

*Be it therefore enacted by the Senate and House of Rep-*
*resentatives, in General Court assembled, and by the au-*
Proclamation to *thority of the same*, that from and after the publication of
be made among
rioters. this Act, if any persons to the number of twelve, or
more, being armed with clubs, or other weapons; or if any
number of persons, consisting of thirty or more, shall be
unlawfully, routously, riotously or tumultuously assem
bled, any Justice of the Peace, Sheriff or Deputy Sheriff
of the County, or Constable of the Town, shall among the
rioters, or as near to them as he can safely come, Com-
mand Silence, while Proclamation is making; and shall
openly make Proclamation, in these or the like words:

COMMONWEALTH OF *Massachusetts.*

Form. By virtue of An Act of this Commonwealth, made and
passed in the year of OUR LORD, One thousand seven
hundred and eighty six, entitled, "An ACT for suppress-
ing routs, riots, and tumultuous assemblies, and the evil
consequences thereof," I am directed to charge and com-
mand, and I do accordingly charge and command, *all per-*
*sons*, being here assembled, immediately to disperse them-
selves, and peaceably to depart to their habitations, or to
their lawful business, upon the pains inflicted by the said
ACT.

GOD Save the COMMONWEALTH.

If the persons And if such persons, assembled as aforesaid, shall not
assembled do
not disperse, disperse themselves within one hour after proclamation
— officers em- made, or attempted to be made, as aforesaid, it shall be
powered, &c.
lawful for every such officer to command sufficient aid,
and he shall seize such persons, who shall be had before a
Justice of the Peace; and the aforesaid Justice of the
Peace, Sheriff or Deputy Sheriff, is hereby further empow-
ered, to require the aid of a sufficient number of persons
in arms, if any of the persons assembled as aforesaid shall
appear armed: And if any such person or persons shall
be killed or wounded, by reason of his or their resisting
the persons endeavouring to disperse or seize them, the
said Justice, Sheriff, Deputy Sheriff, Constable and their
assistants, shall be indemnified and held guiltless.

*And be it further Enacted*, that if any person, being
commanded by such Justice, Sheriff, Deputy Sheriff or
Constable, as aforesaid, shall refuse or neglect to afford
the assistance required, and shall be convicted thereof
upon the oath of either of the said Officers, so command-

Digitized by Google

**Exhibit 6**
**RJN_028**

# EXHIBIT 7

**Exhibit 7**
**RJN_029**




DATE DOWNLOADED: Wed Apr 19 20:04:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (1803).

ALWD 7th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (1803).

APA 7th ed.
Virginia. (1803). Collection of All Such Acts of the General Assembly of Virginia, of
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

Chicago 17th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

McGill Guide 9th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (Richmond: Printed by Samuel
Pleasants, Jun., and Henry Pace., 1803)

AGLC 4th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (Printed by Samuel Pleasants, Jun.,
and Henry Pace., 1803

MLA 9th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace. HeinOnline.

OSCOLA 4th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.          Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**Exhibit 7**
**RJN_030**

# A

# COLLECTION

OF

## ALL SUCH

# ACTS

### OF THE

# *GENERAL ASSEMBLY*

OF

## VIRGINIA,

### OF A PUBLIC AND PERMANENT NATURE, AS ARE NOW IN FORCE;

———

WITH A

## *NEW AND COMPLETE INDEX.*

———

### TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS, AND CONSTITUTION, OR FORM OF GOVERNMENT.

———

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY, PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE THOUSAND EIGHT HUNDRED AND TWO.

———

### RICHMOND,

*PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.*

M,DCCC,III.

**Exhibit 7**
**RJN_031**

I, A. B. *do fwear, that my removal into the State of Virginia, was with no intent of evading the laws for preventing the further importation of flaves, nor have I brought with me any flaves, with an intention of felling them, nor have any of the flaves which I have brought with me, been imported from Africa, or any of the Weft India Iflands, fince the firft day of* November, *one thousand seven hundred and seventy-eight.* So help me GOD.

Nor to any perfons claiming flaves by defcent, marriage or devife; nor to any citizens of this Commonwealth, being now the actual owners of flaves within any of the United States and removing fuch hither; nor to travellers and others making a tranfient ftay, and bringing flaves for neceffary attendance, and carrying them out again. *a*

V. NO negro or mulatto fhall be a witnofs, except in pleas of the Commonwealth againft negroes or mulattoes, or in civil pleas, where negroes or mulattoes alone fhall be parties. *a* †

VI. NO flave fhall go from the tenements of his mafter or other perfon with whom he lives, without a pafs, or fome letter or token, whereby it may appear that he is proceeding by authority from his mafter, employer, or overfeer: If he does, it fhall be lawful for any perfon to apprehend and carry him before a Juftice of the Peace, to be by his order punifhed with ftripes, or not, in his difcretion. *a*

VII. AND if any flave fhall prefume to come and be upon the plantation of any perfon whatfoever, without leave in writing from his or her owner, or overfeer, not being fent upon lawful bufinefs, it fhall be lawful for the owner or overfeer of fuch plantation, to give or order fuch flave ten lafhes on his or her bare back for every fuch offence. *b*

VIII. NO negro or mulatto whatfoever fhall keep or carry any gun, powder, fhot, club, or other weapon whatfoever, offenfive or defenfive, but all and every gun, weapon, and ammunition found in the poffeffion or cuftody of any negro or mulatto, may be feized by any perfon, and upon due proof thereof made before any Juftice of the Peace of the County or Corporation where fuch feizure fhall be, fhall by his order be forfeited to the feizor for his own ufe; and moreover, every fuch offender fhall have and receive by order of fuch juftice, any number of lafhes not exceeding thirty-nine, on his or her bare back, well laid on, for every fuch offence. *b*

IX. *PROVIDED neverthelefs,* That every free negro or mulatto, being a houfe-keeper, may be permitted to keep one gun, powder and fhot; and all negroes and mulattoes, bond or free, living at any frontier plantation, may be permitted to keep and ufe guns, powder, fhot, and weapons, offenfive or defenfive, by licenfe from a Juftice of Peace of the County wherein fuch plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of fuch as are flaves.

X. EVERY perfon other than a negro, of whofe grand-fathers or grand-mothers any one is, or fhall have been a negro, although all his other progenitors, except that defcending from the negro, fhall have been white perfons, fhall be deemed a mulatto; and fo every fuch perfon who fhall have one fourth part or more of negro blood, fhall in like manner be deemed a mulatto. *e*

XI. RIOTS, routs, unlawful affemblies, trefpaffes and feditious fpeeches by a flave or flaves, fhall be punifhed with ftripes, at the difcretion of a Juftice of the Peace, and he who will, may apprehend and carry him, her, or them, before fuch Juftice. *d*

XII. AND to prevent the inconveniences arifing from the meetings of flaves, *Be it further enacted,* That if any mafter, miftrofs, or overfeer of a family, fhall knowingly permit or fuffer any flave not belonging to him of her, to be and remain upon his or her plantation above four hours at any one time, without leave of the owner or overfeer of fuch flave, he or fhe fo permitting, fhall forfeit and pay three dollars for every fuch offence; and every owner or overfeer of a plantation, who fhall fo permit or fuffer more than five negroes or flaves, other than his or her own, to be and remain upon his or her plantation or quarter at any one time, fhall forfeit and pay one dollar for each negro or flave above that number; which faid feveral forfeitures fhall be to the informer, and recoverable with cofts, before any Juftice of Peace of the County or Corporation where fuch offence fhall be committed. *e*

(*a*) 1783, ch. 77, fec. 2, 3. † Altered by act of Dec. fefs. 1800, ch. 70; negroes or mulattoes, bond or free, are by that act made legal witnefs's againft each other. (*b*) 23, Geo. 2, ch. 31, fec. 17, 18, 19. (*c*) 1783, ch. 78. (*d*) ib. ch. 31, fec. 4. (*e*) 22, Geo. 2, ch. 31, fec. 12.

*Margin notes:*

And of citizens claiming flaves by defcent, devife, or marriage, or being now the owners & removing them from another ftate, and travellers carrying them out again.

In what cafes negroes or mulattoes may or may not be witneffes.

Slaves not to go from home, without paffes.

Coming on the plantations of others without leave from their mafters, may be whipped.

Negroes and mulattoes not to keep or carry arms.

Except thofe living on the frontiers licenfed by the juftices of the peace.

Who fhall be deemed mulattoes.

Punifhment of flaves for riots, unlawful affemblies, feditious fpeeches, &c.

No perfon fhall permit the flaves of others to remain on his plantation.

Exhibit 7

RJN_032

EXHIBIT 8

**Exhibit 8**
**RJN_033**



DATE DOWNLOADED: Sun May 14 19:55:42 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1801 259 .

ALWD 7th ed.
, , 1801 259 .

Chicago 17th ed.
"," Tennessee - 4th General Assembly, 1st Session : 259-261


AGLC 4th ed.
" Tennessee - 4th General Assembly, 1st Session 259

OSCOLA 4th ed.
" 1801 259        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 8**
**RJN_034**

( 259 )

grants, deeds, or mesne conveyances not being proved and registered
within this state, it shall and may be lawful for such person or persons
to prove and register his, her, or their grants, deeds or mesne convey-
ances.

Sec. 2. *Be it enacted*, That this act shall be in force until the end of
the next stated session of the general assembly.

## CHAP. XXI.

An ACT *to amend an act, entitled*, " An act to ascertain the boundaries
of land, and for perpetuating testimony.—PASSED NOVEMBER 6, 1801.

*B*E it enacted by the *General Assembly of the State of Tennessee*, That all
the privileges, benefits, and advantages arising under or accruing to
others, by virtue of an act, entitled, " An act to ascertain the
boundaries of land, and for perpetuating testimony, passed at Knoxville
in the year 1799, shall extend to the citizens resident south of French
Broad and Holston, and between the rivers Big Pigeon and Tennessee,
holding or claiming, or that may hold or claim land by right of oc-
cupancy, so far as may respect their rights to, or the conditional or
boundary lines of their respective claims or rights of occupancy and
pre-emption in that tract of country, any thing in the proviso to the
fourth section of said recited act to the contrary notwithstanding.

## CHAP. XXII.

An ACT *for the restraint of idle and disorderly persons.*—PASSED
NOVEMBER 13, 1801.

WHEREAS it becomes necessary for the welfare of the community,
to suppress wandering, disorderly and idle persons :

Section 1. BE *it enacted by the General Assembly of the State of Tennessee*,
That any person or persons who have no apparent means of subsistence,
or neglect applying themselves to some honest calling for the support
of themselves and families, every person so offending, who shall be found
sauntering about neglecting his business, and endeavoring to maintain
himself by gaming or other undue means, it shall and may be lawful
for any justice of the peace of the county wherein such person may be
found, on due proof made, to issue his warrant for such offending person,
and cause him to be brought before said justice, who is hereby empow-
ered, on conviction, to demand security for his good behaviour, and in
case of refusal or neglect, to commit him to the goal of the county, for
any term not exceeding five days, at the expiration of which time he
shall be set at liberty if nothing criminal appears against him, the said
offender paying all charges arising from such imprisonment;
and if such person shall be guilty of the like offence from and after the
space of thirty days, he, so offending, shall be deemed a vagrant, and be
subject to one month's imprisonment, with all costs accruing thereon,
which if he neglects or refuses to pay, he may be continued in prison
until the next court of the county, who may proceed to try the said
offender, and if found guilty by a verdict of a jury of good and lawful
men, said court may proceed to hire the offender for any space of time
not exceeding six months, to make satisfaction for all costs, but if such
person or persons so offending, be of ill fame, so that he or they cannot
be hired for the costs, nor give sufficient security for the same and his
future good behaviour, in that case it shall and may be lawful for the
said court to cause the offender to recive not exceeding thirty nine lashes,
on his bare back, after which he shall be set at liberty, and the costs
arising thereon shall become a county charge ; which punishment may

Digitized from Best Copy Available

Exhibit 8
RJN_035

( 260 )

be inflicted as often as the person may be guilty, allowing thirty days between the punishment and the offence.

Sec. 2. *Be it enacted.* That it shall not be lawful for any person or persons of ill fame or suspicious character, to remove him or themselves from one county to another in this state, without first obtaining a certificate from some justice of the peace of said county or captain of his company, setting forth his intention in removing, whether to settle in said county, or if travelling, to set forth his business and destination, and if such traveller should be desirous to stay in any county longer than ten days, he shall first apply to some justice of said county for leave, and obtain a certificate for that purpose, setting forth the time of his permission, and if such person shall be found loitering in said county after the expiration of his permit, or fail to obtain the same agreeable to the true intent and meaning of this act, such person or persons so offending, may be apprehended by any person or persons, and carried before some justice of the peace, who may enquire into his character and business; and fine him at his discretion, not exceeding ten dollars; but if said traveller shall be found on examination, to be a person of ill fame, and there is reason to suspect he is loitering in said county for evil purpose, attempting to acquire a living by gambling, or other bad practices, such justice shall have power to commit any person of like character, until he shall find good and sufficient security for his good behaviour, for any time not exceeding ten days, and said justice of the peace or court of the county shall proceed against such offender, in the same manner as is heretofore prescribed for vagrants.

Sec. 3 *Be it enacted.* That all and every keeper or keepers, exhibitor or exhibitors, of either of the gaming tables commonly called A. B. C. or E. O. tables, or faro bank, or of any other gaming cloth table, or bank of the same, or like kind, under any denomination whatever, shall be deemed and treated as a vagrant, and moreover it shall be the duty of any judge or justice of the peace, by warrant under his hand, to order such gaming table or cloth to be seized and publicly burned or destroyed; said warrant shall be directed to some one constable within the county, whose duty it shall be, forthwith to execute the same: *Provided,* That nothing herein contained, shall be so construed as to extend to billiard tables:

Sec. 4. *Be it enacted,* That it shall not be lawful for any house keeper to harbor any idle person of the character aforesaid, for any longer time than is heretofore specified, under the penalty of twenty dollars for every such offence, to be recovered by warrant before any justice of the peace of the county where the offence is committed.

Sec 5 *Be it enacted.* That it shall be the duty of each justice of the peace, on information being made on oath to him or them, that there is a person or persons of the aforesaid description, loitering in his or their county, then and in that case he or they shall issue his or their warrant against such person or persons agreeable to this act: *And provided,* he or they shall neglect or refuse so to do, it shall be deemed a misdemeanor in office, for which he or they shall be impeachable, and on conviction be removed from office.

Sec 6 *Be it enacted.* That if any person or persons shall publicly ride or go armed to the terror of the people, or privately carry any dirk, large knife, pistol or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice, on his

Digitized from Best Copy Available

**Exhibit 8**
**RJN_036**

( 261 )

own view, or upon the information of any other perfon on oath, to bind fuch perfon or perfons to their good behaviour: and if he or they fail to find fecurities, commit him or them to goal: and if fuch perfon or perfons fhall continue fo to offend, he or they fhall not only forfeit their recognizances, but be liable to an indictment, and be punifhed as for a breach of the peace, or riot at common law.

Sec. 7. *Be it enacted,* That if any perfon or perfons fhall unlawfully cut out or difable the tongue, put out an eye, flit a nofe, bite or cut off a nofe, ear or lip, or cut off or difable any limb or member, or ftab any perfon whatfoever, in doing fo, to maim, wound or disfigure in any of the manner before mentioned, fuch perfon or perfons fo offending their counfellors, aiders and abettors, knowing of, and privy to the offence, fhall be and are hereby declared to be felons, and fhall fuffer as in cafe of felony : *Provided neverthelefs,* he or they fhall be entitled to benefit of clergy, and be further liable to an action of damages to the party injured.

Sec. 8. *Be it enacted,* That all fines inflicted by this act, fhall be one half to him that will fue for the fame, and the other half to the ufe of the county.

Sec. 9. *Be it enacted,* That all laws and parts of laws, which come within the meaning and purview of this act, are hereby repealed.

## CHAP. XXIII.

An ACT *to authorife the feveral county courts of pleas and quarter feffions to remit and mitigate fines and forfeitures on recognizances as therein mentioned* —(PASSED OCTOBER 12, 1801.)

Section 1. BE *it enacted by the General Affembly of the State of Tenneffee,* That the feveral courts of pleas and quarter feffions in this ftate, fhall have power to remit or mitigate all fines by them inflicted, and all forfeitures on recognizances, previous to entering final judgment thereon : Provided, a majority, or number no lefs than nine of the juftices of faid county be prefent when fuch remittance or mitigation fhall be made.

Sec. 2. *Be it enacted,* That fo much of any other act as comes within the purview and meaning of this act is hereby repealed.

## CHAP. XXV.

An ACT *concerning adminiftrations granted on the eftates of perfons dying inteftate, therein mentioned* —(PASSED NOVEMBER 10, 1801.)

WHEREAS heretofore the courts of pleas and quarter feffions, during the being of the temporary government called Franklin, granted adminiftrations on the eftates of perfons who died inteftate, and have iffued letters of adminiftration accordingly, in virtue and by authority of which, the perfons fo adminiftering, have proceeded to adminifter upon the goods and chattels, rights and credits of their inteftates refpectively : And whereas it will contribute to the peace and quiet of families, that adminiftrations on fuch eftates, fo as aforefaid granted, be deemed and declared valid,

Sec. 1. BE *it enacted by the General Affembly of the State of Tenneffee,* That all adminiftrations granted by any of the faid courts of pleas and quarter feffions, and letters of adminiftration by any of the aforefaid courts iffued, on the eftate or eftates of any perfon who died inteftate, and all proceedings in virtue of fuch letters of adminiftration had and done, of, and concerning any fuch eftate, agreeably to, and in conformi-

Digitized from Best Copy Available

Exhibit 8
RJN_037

EXHIBIT 9

**Exhibit 9**
**RJN_038**



DATE DOWNLOADED: Fri Mar 31 09:16:42 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1819 39 .

