**Appendix 1:  *Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

## I.   DANGEROUS WEAPONS LAWS

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| 1 | 1383 | England | 7 Rich. 2, ch. 13 (1383) | Prohibited possession of launcegays. Punished by forfeiture of the weapon. | Launcegay | |
| 2 | 1396 | England | 20 Rich. 2, ch. 1 (1396) | Prohibited possession of launcegays. Punished by forfeiture of the weapon. | Launcegay | |
| 3 | 1541 | England | 33 Hen. 8, ch. 6 §§ 1, 2, 18 (1541) | Prohibited possession of any crossbow, handgun, hagbutt, or demy hake.  Exempted subjects living within 12 miles of the Scottish border.  Punishable by forfeiture or payment of 10 pounds. | Pistol; Crossbow | |
| 4 | 1606 | England | 4 Jac. 1, ch. 1 (1606) | Repealed exemption for subjects living with 12 miles of the Scottish border for the keeping of crossbows, handguns, and demy hakes. | Club; Other weapon | |
| 5 | 1686 | New Jersey | *Grants, Concessions, and Original Constitutions of The Province of New Jersey* 289–90 (1881) | Prohibited the carrying "privately" of any pocket pistol, skeines, stilettoes, daggers or dirks, or other unusual or unlawful weapons.  Punishable by fine of 5 pounds for first conviction, and punishable by imprisonment for 6 months and a fine of 10 pounds. | Pistol; Skeines; Stilettoes; Dagger; Dirk; Other unusual or unlawful weapons | |
| 6 | 1689 | England | English Bill of Rights of 1689, 1 Wm. & Mary 2d Sess., ch. 2, § 6 | Provided a right for Protestants to have "Arms for their Defense . . . as allowed by law." | Arms for defense | |
| 7 | 1694 | Massachusetts | 1694 Mass. Laws 12, no. 6, An Act for Punishing Criminal Offenders | Prohibited riding or going "armed Offensively" before colonial authorities.  Punishable by arrest. | Arms | |

**Exhibit 34**
**RJN_138**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| 8 | 1713 | Pennsylvania | Pennsylvania Archives: Selected and Arranged from Original Documents In the Office of The Secretary Of The Commonwealth, Conformably to Acts Of The General Assembly, February 15, 1851 & March 1, 1852, Page 160 | Penalized "firing a Gun without license." | Firearms | |
| 9 | 1721 | Pennsylvania | Act of 26th August 1721 [An Act of 9th of February, 1750-51], § 1 | Imposed "penalties and forfeitures" to anyone who engaged in, among other activities, firing "any gun or other fire arm" "without the governor's special license." | Firearms; other items | |
| 10 | 1730 | New York | William Livingston (Editor), *The Laws of New York* 199 (1752), ch. 560, § 20[1] | Prohibited a slave from possessing or using a gun, pistol, sword, club, or other kind of weapon unless in the | Gun; Pistol; Sword; Club; | |

---

[1] Some of the surveyed laws applied certain weapons restrictions on the basis of race, nationality, or enslaved status and were drafted before the Thirteenth Amendment's abolition of slavery and the Fourteenth Amendment's Equal Protection Clause. The Attorney General notes his strong disagreement with racial and other improper discrimination that existed in some such laws, which stands in stark contrast to California's commonsense firearm laws that are generally applicable and designed to justly and equitably protect all Californians. These historical laws are provided only as additional examples of laws identifying certain weapons for heightened regulation, and they are consistent in this respect with the other generally applicable laws. The Attorney General in no way condones laws that target certain groups on the basis of race, gender, nationality, or other protected characteristic, but these laws are part of the history of the Second Amendment and may be relevant to determining the traditions that define its scope, even if they are inconsistent with other constitutional guarantees. *See Bruen*, 142 S. Ct. at 2150–51 (citing *Dred Scott v. Sandford*, 19 How. 393 (1857) (enslaved party)). Reference to a particular historical analogue does not endorse the analogue's application in the past; rather, it can confirm the existence of the doctrine and corresponding limitation on the Second Amendment right. *See* William Baude & Stephen E. Sachs, *Originalism & the Law of the Past*, 37 L. & Hist. Rev. 809, 813 (2019) ("Present law typically gives force to past doctrine, not to that doctrine's

**Exhibit 34**
**RJN_139**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|------------------------|-----------------|
| | | | | presence and at the direction of their Master or Mistress. | Other kind of weapon | |
| 11 | 1750 | Massachusetts | 1750 Mass. Acts 544, ch. 17, § 1 | Prohibited the carrying of a club or other weapon while unlawfully, riotously, or tumultuously assembling. Punishable by seizing the weapon and a hearing before the court. | Club; Other weapon | |
| 12 | 1765 | England | 1 William Blackstone, *Commentaries* 139, ch. 1 (1765) | Recognized the "fifth and last auxiliary right," which provided that Protestant subjects had the right to "arms for their defence" "such as are allowed by law." | Arms for defense | |
| 13 | 1771 | New Jersey | 1763–1775 N.J. Laws 346, ch. 539, § 10 | Prohibited the setting of any trap gun intended to discharge by any string, rope, or other contrivance.  Punishable by forfeiture of the firearm and fine of 6 pounds. | Trap gun | |
| 14 | 1771 | New Hampshire | *Acts and Laws of His Majesty's Province of New-Hampshire* 9–10 (1771), ch. 6, § 2 | Prohibited any persons numbering twelve or more being armed with "clubs or other weapons," or any group numbering thirty or more, from unlawfully, routously, riotously, or tumultuously assembling. | Club; Other weapons | |
| 15 | 1786 | Massachusetts | 1786 Mass. Acts 87, ch. 38 | Prohibited being armed with a club or other weapon while rioting. | Club; Other weapon | |

role in past society."); *see also* Adam Winkler, *Racist Gun Laws and the Second Amendment*, 135 Harv. L. Rev. F. 537, 539 (2022) ("Yet there will arise situations in which even a racially discriminatory gun law of the past might provide some basis for recognizing that lawmakers have a degree of regulatory authority over guns.").

**Exhibit 34**
**RJN_140**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 16 | 1786 | Virginia | 1786 Va. Laws 33, ch. 21, An Act forbidding and punishing Affrays, chap. 17, § 1 | Imposed penalties for openly carrying weapons. | Arms | |
| 17 | 1788 | Ohio [Territory] | 1788–1801 Ohio Laws 20, ch. 6 | Prohibited the carrying of any "dangerous weapon" that indicates a violent intention while committing a burglary.  Punishable by imprisonment for up to 40 years. | Any dangerous weapon | |
| 18 | 1792 | Virginia | *Collection of All Such Acts of the General Assembly of Virginia, of a Public and Permanent Nature, as are Now in Force* 187 (1803), ch. 103, §§ 8–9 | Prohibited any "negro or mulatto" from possessing or carrying a gun, powder, shot, club, or other weapon. | Gun; Powder; Shot; Club; Other weapon; Ammunition | |
| 19 | 1797 | Delaware | 1 Del. Laws 104 (1797), ch. 43, § 6 | Prohibited "any Negro or Mulatto slave" from carrying guns, swords, pistols, fowling pieces, clubs, or other arms and weapons without the master's special license. | Gun; Sword; Pistol; Fowling pieces; Club; other arms and weapons | |
| 20 | 1798 | Kentucky | 1798 Ky. Acts 106, ch. 54, § 5 | Prohibited "negro, mulatto, or Indian" from possessing or carrying a gun, powder, shot, club, or other weapon or ammunition. | Gun; Powder; Shot; Club; Other weapon | |

**Exhibit 34**
**RJN_141**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|-----------------|
| 21 | 1799 | Mississippi [Territory] | 1799–1800 Miss. Laws 44 | Prohibited any "Negro or mulatto" from carrying gun, powder, shot, club, or other weapon. Also prohibits a "negro or mulatto" from possessing a gun, weapon, or ammunition. | Gun; Powder; Shot; Cub; Other weapon; Ammunition | |
| 22 | 1799 | New Jersey | Charles Nettleton (Editor), *Laws of the State of New Jersey* 474 (1821), § 2 | Prohibited the carrying of any pistol, hanger, cutlass, bludgeon, or other offensive weapon, with intent to assault any person." | Pistol; Hanger; Cutlass; Bludgeon; Other offensive weapon | |
| 23 | 1801 | Tennessee | 1801 Tenn. Laws 259–60, ch. 22, § 6 | Prohibited the private carrying of "any dirk, large knife, pistol, or any other dangerous weapon, to the fear or terror of any person," unless a surety is posted. Punishable as for "breach of the peace, or riot at common law." | Dirk; Large knife; Pistol; Other dangerous weapon | |
| 24 | 1802 | Charleston, South Carolina | Alexander Edwards, Ordinances of the City Council of Charleston, in the State of South-Carolina, Passed since the Incorporation of the City, Collected and Revised Pursuant to a Resolution of the Council Page 289, Image 299 (1802) | License required for gun firing and fireworks, and only "at times of public rejoicing" and at specified locations. | Firearms, fireworks. | |

**Exhibit 34**
**RJN_142**

***Nichols v. Bonta***, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 25 | 1804 | Arkansas [Territory] | J. Steele (Editor), *Laws of the Arkansas Territory* 521 (1835), § 3 [Slaves] | Prohibited any "slave or mulatto" from keeping or carrying a gun, powder, shot, club, or other weapon. | Firearm; Powder; Shot; Club; Other weapon | |
| 26 | 1804 | Indiana [Territory] | 1804 Ind. Acts 108, § 4 | Prohibited a "slave or mulatto" from carrying or possessing a gun, powder, shot, club or other weapon and ammunition. | Gun; Powder; Shot; Club; Other weapon | |
| 27 | 1804 | Mississippi [Territory] | 1804 Miss. Laws 90, § 4 | Prohibited a "Slave" from keeping or carrying a gun, powder, shot, club, or other weapon. | Gun; Powder; Shot; Club; Other weapon; Ammunition | |
| 28 | 1805 | Massachusetts | 1805 Mass. Acts 111–13, ch. 81 | Authorized the appointment of firearm provers to ensure that musket components were safe and to stamp the barrels confirming the proof. Prohibited the sale of any firearm that was not proved and stamped. Punishable by a fine of $10. | Unsafe firearms | |
| 29 | 1809 | Maryland | Virgil Maxcy (Editor), *Laws of Maryland, with the Charter, the Bill Of Rights, the Constitution of the State, and Its Alterations, the Declaration of* | Prohibited the carrying of any pistol, hanger, cutlass, bludgeon, or other offensive weapon with the intent to assault a person. Punishable by imprisonment for 3 months to 2 years. | Pistol; Hanger; Cutlass; Bludgeon; Other | |

6

**Exhibit 34
RJN_143**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Independence, and the Constitution of the United States, and Its Amendments* 465 (Vol 3, 1811), § 4 | | offensive weapon | |
| 30 | 1812 | Kentucky | William Littell (Editor), *Statute Law of Kentucky; with Notes, Praelections, and Observations on the Public Acts* 64 (1812–1816), ch. 89 | Prohibited the wearing of "a pocket pistol, dirk, large knife, or sword in a cane, concealed as a weapon, unless when traveling on a journey." Punishable by a fine of not less than $100. | Pocket pistol; Dirk; Large knife; Sword cane | *Bliss v. Commonwealth*, 2 Littell 90 (Ky. 1822) (held unconstitutional). |
| 31 | 1813 | Louisiana | 1812 La. Acts 172, 174, § 1 | Prohibited the carrying of any concealed weapon, including a dirk, dagger, knife, pistol, or any other deadly weapon. | Dirk; Dagger; Knife; Pistol; Other deadly weapon | *State v. Chandler*, 5 La. Ann. 489 (1850) (upholding concealed carry restrictions); *State v. Smith*, 11 La. Ann. 633 (1856) (same). |
| 32 | 1814 | Massachusetts | 1814 Mass. Acts. 464, ch. 192, §§ 1–2 | Required all musket and pistol barrels manufactured in Massachusetts to be proved by an appointed person and properly marked and stamped. | Unsafe firearms | |
| 33 | 1816 | Georgia | Lucius Q.C. Lamar (Editor), *A Compilation of the Laws of the State of Georgia, Passed by the Legislature since the Year 1810 to the Year 1819, Inclusive. Comprising all* | Prohibited the carrying of any pistol, hanger, cutlass, bludgeon, or other offensive weapon with the intent to assault a person. Punishable by imprisonment with hard labor for a period of time to be determined by a jury. | Picklock; Key; Crow; Jack; Bit or other implement; Pistol; | |

**Exhibit 34**
**RJN_144**

***Nichols v. Bonta***, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *the Laws Passed within those Periods, Arranged under Appropriate Heads, with Notes of Reference to those Laws, or Parts of Laws, which are Amended or Repealed to which are Added such Concurred and Approved Resolutions, as are Either of General, Local, or Private Moment. Concluding with a Copious Index to the Laws, a Separate one to the Resolutions* 599 (1821), div. 10, § 19 | | Hanger; Cutlass; Bludgeon; Other offensive weapon | |
| 34 | 1818 | Missouri [Territory] | Henry S. Geyer (Editor), *A Digest of the Laws of Missouri Territory* 374 (1818) § 3 [Slaves] | Prohibited "slave or mulatto" from carrying a gun, powder, shot, club or other weapon and from possessing a gun or ammunition. | Gun; Powder; Shot; Club; Other weapon; Ammunition | |
| 35 | 1820 | Indiana | 1820 Ind. Acts 39, ch. 23, § 1 | Prohibited any person, "not being a traveler," from wearing or carrying "any dirk, pistol, sword in a cane, or other dangerous weapon." Punishable by a fine of no more than $100. | Dirk; Pistol; Cane sword | |

**Exhibit 34**
**RJN_145**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------|--------|----------|--------------------------|-----------|-----------------|
| 36 | 1821 | Maine | Revised Statutes of the State of Maine 683 (1840), tit. 12, ch. 159, § 5 | Prohibited any persons numbering twelve or more being armed with "clubs or other weapons," or any group numbering thirty or more, from unlawfully, routously, riotously, or tumultuously assembling. | Club; Other weapons | |
| 37 | 1821 | Maine | Revised Statutes of the State of Maine 709 (1840), tit. 12, ch. 169, § 16 | Prohibited the carrying of a dirk, dagger, sword, pistol, or other offensive and dangerous weapon without reasonable cause to fear an assault.  Upon complaint of any person, the person intending to carry such weapons may be required to find sureties for keeping the peace for up to six months. | Dirk; Dagger; Sword; Pistol; Other offensive and dangerous weapon | |
| 38 | 1821 | Tennessee | Robert Looney Caruthers, A Compilation of the Statutes of Tennessee, of a General and Permanent Nature, from the Commencement of the Government to the Present Time: With References to Judicial Decisions, in Notes, to Which is Appended a New Collection of Forms Page 100, Image 105 (1836) | Prohibited carrying "dirk, sword cane, Spanish stiletto, belt or pocket pistol, either public or private" and ordering fine. | Pistols; Dirk; sword cane; Spanish stiletto | |
| 39 | 1831 | Indiana | 1831 Ind. Rev. Stat. 192, ch. 26, § 58 | Prohibited the concealed carrying of "any dirk, pistol, bowie knife, dagger, | Dirk; Pistol; | *State v. Mitchell*, 3 Blackf. 229 |

**Exhibit 34**
**RJN_146**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | sword in cane or any other dangerous or deadly weapon," unless "being a traveler."  Punishable by fine of up to $100. | Bowie knife; Dagger; Cane sword; Other dangerous or deadly weapon | (Ind. 1833) (upholding statute). |
| 40 | 1835 | Florida [Territory] | John P. Duval (Editor), *Compilation of the Public Acts of the Legislative Council of the Territory of Florida, Passed Prior to 1840* 423 (1839), ch. 860 | Prohibited concealed carry of "arms of any kind whatsoever" including "dirk, pistol, or other arm, or weapon, except a common pocket-knife."  Punishable by fine from $50–100 and/or 1 to 6 months imprisonment. | Dirk; Pistol; Other arm or weapon | |
| 41 | 1835 | Massachusetts | Theron Metcalf (Editor), *Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836* 750 (1836) ch. 134, § 16 | Prohibited the carrying of a dirk, dagger, sword, pistol, or other offensive and dangerous weapon without reasonable cause to fear an assault.  Punishable by finding sureties for keeping the peace for a term up to 6 months. | Dirk; Dagger; Sword; Pistol; Other offensive and dangerous weapon | |
| 42 | 1837 | Alabama | 1837 Ala. Laws 7, No. 11, §§ 1, 2 | Imposed tax of $100 on any person selling, giving, or disposing of any Bowie knife or Arkansas toothpick. Failure to pay the tax was subject to penalty of perjury. | Knife | |

**Exhibit 34**
**RJN_147**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 43 | 1837 | Arkansas | William McK. Ball (Editor), *Revised Statutes of the State of Arkansas, Adopted at the October Session of the General Assembly of Said State, A.O.1837* 280 (1838), ch. 44, div. 8, art. 1, § 13 | Prohibited the concealed carrying of any pistol, dirk, butcher or large knife, sword cane, unless "upon a journey." | Pistol; Dirk; Butcher knife; Sword cane | *State v. Buzzard*, 4 Ark. 18 (1842) (upholding law under the Second Amendment and state constitution); *Fife v. State*, 31 Ark. 455 (1876). |
| 44 | 1837 | Georgia | 1837 Ga. Laws 90–91, §§ 1–5 | Prohibited any merchant, or "any other person or persons whatsoever," to sell, offer to sell, keep, or have on their person or elsewhere any Bowie knife or "any other kind of knives, manufactured and sold for the purpose of wearing, or carrying the same as arms of offence or defence," pistols, swords, sword canes, or spears. Exempted "such pistols as are known as horseman's pistols" from these restrictions. Punishable by a fine of up to $100–500 for the first offense and $500–1,000 for subsequent offenses. | Bowie knife; Other knife manufactured for wearing or carrying for offense or defense; Pistol; Sword; Sword cane; Spear | *Nunn v. State*, 1 Ga. 243 (1846) (held unconstitutional under Second Amendment). |
| 45 | 1837 | Mississippi | 1837 Miss. Laws 290–92, § 6 | Prohibited the use of any rifle, shotgun, sword cane, pistol, dirk, dirk knife, Bowie knife, or any other deadly weapon in a fight in which one of the combatants was killed, and the exhibition of any dirk, dirk knife, | Rifle; Shotgun; Sword cane; Pistol; Dirk; Dirk knife; | |

**Exhibit 34**
**RJN_148**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | Bowie knife, sword, sword cane, or other deadly weapon in a rude or threatening manner that was not in necessary self-defense.  Punishable by liability to decedent and a fine of up to $500 and imprisonment for up to 3 months. | Bowie knife; Sword; Sword cane; Other deadly weapon | |
| 46 | 1837 | Mississippi – Town of Sharon | 1837 Miss. Laws 294, § 5 | Authorized the town of Sharon to enact "the total inhibition of the odious and savage practice" of carrying dirks, Bowie knives, or pistols. | Dirk; Bowie knife; Pistol | |
| 47 | 1837 | Tennessee | 1837–1838 Tenn. Pub. Acts 200, ch. 137, § 1 | Prohibited any merchant from selling a Bowie knife or Arkansas tooth pick.  Punishable by fine of $100–500 and imprisonment for $1–6 months. | Bowie knife; Arkansas toothpick | *Aymette v. State*, 21 Tenn. (2 Hum.) 154 (1840) (upheld under state constitution). |
| 48 | 1837 | Tennessee | 1837–1838 Tenn. Pub. Acts 200–201, ch. 137, § 2 | Prohibited the carrying of a concealed Bowie knife, Arkansas tooth pick, or other knife or weapon.  Punishable by fine of $200–500 and imprisonment for 3–6 months. | Bowie knife; Arkansas toothpick; Other knife or weapon | *Haynes v. Tennessee*, 24 Tenn. 120 (1844) (upheld conviction for unlawful carrying of a Bowie knife). |
| 49 | 1837 | Tennessee | 1837–1838 Tenn. Pub. Acts 201, ch. 137, § 4 | Prohibited the stabbing or cutting of another person with any knife or weapon known as a "Bowie knife, Arkansas tooth pick, or any knife or | Bowie knife; Arkansas toothpick; Any knife or | |