ALWD 7th ed.
, , 1819 39 .

Chicago 17th ed.
"," Indiana - 4th Session : 39-40

AGLC 4th ed.
" Indiana - 4th Session 39

OSCOLA 4th ed.
" 1819 39          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

Exhibit 9
RJN_039

[ 39 ]

## CHAPTER XXIII.

*AN ACT to prohibit the wearing of conceal-
ed weapons.*

Approved, January 14, 1820.

Sec. 1.    *BE it enacted by the General
Assembly of the State of Indiana,* That
any person wearing any dirk, pistol,
sword in cane, or any other unlawful
weapon, concealed, shall be deemed
guilty of a misdemeanor, and on convic-
tion thereof, by presentment or indict-
ment, shall be fined n any sum not ex-
ceeding one hundred dollars, for the use
of county seminaries : *Provided however,*
that this act shall not be so construed as
to affect travellers.

*[margin: Persons wearing concealed weapons indictable]*

*[margin: Proviso]*

---

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the
appointment of County Surveyors.*

Approved, January 14, 1820.

Sec. 1.    *BE it enacted by the General
Assembly of the State of Indiana,* That
whenever hereafter any dispute may
arise about the division of any land
within this state, wherein the county
surveyor of the county, where the lands
lie, may be a party, or in any manner
interested, it shall be lawful for the Cir-
cuit Court on application of either par-

*[margin: County surveyor interested in partition Circuit court to appoint surveyor]*

Digitized from Best Copy Available

Exhibit 9
RJN_040

[ 40 ]

ty, to appoint some suitable person in said county, whose duty it shall be to proceed to divide the same, for which service, the person so appointed, shall be entitled to the same fees as county surveyors are entitled to, for similar services.

## CHAPTER XXV.

*AN ACT authorizing the arrest and securing fugitives from Justice.*

APPROVED, January 14, 1820.

SEC. 1.   *BE it enacted by the General Assembly of the State of Indiana,* That if any person shall commit any crime in any of the United States, or the territories thereof, and shall flee into this state, it shall be lawful for any Judge of the Supreme or Circuit Court, or justice of the peace, within this state, on the oath or affirmation of any person charging such fugitive with a crime, to issue his warrant, and cause such fugitive to be arrested, and brought before him, and after hearing the proofs and allegations for and against such fugitive, if in the opinion of such Judge or justice, the proof is evident, or presumption strong, as to the guilt of the person charged, it shall be the duty of such Judge or Justice, to commit such fugitive from justice, to the common jail of the county, where such arrest may be made, for any length of time, not exceeding one month,

*Marginal notes:*

Fugitives from justice to be apprehended

Justice to issue his warrant and proceedings thereon

Fugitive to be committed

Digitized from Best Copy Available

**Exhibit 9**
**RJN_041**

# EXHIBIT 10

**Exhibit 10**
**RJN_042**



DATE DOWNLOADED: Sat Feb 11 14:09:19 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1821 50 .

ALWD 7th ed.
, , 1821 50 .

Chicago 17th ed.
"," Maine - Public Acts, Revision of 1821, Regular Session : 50-682

AGLC 4th ed.
'' Maine - Public Acts, Revision of 1821, Regular Session 50.

OSCOLA 4th ed.
'' 1821 50

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 10**
**RJN_043**

POWER OF JUSTICES.                                    285

## CHAPTER LXXVI.

An Act describing the power of Justices of the Peace in Civil and
Criminal Cases.

SEC. 1. **BE** *it enacted by the Senate, and House of Repre-* *sentatives, in Legislature assembled,* That it shall be within the power, and be the duty of every Justice of the Peace within his county, to punish by fine not exceeding five dollars, all assaults and batteries that are not of a high and aggravated nature, and to examine into all homicides, murders, treasons, and felonies done and committed in his county, and commit to prison all persons guilty, or suspected to be guilty of manslaughter, murder, treason or other capital offence ; and to cause to be staid and arrested, all affrayers, rioters, disturbers or breakers of the peace, and such as shall ride or go armed offensively, to the fear or terror of the good citizens of this State, or such others as may utter any menaces or threatening speeches ; and upon view of such Justice, confession of the delinquent, or other legal conviction of any such offence, shall require of the offender to find sureties to appear and answer for his offence, at the Supreme Judicial Court, or Circuit Court of Common Pleas, next to be held within or for the same county, at the discretion of the Justice, and as the nature or circumstances of the case may require : and for his keeping the peace, and being of the good behaviour, until the sitting of the Court he is to appear before ; and to hold to bail all persons guilty or suspected to be guilty of lesser offences which are not cognizable by a Justice of the Peace ; and require sureties for the good behaviour of dangerous and disorderly persons ; and commit all such persons as shall refuse so to recognize, and find such surety or sureties as aforesaid ; and take cognizance of, or examine into all other crimes, matters and offences, which by particular laws are put within his jurisdiction.

*General jurisdiction of Justices of the Peace, and their duty in criminal cases, in arresting, trying, recognizing and committing offenders.*

SEC. 2. *Be it further enacted,* That all fines and forfeitures accruing for the breach of any bye-law, in any town within this State, may be prosecuted for, and recovered before any Justice of the Peace in the town or county where the offence shall be committed, by complaint or information, in the same way and manner other criminal offences are prosecuted before the Justices of the Peace within this State.

*Breaches of the bye-laws of towns may be prosecuted before Justices of the Peace.*

SEC. 3. *Be it further enacted,* That any person aggrieved at the sentence given against him, by any justice of the Peace, may appeal therefrom to the next Circuit Court of Common Pleas to be held within the same county, and shall, before his appeal is granted, recognize to the State in such reasonable sum, not less than twenty dollars, as the Justice shall order, with sufficient surety or sureties for his prosecuting his appeal ; and shall be held to produce the copy of the whole process, and all writings filed before the Justice, at the Court appeal-

*Persons aggrieved may appeal to the C. Court of Com. Pleas.*

*Must recognize with sureties,*

*and produce copies of case at C. C. Common Pleas.*

Exhibit 10
RJN_044

*Failing to prosecute his appeal, his default to be entered.* ed to. And if he shall not there prosecute his appeal, and produce the copies as aforesaid, the Court shall order his default to be noted upon their record. And the said Court may order the same case to be laid before the Grand Jury, or may

*Court may order such case to be laid before Grand Jury, or arrest appellant, and affirm sentence, &c.* issue an attachment against the body of such appellant, and cause him thereby to be brought before them, and when he is so in Court, shall affirm the sentence of the Justice against him, with all additional costs.

*Justices may command assistance of sheriff, deputies and constables at riots, affrays, &c.* SEC. 4. *Be it further enacted,* That each Justice shall have authority to command the assistance of every Sheriff, Deputy Sheriff, Constable, and all other persons present at any affray, riot, assault or battery, and may fine any person refusing such assistance, in a sum not exceeding six dollars; to be disposed of for the use of the town where the offence shall be committed; and levied by warrant of distress on the offender's goods and chattels, and for want thereof on his body.

*Justices may, on their own view, (in absence of sheriffs, deputies or constables,) require any person to apprehend offenders.* SEC. 5. *Be it further enacted,* That any Justice of the Peace for the preservation thereof, or upon view of the breach thereof, or upon view of any other transgression of law, proper to his cognizance, done or committed by any person or persons whatever, shall have authority, (in the absence of the Sheriff, Deputy Sheriff or Constable,) to require any person or persons to apprehend and bring before him such offender or of-

*Penalty for refusing to obey such Justice.* fenders. And every person so required, who shall refuse or neglect to obey the said Justice, shall be punished in the same manner as for refusing or neglecting to assist any Sheriff, Deputy Sheriff or Constable in the execution of his office as afore-

*If the Justice be known or declared—plea of ignorance of his office not admissible.* said. And no person who shall refuse or neglect to obey such Justice, to whom he shall be known, or declare himself to be a Justice of the Peace, shall be admitted to plead excuse on any pretence of ignorance of his office.

*Justices may grant subpœnas for witnesses in criminal cases:* SEC. 6. *Be it further enacted,* That Justices of the Peace within their respective counties, be, and they are hereby authorized and empowered to grant subpœnas for witnesses in all criminal causes pending before the Supreme Judicial Court and Circuit Court of Common Pleas, and before themselves

*But not on behalf of the State without consent of Attorney General, or County Attorney, except before himself.* or any other Justice: *Provided,* That no Justice of the Peace shall grant subpœnas for witnesses to appear in any Court, except before himself, to testify on behalf of the State, unless by the request of the Attorney General or County Attorney. And all Sheriffs, Constables and other officers are directed and empowered to serve any warrant issuing from a Justice of the Peace.

*Justices to account annually to State, County and Town Treasurers for all fines, &c.* SEC. 7. *Be it further enacted,* That the Justices of the Peace shall account annually with the Treasurer of the State, the Treasurer of their respective counties, and the town Treasurer, as the case may be, for all fines by them received or

*Penalty for neglect.* imposed, upon pain of forfeiting the sum of thirty dollars, to be sued for and recovered by the Treasurer of the State, the county or town Treasurer for the time being, to which the said fines may respectively belong.

Exhibit 10
RJN_045

SEC. 8. *Be it further enacted*, That all civil actions, where- <sub>Justice's juris-diction in civil</sub>
in the debt or damage does not exceed twenty dollars, (and <sub>actions, (where</sub>
wherein the title of real estate is not in question, and special- <sub>title to real es-tate is not in</sub>
ly pleaded by the defendant,) shall, and may be heard, tried, <sub>question,) to extend to 20</sub>
adjudged and determined by any Justice of the Peace within <sub>dollars.</sub>
his county ; and the Justices are severally empowered to grant <sub>Justices may is-sue summons,</sub>
summons, capias and attachment, at the request of any per- <sub>capias, attach-</sub>
son applying for the same, directed to some proper officer <sub>ment, &c.</sub>
within the same county, empowered by law to execute the
same. And such summons or capias and attachment shall be <sub>—to be served seven days be-</sub>
duly served by such officer, seven days at the least before the <sub>fore trial.</sub>
day therein set for trial, otherwise the party sued shall not be
held to answer thereon ; and if after such process shall be <sub>Proceedings be-</sub>
duly served, the party sued, after being duly called, shall not <sub>fore Justice.</sub>
appear to answer to the same suit, the charge against him in
the declaration shall be taken to be true, and the Justice shall <sub>Judgment, &c. if plaintiff pre-</sub>
give judgment against him for such damages as he shall find <sub>vail.</sub>
the plaintiff to have sustained, with costs ; and if the person
sued shall appear to defend the suit or oppose the same, the
Justice shall award such damages as he shall find the plaintiff <sub>Damages not to</sub>
to have sustained : *Provided*, That no more damages than the <sub>exceed 20 dol-</sub>
sum of twenty dollars shall be awarded in any action origin- <sub>lars.</sub>
ally brought or tried before a Justice of the Peace ; but if the <sub>Judgment in case defendant</sub>
plaintiff shall not support his action, shall fail to prosecute, or <sub>prevail.</sub>
become nonsuit, the Justice shall award to the party sued, his
reasonable costs, taxed as the law directs. And upon all <sub>Execution.</sub>
judgments given by a Justice of the Peace in civil actions, he
shall award execution thereon in form by law prescribed.

SEC. 9. *Be it further enacted*, That the amount of the sum <sub>Justice to have</sub>
or several sums, specified, expressed or supposed to be de- <sub>jurisdiction where the ad</sub>
manded by the plaintiff in his declaration, shall not be con- <sub>damnum does not exceed 20</sub>
sidered as any objection against the Justice's jurisdiction, pro- <sub>dollars.</sub>
vided the ad damnum, or damage is not laid or stated to ex-
ceed twenty dollars.

SEC. 10. *Be it further enacted*, That any party aggrieved <sub>Party aggriev-ed may appeal</sub>
at the judgment of any Justice of the Peace, in a civil action, <sub>to C. C. Com-</sub>
where both parties have appeared and plead, may appeal <sub>Pleas.</sub>
therefrom to the next Circuit Court of Common Pleas to be
held within the same county ; and shall before his appeal is <sub>—Must recog-nize to prose-</sub>
allowed, recognize with a surety or sureties, in such reasona- <sub>cute.</sub>
ble sum as the Justice shall order, not exceeding thirty dol-
lars, to pay all intervening damages and costs, and to prose-
cute his appeal with effect ; and shall be held to produce a
copy of the whole case, at the Court appealed to, and both <sub>and produce co-pies at C. C. C.</sub>
parties shall be allowed to offer any evidence upon the trial <sub>Pleas. Proceedings in</sub>
at the Circuit Court of Common Pleas, in the same manner as <sub>that Court.</sub>
if the cause had been originally commenced there. And no <sub>No further ap-</sub>
other appeal shall be had on such action after one trial at the <sub>peal.</sub>
Circuit Court of Common Pleas. And the Circuit Court of <sub>Defendant in</sub>
Common Pleas, when any person recognized as before men- <sub>trespass failing to bring for-</sub>

Exhibit 10
RJN_046

288                                    POWER OF JUSTICES.

*ward the ac-tion according to his recog-nizance.--Plain-tiff to have his damages.* tioned to bring forward an action of trespass, doth neglect to do it, upon complaint thereof made in writing by the plaintiff, shall give judgment for such sum in damages, as the plaintiff hath declared for, together with all reasonable costs which accrued both in the same Court and before the Justice. And

*Appellant fail-ing to prose-cute, on com-plaint judg-ment may be affirmed.* the Circuit Court of Common Pleas shall, when any appellant thereto shall fail to prosecute his appeal, or if he shall neglect to produce a copy of the case, affirm the former judgment upon the appellee's complaint, and award such additional damages as shall have arisen in consequence of the said appeal, and cost.

*In action of trespass when defendant pleads title to real estate—mode of pro-ceeding before Justice.* SEC. 11. *Be it further enacted,* That when an action of trespass shall be brought before any Justice of the Peace, and the defendant shall plead the general issue, he shall not be allowed to offer any evidence that may bring the title of real estate in question. And when the defendant in any such action shall plead the title of himself or any other person in justification, the Justice upon having such plea plead, shall order the defendant to recognize to the adverse party in a reasonable sum, with sufficient surety or sureties to enter the said action at the next Circuit Court of Common Pleas to be holden within the same county, and to prosecute the same in the same manner as upon an appeal from a Justice's judgment; and if such pleader shall refuse so to recognize, the Justice shall render judgment against him, in the same manner as if he had refused to make answer to the same suit. And either *Appeal allowed in such cases from C. C. C. Pleas to S. J. Court.* party in such cause, shall be allowed to appeal from the judgment of the Circuit Court of Common Pleas, in the same manner as if the suit had been originally commenced there.

*General issue may be plead in all actions before Justices and special matter given in evidence except where title to real estate is relied on by de-fendant.* SEC. 12. *Be it further enacted,* That in all civil actions triable before a Justice of the Peace, except such actions of trespass wherein the defendant means to avail himself, by pleading the title of himself or any other person under whom he claims in justification of the trespass or trespasses alleged to be committed on real estate; the defendant shall be entitled to all evidence, under the general issue, which by law he might avail himself of under any special plea in excuse or justification, any law, usage or custom to the contrary notwithstanding.

*Justices may grant subpœ-nas in all civil actions.* SEC. 13. *Be it further enacted,* That each Justice of the Peace may grant subpœnas for witnesses in all civil actions and causes pending before the Supreme Judicial Court, Circuit Court of Common Pleas, Court of Sessions, and before him or any other Justices, and in all civil actions and causes *May adjourn their Courts by proclamation:* pending before arbitrators or referees. And every Justice of the Peace shall have power by public proclamation to adjourn the trial of any action brought before him, from time to time, *No Justice to be of counsel in any suit be-fore himself.* when equity may require it; but he shall not be of counsel to either party, or undertake to advise or assist any party in suit before him.