**Exhibit 34**
**RJN_149**

**Nichols v. Bonta**, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | weapon that shall in form, shape or size resemble a Bowie knife," regardless of whether the person dies. Punishable by imprisonment for 3–15 years. | weapon that resembles a bowie knife | |
| 50 | 1838 | Florida [Territory] | 1838 Fl. Acts 36, No. 24, § 1 | Imposed tax on those selling and purchasing dirks, pocket pistols, sword canes, and bowie knives. Vendors paid a tax of $200/year, and buyers paid a tax of $10/year. | Dirk; Pocket pistol; Sword cane; Bowie knife | |
| 51 | 1838 | Virginia | 1838 Va. Acts 76–77, ch. 101, § 1 | Prohibited "habitually or generally" carrying any concealed pistol, dirk, Bowie knife, or any other weapon of like kind. | Pistol; Dirk; Bowie knife; Other similar weapon | |
| 52 | 1839 | Alabama | 1838 Ala. Acts 67, § 1 | Prohibited the concealed carrying of "any species of fire arms, or any bowie knife, Arkansas tooth-pick, or any other knife of the like kind, dirk, or any other deadly weapon." Punished by fine of $50–100 and imprisonment not to exceed 3 months. | Knife; Deadly weapon | *State v. Reid*, 1 Ala. 612 (1840) (upheld under Alabama Constitution); *Whatley v. State*, 49 Ala. 355 (1947) (necessity required). |
| 53 | 1839 | Mississippi – Town of Emery | 1839 Miss. Laws 385–86, ch. 168, § 5 | Authorized the town of Emery to enact restrictions on the carrying of dirks, Bowie knives, or pistols. | Dirk; Bowie knife; Pistol | |
| 54 | 1840 | Mississippi – Town of Hernando | 1840 Miss. Laws 180–81, ch. 111, § 5 | Authorized the town of Hernando to enact restrictions on the carrying of dirks, Bowie knives, or pistols. | Dirk; Bowie knife; Pistol | |

**Exhibit 34**
**RJN_150**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 55 | 1841 | Alabama | 1841 Ala. Laws 148–49, ch. 7, § 4 | Prohibited the concealed carrying of "a bowie knife, or knife or instrument of the like kind or description, by whatever name called, dirk or any other deadly weapon, pistol or any species of firearms, or air gun," unless the person is threatened with an attack or is traveling or "setting out on a journey." Punished by a fine of $50–100. | Knife; Pistol; Air gun; Other deadly weapon | *Sears v. State*, 33 Ala. 347 (1859) (reversing conviction where knife was not "of the like kind or description"); *Lockett v. State*, 47 Ala. 42 (1872) (reversing conviction and holding that defendant was "traveling"). |
| 56 | 1841 | Mississippi | 1841 Miss. Laws 51–52, ch. 1, § 1 | Imposed an annual property tax of $1 on each Bowie knife. | Bowie knife | |
| 57 | 1842 | Louisiana | Henry A. Bullard & Thomas Curry (Editors), 1 *A New Digest of the Statute Laws of the State of Louisiana, from the Change of Government to the Year 1841* 252 (1842), § 59 | Prohibited the carrying of "any concealed weapon, such as a dirk, dagger, knife, pistol, or any other deadly weapon." Punishable by fine of $20–50. | Dirk; Dagger; Knife; Pistol; Other deadly weapon | |
| 58 | 1845 | Illinois | Mason Brayman (Editor), *Revised Statutes of the State of Illinois: Adopted by the General Assembly of Said State, at Its Regular Session, Held in the Years* | Prohibited the carrying of "any pistol, gun, knife, dirk, bludgeon or other offensive weapon, with intent to assault any person. Punishable by fine up to $100 or imprisonment up to 3 months. | Pistol; Gun; Knife; Dirk; Bludgeon; Other | |

14

**Exhibit 34**
**RJN_151**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|------------------------|------------------|
| | | | *A.D. 1844–45,* 176 (1845), § 139 [Criminal Jurisprudence] | | offensive weapon | |
| 59 | 1847 | Maine | *The Revised Statutes of the State of Maine, Passed October 22, 1840*, 709 (1847), tit. 12, ch. 169, § 16 | Prohibited the carrying of a dirk, dagger, sword, pistol, or other offensive and dangerous weapon without reasonable cause to fear an assault. Upon complaint of any person, the person intending to carry such weapons may be required to find sureties for keeping the peace for up to one year. | Dirk; Dagger; Sword; Pistol; Other offensive and dangerous weapon | |
| 60 | 1847 | North Carolina | 1846–1847 N.C. Sess. Laws 107, ch. 42 | Prohibited "any slave" from receiving any sword, dirk, Bowie knife, gun, musket, firearms, or "any other deadly weapons of offense" without written permission. | Sword; Dirk; Bowie knife; Gun; Musket; Firearms; Other deadly weapons of offense | |
| 61 | 1849 | California – City of San Francisco | 1849 Cal. Stat. 245, div. 11, § 127 | Prohibited the carrying, with intent to assault any person, any pistol, gun, knife, dirk, bludgeon, or other offensive weapon with the intent to assault another person.. Punished by fine of up to $100 and imprisonment for up to 3 months. | Pistol; Gun; Knife; Dirk; Bludgeon; Other offensive weapon | |

Exhibit 34
RJN_152

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 62 | 1850 | California | S. Garfielde (Editor), *Compiled Laws of the State of California: Containing All the Acts of the Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850–51–52–53*, 643–44 (1853), ch. 125, div. 4, §§ 40–41 | Provided that a person who challenged another in a duel with a deadly weapon that could result in the death of either participant shall be punished by imprisonment for 1–3 years.  Also punishable by a fine of up to $1000. | Deadly weapons | |
| 63 | 1850 | California | S. Garfielde (Editor), *Compiled Laws of the State of California: Containing All the Acts of the Legislature of a Public and General Nature, Now in Force, Passed at the Sessions of 1850–51–52–53*, 663–64 (1853), ch. 125, div. 11, § 127 | Prohibited carrying of pistol, gun, knife, dirk, bludgeon, or other offensive weapon with intent to assault.  Punishable by fine of up to $100 or imprisonment for up to 3 months. | Pistol; Gun; Knife; Dirk; Bludgeon; Other offensive weapon | |
| 64 | 1850 | Massachusetts | William A. Richardson (Editor), *General Statutes of the Commonwealth of Massachusetts: Enacted December 28, 1859, to Take Effect June 1, 1860*, 816 (1873), ch. 164, § 10 | Prohibited the possession of a dangerous weapon when arrested for committing a criminal offense. | Dangerous weapon | *Commonwealth v. O'Connor*, 7 Allen. 583 (1863); Clayton E. Cramer, *Concealed Weapon Laws of the Early Republic: Dueling,* |

**Exhibit 34**
**RJN_153**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | | *Southern Violence, and Moral Reform* 3 (1999) ("Massachusetts did prohibit any possession of a slungshot or brass knuckles from 1850 onward, but does not appear to have prohibited concealed carrying of a deadly weapon."). |
| 65 | 1850 | Massachusetts | 1850 Mass. Gen. Law, ch. 194, § 1, as codified in Mass. Gen. Stat. 816 (1873), ch. 164, § 10 | Prohibited the carrying of a slungshot, metallic knuckles, bills, or other dangerous weapon if arrested pursuant to a warrant or while committing a crime. Punishable by fine. | Slungshot; Metallic knuckles; Billy; Other dangerous weapon | |
| 66 | 1850 | Massachusetts | 1850 Mass. Gen. Law, ch. 194, § 2 as codified in Mass. Gen. Stat. 816 (1873), ch. 164 § 11 | Prohibited manufacturing or selling a slungshot or metallic knuckles. Punishable by fine up to $50 or imprisonment up to 6 months. | Slungshot; Metallic knuckles | |
| 67 | 1850 | Mississippi | 1850 Miss. Laws 43, ch. 1, § 1 | Imposed an annual property tax of 50 cents on each Bowie knife. | Bowie knife | |

Exhibit 34
RJN_154

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 68 | 1850 | North Carolina | 1850 NC, ch. 121 | Taxation on ownership of pistols, knives, bowie knives, dirks, and sword canes, that were "used," worn or carried about the person of the owner." | Pistols; Knives; Bowie knives; Dirks; Sword Canes | |
| 69 | 1851 | Pennsylvania – City of Philadelphia | 1851 Pa. Laws 382, No. 239, § 4 | Prohibited the willful and malicious carrying of any pistol, gun, dirk, knife, slungshot, or deadly weapon. Punishable by imprisonment for 6 months to 1 year and security for future good behavior. | Pistol; Gun; Dirk; Slungshot; Deadly weapon | |
| 70 | 1852 | Alabama | 1851–1852 Ala. Laws 3, ch. 1, § 1 | Tax of $2 on "every bowie knife or revolving pistol." | Bowie knife; Pistol | |
| 71 | 1852 | Hawaii | 1852 Haw. Sess. Laws 19, § 1 | Prohibited the unauthorized carry of any bowie knife, sword-cane, pistol, air gun, slung-shot, or deadly weapon. Punishable by fine of $10–30 or up to 2 months of hard labor. | Bowie knife; Sword-cane; Pistol; Air Gun; Slung-shot; Deadly Weapon | |
| 72 | 1852 | New Mexico [Territory] | 1852 N.M. Laws 67, § 1 | Prohibited the concealed carrying of short arms such as pistols, daggers, knives, and other deadly weapons. Punishable by a fine up up to $10 or imprisonment up to 15 days. | Pistols; Daggers; Knives; Other deadly weapons. | |
| 73 | 1854 | Kentucky | 1853 Ky. Acts 186, ch. 1020, §§ 1, 2 | Prohibited the concealed carry of "any deadly weapons, other than an ordinary pocket knife," unless (1) "the person has reasonable grounds to believe his person, or the person of | Deadly weapons | |

**Exhibit 34**
**RJN_155**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | some of his family, or his property, is in danger from violence or crime," (2) the person is a sheriff, constable, marshal, or policeman in discharge of official duties, or (3) the person is "required by their business or occupation to travel during the night, the carrying concealed deadly weapons during such travel," with limited exceptions | | |
| 74 | 1854 | Mississippi | 1854 Miss. Laws 49–50, ch. 1, § 1 | Imposed an annual property tax of $1 on each Bowie knife, dirk knife, or sword cane. | Bowie knife; Arkansas toothpick; Sword cane | |
| 75 | 1854 | Washington [Territory] | 1854 Wash. Sess. Law 80, ch. 2, § 30 | Prohibited exhibiting, in a rude, angry, or threatening manner, a pistol, Bowie knife, or other dangerous weapon. Punishable by imprisonment up to 1 year and a fine up to $500. | Pistol; Bowie knife; Other dangerous weapon | |
| 76 | 1855 | California | 1855 Cal. Stat. 152–53, ch. 127, §§ 1–3 | Provided that a person who killed another in a duel with "a rifle, shot-gun, pistol, bowie-knife, dirk, small-sword, back-sword or other dangerous weapon" would pay the decedent's debts and be liable to the decedent's family for liquidated damages. | Rifle; Shotgun; Pistol; Bowie knife; Dirk; Small-sword; Back-sword; Other dangerous weapon | |

**Exhibit 34**
**RJN_156**

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 77 | 1855 | California | William H. R. Wood (Editor), *Digest of the Laws of California: Containing All Laws of a General Character Which were in Force on the First Day of January, 1858*, 334 (1861), art. 1904 | Prohibited the display of any dirk, dirk-knife, Bowie knife, sword, sword cane, pistol, gun, or other deadly weapon in a threatening manner, or use of such weapon in a fight. Punishable by a fine of $100–500 or imprisonment for 1–6 months. | Dirk; Bowie knife; Sword; Sword cane; Pistol; Gun; Other deadly weapon | |
| 78 | 1855 | Indiana | 1855 Ind. Acts 153, ch. 79, §§ 1–2 | Prohibited the use of any gun, stone, stick, club, or any other weapon while on board, or directed at, a train; Punishable by up to 3 months' imprisonment and a fine up to $100. | Gun; Stone; Stick; Club; Other weapon | |
| 79 | 1855 | Louisiana | 1855 La. Acts 148, ch. 120, § 115 | Prohibited the concealed carrying of "pistols, bowie knife, dirk, or any other dangerous weapon." Punishable by imprisonment up to 3 months and a fine not to exceed $1000. | Pistol; Bowie knife; Dirk; Other dangerous weapon | *State v. Jumel*, 13 La. Ann. 399, 399 (1858) (holding that restrictions are not unconstitutional, noting that they are "a measure of police, prohibiting only *a particular mode* of bearing arms which is found dangerous to the peace of society"). |

**Exhibit 34**
**RJN_157**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 80 | 1856 | Mississippi | 1856–1857 Miss. Laws 35 – 36, § 3, art. 10 | Imposed an annual property tax of $1 on each Bowie knife, dirk knife, or sword cane. | Bowie knife; Arkansas toothpick; Sword cane; | |
| 81 | 1856 | Tennessee | 1855–56 Tenn. Pub. Acts 92, ch. 81. §§ 1–2 | Prohibited the sale or transfer of any pistol, Bowie knife, dirk, Arkansas toothpick, or hunter's knife to a minor. Excepted the transfer of a gun for hunting. | Pistol; Bowie knife; Dirk; Arkansas toothpick; Hunter's knife | |
| 82 | 1856 | Texas | Tex. Penal Code ch. 14, arts. 611–12 (1857) | Provided that the use of a Bowie knife or a dagger in manslaughter is to be deemed murder. | Bowie knife; Dagger | *Cockrum v. State*, 24 Tex. 394 (1859) (upheld under Second Amendment and Texas Constitution). |
| 83 | 1858 | District of Columbia | 1 William B. Webb, The Laws of the Corporation of the City of Washington, Digested and Arranged under Appropriate Heads in Accordance with a Joint Resolution of the City Councils 218 (1868), Act of Nov. 18, 1858 | Prohibited "any person or persons to carry or have concealed about their persons any deadly or dangerous weapons, such as dagger, pistol, bowie knife, dirk knife, or dork, colt, slungshot, or brass or other metal knuckles." | Firearms; Other Weapons | |
| 84 | 1858 | Nebraska [Territory] | 1858 Neb. Laws 69, ch. 1, § 135 | Prohibited the carrying of a pistol, gun, knife, dirk, bludgeon or other | Pistol; Gun; | |

**Exhibit 34**
**RJN_158**

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | offensive weapon with the intent to assault a person. Punishable by up to 3 months' imprisonment or a fine up to $100. | Knife; Dirk; Bludgeon; Other offensive weapon | |
| 85 | 1859 | Indiana | 1859 Ind. Acts 129, ch. 78, § 1. | Prohibited the carrying of any dirk, pistol, Bowie knife, dagger, sword in cane, or any other dangerous or deadly weapon with the intent of injuring another person. Exempted any person who was a "traveler." Punishable by fine up to $500. | Dirk; Pistol; Bowie knife; Dagger; Sword-cane; Other dangerous or deadly weapon | *Burst v. State*, 89 Ind. 133 (1883) (holding that there was sufficient evidence that the defendant was a "traveler" and exempt from the law), *overruled by State v. Smith*, 157 Ind. 241 (1901) (narrowing scope of "traveler" exception). |
| 86 | 1859 | Kentucky – Town of Harrodsburg | 1859 Ky. Acts 245, ch. 33, § 23 | Prohibited the selling, giving, or loaning of a concealed pistol, dirk, Bowie knife, brass knuckles, slungshot, colt, cane-gun, or other deadly weapon to a "minor, slave, or free negro." Punishable by fine of $50. | Pistol; Dirk; Bowie knife; Brass knuckles; Slungshot; Colt; Cane-gun; | |

**Exhibit 34
RJN_159**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | | Other deadly weapon | |
| 87 | 1859 | New Mexico | 1859 N.M. Laws 94–96, §§ 1–5 | Prohibited the carrying of a concealed pistol, Bowie knife, cuchillo de cinto (belt buckle knife), Arkansas toothpick, Spanish dagger, slungshot, or any other deadly weapon. | Pistol; Bowie knife; Cuchillo de cinto (belt buckle knife); Arkansas toothpick; Spanish dagger; Slungshot; Other deadly weapon | |
| 88 | 1859 | Ohio | 1859 Ohio Laws 452, § 210 | Prohibited the concealed carrying of any pistol, Bowie knife, or any other "dangerous weapon." Punishable by fine of up to $200 or imprisonment of up to 30 days for the first offense, and a fine of up to $500 or imprisonment for up to 3 months for the second offense. | Pistol; Bowie knife; Other dangerous weapon | |
| 89 | 1859 | Washington [Territory] | 1859 Wash. Sess. Laws 109, ch. 2, § 30 | Prohibited exhibiting, in a rude, angry, or threatening manner, a pistol, Bowie knife, or other dangerous weapon. Punishable by imprisonment up to 1 year and a fine up to $500. | Pistol; Bowie knife; Other dangerous weapon | |
| 90 | 1860 | Georgia | 1860 Ga. Laws 56, No. 63, § 1 | Prohibited the sale or furnishing of any gun, pistol, Bowie knife, slungshot, sword cane, or other | Gun; Pistol; Bowie knife; | |

**Exhibit 34**
**RJN_160**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------------------|--------------|----------|--------------------------|----------------------|-----------------|
| | | | | weapon to a "slave or free person of color." Punishable by fine up to $500 and imprisonment up to 6 months. | Slungshot; Sword cane; Other weapon | |
| 91 | 1861 | Nevada [Territory] | 1861 Nev. Stat. 61, § 35 | Provided that the killing of another in a duel with a rifle, shotgun, pistol, Bowie knife, dirk, small-sword, back-sword, or other "dangerous weapon" in the killing of another in a duel is to be deemed murder. | Rifle; Shotgun; Pistol; Bowie knife; Dirk; Small-sword; Back-sword; Other dangerous weapon | |
| 92 | 1862 | Colorado [Territory] | 1862 Colo. Sess. Laws 56, § 1 [Concealed weapons] | Prohibited the concealed carrying in any city, town, or village any pistol, Bowie knife, dagger, or other deadly weapon. Punished by fine of $5–35. | Pistol; Bowie knife; Dagger; Other deadly weapon | |
| 93 | 1863 | Kansas – City of Leavenworth | C. B. Pierce, *Charter and Ordinances of the City of Leavenworth, with an Appendix* 45 (1863), § 23 | Prohibited the carrying of any concealed "pistol, dirk, bowie knife, revolver, slung shot, billy, brass, lead or iron knuckles, or any other deadly weapon within this city." Punishable by a fine of $3–100. | Pistol; Dirk; Bowie knife; Revolver; Slungshot; Billy; Brass; lead or iron knuckles; Other deadly weapon | |

**Exhibit 34**
**RJN_161**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 94 | 1863 | Tennessee – City of Memphis | William H. Bridges (Editor), *Digest of the Charters and Ordinances of the City of Memphis, Together with the Acts of the Legislature Relating to the City, with an Appendix* 190 (1863), art. 3, § 3 | Prohibited the carrying of a concealed pistol, Bowie knife, dirk, or any other deadly weapon. Punishable by fine of $10–50. | Pistol; Bowie knife; Dirk; Other deadly weapon | |
| 95 | 1864 | California | Theodore H. Hittell (Editor), T*he General Laws of the State of California, from 1850 to 1864, Inclusive* 261 (1872), § 1585 [§ 1] | Prohibited the concealed carrying of any dirk, pistol, sword cane, slungshot, or "other dangerous or deadly weapon." Exempted any peace officer or officer acting under the law of the United States. Punishable by imprisonment for 30–90 days or fine of $20–200. | Dirk; Pistol; Sword cane; Slungshot; Other deadly or dangerous weapon | |
| 96 | 1865 | Montana [Territory] | 1864 Mont. Laws 355, § 1 [Deadly weapons] | Prohibited the carrying of a concealed "any pistol, bowie-knife, dagger, or other deadly weapon" within any town or village in the territory. Punishable by fine of $25–100. | Pistol; Bowie knife; Dagger; Other deadly weapon | |
| 97 | 1865 | Utah [Territory] | Henry McEwan (Editor), *Acts, Resolutions and Memorials Passed at the Several Annual Sessions of the Legislative Assembly of the Territory of Utah* 59 (1866), ch. 22, tit. 8, § 102 | Prohibited the "set[ting] of any gun." Punishable by imprisonment of up to 1 year or a fine of up to $500. | Trap gun | |
| 98 | 1866 | New York | Montgomery H. Throop (Editor), *Revised Statutes* | Prohibited using, attempting to use, concealing, or possessing a slungshot, | Slungshot; Billy; | |