Exhibit 10
RJN_047

Sec. 14. *Be it further enacted,* That when an executor or administrator shall be guilty of committing waste, whereby he is rendered unable to pay the judgment recovered before any Justice of the Peace, against the goods and estate of the deceased in his hands, out of the same, the Justice may proceed against the proper goods and estate of such executor or administrator, in the same manner as the Circuit Court of Common Pleas are empowered to do. *In case of waste by executor or administrator, Justice may proceed as C. C. C. Pleas may in such cases.*

Sec. 15. *Be it further enacted,* That each Justice of the Peace shall keep a fair record of all his proceedings ; and when any Justice of the Peace shall die before a judgment given by him is paid and satisfied, it shall be in the power of any Justice of the Peace in the same county to grant a scire facias upon the same judgment, to the party against whom such judgment was rendered up, for him to show cause if any he hath, why execution should not be issued against him. And although the costs and debt awarded by the deceased Justice when added together, shall amount to more than twenty dollars, it shall be no bar upon such scire facias, but judgment shall be given thereon for the whole debt and cost, together with the cost arising upon the scire facias. *Provided always,* That either party may appeal from the judgment as in other personal actions, where judgment is given by a Justice of the Peace. And every Justice of the Peace who shall have complaint made to him, that a judgment given by a Justice of the same county then deceased, remains unsatisfied, shall issue his summons to the person in whose possession the record of the same judgment is, directing him to bring and to produce to him the same record ; and if such person shall contemptuously refuse to produce the same record, or shall refuse to be examined respecting the same, upon oath, the Justice may punish the contempt by imprisonment, until he shall produce the same, or until he submits to be examined as aforesaid ; and when the Justice is possessed of such record, he shall transcribe the same upon his own book of records, before he shall issue his scire facias ; and shall deliver the original back again to the person who shall have produced it, and a copy of such transcription, attested by the transcribing Justice, shall be allowed in evidence in all cases, where an authenticated copy of the orignal might be received. *Justice to keep record of his proceedings. When Justice shall die before a judgment given by him is satisfied what proceedings to be had. Appeal allowed to either party. Justice to whom complaint is made in such cases, may summon the person possessing the record to produce it. Punishment for refusal so to do. Duty of the Justice when the record is produced, to transcribe it into his own records. Copy of such transcript to be evidence.*

Sec. 16. *Be it further enacted,* That all Justices of the Peace before whom actions may be commenced under former commissions, and such commissions shall expire before judgment shall be rendered thereon, or judgment being rendered, the same remains in whole or in part unsatisfied, such Justices of the Peace who shall hereafter have their said commissions seasonably renewed, and being duly qualified agreeably to the Constitution of this State, to act under such commissions, be and they hereby are authorized and empowered to render judgment, and issue execution on all such ac- *Justices, whose commissions expire before judgment or satisfaction, may proceed, under a new commission, seasonably obtained, to render judgment, &c.*

37

Exhibit 10
RJN_048

290    RECOVERY OF DEBTS.

tions, commenced as aforesaid, in the same manner as if the
commissions under which such actions may be commenced,
were in full force.

[Approved March 15, 1821.]

———:oo:———

## CHAPTER LXXVII.

An Act providing a speedy Method of recovering Debts, and for pre-
venting unnecessary costs attending the same.

Justices may take recogniz-ances for debts.

SEC. 1. **B**E *it enacted by the Senate and House of Representa-
tives, in Legislature assembled,* That every Justice of the Peace
in this State shall have power within his county to take re-
cognizances for the payment of debts of any person who
shall come before him for that purpose: which recognizance
may be in substance as follows:—

Form of recog-nizance.

Know all men, that I, A. B. of         , in the County of    ,
do owe unto C. D. of      , the sum of     , to be paid to the
said C. D. on the      day of     ; and if I shall fail of
the payment of the debt aforesaid, by the time aforesaid, I
will and grant that the said debt shall be levied of my goods
and chattels, lands and tenements, and in want thereof of my
body. Dated at      , this      day of     , in the year of our
Lord      . Witness, my hand and seal     A. B.
ss. Acknowledged the day and year last abovesaid.
Before E. F. Justice of the Peace.

To be recorded by the Justice.

SEC. 2. *Be it further enacted,* That every Justice of the
Peace taking any such recognizance, shall immediately re-
cord the same at large in a book to be kept by him for that
purpose; and after the same is recorded, may deliver it to

Execution may issue thereon within 3 years.

the Conusee; and upon the Conusee's lodging the same with
the said Justice, at any time within three years from the time
when the same is payable, and requesting a writ of execu-
tion, it shall be the duty of such Justice to issue a writ of ex-
ecution thereon for such sum as shall appear to be due on the
same; which writ of execution shall be in substance as fol-
lows:

State of Maine.

(SEAL.) To the Sheriff of the County of      , or his depu-
ty, or either of the Constables of the town of      , in said
County,                                       Greeting.

Form of execu-tion.

Because A. B. of      , in the County of      , on the
day of      , in the year of our Lord      before E. F. Esq.
one of the Justices of the Peace for the said County of      ,
acknowledged that he was indebted to C. D. of      , in the
county of      in the sum of      which he ought to have paid
on the      day of      , and      remains unpaid as it is said
: We command you therefore, that of the goods, chat-
tels or real estate of the said A. B. within your precinct, you
cause to be paid and satisfied unto the said C. D. at the value

Exhibit 10
RJN_049

EXHIBIT 11

Exhibit 11
RJN_050

100                                    ARMS.

<div style="margin-left:2em">

*Judge or jus-*
*tice to bind over*
*persons going ar-*
*med.*

pistol, or any other dangerous weapon, to the fear or terror of any
person, it shall be the duty of any judge or justice on his own view,
or upon the information of any other person on oath, to bind such
person or persons to their good behavior, and if he or they fail to
find securities, commit him or them to jail; and if such person or per-
sons shall continue so to offend, he or they shall not only forfeit their
recognizance, but be liable to an indictment, and be punished as for
a breach of the peace, or riot, at common law.

</div>

## 1821—Chapter 13.

*Five dollars fine*
*for carrying cer-*
*tain weapons.*

Sec. 1. Every person so degrading himself by carrying a dirk,
sword cane, Spanish stiletto, belt or pocket pistols, either public or
private, shall pay a fine of five dollars for every such offence, which
may be recovered by warrant before any justice of the peace, in the
name of the county for its use, in which the offence may have been
committed; and it shall be the duty of a justice to issue a warrant
on the application, on oath, of any person applying; and it shall be
the duty of every judge, justice of the peace, sheriff, coroner, and
constable within this state, to see that this act shall have its full
effect: *Provided,* that nothing herein contained shall affect any per-
son that may be on a journey to any place out of his county or
state.

*Officers to at-*
*tend to this act.*

## 1825—Chapter. 19.

*Sheriff or other*
*officer to arrest*
*persons suspect-*
*ed of carrying*
*arms to commit*
*a breach of the*
*peace.*

Sec. 1. When any sheriff, coroner, or constable, shall know of
his own knowledge, or upon the representation of any person, or if
he or they, shall have good reason to suspect, any person of being
armed with the intention of committing a riot or affray, or of wound-
ing or killing any person, it shall be the duty of all such officers,
immediately to arrest all such persons so suspected, and return them
before some justice of the peace, whose duty it shall be, upon proof
being made, that there was reasonable ground to suspect such person
or persons for being armed, with intent to disturb or commit a breach
of the peace, to bind such person or persons in a bond with two or
more good and sufficient securities, in a sum of not less than two
hundred and fifty dollars, and not exceeding two thousand dollars,
conditioned for his or their good behavior and peaceable deport-
ment for the term of twelve months thereafter.

*Justices to cause*
*such persons to*
*be arrested.*

Sec. 2. If any justice of the peace shall know of his knowledge,
or have reasonable cause to suspect, any person or persons of being
armed with intent to commit a breach of the peace, it shall be the
duty of such justice of the peace, to cause such offender or offenders,
to be arrested and immediately brought before him or some other
justice for examination, and upon its being satisfactorily made to ap-
pear, that such person or persons was armed or about to be armed
with intent to commit a breach of the peace, such justice shall bind
such offender or offenders in bond and security, as specified in the
first section of this act.

*...nds, how*

Sec. 3. The bonds by this act required to be given, shall be made
payable to the chairman of the county court in which the same shall
... cuted, and his successors in office, and shall be filed in the office

Digitized by Google

**Exhibit 11**
**RJN_051**

EXHIBIT 12

Exhibit 12
RJN_052

93887

THE

# REVISED STATUTES

OF THE

## Commonwealth of Massachusetts,

**PASSED NOVEMBER 4, 1835;**

TO WHICH ARE SUBJOINED,

AN ACT IN AMENDMENT THEREOF, AND AN ACT EXPRESSLY TO
REPEAL THE ACTS WHICH ARE CONSOLIDATED THEREIN,

**BOTH PASSED IN FEBRUARY 1836;**

AND TO WHICH ARE PREFIXED,

## THE CONSTITUTIONS

OF THE

### United States and of the Commonwealth of Massachusetts.

PRINTED AND PUBLISHED, BY VIRTUE OF A RESOLVE OF NOV. 3, 1835;

UNDER THE SUPERVISION AND DIRECTION OF

THERON METCALF AND HORACE MANN.



Boston:
PUBLISHED BY DUTTON & WENTWORTH, STATE PRINTERS.
Nos. 10 & 12 Exchange Street.

1836.

Exhibit 12
RJN_053

said, may, on giving the security required, appeal to the court of common pleas, next to be held in the same county, or, in the city of Boston, to the municipal court.

*On appeal, witnesses to recognize.*

SECT. 10.  The magistrate, from whose order an appeal is so taken, shall require such witnesses, as he may think necessary to support the complaint, to recognize for their appearance at the court to which the appeal is made.

*Proceedings on appeal.*

SECT. 11.  The court, before which such appeal is prosecuted, may affirm the order of the justice, or discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum, and for such time, as the court shall think proper, and may also make such order, in relation to the costs of prosecution, as may be deemed just and reasonable.

*Recognizance, when to remain in force.*

SECT. 12.  If any party appealing shall fail to prosecute his appeal, his recognizance shall remain in full force and effect, as to any breach of the condition, without an affirmation of the judgment or order of the magistrate, and shall also stand as a security for any costs, which shall be ordered, by the court appealed to, to be paid by the appellant.

*Persons committed for not recognizing, how discharged.*

SECT. 13.  Any person, committed for not finding sureties, or refusing to recognize, as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security as was required.

*Recognizances to be transmitted to the court.*

SECT. 14.  Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted by the magistrate to the court of common pleas for the county, or, in the city of Boston, to the municipal court, on or before the first day of the next term, and shall be there filed of record by the clerk.

*— when to be required on view of the court or magistrate.*

SECT. 15.  Every person who shall, in the presence of any magistrate mentioned in the first section of this chapter, or before any court of record, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person, who in the presence of such court or magistrate, shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, or being of good behavior, for a term not exceeding three months, and in case of refusal, may be committed, as before directed.

*Persons who go armed may be required to find sureties for the peace, &c. 1794, 26, § 2.*

SECT. 16.  If any person shall go armed with a dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without reasonable cause to fear an assualt or other injury, or violence to his person, or to his family or property, he may, on complaint of any person having reasonable cause to fear an injury, or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

*Court may remit part of penalty. 7 Mass. 397. 1810. 80.*

SECT. 17.  Whenever, upon a suit brought on any such recognizance, the penalty thereof shall be adjudged forfeited, the court may remit such portion of the penalty, on the petition of any defendant, as the circumstances of the case shall render just and reasonable.

*Surety may surrender his*

SECT. 18.  Any surety in a recognizance to keep the peace, or for good behavior, or both, shall have the same authority and right

**Exhibit 12**
**RJN_054**

EXHIBIT 13

Exhibit 13
RJN_055



DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368


AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 13**
**RJN_056**

# L A·W ·S

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A CALLED SESSION,

OF THE

# LEGISLATURE,

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

——————

JACKSON:
PRINTED BY G. R. FALL.
——
1837.

Exhibit 13
RJN_057

rate town or city. any corporate city or town, or any other town or public place, in this state, and shall in such fight use any rifle, shot gun, sword, sword cane, pistol, dirk, bowie knife, dirk knife, or any other deadly weapon; or if any person shall be second or aid in such fight, the persons so offending shall be fined not less than three hundred dollars, and shall be imprisoned not less than three months; and if any person shall be killed in such fight, the person so killing the other may also be prosecuted and convicted as in other cases of murder.

Certain persons compelled to give evidence. § 6. *Be it further enacted*, That if any person shall offend against any of the provisions of this act, such person shall be a competent witness against any other person offending in the same transaction, and may be compelled to appear and give evidence before any justice of the peace, grand jury or court, in the same manner as other witnesses, but the testimony so given shall not be used in any prosecution or proceeding civil or criminal, against the person so testifying.

Duty of grand jurors, justices, &c. § 7. *Be it further enacted*, That it shall be the duty of all grand jurors, justices of the peace, constables, members of boards of county police, sheriffs, and other peace officers, without delay, to give information against, and prosecute every person who shall be guilty of a violation of any of the provisions of this act, and all costs and expenses they may incur on account of the same, shall be paid on conviction, by the defendant, and if he shall be unable to pay the same, or be acquitted, then such cost and expenses shall be paid out of the state treasury.

Survivor in a duel to § 8. *Be it further enacted*, That if any

Exhibit 13
RJN_058

duel shall be fought contrary to the provis- <sup>pay debts of the person he kills.</sup>
ions of this act, or if any person shall be
guilty of fighting in any incorporate town
or city, or any other town or public place
in this state, and the parties or either of
them shall use any rifle, shot gun, sword
cane, pistol, dirk, dirk knife, bowie knife, or
any other deadly weapon, contrary to the
provisions of this act, and either of the par-
ties combatant shall be killed, or shall die
within ninety days of any wound received
in any such duel or fight, the party surviving
shall be, and he is hereby held chargeable
with the payment of the debts of his antag-
onist so killed by him, and the estate of the
party so killed shall be exhonerated from
the payment of such debts, until the surviv-
ing party shall be first duly prosecuted to
insolvency, and the person or persons to
whom the combatant so killed in such duel,
or fight, shall be indebted, may prosecute to
judgment and execution any action of debt
or assumpsit against such surviving party,
which such person could have maintained
against such party so killed, and in his de-
claration it shall be sufficient to set forth in
substance the description of the judgment,
bill, bond, note, assumpsit, or account, by
which the deceased in his life time was in-
debted to the plaintiff, and to aver that the
defendant and the deceased had fought a
duel contrary to the provisions of this act, or
had fought in an incorporated city or town,
or other town or public place in this state,
and had in such fight used a rifle, shot gun,
sword, sword cane, pistol, dirk, dirk knife,
bowie knife, or other deadly weapon, con-
trary to the meaning and intent of this act,
and that in such duel or fight, the defendant
had unlawfully killed the deceased, or had

Exhibit 13
RJN_059

given the deceased, in such duel or fight, a mortal wound, of which, within ninety days the deceased had died, and that in consideration of which the defendant had become bound to pay to the plaintiff the amount of money mentioned in such judgment, bill, bond, note, assumpsit, or account, and upon proving the same, the said plaintiff shall have verdict, judgment, and execution against the defendant, which shall appear to have been justly due, and owing from the deceased to the plaintiff, at the time of the commencement of such suit, any law usage or custom to the contrary notwithstanding.

Penalty for unlawfully using deadly weapons. § 9. *Be it further enacted,* That if any person having, or carrying any dirk, dirk knife, bowie knife, sword, sword cane, or other deadly weapon, shall, in the presence of three or more persons, exhibit the same in a rude, angry and threatening manner, not in necessary self defence, or shall in any manner unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in the circuit or criminal court of the proper county, shall be fined in a sum not exceeding five hundred dollars, and be imprisoned not exceeding three months.

Duty of circuit judges. § 10. *Be it further enacted,* That it shall be the duty of the judges of the circuit courts to give this act in charge to the grand jury at each term of their respective courts, and that this act shall be in force and take effect from and after the fourth day of July, one thousand eight hundred and thirty-seven.

To take effect.

Approved, May 13, 1837.

Exhibit 13
RJN_060

EXHIBIT 14

Exhibit 14
RJN_061



DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368


AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 14**
**RJN_062**

# L A·W ·S

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A CALLED SESSION,

OF THE

# LEGISLATURE,

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

————ᴴᵉ

JACKSON:
PRINTED BY G. R. FALL.

1837.

Exhibit 14
RJN_063

AN ACT to incorporate the town of Sharon, in the
county of Madison, and for other purposes.

§ 1. *Be it enacted by the legislature of the* Town of
Sharon in-
*state of Mississippi,* That the town of Sha- corporated
ron, in the county of Madison be, and the
same is hereby incorporated, and that the
corporate limits of said town shall   u to the
four cardinal points, and form o _ mile and
a half square, to be laid off in such manner,
so that the centre of the town of Sharon, as
at present laid off and surveyed, shall be the
centre of the said corporate limits.

§ 2. *Be it further enacted,* That every free Votes.
white male person having attained the age
of twenty-one years, and shall have resided
within the corporate limits of said town,
four months, and twelve months within this
state next preceding an election, for town offi-
cers, shall be a qualified elector and eligible
to any town office.

§ 3. *Be it further enacted,* That the quali- First elec-
tion.
fied electors of said town, are hereby au-
thorized to hold an election in the town of
Sharon, on the first Wednesday in July
next, between the hours of ten o'clock, A.
M., and four o'clock P. M., for the porpose
of electing five persons, as counsellors, a
justice, treasurer, recorder, and constable,
who shall serve until the first regular annu-
al election, or until their successor shall be
elected, and that the annual election shall be
held in said town, in some suitable house on
or near the public square, on the first Wed-
nesday in January, in each and every year,
between the hours of ten o'clock in the
morning, and four o'clock in the evening,
and that the justice of the peace elected in
pursuance of this act, after being commis-
sioned by the governor, shall by virtue of his

Exhibit 14
RJN_064

294                    LAWS OF MISSISSIPPI.

office, be president of the council, and be
entitled to all the emoluments and immuni-
ties of other magistrates of said county, and
in case of his absence any member of the
council may be called to the chair and exe-
cute the duties of the president *pro tempore.*

General
powers.