**Exhibit 34
RJN_162**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *of the State of New York, Vol. 3*, at 2512 (1882), ch. 716, §§ 1–2 | billy, sandclub or metal knuckles, and any dirk or dagger, or sword cane or air-gun.  Punishable by imprisonment for up to 1 year and/or a fine up to $500. | Sandclub; Metal knuckles; Dirk; Dagger; Sword cane; Air gun | |
| 99 | 1866 | North Carolina | 1866 N.C. Sess. Laws 30 & 33–34, ch. 21, § 1, sched. A(11) | Imposed a $1 tax on every dirk, Bowie knife, pistol, sword cane, dirk cane, and rifle cane used or worn during the year. | Dirk; Bowie knife; Pistol; Sword cane; Dirk cane; Rifle cane | |
| 100 | 1867 | Alabama | 1866–1867 Ala. Laws 260 & 263, ch. 2, § 2(10) | Tax of $2 on pistols or revolvers in the possession of private persons, excluding dealers, and a tax of $3 on "all bowie knives, or knives of the like description."  Non-payment was punishable by seizure and, unless payment was made within 10 days with a penalty of an additional 50%, subject to sale by public auction. | Pistol; Bowie knife | |
| 101 | 1867 | Arizona | An Act to prevent the improper use of deadly weapons, and the indiscriminate use of fire arms in the towns and villages of the territory.  § 1.  In Coles Bashford, the Compiled Laws of the | Prohibiting drawing or exhibiting any deadly weapon in the presence of two or more persons "in a rude, angry or threatening manner, not in necessary self-defense, or who shall, in any manner, unlawfully use the same in any fight or quarrel," punishable by fine or imprisonment. | Deadly weapons | |

**Exhibit 34**
**RJN_163**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | Territory of Arizona, page 96, Image 102 (1871) | | | |
| 102 | 1867 | Colorado [Territory] | 1867 Colo. Sess. Laws 229, § 149 | Prohibited the concealed carrying of any pistol, Bowie knife, dagger, or other deadly weapon within any city, town, or village in the territory. Punishable by fine of $5–35. Exempted sheriffs, constables, and police officers when performing their official duties. | Pistol; Bowie knife; Dagger; Other deadly weapon | |
| 103 | 1867 | Tennessee – City of Memphis | William H. Bridges (Editor), *Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with an Appendix*, 44 (1867), §§ 4746, 4747, 4753, 4757 | Prohibited the carrying of a concealed Bowie knife, Arkansas tooth pick, or other knife or weapon; and restricted the concealed or public carry of a dirk, sword cane, Spanish stiletto, belt or pocket pistol.  Also prohibited selling such a weapon or using such a weapon to threaten people. | Bowie knife; Arkansas toothpick; Dirk; Sword cane; Spanish stiletto; Belt; Pocket pistol; Other knife or weapon | |
| 104 | 1867 | Tennessee – City of Memphis | William H. Bridges (Editor), *Digest of the Charters and Ordinances of the City of Memphis, from 1826 to 1867, Inclusive, Together with the Acts of the Legislature Relating to the City, with* | Prohibited selling, loaning, or giving to a minor a pistol, Bowie knife, dirk, Arkansas tooth-pick, hunter's knife, or like dangerous weapon, except a gun for hunting or self-defense in traveling.  Punishable by fine of minimum $25 and imprisonment. | Pistol; Bowie knife; Dirk; Arkansas toothpick; Hunter's knife; Dangerous weapon | |

Exhibit 34
RJN_164

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *an Appendix*, 50 (1867), § 4864 | | | |
| 105 | 1868 | Alabama | Wade Keyes & Fern Wood (Editors), *Code of Alabama* 883 (1876), ch. 3, § 4111 | Prohibited the carrying of any rifle or "shot-gun walking cane." Punishable by fine of $500–1,000 and imprisonment of no less than 2 years. | Rifle; Shotgun walking cane | |
| 106 | 1868 | Florida | W. A. Blountet al. (Editors), *The Revised Statutes of the State of Florida* 782–83 (1892), tit. 2, art. 5, § 2423 | Prohibited the concealed carrying of slungshot, metallic knuckles, billies, firearms, or other dangerous weapons if arrested for committing a criminal offense or disturbance of the peace. Punishable by imprisonment up to 1 year and a fine up to $50. | Slungshot; Metallic knuckles; Billy; Firearms; Other dangerous weapon | |
| 107 | 1868 | Florida | W. A. Blountet al. (Editors), *The Revised Statutes of the State of Florida* 782–83 (1892), tit. 2, art. 5, § 2425 | Prohibited the manufacture or sale of slungshots or metallic knuckles. Punishable by imprisonment for up to 6 months or a fine up to $100. | Slungshot; Metallic knuckles | |
| 108 | 1868 | Florida | 1868 Fla. Laws 95, ch. 7, § 10 | Prohibited the carrying of a slungshot, metallic knuckles, billies, firearms or other dangerous weapon if arrested for committing a criminal offence or disturbance of the peace. Punishable by imprisonment up to 3 months or a fine up to $100. | Slungshot; Metallic knuckles; Billy; Firearms; Other dangerous weapon | |
| 109 | 1868 | Florida | James F McClellan (Editor), *A Digest of the Laws of the State of* | Prohibited the carrying "about or on their person" any dirk, pistol or other arm or weapon, except a "common | Dirk; Pistol; | |

**Exhibit 34**
**RJN_165**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | *Florida: From the Year One Thousand Eight Hundred and Twenty-Two, to the Eleventh Day of March, One Thousand Eight Hundred and Eighty-One, Inclusive* 403 (1881), § 13 | pocket knife." Punishable by fine up to $100 or imprisonment up to 6 months. | Other arm or weapon | |
| 110 | 1868 | Kansas | The General Statutes of the State of Kansas, to Which the Constitutions of the United State of Kansas, Together with the Organic Act of the Territory of Kansas, the Treaty Ceding the Territory of Louisiana to the United States, and the Act Admitting Kansas into the Union are Prefixed Page 378, Image 387 (1868), Crimes and Punishments, § 282 | Any person who is "not engaged in any legitimate business, any person under the influence of intoxicating drink, and any person who has ever borne arms against the government of the United States, who shall be found within the limits of this state, carrying on his person a pistol, bowie-knife, dirk or other deadly weapon" is subject to arrest and fine or imprisonment. | Firearms: Other deadly weapons | |
| 111 | 1869 | Minnesota | 1869 Minn. Laws 50–51, ch. 39, §§ 1–3 | Prohibited "the setting of a so-called trap or spring gun, pistol, rifle or other deadly weapon." Punishable by fine up to $500 and/or imprisonment up to 6 months, if no injury resulted. | Trap gun | |
| 112 | 1869 | New Mexico [Territory] | 1868–69 N.M. Session Laws 72–73, ch. 32, §§ 1–3 | Prohibited any carry of deadly weapons, including pistols (revolver, repeater, derringer), Bowie knives, | Pistol; Bowie knife; Dagger; | |

Exhibit 34
RJN_166

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | daggers, poniards, butcher knives, dirk knives, sword canes, and slung shot. Punishable by fine up to $50 and/or imprisonment up to 50 days. | Poniard; Butcher knife; Dirk; Sword cane; Slung shot; Other deadly weapon | |
| 113 | 1869 | Tennessee | 1869–70 Tenn. Pub. Acts 23–24, ch. 22, § 2 | Prohibited the carrying of any "pistol, dirk, bowie-knife, Arkansas tooth-pick," any weapon resembling a bowie knife or Arkansas toothpick, "or other deadly or dangerous weapon" while "attending any election" or at "any fair, race course, or public assembly of the people." | Pistol; Dirk; Bowie knife; Arkansas toothpick; Other "deadly or dangerous weapon" | *Andrews v. State*, 50 Tenn. 165 (1871) (upheld under state constitution). |
| 114 | 1869 | Washington [Territory] | 1869 Wash. Sess. Laws 203–04, ch. 2, § 32 | Prohibited exhibiting, in a rude, angry, or threatening manner, a pistol, Bowie knife, or other dangerous weapon. Punishable by imprisonment up to 1 year and a fine up to $500. | Pistol; Bowie knife; Other dangerous weapon | |
| 115 | 1870 | Georgia | 1870 Ga. Laws 421, tit. 16, ch. 285, §§ 1–3 | Prohibited the open or concealed carry of "any dirk, bowie-knife, pistol or revolver, or any kind of deadly weapon" at "any court of justice, or any general election ground or precinct, or any other public gathering," except for militia musters. Punishable by imprisonment up to 20 days and/or a fine up to $50. | Dirk; Bowie knife; Pistol; Revolver; Any kind of deadly weapon | *Hill v. State*, 53 Ga. 472 (1874) (upheld under state constitution). |

**Exhibit 34**
**RJN_167**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 116 | 1870 | Louisiana | 1870 La. Acts 159–60, § 73 | Prohibited the carrying of a concealed or open gun, pistol, Bowie knife or other dangerous weapon on an election day during the hours the polls are open or during registration. Punishable by fine of minimum $100 and imprisonment of minimum 1 month. | Gun; Pistol; Bowie knife; Other dangerous weapon | |
| 117 | 1870 | Tennessee | 1869–1870 Tenn. Pub. Acts 28, ch. 13, § 1 | Prohibited the carrying of a "dirk, sword-cane, Spanish stiletto, belt or pocket pistol or revolver."  Punishable by a fine of up to $50, imprisonment up to 6 months, and imposition of a $1,000 bond "to keep the peace" for 6 months after conviction. | Dirk; Sword-cane; Stiletto; Belt; Pocket pistol; Revolver | |
| 118 | 1870 | Texas | 1870 Tex. Gen. Laws 63, ch. 46, § 1 | Prohibited the carrying of a Bowie knife, dirk or butcher knife, or firearms in any school room or any place where persons are assembled for educational, literary, or scientific purposes, or a ballroom, social party, or other social gathering, or any election precinct during an election. | Bowie knife; Dirk; Butcher knife | |
| 119 | 1871 | Arkansas – City of Little Rock | John H. Cherry (Editor), *Digest of the Laws and Ordinances of the City of Little Rock* 168 (1882), §399 | Prohibited carrying of a pistol, revolver, Bowie knife, dirk, rifle, shot gun, slungshot, colt, or metal knuckles while engaged in a breach of the peace.  Punishable by a fine of $25–500. | Pistol; Revolver; Bowie knife; Dirk; Rifle; Shotgun; Slungshot; | |

Exhibit 34
RJN_168

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Colt; Metal knuckles | |
| 120 | 1871 | District of Columbia | 1871–1872 D.C. Laws, Part II, 33, ch. 25 | Prohibited the carrying or having concealed "any deadly or dangerous weapons, such as daggers, air-guns, pistols, Bowie knives, dirk-knives, or dirks, razors, razor-blades, sword-canes, slungshots, or brass or other metal knuckles." Punishable by forfeiture of the weapon and a fine of $20–50. | Dangerous weapon; Dagger; Air-guns; Pistols; Bowie knife; Dirk; Razor; Sword-cane; Slungshot; Metal knuckles | *Brown v. United States*, 58 App. D.C. 311 (1929) (affirming conviction for concealed carrying of a pistol in automobile). |
| 121 | 1871 | Mississippi | 1871 Miss. Laws 819–20, ch. 33, art. 3, § 1 | Imposed property tax on pistols, dirks, Bowie knives, and sword canes. | Pistol; Dirk; Bowie knife; Sword cane | |
| 122 | 1871 | Missouri – City of St. Louis | Everett W. Pattinson (Editor), *Revised Ordinance of the City of St. Louis* 491 (1871), art. 2, § 9 | Prohibited the carrying of a concealed pistol, or revolver, colt, billy, slungshot, cross knuckles, or knuckles of lead, brass or other metal, Bowie knife, razor, dirk knife, dirk, dagger, or any knife resembling a Bowie knife, or any other dangerous or deadly weapon without written permission from the Mayor. Punishable by fine of $10–500. | Pistol; Revolver; Colt; Billy; Slungshot; Cross knuckles; Metal knuckles; Bowie knife; Razor; | |

**Exhibit 34**
**RJN_169**

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Dirk; Dagger; Any knife resembling a bowie knife; Other dangerous or deadly weapon | |
| 123 | 1871 | New Jersey – City of Jersey City | *Order of the Board of Aldermen. Ordinances of Jersey City, Passed By The Board Of Aldermen since May 1, 1871, under the Act Entitled "An Act to Re-organize the Local Government of Jersey City," Passed March 31, 1871, and the Supplements Thereto* 41 (1874), §§ 1–4 | Prohibited concealed carry of any "slung-shot, billy, sand-club or metal knuckles, and any dirk or dagger (not contained as a blade of a pocket-knife), and loaded pistol or other dangerous weapon." Punishable by fine up to $20. | Slung-shot; Billy; Sand-club; Metal knuckles; Dirk; Dagger; Pistol; Other dangerous weapon | |
| 124 | 1871 | Texas | 1871 Tex. Laws 25, ch. 34, § 1 | Prohibited the carrying of a concealed pistol, dirk, dagger, slungshot, sword cane, spear, brass knuckles, Bowie knife, or any other kind of knife used for offense or defense, unless carried openly for self-defense. Punishable by fine of $20–100, forfeiture of the weapon, and for subsequent offenses, imprisonment up to 60 days. | Pistol; Dirk; Dagger; Slungshot; Sword cane; Spear; Metal knuckles; Bowie knife; Any other | *English v. State*, 35 Tex. 473 (1872) (upheld as constitutional under Second Amendment and Texas Constitution); *State v. Duke*, 42 Tex. 455 (1875) |

**Exhibit 34**
**RJN_170**

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | | kind of knife used for offense or defense | (upheld as constitutional under Texas Constitution). |
| 125 | 1871 | Texas | 1871 Tex. Laws 25, ch. 34, § 3 | Prohibited the carrying of a concealed or open gun, pistol, Bowie knife, or other dangerous weapon within a half mile of a polling site on an election day.  Also prohibited generally carrying a pistol, dirk, dagger, slungshot, sword cane, spear, brass knuckles, Bowie knife, or other kind of knife used for offense or defense.  Punishable by fine and forfeiture of the weapon. | Pistol; Dirk; Dagger; Slungshot; Sword cane; Spear; Brass-knuckles; Bowie knife; Other dangerous weapon; Other knife used for offense or defense | |
| 126 | 1872 | Maryland – City of Annapolis | 1872 Md. Laws 57, ch. 42, § 246 | Prohibited the carrying of a concealed pistol, dirk-knife, Bowie knife, slungshot, billy, razor, brass, iron or other metal knuckles, or any other deadly weapon.  Punishable by a fine of $3–10. | Pistol; Dirk; Bowie knife; Slungshot; Billy; Razor; Brass; Metal knuckles; |

**Exhibit 34**
**RJN_171**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Other deadly weapon | |
| 127 | 1872 | Nebraska – City of Nebraska | Gilbert B. Scolfield (Editor), *Laws, Ordinances and Rules of Nebraska City, Otoe County, Nebraska*, 36 (1872), No. 7, § 1 | Prohibited the carrying openly or concealed of a musket, rifle, shot gun, pistol, sabre, sword, Bowie knife, dirk, sword cane, billy, slungshot, brass or other metallic knuckles, or any other dangerous or deadly weapons. | Musket; Rifle; Shot gun; Pistol; Sabre; Sword; Bowie knife; Dirk; Sword cane; Billy; Slungshot; Metal knuckles; Other dangerous or deadly weapons | |
| 128 | 1873 | Alabama | Wade Keyes & Fern Wood (Editors), *Code of Alabama, 1876*, 883 (1877), ch. 3, § 4110 | Prohibited the concealed carrying of any brass knuckles, slungshots, or "other weapon of like kind or description." Punishable by a fine of $20–200 and imprisonment or term of hard labor not to exceed 6 months. | Metal knuckles; Slungshot | *State v. Reid*, 1 Ala. 612 (1840) (upheld under Alabama Constitution); *Whatley v. State*, 49 Ala. 355 (1947) (necessity required). |
| 129 | 1873 | Minnesota | A.H. Bissell (Editor), *Statutes at Large of the* | Prohibited the setting of any spring or trap gun. Punished by imprisonment | Spring gun; Trap gun | |

**Exhibit 34
RJN_172**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *State of Minnesota* 993 (Vol. 2, 1873), ch. 54, §§ 64–65 | for at least 6 months or a fine of up to $500 if no injury results; imprisonment for up to 5 years if non-fatal injury results; and imprisonment for 10–15 years if death results. | | |
| 130 | 1873 | Nevada | M.S. Bonnifield & T.W. Healy (Editors), *Compiled Laws of the State of Nevada. Embracing Statutes of 1861 to 1873, Inclusive*, 563 (Vol. 1, 1873), §§ 35–36 | Prohibited dueling and killing a person with a rifle, shotgun, pistol, Bowie knife, dirk, small sword, backsword, or other dangerous weapon. | Rifle; Shotgun; Pistol; Bowie knife; Dirk; Small sword; Back sword; Other dangerous weapon | |
| 131 | 1873 | Tennessee | Seymour D. Thompson & Thomas M. Steger (Editors), *Compilation of the Statute Laws of the State of Tennessee*, 125 (Vol. 2, 1873), ch. 9, art. 2, § 4864 | Prohibited selling, loaning, or giving to a minor a pistol, Bowie knife, dirk, Arkansas tooth-pick, hunter's knife, or like dangerous weapon, except a gun for hunting or self defense in traveling. Punishable by fine of minimum $25 and imprisonment for a term determined by the court. | Pistol; Bowie knife; Dirk; Arkansas toothpick; Hunter's knife; Dangerous weapon | |
| 132 | 1874 | Alabama | 1874–1875 Ala. Laws 41, § 102, pt. 27 | Imposed $25 occupational tax on dealers of pistols, Bowie knives, and dirk knives. | Pistol; Bowie knife; Dirk | |
| 133 | 1874 | Illinois | Harvey Bostwick Hurd (Editor), *Revised Statutes of the State of Illinois. A.D.* | Prohibited the carrying a concealed weapon, including a pistol, knife, slungshot, brass, steel, or iron | Pistol; Knife; Slungshot; | |

Exhibit 34
RJN_173

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------|------|------|------|------|------|
| | | | *1874*, 360 (1874), ch. 38, § 56 | knuckles, or other deadly weapon while disturbing the peace. Punishable by fine up to $100. | Other deadly weapon | |
| 134 | 1874 | Virginia | 1874–1875 Va. Acts 282–83, ch. 239, § 6, sched. B(18) | Included the value of all "rifles, muskets, and other fire-arms, bowie-knives, dirks, and all weapons of a similar kind" in list of taxable personal property. | Rifle; Musket; Other firearm; Bowie knife; Dirk | |
| 135 | 1875 | Alabama | 1875–1876 Ala. Acts 46, Rev. Code, ch. 1, § 1(5) | Imposed tax rate of 0.75% of the value of any pistols, guns, dirks, and Bowie knives. | Pistols; Guns; Dirks; Bowie knives | |
| 136 | 1875 | Alabama | 1875–1876 Ala. Acts 82, Rev. Code, ch. 9, § 7(15) | Imposed $50 occupational tax on dealers of pistols, Bowie knives, and dirk knives. | Pistol; Bowie knife; Dirk | *Porter v. State*, 58 Ala. 66 (1877) (affirming conviction). |
| 137 | 1875 | Arkansas | 1874–1875 Ark. Acts 156, § 1 | Prohibited the carrying in public of any "pistol, gun, knife, dirk, bludgeon, or other offensive weapon, with intent to assault any person." Punishable by a fine of $25–100. | Pistol; Dirk; Butcher knife; Bowie knife; Sword cane; Metal knuckles | *Wilson v. State*, 33 Ark. 557 (1878) (held unconstitutional to extent the law applied to a "war arm"). |
| 138 | 1875 | Idaho [Territory] | *Compiled and Revised Laws of the Territory of Idaho*, 354 (1875), § 133 | Prohibited the carrying of "any pistol, gun, knife, dirk, bludgeon, or other offensive weapon, with intent to assault any person." Punishable by imprisonment for up to 3 months or a fine up to $100. | Pick-lock; Crow-key; Bit; Other instrument or tool; | |