§ 4. *Be it further enacted,* That the pre-
sident and counsellors shall be a body cor-
porate and politic of the town of Sharon, by
the name and style of the president and
council of the town of Sharon, and as such
they and their successors in office shall be
capable of suing and being sued, of pleading
and being impleaded, of defending and be-
ing defended, in all manner of suits and ac-
tions either in law or equity, and also re-
ceive donations, give, grant, sell, convey
and contract, and do any and all other such
acts which are incident to bodies corporate
and politic.

By-laws.

§ 5. *Be it further enacted,* That the pre-
sident and council shall have power to pass
all necessary by-laws for the good order and
government of said town, not inconsistent
with the constitution and laws of this state,
or the United States, whereby education and
morality may be promoted, and the retailing
and vending of ardent spirits, gambling and
every species of vice and immorality may be
suppressed, together with the total inhibi-
tion of the odious and savage practice of
wearing dirks, bowie knives, or pistols, and
in their corporate capacity they may inflict
a penalty on any person for a violation of
any such by-laws, not exceeding fifty dollars
for any offence, recoverable with cost before
any justice of the peace for said county, in
the name of the president and council, for
the use and benefit of said town.

Officers.

§ 6. *Be it further enacted,* That the cor-

Exhibit 14
RJN_065

EXHIBIT 15

Exhibit 15
RJN_066



DATE DOWNLOADED: Fri Apr 21 16:52:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1839 384 .

ALWD 7th ed.
, , 1839 384 .

Chicago 17th ed.
"," Mississippi - Adjourned Session : 384-387


AGLC 4th ed.
" Mississippi - Adjourned Session 384

OSCOLA 4th ed.
" 1839 384        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 15**
**RJN_067**

# LAWS

### OF THE

## STATE OF MISSISSIPPI:

## PASSED AT AN ADJOURNED SESSION

### OF THE LEGISLATURE,

##### HELD IN THE

### CITY OF JACKSON,

## FROM JANUARY 7, TO FEBRUARY 16, A. D. 1839.

-------

### JACKSON:

B. D. HOWARD, STATE PRINTER.

........................

1839.

**Exhibit 15**
**RJN_068**

384                    LAWS OF MISSISSIPPI.

## CHAPTER 168.

AN ACT to Incorporate the Town of Emery, in the
County of Holmes.

Incorpora-
tion.

SECTION 1. *Be it enacted, by the Legislature
of the State of Mississippi,* That the town of E-
mery, in the county of Holmes, be, and the

Limits.

same is hereby, incorporated, and that the cor-
porate limits of the said town shall run to the
four cardinal points, and form one mile square,
to be laid off in such manner so that the cen-
tre of the said town, as at present laid off and
surveyed, shall be the centre of the said corpo-
rate limits.

Qualifica-
tions of vo-
tors, &c.

SEC. 2. *And be it further enacted,* That eve-
ry free white male person, having attained the
age of twenty-one years, and having resided in
the state twelve months, and in the corporate
limits of said town four months next preceding
an election for town officers, shall be a quali-
fied elector, and eligible to any town office.

Election of
town-offi-
cers, when.

SEC. 3. *And be it further enacted,* That the
qualified electors of said town are hereby au-
thorized to hold an election in the said town of
Emery, on the first Monday in March next, be-
tween the hours of ten o'clock a. m. and four
o'clock p. m., for the purpose of electing five
persons as aldermen ; also, a mayor, treasurer,

Term of ser-
vice.

recorder, and constable ; who shall serve until
the first regular annual election, or until their

Annual elec-
tions, when
held, &c.

successors are duly elected and qualified ; and
that the annual election shall be held in said
town on the first Wednesday of January in
each and every year, between the hours of ten
o'clock in the morning and four o'clock in the

Exhibit 15
RJN_069

LAWS OF MISSISSIPPI.                385

evening; and that the mayor elected in pursu- Mayor to be
ance of this act shall be commissioned by the ed by gover-
governor as a· justice of the peace; he shall nor. Duties, &c.
preside at each meeting of the board of mayor
and aldermen of said town, and by virtue of his
office shall have power to perform all such du-
ties, and receive like emoluments and immuni-
ties, as are performed and received by other
magistrates in the said county; but in case of In absence
his absence from any meeting of the said board who to pre-
of aldermen, any member thereof may be call- side.
ed to the chair, and execute the duties of the
president, pro tempore.

SEC. 4. *And be it further enacted,* That the Body corpo-
said mayor and aldermen shall be a body cor- litic—name
porate and politic, by the name and style of the and style.
mayor and aldermen of the town of Emery; and,
as such, they and their successors in office shall Privileges,
be capable of sueing and being sued, of plead- liabilities &c
ing and being impleaded, of defending and be-
ing defended, in all manner of suits and actions
either in law or equity; and also receive dona-
tions, purchase, give, grant, sell, convey, and
contract, and do any and all other such acts as
are incident to bodies corporate and politic.

SEC. 5. *And be it further enacted,* That said Powers of
mayor and aldermen shall have power to pass aldermen.
all necessary by-laws for the good order and
government of said town, not inconsistent with
the constitution and laws in this state and the
United States, whereby education and morality
may be promoted, and the retailing and vend-
ing of ardent spirits, gambling, and every spe-
cies of vice and immorality, may be suppress-
ed, together with the total inhibition of the o-
dious and savage practice of wearing dirks and
bowie-knives or pistols; and in their corporate

Exhibit 15
RJN_070

capacity they may inflict a fine or penalty on any person for a violation of any such by-laws, not exceeding fifty dollars for any offence, recoverable, with costs, before any justice of the peace for said county, in the name of said corporation, for the use and benefit of said town.

*State laws, legalizing sale of liquor or gaming, not to apply to town.* And that no law of the state, now in force, or that hereafter may be passed, legalizing either retailing or vending spirituous liquors, or any species of gaming, shall apply in any respect to said corporation; nor shall the said mayor and aldermen have power by any by-laws to authorize any person to sell spirituous liquors either in large or small quantities, or to authorize any species of gaming in said corporation, unless upon petition, signed by at least three-fourths of the citizens of said town.

*Authority not to be given to sell liquor or to game, unless upon petition, &c.*

*District entitled to justice and constable.* Sec. 6. *And be it further enacted,* That the corporate limits of said town of Emery are hereby declared to be a district entitled to a justice of the peace and constable; and the said mayor and constable, when elected and commissioned by the governor, shall each be subject to perform all the duties, and receive all such profits, as are performed and received by other justices of the peace and constables of this state.

*Duties and emoluments*

*Mayor to prescribe duties of treasurer & recorder.* Sec. 7. *And be it further enacted,* That the duties, responsibilities, and compensation, of the treasurer and recorder, shall be prescribed by the said mayor and aldermen.

*Town tax.* Sec. 8. *And be it further enacted,* That for the purposes of revenue, the said mayor and aldermen may tax such property as is liable to taxation under the existing laws of this state: *Provided,* such tax shall not exceed fifty cents on each white poll, fifty cents on each slave,

*Proviso.*

Exhibit 15
RJN_071

LAWS OF MISSISSIPPI.

387

and twelve and one-half cents on every hundred dollars' worth of other personal and real estate, within the limits of said town, in any one year; and the money so raised shall be appropriated, by the said mayor and aldermen, exclusively for the use and benefit of said town.

SEC. 9. *And be it further enacted*, That the citizens of said town, subject to road duties, shall be exempt from such duties beyond its corporate limits; and the said mayor and aldermen may release them from such labor within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year. *Citizens exempt from road duties out of corporation. May be released from working on streets, upon paying equivalent.*

SEC. 10. *And be it further enacted*, That if from any cause the said board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting, at any time, for the purposes of such election, by giving ten days' previous notice, by advertisement set up in said town; and such election shall be as valid as though it had been held on the regular appointed days therefor. *Should b'rd not be constituted, &c. three citizens may call meeting, &c. Validity of election.*

SEC. 11. *And be it further enacted*, That when said board has been organized, the said mayor may call a meeting at any time, by giving five days' notice; that a majority shall constitute a quorum; that in case of a tie, the mayor shall give the casting vote; and that the said board shall have power to fill all vacancies which may occur in their body from one annual election to the next succeeding one. *When board organized, mayor may call meeting. Quorum. Mayor to give casting vote in ties. Board to fill vacancies.*

SEC. 12. *And be it further enacted*, That this act shall take effect and be in force from and after its passage. *When act to take effect.*

Approved, February 15, 1839.

Exhibit 15
RJN_072

EXHIBIT 16

Exhibit 16
RJN_073



DATE DOWNLOADED: Fri Apr 21 18:04:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1840 179 .

ALWD 7th ed.
, , 1840 179 .

Chicago 17th ed.
"," Mississippi - Regular Session : 179-182


AGLC 4th ed.
" Mississippi - Regular Session 179

OSCOLA 4th ed.
" 1840 179        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 16**
**RJN_074**

# LAWS

#### OF THE

# STATE OF MISSISSIPPI,

### PASSED AT A REGULAR SESSION

#### OF THE LEGISLATURE,

##### HELD IN THE

#### CITY OF JACKSON,

### IN THE MONTHS OF JANUARY AND FEBRUARY, A. D. 1840.

### PRINTED BY AUTHORITY.

### JACKSON:
### C. M. PRICE, STATE PRINTER.
::::::::::::
### 1840.

**Exhibit 16**
**RJN_075**

words five years, be, and the same is hereby, repealed.

Sec. 5. *And be it further enacted,* That this act be in force from and after its passage.

Approved February 18th, 1840.

---

## CHAPTER 111.

AN ACT to incorporate the Town of Hernando, in the County of De Soto.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That the town of Hernando, in the county of De Soto, be, and the same is hereby, incorporated and bounded as follows, to wit; The whole of Section thirteen, in township three, and range eight, West, and the West half of Section eighteen, township three, and range seven. West. *Town incorporated. Boundary of town.*

Sec. 2. *Be it further enacted,* That every free white male person, having attained the age of twenty-one years, and having resided in the State twelve months, and in the corporate limits of said town four months next preceding an election for town officers, shall be a qualified elector and eligible to any town office. *Qualifications of Electors.*

Sec. 3. *Be it further enacted,* That the Sheriff of said county, for the time being, is hereby authorized to hold an election in said town of Hernando, on the first Monday in July next, (by giving ten days previous notice,) between the hours of ten o'clock, A. M.; and four o'clock, P. M., for the purpose of electing five persons as aldermen; also, one mayor, treasu- *Duty of Sheriff to hol'd first Election for town officers when, &c.*

Exhibit 16
RJN_076

EXHIBIT 17

**Exhibit 17**
**RJN_077**



DATE DOWNLOADED: Fri Apr 21 19:11:54 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

ALWD 7th ed.
. Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

APA 7th ed.
(1841). Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta,
W.R. Smith, Printers to the State.

Chicago 17th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State.

McGill Guide 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Augusta: W.R. Smith,
Printers to the State., 1841)

AGLC 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (W.R. Smith, Printers
to the State., 1841

MLA 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith,
Printers to the State.             Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**Exhibit 17**
**RJN_078**

THE

# REVISED STATUTES

OF THE

## STATE OF MAINE,

PASSED OCTOBER 22, 1840;

TO WHICH ARE PREFIXED

## THE CONSTITUTIONS

OF THE

## United States and of the State of Maine,

AND TO WHICH ARE SUBJOINED THE OTHER

### PUBLIC LAWS OF 1840 AND 1841,

WITH AN

### APPENDIX.

PRINTED AND PUBLISHED IN COMPLIANCE WITH A RESOLVE OF OCTOBER 22, 1840.

## Augusta:

PUBLISHED BY WILLIAM R. SMITH & Co., PRINTERS TO THE STATE.

1841.

Exhibit 17
RJN_079

refusing to recognize, as required by the court or magistrate, may CHAP. 169.
be discharged by any judge or justice of the peace, on giving such may be taken after commitment.
security, as was required.

SECT. 14. Every recognizance, taken pursuant to the foregoing Return of such provisions, shall be transmitted to the district court, on or before the recognizance.
first day of the next ensuing term, and shall there be filed by the
clerk, as of record.

SECT. 15. Whoever, in the presence of any magistrate, men- When magistioned in the second section of this chapter, or before any court of trate may require sureties,
record, shall make any affray or threaten to kill or beat another, or without a formal complaint,
commit any violence against his person or property, or shall con- &c.
tend, with hot and angry words, to the disturbance of the peace,
may be ordered, without process or any other proof, to recognize
for keeping the peace, or being of the good behavior for a term, not
exceeding three months, and, in case of refusal, may be committed
to prison as before directed.

SECT. 16. Any person, going armed with any dirk, dagger, Persons going armed, without
sword, pistol, or other offensive and dangerous weapon, without a reasonable cause.
reasonable cause to fear an assault on himself, or any of his family 1821, 76, § 1.
or property, may, on the complaint of any person having cause to
fear an injury or breach of the peace, be required to find sureties
for keeping the peace for a term, not exceeding one year, with the
right of appeal as before provided.

SECT. 17. In a suit, on such recognizance taken in a criminal Power of court, to remit the
case, if a forfeiture is found or confessed, the court, on petition, penalty of a recognizance.
may remit the penalty, or such part of it as they may think proper, 1821, 50, § 4.
on such terms as they may think right.

SECT. 18. Any surety in a recognizance may surrender his Sureties on recognizances
principal in the same manner, as if he had been his bail in a civil may surrender their principals
cause, and, on such surrender, shall be discharged from all liability as in case of
for any act of the principal after such surrender, which would be a bail in civil actions.
breach of the recognizance ; and, upon such surrender, the princi- tions.
pal may recognize anew with sufficient surety or sureties for the
residue of the term, before any justice of the peace, and shall
thereupon be discharged.

# CHAPTER 170.

## OF THE POWER AND PROCEEDINGS OF JUSTICES OF THE PEACE IN CRIMINAL CASES.

SECT. 1. Justices may require aid, on view,
without a warrant.
2. Their jurisdiction.
3. When a justice shall issue his warrant.
4. Examination, on trial, of the party accused.
5. Of commitment or binding over to a higher court.

SECT. 6. Duty of justices, as to arrests, and examinations into treasons, felonies, &c.
7. Trial and sentence within their jurisdiction.
8. Respondent may appeal ; but required to recognize.
9. To carry up copies of the case.

Exhibit 17
RJN_080

180                    LAWS OF MISSISSIPPI.

rer, recorder and constable, who shall serve until their successors are duly elected and qualified ; and that the annual election shall be held in said town on the first Monday in July in each and every year, between the hours of ten o'clock in the morning and four o'clock in the evening, and that the mayor

*Mayor to be comm'd. a Justice of the peace.* elected in pursuance of this act shall be commissioned by the Governor as a justice of the peace ; he shall preside at each meeting of the Board of mayor and aldermen of said town, and by virtue of his office shall have power to perform all such duties, and receive like emoluments and immunities as are performed and received by other magistrates in said county ;

*Absence of the mayor at any meeting.* but in case of his absence from any meeting of the said Board of Aldermen, any member thereof may be called to the chair.

Sec. 4. *Be it further enacted,* That the said mayor and aldermen shall be a body corporate

*Name and style in law.* and politic, by the name and style of the mayor and aldermen of the town of Hernando ; and,

*Powers.* as such, they and their successors in office shall be capable of suing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions, either in law or equity, and also receive donations, purchases, give, grant, sell, convey and contract, and do any and all other such acts as are incident to bodies corporate and politic.

Sec. 5. *Be it further enacted,* That said ma-

*Power to pass by-laws, etc.* yor and aldermen shall have power to pass all necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws of this State, and the United States, whereby education and mo-

**Exhibit 17**
**RJN_081**

LAWS OF MISSISSIPPI.    **181**

rality may be promoted, and the retailing and
vending ardent spirits, gambling, and every
species of vice and immorality may be sup-
pressed, together with the exhibition of the
orders and savage practice of wearing dirks
and bowie knives or pistols; and, in their cor- Punish-
porate capacity, they may inflict a fine or pen- fines.
alty on any person for a violation of such by-
laws, not exceeding fifty dollars for any offence,
recoverable, with costs, before their mayor or
any justice of the peace for said county, in the
name of said corporation, for the use and ben-
efit of said town.

Sec. 6. *Be it further enacted,* That the cor- Corporate
porate limits of said town of Hernando are limits.
hereby declared to be a district, entitled to a
justice of the peace and constable; and that Mayor and
said mayor and constable, when elected and Constable
commissioned by the Governor, shall each be missioned.
subject to perform all the duties and receive
all such profits, as are performed and received
by other justices of the peace and constables
of this State.

Sec. 7. *Be it further enacted,* That the du- Treasurer's
ties, responsibilities, and compensation of the compensa-
treasurer and recorder, shall be prescribed by tion.
the said mayor and aldermen.

Sec. 8. *Be it further enacted,* That for the Town rev-
purposes of revenue, the said mayor and alder- to be raised.
men may tax such property as is liable to tax-
ation under the existing laws of this State;
*Provided,* such tax shall not exceed fifty cents Limits of
on each white poll, fifty cents .on each slave, Tax.
and twelve and one half cents on every hun-
dred dollars' worth of personal or real estate Manner of
within the limits of said town, in any one appropria-
year; and the money so raised shall be appro-

15

Exhibit 17
RJN_082

182                    LAWS OF MISSISSIPPI.

priated by the said mayor and aldermen, exclusively, for the use and benefit of said town.