**Exhibit 34
RJN_174**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | Pistol; Knife; Dirk; Bludgeon; Other offensive weapon | |
| 139 | 1875 | Indiana | 1875 Ind. Acts 62, ch. 17, § 1 | Prohibited the drawing or threatening to use a pistol, dirk, knife, slungshot, or any other deadly or dangerous weapon.  Punishable by fine of $1–500, and potentially imprisonment up to 6 months. | Pistol; Dirk; Knife; Slungshot; Other deadly or dangerous weapon | |
| 140 | 1875 | Michigan | 1875 Mich. Pub. Acts 136, ch. 97, § 1 | Prohibited the setting of any spring or trap gun. | Spring gun; Trap gun | |
| 141 | 1875 | Pennsylvania | 1875 Pa. Laws 33, ch. 38, § 1 | Prohibited the concealed carrying of any "fire-arms, slung-shot, handy-billy, dirk-knife, razor or other deadly weapon" with intent to injure another. | Firearms; Slungshot; Billy; Dirk; Razor; Other deadly weapon | |
| 142 | 1876 | Alabama | 1876–77 Ala. Code 882, § 4109 | Prohibited the carrying of a Bowie knife, pistol, or air gun, or any other weapon of "like kind or description," unless threatened with or having good cause to fear an attack or while traveling or setting out on a journey. | Bowie knife; Pistol; Air gun; Other similar weapon | *State v. Reid*, 1 Ala. 612 (1840) (upheld under Alabama Constitution); *Whatley v. State*, |

**Exhibit 34**
**RJN_175**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | Punishable by a fine of $50–300 and imprisonment or hard labor for no more than 6 months. | | 49 Ala. 355 (1947) (necessity required). |
| 143 | 1876 | Alabama | Wade Keyes (Editor), *Code of Alabama 1876* 882 (1877), ch. 3, § 4109 | Prohibited the concealed carrying of any Bowie knife, or any other knife of like kind or description, pistol, air gun, slungshot, brass knuckles, or other deadly or dangerous weapon, unless the person was threatened with, or had good reason to apprehend, an attack, or "while traveling, or setting out on a journey."  Punishable by fine of $50–300 and imprisonment of not more than 6 months. | Bowie knife; Pistol; Air gun; Slungshot; Metal knuckles; Other deadly or dangerous weapon | |
| 144 | 1876 | Alabama | Wade Keyes (Editor), *Code of Alabama 1876* 901 (1877), ch. 6, § 4230 | Prohibited the sale, giving, or lending of any pistol, Bowie knife, or "like knife" to any boy under the age of 18. | Pistol; Bowie knife | *Coleman v. State*, 32 Ala. 581 (1858) (affirming conviction of letting minor obtain a pistol). |
| 145 | 1876 | Sacramento, California | Ordinance No. 84: Prohibiting the Carrying of Concealed Deadly Weapons, Apr. 24, 1876, reprinted in Chapter and Ordinances of the City of Sacramento 173 (R.M. Clarken ed., 1896) (Sacramento, California) | Prohibited any person aside from public officers or travelers to wear or carry concealed a firearm or deadly weapon without a permit.  Punishable by fine.  Permits may be issued "to any peacable person, whose profession or occupation may require him to be out at late hours of the night, to carry | Firearms, Deadly weapons | |

Exhibit 34
RJN_176

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | concealed deadly weapons for his protection. | | |
| 146 | 1876 | Colorado | 1876 Colo. Sess. Laws 304, § 154 | Prohibited the carrying with intent to assault another any pistol, gun, knife, dirk, bludgeon, or other offensive weapon. | Pistol; Gun; Knife; Dirk; Bludgeon; Other offensive weapon | |
| 147 | 1876 | Georgia | 1876 Ga. L. 112, ch. 128, § 1 | Prohibited the gift, transfer, or sale of any pistol, dirk, Bowie knife, or sword cane to a minor. | Pistol; Dirk; Bowie knife; Sword cane | |
| 148 | 1876 | Illinois – Village of Hyde Park | Consider H. Willett, *Laws and Ordinances Governing the Village of Hyde Park [Illinois] Together with Its Charter and General Laws Affecting Municipal Corporations; Special Ordinances and Charters under Which Corporations Have Vested Rights in the Village. Also, Summary of Decisions of the Supreme Court Relating to Municipal Corporations, Taxation and Assessments*, 64 (1876), § 39 | Prohibited the carrying a concealed pistol, revolver, slungshot, knuckles, Bowie knife, dirk knife, dirk, dagger, or any other dangerous or deadly weapon without written permission from the Captain of Police.  Exempted peace officers. | Pistol; Revolver; Slungshot; Knuckles; Bowie knife; Dirk; Dagger; Other dangerous or deadly weapon | |

**Exhibit 34
RJN_177**

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|------------------------|-----------------|
| 149 | 1876 | Wyoming [Territory] | John W. Blake et al. (Editors), *Revised Statutes of Wyoming in Force January 1, 1887*, 306 (1887), § 1027 | Prohibited the carrying of a pistol, knife, dirk, bludgeon, or other offensive weapon with the intent to assault a person. Punishable by fine up to $500 or imprisonment up to 6 months. | Pistol; Knife; Dirk; Bludgeon; Other offensive weapon | |
| 150 | 1877 | Colorado – Town of Georgetown | Edward O. Wolcott (Editor), *Ordinances of Georgetown [Colorado] Passed June 7th, A.D. 1877*, 100 (1877), § 9 | Prohibited the concealed carrying of any pistol, Bowie knife, dagger, or other deadly weapon. Punishable by a fine of $5–50. | Pistol; Bowie knife; Dagger; Other deadly weapon | |
| 151 | 1877 | New Jersey | *Revision of the Statutes of New Jersey: Published under the Authority of the Legislature; by Virtue of an Act Approved April 4, 1871*, 304 (1877), § 2 | Prohibited the carrying of "any pistol, hanger, cutlass, bludgeon, or other offensive weapon, with intent to assault any person." Punishable as a "disorderly person." | Pistol; Hanger; Cutlass; Bludgeon; Other offensive weapon | |
| 152 | 1877 | South Dakota [Territory] | G.C. Moody (Editor), *Revised Codes, 1903, State of South Dakota* 1150 (1903), §§ 470–471. | Prohibited the carrying, "whether concealed or not," of any slungshot, and prohibited the concealed carrying of any firearms or sharp or dangerous weapons. | Slungshot; Firearm; Sharp or dangerous weapon | |
| 153 | 1877 | Utah – City of Provo [Territory] | *Revised Ordinances Of Provo City [Utah], Containing All The Ordinances In Force On the First Day of February, A.D. 1877, and the Rules* | Prohibited carrying a pistol, or other firearm, slungshot, false knuckles, Bowie knife, dagger or any other "dangerous or deadly weapon." Punishable by fine up to $25. | Pistol; Other firearm; Slungshot; Metal knuckles; Bowie knife; | |

41

**Exhibit 34**
**RJN_178**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *and Order of Business of Provo City Council* 106–07 (1877), ch. 6, § 182 | | Dagger; Other dangerous or deadly weapon | |
| 154 | 1878 | Alabama – City of Uniontown | 1878–1879  Ala. Laws 437, ch. 314, § 14 | Authorized Uniontown to license dealers of pistols, Bowie knives, and dirk knives. | Pistol; Bowie knife; Dirk | |
| 155 | 1878 | California – Los Angeles | Ordinances of the City of Los Angeles, § 36, William M. Caswell, *Revised Charter and Compiled Ordinances and Resolutions of the City of Los Angeles* 85 (1878) | Prohibited all persons "except peace officers and persons actually traveling and immediately passing through Los Angeles city" from carrying or wearing any deadly weapon, "concealed or otherwise within the corporate limits of said city." Punishable by fine and imprisonment. | Dirk; Pistol; Sword in a cane; Slung-shot; Other weapons | |
| 156 | 1878 | Mississippi | 1878 Miss. Laws 175, ch. 46, § 1 | Prohibited the carrying of a concealed Bowie knife, pistol, brass knuckles, slungshot or other deadly weapon. Excepted travels other than "a tramp." Punishable by fine of $5–100. | Bowie knife; Pistol; Brass knuckles; Slungshot; Other deadly weapon | |
| 157 | 1879 | Alabama – City of Montgomery | William S. Thorington (Editor), *Code of Ordinances of the City Council of Montgomery [Alabama]* 225 (1888), Pen. Code, Ch. 43, § 5188 | Prohibited carrying of a concealed Bowie knife, pistol, air gun, slungshot, brass knuckles, or other deadly or dangerous weapon.  Punishable by a fine of $1–100. | Bowie knife; Pistol; Air gun; Slungshot; Metal knuckles; Other deadly | |

**Exhibit 34
RJN_179**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | or dangerous weapon | |
| 158 | 1879 | Idaho – City of Boise [Territory] | *Charter and Revised Ordinances of Boise City, Idaho, in Effect April 12, 1894*, 118–19 (1894), § 36 | Prohibited the carrying a concealed Bowie knife, dirk knife, pistol or sword in cane, slungshot, metallic knuckles, or other dangerous or deadly weapon, unless traveling or setting out on a journey. Punishable by fine up to $25 and/or imprisonment up to 20 days. | Bowie knife; Dirk; Pistol; Sword cane; Slungshot; Metallic knuckles; Other dangerous or deadly weapons | *State v. Hart*, 66 Idaho 217 (1945) (upheld under state constitution). |
| 159 | 1879 | Louisiana | La. Const. of 1879, art. III | Provided the right to bear arms, but authorized the passage of laws restricting the carrying of concealed weapons. | Concealed weapons | |
| 160 | 1879 | Montana [Territory] | 1879 Mont. Laws 359, div. 4, § 23 | Prohibited dueling and killing a person involved with a rifle, shot-gun, pistol, Bowie knife, dirk, small-sword, back-sword, or other dangerous weapon. Punishable by death by hanging. | Rifle; Shotgun; Pistol; Bowie knife; Dirk; Small sword; Back sword; Other dangerous weapon | |
| 161 | 1879 | North Carolina | 1879 N.C. Sess. Laws 231, ch. 127, §§ 1–5 | Prohibited the concealed carrying of any pistol, Bowie knife, dirk, dagger, slungshot, loaded case, metal | Pistol; Bowie knife; Dirk; | |

**Exhibit 34**
**RJN_180**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | knuckles, razor, or other deadly weapon. Exemption for carrying on the owner's premises. Punishable by fine or imprisonment at the discretion of the court. | Dagger; Slungshot; Metal knuckles; Razor; Other deadly weapon | |
| 162 | 1879 | Tennessee | 1879 Tenn. Pub. Acts 135–36, ch. 46, §§ 1–6 | Prohibited the sale of belt or pocket pistols, or revolvers, or other kind of pistol, except Army or Navy pistols. | Pistol | |
| 163 | 1879 | Tennessee | W.A. Milliken and John J. Vertrees (Editors), *Code of Tennessee, Being a Compilation of the Statute Laws of the State of Tennessee, of a General Nature, in Force June 1, 1884*, 1060–61 (1884), § 5533 | Prohibited the carrying, "publicly or privately," of any dirk, razor, sword cane, loaded cane, slungshot, brass knuckles, Spanish stiletto, belt or pocket pistol, revolver, or any kind of pistol. | Dirk; Razor; Sword cane; Loaded cane; Slungshot; Metal knuckles; Spanish stiletto; Pistol; Revolver | |
| 164 | 1880 | Ohio | Michael A. Daugherty, et al. (Editors), *Revised Statutes and Other Acts of a General Nature of the State of Ohio: In Force January 1, 1880*, 1633 (Vol. 2, 1879), tit. 1, ch. 5, § 6892 | Prohibited the concealed carrying of any pistol, Bowie knife, dirk, or other dangerous weapon. Punishable by a fine of up to $200 or imprisonment for up to 30 days for the first offense, and a fine of up to $500 or imprisonment for up to 3 months for the second offense. | Pistol; Bowie knife; Other dangerous weapon | |

**Exhibit 34**
**RJN_181**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 165 | 1880 | South Carolina | 1880 S.C. Acts 447–48, No. 362, § 1 | Prohibited the carrying of a concealed pistol, dirk, dagger, slungshot, metal knuckles, razor, or other deadly weapon. Punishable by fine up to $200 and/or imprisonment up to 1 year. | Pistol; Dirk; Dagger; Slungshot; Metal knuckles; Razor; Other deadly weapon | |
| 166 | 1881 | Alabama | 1880–1881 Ala. Laws 38–39, ch. 44, § 1 | Prohibited the concealed carrying of any Bowie knife, or any other knife of like kind or description, pistol, or firearm of "any other kind or description," or air gun. Punishable by fine of $50–300 and imprisonment of not more than 6 months. Further provided that fines collected under the statute would be monetary and not in-kind payments. | Bowie knife; Pistol; Air gun; Slungshot; Metal knuckles; Other deadly or dangerous weapon | *Terry v. State*, 90 Ala. 635 (1890) (affirming conviction for concealed carrying of pistol and Bowie knife). |
| 167 | 1881 | Arkansas | 1881 Ark. Acts 191–92, ch. 96, §§ 1–2 | Prohibited the carrying of any dirk, Bowie knife, sword, spear cane, metal knuckles, razor, or any pistol (except pistols that are used in the Army or Navy if carried openly in the hand). | Dirk; Bowie knife; Sword; Spear cane; Metal knuckles; Razor; Pistol | *Dabbs v. State*, 39 Ark. 353 (1882) (upheld as constitutional). |
| 168 | 1881 | Colorado | 1881 Colo. Sess. Laws 74, § 1 | Prohibited concealed carry of any pistol, Bowie knife, dagger, or other | Pistol; Bowie knife; Dagger; | |

Exhibit 34
RJN_182

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | deadly weapon in any city, town, or village. | Other deadly weapon | |
| 169 | 1881 | Delaware | 1881 Del. Laws 716, ch. 548, § 1 | Prohibited the carrying of concealed deadly weapons or selling deadly weapons other than an ordinary pocket knife to minors. Punishable by a fine of $25–200 or imprisonment for 10–30 days. | Deadly weapon | |
| 170 | 1881 | Illinois | 1881 Ill. Laws 73, §§ 1, 4 | Prohibited the possession, selling, loaning, or hiring for barter of a slungshot or metallic knuckles or other deadly weapon. Punishable as a misdemeanor. | Slungshot; Metallic knuckles; Other deadline weapon | *People v. Horan*, 293 Ill. 314 (1920) (holding that statute exceeded scope of the title). |
| 171 | 1881 | Illinois | 1881 Ill. Laws 73, § 2 | Prohibited selling, giving, loaning, hiring for barter any minor a pistol, revolver, derringer, Bowie knife, dirk or other deadly weapon. Punishable by fine of $25–200. | Pistol; Revolver; Derringer; Bowie knife; Dirk; Other deadly weapon | |
| 172 | 1881 | Indiana | 1881 Ind. Acts 191, ch. 37, § 81 | Prohibited drawing or threatening to use any pistol, dirk, knife, slungshot, or other deadly weapon on any other person. Punishable by $1-$500 fine and/or imprisonment up to 6 months. | Pistol; Dirk Knife Slungshot Other deadly weapon | |
| 173 | 1881 | Indiana | 1881 Ind. Acts 191, ch. 37, § 82 | Prohibited concealed carry of any dirk, pistol, Bowie knife, dagger, | Dirk; Pistol; | |

Exhibit 34
RJN_183

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | sword in cane, or other dangerous or deadly weapon.  Excepted travelers. Also prohibited open carry of same with intent of injuring another. Punishable by fine up to $500. | Bowie knife; Dagger; Sword in cane; Other dangerous or deadly weapon | |
| 174 | 1881 | Indiana | *Revised Statues of the State of Indiana, Embracing the Revision of 1881 and All General Laws Enacted Subsequent to That Revision* 366 (1881), § 1957 | Prohibited maliciously or mischievously shooting a gun, rifle, pistol, or other missile or weapon, or throwing a stone, stick, club, or other substance at a vehicle.  Punishable by imprisonment for 30 days to 1 year and a fine of $10–100. | Gun; Rifle; Pistol; Other missile or weapon; Stone; Stick; Club; Other substance | |
| 175 | 1881 | Missouri – City of Boonville | J. H. Johnston (Editor), *Revised Charter and Ordinances of the City of Boonville, Mo.* 91 (1881), No. 17, art. 1, § 6 | Prohibited concealed carry of any pistol, revolver, dirk, dagger, slunshot, metallic knuckles, or other deadly or dangerous weapon.  Punishable by fine of $5–90. | Pistol; Revolver; Dirk; Dagger; Slunshot; Brass knuckles; Other deadly or dangerous weapon | |
| 176 | 1881 | Nebraska | Guy A. Brown (Editor), *Compiled Statutes of the* | Prohibited concealed carry of any pistol, bowie knife, dirk, or other | Pistol; Bowie knife; | |

**Exhibit 34
RJN_184**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *State of Nebraska, Comprising All Laws of a General Nature in Force July 1, 1881*, 666 (1881), ch. 5, § 25 | dangerous weapon. Punishable by fine up to $100 and/or up to 30 days imprisonment for first offense, and fine up to $100 and/or up to 3 months imprisonment for second offense. | Dirk; Other dangerous weapon | |
| 177 | 1881 | Nevada | David E. Baily & John D. Hammond (Editors), *General Statutes of the State of Nevada. In Force. From 1861 to 1885, Inclusive, With Citations of the Decisions of the Supreme Court Relating Thereto*, 1077 (1885), § 4844 | Prohibited a minor from carrying a concealed dirk, pistol, sword in case, slungshot, or other dangerous or deadly weapon. Punishable by fine of $20–200 and/or imprisonment of 30 days to 6 months. | Dirk; Pistol; Sword in case; Slungshot; Other dangerous or deadly weapon | |
| 178 | 1881 | Tennessee – City of Nashville | William K. McAlister (Editor), *Ordinances of the City of Nashville, to Which are Prefixed the State Laws Chartering and Relating to the City, with an Appendix*, 340–41 (1881), ch. 108, § 1 | Prohibited the carrying of pistol, Bowie knife, dirk, slungshot, brass knuckles, or other deadly weapon. Punishable by fine of $10–50 for a first offense and $50 for subsequent offenses. | Pistol; Bowie knife; Dirk; Slungshot; Metal knuckles; Other deadly weapon | |
| 179 | 1881 | Washington [Territory] | *Code of Washington, Containing All Acts of a General Nature, Revised and Amended by the Legislative Assembly of the Territory of Washington, During the Eighth Biennial* | Prohibited the carrying of "any concealed weapon." Punishable by fine up to $100 or imprisonment up to 30 days. | Concealed weapon | |

**Exhibit 34**
**RJN_185**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Session, and the Extra Session, Ending December 7, 1881, the Constitution of the United States, and the Amendments Thereto, the Acts of Congress Applicable to the Territory of Washington, and the Naturalization Laws* 181 (1881), ch. 73, § 929 | | | |
| 180 | 1881 | Washington [Territory] | Richard A. Ballinger (Editor), *Ballinger's Annotated Codes and Statutes of Washington, Showing All Statutes in Force, Including the Session Laws of 1897* 1956 (Vol. 2, 1897), § 7082 | Prohibited exhibiting a dangerous weapon in a manner likely to cause terror.  Punishable by fine up to $25. | Dangerous weapon | |
| 181 | 1881 | Washington – City of New Tacoma [Territory] | 1881 Wash. Sess. Laws 76, ch. 6, § 34, pt. 15 | Authorized New Tacoma to regulate the carrying concealed deadly weapons, and the use of guns, pistols, firearms, firecrackers. | Concealed deadly weapon; Gun; Pistol; Firearm | |
| 182 | 1882 | Georgia | 1882–1883 Ga. Laws 37, ch. 18, § 2, pt. 18 | Imposed $25 occupational tax on dealers of pistols, revolvers, dirks, or Bowie knives. | Pistol; Revolver; Dirk; Bowie knife | |
| 183 | 1882 | Iowa – City of Sioux City | S. J. Quincy (Editor), *Revised Ordinances of the* | Prohibited the carrying a concealed pistol, revolver, slungshot, cross- | Pistol; Revolver; | |

**Exhibit 34**
**RJN_186**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *City of Sioux City, Iowa* 62 (1882), Public Safety, § 4 | knuckles, knuckles of lead, brass or other metal, or any Bowie knife, razor, billy, dirk, dirk knife or Bowie knife, or other dangerous weapon. | Slungshot; Cross-knuckles; Metal Knuckles; Bowie knife; Razor; Billy; Dirk; Other dangerous weapon | |
| 184 | 1882 | Minnesota – City of Saint Paul | W. P. Murray (Editor), *Municipal Code of Saint Paul, Comprising the Laws of the State of Minnesota Relating to the City of Saint Paul, and the Ordinances of the Common Council, Revised to December 1, 1884* 289 (1884) art. 18, § 1 | Prohibited the carrying of a concealed pistol or pistols, dirk, dagger, sword, slungshot, cross-knuckles, or knuckles of lead, brass or other metal, Bowie knife, dirk knife or razor, or any other dangerous or deadly weapon. Punishable by seizure of the weapon. | Pistol; Dirk; Dagger; Sword; Slungshot; Cross-knuckles; Metal knuckles; Bowie knife; Dirk; Razor; Other dangerous or deadly weapon | |
| 185 | 1882 | West Virginia | 1882 W. Va. Acts 421–22, ch. 135, § 1 | Prohibited the carrying of a pistol, dirk, Bowie knife, razor, slungshot, | Pistol; Dirk; | *State v. Workman*, 35 W. |