Sec. 9. *Be it further enacted,* That the citizens of said town, subject to road duties beyond its corporate limits, shall be exempt from such duties beyond its corporate limits; and the said mayor and aldermen may release them from such labour within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year.

*Citizens of town exempt from Road duties.*

*Terms of release from labor.*

Sec. 10. *Be it further enacted,* That if from any cause the said Board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting at any time for the purpose of such election, by giving ten days previous notice, by advertisement set up in said town; and such election shall be as valid as though it had been held on the regular appointed days therefor.

*Should the Board from any cause not be organized,— then, three citizens may cause an election to be held.*

Sec. 11. *Be it further enacted,* That when said Board has been organized, the said mayor may call a meeting at any time by giving five days notice; that a majority shall constitute a *quorum;* that in case of a tie, the mayor shall give a casting vote; and that the said Board shall have power to fill all vacancies which may occur in their body, from one annual election to the next succeeding one.

*Mayor may call meetings of the Board.*

Sec. 12. *And be it further enacted,* That all acts and parts of acts coming within the meaning and purview of the provisions of this act, shall be null and void.

*Contravening acts, repealed.*

Approved February 18, 1840.

**Exhibit 17**
**RJN_083**

EXHIBIT 18

Exhibit 18
RJN_084



HEINONLINE

DATE DOWNLOADED: Sun Apr 23 23:57:28 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1845-1870 3 .

ALWD 7th ed.
, , 1845-1870 3 .

Chicago 17th ed.
"," Hawaii - Kingdom of Kamehameha III-V, Regular Sessions : 3-76


AGLC 4th ed.
" Hawaii - Kingdom of Kamehameha III-V, Regular Sessions 3

OSCOLA 4th ed.
" 1845-1870 3        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 18**
**RJN_085**

# AN ACT

## TO PREVENT THE CARRYING OF DEADLY WEAPONS.

WHEREAS, the habit of carrying deadly weapons is dangerous to life and the public peace,

Therefore—

BE IT ENACTED by the *Nobles and Representatives of the Hawaiian Islands in Legislative Council assembled* :

SECTION 1.  Any person not authorized by law, who shall carry, or be found armed with, any bowie-knife, sword-cane, pistol, air-gun, slung-shot or other deadly weapon, shall be liable to a fine of no more than Thirty, and no less than Ten Dollars, or in default of payment of such fine, to imprisonment at hard labor, for a term not exceeding two months and no less than fifteen days, upon conviction of such offense before any District Magistrate, unless good cause be shown for having such dangerous weapons ; and any such person may be immediately arrested without warrant by the Marshal or any Sheriff, Constable or other officer or person and be lodged in prison until he can be taken before such Magistrate.

SECTION 2.  The following persons are hereby declared to be authorized to bear arms, viz :—All persons holding official, military or naval rank either under this government or that of any nation at peace with this Kingdom, when worn for legitimate purposes.

SECTION 3.  This Act shall take effect and become a law on the day of its passage.

Approved this twenty-fifth day of May, A. D., 1852.

KAMEHAMEHA.

KEONI ANA.

Exhibit 18
RJN_086

EXHIBIT 19

**Exhibit 19**
**RJN_087**



# HEINONLINE

DATE DOWNLOADED: Mon Apr 24 11:23:43 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1854 73 .

ALWD 7th ed.
, , 1854 73 .

Chicago 17th ed.
"," Washington - 1st Session : 73-319


AGLC 4th ed.
" Washington - 1st Session 73

OSCOLA 4th ed.
" 1854 73          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**Exhibit 19**
**RJN_088**

years, nor less than one year, and be fined in any sum not exceeding one thousand dollars.

SEC. 27. Every person who shall perpetrate, or attempt to perpetrate, an assault, or an assault and battery, with intent to commit murder, manslaughter, mayhem, rape, robbery, burglary, or kidnapping, shall, on conviction thereof, be imprisoned in the penitentiary not more than fourteen years, nor less than one year ; or be imprisoned in the county jail not more than one year, or less than six months, and be fined in any sum not exceeding one thousand dollars.

SEC. 28. Every person who shall assault and beat another with a cowhide or whip, having with him at the time a pistol, or other deadly weapon, shall on conviction thereof, be imprisoned in the county jail not more than one year, nor less than three months, and be fined in any sum not exceeding one thousand dollars.

SEC. 29. Every person who in a rude, insolent, and angry manner, shall unlawfully touch, strike, beat, or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

SEC. 30. Every person who shall, in a rude, angry, or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife, or other dangerous weapon, shall on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

SEC. 31. Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall on conviction thereof, be imprisoned in the penitentiary not more than ten years, nor less than one year.

SEC. 32. Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully, disable the tongue or eye, or bite the nose, ear or lip, of another, shall be deemed guilty of simple mayhem, and on conviction thereof, shall be imprisoned in the county jail not more than one year, nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

SEC. 33. Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years, nor less than one year, and in prosecutions for such offence, proof of penetration shall be sufficient evidence of the commission thereof.

Digitized from Best Copy Available

Exhibit 19
RJN_089

EXHIBIT 20

**Exhibit 20**
**RJN_090**



# HEINONLINE

DATE DOWNLOADED: Mon Apr 24 11:29:38 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1855 153 .

ALWD 7th ed.
, , 1855 153 .

Chicago 17th ed.
"," California - 6th Session : 153-154


AGLC 4th ed.
" California - 6th Session 153

OSCOLA 4th ed.
" 1855 153        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 20**
**RJN_091**

shall have verdict, judgment and execution against the defendant Verdict.
which shall appear to have been justly due and owing from the deceased to the plaintiff at the time of the commencement of such suit,
any law, usage or custom to the contrary notwithstanding ; *provided,*
also, that any conveyance of, or lien upon property, executed with Proviso.
the intention of avoiding the provisions of this Act, shall be deemed
and held null and void.

SEC. 3.   If any duel shall be fought contrary to the provisions of
this Act, and either of the combatants shall be maimed or wounded, Charges
the charges incurred by such maimed or wounded combatant, together incurred.
with those for the support and maintenance of his family during his
sickness, shall be regarded as debts to be recovered, as provided in
section second of this Act.   And if the party shall die within one
year of any wound received in any such duel or fight, the party sur- In case of
viving shall pay to the heir or heirs of such deceased, the sum of ten death.
thousand dollars, to be recovered as provided in section second, for
the recovery of the debts of the deceased.

SEC. 4.   Any and every person who shall be present at the time
of fighting any duel with deadly weapons, either as second, aid, sur- Witnesses.
geon or spectator, or who shall advise or give assistance to such duel,
shall be a competent witness against any person offending against any
of the provisions of this Act, and may be compelled to appear and
give evidence before any Justice of the Peace, Grand Jury or Court,
in the same manner as other witnesses ; but the testimony so given
shall not be used in any prosecution or proceeding, civil or criminal,
against the person so testifying.

SEC. 5.   Sections forty-one and forty-two of an act entitled An Repeal.
Act concerning Crimes and Punishments, passed April eighteenth,
eighteen hundred and fifty, are hereby repealed.

---

# CHAPTER CXXVIII.

## AN ACT

*Supplementary to and explanatory of an Act entitled an Act to
prohibit Lotteries, Raffles, Gift Enterprises and other Schemes
of a like Character, passed April 10th, 1855.*

[Approved April 27, 1855.]

*The People of the State of California, represented in Senate and
Assembly, do enact as follows :*

SECTION 1.   The Act entitled An Act to prohibit Lotteries, Raf- Hock Farm
fles, Gift Enterprises and other Schemes of a like character, passed scheme.
April tenth, eighteen hundred and fifty-five, shall not be construed or
held to prohibit or render unlawful the scheme or plan now proposed
and maturing for the distribution of the property known as "Hock

Exhibit 20
RJN_092

154                        LAWS OF THE STATE OF CALIFORNIA.

Farm," by sub-divisions, called the "Relief Fund of General John A.
Sutter:" nor any lottery, raffle, gift enterprise or other schemes afore-
said, within the purview of said last mentioned Act, which was com-
menced and in part advanced before the passage thereof.

---

# CHAPTER CXXIX.

## AN ACT

*Concerning Lawful Fences.*

[Approved April 27, 1855.]

*The People of the State of California, represented in Senate and
Assembly do enact as follows:*

**Lawful fences.
Wire fence.**

SECTION 1. Lawful fences are described as follows, viz.: First.
Wire Fence shall be made of post, not less than twelve inches in cir-
cumference, set in the ground not less than eighteen inches, and not
more than eight feet apart, with not less than three horizontal wires,
each one-fourth of an inch in diameter—the first one shall be eighteen
inches from the ground, the other two above this one, at intervals of
one foot between each, all well stretched and securely fastened from
one post to another, with one rail, slat, pole or plank, of suitable size
and strength, securely fastened to the post not less than four a half

**Post and rail
fence.**

feet from the ground. Second. Post and Rail Fence shall be made
of post of the same size and at the same distance apart, and the same
depth in the ground as above, with three rails, slats or planks, of
suitable size and strength, the top one to be four feet and a half from
the ground, the other two at equal distances between the first, and

**Picket fence.**

the ground all securely fastened to the post. Third. Picket Fence
shall be the same height as above, made of pickets, each not less than
six inches in circumference, not more than six inches apart, driven in
the ground not less than ten inches, all well secured at the top by

**Ditch and pole
fence.**

slats or caps. Fourth. Ditch and Pole Fence shall be made of a
ditch not less than four feet wide on top, and three feet deep, em-
bankment thrown upon the inside of the ditch, with substantial posts
set in the embankment not more than eight feet apart, and a plank,
pole, rail or slat securely fastened to said posts, at least five feet high

**Pole fence.**

from the bottom of the ditch. Fifth. Pole Fence shall be four and a
half feet high, with stakes not less than three inches in diameter, set
in the ground not less than eighteen inches, and where the stakes are
placed seven feet apart, there shall be not less than six horizontal
poles well secured to the stakes; if the stakes are six feet apart, five
poles; if three or four feet, four poles; if two feet apart, three poles,
and the stakes need not be less than two inches in diameter; if one
foot apart, one pole, and stakes need not be more than two inches in

**Exhibit 20
RJN_093**

EXHIBIT 21

**Exhibit 21**
**RJN_094**





DATE DOWNLOADED: Wed Oct 11 16:15:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William B. Webb. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (1868).

ALWD 7th ed.
Webb, William B. Ls of the Corporation of the City of Washington, Digested & Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (1868).

APA 7th ed.
Webb, W. (1868). Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.

Chicago 17th ed.
Webb William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.

McGill Guide 9th ed.
William B. Webb, Ls of the Corporation of the City of Washington, Digested & Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (Washington: Printed by R.A. Waters., 1868)

AGLC 4th ed.
William B. Webb, Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils (Printed by R.A. Waters., 1868

MLA 9th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters. HeinOnline.

OSCOLA 4th ed.
Webb, William B. Laws of the Corporation of the City of Washington, Digested and Arranged, under Appropriate Heads in Accordance with a Joint Resolution of the City Councils. Washington, Printed by R.A. Waters.        Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
*https://heinonline.org/HOL/License*

Exhibit 21
RJN_095

Same, § 8.     necessary, a clerk, whose pay shall be at the rate of
ninety dollars per month while so employed, payable
out of the Water Fund.

> NOTE.—By an ordinance approved August 19, 1859, or about that
> time, the Mayor was " authorized to purchase for the use of the
> Corporation, as a place of deposit and safe keeping for the materials
> used for the distribution of Potomac water throughout the city, the
> eastern half of lot 5, in square 382." This is the lot upon which the
> Central Guard House is erected; and in the same ordinance there is a
> provision for the erection of this building, with a room on its first
> floor for the Water Purveyor, in which to receive, inspect, and test
> materials, &c. There is no longer such an officer as the Water Pur-
> veyor, nor does the compiler of this Digest know to what extent
> either the Guard House or the pipe-yard are now used for the pur-
> poses of this ordinance; but it is thought proper to insert this infor-
> mation here in connection with the subject of the Potomac water.

---

## WEAPONS, (DANGEROUS.)

Unlawful to
carry concealed
weapons.

Act of Nov. 18,
1858,

Penalty.

1. It shall not be lawful for any person or persons to
carry or have concealed about their persons any deadly
or dangerous weapons, such as dagger, pistol, bowie
knife, dirk knife, or dirk, colt, slungshot, or brass or
other metal knuckles within the City of Washington;
and any person or persons who shall be duly convicted
of so carrying or having concealed about their persons
any such weapon shall forfeit and pay upon such con-
viction not less than twenty dollars nor more than fifty
dollars; which fines shall be prosecuted and recovered
in the same manner as other penalties and forfeitures
accruing to the city are sued for and recovered: *Pro-
vided*, That the Police officers when on duty shall be
exempt from such penalties and forfeitures.

**Exhibit 21**
**RJN_096**

EXHIBIT 22

**Exhibit 22**
**RJN_097**



DATE DOWNLOADED: Wed Apr 26 12:25:31 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1859 106 .

ALWD 7th ed.
, , 1859 106 .

Chicago 17th ed.
"," Washington - 7th Regular Session : 106-110


AGLC 4th ed.
" Washington - 7th Regular Session 106

OSCOLA 4th ed.
" 1859 106        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 22**
**RJN_098**

Case 2:11-cv-09916-SSS-KES   Document 208-1   Filed 07/24/24   Page 93 of 131
Page ID #:3455

weapon, shall, on conviction thereof, be imprisoned in the county jail not more than one year nor less than three months, and be fined in any sum not exceeding one thousand dollars.

SEC. 29. Every person who in a rude, insolent and angry manner, shall unlawfully touch, strike, beat or wound another, shall be deemed guilty of an assault and battery, and upon conviction thereof, shall be fined in any sum not exceeding one thousand dollars, to which may be added imprisonment not exceeding six months in the county jail.

SEC. 30. Every person who shall, in a rude, angry or threatening manner, in a crowd of two or more persons, exhibit any pistol, bowie knife or other dangerous weapon, shall, on conviction thereof, be imprisoned in the county jail not exceeding one year, and be fined in any sum not exceeding five hundred dollars.

SEC. 31. Every person who shall attempt to commit the crime of murder by drowning or strangling another person, or by any means not constituting an assault with intent to commit murder, shall, on conviction thereof, be imprisoned in the penitentiary not more than ten years nor less than one year.

SEC. 32. Every person who shall violently and unlawfully deprive another of the use of any bodily member, or who shall unlawfully and wilfully disable the tongue or eye, or bite the nose, ear or lip of another, shall be deemed guilty of simple mayhem, and, on conviction thereof, shall be imprisoned in the county jail not more than one year nor less than one month, and be fined in any sum not exceeding two thousand dollars, or fined only.

SEC. 33. Every person who shall unlawfully have carnal knowledge of a woman against her will, or of a female child under twelve years of age, shall be deemed guilty of a rape, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than thirty years nor less than one year, and in prosecutions for such offense, proof of penetration shall be sufficient evidence of the commission thereof.

SEC. 34. Every person who shall forcibly and feloniously take from the person of another any article of value, by violence or putting in fear, shall be deemed guilty of robbery, and, upon conviction thereof, shall be imprisoned in the penitentiary not more than fourteen years nor less than two years, and be fined in any sum not exceeding one thousand dollars.

SEC. 35. Every person who shall steal and take, or forcibly and unlawfully arrest any person, and convey such person to parts without the territory of Washington, or aid or abet therein, or who shall forcibly and unlawfully take or assist, or aid or abet, in forcibly and unlawfully taking or arresting any person, with intent to take such person to parts without

**Exhibit 22**
**RJN_099**

EXHIBIT 23

**Exhibit 23**
**RJN_100**

**96**                    CRIMES AND PUNISHMENTS.

# AMENDMENTS.

AN ACT to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the Territory.

SECTION 1. That any person in this Territory, having, carrying or procuring from another person, any dirk, dirk knife, bowie knife, pistol, gun or other deadly weapon, who shall, in the presence of two or more persons, draw or exhibit any of said deadly weapons in a rude, angry or threatening manner, not in necessary self-defense, or who shall, in any manner, unlawfully use the same in any fight or quarrel, the person or persons so offending, upon conviction thereof in any criminal court in any county of this Territory, shall be fined in any sum not less than one hundred nor more than five hundred dollars, or imprisonment in the county jail not less than one nor more than six months, in the discretion of the court, or both such fine and imprisonment, together with the cost of prosecution.

SEC. 2. That any person or persons having or carrying any pistol or gun who shall, in the public streets or highways, discharge the same indiscriminately, thereby disturbing the peace and quiet, and endangering the lives of the inhabitants of any town or neighborhood in this Territory, such person or persons, upon conviction thereof, before any justice of the peace in the county where such offense may be committed, shall be fined in any sum not less than ten nor more than fifty dollars, and imprisonment in the county jail not less than two nor more than ten days, in the discretion of the justice of the peace, together with the cost of prosecution.

SEC. 3. It shall be the duty of all sheriffs, deputy sheriffs, constables and all peace officers and private citizens to see that the provisions of section second of this act are enforced, by informing on all persons violating its provisions, by having them arrested and brought before the proper officer for trial and punishment.