**Exhibit 34
RJN_187**

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | billy, metallic or other false knuckles, or any other dangerous or deadly weapon.  Also prohibited selling any such weapon to a minor.  Punishable by fine of $25–200 and imprisonment of 1–12 months. | Bowie knife; Razor; Slungshot; Billy; Metal knuckles; Other dangerous or deadly weapon | Va. 367 (1891) (upheld under the Second Amendment), *abrogated by New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111, 2153 (2022). |
| 186 | 1883 | Georgia | 1882–1883 Ga. Laws 48–49, No. 93, § 1 | Prohibited the concealed carrying of any "pistol, dirk, sword in a cane, spear, Bowie-knife, or any other kind of knives manufactured and sold for the purpose of offense and defense." | Pistol; Dirk; Sword cane; speak Bowie knife; Other kind of knife | |
| 187 | 1883 | Illinois – City of Danville | E. R. E. Kimbrough & W. J. Calhoun (Editors), *Revised Ordinances of the City of Danville, Illinois* 179 (1892), § 23 | Prohibited the carrying of a concealed pistol, revolver, derringer, Bowie knife, dirk, slungshot, metallic knuckles, or a razor, as a weapon, or any other deadly weapon.  Also prohibited displaying the weapon in a threatening or boisterous manner.  Punishable by fine of $1–100 and forfeiting the weapon, if ordered by the magistrate. | Pistol; Revolver; Derringer; Bowie knife; Dirk; Slungshot; Metallic knuckles; Razor; Other deadly weapon | |
| 188 | 1883 | Kansas | 1883 Kan. Sess. Laws 159, ch. 105, §§ 1–2 | Prohibited the selling, trading, giving, or loaning of a pistol, revolver, or toy | Pistol; Revolver; | *Parman v. Lemmon*, 120 |

**Exhibit 34**
**RJN_188**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | pistol, dirk, Bowie knife, brass knuckles, slungshot, or other dangerous weapons to any minor, or to any person of notoriously unsound mind.  Also prohibited the possession of such weapons by any minor.  Punishable by fine of $5–100.  Also prohibited a minor from possessing a pistol, revolver, toy pistol by which cartridges may be exploded, dirk, Bowie knife, brass knuckles, slungshot, or other dangerous weapon.  Punishable by fine of $1–10. | Toy pistol; Dirk; Bowie knife; Brass knuckles; Slungshot; Other dangerous weapons | Kan. 370 (1925) (holding on rehearing that a shotgun did not fall under the terms of the statute because shotguns are "habitually employed for such useful and ordinary purposes as protecting crops and procuring game" and are "such a common implement that, if the lawmakers intended to include it in the prohibited list, it is extremely unlikely they would have failed to mention it"). |
| 189 | 1883 | Missouri | 1883 Mo. Laws 76, Concealed Weapons, § 1 | Prohibited the carrying of a concealed fire arms, Bowie knife, dirk, dagger, slungshot, or other deadly weapon to a | Fire arms; Bowie knife; Dirk; | |

**Exhibit 34**
**RJN_189**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | church, school, election site, or other public setting or carrying in a threatening manner or while intoxicated.  Punishable by fine of $25–200 and/or by imprisonment up to 6 months. | Dagger; Slungshot; Other deadly weapon | |
| 190 | 1883 | Washington – City of Snohomish [Territory] | 1883 Wash. Sess. Laws 302, ch. 6, § 29, pt. 15 | Authorized City of Snohomish to regulate and prohibit carrying concealed deadly weapons and to prohibit using guns, pistols, firearms, firecrackers, bombs, and explosives. | Deadly weapon; Gun; Pistol; Firearm; Firecracker; Bomb | |
| 191 | 1883 | Wisconsin – City of Oshkosh | 1883 Wis. Sess. Laws 713, ch. 6, § 3, pt. 56 | Prohibited the carrying of a concealed pistol or colt, or slungshot, or cross knuckles or knuckles of lead, brass or other metal or Bowie knife, dirk knife, or dirk or dagger, or any other dangerous or deadly weapon. Punishable by confiscation of the weapon. | Pistol; Colt; Slungshot; Cross knuckles; Knuckles of lead; Metal knuckles; Bowie knife; Dirk; Dagger; Any other dangerous or deadly weapon | |

**Exhibit 34
RJN_190**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 192 | 1884 | Georgia | 1884–1885 Ga. Laws 23, ch. 52, § 2, pt. 18 | Imposed $100 occupational tax on dealers of pistols, revolvers, dirks, or Bowie knives. | Pistol; Revolver; Dirk; Bowie knife | |
| 193 | 1884 | Maine | *The Revised Statutes of the State of Maine, Passed August 29, 1883, and Taking Effect January 1, 1884* 928, (1884), ch. 130, § 10 | Prohibited the carrying of a dirk, dagger, sword, pistol, or other offensive and dangerous weapon without reasonable cause to fear an assault. | Dirk; Dagger; Sword; Pistol; Other offensive and dangerous weapon | |
| 194 | 1884 | Maryland – City of Baltimore | John Prentiss Poe (Editor), *The Maryland Code: Public Local Laws, Adopted by the General Assembly of Maryland March 14, 1888, Including Also the Public Local Acts of the Session of 1888 Incorporated Therein* 522–23 (Vol. 1, 1888), ch. 187, § 742 | Provided for $5–25 fine and confiscation of weapon whenever a person charged with any crime or misdemeanor was "found to have concealed about his person any pistol, dirk-knife, bowie-knife, sling-shot, billy, brass, iron or any other metal knuckles, razor, or any other deadly weapon whatsoever." | Pistol; Dirk; Bowie knife; Slingshot; Billy; Metal knuckles; Razor; Other deadly weapon | |
| 195 | 1884 | Vermont | 1884 Vt. Acts & Resolves 74, No. 74. § 1 | Prohibited the setting of any spring gun trap. Punishable by a fine of $50–500 and liability for twice the amount of any damage resulting from the trap. | Spring gun | |
| 196 | 1884 | Wyoming [Territory] | John W. Blake et al. (Editors), *Revised Statutes of Wyoming, In Force* | Prohibited exhibiting in a threatening manner a fire-arm, Bowie knife, dirk, dagger, slungshot or other deadly | Pistol; Bowie knife; Dirk; | |

Exhibit 34
RJN_191

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|----------------------|-----------------|
| | | | *January 1, 1887, Including the Declaration of Independence, the Articles of Confederation, the Constitution of the United States, the Organic Act of Wyoming, and All Laws of Congress Affecting the Territorial Government* 297 (1887), § 983 | weapon. Punishable by fine of $10–100 or imprisonment up to 6 months. | Dagger; Slungshot; Other deadly weapon | |
| 197 | 1885 | Florida | W. A. Blount et al. (Editors), *The Revised Statutes of the State of Florida* 782 (1892), tit. 2, art. 5, § 2421 | Prohibited secretly carrying "arms of any kind" or concealing any "dirk, pistol or other weapon." Punishable by imprisonment up to 6 months or fine up to $100. | Dirk; Pistol; Other weapon | |
| 198 | 1885 | Montana [Territory] | 1885 Mont. Laws 74–75, § 1 | Prohibited possessing, carrying, or purchasing a dirk, dirk-knife, sword, sword cane, pistol, gun, or other deadly weapon, and from using the weapon in a threatening manner or in a fight. Punishable by fine of $10–100 and/or imprisonment for 1–3 months. | Dirk; Sword; Sword cane; Pistol; Gun; Other deadly weapon | |
| 199 | 1885 | New York | George R. Donnan (Editor), *Annotated Code of Criminal Procedure and Penal Code of the State of New York as Amended 1882–85* 172 (1885), § 410 | Prohibited using or attempting to use, carrying, concealing, or possessing a slungshot, billy, sandclub or metal knuckles, or a dagger, dirk or dangerous knife. Punishable as a felony, and as a misdemeanor if a minor. | Slungshot; Billy; Sandclub; Metal knuckles; Dagger; Dirk; | |

**Exhibit 34**
**RJN_192**

***Nichols v. Bonta**, Case No. 2:11-cv-09916-SSS-KES*
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Dangerous knife | |
| 200 | 1885 | New York – City of Syracuse | *Charter and Ordinances of the City of Syracuse, as Revised in 1885, and as Amended from 1885 to 1893 Inclusive, Together With Special Legislative Enactments Affecting the City of Syracuse* 331 (1894), ch. 27, § 5 | Prohibited the carrying or using with the intent to do bodily harm a dirk, Bowie knife, sword or spear cane, pistol, revolver, slungshot, jimmy, brass knuckles, or other deadly or unlawful weapon. Punishable by a fine of $25–100 and/or imprisonment for 30 days to 3 months. | Dirk; Bowie knife; Sword; Spear cane; Pistol; Revolver; Slungshot; Jimmy; Metal knuckles; Other deadly or unlawful weapon | |
| 201 | 1885 | Oregon | 1885 Or. Laws 33, §§ 1–2 | Prohibited the concealed carrying of any revolver, pistol, or other firearm, or any knife (other than an "ordinary pocket knife"), or any dirk, dagger, slungshot, metal knuckles, or any instrument that could cause injury. Punishable by a fine of $10–200 or imprisonment for 5–100 days. | Revolver; Pistol; Other firearm; Knife; Dirk; Dagger; Slungshot; Metal knuckles | |
| 202 | 1886 | Alabama | 1886 Ala. Laws 36, No. 4, § 5, pt. 17 | Imposed $300 occupational tax on dealers of pistols, pistol cartridges, Bowie knives, and dirk knives. | Pistol; Pistol cartridges; Bowie knife; Dirk | |

**Exhibit 34**
**RJN_193**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 203 | 1886 | Colorado – City of Denver | Isham White (Editor), *Laws and Ordinances of the City of Denver, Colorado* 369 (1886), § 10 | Prohibited the carrying of any slungshot, colt, or metal knuckles while engaged in any breach of the peace.  Punishable by a fine of $25–300. | Slungshot; Colt; Metal knuckles | |
| 204 | 1886 | Georgia | 1886 Ga. Laws 17, tit. 2, § 2, pt. 18 | Imposed $100 occupational tax on dealers of pistols, revolvers, dirks, Bowie knives, and "pistol or revolver cartridges." | Pistol; Revolver; Dirk; Bowie knife; Pistol or revolver cartridges | |
| 205 | 1886 | Maryland | 1886 Md. Laws 602, ch. 375, § 1 | Prohibited the carrying of "any pistol, dirk-knife, bowie-knife, slung-shot, billy, sand-club, metal knuckles, razor or other dangerous or deadly weapon" concealed or, with an intent to injure another, openly. | Pistol; Dirk; Bowie knife; Slungshot; Billy; Sandclub; Metallic knuckles; Razor; Other dangerous or deadly weapon | *Lawrence v. State*, 475 Md. 384, 402 (2021). |
| 206 | 1886 | Maryland | John Prentiss Poe (Editor), *Maryland Code: Public Local Laws, Adopted by the General Assembly of Maryland March 14, 1888,* | Prohibited the carrying of a concealed pistol, dirk knife, Bowie knife, slungshot, billy, sandclub, metal knuckles, razor, or any other dangerous or deadly weapon. | Pistol; Dirk; Bowie knife; Slungshot; Billy; | |

**Exhibit 34
RJN_194**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|-----------------|
| | | | *Including Also the Public Local Acts of the Session of 1888 Incorporated Therein* 468–69 (Vol. 1, 1888), art. 27, ch. 375, § 30 | Punishable by fine of up to $500 or imprisonment of up to 6 months. | Sandclub; Metal knuckles; Razor; Other dangerous or deadly weapon | |
| 207 | 1886 | Maryland – County of Calvert | 1886 Md. Laws 315, ch 189, § 1 | Prohibited the carrying of a gun, pistol, dirk, dirk-knife, razor, billy or bludgeon on an election day. Punishable by a fine of $10–50. | Gun; Pistol; Dirk; Razor; Billy; Bludgeon | |
| 208 | 1887 | Iowa – City of Council Bluffs | A. S. Hazelton & Frank J. Capell (Editors), *Compiled Ordinances of the City of Council Bluffs Iowa* 203–04 (1920), § 75 | Prohibited the carrying of a concealed pistol or firearms, slungshot, brass knuckles, or knuckles of lead, brass or other metal or material, or any sandbag, air guns of any description, dagger, Bowie knife, or instrument for cutting, stabbing or striking, or other dangerous or deadly weapon, instrument or device. | Pistol; Slungshot; Metal knuckles; Sandbag; Air guns; Dagger; Bowie knife; Instrument for cutting; stabbing or striking; Other dangerous or deadly weapon | |

Exhibit 34
RJN_195

**Nichols v. Bonta**, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 209 | 1887 | Kansas – City of Independence | O. P. Ergenbright (Editor), *Revised Ordinances of the City of Independence, Kansas, Together with the Amended Laws Governing Cities of the Second Class and Standing Rules of the City Council* 162 (1887), § 27 | Prohibited using a pistol or other weapon in a hostile or threatening manner. Also prohibited carrying a concealed pistol, dirk, Bowie knife, revolver, slungshot, billy, brass, lead, or iron knuckles, or any deadly weapon. Punishable by fine of $5–100. | Pistol; Dirk; Bowie knife; Revolver; Slungshot; Billy; Metal knuckles; Any deadly weapon | |
| 210 | 1887 | Michigan | *Laws of the State of Michigan Relating to the Public Health in Force in the Year 1890* 145 (1889), § 1 | Prohibited the carrying of a concealed dirk, dagger, sword, pistol, air gun, stiletto, metallic knuckles, pocket-billy, sandbag, skull cracker, slungshot, razor or other offensive and dangerous weapon or instrument. | Dirk; Dagger; Sword; Pistol; Air gun; Stiletto; Metallic knuckles; Billy; Sand bag; Skull cracker; Slungshot; Razor; Other offensive and dangerous weapon or instrument | *People v. Pendleton*, 79 Mich. 317 (1890) (reversing conviction where prosecution failed to establish the requisite elements, noting that respondent waived the argument that the law was unconstitutional). |
| 211 | 1887 | Montana [Territory] | 1887 Mont. Laws 549, § 174 | Prohibited the carrying of any pistol, gun, knife, dirk-knife, bludgeon, or | Pistol; Knife; | |

Exhibit 34
RJN_196

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | other offensive weapon with the intent to assault a person. Punishable by fine up to $100 or imprisonment up to 3 months. | Dirk; Bludgeon; Other offensive weapon | |
| 212 | 1887 | New Mexico [Territory] | *Acts of the Legislative Assembly of the Territory of New Mexico, Twenty-Seventh Session* 55 (1887), ch. 30, § 1 | Defined "deadly weapons" as including pistols, whether the same be a revolved, repeater, derringer, or any kind or class of pistol or gun; any and all kinds of daggers, Bowie knives, poniards, butcher knives, dirk knives, and all such weapons with which dangerous cuts can be given, or with which dangerous thrusts can be inflicted, including sword canes, and any kind of sharp pointed canes; as also slungshots, bludgeons or any other deadly weapons. | Pistol; Dagger; Bowie Knife; Poniard; Butcher Knife; Dirk | |
| 213 | 1887 | Virginia | *The Code of Virginia: With the Declaration of Independence and the Constitution of the United States, and the Constitution of Virginia* 897 (1887), § 3780 | Prohibited the carrying of a concealed pistol, dirk, Bowie knife, razor, slungshot, or any weapon of the like kind. Punishable by fine of $20–100 and forfeiture of the weapon. | Pistol; Dirk; Bowie knife; Razor; Slungshot; Any weapon of the like kind | |
| 214 | 1888 | Georgia | 1888 Ga. Laws 22, ch. 123, § 2, pt. 17 | Imposed $25 occupational tax on dealers of pistols, revolvers, dirks, or Bowie knives. | Pistol; Revolver; Dirk; Bowie knife; | |

**Exhibit 34**
**RJN_197**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Pistol or revolver cartridges | |
| 215 | 1888 | Maryland – City of Baltimore | John Prentiss Poe, *The Baltimore City Code, Containing the Public Local Laws of Maryland Relating to the City of Baltimore, and the Ordinances of the Mayor and City Council, in Force on the First Day of November, 1891, With a Supplement, Containing the Public Local Laws Relating to the City of Baltimore, Passed at the Session of 1892 of the General Assembly, and Also the Ordinances of the Mayor and City Council, Passed at the Session of 1891–92, and of 1892–1893, Up To the Summer Recess of 1893* 522–23 (Vol. 1, 1888), § 742 | Prohibited the carrying of a pistol, dirk knife, Bowie knife, slingshot, billy, brass, iron or any other metal knuckles, razor, or any other deadly weapon if arrested for being drunk and disorderly.  Punishable by fine of $5–25, and confiscation of the weapon. | Pistol; Dirk; Bowie knife; Slingshot; Billy; Metal knuckles; Razor; Other deadly weapon | |
| 216 | 1888 | Maryland – County of Kent | John Prentiss Poe (Editor), *The Maryland Code: Public Local Laws, Adopted by the General* | Prohibited carrying, on days of an election, any gun, pistol, dirk, dirk-knife, razor, billy or bludgeon.  Punishable by a fine of $5–20. | Gun; Pistol; Dirk; Razor; | |

Exhibit 34
RJN_198

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Assembly of Maryland March 14, 1888, Including Also the Public Local Acts of the Session of 1888 Incorporated Therein* 1457 (Vol. 2, 1888), § 99 | | Billy; Bludgeon | |
| 217 | 1888 | Minnesota | George Brooks Young (Editor), *General Statutes of the State of Minnesota in Force January 1, 1889* 1006 (Vol. 2, 1888), §§ 333–34 | Prohibited manufacturing, selling, giving, or disposing of a slungshot, sandclub, or metal knuckles, or selling or giving a pistol or firearm to a minor without magistrate consent. Also prohibited carrying a concealed slungshot, sandclub, or metal knuckles, or a dagger, dirk, knife, pistol or other fire-arm, or any dangerous weapon. | Slungshot; Sandclub; Metal knuckles; Dagger; Dirk; Knife; Pistol; Any dangerous weapon | *State v. Simon*, 163 Minn. 317 (1925) (reversing conviction where prosecution failed to establish all elements of the offense). |
| 218 | 1888 | Utah – City of Salt Lake City [Territory] | Joseph Lippman (Editor), *The Revised Ordinances Of Salt Lake City, Utah, Embracing All Ordinances of a General Nature in Force December 20, 1892, Together With the Charter of Salt Lake City, the Amendments Thereto, and Territorial Laws of a General Nature Applicable to Salt Lake City, and the* | Prohibited carrying a slungshot or any concealed deadly weapon without permission of the mayor. Punishable by fine up to $50. | Slungshot; Deadly weapon | |

**Exhibit 34**
**RJN_199**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Constitution of the United States* 283 (1893), § 14 | | | |
| 219 | 1889 | Arizona [Territory] | 1889 Ariz. Sess. Laws 16, No. 13, § 1 | Prohibited carrying of any pistol, dirk, dagger, slungshot, sword cane, spear, brass knuckles, Bowie knife, or any knife manufactured to offensive or defensive purposes. Punishable by a fine of $25–100 and forfeiture of the weapon. | Pistol; Dirk; Dagger; Slungshot; Sword cane; Spear; Brass knuckles; Bowie knife; Other offensive or defensive knife | |
| 220 | 1889 | Idaho [Territory] | 1888–1889 Idaho Sess. Laws 23, § 1 | Prohibited private persons from carrying "deadly weapons" within any city, town or village. | Deadly weapons | *In re Brickey*, 8 Idaho 597 (1902) (held unconstitutional under the Second Amendment and state constitution). |
| 221 | 1889 | Minnesota | George Brooks Young (Editor), *General Statutes of the State of Minnesota in Force January 1, 1889* 1006 (Vol. 2, 1888), § 334 | Prohibited manufacture and sale of slungshots, sand-clubs, and metal knuckles. Prohibited sale of "any pistol or fire-arm to any person under the age of | Slungshot; Sand club; Brass knuckles; Pistol; Firearm | |