SEC. 4. It is hereby made the duty of all civil and peace officers in this Territory to be diligent in carrying into effect the provisions of section one of this act, as well also as all grand juries or grand jurors, to inquire into and make presentment of each and every offense against the provisions of said section one of this act which shall come within their knowledge. And it is also made the duty of all judges in this Territory to give said section one in charge of the grand juries at each term of their respective courts.

SEC. 5. This act shall take effect and be in force from and after its passage.

APPROVED September 30, 1867.

Google

**Exhibit 23**
**RJN_101**

EXHIBIT 24

Exhibit 24
RJN_102



HEINONLINE

DATE DOWNLOADED: Mon May  8 19:30:58 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D. Code of Alabama 1876 (1877).

ALWD 7th ed.
Keyes, Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876 (1877).

APA 7th ed.
Keyes, W. (1877). Code of Alabama 1876. Montgomery, Barrett & Brown, printers for the
State.

Chicago 17th ed.
Keyes Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876. Montgomery,
Barrett & Brown, printers for the State.

McGill Guide 9th ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D., Code of Alabama 1876 (Montgomery:
Barrett & Brown, printers for the State., 1877)

AGLC 4th ed.
Wade; Wood Keyes, Fern M.; Roquemore, John D., Code of Alabama 1876 (Barrett & Brown,
printers for the State., 1877

MLA 9th ed.
Keyes, Wade, et al. Code of Alabama 1876. Montgomery, Barrett & Brown, printers for
the State. HeinOnline.

OSCOLA 4th ed.
Keyes, Wade; Wood, Fern M.; Roquemore, John D. Code of Alabama 1876. Montgomery,
Barrett & Brown, printers for the State.                Please note: citations are
provided as a general guideline. Users should consult their preferred citation
format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 24**
**RJN_103**

# THE

# CODE OF ALABAMA.

## 1876.

PREPARED BY

WADE KEYES AND FERN. M. WOOD;

—AND—

JOHN D. ROQUEMORE, Successor to Fern. M. Wood.

WITH REFERENCES TO THE DECISIONS OF THE SUPREME COURT OF THE STATE
UPON THE CONSTRUCTION OF THE STATUTES; AND IN WHICH THE
GENERAL AND PERMANENT ACTS OF THE SESSION OF
1876-7 HAVE BEEN INCORPORATED.

MONTGOMERY, ALA.:
BARRETT & BROWN, PRINTERS FOR THE STATE.
1877.

Exhibit 24
RJN_104

§ 4110. *Carrying, concealed, brass knuckles and slung-shots.*—*b* Any [b April 8, 1873, p. 130.] person who carries, concealed about his person, brass knuckles, slung-shot, or other weapon of like kind or description, shall, on conviction thereof, be fined not less than twenty, nor more than two hundred dollars, and may also, at the discretion of the court trying the case, be imprisoned in the county jail, or sentenced to hard labor for the county, for a term not exceeding six months.

§ 4111. *Carrying rifle or shot-gun walking canes.*—*c* Any person [c Aug. 5, 1868, p. 11.] who shall carry a rifle or shot-gun walking cane, shall, upon conviction, be fined not less than five hundred dollars, nor more than one thousand dollars, and be imprisoned in the penitentiary not less than two years.

---

# CHAPTER 4.

## OFFENSES AGAINST PUBLIC JUSTICE, AND OFFICIAL DUTY.

§ 4112 (3557). *Perjury on trial for felony.*—Any person who, willfully and corruptly, swears or affirms falsely, in regard to any material matter or thing, on the trial of any person under an indictment for felony, must, on conviction, be imprisoned in the penitentiary, or sentenced to hard labor for the county, for not less than three, nor more than twenty years.(1)

§ 4113 (3558). *Perjury in other cases.*—Any person who, willfully and corruptly, swears or affirms falsely, in regard to any material matter or thing, upon any oath or affirmation authorized by law, (except on the trial of any person under an indictment for a felony,) must, on conviction, be imprisoned in the penitentiary, or sentenced to hard labor for the county, for not less than two, nor more than five years.(1)

§ 4114 (3559). *Subornation of perjury.*—Any person who corruptly procures another to commit the crime of perjury, as defined in the last two preceding sections, must be punished in the same manner and degree that the person suborned was liable to be punished.

§ 4115. *Perjury by retailer.*—*a* Any person who, having taken the [a March 7, 1876, p. 227, sec. 3.] oath required by section 1545 of this Code, to obtain a license to sell vinous or spirituous liquors, shall violate the same, shall be deemed guilty of perjury, and, on conviction, must be punished as prescribed in the second preceding section.

§ 4116 (3560). *Bribery of executive, legislative or judicial officer.*—Any person who corruptly offers, promises or gives to any executive, legislative or judicial officer, after his election or appointment, either before or after he has been qualified, any gift, gratuity or thing of value, with intent to influence his act, vote, opinion, decision or judgment, on any cause, matter or proceeding which may be then pending, or which may be by law brought before him in

---

1. To constitute perjury in swearing as to belief, it must appear that defendant knew to contrary of what he swore.—3 Ala. 602. False affidavit to petition for *habeas corpus*, and for writ of attachment; advice of attorney competent to show want of corruption.—44 Ib. 17, 81. Form of indictment in Code for perjury, sufficient.—47 Ib. 47. In perjury for false swearing in a case, record of case must be produced; when secondary evidence allowable.—6 Ib. 324.

**Exhibit 24**
**RJN_105**

EXHIBIT 25

Exhibit 25
RJN_106




DATE DOWNLOADED: Mon May  8 19:10:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
James F. McClellan, Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive (1881).

ALWD 7th ed.
McClellan, James F., Compiler. Digest of the Ls of the State of Florida, from the
Year One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous&
Eight Hundred & Eighty-One Inclusive (1881).

APA 7th ed.
McClellan, J. (1881). Digest of the Laws of the State of Florida, from the Year One
Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand
Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the Floridian
Book and job Office.

Chicago 17th ed.
McClellan James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office.

McGill Guide 9th ed.
James F. McClellan, Compiler, Digest of the Ls of the State of Florida, from the Year
One Thous& Eight Hundred & Twenty-Two, to the Eleventh Day of March, One Thous& Eight
Hundred & Eighty-One Inclusive (Tallahassee, Fla: Printed at the Floridian Book and
job Office., 1881)

AGLC 4th ed.
James F. McClellan, Compiler, Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive (Printed at the Floridian Book and
job Office., 1881

MLA 9th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office. HeinOnline.

OSCOLA 4th ed.
McClellan, James F., Compiler. Digest of the Laws of the State of Florida, from the
Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One
Thousand Eight Hundred and Eighty-One Inclusive. Tallahassee, Fla, Printed at the
Floridian Book and job Office.          Please note: citations are provided as a

**Exhibit 25
RJN_107**

# DIGEST

OF THE

## LAWS OF THE STATE OF FLORIDA,

### FROM THE YEAR

ONE THOUSAND EIGHT HUNDRED AND TWENTY-TWO.

TO THE

ELEVENTH DAY OF MARCH, ONE THOUSAND EIGHT HUN-
DRED AND EIGHTY-ONE, INCLUSIVE.

COMPILED BY

JAMES F. McCLELLAN,

OF THE MARIANNA BAR.

TALLAHASSEE, FLA.:
PRINTED AT THE FLORIDIAN BOOK AND JOB OFFICE.

1881.

**Exhibit 25**
**RJN_108**

struction or injury, and to procure the conviction of the offend-
ers. (*d*)

SEC. 10. A city or town, which pays any sum under the pro- May recover
visions of the preceding section, may recover the same against of rioters.
any or all of the persons who destroyed or injured such prop-
erty. (*d*)

SEC. 11. Whoever, whenever arrested upon a warrant of a Persons en-
magistrate issued against him for an alleged offence against gaged in breach
the laws of this State, and whoever when arrested by a sheriff, having weapons
deputy sheriff, constable, police officer, or watchman, while
committing a criminal offence against the laws of this State,
or a breach or disturbance of the public peace, is armed with,
or has on his person, slung shot, metallic knuckles, billies or
other dangerous weapon, shall be punished by fine not exceed-
ing fifty dollars, and by imprisonment in the county jail not
exceeding one year. (*d*)

SEC. 12. Whoever manufactures, or causes to be manufac- Sellers of
tured, or sells, or exposes for sale, any instrument or weapon slung-shot.
of the kind usually known as slung shot, or metallic knuckles,
shall be punished by fine not less than fifty dollars, or by im-
prisonment in the county jail not exceeding six months. (*d*)

SEC. 13. Whoever shall carry arms of any kind whatever, Carrying
secretly, on or about their person, or whoever shall have about secret arms.
or on their person any dirk, pistol or other arm or weapon, ex-
cept a common pocket-knife, upon conviction thereof shall be 12 Fla., 135.
fined in a sum not exceeding one hundred dollars, or impris-
oned in the county jail not exceeding six months. (*d*)

SEC. 14. Any person convicted of the publication of a libel Libel.
shall be punished by imprisonment in the county jail not ex-
ceeding one year, or by fine not exceeding one thousand dol-
lars, or by both such fine and imprisonment. (*d*)

---

# CHAPTER 71.

## CRIMES—MISDEMEANORS—OFFENCES AGAINST PUBLIC POLICY.

1. Penalties for lotteries.

2. Penalties for owner of build-
ing to allow lotteries to be sold
therein, or to let money be won by
throwing dice.

3. Penalty for selling lottery
tickets.

4. Penalty for second offence.

5. All lottery prizes to be for-
feited.

6. Penalty for keeping gaming
houses and tables.

7. Penalty for telegraph opera-
tors to disclose messages.

8. Penalty for unfair practice in
sale of land.

9. Penalty for selling by false
weights.

10. Common cheat defined, and
penalty for being.

(*d*) Secs. 8, 9, 10, 11, 14 and 15, Sub-Chap. 7, Chap. 1637, Act of Aug. 6, 1868.

Exhibit 25
RJN_109

# EXHIBIT 26

**Exhibit 26**
**RJN_110**

378     . CRIMES AND PUNISHMENTS.     [CH. 31.

family, shall be deemed a vagrant, and, upon conviction thereof, may be fined in any sum not exceeding five hundred dollars, or by imprisonment in the county jail not exceeding one year.

**County commissioners to regulate working of vagrants.**

SEC. 281. The board of county commissioners shall make such regulations for the working of vagrants as will keep them as nearly as possible in constant employment.

**Carrying deadly weapon.**

SEC. 282. Any person who is not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the government of the United States, who shall be found within the limits of this state, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon, shall be subject to arrest upon charge of misdemeanor, and upon conviction, shall be fined in a sum not exceeding one hundred dollars, or by imprisonment in the county jail not exceeding three months, or both, at the discretion of the court.

---

## ARTICLE X.

### General provisions.

§ 283. Attempting to commit offenses.

284. Person shall not be convicted, when.

285. Stealing in another state and bringing stolen articles into this state.

286. Defendant may plead former conviction or acquittal.

287. Principals in the second degree and accessories before the fact.

288. Accessories after the fact.

289. Committing second offense.

290. Convicts in other states liable to punishment for second conviction.

291. Imprisonment may be for lifetime, when; never less than one year.

292. No fine to be imposed when prisoner is sentenced to confinement and hard labor.

293. Punishment limited.

294. Misdemeanor, how punished when no other punishment is provided.

295. Fine may be imposed, when.

296. Acquittal a bar to prosecution for the same offense, and every degree thereof.

297. When defendant may be tried again.

298. Acquittal may be pleaded in bar, when.

299. Person under sixteen years of age convicted of felony.

300. Civil rights suspended during imprisonment.

301. Convict under protection of the law.

302. Conviction shall not work corruption of blood, or forfeiture.

303. Person convicted of felony shall be disqualified from holding office, &c.

304. How disabilities may be removed.

305. Convict within the age of sixteen years shall have civil rights restored, in what case.

306. Civil action not merged in a felony.

307. Fines, penalties, &c., recovered by indictment.

308. Jurisdiction of district courts.

309. The term "infamous crime," how construed.

310. The terms "crime," "offense" and "criminal offense."

311. The term "personal property."

312. The terms "real property," or "real estate," include what.

313. The term "property" includes what.

314. The term "person," how construed.

315. What shall be sufficient intent.

**Attempting to commit offenses.**

SEC. 283. Every person who shall attempt to commit an offense prohibited by law, and in such attempt shall do any act toward the commission of such offense, but shall

Digitized by Google

Exhibit 26
RJN_111

EXHIBIT 27

Exhibit 27
RJN_112

# HEINONLINE



DATE DOWNLOADED: Mon May 15 12:52:05 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1849-1850 229 .

ALWD 7th ed.
, , 1849-1850 229 .

Chicago 17th ed.
"," California - 1st Session : 229-247

AGLC 4th ed.
" California - 1st Session 229

OSCOLA 4th ed.
" 1849-1850 229          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 27**
**RJN_113**

244                          LAWS OF THE STATE OF CALIFORNIA.

**Libel defined, and punishment therefor.**

§ 120. A libel is a malicious defamation, expressed either by printing or by signs or pictures or the like, tending to blacken the memory of one who is dead, or to impeach the honesty, integrity, virtue, or reputation, or publish the natural defects of one who is alive, and thereby to expose him or her to public hatred, contempt, or ridicule : every person, whether the writer or the publisher, convicted of the offence, shall be fined in a sum not exceeding five thousand dollars, or imprisonment in the county jail not exceeding one year. In all prosecutions for libel, the truth may be given in evidence to the jury, and if it shall appear to the jury that the matter charged as libellous is true, and was published with good motives, and for justifiable ends, the party shall be acquitted, and the jury shall have the right to determine the law and the fact.

**Truth of libel may be given in evidence.**

### ELEVENTH DIVISION.

OFFENCES AGAINST PUBLIC MORALITY, HEALTH, AND POLICE.

**Bigamy defined, and punishment therefor prescribed.**

§ 121. Bigamy consists in the having of two wives or two husbands at one and the same time, knowing that the former husband or wife is still alive. If any person or persons within this State, being married, or who shall hereafter marry, do at any time marry any person or persons, the former husband or wife being alive, the person so offending shall, on conviction thereof, be punished by fine not exceeding one thousand dollars, and be imprisoned in the County Jail not more than two years. It shall not be necessary to prove either of the said marriages by the register or certificate thereof, or other record evidence, but the same may be proved by such evidence as is admissible to prove a marriage in other cases, and when such second marriage shall have taken place without this State, cohabitation in this State, after such second marriage, shall be deemed the commission of the crime of bigamy. Nothing herein contained shall extend to any person or persons whose husband or wife shall have been continually absent from such person or persons for the space of five years together, prior to the said second marriage, and he or she not knowing such husband or wife to be living within that time. Also, nothing herein contained shall extend to any person that is, or shall be at the time of such second marriage, divorced by lawful authority from the bonds of such former marriage, or to any person where the former marriage hath been, by lawful authority, declared void.

**To what cases not to apply.**

**Knowingly marrying a married person.**

§ 122. If any man or woman, being unmarried, shall knowingly marry the husband or wife of another, such man or woman shall, on conviction, be fined not less than one thousand dollars, or imprisoned in the County Jail not more than two years.

**Incestuous marriage or adultery.**

§ 123. Persons being within the degrees of consanguinity, within which marriages are declared by law to be incestuous and void, who shall intermarry with each other, or who shall commit fornication or adultery with each other, shall, on conviction, be punished by imprisonment in the State Prison not exceeding ten years.

**Obstructing or injuring public highway or navigable stream.**

§ 124. If any person shall obstruct or injure, or cause or procure to be obstructed or injured, any public road or highway, or common street or alley of any city, town, or village, or any public bridge or causeway, or public river or stream declared navigable by law, or shall continue such obstruction so as to render the same inconvenient or dangerous to pass, or shall erect or establish any offensive trade, manufacture, or business, or continue the same after it has been erected or established, or shall in any wise pollute or obstruct any water course, lake, pond, marsh, or common sewer, or continue such obstruction or pollution so as to render the same offensive or unwholesome to the county, city, town, village, or neighborhood thereabouts : every person so offending shall, upon conviction, be fined not exceeding one thousand dollars ; and every such nuisance may, by order of the Court before whom the conviction may take place, or of the District Court, be removed and abated by the Sheriff of the County.

**Selling unwholesome provisions.**

§ 125. If any person or persons shall knowingly sell any flesh of any diseased animal, or other unwholesome provisions, or any poisonous or adulterated drink or liquors, every person so offending shall be fined not more than five hundred dollars, or imprisoned in the County Jail not more than six months.