**Exhibit 34**
**RJN_200**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | eighteen years" in any city without written consent of a magistrate. | | |
| 222 | 1889 | Pennsylvania – City of Johnstown | *Laws of the City of Johnstown, Pa., Embracing City Charter, Act of Assembly of May 23, 1889, for the Government of Cities of the Third Class, General and Special Ordinances, Rules of Select and Common Councils and Joint Sessions* 86 (1897), No. 2, § 12 | Prohibited the concealed carrying of any pistol, razor, dirk, Bowie knife, blackjack, handy billy, or other deadly weapon. Punishable by fine of $5–50. | Pistol; Razor; Dirk; Bowie knife; Blackjack; Billy; Other deadly weapon | |
| 223 | 1890 | Connecticut – City of New Haven | *Charter and Ordinances of the City of New Haven, Together With Legislative Acts Affecting Said City* 164 (1890), § 192 | Prohibited the concealed carrying of any metal knuckles, pistol, slungshot, stiletto, or similar weapons, absent written permission of the mayor or superintendent of police. Punishable by a fine of $5–50. | Metal knuckles; Slungshot; Stiletto | |
| 224 | 1890 | Georgia | 1890 Ga. Laws 38, ch. 131, § 2, pt. 16 | Imposed $100 occupational tax on dealers of pistols, revolvers, dirks, or Bowie knives. | Pistol; Revolver; Dirk; Bowie knife; Pistol or revolver cartridges | |
| 225 | 1890 | Louisiana | 890 La. Acts 39, ch. 46 | Prohibiting the transfer of any pistol, dirk, Bowie knife, or "any other dangerous weapon, which may be | Pistol; Dirk; Bowie knife; Other | |

Exhibit 34
RJN_201

**Nichols v. Bonta**, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------|------|------|------|------|------|
| | | | | carried concealed on a person to any person under the age of 21. | dangerous weapon | |
| 226 | 1890 | Maryland – City of Baltimore | John Prentiss Poe (Editor), *The Baltimore City Code, Containing the Public Local Laws of Maryland Relating to the City of Baltimore, and the Ordinances of the Mayor and City Council, in Force on the First Day of November, 1891, With a Supplement, Containing the Public Local Laws Relating to the City of Baltimore, Passed at the Session of 1892 of the General Assembly, and Also the Ordinances of the Mayor and City Council, Passed at the Session of 1891–92, and of 1892–1893, Up To the Summer Recess of 1893* 297–98 (1893), § 742A | Prohibited the carrying of a concealed pistol, dirk-knife, Bowie knife, slingshot, billy, sandclub, metal knuckles, razor or any other dangerous or deadly weapon, or who openly carries with the intent to injure a person. Punishable by fine of up to $500 and imprisonment up to 6 months. | Pistol; Dirk; Bowie knife; Slingshot; Billy; Sandclub; Metal knuckles; Razor; Other dangerous or deadly weapon | |
| 227 | 1890 | Nebraska – City of Omaha | W. J. Connell (Editor), *The Revised Ordinances of the City of Omaha, Nebraska, Embracing All Ordinances of a General Nature in Force April 1, 1890,* | Prohibited the carrying of a concealed pistol or revolver, colt, billy, slungshot, brass knuckles or knuckles of lead, dirk, dagger, or any knife resembling a Bowie knife, or any | Pistol; Revolver; Colt; Billy; Slungshot; Metal | |

**Exhibit 34**
**RJN_202**

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Together With the Charter for Metropolitan Cities, the Constitution of the United States and the Constitution of the State of Nebraska* 344–45 (1890), § 10 | other dangerous or deadly weapon. Punishable by fine up to $100. | knuckles Dirk; Dagger; Any knife resembling a bowie knife; Other dangerous or deadly weapon | |
| 228 | 1890 | Oklahoma [Territory] | Will T. Little et al. (Editors), *The Statutes of Oklahoma, 1890*, 475–76 (1891), §§ 18–19 | Prohibited the manufacture, sale, giving, or disposing of any instrument or weapon usually known as a slungshot, and prohibited the carrying any slungshot or similar weapon. | Slungshot | |
| 229 | 1890 | Oklahoma [Territory] | Will T. Little et al. (Editors), *The Statutes of Oklahoma, 1890*, 495–96 (1891), art. 47, §§ 1–2, 10 | Prohibited the concealed carrying of any pistol, revolver, Bowie knife, dirk, dagger, slungshot, sword cane, spear, metal knuckles, or any other knife or instrument manufactured or sold solely for defense.  Also prohibited the carrying of any pistol, revolver, Bowie knife, dirk knife, loaded cane, billy, metal knuckles, or "any other offensive or defense weapon." Punishable by a fine of $50–500 and imprisonment for 3–12 months. | Pistol; Revolver; Bowie knife; Dirk; Dagger; Slungshot; Sword cane; Spear; Metal knuckles; Other knife; Loaded cane; Billy; Other offensive or | |

**Exhibit 34**
**RJN_203**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | defensive weapon | |
| 230 | 1890 | Oklahoma – Town of Checotah [Territory] | *General Laws Relating to Incorporated Towns of Indian Territory* 49 (1890), No. 11, § 3 | Prohibited the carrying of any pistol; dirk; butcher knife; Bowie knife; sword; spear-cane, metal knuckles, razor, slungshot, sandbag, or a switchblade. | Pistol; Dirk; Butcher knife; Sword; Spear cane; Metal knuckles; Razor; Slungshot; Sandbag; Switchblade | |
| 231 | 1891 | California – City of Fresno | Jener W. Nielson (Editor), *Charter and Ordinances of the City of Fresno, California* 52 (1916), No. 221, § 8 | Prohibited the concealed carrying of any pistol or firearm, slungshot, dirk, Bowie knife, or other deadly weapon, absent written permission. | Pistol; Firearm; Slungshot; Dirk; Bowie knife; Other deadly weapon | |
| 232 | 1891 | California – City of Fresno | Jener W. Nielson (Editor), *Charter and Ordinances of the City of Fresno, California* 58 (1916), No. 221, § 53 | Prohibited the transfer to any minor under the age of 18 any gun, pistol or other firearm, dirk, Bowie knife, powder, shot, bullets, or any combustible or dangerous material, absent written consent of parent or guardian. | Gun; Pistol; Dirk; Bowie knife; Powder; Shot; Bullets | |
| 233 | 1891 | Michigan | 1891 Mich. Pub. Acts 408–09, No. 257, § 15 | Prohibited the carrying of a concealed pistol, revolver, Bowie knife, dirk, slungshot, billie, sandbag, false | Pistol; Revolver; Bowie; | |

**Exhibit 34
RJN_204**

**Nichols v. Bonta**, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | knuckles, or other dangerous weapon. Also prohibited lurking or being concealed with the intent to injure a person or property, or threatening to beat or kill a person or property. Punishable by fine up to $100 and the costs of prosecution, and in default of payment, imprisonment. | Dirk; Slungshot; Billy; Sandbag; False knuckles; Other dangerous weapon | |
| 234 | 1891 | North Dakota | 1891 N.D. Laws 193–94, ch. 70, § 1 | Prohibited the setting of any gun or gun trap to be discharged at certain animals. | Trap gun | |
| 235 | 1891 | West Virginia | John A. Warth (Editor), *Code of West Virginia (Third Edition)* 915–16 (1891), ch. 148, § 7 | Prohibited the carrying of a pistol, dirk, Bowie knife, razor, slungshot, billy, metallic or other false knuckles, or any other dangerous or deadly weapon. Also prohibited selling such a weapon to a minor. Punishable by fine of $25–200 and imprisonment for 1–12 months. | Pistol; Dirk; Bowie knife; Razor; Slungshot; Billy; Metal knuckles; Other dangerous or deadly weapon | |
| 236 | 1892 | Alabama | 1892 Ala. Laws 183, No. 95 | Imposed $300 occupational tax on dealers of pistols, pistol cartridges, Bowie knives, and dirk knives, and clarified that cartridges that can be used in a pistol shall be deemed pistol cartridges. | Pistol; Pistol cartridges; Bowie knife; Dirk | |

**Exhibit 34**
**RJN_205**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| 237 | 1892 | Georgia | 1892 Ga. Laws 25, ch. 133, § 2, pt. 16 | Imposed $100 occupational tax on dealers of pistols, revolvers, dirks, Bowie knives, and metal knuckles. | Pistol; Revolver; Dirk; Bowie knife; Pistol or revolver cartridges; Metal knuckles | |
| 238 | 1892 | Washington – City of Tacoma | Albert R. Heilig (Editor), *Ordinances of the City of Tacoma, Washington* 333–34 (1892), No. 134 | Prohibited the carrying of a concealed a revolver, pistol or other fire arms or any knife (other than an ordinary pocket knife) or any dirk or dagger, slingshot or metal knuckles, or any instrument by the use of which injury could be inflicted upon the person. | Revolver; Pistol; Knife; Dirk; Dagger; Slingshot; Metal knuckles; Instrument that causes injury | |
| 239 | 1893 | Arizona [Territory] | 1893 Ariz. Sess. Laws 3, § 1 | Prohibited the concealed carrying of any pistol or other firearm, dirk, dagger, slingshot, sword cane, spear, brass knuckles, Bowie knife (or any kind of knife, except a pocket knife not manufactured for offensive or defensive use). | Pistol; Other firearm; Dirk; Dagger; Slingshot; Sword-cane; Spear; Metal knuckles; Bowie knife; | |

Exhibit 34
RJN_206

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|------------------------|-----------------|
| | | | | | Any kind of knife (other than pocket knife) | |
| 240 | 1893 | Delaware | *Revised Statutes of the State of Delaware, of Eight Hundred and Fifty-Two, As They Have Since Been Amended, Together with the Additional Laws of a Public and General Nature, Which Have Been Enacted Since the Publication of the Revised Code of Eighteen Fifty-Two, to the Year of Our Lord One Thousand Eight Hundred and Ninety-Three, to Which Are Added the Constitutions of the United States and of this State, the Declaration of Independence, and Appendix* 987 (1893), ch. 548 | Prohibited the concealed carrying of deadly weapons or selling deadly weapons other than an ordinary pocket knife, and prohibited discharging any firearm in any public road.  Punishable by fine of $25–100 or by imprisonment for 10–30 days. | Deadly weapon | *State v. Iannucci*, 4 Penne. 193 (1903) (affirming conviction for concealed carrying of a razor). |
| 241 | 1893 | North Carolina | 1893 N.C. L. 468–69, ch. 514 | Prohibiting the transfer of any pistol, pistol cartridge, brass knucks, Bowie knife, dirk, loaded cane, or slingshot to a minor. | Pistol; Pistol cartridge; Metal knuckles; Bowie knife; | |

Exhibit 34
RJN_207

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Dirk; Loaded cane; Slingshot | |
| 242 | 1893 | Rhode Island | 1893 R.I. Pub. Laws 231, ch. 1180, § 1 | Prohibited the carrying of any dirk, Bowie knife, butcher knife, dagger, razor, sword cane, air-gun, billy, metal knuckles, slungshot, pistol, or firearm of any description. | Dirk; Bowie knife; Butcher knife; Dagger; Razor; Sword Cane; Air gun; Billy; Metal knuckles; Slungshot; Pistol; Other firearm | |
| 243 | 1893 | Tennessee – City of Nashville | Claude Waller (Editor), *Digest of the Ordinances of the City of Nashville, to Which are Prefixed the State Laws Incorporating, and Relating to, the City, With an Appendix Containing Various Grants and Franchises* 364–65 (1893), § 738 | Prohibited the carrying of a pistol, Bowie knife, dirk knife, slungshot, brass knucks, or other deadly weapon. Punishable by fine of $10–50 for a first offense and $50 for subsequent offenses. | Pistol; Bowie knife; Dirk; Slungshot; Brass knuckles; Other deadly weapon | |
| 244 | 1893 | Wyoming – City of Rawlins | A. McMicken (Editor), *The Revised Ordinances of the City of Rawlins, Carbon* | Prohibited a person from possessing or carrying a pistol, revolver, knife, slungshot, bludgeon or other lethal | Pistol; Revolver; Knife; Slungshot; | |

**Exhibit 34**
**RJN_208**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *County, Wyoming* 131–32 (1893), § 1 | weapon. Punishable by fine up to $100 or imprisonment up to 30 days. | Bludgeon; Other lethal weapon | |
| 245 | 1895 | North Dakota | *The Revised Codes of the State of North Dakota, 1895, Together with the Constitution of the United States and of the State of North Dakota With the Amendments Thereto* 1259 (1895), § 7094 | Prohibited the setting of any spring or trap gun. | Trap gun | |
| 246 | 1895 | North Dakota | *The Revised Codes of the State of North Dakota, 1895, Together with the Constitution of the United States and of the State of North Dakota With the Amendments Thereto* 1293 (1895), §§ 7312–13 | Prohibited the carrying of any slungshot or similar weapon, and the concealed carrying of any firearm or any "sharp or dangerous weapon." | Slungshot; Firearm; Sharp or dangerous weapon | |
| 247 | 1895 | Vermont – City of Barre | *Charter and Ordinances of the City of Barre, Vermont* 53 (1904), ch. 16, § 18 | Prohibited discharging a gun, pistol, or other loaded firearm, firecracker, serpent, or other explosive, unless on a person's own property or with the permission of the property owner. Also prohibited making a bonfire in the street except with city council permission and the carrying of concealed steel or brass knuckles, a pistol, slungshot, stiletto, or weapon of similar character. | Steel or brass knuckles; Pistol; Slungshot; Stiletto; Weapon of similar character; Gun; Loaded firearm; | |

**Exhibit 34**
**RJN_209**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------------------|--------------|----------|--------------------------|----------------------|-----------------|
| | | | | | Firecracker; Serpent | |
| 248 | 1896 | Hawaii [Territory] | *Penal Laws of the Hawaiian Islands, 1897, Compiled From the Penal Code of 1869 and the Session Laws of 1870 to 1896 Inclusive* 251 (1897), ch. 54 | Prohibited the carrying or being "found armed with" any "bowie-knife, sword-cane, pistol, air-gun, slung-shot, or other deadly weapon," unless authorized by law.  Punishable by fine of $10–30.  Exemption for individuals with good cause to carry the weapon, or for individuals with a license to "possess, carry or use a pistol, rifle, carbine, shotgun or other fire-arm." Act 64 of the Session Laws of 1896. | Bowie knife; Sword cane; Pistol; Air gun; Slungshot; Other deadly weapon | *Republic of Hawaii v. Clark*, 10 Haw. 585 (1897) (reversing conviction where individual carrying a pistol had a license to carry and thus was authorized by law). |
| 249 | 1896 | Mississippi | 1896 Miss. L. 109–10, ch. 104 | Prohibited the carrying of a concealed Bowie knife, dirk, butcher knife, pistol, brass or metallic knuckles, slingshot, sword, or other deadly weapon "of like kind or description." | Bowie knife; Dirk; Butcher knife; Pistol; Metal Knuckles; Slingshot; Sword; Other deadly weapon of like kind | |
| 250 | 1896 | Rhode Island | *General Laws of the State of Rhode Island and Providence Plantations to Which Are Prefixed the Constitutions of the United States and of the State* | Prohibited the carrying of any dirk, Bowie knife, butcher knife, dagger, razor, sword cane, air-gun, billy, metal knuckles, slingshot, pistol, or firearm of any description.  Exempted officers or watchmen whose duties required | Dirk; Bowie knife; Butcher knife; Dagger; Razor; Sword cane; | |

Exhibit 34
RJN_210

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | 1010–11 (1896), ch. 282, §§ 23–24, 26 | them to make arrests or guard prisoners or property. | Air gun; Billy; Metal knuckles; Slungshot; Pistol; Other firearm | |
| 251 | 1896 | Washington – City of Spokane | Rose M. Denny (Editor), *The Municipal Code of the City of Spokane, Washington, Comprising the Ordinances of the City (Excepting Ordinances Establishing Street Grades) Revised to October 22, 1896* 309–10 (1896), No. A544, § 1 | Prohibited the carrying of a concealed revolver, pistol or other firearms, or any knife (other than an ordinary pocket knife) or any dirk or dagger, sling-shot or metal knuckles, or any instrument by the use of which injury could be inflicted upon the person or property.  Punishable by fine of $25–100, cost of prosecution, and imprisonment until fines/costs are paid. | Revolver; Pistol; Other firearms; Knife; Dirk; Dagger; Slingshot; Metal knuckles; Any instrument that can cause injury | |
| 252 | 1897 | Alabama | William L. Martin (Editor), *The Code of Alabama, Adopted by Act of the General Assembly of the State of Alabama, Approved February 16, 1897* 1137 (Vol. 1 1897), § 27 | Tax of $300 on the sale of pistols, pistol cartridges, Bowie knives, and dirk knives. | Pistol; Pistol cartridge; Bowie knife; Dirk | |

**Exhibit 34**
**RJN_211**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 253 | 1897 | Missouri – City of Saint Joseph | Charles S. Shepherd (Editor), *The General Ordinances of the City of Saint Joseph (A City of the Second Class) Embracing All Ordinances of General Interest In Force July 15, 1897, Together With the Laws of the State of Missouri of a General Nature Applicable to the City of St. Joseph* 508 (1897), § 7 | Prohibited the carrying of a concealed pistol or revolver, colt, billy, slungshot, cross knuckles or knuckles of lead, brass or other metal, dirk, dagger, razor, Bowie knife, or any knife resembling a Bowie knife, or any other dangerous or deadly weapon. | Pistol; Revolver,; Colt; Billy; Slungshot; Metal knuckles; Dirk; Dagger; Razor; Bowie knife; Any knife resembling a bowie knife; Other dangerous or deadly weapon | |
| 254 | 1897 | Texas | 1897 Tex. Gen. Laws 221–22, ch. 155 | Prohibited the selling or giving to a minor a pistol, dirk, dagger, slungshot, sword cane, spear or knuckles made of any metal or hard substance, Bowie knife or any other knife manufactured or sold for the purpose of offense or defense without the consent of their parent or guardian. Punishable by fine of $25–200 and/or imprisonment for 10–30 days. | Pistol; Dirk; Dagger; Slungshot; Sword cane; Spear; Knuckles; Bowie knife; Any other knife used for offense or defense | |

Exhibit 34
RJN_212

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|-----------------|
| 255 | 1897 | Washington | Richard A. Ballinger (Editor), *Ballinger's Annotated Codes and Statutes of Washington, Showing All Statutes in Force, Including the Session Laws of 1897 1956–57 (Vol. 2, 1897),* § 7084 | Prohibited the carrying of a concealed revolver, pistol, or other fire-arms, or any knife, (other than an ordinary pocket knife), or any dirk or dagger, sling-shot, or metal knuckles, or any instrument by the use of which injury could be inflicted upon the person or property of any other person. Punishable by fine of $25–100 and/or imprisonment for 30 days. | Revolver; Pistol; Other fire-arms; Knife; Dirk; Dagger; Slingshot; Metal knuckles; Any instrument that can cause injury | |
| 256 | 1898 | Georgia | 1898 Ga. Laws 60, No. 106 | Prohibited the concealed carry of any pistol, dirk, sword cane, spear, Bowie knife, other kind of knife "manufactured and sold for purpose of offense and defense," and any "kind of metal knucks." | Bowie knife; Other knife manufactured for wearing or carrying for offense or defense; Pistol; Sword; Sword cane; Spear; Metal knuckles | |
| 257 | 1898 | Oregon – City of Oregon City | *The Charter of Oregon City, Oregon, Together with the Ordinances and* | Prohibited the carrying of any slingshot, billy, dirk, pistol, or "any concealed deadly weapon," and the | Slingshot; Billy; Dirk; | |

**Exhibit 34**
**RJN_213**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Rules of Order* 259 (1898), § 2 | discharge of any firearm, air gun, sparrow gun, flipper, or bean shooter, unless in self-defense. | Pistol; Concealed deadly weapon; Firearm; Air gun; Sparrow gun; Flipper; Bean shooter | |
| 258 | 1899 | Alaska | Fred F. Barker (Editor), *Compilation of the Acts of Congress and Treaties Relating to Alaska From March 30, 1867, to March 3, 1905* 139, ch. 6, § 117 | Prohibited concealed carrying in any manner any revolver, pistol, other firearm, knife (other than an "ordinary pocket knife"), dirk, dagger, slungshot, metal knuckles, or any instrument that could cause injury to a person or property. | Pistol; Revolver; Other firearm; Knife; Dirk; Dagger; Slungshot; Metal knuckles; Other instrument | |
| 259 | 1899 | Nebraska – City of Fairfield | *Compiled Ordinances of the City of Fairfield, Clay County, Nebraska* 34 (1899), No. 20, § 1 | Prohibited the carrying of a concealed pistol, revolver, dirk, Bowie knife, billy, slingshot, metal knuckles, or other dangerous or deadly weapons. Punishable by forfeiture and "shall be so adjudged." | Pistol; Revolver; Dirk; Bowie knife; Billy; Slingshot; Metal knuckles; Other dangerous or | |