**Exhibit 27**
**RJN_114**

§ 126. If any person shall intentionally deface, obliterate, tear down or destroy, in whole or in part, any copy or transcript, or extract from or of any law of the United States, or of this State, or any proclamation, advertisement, or notification, set up at any place in this State by authority of any law of the United States or of this State, or by order of any Court, such person, on conviction, shall be fined not more than one hundred dollars nor less than twenty dollars, or be imprisoned in the County Jail not more than one month : *Provided*, that this section shall not extend to defacing, tearing down, obliterating, or destroying any law, proclamation, publication, notification, advertisement, or order, after the time for which the same was by law to remain set up shall have expired. *(Defacing or tearing down any proclamation, &c.)*

§ 127. If any person shall be found having upon him or her any picklock, crow, key, bitt, or other instrument or tool, with intent feloniously to break and enter into any dwelling house, store, shop, warehouse, or other building containing valuable property, or shall be found in any of the aforesaid buildings with intent to steal any money, goods, and chattels, every person so offending shall, on conviction thereof, be imprisoned in the County Jail not more than two years; and if any person shall have upon him any pistol, gun, knife, dirk, bludgeon, or other offensive weapon, with intent to assault any person, every such person, on conviction, shall be fined not more than one hundred dollars or imprisoned in the County Jail not more than three months. *(Having possession of any instrument with intent to commit a burglary, &c.)*

§ 128. Every male person above eighteen years of age who shall neglect or refuse to join the *posse comitatus* or power of the county, by neglecting or refusing to aid and assist in taking or arresting any person or persons against whom there may be issued any process, or by neglecting to aid and assist in retaking any person or persons who, after being arrested or confined, may have escaped from such arrest or imprisonment, or by neglecting or refusing to aid and assist in preventing any breach of the peace, or the commission of any criminal offence, being thereto lawfully required by any Sheriff, Deputy Sheriff, Coroner, Constable, Judge, or Justice of the Peace, or other officer concerned in the administration of justice, shall, upon conviction, be fined in any sum not less than fifty nor more than one thousand dollars. *(Refusing to join the posse comitatus, &c.)*

## TWELFTH DIVISION.

### OFFENCES COMMITTED BY CHEATS, SWINDLERS, AND OTHER FRAUDULENT PERSONS.

§ 129. All and every person who shall be a party to any fraudulent conveyance of any lands, tenements or hereditaments, goods or chattels, or any right or interest issuing out of the same, or to any bond, suit, judgment or execution, contract or conveyance had, made, or contrived with intent to deceive and defraud others, or to defeat, hinder, or delay creditors or others of their just debts, damages, or demands ; or who, being parties as aforesaid, at any time shall wittingly and willingly put in, use, avow, maintain, justify, or defend the same or any of them as true and done, had or made in good faith, or upon good consideration, or shall alien, assign, or sell any of the lands, tenements, hereditaments, goods, chattels, or other things before mentioned, to him, her, or them conveyed as aforesaid, or any part thereof, he, she, or they so offending shall, on conviction, be fined in any sum not exceeding one thousand dollars. *(Fraudulent conveyances to hinder or defraud creditors.)*

§ 130. If any person, by false representations of his own wealth or mercantile correspondence and connexions, shall obtain a credit thereby, and defraud any person or persons of money, goods, chattels, or any valuable thing ; or if any person shall cause or procure others to report falsely of his wealth or mercantile character, and by thus imposing upon any person or persons obtain credit and thereby fraudulently get into the possession of goods, wares, or merchandise, or any valuable thing, every such offender shall be deemed a swindler, and on conviction, shall be sentenced to return the property so fraudulently obtained, if it can be done, and shall be fined not exceeding one thousand dollars and imprisoned in the County Jail not more than six months. *(Obtaining credit or defrauding by false representations.)*

§ 131. If any person or persons shall knowingly and designedly, by any false pretence or pretences, obtain from any other person or persons any chose in action, money, goods, wares, chattels, effects, or other valuable thing, with intent to cheat or defraud any such person or persons of the same, every person *(Obtaining money or goods, &c., by false pretences.)*

Exhibit 27
RJN_115

EXHIBIT 28

**Exhibit 28**
**RJN_116**





DATE DOWNLOADED: Sun Apr 23 23:29:37 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of
California: Containing All the Acts of Legislature of a Public and General Nature,
Now in Force, Passed at the Sessions of 1850-51-52-53 (1853).

ALWD 7th ed.
Garfielde, S., Compiler; Snyder, F. A., Compiler. Compiled Ls of the State of
California: Containing All the Acts of Legislature of a Public & General Nature, Now
in Force, Passed at the Sessions of 1850-51-52-53 (1853).

APA 7th ed.
Garfielde, S. (1853). Compiled Laws of the State of California: Containing All the
Acts of Legislature of Public and General Nature, Now in Force, Passed at the
Sessions of 1850-51-52-53. Benicia, Published by S. Garfielde.

Chicago 17th ed.
Garfielde S., Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of
California: Containing All the Acts of Legislature of a Public and General Nature,
Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S.
Garfielde.

McGill Guide 9th ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler, Compiled Ls of the State of
California: Containing All the Acts of Legislature of a Public & General Nature, Now
in Force, Passed at the Sessions of 1850-51-52-53 (Benicia: Published by S.
Garfielde., 1853)

AGLC 4th ed.
S. Garfielde, Compiler; Snyder, F. A., Compiler, Compiled Laws of the State of
California: Containing All the Acts of Legislature of a Public and General Nature,
Now in Force, Passed at the Sessions of 1850-51-52-53 (Published by S. Garfielde.,
1853

MLA 9th ed.
Garfielde, S., Compiler, and F. A. Snyder, Compiler. Compiled Laws of the State of
California: Containing All the Acts of Legislature of a Public and General Nature,
Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S.
Garfielde. HeinOnline.

OSCOLA 4th ed.
Garfielde, S., Compiler; Snyder, F. A., Compiler. Compiled Laws of the State of
California: Containing All the Acts of Legislature of a Public and General Nature,
Now in Force, Passed at the Sessions of 1850-51-52-53. Benicia, Published by S.
Garfielde.          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper

Exhibit 28
RJN_117

662                    COMPILED LAWS OF CALIFORNIA.

exertions to     tion on the part of any two persons to fight with any deadly weapon
prevent duel.    or weapons, and such officer shall not use and exert his official author-
                 ity to arrest the parties and prevent the duel, every such officer shall
                 be fined in a sum not exceeding one thousand dollars.

Libel defined,        SEC. 120. A libel is a malicious defamation, expressed either by
and punishment
therefor.        printing or by signs or pictures or the like, tending to blacken the
                 memory of one who is dead, or to impeach the honesty, integrity, vir-
                 tue, or reputation, or publish the natural defects of one who is alive,
                 and thereby to expose him or her to public hatred, contempt, or ridi-
                 cule: every person, whether the writer or publisher, convicted of the
                 offence, shall be fined in a sum not exceeding five thousand dollars,
                 or imprisonment in the county jail not exceeding one year.  In all
Truth of libel   prosecutions for libel, the truth may be given in evidence to the jury,
may be given
in evidence.     and if it shall appear to the jury that the matter charged as libellous
                 is true, and was published with good motives, and for justifiable ends,
                 the party shall be acquitted, and the jury shall have the right to de-
                 termine the law and the fact.


                              ELEVENTH DIVISION.

                 OFFENCES AGAINST PUBLIC MORALITY, HEALTH, AND POLICE.

Bigamy defined,       SECTION 121. Bigamy consists in the having of two wives or two
and punishment
therefor         husbands at one and the same time, knowing that the former husband
prescribed.      or wife is still alive.  If any person or persons within this state, be-
                 ing married, or who shall hereafter marry, do at any time marry any
                 person or persons, the former husband or wife being alive, the person
                 so offending shall, on conviction thereof, be punished by fine not
                 exceeding one thousand dollars, and be imprisoned in the county jail
                 not more than two years.  It shall not be necessary to prove either of
                 the said marriages by the register or certificate thereof, or other record
                 evidence, but the same may be proved by such evidence as is admissi-
                 ble to prove a marriage in other cases, and when such second mar-
                 riage shall have taken place without this state, cohabitation in this
                 state, after such second marriage, shall be deemed the commission of
To what cases    the crime of bigamy.  Nothing herein contained shall extend to any
not to apply.    person or persons whose husband or wife shall have been continually
                 absent from such person or persons for the space of five years togeth-
                 er, prior to the said second marriage, and he or she not knowing
                 such husband or wife to be living within that time.  Also, nothing
                 herein contained shall extend to any person that is, or shall be at
                 the time of such second marriage, divorced by lawful authority from
                 the bonds of such former marriage, or to any person where the form-
                 er marriage hath been, by lawful authority, declared void.

Exhibit 28
RJN_118

## COMPILED LAWS OF CALIFORNIA.                    663

SEC. 122. If any man or woman, being unmarried, shall knowing- ly marry the husband or wife of another, such man or woman shall, on conviction, be fined not less than one thousand dollars, or imprisoned in the county jail not more than two years. *Knowingly marrying a married person.*

SEC. 123. Persons being within the degrees of consanguinity, within which marriages are declared by law to be incestuous and void, who shall intermarry with each other, or who shall commit fornication or adultery with each other, shall, on conviction, be punished by imprisonment in the state prison not exceeding ten years. *Incestuous marriage or adultery.*

SEC. 124. If any person shall obstruct or injure, or cause or procure to be obstructed or injured, any public road or highway, or common street or alley of any city, town, or village, or any public bridge or causeway, or public river or stream declared navigable by law, or shall continue such obstruction so as to render the same inconvenient or dangerous to pass, or shall erect or establish any offensive trade, manufacture, or business, or continue the same after it has been erected or established, or shall in any wise pollute or obstruct any water course, lake, pond, marsh, or common sewer, or continue such obstruction or pollution so as to render the same offensive or unwholesome to the county, city, town, village, or neighborhood thereabouts : every person so offending shall, upon conviction, be fined not exceeding one thousand dollars ; and every such nuisance may, by order of the court before whom the conviction may take place, or of the district court, be removed and abated by the sheriff of the county. *Obstructing or injuring public highway or navigable stream.*

SEC. 125. If any person or persons shall knowingly sell any flesh of any diseased animal, or other unwholesome provisions, or any poisonous or adulterated drink or liquors, every person so offending shall be fined not more than five hundred dollars, or imprisoned in the county jail not more than six months. *Selling unwholesome provisions.*

SEC. 126. If any person shall intentionally deface, obliterate, tear down or destroy, in whole or in part, any copy or transcript, or extract from or of any law of the United States, or of this state, or any proclamation, advertisement, or notification, set up at any place in this state by authority of any law of the United States or of this state, or by order of any court, such person, on conviction, shall be fined not more than one hundred dollars nor less than twenty dollars, or be imprisoned in the county jail not more than one month : Provided, that this section shall not extend to defacing, tearing down, obliterating or destroying any law, proclamation, publication, notification, advertisement, or order, after the time for which the same was by law to remain set up, shall have expired. *Defacing or tearing down any proclamation, etc.*

SEC. 127. If any person shall be found having upon him or her any *Having posses*

Exhibit 28
RJN_119

664                    COMPILED LAWS OF CALIFORNIA.

sion of any
instrument with
intent to commit
a burglary, etc.

picklock, crow, key, bitt, or other instrument or tool, with intent felo-
niously to break and enter into any dwelling house, store, shop,
warehouse, or other building containing valuable property, or shall
be found in any of the aforesaid buildings with intent to steal any
money, goods, and chattels, every person so offending shall, on convic-
tion thereof, be imprisoned in the county jail not more than two years;
and if any person shall have upon him any pistol, gun, knife, dirk,
bludgeon, or other offensive weapon, with intent to assault any per-
son, every such person, on conviction, shall be fined not more than
one hundred dollars or imprisoned in the county jail not more than
three months.

Refusing to join
the posse comit-
atus, etc.

SEC. 128. Every male person above eighteen years of age who
shall neglect or refuse to join the *posse comitatus* or power of the
county, by neglecting or refusing to aid and assist in taking or ar-
resting any person or persons against whom there may be issued any
process, or by neglecting to aid and assist in retaking any person or
persons, who, after being arrested or confined, may have escaped from
such arrest or imprisonment, or by neglecting or refusing to aid and
assist in preventing any breach of the peace, or the commission of any
criminal offence, being thereto lawfully required by any sheriff, dep-
uty sheriff, coroner, constable, judge, or justice of the peace or other
officer concerned in the administration of justice, shall, upon convic-
tion, be fined in any sum not less than fifty nor more than one thou-
sand dollars.

### TWELFTH DIVISION.

#### OFFENCES COMMITTED BY CHEATS, SWINDLERS, AND OTHER FRAUDULENT
#### PERSONS.

Fraudulent
conveyances to
hinder or
defraud creditors.

SECTION 129. All and every person who shall be a party to any
fraudulent conveyance of any lands, tenements or hereditaments,
goods or chattels, or any right or interest issuing out of the same, or
to any bond, suit, judgment or execution, contract or conveyance had,
made or contrived with intent to deceive and defraud others, or to
defeat, hinder, or delay creditors or others of their just debts, dam-
ages, or demands; or who, being parties as aforesaid, at any time
shall wittingly and willingly put in, use, avow, maintain, justify, or
defend the same or any of them as true and done, had or made in
good faith, or upon good consideration, or shall alien, assign, or sell
any of the lands, tenements, hereditaments, goods, chattels, or other
things before mentioned, to him, her, or them conveyed as aforesaid,
or any part thereof, he, she, or they so offending shall, on conviction,
be fined in any sum not exceeding one thousand dollars.

Exhibit 28
RJN_120

EXHIBIT 29

Exhibit 29
RJN_121



DATE DOWNLOADED: Thu Apr 27 00:27:29 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Theodore H. Hittell. General Laws of the State of California, from 1850 to 1864, Inclusive (4).

ALWD 7th ed.
Hittell, Theodore H. General Ls of the State of California, from 1850 to 1864, Inclusive (4).

APA 7th ed.
Hittell, T. (4). General Laws of the State of California, from 1850 to 1864, Inclusive. San Francisco, A. L. Bancroft and Co.

Chicago 17th ed.
Hittell Theodore H. General Laws of the State of California, from 1850 to 1864, Inclusive. San Francisco, A. L. Bancroft and Co.

McGill Guide 9th ed.
Theodore H. Hittell, General Ls of the State of California, from 1850 to 1864, Inclusive (San Francisco: A. L. Bancroft and Co., 4)

AGLC 4th ed.
Theodore H. Hittell, General Laws of the State of California, from 1850 to 1864, Inclusive (A. L. Bancroft and Co., 4

MLA 9th ed.
Hittell, Theodore H. General Laws of the State of California, from 1850 to 1864, Inclusive. San Francisco, A. L. Bancroft and Co. HeinOnline.

OSCOLA 4th ed.
Hittell, Theodore H. General Laws of the State of California, from 1850 to 1864, Inclusive. San Francisco, A. L. Bancroft and Co.         Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

**Exhibit 29**
**RJN_122**

CRIMINAL PRACTICE ACT.                                    1585–1589

CONCEALED WEAPONS.

An Act to prohibit the carrying of concealed weapons.

Approved April 27, 1863, 748.

**1585.** SECTION 1. Every person not being peace-officer, provost-marshal, enrolling- Carrying weapons officer, or officer acting under the laws of the United States in the department of the concealed, &c. provost-marshal of this State, State and Federal assessors, collectors of taxes and licenses while in the performance of official duties, or traveler, who shall carry or wear any dirk, pistol, sword in cane, slungshot, or other dangerous or deadly weapon concealed, shall, upon conviction thereof before any court of competent jurisdiction, be deemed guilty of a misdemeanor, and shall be imprisoned in the county jail for not Punishment. less than thirty nor more than ninety days, or fined in any sum not less than twenty nor more than two hundred dollars.(*) *Amendment, approved March* 1, 1864; 1863–4, 115; *took effect from passage.*

[A second section repeals all acts and parts of acts in conflict with the provisions of the above amendment.]

**1586.** SEC. 2. Such persons, and no others, shall be deemed travelers within the Travelers. meaning of this act, as may be actually engaged in making a journey at the time.

An Act for the protection of growing timber on all possessory claims, and other private property, in certain counties in this State, and on or along public streets or highways and on public grounds, approved April 19, 1862, 307.

An Act to provide for the punishment of persons cutting timber upon or carrying the same, when cut down, from any of the swamp and overflowed, tide, or marsh, or school lands, belonging to this State, approved April 27, 1863, 739.

An Act to prevent the destruction of timber on the public lands of this State, approved March 2, 1864; 1863–4, 136.

See TREES AND TIMBER, post, 7221.

An Act to prevent the arming and equipping, within the jurisdiction of this State, of vessels for piratical or privateering purposes, and other treasonable conduct, approved April 25, 1863, 490.

See TRAITORS and TREASONABLE CONDUCT, post, 7143.

An Act to punish offenses against the peace of the State, approved April 27, 1863, 755.

See TRAITORS and TREASONABLE CONDUCT, post, 7152.

An Act to prevent the fraudulent conveyance or incumbrance of real estate by married women, approved April 27, 1863, 750.

See FRAUDULENT CONVEYANCES and CONTRACTS, post, 3171.

# Criminal Practice Act.

[An Act to regulate proceedings in criminal cases, passed April 20, 1850, 275, amended by act passed April 20, 1850, 332, and by act passed April 22, 1851, 407, was repealed by an Act to regulate proceedings in criminal cases, passed May 1, 1851, 212, given below.]

An Act concerning the costs of criminal actions removed before trial.

Passed April 29, 1851, 185.

**1587.** SECTION 1. In every case where a criminal action may have been or shall be Costs on removed before trial, the costs accruing upon such removal and trial shall be a charge removal. against the county in which the indictment was or may be found.

**1588.** SEC. 2. The clerk of the county to which action is or may be removed, Draft on county shall certify the amount of said costs to the auditor of his county, who shall audit the whence removed. same and issue his draft therefor upon the treasurer of the county from which such action was or may be removed.

An Act to regulate proceedings in criminal cases,

Passed May 1, 1851, 212.

**1589.** SECTION 1. This act is divided into seven parts:                    Division of act.

*First.* The first embraces general definitions and provisions.