**Exhibit 34**
**RJN_214**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|-----------------|
| | | | | | deadly weapons | |
| 260 | 1899 | Texas – City of San Antonio | Theodore Harris (Editor), *Charter and Ordinances of the City of San Antonio. Comprising All Ordinances of a General Character in Force August 7th* 220 (1899), ch. 22, § 4 | Prohibited drawing in a threatening manner a pistol, gun, knife, sword cane, club or any other instrument or weapon that may cause death. | Pistol; Gun; Knife; Sword cane; Club; Any other instrument or weapon that causes death | |
| 261 | 1900 | Iowa – City of Des Moines | William H. Baily (Editor), *The Revised Ordinances of Nineteen Hundred of the City of Des Moines, Iowa* 89–90 (1900), § 209 | Prohibited the carrying of a concealed pistol or other firearms, slungshot, brass knuckles, or knuckles of lead, brass or other metal or material, or any sandbag, air guns of any description, dagger, Bowie knife, dirk knife, or other knife or instrument for cutting, stabbing or striking, or other dangerous or deadly weapon. | Pistol; Slungshot; Metal knuckles; Sandbag; Air guns; Dagger; Bowie knife; Instrument for cutting; stabbing or striking; Other dangerous or deadly weapon | |
| 262 | 1900 | New York | 1900 N.Y. Laws 458–59, ch. 222, § 1 | Prohibited manufacturing or selling a slungshot, billy, sandclub or metal knuckles, and prohibited selling a | Slungshot; Billy; Sandclub; | |

**Exhibit 34**
**RJN_215**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | firearm to a minor in any city or incorporated village without written consent of police magistrate. Exempted any officer of the United States or peace officer when necessary and proper to discharge official duties. | Metal knuckles; Pistol; Other firearm | |
| 263 | 1901 | Arizona [Territory] | 1901 Ariz. Sess. Laws 1251–53, §§ 381, 385, 390 | Prohibited the concealed carrying of any pistol or other firearm, dirk, dagger, slingshot, sword cane, spear, brass knuckles, Bowie knife (or any kind of knife, except a pocket knife not manufactured for offensive or defensive use). Exempted peace officers in discharge of official duties. Punishable by a fine of $25–100 and forfeiture of the weapon. | Pistol; Other firearm; Dirk; Dagger; Slingshot; Sword cane; Spear; Metal knuckles; Bowie knife; Any kind of knife (other than pocket knife) | |
| 264 | 1901 | Utah | 1901 Utah Laws 97–98, ch. 96, §§ 1–3 | Prohibited the construction and possession of any "infernal machine," defined as a device with a loaded firearm that is capable of igniting when moved, handled, or opened. | Trap gun (infernal machine) | |
| 265 | 1903 | Oklahoma [Territory] | W. F. Wilson (Editor), *Wilson's Revised & Annotated Statutes of Oklahoma* 643 (1903), ch. 25, art. 45, § 583 | Prohibited the concealed carrying of any pistol, revolver, Bowie knife, dirk, dagger, slingshot, sword cane, spear, metal knuckles, or other kind of knife manufactured for defense. | Pistol; Revolver; Bowie knife; Dirk; Dagger; | |

Exhibit 34
RJN_216

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | | Slungshot; Sword Cane; Spear; Metal knuckles; Other knife | |
| 266 | 1903 | South Dakota | G. C. Moody et al. (Editors), *The Revised Codes, State of South Dakota* 1150 (1903) §§ 470, 471 | Prohibited the carrying of a concealed slungshot, firearm, or sharp or dangerous weapon. | Slungshot; Firearm; Sharp or dangerous weapon | |
| 267 | 1905 | Indiana | 1905 Ind. Acts 677, ch. 169, § 410 | Prohibited maliciously or mischievously shooting a gun, rifle, pistol or other weapon, or throwing a stone, stick, club or any other substance at a vehicle. Punishable by imprisonment for 30 days to 1 year and a fine of $10–100. | Gun; Rifle; Pistol; Other weapon; Stone; stick; Club; Any other substance | |
| 268 | 1905 | Indiana | 1905 Ind. Acts 687, ch. 169, § 448 | Prohibited drawing or threatening to use "any pistol, dirk, knife, slung-shot or other deadly or dangerous weapon," unless in defense of person or property. | Pistol; Dirk; Knife; Slung shot; Other deadly or dangerous weapon | |
| 269 | 1905 | Indiana | 1905 Ind. Acts 687–88, ch. 169, § 449 | Prohibited the concealed carrying of "any dirk, pistol, bowie knife, dagger, sword in cane or any other dangerous | Dirk; Pistol; Bowie knife; | *Carr v. State*, 175 Ind. 241 (1911) |

Exhibit 34
RJN_217

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------|-----|-----|-----|-----|-----|
| | | | | or deadly weapon," unless "being a traveler."  Punishable by fine of up to $500. | Dagger; Cane sword; Other dangerous or deadly weapon | (observing that "the law in its entirety has long been upheld" (citing *McIntyre v. State*, 170 Ind. 163 (1908))). |
| 270 | 1905 | New Jersey | 1905 N.J. Laws 324–25, ch. 172, § 1 | Prohibited the carrying of a concealed revolver, pistol or other deadly, offensive or dangerous weapon or firearm or any stiletto, dagger or razor. Punishable by fine up to $200 and/or imprisonment with hard labor up to 2 years. | Revolver; Pistol; Other deadly; offensive or dangerous weapon or firearm or any stiletto; Dagger; razor | |
| 271 | 1908 | New York | 1908 N.Y. Laws 242, ch. 93, § 1 | Prohibited the possession of any instrument or weapon commonly known as a slungshot, billy, sandclub, or metal knuckles. | Slungshot Billy; Sandclub; Metal knuckles | |
| 272 | 1908 | Rhode Island | 1908 R.I. Pub. Laws 145, ch. 1572, § 1 | Prohibited the carrying of any dirk, dagger, razor, sword cane, Bowie knife, butcher knife, air-gun, billy, metal knuckles, slungshot, pistol, other firearm.  Exempted officers and watchmen. | Dirk; Dagger; Razor; Sword cane; Bowie knife; Butcher knife; Air gun; Billy; |

**Exhibit 34**
**RJN_218**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Metal knuckles; Slungshot; Pistol; Other firearm. | |
| 273 | 1909 | Idaho | 1909 Idaho Sess. Laws 6, No. 62, § 1 | Prohibited the carrying a concealed dirk, Bowie knife, dagger, slungshot, pistol, revolver, gun, or any other deadly or dangerous weapon in any public setting. | Dirk; Bowie knife; Dagger; Slungshot; Pistol; Revolver; Other deadly or dangerous weapon | *State v. Hart*, 66 Idaho 217 (1945) (upheld under state constitution). |
| 274 | 1909 | South Dakota | 1909 S.D. Sess. Laws 450, ch. 240, §§ 21–22 | Prohibited the setting or possession of any "set gun." | Set gun | |
| 275 | 1909 | Washington | 1909 Wash. Sess. Laws 972–73, ch. 249, § 265 | Prohibited manufacturing, selling, disposing of, or possessing any "slung shot, sand club, or metal knuckles." Prohibited concealed carry of "any dagger, dirk, knife, pistol, or other dangerous weapon." Prohibited using "any contrivance or device for suppressing the noise of any fire arm." Punishable as a misdemeanor. | Slung shot; Sand club; Brass knuckles; Dagger; Dirk; Knife; Pistol; Dangerous weapon; Silencing device | |

**Exhibit 34**
**RJN_219**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | | |
| 276 | 1909 | Washington | 1909 Wash. Sess. Laws 973, ch. 249, § 266 | Prohibited the setting of any trap, spring pistol, rifle, or other deadly weapon.  Punishable by imprisonment for up to 1 year or a fine of up to $1,000.  Further punishable by imprisonment for up to 20 years for non-fatal or fatal injuries resulting. | Trap gun | |
| 277 | 1911 | New York | 1911 N.Y. Laws 442, ch. 195, § 1 | Prohibited the manufacture, sale, giving, or disposing of any weapon of the kind usually known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, or metal knuckles, and the offering, sale, loaning, leasing, or giving of any gun, revolver, pistol, air gun, or spring-gun to a person under the age of 16. | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal knuckles; Gun; Revolver; Pistol; Air gun; Spring gun | |
| 278 | 1911 | New York | 1911 N.Y. Laws 442–43, ch. 195, § 1 | Prohibited the carrying or possession of any weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, or bludgeon, and the carrying or possession of any dagger, dirk, dangerous knife, razor, stiletto, or other "dangerous or deadly instrument | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles; Bludgeon; Dagger; | |

Exhibit 34
RJN_220

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | or weapon" with intent to use the weapon unlawfully against another. | Dirk; Dangerous knife; Razor; Stiletto; Other dangerous or deadly weapon | |
| 279 | 1912 | Vermont | 1912 Vt. Acts & Resolves 261, No. 201, § 17 | Prohibited the setting of any spring gun. Punishable by a fine of $50–500 and liability for twice the amount of damage resulting from the trap. | Spring gun | |
| 280 | 1913 | Florida – Marion County | 1913 Fla. Laws 117, ch. 6621, § 8 | Prohibited hunting wild game with automatic guns. | Machine guns | |
| 281 | 1913 | Hawaii [Territory] | 1913 Haw. Sess. Laws 25, Act 22 | Prohibited the carrying a Bowie knife, sword cane, pistol, air-gun, slungshot, or other deadly weapon. Punishable by fine of $10–250 or imprisonment for 3–12 months, unless good cause can be shown for carrying the weapon. | Bowie knife; Sword cane; Pistol; Air gun; Slungshot; Other deadly weapon | |
| 282 | 1913 | Iowa | 1913 Iowa Acts 307, ch. 297, §§ 1, 2 | Prohibited the carrying of a concealed dirk, dagger, sword, pistol, revolver, stiletto, metallic knuckles, picket billy, sandbag, skull cracker, slungshot, or other offensive and dangerous weapons or instruments. Also prohibited the selling, keeping for | Dirk; Dagger; Sword; Pistol; Revolver; Stiletto; Metallic | |

**Exhibit 34**
**RJN_221**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | sale, offering for sale, loaning, or giving away any dirk, dagger, stiletto, metallic knuckles, sandbag, or "skull cracker." Exempted the selling or keeping for sale of "hunting and fishing knives." | knuckles; Picket; Billy; Sand bag; Skull cracker; Slungshot; Other offensive and dangerous weapons or instruments | |
| 283 | 1913 | New York | 1913 N.Y. Laws 1627–30, ch. 608, § 1 | Prohibited the carrying or possession of any weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, bludgeon, bomb, or bombshell, and the carrying or possession of any dagger, dirk, dangerous knife, razor, stiletto, or other "dangerous or deadly instruments or weapon." | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles; Bludgeon; Bomb; Bombshell; Dagger; Dirk; Dangerous knife; Razor; Stiletto; Other dangerous or | |

**Exhibit 34**
**RJN_222**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | deadly weapon | |
| 284 | 1915 | New Hampshire | 1915 N.H. Laws 180–81, ch. 133, pt. 2, § 18 | Prohibited the setting of a spring gun. Punished by a fine of $50–500. | Spring gun | |
| 285 | 1915 | North Dakota | 1915 N.D. Laws 96, ch. 83, §§ 1–3, 5 | Prohibited the concealed carrying of any instrument or weapon usually known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, or any sharp or dangerous weapon, any gun, revolver, pistol, or "other dangerous fire arm," nitroglycerin, dynamite, or any other dangerous or violent explosive. | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal knuckles; Any sharp or dangerous weapon; Any Gun; Revolver; Pistol; Dangerous firearm; Explosive | |
| 286 | 1917 | California | 1917 Cal. Stat. 221, ch. 145, § 1 | Prohibited the manufacture, leasing, keeping for sale, offering, giving, or disposing of any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dirk, or dagger. | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal knuckles; | |

Exhibit 34
RJN_223

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Dirk; Dagger | |
| 287 | 1917 | California | 1917 Cal. Stat. 221, ch. 145, § 2 | Prohibited the possession of any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, bomb, or bombshells, and the carrying of any dirk or dagger. | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal knuckles; Bomb; Bombshells; Dirk; Dagger | |
| 288 | 1917 | California | 1917 Cal. Stat. 222, ch. 145, § 5 | Prohibited the use, or carrying or possession with the intent to use, any dagger, dirk, dangerous knife, razor, stiletto, loaded pistol, revolver, or other firearm, blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, bomb, bombshell, or other "dangerous or deadly instrument or weapon." | Dagger; Dirk; Dangerous knife; Razor; Stiletto; Loaded pistol; Revolver; Other firearm; Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles; | |

**Exhibit 34**
**RJN_224**

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**

**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | | Bomb; Bombshell; Other deadly or dangerous weapon | |
| 289 | 1917 | Missouri – City of Joplin | Hugh McIndoe, Editor, *Joplin Code of 1917* 550 (1917), art. 67, § 1201 | Prohibited the carrying of a concealed firearm, Bowie knife, spring-back knife, razor, knuckles, bill, sword cane, dirk, dagger, slungshot, or other similar deadly weapons in a church, school, election site, court, or other public setting. Also prohibits using the weapon in a threatening manner, using while intoxicated, or selling to a minor. | Firearms; Bowie knife; Spring-back knife; Razor; Knuckle; Billy; Sword cane; Dirk; Dagger; Slungshot; Other deadly weapons | |
| 290 | 1917 | North Carolina – Harnett County | 1917 N.C. Sess. Laws 309, ch. 209, § 1 | Prohibited killing quail with a gun that shoots over two times before reloading. | Gun that shoots over two times before reloading (machine gun) | |
| 291 | 1917 | Oregon | 1917 Or. Sess. Laws 807-08, ch. 377, § 7 | Prohibited the attempted use, or the carry and possession with the intent to use, any dagger, dirk, dangerous knife, razor, stiletto, loaded pistol, revolver, or other firearm, or any instrument or | Dagger; Dirk; Dangerous knife; Razor; | *Oregon v. Blocker*, 291 Or. 255 (1981) (struck down the ban on clubs as |

**Exhibit 34**
**RJN_225**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, bomb, bombshell, or any other "dangerous or deadly weapon." Punishable by a fine of $50–500 or imprisonment for 1–6 months. | Stiletto; Pistol; Revolver; Other Firearm; Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles; Bomb; Bombshell; Other dangerous or deadly weapon | contrary to Oregon Constitution). |
| 292 | 1920 | New Jersey | 1920 N.J. Laws 67, ch. 31, § 9 | Prohibits hunting with shotgun or rifle "holding more than two cartridges at one time, or that may be fired more than twice without reloading" | Shot gun; Rifle | |
| 293 | 1923 | California | 1923 Cal. Stat. 696, ch. 339, § 1 | Prohibited the manufacture, importation, keeping for sale, offering or exposing for sale, giving, lending, or possession of any instrument or weapon commonly known as a blackjack, slungshot, billy, sandclub, sandbag, metal knuckles, and the concealed carrying of any dirk or | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles; | |

**Exhibit 34
RJN_226**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | dagger. Punishable by imprisonment for 1–5 years. | Dirk; Dagger | |
| 294 | 1923 | Missouri | 1923 Mo. Laws 241–42, § 17 | Prohibited the carrying, while a passenger or operating a moving vehicle, of a revolver, gun or other firearm, or explosive, any Bowie knife, or other knife having a blade of more than two and one-half inches in length, any slingshot, brass knucks, billy, club or other dangerous weapon. Punishable by imprisonment of minimum 2 years. | Revolver; Gun; Explosive; Bowie knife; Other knife having a blade of more than two and one-half inches in length; Slingshot; Metal knuckles; Billy; Club; Other dangerous weapon | |
| 295 | 1923 | South Carolina | 1923 S.C. Acts 221 | Prohibited the selling or giving to a minor a pistol or pistol cartridge, brass knucks, Bowie knife, dirk, loaded cane or slingshot. Also prohibited a parent from giving such a weapon to their child under 12 years old. Punishable by fine up to $50 or imprisonment up to 30 days. | Pistol; Pistol cartridge; Metal knuckles; Bowie knife; Dirk; Loaded cane; Slingshot | |

Exhibit 34
RJN_227

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|---------------------------|------------------------|------------------|
| 296 | 1923 | Vermont | 1923 Vt. Acts & Resolves 127, No. 130, § 1 | Prohibited using, carrying, or possessing a machine gun or automatic rifle while hunting. | Machine gun; Automatic rifle | |
| 297 | 1925 | Nevada | 1925 Nev. Stat., ch. 47, § 1 | Prohibited the possession of any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, or metal knuckles. | Blackjack; Slungshot; Billy; Sandclub; Sandbag; Metal knuckles | |
| 298 | 1925 | Oregon | 1925 Or. Laws 42, ch. 31, §§ 1–2 | Prohibited the setting of any loaded spring gun. Punishable by a fine of $100–500 or imprisonment for 30 days to 6 months. Exception for setting of trap gun to destroy burrowing rodents. | Spring gun; Set gun | |
| 299 | 1925 | West Virginia | 1925 W. Va. Acts 25–30, ch. 3, § 7, pt. a | Prohibited unlicensed carrying of a pistol, dirk, Bowie knife, slungshot, razor, billy, metallic or other false knuckles, or any other dangerous or deadly weapon. Punishable by imprisonment for 6–12 months for the first offense, and for 1–5 years for subsequent offenses, and in either case, a fine of $50–200. | Pistol; Dirk; Bowie knife; Razor; Slungshot; Billy; Metal knuckles; Other dangerous or deadly weapon | *City Of Princeton* v. *Buckner*, 180 W. Va. 457, 462 (1988) (held unconstitutional under state constitution); *Application of Metheney*, 182 W. Va. 722 (1990). |
| 300 | 1925 | West Virginia | 1925 W. Va. Acts 30–31, ch. 3, § 7, pt. b | Prohibited publicly displaying for rent or sale any revolver, pistol, dirk, | Revolver; Pistol; | |

Exhibit 34
RJN_228

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | Bowie knife, slungshot, other dangerous weapon, machine gun, submachine gun, or high powered rifle. Requires dealers to keep a register. Prohibited selling, renting, giving, or lending any of these weapons to an unnaturalized person. | Dirk; Bowie knife; Slungshot; Machine gun; Other dangerous weapon; Submachine gun; High powered rifle | |
| 301 | 1925 | West Virginia | 1925 W. Va. Acts 30–31, ch. 3, § 7, pt. b | Prohibited carrying, transporting, or possessing a machine gun, submachine gun, or high-powered rifle except on their own premises and with a permit. Also provides guidelines for such a permit. | Machine gun; Submachine gun; High powered rifle | |
| 302 | 1927 | California | 1927 Cal. Stat. 938, ch. 552, §§ 1–2 | Prohibited a person, firm, or corporation possessing a machine gun. Punishable by imprisonment up to 3 years and/or fine up to $5,000. | Machine gun | |
| 303 | 1927 | Georgia | 1927 Ga. Laws 83, No. 398, § 2, ¶ 86 | Levied a tax on dealers "in or near towns or cities" who deal "in pistols or in toy pistols which shoot cartridges, or who deals in pistol cartridges, or rifle cartridges, dirks, bowie knives, or metal knucks." | Pistol; Toy pistol | *Beck & Gregg Hardware Co. v. State Revenue Comm'n*, 176 Ga. 896 (1933) (holding the term "near" to be vague and that the tax on |

Exhibit 34
RJN_229

***Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-------------------|--------------|----------|--------------------------|-----------------------|-----------------|
| | | | | | | dealers "in" cities did not treat dealers in the same class uniformly). |
| 304 | 1927 | Indiana | 1927 Ind. Acts 469, ch. 156, § 1 | Prohibited owning or possessing a machine gun or bomb in an automobile. Punishable by imprisonment for 1–5 years. | Machine gun; Bomb | |
| 305 | 1927 | Indiana | 1927 Ind. Acts 469, ch. 156, § 2 | Prohibited discharging a machine gun or bomb. Punishable by imprisonment for 2–10 years. | Machine gun; Bomb | |
| 306 | 1927 | Iowa | 1927 Iowa Acts 201, §§ 1–2 | Prohibited possession of a machine gun. | Machine gun | |
| 307 | 1927 | Maryland | 1927 Md. Laws 156, ch. 117, § 388-B | Prohibited possession of liquor in an automobile that also carries a gun, pistol, revolver, rifle machine gun, or other dangerous or deadly weapon. | Gun; Pistol; Revolver; Machine gun; Other dangerous or deadly weapon | |
| 308 | 1927 | Massachusetts | 1927 Mass. Acts 416, ch. 326, § 5 | Prohibited the carrying of a pistol, revolver, machine gun, stiletto, dagger, dirk knife, slungshot, metallic knuckles, or sawed off shotgun, billy, or dangerous weapon if arrested upon a warrant for an alleged crime. Punishable by imprisonment of 6 months to 2.5 years. | Pistol; Revolver; Machine gun; Stiletto; Dagger; Dirk; Slungshot; Metallic |