*Second.* The second relates to the prevention of public offenses.

*Third.* The third relates to proceedings for the removal of public officers, by impeachment or otherwise.

*Fourth.* The fourth relates to proceedings in criminal actions prosecuted by indictment.

*Fifth.* The fifth relates to proceedings in justices', recorders', and mayors' courts.

*Sixth.* The sixth relates to special proceedings.

*Seventh.* The seventh relates to costs in criminal proceedings.

(*) The original section was the same as the amendment, omitting the officers mentioned between the words " peace officer" and " or traveler."

Exhibit 29
RJN_123

EXHIBIT 30

Exhibit 30
RJN_124

# William. M. Caswell, Revised Charter and Compiled Ordinances and Resolutions of the City of Los Angeles Page 85, Image 83 (1878) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Carrying Weapons (https://firearmslaw.duke.edu/subjects/carrying-weapons/)

Jurisdiction(s):

- California (https://firearmslaw.duke.edu/jurisdictions/california/)

Year(s):

1878

Ordinances of the City of Los Angeles, § 36. In future, no persons, except peace officers, and persons actually traveling, and immediately passing through Los Angeles city, shall wear or carry any dirk, pistol, sword in a cane, slung-shot, or other dangerous or deadly weapon, concealed or otherwise, within the corporate limits of said city, under a penalty of not more than one hundred dollars fine, and imprisonment at the discretion of the Mayor, not to exceed ten days. It is hereby made the duty of each police officer of this city, when any stranger shall come within said corporate limits wearing or carrying weapons, to, as soon as possible, give them information and warning of this ordinance; and in case they refuse or decline to obey such warning by depositing their weapons in a place of safety, to complain of them immediately.

**Exhibit 30**
**RJN_125**

EXHIBIT 31

**Exhibit 31**
**RJN_126**

UNIV. OF MICH. LAW LIBRARY

A

# DIGEST

OF THE

# LAWS

OF

## MISSOURI TERRITORY.

COMPRISING :

AN ELUCIDATION OF THE TITLE OF THE UNITED STATES TO LOUISIANA :—
CONSTITUTION OF THE UNITED STATES :—TREATY OF SESSION :—
ORGANIC LAWS :—LAWS OF MISSOURI TERRITORY,
(*alphabetically arranged*) :—SPANISH REGULA-
TIONS FOR THE ALLOTMENT OF LANDS :—
LAWS OF THE UNITED STATES,
FOR ADJUSTING TITLES
TO LANDS, &c.

TO WHICH ARE ADDED,

## A variety of Forms, useful to Magistrates.

### BY HENRY S. GEYER.

### ST. LOUIS:

PRINTED FOR THE PUBLISHER, BY JOSEPH CHARLESS,

AT THE MISSOURI GAZETTE OFFICE.

::::::::::
1818.

Digitized by Google

**Exhibit 31
RJN_127**

374                                    SLAVES.

**Punished by stripes.** ten lashes on his or her bare back for every such offence. *ib. ib. ib.*

**Not to keep gun &c.**

**Arms and ammunition may be seized.**

**Slave punished by stripes.**

Sec. 3. No slave or mulatto whatsoever, shall keep or carry a gun, powder, shot, club or other weapon whatsoever, offensive or defensive; but all and every gun weapon and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person and upon due proof made before any justice of the peace of the district [county] where such seizure shall be, shall by his order be forfeited to the seizor, for his own use, and moreover, every such offender shall have and receive by order of such justice any number of lashes not exceeding thirty nine on his or her bare back well laid on for every such offence. *ib. p. 13–14. ib.*

**Free negro may carry one gun, &c.**

**And all negro's, &c. may carry guns in certain cases.**

Sec. 4. Every free negro or mulatto, being a housekeeper may be permitted to keep one gun, powder and shot; and all negroes or mulattoes bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder shot and weapons, offensive and defensive, by license from a justice of the peace of the district [county] wherein such plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of such as are slaves. *L. L. T. pt. 1. p. 14.*

**Riots, routs, &c.**

**Punished by stripes.**

Sec. 5. All riots, routs unlawful assemblies and seditious speeches by a slave or slaves, shall be punished with stripes, at the discretion of a justice of the peace and he who will may apprehend and carry him, her or them before such justice. *ib. p. 15. ib.*

**Meetings of slaves.**

**Persons permitting any slaves to remain, &c.**

**Or at any time not more than 5.**

Sec. 6. To prevent the inconvenience arising from the meetings of slaves, if any master mistress or overseer of a family shall knowingly permit or suffer any slave not belonging to him or her, to be and remain on his or her plantation, above four hours at any one time, without leave of the owner or overseer of such slave, he or she so permitting shall forfeit and pay three dollars for every such offence and every owner or overseer of a plantation, who shall so permit or suffer more than five negroes or slaves, other than his or her own, to be and remain upon his or her plantation, or quarter at any other time, shall forfeit and pay one dollar for each negro or slave above that number, which said several forfeitures shall be to the informer, and be recoverable before any justice of the peace of the district [county,] with costs, where such offence shall be com-

Exhibit 31
RJN_128

Digitized by Google

EXHIBIT 32

**Exhibit 32**
**RJN_129**

any tenement in his possession or under his control, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than fifty nor more than five hundred dollars.

SEC. 7. Any person who shall, in this city, keep a bawdy-house, house of ill-fame or of assignation, or shall harbor, secrete, or permit any girl under the age of seventeen years to remain in such bawdy-house, house of ill-fame or of assignation, without immediately notifying the Chief of Police thereof, or who shall be known to be a frequenter of such house of assignation or house of ill-fame, or who shall be found an inmate of such house or houses, or shall knowingly permit any tenement in his possession or under his control to be used for any such purpose, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than one hundred dollars nor more than five hundred dollars. *Bawdy house, etc. Ibid, § 6.*

SEC. 8. Any person who shall be guilty of sticking or putting up in any street, avenue or alley, or on any wall, fence or other public place in this city, any indecent or gross printed or written advertisement, bill or notice of his professional skill or remedies for the curing of vene-real, or what are usually called secret diseases, or caus-ing the same to be stuck or put up, or shall cause any such indecent or gross printed or written advertisement, either as a bill or circular, whether enclosed in an enve-lope or any other form, to be left in any yard or pre-mises attached to any dwelling house, or to be put under the door, or to be given to any servant or other person in or about such dwelling house, shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than fifty nor more than one hundred dollars. *Indecent adver-tisements. Ibid, § 7.*

SEC. 9. Hereafter it shall not be lawful for any per-son to wear under his clothes, or concealed about his person, any pistol, or revolver, colt, billy, slung shot, cross knuckles, or knuckles of lead, brass or other metal, bowie knife, razor, dirk knife, dirk, dagger, or any knife resembling a bowie knife, or any other dan-gerous or deadly weapon, within the City of St. Louis, *Concealed weap-ons. Ibid, § 8.*

Digitized by Google

Exhibit 32
RJN_130

without written permission from the Mayor; and any person who shall violate this section shall be deemed guilty of a misdemeanor, and, upon conviction thereof, be fined not less than ten nor more than five hundred dollars for each and every offence.

**Certain officers may carry weapons.**
*Ibid,* § 9.

SEC. 10. Nothing in the preceding section shall be so construed as to prevent any United States, State, county or city officer, or any member of the city government, from carrying or wearing such weapons as may be necessary in the proper discharge of his duties.

**Disturbing peace on Sunday.**
*Ibid,* § 10.

SEC. 11. Any person who shall, on Sunday, disturb the peace by any noisy, riotous or disorderly conduct, in any street or other public place, or in any place of public resort for amusement or other purposes, shall be deemed guilty of a misdemeanor, and upon conviction thereof, be fined not less than five nor more than fifty dollars.

**Permitting disturbance on premises.**
*Ibid,* § 12.

SEC. 12. Any keeper of a dram-shop, beer house or other place of public resort, who shall permit any breach of the peace or disturbance of public order and decorum, by noisy, riotous and disorderly conduct on his premises, when it was in his power to prevent it, or who shall sell any intoxicating drink to any person already intoxicated, shall be deemed guilty of a misdemeanor, and upon conviction thereof, be fined not less than twenty-five nor more than two hundred and fifty dollars.

**Employing "beer-jerker."**
*Ibid,* § 13.

SEC. 13. Any keeper of a dram-shop, beer-house, or other place of public resort, who shall employ a lewd woman, or any woman having the reputation of a prostitute, as a carrier of beer or any other article, either in the day or night time, or to sing or dance in a lewd or indecent manner, or to permit any such lewd woman to act as bar tender in any such house or place, shall be deemed guilty of a misdemeanor, and upon conviction thereof be fined not less than fifty nor more than one hundred dollars.

**Rag-pickers to have permit.**
*Ibid,* § 14.

SEC. 14. No person shall, without first procuring a permit from the Police Commissioners, engage in picking or gathering rags, paper, metal or other articles, and such person shall wear a badge or number, and be

Digitized by Google

Exhibit 32
RJN_131

# EXHIBIT 33

**Exhibit 33**
**RJN_132**

# HEINONLINE



DATE DOWNLOADED: Fri Apr 28 13:48:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1866-1867 259 .

ALWD 7th ed.
, , 1866-1867 259 .

Chicago 17th ed.
"," Alabama - General Assembly, Regular Session : 259-296

AGLC 4th ed.
" Alabama - General Assembly, Regular Session 259

OSCOLA 4th ed.
" 1866-1867 259          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
 Conditions of the license agreement available at
 *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

**Exhibit 33**
**RJN_133**

All religious books kept by ministers of the gospel and colporteurs, for sale or gratuitous distribution, on hand at any one time, to an amount not exceeding in value five hundred dollars' worth in any one year.

All property of literary, scientific and benevolent institutions, actually used for the purposes for which said institutions were created, not exempting, however, any of such property when employed in any other than the regular business of such institutions.

Houses of religious worship, and their appurtenances.

Places and monuments of the dead, and implements of burial.

All tools and implements in actual use of any calling, occupation or trade, to the value of one hundred dollars.

All insane persons and their property, to the value of one thousand dollars.

All disabled or crippled persons, whose taxable property does not exceed five hundred dollars, from any poll tax.

All lands donated by acts of Congress to railroads in this State remaining unsold and uncultivated.

### Chapter II—*Subjects of Taxation.*

Sec. 2. *Be it further enacted,* That taxes are to be assessed by the assessor in each county on and from the following subjects, and at the following rates, to-wit:

*Poll tax.*

1. On every male inhabitant between the ages of eighteen and fifty, (except those persons between the ages of eighteen and twenty-one, the emoluments of whose labor go to parents or masters) the sum of two dollars; and to insure the payment of such tax, it shall be the duty

*Corporations, &c., give number of employees.*

of all partnerships, associations, corporations, officers or individuals to return to the assessor the number and names of persons in their employment on the first day of February of each year. as clerks, book-keepers, overseers, deputies, agents, workmen, journeymen, or laborers subject to such tax, which tax the assessor shall assess against such employer, by them to be deducted out of the hire, wages or salary of such employees as before enumerated; and upon the failure of any employer to make return of such employees when called upon by the assessor to do so, the assessor shall proceed to ascertain the number of such employees from the best sources of information practicable, and such employer so failing shall be held liable in double the amount of the tax.

Exhibit 33
RJN_134

2. On all real estate, to be estimated at its market
value in money, according to the best judgment the as-
sessor can form by information, inspection or otherwise,
taking into consideration its location, whether in town,
city or the country, its proximity to local advantages, its
quality of soil, growth of timber, mines, minerals, quar-
ries, or coal beds, and the amount and character of im-
provements, three-tenths of one per cent. *ad valorem.*

*Real estate, 3-10 of 1 per cent.*

3. On all mills, foundries, forges, mining establish-
ments, quarries, lime or marble works, gin and carriage
making shops, tanneries, and other manufacturing estab-
lishments.

*Articles taxed 3-10 of 1 per cent.*

On all wharves and wharf boats, toll bridges and fer-
ries, turnpikes, and all passes, channels or canals, where
tolls are charged.

On all stocks of goods, wares and merchandise on
hand to be assessed upon not less than the largest
amount on hand at any one time during the preceding
year, and this shall include all merchandise kept on plan-
tations for sale, or to be dealt out to laborers; *Provided,*
That any goods, wares or merchandise offered for sale by
any dealear or person, commencing business subsequent
to the first day of January of the current tax year, shall
become at once liable to the tax levied by this act, and
must be estimated upon the maximum amount thereof.

On all horses and mules not used strictly for agricul-
tural purposes, except studs, jacks and race horses.

On all cattle on the excess over five head.

On all household furniture, on the excess over three
hundred dollars.

On all libraries not exempted by law, on the excess
over three hundred dollars.

On all clocks kept for use, and

On all other property, real, personal, or mixed, not
otherwise specified and taxed herein, or exempted there-
from—and this shall not be construed to tax the crops
produced upon lands within this State taxed under the sec-
ond paragraph of this section, as real estate—three tenths
of one per cent. *ad valorem; Provided,* No hogs, sheep,
goats, or poultry, kept or raised for the use of any family,
or work oxen, or animals used for agricultural purposes
exclusively, and no farming tools and implements of hus-
bandry necessary on the farm, shall be taxed by this act.

4. On all vehicles not exclusively used for agricultu-
ral purposes.

Exhibit 33
RJN_135

1866–7.                                     262

On all jewelry, plate and silver ware, ornaments and

*Articles taxed ¼ of 1 per cent.* articles of taste, pianos and other musical instruments, and paintings, except family portraits.

On all cotton presses and pickeries.

On all studs, jacks, and race horses.

On all gold and silver watches, and gold safety chains.

On all money hoarded, or kept on deposit subject to order, either in or out of the State, except funds held subject to draft in the prosecution of a regular exchange business, and except also money kept on hand to defray current family expenses, for a period not exceeding one year.

On all money loaned, and solvent credits bearing interest, from which credits the indebtedness of the tax payer shall be deducted, and the excess only shall be taxed.

On all money employed in buying or trading in paper, or in a regular exchange business, or invested in paper, whether by individuals or corporations, except where the money so employed or invested is otherwise taxed as capital.

On the capital stock, actually paid in, of all incorporated companies, created under any law of the State, whether general or special, (except railroads,) and not exempted by their charter from such tax. except any portion that may be invested in property and taxed otherwise as property, one half of one per cent. *ad valorem.*

5. On the gross amount of all sales at auction, made in or during the tax year preceding the assessment, ex-

*Auction sales ¼ of 1 per cent.* cept those made by or under the direction of executors, administrators, and guardians, as such, by order of court or under legal process, and under any deed, will, or mortgage, at the rate of one fourth of one per cent *ad valorem.*

6. On the gross amount of premiums, (after deducting

*Premiums 1 per cent.* threfrom all return premiums,) received from their business in this State during such tax year, by any insurance company not chartered by this State, and doing business herein by agents or otherwise, at the rate of one per cent.

7. On the gross amount of commissions or sums

*Gross commissions, &c., 1 per cent.* charged or received in or during such tax year, by any factor, commission merchant, or auctioneer, in buying, selling, or any other act done in the course of their business.

Exhibit 33
RJN_136

263                                              1866–7.

On the gross receipts, during such tax year, of all cotton pickeries, and from the storage of cotton, or other merchandise, or produce, at the rate of one per cent. <span style="float:right">Cotton pickeries 1 per cent.</span>

8. On every pack, or part of a pack of playing cards, sold by wholesale, retail, or otherwise disposed of, during such tax year, fifty cents. <span style="float:right">Playing cards 50 cents.</span>

9. On every legacy, where letters testamentary have not been taken out in this State, received by any person other than the child, adopted child, grandchild, brother, sister, father, mother, husband, or wife, and on all property given by deed or otherwise, to any such person, on the amount or value thereof, to be assessed to the beneficiary, guardian, trustee, or legal representative, at the rate of three per cent. <span style="float:right">Bowie knives 3 per cent.</span>

10. On all pistols or revolvers in the possession of private persons not regular dealers holding them for sale, a tax of two dollars each, and on all bowie knives, or knives of the like description, held by persons not regular dealers, as aforesaid, a tax of three dollars each; and said tax shall be collected by the assessor when assessing the same, on which a special receipt shall be given to the tax payer therefor, showing that such tax has been paid for the year, and in default of such payment, when demanded by the assessor, said pistols, revolvers, bowie knives, or knives of like description, shall be seized by him, and unless redeemed by payment in ten days thereafter, with such tax, with an additional penalty of fifty per cent., the same shall be sold at public outcry before the court house door, after five days notice; and the overplus remaining, if any, after deducting the tax and penalty aforesaid, shall be paid over to the person from whom the said pistol, revolver, bowie knife, or knives of like description, were taken, and the net amount collected by him shall be paid over to the collector every month, from which, for each such assessment and collection, the assessor shall be entitled to fifty cents, and when the additional penalty is collected, he shall receive fifty per cent. additional thereto. <span style="float:right">Pistols $2 00.<br>Bowie knives.<br>How collected.</span>

11. On all steamboats, vessels, and other water crafts plying in the navigable waters of the State, at the rate of one dollar per ton of the registered tonnage thereof, which shall be assessed and collected at the port where such vessels are registered, if practicable; otherwise, at any other port or landing within the State where such vessels may be; but this shall not include flat-bottom <span style="float:right">Steamboats $1 00 per ton.</span>

Exhibit 33
RJN_137