**Exhibit 34**
**RJN_230**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | knuckles; Sawed-off shotgun; Billy; Dangerous weapon | |
| 309 | 1927 | Massachusetts | 1927 Mass. Acts 413, ch. 326, §§ 1–2 | Prohibited selling, renting, or leasing a pistol, revolver, or machine gun to a person without a license to possess the same. | Pistol; Revolver; Machine gun | |
| 310 | 1927 | Michigan | 1927 Mich. Pub. Acts 888–89, No. 372, § 3 | Prohibited manufacturing, selling, or possessing a bomb, bombshell, blackjack, slungshot, billy, metallic knuckles, sandclub, bludgeon. Punishable by fine up to $1,000 or imprisonment. | Bomb; Bombshell; Blackjack; Slungshot; Billy; Metallic knuckles; Sandclub; Bludgeon | |
| 311 | 1927 | Michigan | 1927 Mich. Pub. Acts 888–89, No. 372, § 3 | Prohibited manufacturing, selling, or possessing a machine gun or firearm that can be fired more than 16 times without reloading. Also prohibited the same for a muffler or silencer. Punishable by fine of $1,000 and/or imprisonment up to 5 years. | Machine gun; Silencer | |
| 312 | 1927 | New Jersey | 1927 N.J. Laws 180–81, ch. 95, §§ 1–2 | Prohibited selling, giving, loaning, delivering or furnishing, or possessing a machine gun or automatic rifle to another person without a license. | Machine gun; Automatic rifle | |

Exhibit 34
RJN_231

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 313 | 1927 | New Jersey | 1927 N.J. Laws 742, ch. 321, § 1 | Prohibited a pawnbroker from selling or possessing for sale, loan, or to give away a machine gun, automatic rifle, revolver, pistol, or other firearm, or other instrument of any kind known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dagger, dirk, dangerous knife, stiletto, bomb or other high explosive. Punishable as a high misdemeanor. | Machine gun; Automatic rifle; Revolver; Pistol; Blackjack; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal knuckles; Dagger; Dirk; Dangerous knife; Stiletto; Bomb; Other high explosive | |
| 314 | 1927 | New Jersey | 1927 N.J. Laws 743, ch. 321, § 2 | Prohibited being armed with or possession any "revolver, pistol, or other firearm" or "blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dagger, dirk, dangerous knife, stiletto, bomb or other high explosive" while committing "assault, robbery, larceny, burglary, or breaking or entering." | Revolver; Pistol; Other firearm; Slungshot; Billy; Sandclub; Sandbag; Bludgeon; Metal | |

**Exhibit 34**
**RJN_232**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | Punishable by an additional imprisonment for 5, 10, 15, or 20 years to life depending on whether first, second, third, or fourth offense. | knuckles; Dagger; Dirk; Dangerous knife; Stiletto; Bomb; Other high explosive | |
| 315 | 1927 | Rhode Island | 1927 R.I. Pub. Laws 256, ch. 1052, §§ 1, 4, 5, 6 | Prohibited carrying a concealed pistol and Prohibited manufacturing, selling, purchasing, or possessing a machine gun. | Pistol; Machine gun | |
| 316 | 1927 | Rhode Island | 1927 R. I. Pub. Laws 256, ch. 1052, §§ 1, 4, 7, 8 | Prohibited carrying a concealed pistol and Prohibited manufacturing, selling, purchasing, or possessing a machine gun or silencer. | Pistol; Machine gun; Silencer | |
| 317 | 1927 | Rhode Island | 1927 R.I. Pub. Laws 256, ch. 1052, §§ 1, 3 | Prohibited a person who has previously been convicted of a violent crime from owning, carrying, or possessing any firearm (including machine gun or pistol). | Machine gun; Pistol | |
| 318 | 1929 | Indiana | 1929 Ind. Acts 139, ch. 55, § 1 | Prohibited being armed with a pistol, revolver, rifle shotgun, machine gun, or any other firearm or dangerous weapon while committing or attempting to commit a crime of rape, robbery, bank robbery, or larceny. Punishable by imprisonment for 10– | Pistol; Revolver; Rifle; Shotgun; Machine gun; Dangerous or deadly weapon | |

Exhibit 34
RJN_233

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | 20 years, in addition to the punishment for the original crime. | | |
| 319 | 1929 | Michigan | 1929 Mich. Pub. Acts 529, No. 206 | Prohibited manufacturing, selling, or possessing a machine gun, silencer, bomb, bombshell, blackjack, slungshot, billy, metallic knuckles, sandclub, sandbag, bludgeon, or any gas-ejecting device. | Machine gun; Silencer; Bomb; Bombshell; Blackjack; Slungshot; Billy; Metallic knuckles; Sandclub, Sandbag, Bludgeon, Gas ejecting device | |
| 320 | 1929 | Michigan | 1929 Mich. Pub. Acts 529, No. 206 | Prohibited manufacturing, selling, or possessing a machine gun or firearm that can be fired more than 16 times without reloading.  Also prohibited the same for a muffler or silencer. | Machine gun; Silencer | |
| 321 | 1929 | Missouri | 1929 Mo. Laws 170 | Prohibited selling, delivering, transporting, and possessing a machine gun. P unishable by imprisonment of 2–30 years and/or fine up to $5,000. | Machine gun | |
| 322 | 1929 | Nebraska | 1929 Neb. Laws 673–74, ch. 190, §§ 1–2 | Prohibited selling or otherwise disposing of a machine gun. Punishable by fine of $1,000-$10,000. Also prohibited transporting or | Machine gun | |

**Exhibit 34
RJN_234**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | possessing a machine gun. Punishable by imprisonment for 1–10 years. | | |
| 323 | 1929 | Pennsylvania | 1929 Pa. Laws 777–78, No. 329, §§ 1, 4 | Prohibited selling, giving, transferring, or possessing a machine gun. Punishable by fine up to $1,000 and imprisonment by separate or solitary confinement at labor up to 5 years. Also prohibited using a machine gun during an attempted crime. Punishable by separate and solitary confinement at labor for up to 10 years. | Machine gun | |
| 324 | 1929 | Pennsylvania | 1929 Pa. Laws 777–78, No. 329, § 3 | Prohibited being armed with a machine gun while committing a crime. Punishable by imprisonment with solitary confinement up to 10 years. | Machine gun | |
| 325 | 1929 | Wisconsin | 1928–1929 Wis. Sess. Laws 157, ch. 132, § 1 | Prohibited owning, using, or possession a machine gun. Punishable by imprisonment of 1–15 years. | Machine gun | |
| 326 | 1931 | Delaware | 1931 Del. Laws 813, ch. 249, § 1 | Prohibited a person from possessing a machine gun. Punishable by fine and/or imprisonment. | Machine gun | |
| 327 | 1931 | Illinois | 1931 Ill. Laws 452–53, Machine Guns, §§ 1–2 | Prohibited selling, loaning, or giving away, purchasing, possessing, carrying, or transporting any machine gun. | Machine gun | |
| 328 | 1931 | Illinois | 1931 Ill. Laws 454, Machine Guns, § 7 | Prohibited being armed with a machine gun while committing arson, assault, burglary, kidnapping, larceny, | Machine gun | |

**Exhibit 34
RJN_235**

**Nichols v. Bonta, Case No. 2:11-cv-09916-SSS-KES**
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | rioting, or robbery.  Punishable by imprisonment for 5 years to life. | | |
| 329 | 1931 | Michigan | 1931 Mich. Pub. Acts 671, ch. 37, § 236 | Prohibited the setting of any spring or trap gun. | Spring gun; Trap gun | |
| 330 | 1931 | New York | 1931 N.Y. Laws 1033, ch. 435, § 1 | Prohibited using an imitation pistol and carrying or possessing a black-jack, slungshot, billy, sandclub, sandbag, metal knuckles, bludgeon, dagger, dirk, dangerous knife, razor, stiletto, imitation pistol, machine gun, sawed off shot-gun, or ay other dangerous or deadly weapon. | Imitation pistol; Blackjack; Slungshot; Metal knuckles; Bludgeon; Dagger; Dirk; Dangerous knife; Razor; Stiletto; Machine gun; Sawed-off shot gun; Other dangerous or deadly weapon | |
| 331 | 1931 | North Dakota | 1931 N.D. Laws 305-06, ch. 178, §§ 1–2 | Prohibited selling, giving, loaning, furnishing, or delivering a machine gun, submachine gun, automatic rifle, or bomb (without a license). Punishable by imprisonment up to 10 years and/or fine up to $3,000. | Machine gun; Submachine gun; Automatic rifle; Bomb | |

**Exhibit 34**
**RJN_236**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 332 | 1931 | South Carolina | 1931 S.C. Acts 78, No. 58, § 1 | Prohibited the setting of any loaded trap gun or spring gun.  Punishable by a fine of $100–500 or imprisonment of 30 days to 1 year. | Trap gun; Spring gun | |
| 333 | 1932 | District of Columbia | An Act To Control The Possession, Sale, Transfer And Use Of Pistols And Other Dangerous Weapons In The District Of Columbia, To Provide Penalties, To Prescribe Rules Of Evidence, And For Other Purposes, 47 Stat. 650 (1932), ch. 465, §§ 1, 8 | Prohibited being armed with or having readily available any pistol or other firearm while committing a violent crime.  In addition to being punished for the crime, will also be punished with imprisonment (various terms depending on the number of previous convictions).  Additionally, Prohibited people convicted of violent crimes from owning or possessing a pistol. Prohibited carrying a concealed deadly or dangerous weapon. Regulated the sale and transfer of pistols. | Pistol; Deadly or dangerous weapon | |
| 334 | 1932 | Louisiana | 1932 La. Acts 337–38, No. 79, §§ 1–2 | Prohibited selling, loaning, giving, purchasing, possession, carrying, or transporting a machine gun. | Machine gun | |
| 335 | 1933 | California | 1933 Cal. Stat. 1170, ch. 450, § 2 | Prohibited a person, firm, or corporation from selling, possessing or transporting a machine gun. Punishable by imprisonment up to 3 years and/or fine up to $5,000. | Machine gun | |
| 336 | 1933 | Florida | 1933 Fla. Laws 623, ch. 16111, § 1 | Prohibited throwing a bomb or shooting a machine gun across or along a street or highway, any public park or place where people assemble | Bomb; Machine gun | |

**Exhibit 34**
**RJN_237**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | with the intent to do bodily harm. Punishable by death. | | |
| 337 | 1933 | Hawaii | 1933 Haw. Sess. Laws 117, No. 120, § 2 | Prohibited a person, firm, or corporation from owning, possessing, selling, or transporting a machine gun, shell cartridge, or bomb containing or capable of emitting tear gas or other noxious gas. | Machine gun; Shell cartridge; Bomb | |
| 338 | 1933 | Kansas | 1933 Kan. Sess. Laws 76, ch. 62, §§ 1–3 | Prohibited possession of a machine rifle, machine gun, or submachine gun. | Machine gun | |
| 339 | 1933 | Minnesota | 1933 Minn. Laws 231–33, ch. 190, §§ 1–3 | Prohibited owning, controlling, using, possessing, selling, or transporting a machine gun. | Machine gun | |
| 340 | 1933 | New York | 1933 N.Y. Laws 1638–39, ch. 805, §§ 1, 3 | Prohibited selling, giving, disposing of, transporting, or possessing a machine gun or submachine gun to a person guilty of a felony. | Machine gun | |
| 341 | 1933 | Ohio | 1933 Ohio Laws 189–90, No. 64, § 1 | Prohibited owning, possessing, and transporting a machine gun, light machine gun, or submachine gun without a permit.  Punishable by imprisonment of 1–10 years. | Machine gun; Light machine gun; Submachine gun | |
| 342 | 1933 | Oregon | 1933 Or. Laws 489, ch. 315, §§ 3–4 | Prohibited possession of a machine gun.  Also prohibited carrying a concealed machine gun, pistol, revolver, or other firearm. | Machine gun; Pistol; Revolver; Other firearm | |
| 343 | 1933 | Oregon | 1933 Or. Laws 488, ch. 315, § 2 | Prohibited a unnaturalized person and person convicted of a felony against another person or the government | Pistol; Revolver; | |

**Exhibit 34**
**RJN_238**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | from owning or possessing a pistol, revolver, other firearm, or machine gun.  Punishable by imprisonment for 1–5 years. | Other firearm; Machine gun | |
| 344 | 1933 | South Dakota | 1933 S.D. Sess. Laws 245–47, ch. 206, §§ 1–8 | Prohibited possession of a machine gun during a violent crime.  Punishable by imprisonment up to 15 years.  Prohibited using a machine gun offensively or aggressively; punishable by imprisonment up to 15 years.  Requires manufacturers to keep a register of machine guns and for owners to converted their machine guns to pistols to register the weapon. | Machine gun | |
| 345 | 1933 | Texas | 1933 Tex. Gen. Laws 219–20, ch. 82, §§ 1–4, 6 | Prohibited possession of a machine gun; punishable by imprisonment up to 10 years.  Prohibited selling, leasing, giving, bartering, exchanging, or trading a machine gun; punishable by imprisonment for 2 months to 10 years. | Machine gun | |
| 346 | 1933 | Washington | 1933 Wash. Sess. Laws 335–36, ch. 64, §§ 1–5 | Prohibited manufacturing, owning, buying, selling, loaning, furnishing, transporting, or possessing a machine gun. | Machine gun | |
| 347 | 1933 | Wisconsin | 1931–1933 Wis. Sess. Laws 245–47, ch. 76, § 1, pts. 164.01–164.06 | Prohibited using or possessing a machine gun during an attempted violent crime; punishable by imprisonment of minimum 20 years.  Prohibited use of a machine gun for | Machine gun | |

**Exhibit 34**
**RJN_239**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | offensive or aggressive purposes; punishable by imprisonment of minimum 10 years. | | |
| 348 | 1933 | Wisconsin | 1931–1933 Wis. Sess. Laws 778, ch. 359, § 1 | Prohibited selling, possessing, using, or transporting a machine gun, automatic firearm, bomb, hand grenade, projectile, shell, or other container that can contain tear or other gas. Punishable by imprisonment for 1–3 years. | Machine gun; Automatic firearm; Bomb; Hand grenade; Projectile; Shell; Other container that can contain gas | |
| 349 | 1934 | Federal | National Firearms Act of 1934, 48 Stat. 1236 (1934) | Provided for taxation of manufacturers, importers, and dealers in certain firearms and machine guns. | Machine gun | |
| 350 | 1934 | New Jersey | 1934 N.J. Laws 394–95, ch. 155, §§ 1–5 | Declares a person who possesses a machine gun or submachine gun a "gangster" and therefore, enemy of the state. Also declares a person who carries a deadly weapon without a permit a "gangster." If convicted a "gangster," punishable by fine up to $10,000 and/or imprisonment up to 20 years. | Machine gun; Submachine gun; Deadly weapon | |
| 351 | 1934 | South Carolina | 1934 S.C. Acts 1288, No. 731, §§ 1–6 | Prohibited transporting, possessing, selling, renting, or giving a firearm or machine gun. Punishable by fine up | Firearm; Machine gun | |

Exhibit 34
RJN_240

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | | to $1,000 and imprisonment with solitary confinement up to 20 years. | | |
| 352 | 1934 | Virginia | 1934 Va. Acts 137–39, ch. 96, §§ 1–7 | Prohibited possession or use of a machine gun during a violent crime; punishable by death or imprisonment for a minimum of 20 years. Prohibited unlawful possession or use of a machine gun for offensive or aggressive purposes; punishable by imprisonment for a minimum of 10 years. Requires manufacturers to keep a register of machine guns. | Machine gun | |

## II.   GUNPOWDER STORAGE LAWS

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| 353 | 1783 | Massachusetts – City of Boston | 1782–1783 Mass. Acts 120, ch. 46 | Prohibited the possession of any "fire arms," and among other devices, loaded with any gun powder. Punishable by forfeiture and sale at public auction. | Gunpowder | |
| 354 | 1784 | New York – City of New York City | 1784 N.Y. Laws 627, ch. 28 | Prohibited any person to keep any quantity of gun powder exceeding 28 pounds and required storage in separate containers. Punishable by forfeiture and fine. | Gunpowder | |
| 355 | 1792 | New York | Thomas Greenleaf (Editor), *Laws of the State of New York,* | Regulated the storage of gunpowder in New York City. | Gunpowder | |

**Exhibit 34**
**RJN_241**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | | *Comprising the Constitution, and the Acts of the Legislature, since the Revolution, from the First to the Fifteenth Session, Inclusive* 191–92 (1792) | | | |
| 356 | 1821 | Maine | 1821 Me. Laws 98, ch. 25, § 1 | Prohibited any person from possessing any gunpowder, in any quantity, unless permitted by local rules and regulations. | Gunpowder | *Barnes v. Hathorn*, 54 Me. 124 (1866) (noting that "the keeping of large quantities of gunpowder near inhabited dwellings" is a nuisance). |
| 357 | 1823 | Ohio – Town of Marietta [Territory] | *The Act of Incorporation, and the Ordinances and Regulations of the Town of Marietta, Washington County, Ohio* 17–18 (1837) | Regulated the discharge and explosion of gunpowder. Punishable by fine of $1–5 for first offense and $5–10 for all subsequent offenses. | Gunpowder | |
| 358 | 1836 | Connecticut – Cities of Hartford, New Haven, New London, | 1836 Conn. Acts 105, ch. 1, § 20 | Authorizing the local court of common counsel to prohibit and regulate the storage of gun powder. | Gunpowder | |

**Exhibit 34**
**RJN_242**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|---|---|---|---|---|---|---|
| | | Norwich, and Middletown | | | | |
| 359 | 1851 | Illinois – City of Chicago | Joseph E. Gary (Editor), *Laws and Ordinances Governing the City of Chicago* 239 (1866), ch. 11, § 1 | Prohibiting the keeping, sale, or giving away of gun powder or gun cotton "in any quantity" absent written permission of the authorities. Punishable by a fine of $25 per offense. | Gunpowder | |
| 360 | 1858 | Minnesota – City of St. Paul | Henry John Horn, (Editor), *The Charter and Ordinances of the City of St. Paul, Together with Legislative Acts Relating to the City, and the State Constitution, in an Appendix* 113 (1858), ch. 21, §§ 1–5 | Prohibited the keeping, sale, or giving away of gun powder or gun cotton "in any quantity" absent payment of $5 to the City Treasurer and written permission of the authorities. Authorized any person to "keep for his own use" no more than 1 pound of gun powder or gun cotton at any one time. Punishable by a fine not to exceed $50 per offense. | Gunpowder | |
| 361 | 1881 | Washington – City of New Tacoma [Territory] | 1881 Wash. Sess. Laws 76, ch. 6, § 34, pt. 15 | Authorized New Tacoma to regulate transporting, storing, or selling gunpowder, giant powder, dynamite, nitroglycerine, or other combustibles without a license, as well as the carrying concealed deadly weapons, and the use of guns, pistols, firearms, firecrackers. | Gunpowder; Giant powder; Dynamite; Nitroglycerine | |
| 362 | 1917 | Federal | An Act To Prohibit the Manufacture, Distribution, Storage, Use, and Possession in | Prohibited the manufacture, distribution, storage, use, and possession during time of war of | Powder; Explosives; Blasting supplies | |

**Exhibit 34**
**RJN_243**

*Nichols v. Bonta*, Case No. 2:11-cv-09916-SSS-KES
**Defendant's Survey of Relevant Statutes (Pre-Founding – 1930s)**

| No. | Year of Enactment | Jurisdiction | Citation | Description of Regulation | Subject of Regulation | Judicial Review |
|-----|------|------|------|------|------|------|
| | | | Time of War of Explosives, Proving Regulations for the Safe Manufacture, Distribution, Storage, Use, and Possession of the Same, and for Other Purposes, 40 Stat. 385 (1917), ch. 83 | powder, explosives, blasting supplies, or ingredients thereof. | | |

**Exhibit 34**
**RJN_244**