# COMPENDIUM OF HISTORICAL LAWS ACCOMPANYING EXHIBIT 34

## VOLUME 1 OF 7

# DANGEROUS WEAPONS LAWS

*A.D.*1383.                    7° Rtc. II. c. 12—16.                    35

force & vtue en toutz pointz; et outre ceo est auxint assentuz q̃ si aucun alien eit purchacez ou desore purchace aucun benefice de Seinte Esglise Dignite ou autre & en ppre psone Pigne possession dicelle ou loccupie de fait, deinz mesme le Roialme, soit il a son oeps ppre, ou al oeps dautri sanz especiale congie du Roi, soit il compris en mesme lestatut, & outre ceo encourge en toutz pointz tielx peines & forfaiture come sont ordeignez p un autre estatut fait en lan xxv° del regne luy noble Roi E. aiel nr̃e ꝑ le Roi q̃ore est, contre ceux qi purchacent prisions dabbeies ou Priories; et enoutre au fyn q̃ tielx licences ne se facent desore enavant, le Roi voet & comande a toutz ses lieges & autres qils lour abstiegnent de cy enavant de luy prier dascuna tielx licences doner; et si voet auxi le Roi luy mesmes abstiegner de doner ascune tiele licence, durantes les guerres horspris au Cardinal de Naples ou a autre especiale psone a qi le Roi soit p especiale cause tenuz.

xiij.   Item est ordeignez & assentuz & le Roi defende q̃ desoremes null homme chivache deinz le Roialme armez, encontre la forme de lestatut de Norhamptoñ sur ce fait, ne oveśq̃ lancegay deinz mesme le Roialme, les queux lanceg̃ayes soient de tout oustez deinz le dit Roialme come chose defendue p nr̃e ꝑ le Roi, sur peine de forfaiture dicelx lanceg̃ayes armures & auťs herneys quelconqes et mayns & possession de celluy qi les portẜa desore deinz mesme le Roialme contre cestz estatut & ordinances sanz especiale congie de Roi nr̃e ꝑ.

xiiij.   Item es briefs de p̃munire faĉ est assentuz & accordez q̃ ceux q̃a queux tielx briefs sont portez, & qi sont de p̃sent hors de Roialme & sont de bone fame & sient faiz lo' gelaĺx atto'nes devant lo' depŕt, q̃ le Chaunceller [Denglet̃re'] pur le temps esteant, p ladvis des Justices purra g̃nt̃er q̃ mesmes les psones purront apparoir & respondre & faire & resceivre ce q̃ la ley demande, p lo' gelaĺx atto'nes avantdiz eavant come es autres cas & quereles; et ceux psones qi decy enavant passeront p̃sentce nr̃e ꝑ le Roi & soient auxint de bone fame, q̃ a lo' requeste le dit Chaunceller p ladvis des Justices lour purra g̃nt̃er defaire lo' gelaĺx atto'nes en la Chancellerie p patent du Roi devant lo' passer, [a respondre'] sibn es ditz briefs de p̃munire faĉ, come en auťs quereles en quel cas toutes voies soit exp̃sse mencion [faite'] des briefs & quereles de p̃munire faĉ; et celle patente ensi faite, purront des lors les ditz atto'nes en absence de lo' Meiatres, respondre p eux & auťs atto'nes desouz eux, devant quelconq, juge du Roialme & faire & resceivre el dit cas, sauvant come en null autre cas nientcontresteant ascun estatut fait a contr̃ie avant ces heures.

Item sur la grevouse pleinte qest faite des meynteno's des quereles & chaumpto's; est ordeignez & assentuz q̃ lestatutz eut faitz en les ans du regne le Roi Edward aiel nr̃e dit ꝑ le Roi primer & quart, et auxint en lan de nr̃e ꝑ le Roi qore est primer, soient tenuz & gardez & duement executa en toutz pointz.

Item est assentuz & le Roi defende estroitement q̃ decy enavant nulle psone aliene ou denazein de quelconq, estat ou condicion qil soit amesne ou envoie ou face amesner ou envoier p v̑re ou p mere hors du Roialme Denglet̃re sz ascunes piéis Descoce en prive ne en appt ascune maille darmure de blee de bree ne dautre vitaille ou dautre refresshchement quelconq, sur peine de forfaiture de mesmes les vitailles armures & des autres choses avantdites ensemble aveĉ les niefs vesseulx charettes & chivalx qi les portent ou amesment, ou de la v̑roie value dicelles, si ensi ne soit q̃ le

‡‡‡ Interlined on the Roll.

Force and Effect in all Points; and moreover *it is* assented, That if any Alien have purchased, or from henceforth shall purchase any Benefice of Holy Church, Dignity, or other Thing, and in his proper Person take Possession of the same, or occupy it himself within the Realm, whether it be to his own proper Use, or to the Use of another, without especial Licence of the King, he shall be comprised within the same Statute; and moreover shall incur all Pains and Forfeitures in all Points as is before ordained by another Statute made the Five and twentieth Year of the noble King Edward the Third, Grandfather to our Lord the King that now is, against them that purchase Provisions of Abbeys or Priories; and to the Intent that such Licences shall not be from henceforth made, the King willeth and commandeth to all his Subjects and other, that they shall abstain them from henceforth to pray him for any such Licence to be given; and also the King himself will refrain to give any such Licence during the Wars, except to the Cardinal of Naples, or to some other special Person to whom the King is beholden for a special Cause.

who shall also be liable to the Penalties of 25 Ed. III. st. 5. c. 22.

The King's Licence to the contrary shall not be asked for.

ITEM, In ordained and assented, and also the King doth prohibit, That from henceforth no Man shall ride in Harness within the Realm, contrary to the Form of the Statute of Northampton thereupon made, neither with Launcegay within the Realm, the which Launcegays be clearly put out within the said Realm, as a Thing prohibited by our Lord the King, upon Pain of Forfeiture of the said Launcegays, Armours, and other Harness, in whose Hands or Possession they be found that bear them within the Realm, contrary to the Statutes and Ordinances aforesaid, without the King's special Licence.

XIII. No Man shall ride armed contrary to the Statute 2 Edw. III. chapter 3.

ITEM, In Writs of Præmunire facias, It is assented and agreed, That they against whom such Writs be sued, and who at this Time be out of the Realm, and be of good Fame, and have made their general Attornies before their departing, that the Chancellor of England for the Time being, by the Advice of the Justices, may grant, that the same Persons may appear to answer, to do, and to receive that Thing which the Law demandeth, by their general Attornies aforesaid, as well as in other Causes and Quarrels; and those Persons which from henceforth shall pass by the King's Licence, and be of good Fame, that at their Request the Chancellor, by the Advice of the Justices, may grant to them to make their general Attornies in the Chancery by the King's Patent, before their Passage, to answer as well in the said Writs of Præmunire facias, as in other Writs and Plaints; in which Case express Mention shall be made at all Times of the Writs and Plaints of Præmunire facias; and this Patent so made, the said Attornies from henceforth, in Absence of their Masters, may answer [for them, and make'] other Attornies under them, before any Judge of the Realm, [to'] do and receive in the said Case as much as in any other Case or Matter, notwithstanding any Statute made to the contrary heretofore.

XIV. For enabling Parties out of the Realm to appoint Attornies in Writs of Præmunire.

ITEM, For the grievous Complaint that is made of Maintainers of Quarrels, and Champertors; It is ordained and assented, That the Statutes thereof made in the First and Fourth Years of King Edward, Grandfather to our Lord the King that now is, and also in the First Year of our Lord the King that now is, shall be holden and kept, and duly executed in all Points.

XV. Statutes 1 Edw. III. stat. 2. c. 14; 4 E III c. 11; 1 Ric. II. c. 4; against Maintenance, &c. confirmed.

ITEM, It is assented, and the King straitly defendeth, That from henceforth no Person, Alien nor Denizen, of whatsoever Estate or Condition that he be, shall carry nor send, nor do to be carried nor sent, by Land nor by Sea, out of the Realm of England, to any Parts of Scotland, privily nor apertly, any Manner of Armour, Corn, Malt, or other Victuals, or any other refreshing, upon Pain of Forfeiture of the same Victuals, Armours, and other Things aforesaid, together with the Ships, Vessels, Carts, and Horses which shall bring or carry the same, or of the very Value of the same, except so it be

XVI. No Armour or Victual shall be sent into Scotland without Licence of the King; on Pain of Forfeiture thereof.

‡ by themselves and                    ‡ and

# 20 Ric. 2, 93, ch. 1 (1396)

|

First, whereas in a Statute made the Seventh Year of the Reign of the King that now is, it is ordained and assented, That no Man shall ride armed within the Realm, against the form of the Statute of Northampton thereupon made, nor with Launcegays within the same Realm, and that the said Launcegays shall by utterly put out within the said Realm, as a Thing prohibited by the King, upon Pain of Forfeiture of the same Launcegays, Armours, or any other Harness, in the Hands and Possession of them that bear them, form henceforth within the same Realm against the same Statutes and Ordinances without the King's special License. Our Lord the King, considering the great clamour made to him in this present Parliament, because that the said Statute is not holden, hath ordained and established in the said Parliament, That the said Statutes shall be fully holden and kept, and duly executed; and that the said Launcegayes shall be clear put out upon the Pain contained in the said Statute of Northampton, and also to make Fine and Ransom to the King. And moreover, that no Lord, Knight nor other, little nor great, shall go nor ride by Night nor by Day armed, nor bear [Sallet] nor Skull of Iron, nor [of] other Armour, upon the pain aforesaid; save and except the King's Officers and Ministers in doing their Office. And Moreover, the King will and hath ordained, that the statute made the First Year of his Reign, of Liveries of Hats, shall be holden and kept upon the pain contined in the same Statute, and upon Pain to be imprisoned, and make Fine and Ransom of the King.

**832**                    33° HEN. VIII. c. 5, 6.                    *A.D.*1541-2.

VI.
Proviso as to
Persons whose
Wives wear
Velvets, &c.
[*See* § I.]

AND be it pryded and enacted by auctie aforesaid, that if the Wif of any pson or psons were any velvet in the lynyng or other part of her gowne other then in the cuffes or purfels of suche gowne, or ellt were any velvet in her kyrtell or were any peticote of silke, that then the husbande of evy suche Wiff shall fynde one stoned horse of the stature above in this acte resyted, or shall incurre the abovensaide penaltie and forfaiture of tenne poundes to be levyed and recoved as is afore declared : Provyded also that this Acte or any thing therin conteyned shall not extende to charge any pson or psons whose Wif or Wiffes shall were any of the apparell or thingt above rehersed during the tyme such Wif or Wyffes shalbe devorsyd from her or ther husbonde or husbondes, or shall willingly absent her self from her said husbound and duringe suche absence shall were any of the apparell or other thyngt afore resyted : Provyded alwaies that heires win age being wardes whose landes tent and hereditamentt amount to the yerely value of CC li. shall not be compelled by auctie of this acte till they cume to ther full age to kepe any horses, althoughe the wiffes of suche heires win age were any gowne of Sylke or any Frenche hood or Bonet of Velvet wt any habilyment past or egge of Gold Perle or Stone or any chayne of gold about ther nekkt or in ther plettt or in any apparell of ther bodie ; Any thing in this Acte to the contrary notwstonding.

VII.
Proviso for
replacing Horses
killed in War, &c.

PROVYDED also that if all or any the horses kept by vertue of this acte shall happen to be kyllyd maymyd or lost in the evice of the Kingt warres, That then in evy suche case the owners of suche horse or horses so kyllyd maymed pisshed or lost in the warres shall have libtie, by the space of twoo yeres next after suche chaunce of kylling maymyng pisshing or losing ther horses, to pvide other horses in the stede and place of the horses so kylled maymed pisshed or lost in the Warres, wout any daunger losse or penaltie of this acte ; Any thing in this acte to the contrary therof notwstonding.

VIII.
Cart-Horses and
Sumpter-Horses.

PROVYDED also that cart horses or sumpter horses shall not be takyn reputed or reckned for any suche horses whiche any pson is or shalbe bounden to kepe by vertu of this acte.

---

## CHAPTER VI.

### AN ACTE concerning Crosbowes and Handguns.

Recital of Stat.
33 H.VIII. c. 17.
against shooting
with Cross-bows
and Hand-guns :

WHERE in the Parliament holden at Westm the fyftenthe daye of Januarie in the twenty fyve Yere of the Kinges most gracious Raigne, and there contynued and kepte untill the thirtieth daye of Marche then next ensuynge, amonge divse and sondrie holsome and lawdable Actt Statutt and ordyn'nct one Statute and Ordyn'nce was made and ordeyned for the avoydinge and eschewinge of shotinge in Crosbowes and Handguns ; synce the makinge of whiche Acte divse malicious and evill disposed psons not only pnumynge wilfullye and obstynatlye the

Violation thereof ;

violation and breach of the saide Acte, but also of their malicious and evill disposed myndes and purposes have wilfully and shamefully comytted pptrated and done divse detestable and shamefull murthers roberies felonyes ryott and routt with Crosbowes little shorte handguns and little hagbutt, to the great pill and contynuall feare and daunger of the Kingt most lovinge subjectt, and also divse Kepers of Forestt Chases and Parkt aswell of our saide Soveraigne Lorde as other his Nobles and Comons and divse Gentlemen Yomen and Servingmen nowe of late have layde aparte the good and laudable excise of the longe bowe, whiche alwaye heretofore hathe bene the suertie savegarde and contynuall defence of this Realme of Englande, and an inestimable dread and terror to the Enemyes of the same, and nowe of late the saide evill disposed psons have used and yet don daylie use to ryde and goe in the Kingt highe Wayes and elswhere, havinge with them Crosbowes and little handguns, ready furnished with Quarrellt Gunpowder fyer & touche to the great pill and feare of the Kingt most lovinge Subjectt : FOR REFORMACON wherof be it enacted ordeyned and established by the Kinge our Soveraigne Lorde the Lordes spuall and temporall and the Comons

Penalty on Persons,
having less than
£100. per Annum,
keeping or using
Cross-bows, &c.
£10.

in this psent Parliament assembled and by thauctoritie of the same, in maner and fourme followinge That ye to saye ; that noe pson or psons of what estate or degree he or they be, excepte he or they in their owne right or in the right of his or their Wyefft to his or their owne uses or any other to the use of any suche pson or psons, have landes tentt fees annuyties or Offict to the yerely value of one hundred poundt, from or after the laste daye of June next comynge, shall shote in any Crosbowe handgun hagbutt or demy hake, or use or kepe in his or their houses or elswhere any Crosbowe handgun hagbut or demy hake, otherwise or in any other manner then ys hereafter in this psent Acte declared, uppon payne to forfeyt for everie tyme that he or they so offendinge cont'rie to this Acte tenne poundes.

II.
Length of
Hand-guns, &c.
to be kept.

AND furthermore be it enacted by thauctoritie aforesaide that no pson or psons, of what estate or degree soever he or they be, from or after the saide laste daye of June shall shote in carye kepe use or have in his house or els where any handgunne other then suche as shalbe in the stock and gonne of the lenghe of one hole Yarde, or any hagbutt or demyhake other then suche as shalbe in the stock and gune of the lenghe of thre quarters of one Yarde, uppon payne to forfeyt for everie tyme that he or they shall carie use or have anye suche Gun being not of the lenghe of one whole Yarde or hagbutt or demyhake beinge not of the lenghe of thre quarters of a Yarde, Tenne poundt sterlinge.

Those of less
Length may be
seized and
destroyed by
Persons having
£100. a Year.

And that it shalbe laufull to everie pson and psons, wch have landes tentt fees annuyties or offict to the yerelye value of one hundred poundt as ys aforesaide, to seise and take everie suche Crosbowe, and also everie handgun beinge in stock and gune shorter in lenghe then one whole Yarde and everie hagbutt and demyhake beinge shorter in lenghe then thre quarters of a Yarde, or any of them ; from the Kepinge or possession of everie suche Offendor cont'rie to the forme of this Acte, and the same Crosbowe or Crosbowes to kepe and reteyne to his or their owne

*A.D.*1541-2.          33° HEN. VIII. c.6.          833

me, and also the same handguns hagbutt℈ and demyhak℈ so seised and taken within twenty dayes next after the same seisure or takinge to breake and distroye, upon peyne of fourtye Shilling℈ for everie Gune so seised and not broken and destroyed, and the same so broken and destroyed to kepe & reteyne to his or their owne use.

III.
Penalty upon unqualified Persons riding, &c. with Guns charged, &c.

AND be it further enacted by thauctoritie aforesaide, that noe pson or psons, other then suche as have land℈ ten℈ rent℈ fees annuyties or Offic℈ to the yerely value of one hundred Pound℈ as ys aforesaide, from or after the saide laste daye of June, shall carrie or have, in his or their Jorney goinge or ridinge in the King℈ highe waye or elswhere, any Crosbowe bent or Gune charged or furnished withe Powder fier or touche for the same, Except it be in tyme and Service of Warre, upon payne to forfeyt for everie suche Offence tenne pound℈; this psent Acte or any thinge therin conteyned to the contr℈ie notwithstandinge.

IV.
None shall shoot at large in Cities, &c.

AND be it further enacted by thauctoritie aforesaide, that no pson or psons from the saide laste daye of June shall in anywise shote in or withe anye handgune demyhake or hagbutt at any thinge at lardge, within any Cittie Boroughe or Markett Towne or within one quarter of a myle of anny Cittie Boroughe or Markett Towne, excepte it be at a Butt or Banck of earth in place convenient, or for the defence of his pson or house, upon payne to forfeyte for everie suche Shott tenne poundes; this psent Acte or anny thinge therin conteyned to the contrarie notwithstandinge.

V.
None shall order their Servants to shoot at Deer, &c. with Hand-guns.

Application of Penalties.

AND be it further enacted by thauctoritie aforesaide, that noe pson or psons of what estate or degre soever he or they be, shall from or after the saide laste daye of June cōmaunde any of his or their servaunt℈ to shote in any Crosbowe handgune hagbutt or demyhake of his or their saide Masters or of any other psons, at any deare fowle or other thinge excepte it be only at a butt or bank of Earth or in the tyme of Warre as ys abovesaide, upon payne to forfeyt for everie suche offence tenne pound℈ : The one moytie of all wᵗʰ forfeytures and penalties in this psent Acte above specified shalbe to the Kinge our Soveraigne Lorde his heires and Successors, and thother moytie thereof to the partie that will sue for the same by bill playnt ac℈ōn of Debte or Informa℈ōn in anny of the King℈ Court℈ of Recorde in whiche auyte noe Essoyne ptec℈ōn nor Wager of lawe shalbe allowed.

VI.
Shooting at Butts with Hand-guns allowed.

PROVIDED alwaye and be it enacted by thauctoritie aforesaide, that it shalbe laufull from henceforthe to all Gentlemen Yeomen and Servingemen of everie Lorde or Lord℈ sp̄uall or temporall and of all Knight℈ Esquiers and Gentlemen, and to all the Inhabitaunt℈ of Cities Boroughes and Markett Townes of this Realme of Englande, to shote withe any handgune Demyhake or hagbutt at anye butt or bank of Earth onlye in place convenient for the same, so that everie suche handgune Demyhake or hagbutt be of the sev℈all lenghes aforesaide and not under; and that it shalbe laufull to everie of the saide Lorde and Lord℈ Knight℈ Esquiers and Gentlemen, and the Inhabitaunt℈ of everie Cittie Boroughe and Markett Towne, to have and kepe in everie of their houses any suche handgune or handgunes of the lenghe of one whole Yarde, or any hagbutt or Demyhake of the lenghe of thre quarters of a Yarde as ys aforesaide and not under, to thintent to use and shote in the same at a butt or banke of Earthe onlye, as ys abovesaid, wherbye they and everie of them by the℈cise thereof in forme abovessaid may the better syde and assist to the defence of this Realme when nede shall requyre; this psent Acte or any thinge therein conteyned to the contr℈ie notwithstandinge.

VII.
Hand-guns allowed out of Cities for Defence of Houses, &c.

AND be it further enacted by thauctoritie aforesaide, that it shalbe laufull to everie pson and psons whiche dwelleth and inhabiteth in anye house standinge and being sett distant twoo furlong℈ from any Cittie Boroughe or Towne, to kepe and have in his saide house for the onelye defence of the same handgunes hagbutt℈ and demyhakes beinge of the sev℈all lenghes aforesaide and not under, & to use and ex℈ise to shote in the same at any butt or bancke of earthe nere to his house and not otherwise; Any thinge conteyned in this Acte to the contr℈ie notwithstandinge.

VIII.
Patents, &c. to shoot in Crossbows, &c. declared void.
[*But see* § XIV.]

AND furthermore the King℈ most lovinge Subject℈ the Lordes sp̄uall and temporall and the Cōmons in this psent Parliament assembled, most humblye doe beseche the King℈ Majestie that it be further enacted by thauctoritie aforesaide, that all tres patent℈ Fraternyties, and also all other placard℈ lycences and bill℈ assigned heretofore had made or signed by his Highnes or by any other authorised by his Highnes tres patent℈ under his Great Seale to give licence and placarde to shote in Crosbowes & handgunes or any of them, shalbe from and after the saide laste daye of June frustrate voyde and of none effecte.

IX.
25 H. VIII. c. 17, &c. repealed ;

Except as to Suits depending.

AND also that it may be further enacted by thauctoritie aforesaide that the saide Statute made in the saide xxvᵗᵃ Yere of the King℈ most gracious Raigne, and all other Statut℈ heretofore made and pvided for thavoydinge and restreynt in shotinge of Crosbowes and handguns or for any of them, or for the usinge and kepinge of the same, be from henceforth utterlie voyde and of none effecte : Provided alwayes that everie pcesse suyte or Informa℈ōn conceaved cōmenced and nowe dependinge for any Offence done contr℈ie to the forme of the saide Statute made in the said xxvᵗʰ Yere of the King℈ moste noble Raigne, or of any other Statute made (ˡ) pvyded for and concerninge the shotinge in Crosbowes and handguns, not repealed, and for the kepinge of the same, shalbe as good and effectuall to the parties that have comenced the (ˡ) and shall stande and be in suche forme effecte and condi℈ōn as if this Acte had never bene made.

X.
Proviso for Persons keeping Crossbows, &c. seized in Forests :

PROVIDED also that this Acte or any thinge therin conteyned be not in any wise hurtfull or pjudiciall to any pson or psons nowe beinge or that hereafter shalbe appoynted by the King℈ Highnes, to kepe receyve or take any Crosbowes or Handguns that shalbe forfeyted or taken within the precin℈te or l℈tye of the King℈ forrest℈ park℈ or chaces, but that he or they may lawfully kepe and reteyne the same Crosbowes or Handguns from tyme to tyme untill suche tyme

ˡ or *O.*                    ˣ same *O,*

**for Makers of Crosbows, &c.**

as the further pleasure of the Kingͭ Highnes in that behalfe be to eṽy suche pson shewed & declared : Provided also that this Acte extende not to the makers of Crosbowes or Handguns, but that they may laufully kepe Crosbowes and Handguns Hagbuttͭ and Demyhakes in their houses, and shott in the same onlye for provinge & assayinge of them at a butt or bank of earthe in the place convenient and not otherwise, so that the saide Handguns Hagbuttͭ & Demyhakͭ be of the seṽall lenghes in Stock and Gune as ys above lymitted : Provided also that this Acte nor any thinge therin conteyned extende not or be p̃judiciall to any Marchauntͭ whiche have or shall have any Crosbowes Handguns Hagbuttͭ and Demyhakͭ or any of them to sell within this Realme and to none other use, so that the same Handguns Hagbuttͭ and Demyhakͭ be of the seṽall lenghes in Gune and Stocke as ys above lymitted and not under.

**and Merchants dealing therein.**

**XI.**
**Proclamation of the Act in each County.**

PROVIDED also that noe manner of parson rune in any daunger or take hurte by reason of any penaltye or forfeiture conteyned in this Acte untill suche tyme as p̃clamaͤon be made of the same Acte, within the Countye where the partie that shall or maye offende cont̃rie to this Acte dwelleth, by the space of twentye dayes nexte after the makinge of the saide p̃clamaͤon.

**XII.**
**Housekeepers not liable to Penalty for their Lodgers keeping Crossbows, &c.**

PROVIDED also that yf any manner of pson bringe or cause to be brought withe him into his lodginge or in or to any other mans house any Crosbowe or Handgune, that then the penaltye and forfeyture, yf any suche be or hereafter shalbe forfeited by reason of this Acte, to rune and be onely upon the bringer of the saide Crosbowe and Handgune and not to the owner of the same lodginge or house, yf the saide [hownter¹] of the said lodging or house cause thes aide bringer thereof to take & carrie awaye the saide Crosbowe or Handgune agayne withe him at his departinge ; anye thinge in this Acte made to the cont̃rie notwithstandinge.

**XIII.**
**Offenders may be arrested by any Persons.**

AND be it also enacted by thauctoritie of this p̃sent parliament that if any pson or psons, from or after the laste daye of June next comynge, see or fynde any pson or psons offendinge or doinge cont̃rie to the forme and effecte of this Acte, that then it shalbe laufull to everie suche pson or psons pceyvinge fyndinge or seinge anye suche pson or psons so offendinge cont̃rie to the fourme of this acte, to arrest and attache eṽy suche offendor or offendors and to bringe or convey the same to the next Justice of Peace of the same Countye where the said offendor or offendors shalbe founde soe offendinge ; And that the same Justice of Peace upon à due exiaͤon and proeff thereof before him had or made by his discreͤon shall have full power and aucthoritie to sende or cõmytt the same offendor or offendors to the next Gaole, there to remayne till suche tyme as the saide penaltye or forfeyture shalbe trulye contented and paide by the saide offendor ; the one moytie of the same penaltye to be paide to the Kingͭ Highnes and thother moytie thereof to the first bringer or conveyer of the saide offendor to the same Justice of Peace.

**XIV.**
**Licences, if given, (for § VIII.) shall specify at what Boasts, &c. the Party licensed may shoot, and he shall give Security to obey such Regulations.**

AND be it further enacted by thauctoritie aforesaide, that yf any pson or psons doe at any tyme hereafter obteyne gett or purchase, of the Kingͭ Majestie his heires or successors, any placarde licence or bill assigned to shote in any Crosbowe Handgun Hagbutt or Demyhake cont̃rie to the tenor purporte and effecte of this p̃sent acte, that then there shalbe conteyned in everie suche placarde licence and bill assigned, at what beastͭ fowles or other thinges the saide pson or psons so obteyninge any suche placarde licence or bill assigned shall shote, withe any Crosbowe Handgune Hagbutt or Demyhake, or els that everie suche placarde licence and bill assigned hereafter to be obteyned gotten or purchased shalbe clerely voyde fruxtrate and of none effecte : And also that everie suche pson or psons so obteyninge any suche placarde licence or bill assigned, before they shote in any suche Crosbowe Handgun Hagbutt or Demyhake, in any suche manner or forme as shalbe mencioned in any suche placarde licence or bill assigned, shalbe bounden in the Kingͭ Courte of Chauncerie by recognizaunce in the some of twenty poundͭ to the Kingͭ use withe and upon condiͤon that he so obteyninge or havinge the saide licence placarde or bill assigned, shall not shote in any Crosbowe Handgune Hagbutt or Demyhake at any other beastͭ or fowles then in any suche placarde licence or bill assigned shalbe conteyned and specified, and els all suche placardes licencͭ and billͭ assigned so hereafter to be made to any pson or psons not beinge so bounden by recognizaunce in the Courte of Chauncerie as is aforesaide, to be utterlie voide and of none effecte.

**XV.**
**Recovery and Application of Penalties.**

AND be it further enacted by thauctoritie aforesaide, that it shalbe laufull to all Justicͭ of Peace in their sessions and to all Stewardes and Baylieffͭ in their seṽall leetͭ and lawe dayes to enquyre heare and determyne eṽy suche offence after the saide laste daye of June to be cõmytted and done cont̃rie to the tenor of this p̃sent Acte ; So that alwayes noe lesse fyne then tenne poundes be assessed upon everie suche p̃sentment and conviͤon made accordinge to the due course of the lawe ; the same fyne so by the same Justicͭ of Peace upon everie suche p̃sentment and conviͤon made before them in their Sessions, to be payde and levyed onely to the Kingͭ use ; and the one moytie of everie fyne to be assessed by the Stewardͭ or Baylyffͭ of any leete or lawe daye, upon everie p̃sentment and conviͤon before them, to be payde and levyed to the use of the Kinge our Soveraigne Lorde, and (¹) the other moytie the one halfe to the owner of the saide leete or lawe daye by distresse or acͤon of debte, and thother halfe of the same seconde moytie of the same fyne, to be to the partie that will pursue for the same in any of the Kingͭ Courtͭ by bill playnte informaͤon or acͤon of debte, in the whiche none Essoyne preͤon nor wager of lawe shalbe allowed.

**XVI.**
**Penalty on Jurors charged to enquire into Offences, who shall conceal the same, 20 l.**

AND be it further enacted, that yf any Jurie beinge sworne and charged to enquyre for the Kinge our Soṽaigne Lorde before anye Justicͭ of the Peace or Stewardͭ of leetͭ or lawdayes, of any offencͭ cõmytted or done cont̃rie to this p̃sent Acte, doe wilfullie conceale any of the same offencͭ, that then the saide Justicͭ Stewardͭ or Bayliffͭ before whom any concealment shalbe had and done, shall have auctoritie by vertue of this p̃sent Acte from tyme to tyme to chardge and sweare an other Jurie of twelve or mo good and substantiall honest psons to enquire of everie suche concealment, and if any suche concealment be founde and presented by the saide Jurie so chardged to enquyre of the same, that

---

     ¹ owner O.                           ² of O.

then everie one of the saide fyrste Jurie that so did conceale the same, shall leese and forfeyt for everie suche concealement of ev̄y suche offence twenty shilling℣ ; All whiche forfeytures and penaltyes of twentye shilling℣ for everie such concealment of everie suche offence so found and p̄sented before the same Justic℣ of Peace shall holye be levyed and payde to the King℣ use, and the moytie of all the same forfeytures and penaltyes of twenty shilling℣, so founde and p̄sented before the Steward℣ or Bayliff℣ of any leete or lawdaye, shalbe levied and paide to the use of the owner of the saide leete or lawdaye by distresse or acc̄on of debte, and thother moytie thereof to be to the partie or parties that will sue for the same by acc̄on informac̄on bill or playnte in any of the King℣ Court℣, in the whiche acc̄ons informac̄ons bill℣ or playnt℣ no wager of lawe essoyne nor ptecc̄on shalbe allowed.

XVII. Limitation of Prosecutions ; One Year to the King, and Half a Year to others.

PROVIDED alwaies and be it enacted by thauctoritie aforesaide, that yf any p̄son or p̄sons hereafter in any parte do offende or do contr̄ie to the purrewe and remedy of this Acte, whereupon cause of Acc̄on for the same offence shalbe geven to the Kinge his heires or successors or to any other p̄son or p̄sons that will sue by vertue of this Acte for the punyshment of the saide offence or forfeytures, that yf the Kinge our Soveraigne Lorde his heires or successors within one yere next and ymediatlye after suche offenc℣ and forfeytures had and made do not pursue their acc̄on or acc̄ons so given by this Acte or cause exālac̄on upon suche default℣ and offenc℣ to be had and made before their counsaile, or other p̄sentment℣ thereof to be had accordinge to the meanynge of the same Acte, and everie other p̄son whiche hereafter by vertue of this Acte maye have acc̄on or acc̄ons suyte or informac̄on upon this Statute within halfe a yere next and ymediatlye after suche offenc℣ or forfeitures had and made do not comence their suyt℣ informac̄on acc̄ons or p̄sentment℣ of and upon the said forfeyt℣ by acc̄on or otherwise as in this p̄sent Acte ys lymited and declared, that then aswell the Kinge our Sov̄aigne Lorde his heires and successors, after one yere next after suche offenc℣ and forfeyt℣ had and made yf no suyte in his or their name be taken by acc̄on or otherwise as ys before exp̄ssed before the same yere ended & det̄myned, as everie other p̄son after halfe yere next after like Offenc℣ had and done in the fourme aforesaide yf noe suyte thereupon be taken by none of them in fourme above declared, be utterly excluded and debarred of their saide suyt℣ acc̄ons Informac̄ons and exāiac̄ons to them gyven by vertue of the saide Acte, and the partyes and ev̄y of them so offendinge shalbe of all suche Offenc℣ and forfeyt℣ clerely dischardged and quytt ; Any thinge in this Acte comprised to the contr̄ie notwithstandinge.

XVIII. Proviso for Inhabitants near the Sea Coasts, Scotland, Calais, Jersey, &c.

PROVIDED alwayes and be it enacted by thauctoritie aforesaide that this p̄sent Acte ne any thinge therin conteyned shall in anywise extende or be p̄judiciall unto the King℣ Subject℣ resident or inhabitinge nere unto the Coast℣ of the Sea in any parte of this Realme, their houses beinge not above fyve myles distant from the same Cost℣, nor also to any of the saide Subject℣ inhabitinge within twelve myles of the borders of Scotlande, nor to any the King℣ Subject℣ Inhabitaunt℣ of the Towne and Marches of Callice, nor to any of the Inhabit'unt℣ of the Isles of Jersey Gernesey Anglesey and the Isles of Weight and Man, but that it shalbe laufull for everie of the saide Inhabitaunt℣ at all tymes hereafter to have exc̄ise and use their handguns hagbutt℣ and demyhakes of the lenghes abovesaide within the lymytt℣ and Isles abovesaide, so that it be at noe manner of Dere heron Shoveler fesant partriche Wild Swanne or Wilde Elke or any of them ; this p̄sent Acte or any thinge therin conteyned to the contr̄ie notwithstandinge.

XIX. Proviso for Servants under Orders of their Masters.

PROVIDED also that this Acte ne any thinge therin conteyned be in anywise hurtfull or p̄judiciall to any S̄v'nte or p̄son that hereafter, from the saide laste daye of June, shall bend beare carrie charge use or assaye anye Crosbowe or any handgun demyhake or hagbutt of the lenghes abovesaide, by the cōmaundment of his Lorde [and'] Master so that the saide S̄v'nte or p̄son doe not shote at any fowle Dere or other Game of what Kynd or nature soever they be ; nor also to any suche S̄v'nte p̄son or p̄sons that shall after the saide last daye of June beare or convey any Crosbowe handgun hagbutt or Demyhake of the lenghes aforesaide to any place or places, by the comaundment of his lorde or master that maye shote by auctoritie of this Acte, to be amended repayred delyvered or assayed ; so that the saide Servaunte or other p̄son so bringinge or conveyinge the saide Crosbowe handgun hagbutt or demyhake have redye to shewe to ev̄y p̄son requiring the sight thereof one licence in Writinge sealed or subscribed by his saide Lorde or Master to carrie and convey the same Crosbowe handgun hagbutt or demyhake to thintent to be amended repayred assayed or delivered as ys aforesaide.

XX. Proviso for Owners of Ships, &c.

PROVIDED alwaies that this Acte or any thinge conteyned therein shall not extende to any Owner of any Shippe, for having or kepinge of any handgun hagbutt or demyhake of the sev̄all lenghes in this Acte exp̄ssed or under, only to be had and occupied within their Shippe or other Vessell, or for the carriage and recarriage of them or any of them on lande, or kepinge of them for the onlye exc̄ise and occupyinge of them within their saide Shippe or Vessell ; Anye thinge in this Acte to the contr̄ie in any wise notwithstandinge.

Compendium of Laws
Page 0007

1134                    4° JAC. I. c. 1.                    *A.D.*1606-7.

## CHAPTER I.

AN ACT for the utter abolicion of all memory of Hostilitie and the Dependances thereof beweene England and Scotland, and for the repressinge of occasions of Discord and Disorders in tyme to come.

**For promoting Union between England and Scotland, certain English Acts repealed; viz.**
**4 H. V. st. 2. c. 7. Letters of Marque, against the Scots.**

FOR the honour weale and good of theis two mightie famous and auncient Kingdomes of England and Scotland, and for the furtheraunce and advancement of the happie Union already begun in his Majesties Royall pson : Be it enacted by the Kinges most excellent Majestie wᵗʰ the Assent of the Lordᵉ Spirituall and Temporall and the Cõmons in this p̃sent Parliament assembled and by the Authoritie of the same, That one Act made in the fowrth yeere of the Reigne of King Henrie the Fifth, whereby it is enacted, that tres of Marte or Reprisall be granted against the People of Scotland, in case where the Subjectᵉ of England have beene spoyled and have complayned and not received Redresse, shall for soe much thereof as soe concerneth the People of Scotland, be utterlie repealed and made void: And also that one Proviso conteyned in an Act made in the three and thirteth yeare of the Reigne of Kinge Henry the Eighte, by which Proviso the Kingᵉ Majesties Subjectᵉ inhabitinge within Twelve Myles of the Borders of Scotland are allowed and p̃mitted to use Crossebowes Handgunns Hackbuttᵉ or Demyhakes, or to use or keepe in his or their Howses or elsewhere any such Crossebowes Handguñes Hackbuttᵉ and Demyhakes, for soe much of the said Proviso as soe coñcneth such as shall inhabite within Twelve Miles of the said late Borders, shalbe utterlie repealed and made void.

**33 H.VIII. c. 6. § 18. Cross-Bows, &c. on the Borders.**

**II.**
**Repeal of certain other English Acts, viz.**
**7 Ric. II. c. 16. Importation of Arms, &c. into Scotland;**
**11 H. VI. c. 5. March Law ;**
**7 H. VII. c. 6. Scotchmen leaving England ;**
**23 H.VIII. c. 16.**
**1 Eliz. c. 7. exporting Horses to Scotland ;**
**2, 3 P. & M. c. 1.**
**23 Eliz. c. 4. letting Lands to Scotchmen.**
**General Repeal of all other unfriendly Laws.**

AND be it further enacted by the Authoritie aforesaid, That theis other Statutes hereafter followinge, That is to say, One Act made in the seaventh yeare of the Raigne of Kinge Richard the Second, whereby it is enacted, That noe Armour Victuall or other Refreshment be caried into Scotland, uppon paine of seizure or forfeiture ; And one other Act made in the one and thirteth yeere of the Reigne of Kinge Henry the Sixt, wherebie it is enacted, That March Lawe be not used out of the Circuit of the Counties of Northumbland Cumberland and Westm̃land or the Towne of Newecastle ; And one other Statute made in the seventh yeere of the Reigne of Kinge Henry the Seaventh, whereby it is enacted, That Scottishmen should avoyde out of the Realme of England within a tyme p̃fixed ; And one other Statute made in the three and twenteth yeere of the Reigne of Kinge Henrie the Eighte ; And a like Statute made in the first yeere of the Reigne of the late Queene Elizabeth, whereby the conveyinge of Horses out of England into Scotland is made Felonie ; And one other Statute made in the second and third yeeres of the Reigne of Kinge Philip and Queene Mary ; And the like Statute made in the three and twenteth yeere of the Reigne of the late Queene Elizabeth, wherebie it is enacted, That noe Landes or Tenementᵉ be lett to Scottishmen uppon the Borders; shalbe utterlie abrogated repealed and made void : And if there had appeared any other Statute of this Realme of England, wherein any thinge is ordeyned enacted or established expresly and by Name against Scottishmen as Enimyes, or Scotland as an Enemye Countrye, to the Kingᵉ of this Realme or the State of the same, Wee should for soe much of them as had soe conc̃ned Scottishmen or Scotland have utterly abrogated and adnulled the same, seinge all Enmitie and Hostilitie of former tymes betweene the two Kingdomes and People is nowe happily taken away, and under the Goverment of his Majestie, as under one Parent and Head turned into frat̃nitye or brotherlie Frindship.

**III.**
**The Effect of this Act to depend on the Repeal of certain Scotch Acts, viz.**
**Temp. Jac. I. Visiting England ; Assurance with English ; Buying English Goods.**
**Temp. Jac. II. Visiting England ; Englishmen visiting Scotland ; Supply to Berwick; Defence against England.**
**Temp. Jac. III. Resisting Ed. IV.; Supply of Berwick.**
**Temp. Mary, Assurance with English.**
**Temp. Jac. VI. Marriage of Borderers ; English holding Land in Scotland, &c.**

PROVIDED neverthelesse and be it enacted by the Authoritie of this p̃sent Parliament, That none of the Articles Braunches or Clauses abovesaid in this Act before conteyned and exp̃ssed, shall take effect or be in force or in any wise be deemed or expounded to take effect or be in force to any intent construcc̃on or purpose untill theis Actᵉ of Parliament of the Realme of Scotland hereafter followinge, That is to say, One Act made in the tyme of James the First, Kinge of Scotland, by which it was enacted, That all psons remayninge in England without the Kingᵉ License did cõmytt Treason ; One other Act made in the tyme of the said Kinge James the First, wherebie any Assurance with Englishe men for takinge P̃teccion from them for Landes or Goodᵉ, is Treason ; One other Act [in'] the same Kingᵉ tyme, inhibiting all buyinge and sellinge of Englishe Goodᵉ forbidden, under payne of Escheate ; One other Act made in the tyme of James the Second, Kinge of Scotland, that none should passe into England in tyme of Warre wᵗʰout Licence, under payne of Treason ; One other Act made in the Reigne of the saide Kinge James the Second conteyninge that noe Englishman come into Scotland without conduct, and that noe Scottishman sit under Assurance wᵗʰ them ; One other Acte of the same Kingᵉ tyme, That noe Scottishman supply Barwick or Roxburgh, under payne of Treason ; One other Act made in the tyme of the said Kinge James the Second, That all men be ready for Defence of the Realme against England ; Two Actᵉ made in the tyme of James the Third, King of Scotland, for resisting Kinge Edward the Fourth ; One other Act made in the tyme of the said King James the Third, conc̃ninge the upholdinge of Barwicke and Garisons upon the Borders ; One Act made in the Reigne of Mary late Queene of Scotland, by which it was enacted, That Scottishmen are charged to leave Assurance wᵗʰ Englishmen ; One other Acte made in the tyme of the saide Queene Marie, conc̃ninge assured Scottishmen assistinge the English Armye ; One Act made in the Parliament of Scotland, in the tyme of the most happie Reigne of our most gracious Soveraigne Lord the Kinge that nowe is, conteyninge that the Scottish Borderers are discharged to marry English Borderers Daughters ; And lastlye one other Act made in the tyme of our said Soveraigne Lorde the Kinge, injoyninge the Warden to put in a Bill the Names of all Englishmen that occupie Landᵉ in Scotland and seeke Redresse accordinge to the Treaties ; shall by Act of Parliament of the said Realme of Scotland be utterlie repealed frustrate and made voide ; And unrill alsoe the said

ᶦ of O.

Generated on 2022-08-23 20:58 GMT / https://hdl.handle.net/2027/pst.000017915502
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from PENN STATE

# GRANTS, CONCESSIONS,

AND

## ORIGINAL CONSTITUTIONS

### OF THE PROVINCE OF

# NEW JERSEY

THE

# ACTS

Passed during the Proprietary Governments, and other
material Transactions before the Surrender
thereof to Queen Anne.

The Instrument of Surrender, and her formal Accept-
ance thereof

Lord CORNBURY'S COMMISSION and Instructions Conse-
quent thereon.

Collected by some Gentlemen employed by the General Assembly.
And afterwards

Published by virtue of an Act of the Legislature of the said Province

With proper Tables alphabetically Digested, containing the prin-
cipal Matters in the Book.

New Jersey (Colony)

## By AARON LEAMING and JACOB SPICER.

PHILADELPHIA:

## Laws passed in 1686. 289

ny persons as they shall think fit, not exceeding seven, to make orders from time to time, such as may be suitable and beneficial for every town, village, hamlet, or neighbourhood, for preventing all harms by swine, in town, meadows, pastures and gardens, in any respect, and to impose penalties according to their best discretions.

### Chap. VIII.

## An Act appointing some new Commissioners of the Highways.

WHEREAS there was an act made in the year 1682, for the county of Monmouth, to enable Col. Lewis Morris, John Bound, and Joseph Parker, to lay out highways, passages, ferry's, and making bridges and such like; there being three of those persons disenabled for the true performance of the said services, *be it therefore enacted* by the Governor, Council and Deputies now met and assembled, and by the authority of the same, that John Frogmerton, John Slocame, and Nicholas Brown, in the stead and room of Col. Lewis Morris, John Bound, and Joseph Parker, be made capable and hereby invested with the same power to all intents and purposes in the said premises, as the aforesaid Col. Lewis Morris, John Bound, and Joseph Parker, were by the said acts.

### Chap. IX.

## An Act against wearing Swords, &c.

WHEREAS there hath been great complaint by the inhabitants of this Province, that several persons wearing swords, daggers, pistols, dirks, stilladoes, skeines, or any other unusual or unlawful weapons, by reason of which several persons in this Province, receive great abuses, and put in great fear and quarrels, and challenges made, to the great abuse of the inhabitants of this Province. *Be it therefore enacted* by the Governor, and Council, and Deputies now met in General Assembly, and by authority of the same, that no person or persons within this Province, presume to send any challenge in writing, by word of mouth,

19

## 290          Laws passed in 1686.

or message, to any person to fight, upon pain of being imprisoned during the space of six months, without bail or mainprize, and forfeit ten pounds; and whosoever shall except of such challenge, and not discover the same to the Governor, or some publick officer of the peace, shall forfeit the sum of ten pounds; the one moiety of the said forfeiture to be paid unto the Treasurer for the time being, for the public use of the Province, and the other moiety to such person or persons as shall discover the same, and make proof thereof in any court of record within this Province, to be recovered by the usual action of debt, in any of the said courts. *And be it further enacted* by the authority aforesaid, that no person or persons after publication hereof, shall presume privately to wear any pocket pistol, skeines, stilladers, daggers or dirks, or other unusual or unlawful weapons within this Province, upon penalty for the first offence five pounds, and to be committed by any justice of the peace, his warrant before whom proof thereof shall be made, who is hereby authorized to enquire of and proceed in the same, and keep in custody till he hath paid the said five pounds, one half to the public treasury for the use of this Province, and the other half to the informer: And if such person shall again offend against this law, he shall be in like manner committed (upon proof thereof before any justice of the peace) to the common gaol, there to remain till the next sessions, and upon conviction thereof by verdict of twelve men, shall receive judgment to be in prison six month, and pay ten pounds for the use aforesaid. *And be it further enacted* by the authority aforesaid, that no planter shall ride or go armed with sword, pistol, or dagger, upon the penalty of five pounds, to be levied as aforesaid, excepting all officers, civil and military, and soldiers while in actual service, as also all strangers, travelling upon their lawful occasions thro' this Province, behaving themselves peaceably.

# Bill of Rights [1688]

Previous    Next: Provision



## Bill of Rights [1688]

### 1688 CHAPTER 2 1 Will and Mar Sess 2

An Act declareing the Rights and Liberties of the Subject and Setleing the Succession of the Crowne.

**X1** Whereas the Lords Spirituall and Temporall and Comons assembled at Westminster lawfully fully and freely representing all the Estates of the People of this Realme did upon the thirteenth day of February in the yeare of our Lord one thousand six hundred eighty eight present unto their Majesties then called and known by the Names and Stile of William and Mary Prince and Princesse of Orange being present in their proper Persons a certaine Declaration in Writeing made by the said Lords and Comons in the Words following viz

**The Heads of Declaration of Lords and Commons, recited.**

Whereas the late King James the Second by the Assistance of diverse evill Councellors Judges and Ministers imployed by him did endeavour to subvert and extirpate the Protestant Religion and the Lawes and Liberties of this Kingdome.

**Dispensing and Suspending Power.**

By Assumeing and Exerciseing a Power of Dispensing with and Suspending of Lawes and the Execution of Lawes without Consent of Parlyament.

**Committing Prelates.**

By Committing and Prosecuting diverse Worthy Prelates for humbly Petitioning to be excused from Concurring to the said Assumed Power.

**Ecclesiastical Commission.**

By issueing and causeing to be executed a Commission under the Great Seale for Erecting a Court called The Court of Commissioners for Ecclesiasticall Causes.

**Levying Money.**

By Levying Money for and to the Use of the Crowne by pretence of Prerogative for other time and in other manner then the same was granted by Parlyament.

**Standing Army.**

By raising and keeping a Standing Army within this Kingdome in time of Peace without Consent of Parlyament and Quartering Soldiers contrary to Law.

**Disarming Protestants, &c.**

By causing severall good Subjects being Protestants to be disarmed at the same time when Papists were both Armed and Imployed contrary to Law.

**Violating Elections.**

By Violating the Freedome of Election of Members to serve in Parlyament.

**Illegal Prosecutions.**

By Prosecutions in the Court of Kings Bench for Matters and Causes cognizable onely in Parlyament and by diverse other Arbitrary and Illegall Courses.

**Juries.**

And whereas of late yeares Partiall Corrupt and Unqualifyed Persons have beene returned and served on Juryes in Tryalls and particularly diverse Jurors in Tryalls for High Treason which were not Freeholders,

**Excessive Bail.**

And excessive Baile hath beene required of Persons committed in Criminall Cases to elude the Benefitt of the Lawes made for the Liberty of the Subjects.

**Fines.**

And excessive Fines have beene imposed.

**Punishments.**

And illegall and cruell Punishments inflicted.

**Grants of Fines, &c. before Conviction, &c.**

And severall Grants and Promises made of Fines and Forfeitures before any Conviction or Judgement against the Persons upon whome the same were to be levyed. All which are utterly directly contrary to the knowne Lawes and Statutes and Freedome of this Realme.

**Recital that the late King James II. had abdicated the Government, and that the Throne was vacant, and that the Prince of Orange had written Letters to the Lords and Commons for the choosing Representatives in Parliament.**

pleased Almighty God to make the glorious Instrument of Delivering this Kingdome from Popery and Arbitrary Power) did (by the Advice of the Lords Spirituall and Temporall and diverse principall Persons of the Commons) cause Letters to be written to the Lords Spirituall and Temporall being Protestants and other Letters to the severall Countyes Cityes Universities Burroughs and Cinque Ports for the Choosing of such Persons to represent them as were of right to be sent to Parlyament to meete and sitt at Westminster upon the two and twentyeth day of January in this Yeare one thousand six hundred eighty and eight in order to such an Establishment as that their Religion Lawes and Liberties might not againe be in danger of being Subverted, Upon which Letters Elections haveing beene accordingly made.

**The Subject's Rights.**

And thereupon the said Lords Spirituall and Temporall and Commons pursuant to their respective Letters and Elections being now assembled in a full and free Representative of this Nation takeing into their most serious Consideration the best meanes for attaining the Ends aforesaid Doe in the first place (as their Auncestors in like Case have usually done) for the Vindicating and Asserting their auntient Rights and Liberties, Declare

**Dispensing Power.**

That the pretended Power of Suspending of Laws or the Execution of Laws by Regall Authority without Consent of Parlyament is illegall.

**Late dispensing Power.**

That the pretended Power of Dispensing with Laws or the Execution of Laws by Regall Authoritie as it hath beene assumed and exercised of late is illegall.

**Ecclesiastical Courts illegal.**

That the Commission for erecting the late Court of Commissioners for Ecclesiasticall Causes and all other Commissions and Courts of like nature are Illegall and Pernicious.

**Levying Money.**

That levying Money for or to the Use of the Crowne by pretence of Prerogative without Grant of Parlyament for longer time or in other manner then the same is or shall be granted is Illegall.

**Right to petition.**

That it is the Right of the Subjects to petition the King and all Commitments and Prosecutions for such Petitioning are Illegall.

**Standing Army.**

That the raising or keeping a standing Army within the Kingdome in time of Peace unlesse it be with Consent of Parlyament is against Law.

**Subjects' Arms.**

That the Subjects which are Protestants may have Arms for their Defence suitable to their Conditions and as allowed by Law.

**Freedom of Election.**

That Election of Members of Parlyament ought to be free.

**Freedom of Speech.**

That the Freedome of Speech and Debates or Proceedings in Parlyament ought not to be impeached or questioned in any Court or Place out of Parlyament.

**Excessive Bail.**

That excessive Baile ought not to be required nor excessive Fines imposed nor cruell and unusuall Punishments inflicted.

**Juries.**

That Jurors ought to be duely impannelled and returned . . . **F1**

**Grants of Forfeitures.**

That all Grants and Promises of Fines and Forfeitures of particular persons before Conviction are illegall and void.

**Frequent Parliaments.**

And that for Redresse of all Grievances and for the amending strengthening and preserveing of the Lawes Parlyaments ought to be held frequently.

**The said Rights claimed. Tender of the Crown. Regal Power exercised. Limitation of the Crown.**

And they doe Claime Demand and Insist upon all and singular the Premises as their undoubted Rights and Liberties and that noe Declarations Judgements Doeings or Proceedings to the Prejudice of the People in any of the said Premisses ought in any wise to be drawne hereafter into Consequence or Example. To which Demand of their Rights they are particularly encouraged by the Declaration of this Highnesse the Prince of Orange as being the onely meanes for obtaining a full Redresse and Remedy therein. Haveing therefore an intire Confidence That his said Highnesse the Prince of Orange will perfect the Deliverance soe farr advanced by him and will still preserve them from the Violation of their Rights which they have here asserted and from all other Attempts upon their Religion Rights and Liberties. The said Lords Spirituall and Temporall and Commons assembled at Westminster doe Resolve That William and Mary Prince and Princesse of Orange be and be declared King and Queene of England France and Ireland and the Dominions thereunto belonging to hold the Crowne and Royall Dignity of the said Kingdomes and Dominions to them the said Prince and Princesse dureing their Lives and the Life of the Survivour of them And that the sole and full Exercise of the Regall Power be onely in and executed by the said Prince of Orange in the Names of the said Prince and Princesse dureing their joynt Lives And after their Deceases the said Crowne and Royall Dignitie of the said Kingdoms and Dominions to be to the Heires of the Body of the said Princesse And for default of such Issue to the Princesse Anne of Denmarke and the Heires of her Body And for default of such Issue to the Heires of the Body of the said Prince of Orange. And the Lords Spirituall and Temporall and Commons doe pray the said Prince and ( **X3** ) Princesse to accept the same accordingly.

**New Oaths of Allegiance, &c.**

And that the Oathes hereafter mentioned be taken by all Persons of whome the Oathes of Allegiance and Supremacy might be required by Law instead of them And that the said Oathes of Allegiance and Supremacy be abrogated.

**Allegiance.**

I A B doe sincerely promise and sweare That I will be faithfull and beare true Allegiance to their Majestyes King William and Queene Mary Soe helpe me God.

**Supremacy.**

I A B doe sweare That I doe from my Heart Abhorr, Detest and Abjure as Impious and Hereticall this damnable Doctrine and Position That Princes Excommunicated or Deprived by the Pope or any Authority of the See of Rome may be deposed or murdered by their Subjects or any other whatsoever. And I doe declare That noe Forreigne Prince Person Prelate, State or Potentate hath or ought to have any Jurisdiction Power Superiority Preeminence or Authoritie Ecclesiasticall or Spirituall within this Realme Soe helpe me God.

**Acceptance of the Crown. The Two Houses to sit. Subjects' Liberties to be allowed, and Ministers hereafter to serve according to the same. William and Mary declared King and Queen. Limitation of the Crown. Papists debarred the Crown. Every King, &c. shall make the Declaration of 30 Car. II. If under 12 Years old, to be done after Attainment thereof. King's and Queen's Assent**

Upon which their said Majestyes did accept the Crowne and Royall Dignitie of the Kingdoms of England France and Ireland and the Dominions thereunto belonging according to the Resolution and Desire of the said Lords and Commons contained in the said Declaration. And thereupon their Majestyes were pleased That the said Lords Spirituall and Temporall and Commons being the two Houses of Parlyament should continue to sitt and with their Majestyes Royall Concurrence make effectuall Provision for the Setlement of the Religion Lawes and Liberties of this Kingdome soe that the same for the future might not be in danger againe of being subverted, To which the said Lords Spirituall and Temporall and Commons did agree and proceede to act accordingly. Now in pursuance of the Premisses the said Lords Spirituall and Temporall and Commons in Parlyament assembled for the ratifying confirming and establishing the said Declaration and the Articles Clauses Matters and Things therein contained by the Force of a Law made in due Forme by Authority of Parlyament doe pray that it may be declared and enacted That all and singular the Rights and Liberties asserted and claimed in the said Declaration are the true auntient and indubitable Rights and Liberties of the People of this Kingdome and soe shall be esteemed allowed adjudged deemed and taken to be and that all and every the particulars aforesaid shall be firmly and strictly holden and observed as they are expressed in the said Declaration And all Officers and Ministers whatsoever shall serve their Majestyes and their Successors according to the same in all times to come. And the said Lords Spirituall and Temporall and Commons seriously considering how it hath pleased Almighty God in his marvellous Providence and mercifull Goodness to this Nation to provide and preserve their said Majestyes Royall Persons most happily to Raigne over us upon the Throne of their Auncestors for which they render unto him from the bottome of their Hearts their humblest Thanks and Praises doe truely firmely assuredly and in the Sincerity of their Hearts thinke and doe hereby recognize acknowledge and declare That King James the Second haveing abdicated the Government and their Majestyes haveing accepted the Crowne and Royall Dignity **[X4**as**]** aforesaid Their said Majestyes did become were are and of right ought to be by the Lawes of this Realme our Soveraigne Liege Lord and Lady King and Queene of England France and Ireland and the Dominions thereunto belonging in and to whose Princely Persons the Royall State Crowne and Dignity of the said Realmes with all Honours Stiles Titles Regalities Prerogatives Powers Jurisdictions and Authorities to the same belonging and appertaining are most fully rightfully and intirely invested and incorporated united and annexed And for preventing all Questions and Divisions in this Realme by reason of any pretended Titles to the Crowne and for preserveing a Certainty in the Succession thereof in and upon which the Unity Peace Tranquillity and Safety of this Nation doth under God wholly consist and depend The said Lords Spirituall and Temporall and Commons doe beseech their Majestyes That it may be enacted established and declared That the Crowne and Regall Government of the said Kingdoms and Dominions with all and singular the Premisses thereunto belonging and appertaining shall bee and continue to their said Majestyes and the Survivour of them dureing their Lives and the Life of the Survivour of them And that the entire perfect and full Exercise of the Regall Power and Government be onely in and executed by his Majestie in the Names of both their Majestyes dureing their joynt Lives And after their deceases the said Crowne and Premisses shall be and remaine to the Heires of the Body of her Majestie and for default of such Issue to her Royall Highnesse the Princess Anne of Denmarke and the Heires of her Body and for default of such Issue to the Heires of the Body of his said Majestie And thereunto the said Lords Spirituall and Temporall and Commons doe in the Name of all the People aforesaid most humbly and faithfully submitt themselves their Heires and Posterities for ever and doe faithfully promise That they will stand to maintaine and defend their said Majestyes and alsoe the Limitation and Succession of the Crowne herein specified and contained to the utmost of their Powers with their Lives and Estates against all Persons whatsoever that shall attempt any thing to the contrary. And whereas it hath beene found by Experience that it is inconsistent with the Safety and Welfare of this Protestant Kingdome to be governed by a Popish Prince **F2**... the said Lords Spirituall and Temporall and Commons doe further pray that it may be enacted That all and every person and persons that is are or shall be reconciled to or shall hold Communion with the See or Church of Rome or shall professe the Popish Religion **F3**... shall be excluded and be for ever uncapeable to inherit possesse or enjoy the Crowne and Government of this Realme and Ireland and the Dominions thereunto belonging or any part of the same or to have use or exercise any Regall Power Authoritie or Jurisdiction within the same **[X5**And in all and every such Case or Cases the People of these Realmes shall be and are hereby absolved of their Allegiance**]** And the said Crowne and Government shall from time to time descend to and be enjoyed by such person or persons being Protestants as should have inherited and enjoyed the same in case the said person or persons soe reconciled holding Communion or Professing **F4**... as aforesaid were naturally dead **[X6**And that every King and Queene of this Realme who at any time hereafter shall come to and succeede in the Imperiall Crowne of this Kingdome shall on the first day of the meeting of the first Parlyament next after his or her comeing to the Crowne sitting in his or her Throne in the House of Peeres in the presence of the Lords and Commons therein assembled or at his or her Coronation before such person or persons who shall administer the Coronation Oath to him or her at the time of his or her takeing the said Oath (which shall first happen) make subscribe and audibly repeate the Declaration mentioned in the Statute made in the thirtyeth yeare of the Raigne of King Charles the Second Entituled An Act for the more effectuall Preserveing the Kings Person and Government by disableing Papists from sitting in either House of Parlyament But if it shall happen that such King or Queene upon his or her Succession to the Crowne of this Realme shall be under the Age of twelve yeares then every such King or Queene shall make subscribe and audibly repeate the said Declaration at his or her Coronation or the first day of the meeting of the first Parlyament as aforesaid which shall first happen after such King or Queene shall have attained the said Age of twelve yeares.**]** All which Their Majestyes are contented and pleased shall be declared enacted and established by authoritie of this present Parliament and shall stand remaine and be the Law of this Realme for ever And the same are by their said Majestyes by and with the advice and consent of the Lords Spirituall and Temporall and Commons in Parlyament assembled and by the authoritie of the same declared enacted and established accordingly

---

**Editorial Information**

X1    The Bill of Rights is assigned to the year 1688 on legislation.gov.uk (as it was previously in successive official editions of the revised statutes from which the online version is derived) although the Act received Royal Assent on 16th December 1689. This follows the practice adopted in *The Statutes of the Realm*, Vol. VI (1819), in the Chronological Table in that volume and all subsequent Chronological Tables of the Statutes, which attach all the years in 1 Will and Mar sess 2 to the year 1688. The first Parliament of William and Mary (the Convention Parliament) convened on 13th February 1689 (1688 in the old style calendar - until 1st Jan 1752 the calendar year began on March 25th). It appears that all the Acts of that Parliament (both sessions) were treated as being Acts of 1688 using the old method of reckoning, according to which, until 1793, all Acts passed in a session of Parliament with no specified commencement date were deemed to be passed in the year in which that session began (see Acts of Parliament (Commencement) Act 1793 (c 13)). The Short Titles Act 1896 (c. 14) gave to chapter 2 of 1 Will and Mar sess 2 the title "The Bill of Rights", without attributing it to any calendar year. In the Republic of Ireland, the Short Titles Act 1896 (c 14) has been amended to add "1688" to the short title of The Bill of Rights as it continues to have effect there (see Statute Law Revision Act 2007, Act of the Oireachtas No 28 of 2007, s 5(a)).

X2    Variant reading of the text noted in *The Statutes of the Realm* as follows: Highnesse *O*. [O. refers to a collection in the library of Trinity College, Cambridge]

X3    Variant reading of the text noted in *The Statutes of the Realm* as follows: and *O*. [O. refers to a collection in the library of Trinity College, Cambridge]

X4    interlined on the Roll.

X5    annexed to the Original Act in a separate Schedule.

X6    annexed to the Original Act in a separate Schedule.

**Textual Amendments**

F1    Words repealed by (E.W.) Juries Act 1825 (c. 50), **s. 62** and (N.I.) Statute Law Revision Act 1950 (c. 6), **Sch. 1**

F2    Words in s. 1 omitted (26.3.2015) by virtue of Succession to the Crown Act 2013 (c. 20), s. 5, **Sch. para. 2(a)** (with Sch. para. 5); S.I. 2015/894, **art. 2**

F3    Words in s. 1 omitted (26.3.2015) by virtue of Succession to the Crown Act 2013 (c. 20), s. 5, **Sch. para. 2(b)** (with Sch. para. 5); S.I. 2015/894, **art. 2**

F4    Words in s. 1 omitted (26.3.2015) by virtue of Succession to the Crown Act 2013 (c. 20), s. 5, **Sch. para. 2(c)** (with Sch. para. 5); S.I. 2015/894, **art. 2**

**Modifications etc. (not altering text)**

C1    Short title "The Bill of Rights" given by Short Titles Act 1896 (c. 14), **Sch. 1**

C2    Act declared to be a Statute by Crown and Parliament Recognition Act 1689 (c. 1)

C3



(https://firearmslaw.duke.edu)



(https://law.duke.edu/)

Search this website

# 1694 Mass. Laws 12, no. 6, An Act for the Punishing of Criminal Offenders.

## Subject(s):

- Carrying Weapons (https://firearmslaw.duke.edu/subjects/carrying-weapons/)

## Jurisdiction(s):

- Massachusetts (https://firearmslaw.duke.edu/jurisdictions/massachusetts/)

## Year(s):

1694

Further it is Enacted by the authority aforesaid, That every Justice of the Peace in the County where the Offence is committed , may cause to be staid and arrested all Affrayers, Rioters, Disturbers, or Breakers of the Peace, and such as shall ride or go armed Offensively before any of their Majesties Justices, or other Their Officers or Ministers doing their Office or elsewhere.

# Pennsylvania Archives. Selected And Arranged From Original Documents In The Office Of The Secretary Of The Commonwealth, Conformably To Acts Of The General Assembly, February 15, 1851, & March 1, 1852 Page 160, Image 162 (1852) available at The Making of Modern Law: Primary Sources.

Subject(s):

- Firing Weapons (https://firearmslaw.duke.edu/subjects/firing-weapons/)

Jurisdiction(s):

- Pennsylvania (https://firearmslaw.duke.edu/jurisdictions/pennsylvania/)

Year(s):

1713

Pennsylvania Archives 1713, The Act for the Better Government of the City of Philadelphia (1713), This Act inflicts 5s penalty on persons riding a gallop and 10s for persons trotting, with Drays or their Teams in the streets, and 5th for suffering a Dog or a Bitch going at large; or firing a Gun without license, or if a Negro be found in any disorderly practices or other Misbehaviors may be whipped 21 lashes for any one offence or committed to prison, which words "other misbehaviors," are very uncertain and give very arbitrary power where the punishment is great. [(Summary of Statute from Archive compilation)].

# Act of 26th August 1721

## Subject(s):

- Firing Weapons (https://firearmslaw.duke.edu/subjects/firing-weapons/)

## Jurisdiction(s):

- Pennsylvania (https://firearmslaw.duke.edu/jurisdictions/pennsylvania/)

## Year(s):

1721

[An Act of 9th of February, 1750-51, § 1. If any person or persons whatsoever, within any county, town or within any other town or borough in this province, already built and settled, or hereafter to be built and settled, not hitherto restricted nor provided for by our laws, shall set on fire their chimneys to cleanse them, or shall suffer them or any of them to take fire, and blaze out at the top, or shall fire any gun or other fire arm, or shall make or cause to be made, or sell or utter, or offer to expose to sale, and squibs, rockets, or other fire works, or shall cast, throw or fire any squibs, rockets, or other fire works within any of the said towns or boroughs without the governor's special license for the same, every such person or persons so offending shall be subject to the like penalties and forfeitures, and be recovered in like manner, as in and by an act, passed in the eighth year of the reign of king George the first, entitled 'An act for preventing accidents that may happen by fire are directed to be levied and recovered.]

 

DATE DOWNLOADED: Sun May 21 17:12:48 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William; Smith Livingston, William; Parker, James. Laws of New-York (1752).

ALWD 7th ed.
Livingston, William; Smith, William; Parker, James. Ls of New-York (1752).

APA 7th ed.
Livingston, W. (1752). Laws of New-York. New-York:, Printed by James Parker, printer
to the government, at the new printing-office, in Beaver-Street.

Chicago 17th ed.
Livingston William; Smith, William; Parker, James. Laws of New-York. New-York:,
Printed by James Parker, printer to the government, at the new printing-office, in
Beaver-Street.

McGill Guide 9th ed.
William; Smith Livingston, William; Parker, James, Ls of New-York (New-York:: Printed
by James Parker, printer to the government, at the new printing-office, in
Beaver-Street., 1752)

AGLC 4th ed.
William; Smith Livingston, William; Parker, James, Laws of New-York (Printed by James
Parker, printer to the government, at the new printing-office, in Beaver-Street.,
1752

MLA 9th ed.
Livingston, William, et al. Laws of New-York. New-York:, Printed by James Parker,
printer to the government, at the new printing-office, in Beaver-Street. HeinOnline.

OSCOLA 4th ed.
Livingston, William; Smith, William; Parker, James. Laws of New-York. New-York:,
Printed by James Parker, printer to the government, at the new printing-office, in
Beaver-Street.        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 2:11-cv-09916-SSS-KES   Document 208-3   Filed 07/24/24   Page 21 of 190
Page ID #:3621

4th *GEORGE* II.
A. D. 1730.

## C H A P. DLIV.

*An* ACT *for the further continuing the Currency of the Bills of Credit ſtruck and iſſued in the Year One Thouſand Seven Hundred and Twenty, to the Value of Five Thouſand Ounces of Plate, during the Time therein mentioned.*
Paſs'd the 17th of October, 1730.

See Chap. 532.
Expired 1ſt of
*September*, 1735.

## C H A P. DLV.

*An* ACT *for the better clearing, regulating, and further laying out publick Highways in Kings County, Queens County, Richmond County, and Orange County.*
Paſs'd the 29th of October, 1730.

Continued by
Chap. 581.

## C H A P. DLVI.

*An* ACT *for naturalizing* Herman Winkler, *and other the Perſons therein mentioned.*
Paſs'd the 29th of October, 1730.

Private.

## C H A P. DLVII.

*An* ACT *to prevent the Deſtruction of Sheep, by Dogs, in the City and County of* Albany, *the County of* Weſtcheſter, *the County of* Suffolk, Queens *County,* Kings *County,* Richmond *County, and* Orange *County.*
Paſs'd the 29th of October, 1730.

Expired at the
End of the firſt
Seſſions after the
29th of *October*,
1731. But provi-
ded for by Chap.
774.

## C H A P. DLVIII.

*An* ACT *for the Relief of inſolvent Debtors within the Colony of* New-York, *with Reſpect to the Impriſonment of their Perſons.*
Paſs'd the 29th of October, 1730.

Expired at the
End of the firſt
Seſſions after the
29th of *October*,
1731.

## C H A P. DLIX.

*An* ACT *to prevent the taking or levying on Specialties, more than the principal Intereſt and Coſts of Suit, and other Purpoſes therein mentioned.*
Paſs'd the 29th of October, 1730.

Repealed by the
King, the 12th of
*Auguſt*, 1731.

## C H A P. DLX.

*An* ACT *for the more effectual preventing and puniſhing the Conſpiracy and Inſurrection of Negroes and other Slaves ; for the better regulating them, and for repealing the Acts therein mentioned, relating thereto.*
Paſs'd the 29th of October, 1730.

WHEREAS many Miſchiefs have been occaſioned by the too great Liberty allowed to Negro and other Slaves, and that ſome of the Acts relating thereto, are expired, and others not fully anſwering the good Purpoſes thereby intended, the General Aſſembly therefore pray it may be enacted ;

Preamble.

I. **And be it Enacted** by his Excellency *the Governor, the Council, and the General Aſſembly, and it is hereby Enacted by the Authority of the ſame,* That no Perſon or Perſons do hereafter, throughout this Colony, preſume to trade or traffick with any Slave or Slaves, either in buying or ſelling,' without Leave and Conſent of the Maſter or Miſtreſs of ſuch Slave or Slaves, on Forfeiture of treble the Value of the Thing or Things traded for, and alſo the Sum of *Five Pounds*, current lawful Money, to the Maſter or Miſtreſs of ſuch Slave or Slaves,

Penalty on Per-
ſons trading with
Slaves.

C c c                                   for

194    LAWS of *NEW-YORK*.

for each Offence; to be recovered of fuch Perfon or Perfons fo trading, contrary to the true Intent and Meaning of this Act, by Action of Debt, in any Court of Record within this Colony, where fuch Sum or Sums is cognizable; and all Contracts and Bargains made with any Slave or Slaves, fhall be utterly void.

II. AND whereas, notwithftanding fundry Laws paffed heretofore in this Colony, for the Purpofes above mentioned, feveral evil-difpofed Perfons, having Nothing in View but their private Gain, do clandeftinely trade and traffick with Slaves: For Remedy whereof, **Be it Enacted** *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony, fhall, from and after the Publication of this Act, fell any Rum or other Strong Liquor, to any Negro, Indian, or Mulatto Slave or Slaves, or fhall buy or take in Pawn from them, any Wares, Merchandizes, Apparel, Tools, Inftruments, or any other Kind of Goods whatever, and fhall thereof be accufed by the Mafter or Miftrefs of fuch Slave or Slaves, or by any other Perfon or Perfons, before any one Juftice of the Peace in the City or County where the Offender fhall dwell or refide, fhall forfeit and pay the Sum of *Forty Shillings* for every fuch Offence, to be recovered with Cofts, before the faid Juftice of the Peace, or before any other Juftice dwelling where fuch Offence is committed; who is hereby ftrictly required and directed to hear, and finally to determine the fame; unlefs the Perfon or Perfons accufed, as abovefaid, do take his, her, or their corporal Oath, (which Oath the faid Juftice is hereby impowered to adminifter) That he, fhe, or they, have not, either by themfelves, or by any other Perfon or Perfons on his, her, or their Behalf, directly or indirectly, fold, bought or taken in Pawn any of the Thing or Things of which he, fhe, or they fhall be accufed, in Manner as aforefaid; which Forfeiture fhall be one Half to the Informer, the other Half for the Poor of the City, Town, Manor, or Precinct where fuch Offence is committed; and upon Non-payment of the above-mentioned Penalty, the offending Party or Parties, fhall be, by the faid Juftices, committed to the common Goal, there to remain for the Space of twenty Days, unlefs the faid Penalty be fooner paid.

*Penalty on Perfons for felling ftrong Liquors to Slaves.*

*Slaves may be punifhed by their Mafters or Owners.*

III. **And be it further Enacted** *by the fame Authority*, That hereafter it fhall and may be lawful for any Mafter or Miftrefs to punifh his, her, or their Slave or Slaves, for their Crimes and Offences, at Difcretion, not extending to Life or Limb.

IV. AND forafmuch as the Number of Slaves in the Cities of *New-York* and *Albany*, as alfo within the feveral Counties, Towns and Manors within this Colony, doth daily increafe, and that they have been often-times guilty of confederating together in running away; and of other ill and dangerous Practices: **Be it therefore Enacted** *by the aforefaid Authority*, That it fhall not hereafter be lawful for above three Slaves to meet together at any Time, nor at any other Place, than when it fhall happen they meet in fome fervile Imployment, for their Mafters or Miftreffes Profit, and by their Mafters or Miftreffes Confent, upon Penalty of being whipt upon the naked Back, at the Difcretion of any one Juftice of the Peace, not exceeding forty Lafhes for each Offence.

*Not above three Slaves to meet together.*

V. **And be it further Enacted** *by the fame Authority*, That it fhall and may be lawful hereafter, for every City, Town and Manor within this Colony, to have and appoint a common Whipper for their Slaves; and for his Salary, it fhall and may be lawful for any City, Town, or Manor within this Colony, at their Common-Council or Town-Meeting, to agree upon fuch Sum to be paid him, by the Mafter or Miftrefs of Slaves, not exceeding the Sum of *Three Shillings per Head*, for all fuch Slaves as fhall be whipt, as aforefaid; and upon
Neglect

*Each Town and Manor, may appoint a common Whipper for their Slaves.*

## John Montgomerie, Esq; Governor. 195

4th *GEORGE* II.
A.D. 1730.

Neglect or Refusal of the Master or Mistress, to pay the Sum so agreed upon, as above, that then such Slave or Slaves shall be committed until Payment be made, with Costs. And in Case any Slave shall presume to assault or strike any Christian or Jew, it shall be in the Power of any two Justices of the Peace, who, by this Act, are hereunto authorised, to commit such Slave or Slaves to Prison, not exceeding fourteen Days for one Fact, and to inflict such other corporal Punishment, not extending to Life or Limb, upon him, her or them, so offending, as to the said Justices shall seem meet and reasonable:

*Punishment of Slaves for striking a white Man.*

VI. **And be it further Enacted** *by the Authority aforesaid,* That no Person or Persons whatsoever, do hereafter employ, harbour, conceal or entertain other Men's Slave or Slaves, at their House, Out-house, or Plantations, without the Consent of his, her, or their Master or Mistress, upon the Forfeiture of *Five Pounds* for every twenty-four Hours, (and so proportionably for a less Time they are so concealed or entertained) to the said Master or Mistress of such Slave or Slaves, so that the Penalty for entertaining such Slave, do not exceed the Value of such Slave. And if any Person or Persons whatsoever, shall be found guilty of harbouring, entertaining, or concealing of any Slave or Slaves, or assisting to the conveying him, her, or them away ; if such Slave shall happen to be lost, dead, or otherwise destroyed, such Person or Persons so harbouring, entertaining, concealing, assisting, or conveying them away, shall be also liable to pay the Value of such Slave or Slaves, to the Master or Mistress ; to be recovered by Action of Debt, in any Court of Record.

*Penalty for entertaining of Slaves.*

VII. And whereas it often happens, that through the Lenity of the Master, or Person under whose Care the said Negroes or Slaves are, the Persons so entertaining and dealing with them, are forgiven, and not brought to condign Punishment, to the very great Hurt, not only of the said Masters, but of other his Majesty's liege People, owning Negroes and other Slaves : **Be it therefore Enacted** *by the Authority aforesaid,* That if any Master or Mistress, or Person under whose Care any Negro or other Slave is, shall forgive, make up, compound, comprom'se, or receive or take any other or less Consideration than is by this Act prescribed, shall forfeit double the Sum the said Person or Persons so entertaining, ought to have forfeited ; to be recovered in any Court of Record within this Colony, by Action of Debt, Bill, Plaint or Information, wherein there shall be no Essoin, Protection, Wager of Law, or any more than one Imparlance allowed, one Half thereof to any Person that shall sue for the same, the other Half to his Majesty, his Heirs and Successors, for and towards defraying the publick Charge of the City, Town, Borough, Manor or Precinct in which the Master, Mistress, or Person under whose Care the said Negroes or other Slaves are, doth dwell or inhabit.

*Penalty on Masters, &c. if they compound for their Slaves Crimes.*

VIII. **Be it also further Enacted** *by the same Authority,* That if any Person or Persons knowing of such Entertainers of Slave or Slaves, and does not discover the same to the Master, Mistress, or Person under whose Care the said Slave or Slaves are, or to some one Justice of the Peace, or being suspected to know, upon Complaint, doth not discover the same, or upon Tender of an Oath before any Justice of the Peace, before whom such Complaint shall come, (who is hereby authorised to administer the same) shall refuse to take such Oath, and purge him, her, or themselves ; the said Person or Persons so neglecting or refusing to discover or take the said Oath, shall forfeit the Sum of *Forty Shillings,* to be immediately, after Conviction, levied upon his, her or their Goods and Chattels, to the Use of the Person or Persons who shall inform or complain ; and in Case there be no Goods and Chattels, then the Body of the Person or Persons offending, shall be committed to Goal, till he, she, or they pay and satisfy the said Sum of *Forty Shillings,* and Charges accruing thereon ;

*Penalty on Persons that do not discover those that entertain Slaves.*

Case 2:11-cv-09916-SSS-KES    Document 208-3    Filed 07/24/24    Page 24 of 190
Page ID #:3624

thereon ; and if it afterwards appear, that any Perſon or Perſons, who, by the Directions in this Act, are in any Caſe obliged to purge him, or her, or themſelves by their Oath, have ſworn falſely ; ſuch Perſon or Perſons ſo offending, ſhall incur the like Pains and Penalties as thoſe who are found guilty of willful Perjury, and be proſecuted accordingly.

IX. AND whereas there are many Negroes, Indians and Mulattoes, who have formerly been manumitted, and made free within this Colony, by their Maſters or Owners; and it 'ı found by Experience, that they entertain, harbour, ſupport, and encourage Negro, Indian and Mulatto Slaves, to the great Damage and Detriment of the Maſters or Owners of Slaves, and of other of his Majeſty's liege Subjects within this Colony ; **Be it therefore Enacted** *by the Authority aforeſaid,* That if any Negro, Indian or Mulatto, made, or born free, or to be made free hereafter, ſhall knowingly and wittingly entertain any Slave or Slaves abſenting himſelf or themſelves, from his, her or their Maſters or Miſtreſſes Service, without Leave firſt given and ſignified, as aforeſaid, or without the Maſter, or Perſon under whoſe Care the ſaid Slave is, be preſent ; the ſaid Negro, Indian or Mulatto, ſo offending, ſhall be forthwith apprehended, and forfeit the Sum of *Ten Pounds,* for every Night or Day they are ſo entertained, to the Maſter or Miſtreſs of ſuch Slave or Slaves ; to be recovered by Action of Debt, as aforeſaid.

*Penalty on free Negroes, &c. that entertain Slaves.*

X. **And be it further Enacted** *by the ſame Authority,* That if any Maſter or Miſtreſs, ſhall manumit and ſet at Liberty, any Negro, Indian or Mulatto Slave ; and ſuch Maſter or Miſtreſs, ſo manumitting and ſetting at Liberty, or any other ſufficient Perſon, for and on Behalf of ſuch Negro, Indian or Mulatto Slave,, ſhall do and enter into a Bond unto his Majeſty, his Heirs and Succeſſors, with two Sureties, in a Sum not leſs than *Two Hundred Pounds,* at the General Seſſions of the Peace, for the County where ſuch Negro, Indian or Mulatto Slave, ſhall live or reſide, to keep and ſave ſuch Negro, Indian or Mulatto Slave, from becoming or being any Charge to the City, Town, Pariſh or Place within this Colony, where he, ſhe or they, ſhall at any Time after ſuch Manumiſſion, live ; the ſaid Negro, Indian or Mulatto, ſhall be free, according to ſuch Manumiſſion of the Maſter or Miſtreſs, ſo manumitting and ſetting at Liberty, ſuch Slave or Slaves : And if any Negro, Indian or Mulatto Slave, ſhall have been made free, or hereafter ſhall be made free, by the Will or Teſtament of any Perſon deceaſed ; that then, if any Executor or Executors, of any Perſon or Perſons deceaſed, or on their Neglect or Refuſal, any other ſufficient Perſon, for and on the Behalf of ſuch Negro, Indian or Mulatto Slave, ſhall and do enter into ſuch Security, as aforeſaid, at the General Seſſions of the Peace for the County, where ſuch Negro, Indian or Mulatto Slave, ſhall live or reſide, to keep and ſave ſuch Negro, Indian or Mulatto Slave, from becoming or being any Charge to the City, Town, Pariſh or Place within this Colony, where he, ſhe or they, ſhall at any Time after ſuch Manumiſſion, live ; the ſaid Negro, Indian or Mulatto Slave, ſhall be free, according to the true Intent and Meaning of the Will or Teſtament of any Perſon or Perſons deceaſed : And if Security be not given in Manner aforeſaid, ſuch Manumiſſion or Deviſe, as before mentioned, ſhall be void, and of none Effect ; any Uſage or Cuſtom to the contrary notwithſtanding.

*Slaves that are ſet free, ſhall give Security.*

XI. AND whereas Slaves are the Property of Chriſtians or Jews, and cannot, without great Loſs or Detriment to their Maſters or Miſtreſſes, be ſubjected in all Caſes criminal, to the ſtrict Rules of the Laws of *England*; **Be it Enacted** *by the Authority aforeſaid,* That hereafter, if any Slave or Slaves, by Theft or other Treſpaſs, ſhall damnify any Perſon or Perſons, to the Value of *Five Pounds,* or under ; the Maſter or Miſtreſs, of ſuch Slave or Slaves, ſhall be liable to make

# JOHN MONTGOMERIE, Efq; Governor.    197

4th *GEORGE* II.
A. D. 1730.

make Satisfaction for fuch Damages, to the Party injured ; to be recovered by Action of Debt, in any Court having Jurifdiction and Cognizance of Pleas to that Value ; and the Slave or Slaves fhall receive corporal Punifhment, at the Difcretion of any one Juftice of the Peace, and immediately thereafter (the Mafter or Miftrefs having firft paid the Charges of fuch Punifhment) be permitted to attend his or her Mafter or Miftrefs's Service, without further Punifhment.

*The Owners of Slaves fhall make good the Trefpaffes their Slaves commit.*

XII. **And be it further Enacted** *by the Authority aforefaid,* That hereafter no Slave or Slaves fhall be allowed as Evidence or Evidences, in any Matter, Caufe, or Thing whatfoever, excepting in Cafes of Plotting or Confederacy among themfelves, either to run away, kill or deftroy their Mafter, Miftrefs, or any other Perfon ; or burning of Houfes, Barns, Barracks, or Stacks of Hay, or of Corn ; or the killing of their Mafter or Miftreffes Cattle or Horfes ; and that only againft one another ; in which Cafes the Evidence of one Slave fhall be allowed good againft another Slave.

*Evidence of Slaves not to be allowed, except againft other Slaves.*

XIII. **And be it further Enacted** *by the fame Authority,* That all and every Negro, Indian, or other Slave or Slaves, who, after the Publication of this Act, fhall murder or otherwife kill, unlefs by Mifadventure, or in the Execution of Juftice, or confpire or attempt the Death of any of his Majefty's liege People, not being Slaves ; or fhall attempt or commit any Rape, on any of the faid Subjects ; or fhall willfully burn any Dwelling-Houfe, Barn, Stable, Out-houfe, Stacks of Corn or Hay ; or fhall willfully mutilate, mayhem, or difmember any of the faid Subjects, not being Slaves, as aforefaid ; or fhall willfully murder any Negro, Indian, or Mulatto Slave ; within this Colony ; and fhall thereof be convicted before three or more of his Majefty's Juftices of the Peace, for the County where fuch Fact fhall be committed, one whereof to be of the *Quorum,* who are hereby authorifed to hear and determine the fame, in Conjunction with five of the principal Freeholders of the County, without a Grand Jury, feven of whom agreeing, fhall put their Judgment in Execution, according to this Act ; or before any Court of Oyer and Terminer, or general Goal-Deli-'very ; he, fhe, or they, fo offending, fhall fuffer the Pains of Death, in fuch Manner, and with fuch Circumftances, as the Aggravation or Enormity of their Crimes, in the Judgment of the Juftices of thofe Courts aforefaid, or as in the Judgment of feven of the faid Juftices and Freeholders, fhall merit and require.

*Trial and Punifhment of Slaves that commit Murder, &c.*

XIV. **Be it further Enacted** *by the Authority aforefaid,* That upon Complaint made to any one Juftice of the Peace, againft any Negro, Indian, or Mulatto Slave or Slaves, who have, or are fuppofed to have committed any of the Murders, Rapes, Mayhems, Infurrections or Confpiracies, mentioned in this Act, the faid Juftice is immediately to iffue his Warrant to the next Conftable, to apprehend the faid Offender or Offenders, and for all or any Perfon or Perfons to come before him, that can give Evidence ; and if, upon Examination, it appears, that the Slave or Slaves apprehended, are guilty, he fhall commit him, her, or them to Prifon ; and alfo fhall certify to the two next Juftices of the Peace, the faid Caufe, and require them, by Virtue of this Act, to affociate themfelves to him ; which the faid Juftices are hereby required to do ; and they, fo affociated, are to iffue their Summons to five Freeholders, acquainting them with the Caufe, and appointing them the Time and Place the fame fhall be heard and determined ; at which Time and Place, the Juftices are hereby impowered to appoint fome Perfon to profecute the faid Offender or Offenders ; and the Perfon fo appointed, fhall prefer an Accufation in Writing, fpecifying the Time, Place, and Nature of the Offence, as near as conveniently may be ; to which Accufation the Offender or Offenders fhall be obliged to plead ; and upon Refufal to plead, the like Judgment fhall be given againft fuch Slave or Slaves, fo accufed, as if convicted by Verdict or Confeffion ;

*On Complaint, one Juftice may commit Slaves to Goal, and with other Juftices and Freeholders proceed to Trial for high Crimes.*

D d d                                                               and

and upon pleading thereto, the Juftices fhall proceed to Trial, in Conjunction with the faid Freeholders, fo fummoned, as aforefaid; to which Freeholders no peremptory Challenge fhall be allowed; and if, upon hearing the Matter, (the faid Freeholders being firft fworn by the faid Juftices, to judge according to Evidence) they fhall adjudge fuch Slave or Slaves, guilty of the Offence complained of, they fhall give Sentence of Death upon him, her, or them, as aforefaid; and, by their Warrant, caufe immediate Execution to be done by the common or any other Executioner, in fuch Manner as they fhall think fit.

*Slaves may be tried by a Jury, if the Mafter defire it.*

XV. **Provided always, and it is hereby further Enacted** *by the Authority aforefaid*, That if any Mafter or Miftrefs of any Slave or Slaves, be inclined to have his, her, or their Slave or Slaves, tried by a Jury of twelve Men, it fhall be granted; fuch Mafter or Miftrefs paying the Charge of the fame, not exceeding *Nine Shillings* to the Jury; and in fuch Cafe there fhall a Precept be iffued by the Juftices, to the next Conftable, to fummon a Jury of twelve Men, who fhall be fworn to try according to Evidence; and the Juftices fhall proceed to Trial, by the faid Jury, fummoned and fworn, as aforefaid, without a Grand Jury, to which Jurors no peremptory Challenge fhall be allowed.

*How the Charge of profecuting Slaves is to be defrayed.*

XVI. **And be it further Enacted** *by the Authority aforefaid*, That the Charge of profecuting and executing of Negroes and other Slaves, in Manner before expreffed, fhall be paid and defrayed by the City or County where fuch Negro or Slaves fhall be convicted and executed, and be laid, affeffed and levied in the fame Manner as the publick and neceffary Charge of fuch City or County, are, or ufed to be raifed, and to be diftributed by the Order and Direction of the Juftices hereby impowered to hear and determine the Crimes of fuch Negro or other Slaves, offending, as aforefaid, fo as that the faid Charge fhall not exceed the Sum of *Three Pounds*, current Money of this Colony, for each Conviction and Execution.

*How the Owners of the Slaves exe-cuted, are to be paid.*

XVII. **And be it further Enacted** *by the Authority aforefaid*, That the Owner or Owners of a Slave or Slaves, fo executed, in the City and County of *Albany*, or in any of the other Counties within this Colony, fhall be paid for the fame, in the like Manner as the Charges for Profecution and Execution is, by this Act, directed to be affeffed, levied, and paid; *Provided* the Value of fuch Slave does not exceed the Sum of *Twenty-five Pounds*, current Money of this Colony.

*How the Charge of the Trial of Slaves fhall be paid in the City of New-York.*

XVIII. **And be it further Enacted** *by the fame Authority*, That in the City and County of *New-York*, the Juftices of the Peace of the faid City, for the Time being, or the major Part of them, do take effectual Care, in Cafe fuch Conviction and Execution happen within their Jurifdiction, that fuch Charge, as abovefaid, be raifed, levied, and collected in the fame Manner as is directed in an Act, entitled, *An Act for fettling a Miniftry, and raifing a Maintenance for them in the City of* New-York, *County of* Richmond, Weftchefter, *and* Queens *County*, paffed in the fifth Year of their late Majefties, King WILLIAM and Queen MARY; and that the fame fhall be paid into the Hands of the Treafurer or Chamberlain of the faid City, for the Time being, who is hereby required to pay the fame by Order and Direction of the Juftices hereby im-powered to hear and determine the Crimes of fuch Slave or Slaves, offending, as aforefaid, fo as the Charge of each Conviction and Execution fhall not ex-ceed the Sum of *Three Pounds*, current Money of this Colony.

*Slaves executed in the City of New-York, how to be paid for.*

XIX. **And be it further Enacted** *by the fame Authority*, That the Owner or Owners of fuch Slave or Slaves, which fhall happen to be executed by Virtue of this Act, in the City and County of *New-York*, fhall be paid for the fame, and the Money fhall be affeffed, collected and paid, as in and by this Act, the Juftices of the Peace for the faid City and County, are directed and impowered to levy,

pay

pay and difcharge the Profecution and Execution of Slave or Slaves ; *Provided* the Price to be paid for each Slave, fo executed, do not exceed the Sum of *Twenty-five Pounds*, current Money of this Colony.

XX. **And be it further Enacted** *by the Authority aforefaid*, That it fhall not be lawful, for any Slave or Slaves, to have or ufe any Gun, Piftol, Sword, Club, or any other Kind of Weapon whatfoever, but in the Prefence or by the Direction of his, her, or their Mafter or Miftrefs, and in their own Ground, on Penalty of being whipt for the fame, at the Difcretion of the Juftice of the Peace, before whom fuch Complaint fhall come, or upon the View of the faid Juftice, not exceeding twenty Lafhes on the bare Back, for every fuch Offence.

*Penalty on Slaves that carry Arms.*

XXI. **And be it further Enacted** *by the Authority aforefaid*, That every fuch Juftice of the Peace, Conftable, Affeffor, Collector, or any other Officer, as do neglect, delay, or refufe the feveral Duties and Services hereby enjoined to be refpectively done and performed by them, fhall, for every fuch Offence, forfeit the Sum of *Forty Shillings* : And every Freeholder, fummoned, as aforefaid, and neglecting or refufing to ferve, fhall forfeit the Sum of *Twenty Shillings* ; which Penalty or Penalties fhall be recovered before any two Juftices of the Peace, dwelling in the City or County where fuch Neglect, Delay, or Refufal fhall happen ; to be levied on the Goods and Chattels of the Offender, by a Conftable, by Warrant from fuch Juftices ; who are hereby impowered and directed, upon fuch Neglect, Delay, or Refufal, to iffue their Warrant for levying the fame ; and one Half of fuch Penalty fhall be for the Ufe of the Profecutor, and the other Half for the Ufe of the Poor of the Place where fuch Penalty fhall be levied.

*Penalty on Officers that neglect their Duty.*

XXII. AND for preventing Doubts, Scruples, or Confufions, concerning the feveral Acts of General Affembly heretofore paffed, in Relation to Slaves, **Be it Enacted** *by the Authority aforefaid*, That all and every the following Acts, and every Claufe, Article and Thing therein, or in the Acts for the Continuance or Revival thereof, fhall, after the Publication of this Act, be, and are hereby repealed, and made null and void, *That is to fay* ; an Act, entitled, ‖ *An Act for regulating Slaves*, paffed in the firft Year of the late Queen ANNE ; an Act, entitled, ‡ *An Act for preventing the Confpiracy of Slaves*, paffed in the feventh Year of the faid Queen ; § *An Act for preventing, fuppreffing, and punifhing the Confpiracy and Infurrection of Negroes, and other Slaves*, paffed in the eleventh Year of her faid late Majefty ; and an Act, entitled, + *An Act for explaining and rendering more effectual, an Act of the General Affembly of this Colony, entitled*, An *Act* for preventing, fuppreffing, and punifhing the Confpiracy and Infurrection of Negroes and other Slaves, paffed in the * *third* Year of King GEORGE the Firft.

*Acts repealed.*

### C H A P. DLXI.

*An* ACT *to defray the Charge of victualling his Majefty's Troops pofted at Ofwego, and for other the Purpofes therein mentioned.*

Pafs'd the 29th of October, 1730.

*Obfolete.*

### C H A P. DLXII.

*An* ACT *for paying* Richard Bradley, *Efq*; One Hundred and Fifty Pounds ; *and* Henry Beeckman, *Efq*; *the Sum of* Seventeen Pounds Ten Shillings, *for the Confideration, and in the Manner therein mentioned.*

Pafs'd the 29th of October, 1730.

*Private.*

C H A P.

‖ Chap. 123.  ‡ Chap. 181.  § Chap. 250.  † Chap. 341.  * *The Act pafs'd 4th* GEORGE I.

# ACTS

## Passed at the Session begun and held at Boston, on the Thirtieth day of May, A. D. 1750.

------------

## CHAPTER 1.

AN ACT FOR IMPOWERING THE PROVINCE TREASURER TO BORROW
THE SUM OF FIVE THOUSAND POUNDS, FOR APPLYING THE SAME TO
DISCHARGE THE DEBTS OF THE PROVINCE AND DEFRAY THE
CHARGES OF GOVERNMENT, AND FOR MAKING PROVISION FOR THE
REPAYMENT OF THE SUM SO BORROWED.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

[SECT. 1.] That the treasurer of this province be and hereby is impowered to borrow from such person or persons as shall appear ready to lend the same, a sum not exceeding five thousand pounds in Spanish mill'd dollars; and the sum so borrowed shall be a stock in the treasury, to be applied for defreying the charges of this government in manner as in this act is after directed, and for every sum so borrowed, the treasurer shall give a receipt of the form following; viz.,— *Treasurer impowered to borrow £5,000 for the province.*

Province of the Massachusetts Bay,       day of       17   , received from       the sum of       pounds, for the use and service of the Province of the Massachusetts Bay; and in behalf of said Province, I do hereby promise and oblige myself and my successors in the office of treasurer, to repay the said       , his heirs or assigns, on or before the tenth day of June, one thousand seven hundred and fifty-two, the aforesaid sum of       pounds, with interest for the same, at and after the rate of six per cent per annum.       Witness my hand,       , Treasurer. *Form of his receipt for said money.*

—and no receipt shall be given for any sum less than fifty pounds ; and the treasurer is hereby directed to use his discretion in borrowing said sum at such times as that he may be enabled to comply with the draughts that may be made on the treasury in pursuance of this act.

*And be it further enacted,*

[SECT. 2.] That the aforesaid sum of five thousand pounds shall be issued out of the treasury in manner for the purposes following; viz., the sum of seventeen hundred and fifty pounds, part of the aforesaid sum of five thousand pounds, shall be applied for the service of the several forts and garrisons within this province, pursuant to such orders and grants as are or shall be made by this court for those purposes ; and the further sum of one thousand pounds, part of the aforesaid sum of five thousand pounds, shall be applyed for the purchasing provisions and the commissary's necessary disbursements for the service of the several forts and garrisons within this province, pursuant to such grants *£1,750 appropriated for forts and garrisons.* *£1,000 for commissary's stores.*

Compendium of Laws
Page 0027

*And whereas* there are sometimes contingent and unforeseen charges that demand prompt payment,—

*Be it further enacted,* ·

£100 for contingent charges.

[SECT. 16.] That the sum of one hundred pounds, being the remaining part of the aforesaid sum of seven thousand eight hundred and sixty pounds, be applied to pay such contingent charges, and for no other purpose whatsoever.

*Provided always,*—

Remainder to be and remain as a stock in the treasury.

[SECT. 17.] That the remainder of the sum which shall be brought into the treasury by the tax aforesaid, over and above what shall be sufficient to pay off the benefit tickets as aforesaid, shall be and remain as a stock in the treasury, to be applied as the general court of this province shall hereafter order, and to no other purpose whatsoever; any thing in this act to the contrary notwithstanding.

*And be it further enacted,*

Money to be paid out of the proper appropriations.

[SECT. 18.] That the treasurer is hereby directed and ordered to pay the sum of eight thousand and ten pounds, as aforesaid, out of such appropriations as shall be directed to by warrant, and no other, upon pain of refunding all such sum or sums as he shall otherwise pay; and the secretary to whom it belongs to keep the muster-rolls and accompts of charge, shall lay before the house of representatives, when they direct, such muster-rolls and accompts after payment thereof.

*And be it further enacted,*

Directors' allowance to be made by the general court.

[SECT. 19.] That the directors or managers by this act appointed, shall have such allowances for their services as the general court shall hereafter order, and in case of the death, refusal or incapacity of attendance of any one or more of said managers, the vacancy shall be fill'd up by the governour and council. [*Passed February* 8; *published February* 16, 1750–51.

## CHAPTER 16.

AN ACT FOR GRANTING THE SUM OF THREE HUNDRED POUNDS, FOR THE SUPPORT OF HIS HONOUR THE LIEUTENANT-GOVERNOUR AND COMMANDER-IN-CHIEF.

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

Governor's grant.

That the sum of three hundred pounds be and hereby is granted unto his most excellent majesty, to be paid out of the publick treasury to his honour Spencer Phips, Esq[r]., lieutenant-governor and commander-in-chief in and over his majesty's province of the Massachusetts Bay, for his past services, and further to enable him to manage the publick affairs of the province. [*Passed February* 15;* *published February* 16, 1750–51.

## CHAPTER 17.

AN ACT FOR PREVENTING AND SUPPRESSING OF RIOTS, ROUTS AND UNLAWFUL ASSEMBLIES.

Preamble.

WHEREAS the provision already made by law has been found insufficient to prevent routs, riots and tumultuous assemblies, and the evil consequences thereof; wherefore,—

* See the note to this chapter, *post.*

*Be it enacted by the Lieutenant-Governour, Council and House of Representatives,*

[SECT. 1.] That from and after the publication of this act, if any persons, to the number of twelve or more, being arm'd with clubs or other weapons, or if any number of persons, consisting of fifty or upwards, whether armed or not, shall be unlawfully, riotously or tumultuously assembled, any justice of the peace, field officer or captain of the militia, sheriff of the county or undersheriff, or any constable of the town, shall, among the rioters, or as near to them as he can safely come, command silence while proclamation is making, and shall openly make proclamation in these or the like words :— *Officers to make proclamation when persons are riotously assembled.*

Our sovereign lord the king chargeth and commandeth all persons being assembled, immediately to disperse themselves, and peaceably to depart to their habitations, or to their lawful business ; upon the pains contained in the act of this province made in the twenty-fourth year of his majesty King George the Second, for preventing and suppressing of riots, routs and unlawful assemblies. God save the king. *Form of the proclamation.*

And if such persons so unlawfully assembled, shall, after proclamation made, not disperse themselves within one hour, it shall be lawful for every such officer or officers, and for such other persons as he or they shall command to be assisting, to seize such persons, and carry them before a justice of the peace ; and if such person shall be killed or hurt by reason of their resisting the persons so dispersing or seizing them, the said officer or officers and their assistants shall be indemnified and held guiltless.

[SECT. 2.] And all persons who, for the space of one hour after proclamation made as aforesaid,—or to whom proclamation ought to have been made, if the same had not been hindred,—shall unlawfully, routously, riotously and tumultuously continue together, or shall wilfully let or hinder any such officer, who shall be known, or shall openly declare himself to be such, from making the said proclamation, shall forfeit all their lands and tenements, goods and chattles, to his majesty· (or such a part thereof as shall be adjudged by the justices before whom such offence shall be tried), to be applied towards the support of the government of this province ; and shall be whipt thirty-nine stripes on the naked back at the publick whipping-post, and suffer one year's imprisonment, and once every three months during said imprisonment receive the same number of stripes on the naked back at the publick whipping-post as aforesaid. *Penalty for disobedience.*

[SECT. 3.] And if any such person or persons, so riotously assembled, shall demolish or pull down, or begin to demolish or pull down, any dwelling-house or other house parcel thereof, any house built for publick uses, any barn, mill, malt-house, store-house, shop or ship, he or they shall suffer the same pains and penalties as are before provided in this act.

*And be it further enacted,*

[SECT. 4.] That this act shall be read at every general sessions of the peace, and at the anniversary meeting of each town, within this province, annually ; and no person shall be prosecuted for any offence contrary to this act, unless prosecution be commenced within twelve months after the offence committed. *This act to be read at the anniversary meeting of the towns and general sessions of the peace.*

*Provided always,—*

[SECT. 5.] That where there shall appear any circumstances to mitigate or alleviate any of the offences against this act, in the judgment of the court before which such offence shall be tried, it shall and may be lawful for the judges of such court to abate the whole of the pun- *Judges empowered to abate the punishment of whipping, in case.*

69

Compendium of Laws
Page 0029

ishment of whipping, or such part thereof as they shall judge proper; anything in this act to the contrary notwithstanding.

<span style="float:left">Continuance of the act.</span>

[SECT. 6.] This act to continue and be in force for the space of three years from the publication thereof, and no longer. [*Passed and published February* 14, 1750–51.]

# CHAPTER 18.

AN ACT IN ADDITION TO AN ACT, INTITLED "AN ACT TO PREVENT DAMAGE BEING DONE ON THE BEACH, HUMOCKS AND MEADOWS BELONGING TO THE TOWN OF SCITUATE, LYING BETWEEN THE SOUTHERLY END OF THE 'THIRD CLIFT,' SO CALLED, AND THE MOUTH OF THE NORTH RIVER."

<span style="float:left">Preamble.<br>1749-50, chap. 14.</span>

WHEREAS in and by an act made and passed in the twenty-third year of his present majesty's reign, intitled "An Act to prevent damage being done on the beach, humocks and meadows belonging to the town of Scituate, lying between the southerly end of the 'Third Clift,' so called, and the mouth of the North River," the penalt[y][*ie*]s for turning or driving neat cattle, horse-kind, sheep or goats upon such beach, humocks or sedge-ground adjo[y][*i*]ning to said beach, to feed thereon, are to be recovered from him or them that shall so drive said cattle, horse-kind, sheep or goats, or from the owner or owners of them that shall so order them to be driven; and it is found, by experience, that proof thereof can seldom be obtained, whereby the good end and design of said act in a great measure is defeated,—

*Be it therefore enacted by the Lieutenant-Governour, Council and House of Representatives,*

<span style="float:left">Neat cattle and other creatures to be impounded if found feeding on the meadows, &c.</span>

[SECT. 1.] That if any neat cattle, horse-kind, sheep or goats shall be found feeding on said beach, humocks, meadows or sedge-ground adjoyning to said beach, it shall and may be lawful for any person to impound the same, such person to observe the rules and directions in the said act prescribed in case of impounding; and the owner or owners of them shall forfeit and pay to the impounder one shilling a head for all neat cattle and horse-kind, and twopence for every sheep or goat; and the said penalt[y][*ie*]s or forfeitures shall be paid, before the creatures, which shall or may be impounded by virtue of this act, be discharged or released by the pound-keeper.

*Provided, nevertheless,*—

<span style="float:left">Rates to be paid for such impounded creatures.</span>

[SECT. 2.] The owner or owners of the creatures so impounded may, if they think fit, replevie such creatures, on condition they give sufficient bond, with one or more suret[y][*ie*]s, to prosecute such replevin to effect before some justice of the peace in the same county, within fifteen days from the date of such replevin, and to pay all such forfeitures and costs as shall be awarded or adjudged against them. [*Passed February* 8; *published February* 16, 1750–51.]

# CHAPTER 19.

AN ACT FOR GRANTING UNTO BENJAMIN CRABB THE SOLE PRIVI-LE[D]GE OF MAKING CANDLES OF COARSE SPERMACÆTI OYL.

<span style="float:left">Preamble.</span>

WHEREAS Benjamin Crabb, of Rehoboth, in the county of Bristol, has represented to this court that he, and no other person in the prov-

Compendium of Laws
Page 0030




DATE DOWNLOADED: Wed May 24 12:34:58 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1763-1775 343 .

ALWD 7th ed.
, , 1763-1775 343 .

Chicago 17th ed.
"," New Jersey - 20th-22nd Assemblies : 343-347


AGLC 4th ed.
" New Jersey - 20th-22nd Assemblies 343

OSCOLA 4th ed.
" 1763-1775 343          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# At a GENERAL ASSEMBLY held at

Burlington from the Twentieth Day of November to the Twenty-first Day of December 1771, in the Twelfth Year of the Reign of King George the Third, the following Laws were passed.

## SESSION THE FOURTH.

### CHAP. DXXXIX.

*An* ACT *to continue and amend an Act, entitled, An* Act *for better settling and regulating the* Militia *of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions.*\*

Passed Dec. 21, 1771.

WHEREAS the Act passed in the Nineteenth Year of the Reign *Preamble.* of our late Sovereign Lord King *George* the Second, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions,* will expire at the End of this Session of Assembly ;

Sect. 1. BE IT ENACTED *by the Governor, Council and General Assem-* *Limitation.* *bly, and it is hereby Enacted by the Authority of the same,* That the said Act, entitled, *An* Act *for better settling and regulating the Militia of this Colony of* New-Jersey ; *for the repelling Invasions, and suppressing Insurrections and Rebellions,*\* shall be, and hereby is continued, and every Article and Clause therein contained shall be and remain in full Force, from the Publication hereof, to the first Day of *May* which will be in the Year of our Lord One Thousand Seven Hundred and Seventy-seven, and from thence to the End of the next Session of the General Assembly of this Colony, and no longer.

2. AND WHEREAS it has been a Custom of late, in some of the Counties of this Colony, to choose the Militia Officers Constables ; for preventing the same for the Future, BE IT ENACTED *by the Autho-* *Commission-* *rity aforesaid,* That, during the Continuance of this Act, it shall not be *ed Officers* *not to be cho-* lawful for any Court of General Quarter-Sessions of the Peace, or for *sen Consta-* any of the Inhabitants of this Colony, at their annual Town-meetings, *bles.* to appoint or choose any commissioned Officer, while in Commission, to be a Constable ; any Law, Usage or Custom to the contrary notwithstanding.

### · CHAP. DXL.

*An* ACT *for the Preservation of* Deer *and other Game, and to prevent trespassing with Guns.*

Passed Dec. 21, 1771.

WHEREAS the Laws heretofore passed in this Colony for the *Preamble.* Preservation of Deer and other Game, and to prevent trespass-
\* Chap. CC.    ing

Digitized from Best Copy Available

344    XII    G E O R G E    III.    *A. D.*    1771.

ing with Guns, Traps and Dogs, have, by Experience, been found in-
fufficient to anfwer the falutary Purpofes thereby intended ; Therefore,

*No Perfon to carry a Gun on Lands not his own, except, &c.*    *Sect.* 1. BE IT ENACTED *by the Governor, Council and General Af-
fembly of this Colony of* New-Jerfey, *and it is hereby Enacted by the Au-
thority of the fame,* That if any Perfon or Perfons fhall prefume, at
any Time after the Publication hereof, to carry any Gun on any
Lands not his own, and for which the Owner pays Taxes, or is in his
lawful Poffeffion, unlefs he hath Licenfe or Permiffion in Writing from
the Owner or Owners or legal Poffeffor, every fuch Perfon fo offending,
and convicted thereof, either upon the View of any Juftice of the Peace
within this Colony, or by the Oath or Affirmation of one or more Wit-
neffes, before any Juftice of the Peace of either of the Counties, Cities or
Towns-corporate of this Colony, in which the Offender or Offenders
may be taken or refide, he, fhe or they, fhall, for every fuch Offence, for-
feit and pay to the Owner of the Soil, or his Tenant in Poffeffion, the
*Penalty.*    Sum of *Forty Shillings,* with Cofts of Suit ; which Forfeiture fhall
and may be fued for and recovered by the Owner of the Soil, or Te-
nant in Poffeffion, before any Juftice of the Peace in this Colony, for
the Ufe of fuch Owner or Tenant in Poffeffion.

*No Perfon to drive Deer or other Game, except, &c.*    2. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon fhall prefume, at any Time after the Publication of this Act,
to hunt or watch for Deer with a Gun, or fet in any Dog or Dogs to
drive Deer, or any other Game, on any Lands not his own, and for
which the Owner or Poffeffor pays Taxes, or is in his lawful Poffeffion,
unlefs he hath Licenfe or Permiffion in Writing from fuch Owner or
Owners or legal Poffeffor ; every fuch Perfon fo offending, and being
convicted thereof in Manner aforefaid, fhall, for every fuch Offence,
forfeit and pay to the Owner of the Soil, or Tenant in Poffeffion, the
*Penalty.*    Sum of *Forty Shillings,* with Cofts of Suit ; provided, that nothing
herein contained fhall be conftrued to extend to prevent any Perfon
carrying a Gun upon the King's Highway in this Colony.

*Penalty on Non-Refi-dents.*    3. AND BE IT FURTHER ENACTED *by the Authority aforefaid,* That
if the Perfon or Perfons offending againft this Act be Non-Refidents
of this Colony, he or they fhall forfeit and pay for every fuch Offence
*Five Pounds,* and fhall forfeit his or their Gun or Guns to any Perfon
or Perfons who fhall inform and profecute the fame to Effect, before
any Juftice of the Peace in any County of this Colony, wherein the
Offender or Offenders may be taken or apprehended.

*Penalty for killing, &c. Deer out of Seafon.*    4. AND BE IT ENACTED *by the Authority aforefaid,* That if any
Perfon or Perfons fhall kill, deftroy, hunt or take any Doe, Buck,
Fawn, or any Sort of Deer whatfoever, at any other Time or Seafon,
except only between the firft Day of *September* and the firft Day of
*January* yearly and every Year, he, fhe or they fo offending, fhall for-
feit and pay the Sum of *Forty Shillings* for each and every Offence ;
to be fued for, recovered and applied as hereafter is directed.

*What fhall be Evidence of fuch Kill-ing, &c.*    5. AND, for the better and more effectual convicting of Offenders
againft this Act, BE IT ENACTED *by the Authority aforefaid,* That any
and every Perfon or Perfons in whofe Cuftody fhall be found, or who
fhall

Digitized from Beft Copy Available

fhall expofe to Sale, any green Deerfkins, or frefh Venifon killed at any Time after the firft Day of *January*, and before the firft Day of *September* aforefaid, and fhall be thereof convicted by the Oath or Affirmation of one or more credible Witneffes, fhall be deemed guilty of offending againft this Act, and be fubjected to the Penalties of killing Deer out of Seafon.

6. AND WHEREAS great Numbers of idle and diforderly Perfons make a Practice of hunting on the wafte and unimproved Lands in this Colony, whereby their Families are neglected, and the Publick is prejudiced by the Lofs of their Labour, BE IT THEREFORE EN- Who may ACTED *by the Authority aforefaid*, That, from and after the firft Day hunt on un-improved of *January* next, no Perfon or Perfons whatfoever (except fuch Perfons Lands. as are by the Laws of this Colony qualified to vote for Reprefentatives in General Affembly, in Right of their Freeholds, and their Sons being of the Age of eighteen Years or upwards, and living with their Parent or Parents, or being Freeholders) fhall, on any Pretence whatever, hunt on the wafte and unimproved Lands in this Colony ; and if any Perfon or Perfons, not qualified as aforefaid, fhall prefume to hunt as aforefaid, he or they fo offending fhall forfeit and pay, for every fuch Offence, the Sum of *Twenty Shillings ;* to be recovered by Action of Penalty on Debt, with Cofts, by any Perfon who fhall fue for the fame ; to be ap- Offenders. plied one Half to the Profecutor, and the other Half to the Ufe of the Poor of the Townfhip or Precinct where the Fact was committed.

7. AND BE IT ENACTED *by the Authority aforefaid*, That if any Per- Penalty on fon or Perfons within this Colony fhall fet any Trap or other Device fetting Traps, whatfoever, larger than what is ufually and commonly fet for Foxes *&c.* and Mufkrats, fuch Perfon, fetting fuch Trap or other Device, fhall pay the Sum of *Five Pounds*, and forfeit the Trap or other Device, fhall fuffer three Months Imprifonment, and fhall alfo be liable to make good all Damages any Perfon fhall fuftain by fetting fuch Trap or other Device, and the Owner of fuch Trap or other Device, or Perfon to whom it was lent, fhall be efteemed the Setter thereof, unlefs it fhall be proved, on Oath or Affirmation, what other Perfon fet the fame, or that fuch Trap or other Device was loft by faid Owner or Perfon to whom it was lent, and abfolutely out of his Power; and if the Setter Penalty on a of the Trap or other Device be a Slave, and it be his own voluntary Act, Slave fetting fuch Trap, he fhall (unlefs the Mafter or Miftrefs fhall pay the Fine) in Lieu of fuch *&c.* Fine, be publickly whipped with thirty Lafhes, and committed till the Cofts are paid; and that the faid Trap or other Device fhall be broken and deftroyed in the View and Prefence of the Juftice of the Peace before whom they are brought: And if any Perfon or Perfons fhall have Penalty on Poffeffion of, or there fhall be found in his or their Houfe, any Trap keeping fuch Trap, *&c.* or Traps, Device or Devices whatfoever, for taking of Deer, fuch Perfon or Perfons fhall be fubjected to the fame Penalty as if he or they were convicted of fetting fuch Trap or Traps, or other Device.

8. AND, for encouraging the Deftruction of fuch Traps and De- Reward for vices, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon feizing a Trap, *&c.* fhall feize any Trap or other Device for the taking Deer, and fhall carry fuch Trap or other Device to any Magiftrate of the County where fuch Trap or Device was feized, fuch Perfon fhall be entitled to

4 Q                                                             an

Digitized from Best Copy Available

XII GEORGE III. *A. D.* 1771.

an Order from the faid Magiftrate to the Collector of fuch County, to pay him the Sum of *Ten Shillings*, out of any Money in his Hands raifed for the Ufe of the County ; which Sums fhall be allowed to fuch Collector on the Settlement of his Accounts.

Penalty on a
Smith making
or mending
fuch Trap,
&c.

9. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That every Smith or other Artificer, who fhall hereafter make or mend any fuch Trap or other Device aforefaid, he fhall forfeit and pay the Sum of *Forty Shillings* ; and the Perfon carrying fuch Trap or other Device to the Artificer aforefaid, fhall forfeit and pay the Sum of *Twenty*

Penalty on
bringing
fuch Trap,
&c. into the
Colony.

*Shillings.* And every Perfon who fhall bring into this Colony any fuch Trap or Device as aforefaid fhall forfeit and pay the Sum of *Forty Shillings.* And if the Perfon who fhall carry the fame to the Smith or Artificer fhall be fo poor as that he fhall not be able to pay the Forfeiture aforefaid, he fhall be committed to the common Gaol, until he fhall prove who is Owner of fuch Trap or Device, or who delivered the fame to him ; and in fuch Cafe the Forfeiture aforefaid fhall be levied on the Goods, or in Failure of Goods, on the Body of the Owner of fuch Trap or Device, or the Perfon who delivered the fame to the Pauper, and the Trap or Device fhall be forfeited and deftroyed.

Penalty for
fetting loaded
Guns.

10. AND WHEREAS a moft dangerous Method of fetting Guns has too much prevailed in this Province, BE IT ENACTED *by the Authority aforefaid*, That if any Perfon or Perfons within this Colony fhall prefume to fet any loaded Gun in fuch Manner as that the fame fhall be intended to go off or difcharge itfelf, or be difcharged by any String, Rope, or other Contrivance, fuch Perfon or Perfons fhall forfeit and pay the Sum of *Six Pounds* ; and on Non-payment thereof fhall be committed to the common Gaol of the County for fix Months.

Application
of Penalties.

11. AND BE IT FURTHER ENACTED *by the Authority aforefaid*, That the Fines and Forfeitures in this Act exprefled, and not particularly appropriated, fhall be paid, one Half to the Profecutor, and the other Half to and for the Ufe of the Poor of the Town, Precinct or Diftrict, where the Offence is committed ; and that the Execution of this Act,

Jurifdiction
given to one
Magiftrate.

and every Part thereof, fhall be within the Cognizance and Jurifdiction of any one Magiftrate or Juftice of the Peace, without any Reference to the Act for Trial of fmall Caufes in this Colony.

This Act not
to affect
Parks.

12. AND BE IT ENACTED, That nothing in this Law fhall be conftrued to extend to reftrain the Owners of Parks, or of tame Deer, from killing, hunting or driving their own Deer.

Penalty on
Magiftrate
neglecting
his Duty.

13. AND BE IT ALSO ENACTED *by the Authority aforefaid*, That if any Juftice of the Peace or other Magiftrate, within this Province, fhall have Information of any Perfons offending againft this Act, in killing Deer out of Seafon, fetting and making Traps, Non-Refidents killing Deer, and Perfons fetting of Guns, and fhall not profecute the fame to Effect within two Months after fuch Information, he fhall forfeit and pay the Sum or Sums to which the Offender againft this Act would have been liable.

14. AND

Digitized from Best Copy Available

## WILLIAM FRANKLIN, Esquire, Governor.    347

14. AND BE IT ENACTED *by the Authority aforesaid,* That the Jus- This Act to tices at every Quarter-Sessions of the Peace shall cause this Act to be be publiſhed publickly read ; and give in Charge to the Grand-Jury to particularly and executed. inquire and present all Persons for killing Deer out of Season, setting or making Traps, and all Non-Residents killing, destroying, hunting and taking any Sort of Deer, and all Persons setting of Guns ; and, upon Conviction for either of the said Offences, the said Justices shall set and impose the Fines and Penalties herein before-mentioned, with Costs of Suit.

15. AND BE IT ENACTED *by the Authority aforesaid,* That if any Appeal given Person or Persons whatsoever, whether the Accused or Accuser, Plaintiff to next Seſ- or Defendant, shall think themselves aggrieved by any of the Judg- fions. ments given by the said Justices or other Magistrates, for any Suit commenced by Virtue of this Act ; then it shall and may be lawful for such Person or Persons to appeal, on giving sufficient Security for the Forfeitures and Costs, to the next Court of General Quarter-Sessions, held for such County where such Judgment shall be given ; which Court is hereby empowered to hear and determine all and every such Appeal or Appeals.

16. AND BE IT ENACTED *by the Authority aforesaid,* That if any Penalty for Person or Persons, within this Colony, shall, after the Publication of this watching in Act, watch with a Gun, on any uninclosed Land within two Hun- near a Road. dred Yards of any Road or Path, in the Night Time, whether the said Road is laid out by Law or not, or shall stand or station him or them- selves upon or within two Hundred Yards of any Road as aforesaid, for shooting at Deer driven by Dogs, he or they so offending, shall, on Conviction, forfeit and pay the Sum of *Five Pounds* for every such Of- fence ; to be recovered by Action of Debt, or Presentment of the Grand-Jury as aforesaid, and pay all Damages.

17. PROVIDED ALWAYS, That the sixth Section of this Act shall Not to affect not be construed to affect any Native *Indian ;* and that nothing in this *Indians,* nor Act shall be construed to prevent the Inhabitants of *Essex, Bergen, Mor-* *Morris* or *ris* and *Suſſex,* from making, having in their Houses, or setting Traps *Suſſex.* of five Pounds Weight or more for Bears, Wolves, Foxes, or any other wild Beasts, Deer only excepted.

18. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That Repeal of all former Laws made in this Colony for the Preservation of Deer and Former Laws. other Game, and to prevent trespassing with Guns, and regulating the Size of Traps, shall be, and they are hereby repealed.

### C H A P. DXLI.

*An* ACT *declaring the River* Delaware *a common* Highway, *and for improving the* Navigation *in the said River.*

Passed Dec. 21, 1771.

WHEREAS the improving the Navigation in Rivers is of great Preamble. Importance to Trade and Commerce ; AND WHEREAS the River *Delaware*

Digitized from Best Copy Available



Avalon Home | Document Collections | Ancient 4000bce - 399 | Medieval 400 - 1399 | 15th Century 1400 - 1499 | 16th Century 1500 - 1599 | 17th Century 1600 - 1699 | 18th Century 1700 - 1799 | 19th Century 1800 - 1899 | 20th Century 1900 - 1999 | 21st Century 2000 -

### Blackstone's Commentaries on the Laws of England
### Book the First - Chapter the First : Of the Absolute Rights of Individuals

Blackstone Contents

.P 116

.P 117

COMMENTARIES

ON THE

LAWS OF ENGLAND.

BOOK THE FIRST.

OF THE RIGHTS OF PERSONS.

CHAPTER THE FIRST.

OF THE ABSOLUTE RIGHTS OF INDIVIDUALS.

THE objects of the laws of England are fo very numerous and extenfive, that, in order to confider them with any tolerable eafe and perfpicuity, it will be neceffary to diftribute them methodically, under proper and diftinct heads ; avoiding as much as poffible divifions too large and comprehenive on the one hand, and too trifling and minute on the other ; both of which are equally productive of confufion.

NOW.

.P 118

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

NOW, as municipal law is a rule of civil conduct, commanding what is right, and prohibiting what is wrong ; or, as Cicero [d], and after him our Bracton [b], has expreffed it, fanctio jufta, jubens honefta et prohibens contraria ; it follows, that the primary and principal objects of the law are RIGHTS, and WRONGS. In the profecution therefore of thefe commentaries, I fhall follow this very fimple and obvious divifion ; and fhall in the firft place confider the rights that are commanded, and fecondly the wrongs that are forbidden by the laws of England.

RIGHTS are however liable to another fubdivifion ; being either, firft, thofe which concern, and are annexed to the perfons of men, and are then called jura perfonarum or the rights of perfons ; or they are, fecondly, fuch as a man may acquire over external objects, or things unconnected with his perfon, which are filed jura rerum or the rights of things. Wrongs alfo are divifible into, firft, prvate wrongs, which, being an infringement merely of particular rights, concern individuals only, and are called civil injuries ; and fecondly, public wrongs, which, being a breach of general and public rights, affect the whole community, and are called crimes and mifdemefnors.

THE objects of the laws of England falling into this fourfold divifion, the prefent commentaries will therefore confift of the four following parts : 1. The rights of perfons ; with the means whereby fuch rights may be either acquired or loft. 2. The rights of things ; with the means alfo of acquiring and lofing them. 3. Private wrongs, or civil injuries ; with the means of redreffing them by law. 4. Public wrongs, or crimes and mifdemefnors ; with the means of prevention and punifhment.

WE are now, firft, to confider the rights of perfons ; with the means of acquiring and lofing them.

.{FS}

11 Philipp. 12.

[b] l. 1. c. 3.

.{FE}

NOW

.P 119

The RIGHTS OF PERSONS.

BOOK I.

1.

the rights of perfons that are commanded to be obferved by the municipal law are of two forts ; firft, fuch as are due from every citizen, which are ufually called civil duties ; and, fecondly, fuch as belong to him, which is the more popular acceptation of rights or jura. Both may indeed be comprized in this latter divifion ; for, as all focial duties are of a relative nature, at the fame time that they are due from one man, or fet of men, they muft alfo be due to another. But I apprehend it will be more

Compendium of Laws
Page 0037

clear and eafy, to confider many of them as duties required from, rather than as rights belonging to, particular perfons. Thus, for inftance, allegiance is ufually, and therefore as the duty of the magiftrate ; and yet they are, reciprocally, the rights as well as duties of each other. Allegiance is the right of the magiftrate, and protection the right of the people.

PERSONS alfo are divided by the law into either natural perfons, or artificial. Natural perfons are fuch as the God of nature formed us : artificial are fuch as created and devifed by human laws for the purpofes of fociety and government ; which are called corporations or bodies politic.

THE rights of perfons confidered in their natural capacities are alfo of two forts, abfolute, and relative. Abfolute, which are fuch as appertain and belong to particular men, merely as individuals or fingle perfons : relative, which are incident to them as members of fociety, and ftanding in various relations to each other. The firft, that is, abfolute rights, will be the fubject of the prefent chapter.

BY the abfolute rights of individuals we mean thofe which are fo in their primary and ftricteft fenfe ; fuch as would belong to their perfons merely in a ftate of nature, and which every man is intitled to enjoy whether out of fociety or in it. But with regard to the abfolute duties, which man is bound to perform con-

fidered

.P 120

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

fidered as a mere individual, it is not to be expected that any human municipal laws fhould at all explain or enforce them. For the end and intent of fuch laws being only to regulate the behaviour of mankind, as they are members of fociety, and ftand in various relations to each other, they have confequently no bufinefs or concern with any but focial or relative duties. Let a man therefore be ever fo abandoned in his principles, or vitious in his practice, provided he keeps his wickednefs to himfelf, and does not offend againft the rules of public decency, he is out of the reach of human laws. But if he makes his vices public, though they be fuch as feem principally to affect himfelf, (as drunkennefs, or the like) they then become, by the bad example they fet, of pernicious effects to fociety ; and therefore it is then the bufinefs of human laws to correct them. Here the circumftance of publication is what alters the nature of the café. Public fobriety is a relative duty, and therefore enjoined by our laws : private fobriety is an abfolute duty, which, whether it be performed or not, human tribunals can never know; and therefore they can never enforce it by any civil fanction. But, with refpect to rights, the café is different. Human laws define and enforce as well thofe rights which belong to a man confidered as an individual, as thofe which belong to him confidered as related to others.

FOR the principal aim of fociety is to protect individuals in the enjoyment of thofe abfolute rights, which were vefted in them by the immutable laws of nature ; but which could not be preferved in peace without that mutual affiftance and intercourfe, which is gained by the inftitution of friendly and focial communities. Hence it follows, that the firft and primary end of human laws is to formation of ftates and focieties : fo that to maintain and regulate thefe, is clearly a fubfequent confideration. And therefore the principal view of human laws is, or ought always to be, to explain, protect, and enforce fuch rights as are

abfolute,

.P 121

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

abfolute, which in themfelves are few and fimple ; and, then, fuch rights as are relative, which arifing from a variety of connexions, will be far more numerous and more complicated. Thefe will take up a greater fpace in any code of laws, and hence may appear to be more attended to, though in reality they are not, than the rights of the former kind. Let us therefore proceed to examine how far all laws ought, and how far the laws of England actualy do, take notice of thefe abfolute rights, and provide for their lafting fecurity.

THE abfolute righs of man, confidered as a free agent, endowed with difcernment to known good from evil, and with power of choofing thofe meafures which appear to him to be moft defirable, are ufually fumed up on one general appellation, and denominated the natural liberty of mankind. This natural liberty confifts properly in a power of acting as one thinks fit, without any reftraint or control, unlefs by the law of nature : being a right inherent in a us by birth, and one of the gifts of God to man at his creation, when he endued him with the faculty of freewill. But every man, when he enters into fociety, gives, up a part of his natural liberty, as the price of fo valuable a purchafe ; and, in confideration of receiving the advantages of mutual commerce, obliges himfelf to conform to thofe laws, which the community has tough proper to eftablifh. And this fpecies of legal obedience and conformity is infinitely more defirable, than that wild and favage liberty which is facrificed to obtain it. For no man, that confiders a moment, would wifh to retain the abfolute and uncontrolled power of doing whatever he pleafes; the confequence of which is, that every other man would alfo have the fame power ; and then there would be no fecurity to individuals in any of the enjoyments of life. Political therefore, or civil, liberty, which is that of a member of fociety, is no other than natural liberty fo far reftrained by human laws (and no farther) as is neceffary and expedient for the general advantage of the publick [c]. Hence we may collect that the law, which reftrains a

.{FS}

[c] Facultas ejus, quod cuique facere libet, nifi quid jure prohibetur. Inft. 1. 3. 1.

.{FE}

Q

man

.P 122

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

man from doing mifchief to his fellow citizens, though it diminifhes the natural, increafes the civil liberty of mankind : but every wanton and caufelefs reftraint of the will of the fubject, whether practiced by a monarch, a nobility, or a popular affembly, is a degree of tyranny. Nay, that even laws themfelves, whether made with or without our confent, if they regulate and conftrain our conduct in matters of mere indifference, without any good end in view, are laws deftructive of liberty : whereas if any public advantage can arife from obferving fuch precepts, the control of our private inclinations, in one or two particular points, will conduce to preferve our general freedom in others of more importance ; by fupporting that ftate, of fociety, which alone can fecure our independence. Thus the ftatute of king Edward IV [d], which forbad

Compendium of Laws
Page 0038

the fine gentlemen of thofe times (under the degree of a lord) to wear pikes upon their fhoes or boots of more than two inches in length, was a law that favoured of oppreffion ; becaufe, however ridiculous the fafhion then in ufe might appear, the refraining it by pecuniary penalties could ferve no purpofe of common utility. But the ftatute of king Charles II [e], which prefcribes a thing feemingly as indifferent ; viz. a drefs for the dead, who are all ordered to be buried in woollen; is a law confiftent with public liberty, for it encourages the ftaple trade, on which in great meafure depends the univerfal good of the nation. So that laws, wen prudently framed, are by no means fubverfive but rather introductive of liberty ; for (as Mr Locke has well obferved [f]) where there is no law, there is no freedom. But then, on the other hand, that conftitution or frame of government, that fyftem of laws, is alone calculated to maintain civil liberty, which leaves the fubject entire mafter of his own conduct, except in thofe points wherein the public good requires fome direction or reftraint.

THE idea and practice of this political or civil liberty flourifh in their higheft vigour in thefe kingdoms, where it falls little

.{FS}

[d] 3 Edw. IV. c. 5.

[e] 30 Car. II. ft. 1. c. 3.

[f] on Gov. p. 2. § 57.

.{FE}

fhort

.P 123

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

fhort of perfection, and can only be loft or deftroyed by the folly or demerits of it's owner : the legiflature, and of courfe the laws of England, being peculiarly adapted to the prefervation of this ineftimable bluffing even in the meaneft fubject. Very different from the modern conftitutions of other ftates, on the continent of Europe, and from the genius of the imperial law ; which in general are calculated to veft an arbitrary and defpotic power of controlling the actions of the fubject in the prince, or in a few grandees. And this fpirit of liberty is fo deeply implanted in our conftitution, and rooted even in our very foil, that a flave or a negro, the moment he lands in England, falls under the protection of the laws, and with regard to all natural rights becomes eo infanti a freeman [g].

THE abfolute rights of every Englifhman (which, taken in a political and extenfive fenfe, are ufually called their liberties) as they are founded on nature and reafon, fo they are coeval with our form of government ; though fubject at times to fluctuate and change : their eftablifhment (excellent as it is) being ftill human. At fome times we have feen them depreffed by overbearing and tyrannical princes; at others fo luxuriant as even to tend to anarchy, a worfe ftate than tyranny itfelf, as any government is better than none at all. But the vigour of our free conftitution has always delivered the nation from thefe embaraffments, and, as foon as the convulfions confequent on the ftruggle have been over, the balance of our rights and liberties has fettled to it's proper level; and their fundamental articles have been from time to time afferted in parliament, as often as they were thought to be in danger.

FIRST, by the great charter of liberties, which was obtained, fword in hand, from king John ; and afterwards, with fome alterations, confirmed in parliament by king Henry the third, his fon. Which charter contained very few new grants ; but, as fir Edward Coke [h] obferves, was for the moft part declaratory of the

.{FS}

[s] Salk. 666.

[h] 2 Inft. proem.

.{FE}

Q 2

principal

.P 124

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

principal grounds of the fundamental laws of England. Afterwards by the ftatute called confirmatio cartarum [i], whereby the great charter is directed to be allowed as the common law ; all judgments contrary to it are declared void ; copies of it are ordered to be fent to all cathedral churches, and read twice a year to the people ; and fentence of excommunication is directed to be as conftantly denounced againft all thofe that by word, deed, or counfel act contrary thereto, or in any degree infringe it. Next by a multitude of fubfequent corroborating ftatutes, (fir Edward Coke, I think, reckons thirty two [k],) from the firft Edward to Henry the fourth. Then, after a long interval, by the petition of right ; which was a parliamentary declaration of the liberties of the people , affented to by king Charles the firft in the beginning of his reign. Which was clofely followed by the ftill more ample conceffions made by that unhappy prince to his parliament, before the fatal rupture between them ; and by the many falutary laws, particularly the habeas corpus act, paffed under Charles the fecund. To thefe fucceeded the bill of rights, or declaration delivered by the lords and commons to the prince and princefs of Orange 13 February 1688 ; and afterwards enacted in parliament, when they became king and queen : which declaration concludes in thefe remarkable words ; "and they do claim, "demand, and infift upon all and fingular the premifes, as their "undoubted rights and liberties." And the act of parliament itfelf [l] recognizes "all and fingular the rights and liberties afferted "and claimed in the faid declaration to be the true, antient, and "indubitable rights of the people of this kingdom." Laftly, thefe liberties wee again afferted at the commencement of the prefent century, in the act of fettlement [m], whereby the crown is limited to his prefent majeft's illuftrious houfe, and fome new provifions were added at the fame fortunate aera for better fecuring our religion, laws, and liberties ; which the ftatute declares to be the "birthright of the people of England," according to the antient doctrine of the common law [n].

.{FS}

[i] 25 Edw. I.

[k] 2 Inft. proem.

ˡ 1 W. and M. ft. 2. c. 2.

ᵐ 12 & 13 W. III. c. 2.

ⁿ Plowd. 55.

.{FE}

THUS

.P 125

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

THUS much for the declaration of our rights and liberties. The rights themfelves thus defined by thefe feveral ftatutes , confift in a number of private immunities ; which will appear, from what has been premifed, to be indeed no other, than either that refiduum of natural liberty, which is not required by the laws of fociety to be facrificed to public convenience ; or elfe thofe civil privileges, which fociety hath engaged to provide, in lieu of the natural liberties fo given up by individuals. Thefe therefore were formerly, either by inheritance or purchafe, the rights of all mankind ; but, in moft other countries of the world being now more or lefs debafed and deftroyed, they at prefent may be faid to remain, in a peculiar and emphatical manner, the rights of the people of England. And thefe may be reduced to three principal or primary articles ; the right of perfonal fecurity, the right of perfonal liberty ; and the right of private property : becaufe as there is no other known method of compulfion, or of abridging man's natural free will, but by an infringment or diminution of one or other of thefe important righs, the prefervation of thefe, inviolate, may juftly be faid to include the prefervation of our civil immunities in their largeft and moft extenfive fenfe.

I. THE right of perfonal fecurity confifts in a perfon's legal and uninterrupted enjoyment of his life, his limbs, his body, his health, and his reputation.

1. LIFE is the immediate gift of God, a right inherent by nature in every individual ; and it begins in contemplation of law as foon as an infant is able to ftir in the mother's womb. For if a woman is quick with child, and by a potion, or otherwife, killeth it in her womb ; or if any one beat her, whereby the child dieth in her body, and fhe is delivered of a dead child ; this, though not murder, was by the antient law homicide or manflaughter ᵒ. But at prefent it is not looked upon in quite fo

.{FS}

ᵒ Si aliquis mulierem praegnantem percufferit, vel ei venenum dederit, per quod fecerit abortivam ; fi puerperium jam formatum fuerit, et maxime fi fuerit animatum, facit bomicidium. Bracton. I. 3. c. 21.

.{FE}

atrocious

.P 126

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

atrocious a light, though it remains a very heinous mifdemefnor ᵖ.

AN infant in ventre ftatute mere, or in the mother's womb, is fuppofed in law to be born for many purpofes. It is capable of having a legacy, or a furrender of a copyhold eftate made to it. It may have a guardian affigned to it ᑫ ; and it is enabled to have an eftate limited to it's ufe, and to take afterwards by fuch limitation, as if it were then actually born ʳ. And in this point the civil law agrees with ours ˢ.

2. A MAN'S limbs, (by which for the prefent we only underftand thofe members which may be ufeful to him in fight, and the lofs of which only amounts to mayhem by the common law) are alfo the gift of the wife creator ; to enable man to protect himfelf from external injuries in a ftate of nature. To thefe therefore he has a natural inherent right ; and they cannot be wantonly deftroyed or difabled without a manifeft breach of civil liberty.

BOTH the life and limbs of a man are of fuch high value, in the eftimation of the law of England, that it pardons even homicide if committed .{FE} defendendo, or in order to preferve them. For whatever is done by a man, to fave either life or member, is looked upon as done upon the higheft neceffity and compulfion. Therefore if a man through fear of death or mayhem is prevailed upon to execute a deed, or do any other legal act ; thefe, though accompanied with all other the requifite folemnities, are totally void in law, if forced upon him by a well-grounded apprehenfion of lofing his life, or even his limbs, in café of his non-compliance ᵗ. And the fame is alfo a fufficient excufe for the commiffion of many mifdemefnors, as will appear in the fourth book.

.{FS}

ᵖ 3. Inft. 90.

ᑫ Stat. 12 Car II c. 24.

ʳ Stat. 10 & 11 W. III. c. 16.

ˢ 2id in imteliguntur in rervum natura effe, cum de eorum commode agatur. Ff. 1. 5. 26.

ᵗ 2 Inft. 483.

.{FE}

The

.P 127

The RIGHTS OF PERSONS.

Compendium of Laws
Page 0040

BOOK I.

Ch. 1.

The conftraint a man is under in thefe circumft nces is called in law durefs, from the Latin durities, of which there are two forts ; durefs of imprifonment, where a man actually lofes his liberty, fo which we fhall prefently fpeak ; and durefs per minas, where the hardfhip is only threatened and impending, which is that we are now difcourfing of. Durefs per minas is either for fear of lofs of life, or elfe for fear of mayhem, or lofs of limb. And this fear muft be upon fufficient reafon ; "non," as Bracton expreffes it, 'fufpicio cujuflibet vani et meticulofi bominis, fed talis qui poffit "cadere in cirum conftantem ; talis enim debet effe metus, qui in .fe "contineat vitae periculum, aut corporis cruciatum ᵘ." A fear of battery, or being beaten, though never fo well grounded, is no durefs ; neither is the fear of having one's houfe burnt, or one's goods taken away and deftroyed ; becaufe in thefe cafes, fhould the threat be performed, a man may have fatisfaction by recovering equivalent damages ᵂ: but no fuitable atonement can be made for the lofs of life, or limb. And the indulgence fhewn to a man under this, the principal, for of durefs, he fear of lofing his life or limbs, agrees alfo with that maxim of the civil law ; ignofcitur ei qui fanguinem fuum qualiter redemptum voluit ˣ.

THE law not only regards life and member, and protects every man in the enjoyment of them, but alfo furnifhes him with every thing neceffary for their fupport. For there is no man fo indigent or wretched, but he may demand a fupply fufficient for all the neceffities of life, from the more opulent part of the community, by means of the feveral ftatutes enacted for the relief of the poor, of which in their proper places. A humane provifion ; yet, though dictated by the principles of fociety, difcountenanced by the Roman laws. For the edicts of the emperor Conftantine, commanding the public to maintain the children of thofe who were unable to provide for them, in order to prevent the murder and expofure of infants, an inftitution founded on the fame principle as our

.{FS}

ᵘ l. 2. c. 5.

ᵂ 2 inft. 483.

ᶻ Ff. 48. 21. 1.

.{FE}

founding

.P 128

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

founding hofpitals, though comprized in the Theodofian code ʸ, were rejected in Juftinian's collection.

THESE rights, of life and member, can only be determined by the death of the perfon ; which is either a civil or natural death. The civil death commences if any man be banifhed the realm ᶻ by the procefs of the common law, or enters into religion ; that is, goes into a monaftery, and becomes there a monk profeffed : in which cafes he is abfolutely dead in law, and his next heir fhall have his eftate. For, fuch banifhed man is entirely cut off from fociety ; and fuch a monk, upon his profeffion, renounces folemnly all fecular concerns : and befides, as the popifh clergy claimed an exemption from the duties of civil life, and the commands of the temporal magiftrate, the genius of the Englifh law would not fuffer thofe perfons to enjoy the benefits of fociety, who fecluded themfelves from it, and refufed to fubmit to it's regulations ᵃ. A monk is therefore accounted civiliter mortuus, and when he enters into religion may, like other dying men, make his teftament and executors ; or, if he makes none, the ordinary may grant adminiftration to his next of kin, as if he were actually dead inteftate. And fuch executors and adminiftrators fhall have the fame power, and may bring the fame actions for debts due to the religious, and are liable to the fame actions for thofe due from him, as if he were naturally deceafed ᵇ. Nay, fo far has this principle been carried, that when one was bound in a bond to an abbot and his fucceffors, and afterwards made his executors and profeffed himfelf a monk of the fame abbey, and in procefs of time was himfelf made abbot thereof ; here the law gave him, in the capacity of abbot, an action of debt againft his own executors to recover the money due ᶜ. In fhort, a monk or religious is fo effectually dead in law, that a leafe made even to a third perfon, during the life (generally) of one who afterwards becomes a monk, determines by fuch his entry into religion : for

.{FS}

ʸ l. 11. t. 27.

ᶻ Co. Litt. 133.

ᵃ This was alfo a rv'e in the feudal law, l. 2. t. 21. defat effe miles feculi, qui factus eft miles Chrifti ; nec beneficium pertinet ad cum qui non debet gerere officium.

ᵇ Litt. §. 200.

ᶜ Co. Litt. 133 b.

.{FE}

which

.P 129

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

which reafon leafes, and other conveyances, for life, are ufually made to have and to hold for the term of one's natural life ᵈ.

THIS natural life being, as was before obferved, the immediate donation of the great creator, cannot legally be difpofed of or deftroyed by any individual, neither by the perfon himfelf nor by any other of his fellow creatures, merely upon their own authority. Yet neverthelefs it may, by the divine permiffion, be frequently forfeited for the breach of thofe laws of fociety, which are enforced by the fanction of capital punifhments ; of the nature, reftrictions, expedience, and legality of which, we may hereafter more conveniently enquire in the concluding book of thefe commentaries. At prefent, I fhall only obferve, that whenever the conftitution of a ftate vefts in any man, or body of men, a power of deftroying at pleafure, without the direction of laws, the lives or members of the fubject, fuch conftitution is in the higheft degree

tyrannical : and that whenever any laws direct fuch deftruction for light and trivial caufes, fuch laws are likewife tyrannical, though in an inferior degree ; becaufe here the fubject is aware of the danger he is expofed to, and may by prudent caution provide againft it. The ftatute law of England does therefore very feldom, and the common law does never, inflict any punifhment extending to life or limb, unlefs upon the higheft neceffity : and the conftitution is an utter ftranger to any arbitrary power of killing or maiming the fubject without the exprefs warrant of law. "Nullus liber homo, fays the great charter [e], ali- " quo modo deftruatur, nifi per legale judicium parium fuorum aut "per legem terrae." Which words, "aliquo modo deftruatur," according to fir Edward Coke [f], include a prohibition not only of killing, and maiming, but alfo of torturing (to which our laws are ftrangers) and of every oppreffion by colour of an illegal authority. And it is enacted by the ftatute 5 Edw. III. c. 9. that no man fhall be forejudged of life or limb, contrary to the great charter and the law of the land : and again, by ftatute 28 Ed. III.

.{FS}

[d] 2 Rep. 48. Co. Litt. 132.

[e] c. 29.

[f] 2 Inft. 48.

.{FE}

R

c. 3.

.P 130

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

c. 3. that no man fhall be put to death, without being brought to anfwer by due procefs of law.

3. BESIDES thofe limbs and members that may be neceffary to man, in order to defend himfelf or annoy his enemy, the reft of his perfon or body is alfo entitled by the fame natural right to fecurity from the corporal infults of menaces, affaults, beating, and wounding ; though fuch infults amount not to deftruction of life or member.

4.THE prefervation of a man's health from fuch practices as may prejudice or annoy it, and

5. THE fecurity of his reputation or good name from the arts of detraction and flander, are rights to which every man is intitled, by reafon and natural juftice ; fince without thefe it is impoffible to have the perfect enjoyment of any other advantage or right. But thefe three laft articles (being of much lefs importance than thofe which have gone before, and thofe which are yet to come ) it will fuffice to have barely mentioned among the rights of perfons ; referring the more minute difcuffion of their feveral branches, to thofe parts of our commentaries which treat of the infringement of thefe rights, under the head of perfonal wrongs.

II. NEXT to perfonal fecurity, the law of England regards, afferts, and preferves the perfonal liberty of individuals. This perfonal liberty confifts in the power of loco-motion, of changing fituation, or removing one's perfon to whatfoever place one's own inclination may direct ; without imprifonment or reftraint, unlefs by due courfe of law. Concerning which we may make the fame obfervations as upon the preceding article ; that it is a right ftrictly natural ; that the laws of England have never abridged it without fufficient caufe ; and , that in this kingdom it cannot ever be abridged at the mere difcretion of the magiftrate, without the explicit permiffion of the laws. Here again the language of the great charter [g] is, that no freeman fhall be taken or imprifoned

.{FS}

[g] c. 29.

.{FE}

but

.P 131

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

but by the lawful judgment of his equals, or by the law of the land. And many fubfequent old ftatutes [h] expreffly direct, that no man fhall be taken or imprifoned or detained without caufe fhewn, to which he may make anfwer according to law. By 16 Car. I. c. 10. if any perfon be reftrained of his liberty by order or decree of any illegal court, or by command of the king's majefty in perfon, or by warrant of the council board, or of any of the privy council ; he fhall, upon demand of his counfel, have a writ of habeas corpus, to bring his body before the court of king's bench or common pleas ; who fhall determine whether the caufe of his commitment be juft, and thereupon do as to juftice fhall appertain. And by 31 Car. II. c. 2. commonly called the babcas corpus act, the methods of obtaining this writ are fo plainly pointed out and enforced, that, fo long as this ftatute remains unimpeached, no fubject of England can be long detained in prifon, except in thofe cafes in which the law requires and juftifies fuch detainer. And, left this act fhould be evaded by demanding unreafonable bail, or fureties for the prifoner's appearance, it is declared by 1 W. & M. ft. 2. c. 2. that exceffive bail ought not to be required.

OF great importance to the public is the prefervation of this perfonal liberty : for if once it were left in the power of any, the higheft, magiftrate to imprifon arbitrarily whomever he or his officers thought proper, (as in France it is daily practifed by the crown ) there would foon be an end of all other rights and immunities. Some have thought, that unjuft attacks, even upon life, or property, at the arbitrary will of the magiftrate, are lefs dangerous to the commonwealth, than fuch as are made upon the perfonal liberty of the fubject. To bereave a man of life, or by violence to confifcate his eftate, without accufation or trial, would be fo grofs and notorious an act of defpotifm, as muft at once

.{FS}

[h] 5 Edw. III. c. 9. 25. Edw. III. Ft. 5. c. 4. and 28 Edw. III. 4. 3.

.{FE}

R 2

convey

.P 132

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

convey the alarm of tyranny throughout the whole kingdom. But confinement of the perfon, by fecretly hurrying him to gaol, where his fufferings are unknown or forgotten ; is a lefs public, a lefs ftriking, and therefore a more dangerous engine of arbitrary government. And yet fometimes, when the ftate is in real danger, even this may be a neceffary meafure. But the happinefs of our conftitution is, that it is not left to the executive power to determine when the danger of the ftate is fo great, as to render this meafure expedient. For the parliament only, or legiflative power, whenever it fees prper, can authorize the crown, by fufpending the habeas corpus act for a fhort and limited time, to imprifon fufpected perfons without giving any reafon for fo doing. As the fenate of Rome was wont to have recourfe to a dictator, a magiftrate of abfolute authority, when they judged the republic in any imminent danger. The decree of the fenate, which ufually preceded the nomination of this magiftrate, "dent operam confu- "les, nequid refpublica detrimenti capiat," was called the fenatus confultum ultimate neceffitatis. In like manner this experiment ought only to be tried in cafe of extreme emergency ; and in thefe the nation parts with it's liberty for a while, in order to preferve it for ever.

THE confinement of the perfon, in any wife, is an imprifonment. So that the keeping a man againft his will in a private houfe, putting him in the ftocks, arrefting or forcibly detaining him in the ftreet, is an imprifonment [i]. And the law fo much difcourages unlawful confinement, that if a man is under durefs of imprifonment, which we before explained to mean a compulfion by an illegal reftraint of liberty, until he feals a bond or the like ; he may alledge this durefs, and avoid the extorted bond. But if a man be lawfully imprifoned, and either to procure his difcharge, or on any other fair account, feals a bond or a deed, this is not by durefs of imprifonment, and he is not at liberty to avoid it [k]. To make imprifonment lawful, it muft either be, by procefs from the courts of judicature, or by warrant from fome

.{FS}

[i] 2. Inft. 5 9.

[k] 2 Inft. 482.

.{FE}

legal

.P 133

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

legal officer, having authority to commit to prifon ; which warrant muft be in writing, under the hand and feal of the magiftrate, and exprefs the caufes of the commitment, in order to be examined into (if neceffary) upon a habeas corpus. If there be no caufe expreffed, the goaler is not bound to detain the prifoner [l]. For the law judges in this refpect, faith fir Edward Coke, like Feftus the Roman governor ; that it is unreafonable to fend a prifoner, and not to fignify withal the crimes alleged againft him.

A NATURAL and regular confequence of this perfonal liberty, is that every Englifhman may claim a right to abide in his own country fo long as he pleafes ; and not to be driven from it unlefs by the fentence of the law. The king indeed, by his royal prerogative, may iffue out his writ ne exeat regnum, and prohibit any of his fubjects from going into foreign parts without licence [m]. This may be neceffary for the public fervice, and fafeguard of the commonwealth. But no power on earth, except the authority of parliament, can fend any fubject of England out of the land againft his will ; no not even a criminal. For exile, or tranfportation, is a punifhment unknown to the common law ; and, wherever it is now inflicted, it is either by the choice of the criminal himfelf, to efcape a capital punifhment, or elfe by the exprefs direction of fome modern act of parliament. To this purpofe the great charter [n] declares that no freeman fhall be banifhed, unlefs by the judgment of his peers, or by the law of the land. And by the habeas corpus act, 31 Car. II. c. 2. (that fecund magna carta, and ftable bulwark of our liberties) it is enacted, that no fubject of this realm, who is an inhabitant of England, Wales, or Berwick , fhall be fent prifoner into Scotland, Ireland, Jerfey, Guernfey, or places beyond the feas ; (where they cannot have the benefit and protection of the common law ) but that all fuch imprifonments fhall be illegal ; that the perfon, who fhall dare to commit another contrary to this law, fhall be difabled from bearing any office, fhall incur the penalty of a praemunire, and be incapable of receiving the king's pardon :

.{FS}

[l] 2 Inft. 52. 53.

[m] F. N. B. 85.

[n] cap. 29.

.{FE}

and

.P 134

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

and the party fuffering fhall alfo have his private action againft the perfon committing, and all his aiders, advifers and abettors, and fhall recover treble cofts ; befides his damages, which no jury fhall affefs at lefs than five hundred pounds.

THE law is in this refpect fo benignly and liberally conftrued for the benefit of the fubject, that, though within the realm the king may command the attendance and fervice, of all his liegemen, yet he cannot fend any man out of the realm, even upon the public fervice : he cannot even conftitute a man lord deputy or lieutenant of Ireland againft his will, nor make him a foreign embaffador [o]. For this might in reality be no more than an honorable exile.

III. THE third abfolute right, inherent in every Englifhman, is that of property : which confifts in the free ufe, enjoyment, and difpofal of all his acquifitions, without any control or diminution, fave only by the laws of the land. The original of private property is probably founded in nature, as will be more fully explained in the fecund book of the enfuing commentaries : but certainly the modifications under which we at prefent find it, the method of conferving it in the prefent owner, and of tranflating it from man to man, are entirely derived from fociety ; and are fome of thofe civil advantages, in exchange for which every individual has refigned a part of his natural liberty. The laws of England are therefore, in point of honor and juftice, extremely watchful in afcertaining and protecting this right. Upon this principle the great charter ᵖ has declared that no freeman fhall be diffeifed, or divefted, of his freehold, or of his liberties, or free cuftoms, but by the judgment of his peers, or by the law of the land. And by a variety of antient ftatutes �q it is enacted, that no man's lands or goods fhall be feifed into the king's hands, againft the great charter, and the law of the land ; and that no man fhall be difinherited, nor put out of his franchifes or freehold,

.{FS}

ᵒ 2 Inft. 47.

ᵖ c. 29.

�q 5 Edw. III. c. 9. 25 Edw. III. ft. 5. c. 4. 28 Edw. III. c. 3.

.{FE}

unlefs

.P 135

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

unlefs he be duly brought to anfwer, and be forejudged by courfe of law ; and if any thing be done to the contrary, it fhall be redreffed, and holden for none.

SO great moreover is the regard of the law for private property, that it will not authorize the leaft violation of it ; no, not even for the general good of the whole community. If a new road, for inftance, were to be made through the grounds of a private perfon, it might perhaps be extenfively beneficial to the public ; but the law permits no man, or fet of men, to do this without confent of the owner of the land. In vain may it be urged, that the good of the individual ought to yield to that of the community ; for it would be dangerous to allow any private man, or even any public tribunal, to be the judge of this common good, and to decide whether it be expedient or no. Befides, the public good is in nothing more effentially interefted, than in the protection of every individual's private rights, as modelled by the municipal law. In this, and fimilar cafes the legiflature alone, can, and indeed frequently does, interpofe, and compel the individual to acquiefce. But how does it interpofe and compel ? Not by abfolutely ftripping the fubject of his property in an arbitrary manner ; but by giving him a full indemnification and equivalent for the injury thereby fuftained. The public is now confidered as an individual, treating with an individual for an exchange. All that the legiflature does is to oblige the owner to alienate his poffeffions for a reafonable price ; and even this is an exertion of power, which the legiflature indulges with caution, and which nothing but the legiflature can perform.

NOR is this the only inftance in which the law of the land has poftponed even public neceffity to the facred and inviolable rights of private property. For no fubject of England can be conftrained to pay any aids or taxes, even for the defence of the realm or the fupport of government, but fuch as are impofed by his own confent, or that of his reprefenatives in parliament. By the ftatute 25 Edw. I. c. 5 and 6, it is provided, that the king

fhall

.P 136

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

fhall not take any aids or tafks, but by the common affent of the realm. And what that common affent is, is more fully explained by 34 Edw. I. ft. 4. cap. 1. which enacts, that no talliage or aid fhall be taken without affent of the arch-bifhops, bifhops, earls, barons, knights, burgeffes, and other freemen of the land ʳ : and again by 14 Edw. III. ft. 2. c. 1. the prelates, earls, barons, and commons, citizens, burgeffes, and merchants fhall not be charged to make any aid, if it be not by the common affent of the great men and commons in parliament. And as this fundamental law been fhamefully evaded under many fucceeding princes, by compulfive loans, and benevolences extorted without a real and voluntary confent, it was made an article in the petition of right 3 Car. I, that no man fhall be compelled to yield any gift, loan, or benevolence, tax, or fuch like charge, without common confent by act of parliament. And, laftly, by the ftatute 1 W. & M. ft. 2. c. 2. it is declared, that levying money for or to the ufe of the crown, by pretence of prerogative, without grant of parliament ; or for longer time, or in other manner, than the fame is or fhall be granted, is illegal.

IN the three preceding articles we have taken a fhort view of the principal abfolute rights which appertain to every Englifhman. But in vain would thefe rights be declared, afcertained, and protected by the dead letter of the laws, if the conftitution had provided no other method to fecure their actual enjoyment. It has therefore eftablifhed certain other auxiliary fubordinate rights of the fubject, which ferve principally as barriers to protect and maintain inviolate the three great and primary rights, of perfonal fecurity, perfonal liberty, and private property. Thefe are,

1. THE conftitution, powers, and privileges of parliament, of which I fhall treat at large in the enfuing chapter.

.{FS}

ʳ See the hiftorical introduction to the great charter, & c. fub anno 1297 ; wherein it is fhewn that this ftatute de talliagio non concedendo, fuppo ed to have been made in 34 Edw. I, is in reality nothing more than a fort of tranflation into Latin of the confirmatio cartarum, 25 Edw. I, which was originally publifhed in the Norman language.

.{FE}

2. THE

.P 137

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

2. THE limitation of the king's prerogative, by bounds fo certain and notorious, that it is impoffible he fhould exceed them without the confent of the people. Of this alfo I fhall treat in it's proper place. The former of thefe keeps the lcgiflative power in due health and vigour, fo as to make it improbable that laws fhould be enacted deftructive of general liberty : the latter is a guard upon the executive power, by reftraining it from acting either beyond or in contradiction to the laws, that are framed and eftablifhed by the other.

3. A THIRD fubordinate right of every Englifhman is that of applying to the courts of juftice for redrefs of injuries. Since the law is in England the fupreme arbiter of every man's life, liberty, and property, courts of juftice muft at all times be open to the fubject, and the law be duly adminiftred therein. The emphatical words of magna carta [s], fpoken in the perfon of the king, who in judgment of law (fays fir Edward Coke [t]) is ever prefent and repeating them in all his courts, are thefe ; "nulli "vendemus, nulli negabimus, aut differemus rectum vel juftitiam : "and therefore every fubject," continues the fame learned author, "for injury done to him in bonis, in terries, vel perfona, by "any other fubject, be he ecclefiaftical or temporal without any "exception, may take his remedy by the courfe of the law, and "have juftice and right for the injury done to him, freely with- "out fale, fully without any denial, and fpeedily without delay." It were endlefs to enumerate all the affirmative acts of parliament wherein juftice is directed to be done according to the law of the land : and what that law is, every fubject knows ; or may know if he pleafes : for it depends not upon the arbitrary will of any judge ; but is permanent, fixed, and unchangeable, unlefs by authority of parliament. I fhall however juft mention a few negative ftatutes , whereby abufes, perverfions, or delays of juftice, efpecially by the prerogative, are reftrained. It is ordained by

.{FS}

[s] c. 29.

[t] 2 Inft. 55.

.{FE}

S

magna

.P 138

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

magna carta [u], that no freeman fhall be outlawed, that is, put out of the protection and benefit of the laws, but according to the law of the land. By 2 Edw. III. c. 8. and 11 Ric. II. c. 10. it is enacted, that no commands or letters fhall be fent under the great feal, or the little feal, the fignet, or privy feal, in difturbance of the law ; or to difturb or delay common right : and, though fuch commandments fhould come, the judges fhall not ceafe to do right. And by 1 W. & M. ft. 2 : c. 2. it is declared, that the pretended power of fufpending, or difpenfing with laws, or the execution of laws, by regal authority without confent of parliament, is illegal.

NOT only the fubftantial part, or judicial decifions, of the law, but alfo the formal part, or method of proceeding, cannot be altered but by parliament ; for if once thofe outworks were demolifhed, there would be no inlet to all manner of innovation in the body of the law itfelf. The king, it is true, may erect new courts of juftice ; but then they muft proceed according to the old eftablifhed forms of the common law. For which reafon it is declared in the ftatute 16 Car. I. c. 10. upon the diffolution of the court of ftarchamber, that neither his majefty, nor his privy council, have any jurifdiction, power, or authority by Englifh bill, petition, articles, libel (which were the courfe of proceeding in the ftarchamber, borrowed from the civil law) or by any other arbitrary way whatfoever, to examine, or draw into queftion, determine or difpofe of the lands or goods of any fubjects of this kingdom ; but that the fame ought to be tried and determined in the ordinary courts of juftice, and by courfe of law.

4. IF there fhould happen any uncommon injury, or infringement of the rights beforementioned, which the ordinary courfe of law is too defective to reach, there ftill remains a fourth fubordinate right appertaining to every individual, namely, the right of petitioning the king, or either houfe of parliament, for the

.{FS}

[u] c. 29.

.{FE}

redrefs

.P 139

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

redrefs of grievances. In Ruffia we are told [w] that the czar Peter eftablifhed a law, that no fubject might petition the throne, till he had firft petitioned two different minifters of ftate. In café he obtained juftice from neither, he might then prefent a third petition to the prince ; but upon pain of death, if found to be in the wrong. The confequence of which was, that no one dared to offer fuch third petition ; and grievances feldom falling under the notice of the fovereign, he had little opportunity to redrefs them. The reftrictions, for fome there are, which are laid upon petitioning in England, are of a nature extremely different ; and while they promote the fpirit of peace, they are no check upon that of liberty. Care only muft be taken, left, under the pretence of petitioning, the fubject be guilty of any riot or tumult ; as happened in the opening of the memorable parliament in 1640 : and, to prevent this, it is provided by the ftatute 13 Car. II. ft. 1. c. 5. that no petition to the king, or either houfe of parliament, for any alterations in church or ftate, fhall be figned by above twenty perfons, unlefs the matter thereof be approved by three juftices of the peace or the major part of the grand jury, in the country ; and in London by the lord mayor, aldermen, and common council ; nor fhall any petition be prefented by more than two perfons at a time. But under thefe regulations , it is declared by the ftatute 1 W. & M. ft. 2. c. 2. that the fubject hath a right to petition ; and that all commitments and profecutions for fuch petitioning are illegal.

5. ==THE fifth and laft auxiliary right of the fubject, that I fhall at prefent mention, is that of having arms for their defence, fuitable to their condition and degree, and fuch as are allowed by law. Which is alfo declared by the fame ftatute 1 W. & M. ft. 2. c. 2. and is indeed a public allowance, under due reftrictions, of the natural right of refiftance and felf-prefervation, when the fanctions of fociety and laws are found infufficient to reftrain the violence of oppreffion.==

.{FS}

[w] Montefq. Sp. L. 12. 26.

.{FE}

S 2

IN

.P 140

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

IN thefe feveral articles confift the rights, or, as they are frequently termed, the liberties of Englifhmen : liberties more generally talked of, than thoroughly underftood ; and yet highly neceffary to be perfectly known and confidered by every man of rank or property, left his ignorance of the points whereon it is founded fhould hurry him into faction and licentioufnefs on the one hand, or a pufillanimous indifference and criminal fubmiffion on the other. And we have feen that thefe rights confift, primarily, in the free enjoyment of perfonal fecurity, of perfonal liberty, and of private property. So long as thefe remain inviolate, the fubject is perfectly free ; for every fpecies of compulfive tyranny and oppreffion muft act in oppofition to one or other of thefe rights, having no other object upon which it can poffibly be employed. To preferve thefe from violation, it is neceffary that the conftitution of parliaments be fupported in it's full vigor ; and limits certainly known, be fet to the royal prerogative. And, laftly, to vindicate thefe rights, when actually violated or attacked, the fubjects of England are entitled, in the fifft place, to the regular adminiftration and free courfe of juftice in the courts of law ; next to the right of petitioning the king and parliament for redrefs of grievances ; and laftly to the right of having and ufing arms for felf-prefervation and defence. And all thefe rights and liberties it is our birthright to enjoy entire ; unlefs where the laws of our country have laid them under neceffary reftraints. Reftraints in themfelves fo gentle and moderate, 23 will appear upon farther enquiry, that no man of fenfe or probity would wifh to fee them flackened. For all of us have it in our choice to do every thing that a good man would defire to do ; and are refrained from nothing, but what would be pernicious either to ourfelves or our fellow citizens. So that this review of our fituation may fully juftify the obfervation of a learned French author, who indeed generally both thought and wrote in the fpirit of genuine freedom ˣ; and who hath not fcrupled to profefs, even

.{FS}

ᶻ Montefq. Sp. L. 11. 5.

.{FE}

in

.P 141

The RIGHTS OF PERSONS.

BOOK I.

Ch. 1.

in the very bofom of his native coglifh is the only nation in the world, where political or civil liberty is the direct end of it's conftitution. Recommending therefore to the ftudent in our laws a farther and more accurate feach into this extenfive and important title, I fhall clofe my remarks upon it with the expiring wifh of the famous father Paul to his country,

"ESTO PERPETUA !"



© 2008 Lillian Goldman Law Library
127 Wall Street, New Haven, CT 06511.

 

DATE DOWNLOADED: Sun May 21 17:33:24 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament (1771).

ALWD 7th ed.
. Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with
Sundry Acts of Parliament (1771).

APA 7th ed.
(1771). Acts and Laws of His Majesty's Province of New-Hampshire: In New-England;
with Sundry Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle,
and sold at their Office near the State-House.

Chicago 17th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House.

McGill Guide 9th ed.
Acts & Ls of His Majesty's Province of New-Hampshire: In New-Engl&; with Sundry Acts
of Parliament (Portsmouth N.H.: Printed by Daniel and Robert Fowle, and sold at their
Office near the State-House., 1771)

AGLC 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament (Printed by Daniel and Robert Fowle, and sold at their Office near
the State-House., 1771

MLA 9th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House. HeinOnline.

OSCOLA 4th ed.
Acts and Laws of His Majesty's Province of New-Hampshire: In New-England; with Sundry
Acts of Parliament. Portsmouth N.H., Printed by Daniel and Robert Fowle, and sold at
their Office near the State-House.          Please note: citations are provided
as a general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

## C H A P. V.

# An Act for reviving an Act

Pafs'd 29th of GEO. 2. entituled, *An Act in addition to an Act*, entituled, *An Act, for establishing Courts of publick Justice within this Province, made and pass'd in the seventeenth Year of His present Majesty's Reign.*

**Preamble.** *WHEREAS the before recited act is expired, the same being temporary, and the same having been found very beneficial whilst in force, and it appearing necessary that the same should be revived:*

BE IT ENACTED *by his* EXCELLENCY *the* GOVERNOR, COUNCIL, *and* ASSEMBLY, That the before recited act, and all and singular the paragraphs, clauses, articles, directions and powers in the said act contained, shall be, and hereby are revived, re-enacted, directed and ordered to abide and remain in full force, and accordingly to be exercised, practised and put in execution for and during the space of *twenty years* from the passing hereof, and no longer.

## C H A P. VI.

# An Act for preventing and suppressing of Riots, Routs, and unlawful Assemblies.

Pafs'd 27th of GEO. 2.

§. 1. BE IT ENACTED *by the* GOVERNOR, COUNCIL, *and* ASSEMBLY, *and by the* AUTHORITY *of the same,* IT IS *hereby* ENACTED *and* ORDAINED, That if three persons or more, shall assemble themselves with an intent to do any unlawful act, **Rioters upon conviction to pay 50 l. or receive thirty stripes.** against the person of another, or against several persons, with force and violence, as to kill, beat, wound, or do any other personal injury, or against his, her or their estate or possession wrongfully, or to do any other unlawful act with force or violence against the peace, or to the manifest terror of the people, and being required and commanded by any magistrate, field officer, captain of the militia, sheriff, select-man or constable (in the town or parish to which such officers respectively in the exercise of their office are limited, ) by proclamation to be made in the king's name, in the form herein after directed, to disperse and peaceably depart to their habitations or lawful business, shall not so disperse and depart : or being so assembled, shall do any unlawful act, with force and violence, against the person of any one or more, or against his, her or their estate or possession, or against the public peace, order or interest, in manner as aforesaid, and shall be thereof convicted by due course of law, either before the court of general sessions of the peace, or superior court of judicature

cature

## *of* N E W-H A M P S H I R E.    9

cature, every such offender shall forfeit and pay for every such of-
fence, not exceeding the sum of *fifty pounds*, and in default of pay-
ing the same, within twenty four hours after sentence, shall be whipt
on the naked back at some publick place, not exceeding thirty stripes,
according to the circumstances aggravating or extenuating the of-
fence; and shall pay the legal costs of prosecution, and shall stand    The man-
committed till sentence performed.  And the form and order of    ner of mak-
the proclamation to be made as aforesaid, shall be as follows, name-    ing procla-
ly, the officers aforesaid, or any of them, shall among, or as near    mation.
as they, or any of them can safely, come to the said rioters and
command silence to be kept while proclamation is making, and shall
then with a loud voice, openly make proclamation in these or the
like words; "Our sovereign Lord the King chargeth and command-    The form
" eth all persons, being here assembled, immediately to disperse    of the pro-
" themselves, and peaceably to depart to their habitations, or to    clamation.
" their lawful business, upon the pains contained in an act of this
" province, made in the twenty-seventh year of his Majesty King
" GEORGE the second, for preventing and suppressing of riots,
" routs, and unlawful assemblies.

### GOD *save the* KING.

And if any three or more of the persons so unlawfully and rio-    If three or
tously assembled, shall continue together, and not disperse them-    more shall
selves immediately after proclamation made as aforesaid, it shall be    continue af-
lawful for the officers aforesaid, or any of them, (within their re-    ter procla-
spective limits as aforesaid,) to command assistance, and to seize    mation is
such rioters, or any of them, and immediately to carry them be-    made, they
fore some justice of the peace for this province, who shall demand    may be ap-
and take of each of them, sufficient security for his or her appear-    prehended
ance before, and abiding and performing the sentence of the next    before a
court of general sessions of the peace, or superior court of judica-    justice, &c.
ture, (according as the nature and circumstances of the case may
require, on his or her offence,) and to stand committed till such    Penalty on
security shall be given. And all persons of age and ability, are here-    those who
by required to aid and assist such officer or officers, being thereunto    refuse to af-
commanded as aforesaid, to seize and apprehend such rioter or ri-    fist the offi-
otors, and carry and keep him, her or them in custody, before a    cer in seiz-
justice as aforesaid, and to convey him, her or them to the com-    ing rioters,
mon goal, in default of giving security as aforesaid, on pain of for-    &c.
feiting and paying the sum of *twenty pounds*, for every instance    Penalty for
of refusing or neglecting to give such aid and assistance.  And    hindering
when three or more persons shall be so unlawfully and riotously    proclama-
assembled as aforesaid, and they or any of them, shall prevent and    tion to be
hinder proclamation to be made as aforesaid, and three or more of    made, and
them shall continue together after such hindrance and impediment,    continuing
they and every of them, shall be liable to the same pains and pe-    together af-
nalties aforesaid, upon conviction as is above directed.    terwards.

§. 2.  AND BE IT *further* ENACTED, That if twelve persons or    Penalty and
more, being armed with clubs, or other weapons; or if fifty per-    punishment
sons or more, whether armed or not, shall be unlawfully, riotously,    for high-
tumultuously or routerously assembled, any of the officers aforesaid,    ots, &c.
C                                                    shall

fhall make proclamation, in manner and form aforefaid ; and if fuch perfons, fo unlawfully affembled, fhall not thereupon immediately difperfe themfelves, according to faid proclamation, each of them and every one who fhall wilfully hinder any fuch officer (who fhall be known, or fhall openly declare himfelf to be fuch ) from making the faid proclamation, fhall forfeit and pay a fine not exceeding the fum of *five hundred pounds*, at the difcretion of the faid fuperior court, ( which only fhall have cognizance of the offence ) confidering the aggravations attending the fame, and fhall be whipt thirty ftripes on the naked back at the publick whippingpoft, and fuffer twelve months imprifonment, and once every three months, during faid twelve months, receive the fame number of ftripes as aforefaid.

The fuperior court's power to remit or mitigate the corporal punifhment.

*Provided neverthelefs*, It fhall be in the power of faid court, if they judge proper, upon confidering all circumftances, to remit or mitigate the punifhment of whipping in fuch cafes. And in cafe any rioters fhall, when fo riotoufly affembled, demolifh or pull down, or begin to demolifh or pull down, any dwelling houfe, or other houfe, or any part thereof, any houfe built for public ufe, any barn, fhop, or fhip, or other veffel, or any part thereof, or wound, maim, or do any bodily hurt or injury to any perfon, fuch rioters, or thofe of them who fhall be apprehended, fhall make

Such rioters liable to anfwer all damages, &c.

good all damages to the party or parties damnified or injured, upon an action of trefpafs profecuted for the fame, and fhall alfo fuffer the refpective pains and penalties inflicted by this act, according as the fact fhall come under one or the other of the cafes herein provided againft. And if any perfon or perfons fhall refcue any prifoner or prifoners convicted of any crime, out of his Majefty's

Penalty on refcufors of prifoners or criminals.

goal, or out of the cuftody of any officer or officers aforefaid, or any under or deputy fheriff, fuch offender or offenders, fhall be liable to, and fuffer the pains and penalties which fuch prifoner or prifoners fhould have fuffered, if he, fhe or they had not been fo refcued. But in cafe fuch refcous fhall be made before conviction of the perfon or perfons fo in prifon or cuftody, he, fhe, or they

What the punifhment fhall be in cafe the refcous be made before conviction.

committing the fame, fhall be liable to, and fuffer all or any of the pains and penalties aforefaid, inflicted on rioters, where the number amounts to twelve, or fifty as aforefaid, at the difcretion of the faid fuperior court, ( which only fhall have cognizance of the offence ) having regard to the circumftances aggravating or alleviating the crime.

Officers power to command affiftance.

And any of faid officers fhall hereby have power to command affiftance in this cafe, as in manner aforefaid, and the perfon or perfons (being capable) who fhall refufe to give the fame, being thereto required or commanded as aforefaid, fhall be liable to the fame pains and penalties, as for refufing to give aid and affiftance in the cafe aforefaid.

If any rioters or refcufers fhall be killed in re-

And in cafe any of the rioters in this act mentioned or defcribed, fhall be killed or hurt by reafon of their refifting the perfon or perfons endeavouring to difperfe them, or attempting to feize and apprehend

apprehend them or any of them, the said officers and their affist-ants, and every of them, shall be wholly indemnified and held guiltless ; as also in the case of a rescous aforesaid.

*Provided nevertheless,* Nothing in this act shall be construed to extend to any number of persons, at any time assembled, or assembling, for any lawful design or purpose, nor to any thing that such persons shall do, which is or shall be necessary to and for their own defence. And if any of the officers aforesaid, shall maliciously or causelessly make proclamation in manner and form aforesaid, against any persons lawfully assembled, or cause any persons to be apprehended wrongfully, under colour or pretence of their being rioters, within the meaning and intent of this act, every such officer shall forfeit and pay the sum of *one hundred pounds,* and shall be liable to an action of trespass on the case, to be prosecuted by the party or parties so maliciously and causelessly complained of, and to pay all damages thereby sustained, and double costs to be taxed with such damages.

All fines and forfeitures arising by this act, to be for his Majesty's use, towards the support of his government in this province.

This act to be read at the opening the courts aforesaid, at every term, and at every annual town meeting. And no prosecution shall be sustained for any offence herein prohibited, after one year from the time of commiting the fact.

This act to continue and be in force for the term of three years and no longer.

*Marginal notes:*
sisting the officers, such officers shall be held guiltless.

This act not to extend to persons lawfully assembled.

Penalty on any malicious officer. &c.

Application of the fines.

To be read at the opening the court, &c.

Limitations

〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿〿

### C H A P.   VII.

# An Act to promote the Increase
## of Sheep.

*Marginal note:* Pass'd 30th of Geo. 2.

*W*HEREAS *the increase of sheep would be of very great ser-vice to all his Majesty's subjects in this province ; but by the neglect of many persons who keep sheep to take proper care of their rams, who suffer them to run at large with ewes at all seasons of the year (which is found by experience to be very prejudicial to the in-crease of sheep,) by the yeaning of lambs in an unsuitable season : By which sheep are rather destroyed than increased :*
For preventing of which,

*Marginal note:* Preamble.

BE IT ENACTED *by the* GOVERNOR, COUNCIL, *and* ASSEMBLY, That from and after the publication of this act, no ram shall be suffered to go at large within this province, from the tenth day of *August,* to the fifteenth day of *November* annually, on the penalty of *twenty shillings* for each ram, and for every time any shall be found out of the owner's inclosure, between the days aforesaid to be paid
by

*Marginal note:* Rams not to run at large, &c.

# ACTS AND LAWS,

PASSED BY THE GENERAL COURT OF *MASSACHUSETTS:*
BEGUN AND HELD AT *BOSTON,* IN THE COUNTY OF
*SUFFOLK,* ON WEDNESDAY THE THIRTY-FIRST DAY OF
*MAY, ANNO DOMINI,* 1786.

## 1786. — Chapter 1.

[May Session, ch. 1.]

AN ACT FOR NATURALIZING *ROBERT MORRIS* AND *JAMES ALEXANDER.*

*Chap.* 1.

*Whereas* Robert Morris *and* James Alexander, *residents* Preamble.
*in* Shrewsbury, *in the county of* Worcester, *have peti-*
*tioned the General Court, that they may be naturalized,*
*and be thereby entitled to all the rights, liberties and priv-*
*ileges of free citizens of this Commonwealth:*

*Be it enacted by the Senate and House of Representa-*
*tives, in General Court assembled, and by the authority*
*of the same,* That the said *Robert Morris* and *James* Robert Morris
*Alexander,* upon their taking the Oaths of allegiance ander naturaland *James Alex-*
and abjuration, required by the Constitution of this Com- ized.
monwealth, before two Justices of the Peace, shall be
deemed, adjudged and taken to be free citizens of this
Commonwealth, to all intents, constructions and purposes,
as if they the said *Robert Morris* and *James Alexander,*
had been inhabitants of the territory now the Common-
wealth aforesaid, at the time of making the present form
of civil government.

*And it is further enacted,* That the Justices before Certificate to
whom the same Oaths shall be taken, shall return a cer- be returned.
tificate thereof, into the Secretary's office; and the Secre-
tary is hereby directed, to record the same in a book to
be kept for that purpose.          *June 5, 1786.*

## 1786. — CHAPTER 38.                                        87

ART. *Sixtieth*. The Field Officers of each and every Regiment, shall appoint some suitable person, belonging to such Regiment, to receive such fines as may arise within the same, for any breach of any of the foregoing articles; and shall direct the same to be properly applied to the relief of such sick, wounded or necessitous soldiers as belong to such regiment; and such person shall account with such Officer for all fines received, and the application thereof. {Field-officers to appoint persons to receive fines, &c.}

ART. *Sixty First*. All crimes not capital, and all disorders and neglects, which Officers and Soldiers may be guilty of, to the prejudice of good order and military discipline, tho' not mentioned in the foregoing articles, are to be taken cognizance of by a general or regimental Court martial, according to the nature and degree of the offence, and be punished at their discretion. {Crimes not mentioned in these articles, may be taken cognizance of.}

ART. *Sixty Second*. Whenever any Officer or soldier shall be accused of a capital crime, or of having used violence or committed any offence against the person or property of the good people of this or either of the United States, such as is punishable by the known laws of the land, the commanding officer and officers of every regiment, troop or party, to which the person or persons so accused shall belong, are hereby required, upon application duly made by or in behalf of the party or parties injured, to use his utmost endeavours to deliver over such accused person or persons to the Civil Magistrate, and likewise to be aiding and assisting to the Officers of Justice in apprehending and securing the person or persons so accused, in order to bring them to trial. And if any commanding Officer or Officers shall willfully neglect, or shall refuse upon the application aforesaid, to deliver over such accused person or persons to the Civil Magistrate, or to be aiding and assisting to the Officers of Justice in apprehending such person or persons, such officer or officers so offending, shall be cashiered. *October 24, 1786.* {Any officer or soldier, accused of a crime punishable by the known laws of the land —} {To be delivered over to the civil magistrate.}

---

### 1786. — Chapter 38.

[September Session, ch. 8.]

AN ACT TO PREVENT ROUTS, RIOTS, AND TUMULTUOUS ASSEMBLIES, AND EVIL CONSEQUENCES THEREOF.     *Chap.* 38.

*Whereas the provision already made by Law, for the preventing routs, riots and tumultuous assemblies, and the evil consequences thereof, has been found insufficient:* {Preamble.}

88                    1786. — CHAPTER 38.

*Be it therefore enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* that from and after the publication of this Act, if any persons to the number of twelve, or more, being armed with clubs, or other weapons; or if any number of persons, consisting of thirty or more, shall be unlawfully, routously, riotously or tumultuously assembled, any Justice of the Peace, Sheriff or Deputy Sheriff of the County, or Constable of the Town, shall among the rioters, or as near to them as he can safely come, Command Silence, while Proclamation is making; and shall openly make Proclamation, in these or the like words:

*Proclamation to be made among rioters.*

COMMONWEALTH OF *Massachusetts*.

*Form.*

By virtue of An Act of this Commonwealth, made and passed in the year of OUR LORD, One thousand seven hundred and eighty six, entitled, "An ACT for suppressing routs, riots, and tumultuous assemblies, and the evil consequences thereof," I am directed to charge and command, and I do accordingly charge and command, *all persons*, being here assembled, immediately to disperse themselves, and peaceably to depart to their habitations, or to their lawful business, upon the pains inflicted by the said ACT.

GOD Save the COMMONWEALTH.

*If the persons assembled do not disperse, — officers empowered, &c.*

And if such persons, assembled as aforesaid, shall not disperse themselves within one hour after proclamation made, or attempted to be made, as aforesaid, it shall be lawful for every such officer to command sufficient aid, and he shall seize such persons, who shall be had before a Justice of the Peace; and the aforesaid Justice of the Peace, Sheriff or Deputy Sheriff, is hereby further empowered, to require the aid of a sufficient number of persons in arms, if any of the persons assembled as aforesaid shall appear armed: And if any such person or persons shall be killed or wounded, by reason of his or their resisting the persons endeavouring to disperse or seize them, the said Justice, Sheriff, Deputy Sheriff, Constable and their assistants, shall be indemnified and held guiltless.

*And be it further Enacted*, that if any person, being commanded by such Justice, Sheriff, Deputy Sheriff or Constable, as aforesaid, shall refuse or neglect to afford the assistance required, and shall be convicted thereof upon the oath of either of the said Officers, so command-

ing, or other legal evidence, he shall forfeit and pay a sum *Penalty for re-*
not less than *forty shillings*, nor exceeding *ten pounds*, to *the Sheriff or*
be recovered by indictment, or presentment, before the *other officer.*
Supreme Judicial Court, or any Court of General Sessions
of the Peace, according to the aggravation of the Offence;
to be paid into the Public Treasury, for the use of the
Commonwealth.

*And Be it further enacted*, that all persons, who for the *Punishment for unlawfully con-*
space of one hour after Proclamation made, or attempted *tinuing together*
to be made, as aforesaid, shall unlawfully, routously, riot- *one hour after proclamation*
ously and tumultuously continue together, or shall will- *made.*
fully let, or hinder, any such Officer, who shall be known,
or shall openly declare himself to be such, from making
the said Proclamation, shall forfeit all their lands, tene-
ments, goods and chattels, to this Commonwealth, or such
part thereof as shall be adjudged by the Justices, before
whom such Offence shall be tried, to be applied towards
the support of the Government of this Commonwealth;
and shall be whipt thirty nine stripes on the naked back,
at the Public whipping-post, and suffer imprisonment for
a term not exceeding twelve months, nor less than six
months; and once every three months during the said
imprisonment, receive the same number of stripes on the
naked back, at the public whipping post as aforesaid.
And if any such person or persons, so riotously assembled,
shall demolish or pull down, or begin to demolish or pull
down, any dwelling house, or other house, or parcell
thereof; any house, built for public uses; any barn, mill,
malt house, store house, shop or ship, he or they shall
suffer the same pains and penalties, as are before provided
in this Act.

*Provided always*, that where there shall appear any cir- *Proviso.*
cumstances, to mitigate or alleviate any of the offences
against this Act, in the judgment of the Court, before
which such offence shall be tried, it shall and may be law-
ful, for the Justices of such Court, to abate the whole of
the punishment of whipping, or such part thereof, as they
shall judge proper; any thing in this Act, to the contrary
notwithstanding.

*And be it further enacted*, that this Act shall be read, at *Times when this act shall be*
the opening of every Court of General Sessions of the *read.*
Peace, by the Clerk of the said Court, and at the anniver-
sary meeting of each town, within this Commonwealth, by
the town Clerk thereof, in *March* or *April*, annually:

90                      1786. — Chapter 39.

And no person shall be prosecuted, for any offence contrary to this Act, unless prosecution be commenced within twelve months after the offence committed.

*October 28, 1786.*

---

## 1786. — Chapter 39.

[September Session, ch. 9.]

*Chap.* 39. AN ACT, PROVIDING FOR THE MORE EASY PAYMENT OF THE SPECIE TAXES, ASSESSED PREVIOUS TO THE YEAR ONE THOUSAND SEVEN HUNDRED AND EIGHTY-FOUR.

Preamble.

*Whereas it appears from a statement of the Treasury, That there is a considerable sum in specie, due on the out standing Taxes, assessed previous to the year one thousand seven hundred and eighty four: And whereas from the great scarcity of cash, it is expedient, that some more easy and convenient mode should be adopted, for the speedy compleating the collections thereof, than the mode heretofore practised:*

*Be it therefore enacted, by the Senate and House of Representatives, in General Court Assembled, and by authority of the same*, That the inhabitants of the several Towns, Districts, and other places, in this Commonwealth, who are deficient in the payment of the said Taxes, be, and they are hereby permitted to pay all the balances due on the several specie Taxes which were assessed previous to the year one thousand seven hundred and eighty four, (including the balances which remained due on the Beef Taxes) either in cash, or in the several species of articles hereinafter expressed, in the manner, at the several places, and the prices hereinafter enumerated, and established at each, — *to wit:*

Towns, &c. that are deficient, permitted to pay the balances due, in the species of articles expressed.

Articles received at the town of Boston.

At a Store, or other convenient place, to be appointed in the Town of *Boston*, the following articles, at the respective prices annexed thereto viz.

Good merchantable Beef, at twenty shillings per hundred.

Good barrelled Beef, well salted and packed, according to Law, at two pounds eight shillings per barrel.

Good merchantable Pork, at four pence per pound.

Good barrelled Pork, in barrels of two hundred and twenty pounds each, well packed and salted, at three pounds fifteen shillings per barrel.

[ 35 ]

fame offenders come not as afore is faid, and the proclamation made and returned, they fhall be convict and at-
tainted of the riot, affembly, or rout aforefaid : And moreover the Juftices of Peace in every county or corporation,
where fuch riot, affembly, or rout of people fhall be made, in cafe the fame be made in their prefence, or if none be
prefent, then the juftices having notice thereof, together with the fheriff, under fheriff, or ferjeant, of the fame
county or corporation, fhall do execution of this act, every one upon pain of twenty pounds, to be paid to the
Commonwealth, as often as they fhall be found in default of the execution of the faid act ; and on fuch default of
the juftices and fheriff, under fheriff, or ferjeant, a commiffion fhall go from the General Court at the inftance
of the party grieved, to enquire as well of the truth of the cafe, and of the original matter for the party complain-
ant, as of the default or defaults of the faid juftices, fheriff, under fheriff, or ferjeant, in this behalf fuppofed, to be
directed to fufficient and indifferent perfons at the nomination of the Judges ; and the faid commiffioners prefently
fhall return into the General Court the inquefts and matters before them in this behalf taken and found : But no
perfons convicted of a riot, rout, and unlawful affembly, fhall be imprifoned for fuch offence by a longer fpace of
time than one year.   Perfons legally convicted of a riot, rout, or unlawful affembly, otherwife than in the manner
directed by this act, fhall be punifhed by imprifonment and amercement, at the difcretion of a jury, under the
like limitation.

## C H A P.   XLIX.

### An ACT forbidding and punifhing AFFRAYS.

BE it enacted by the General Affembly, That no man, great nor fmall, of what condition fover he be, except
the Minifters of Juftice in executing the precepts of the courts of juftice, or in executing of their office, and
fuch as be in their company affifting them, be fo hardy to come before the juftices of any court, or either of their
Minifters of Juftice, doing their office, with force and arms, on pain, to forfeit their armour to the Commonwealth,
and their bodies to prifon, at the pleafure of a court, nor go nor ride armed by night nor by day, in fairs or markets,
or in other places, in terror of the county, upon pain of being arrefted and committed to prifon by any Juftice on his
own view, or proof by others, there to abide for fo long a time as a jury, to be fworn for that purpofe by the faid
Juftice, fhall direct, and in like manner to forfeit his armour to the Commonwealth ; but no perfon fhall be impri-
foned for fuch offence by a longer fpace of time than one month.

## C H A P.   L.

### An ACT againft C O N S P I R A T O R S.

BE it declared and enacted by the General Affembly, That confpirators be they that do confederate and bind
themfelves by oath, covenant, or other alliance, that every of them fhall aid and bear the other falfely and ma-
licioufly, to move or caufe to be moved any enticement or information againft another on the part of the Common-
wealth, and thofe who are convicted thereof at the fuit of the Commonwealth, fhall be punifhed by imprifonment
and amercement, at the difcretion of a jury.

## C H A P.   LI.

### An ACT againft conveying or taking P R E T E N S E D   T I T L E S.

BE it enacted by the General Affembly, That no perfon fhall convey or take, or bargain to convey or take, any
pretended title to any lands or tenements, unlefs the perfon conveying or bargaining to convey, or thofe under
whom he claims fhall have been in poffeffion of the fame, or of the reverfion or remainder thereof one whole year next
before ; and he who offendeth herein knowingly, fhall forfeit the whole value of the lands or tenements ; the one
moiety to the Commonwealth, and the other to him who will fue as well for himfelf as for the Commonwealth : But
any perfon lawfully poffeffed of lands or tenements, or of the reverfion or remainder thereof, may neverthelefs take
or bargain to take the pretended title of any other perfon, fo far and fo far only as it may confirm his former eftate.

## C H A P.   LII.

### An ACT to punifh B R I B E R Y and E X T O R T I O N.

BE it enacted by the General Affembly, That no Treafurer, Keeper of any Public Seal, Councillor of State,
Counfel for the Commonwealth, Judge, or Attornies at law, practifing either in the General Court, High Court
of Chancery, Court of Appeals, Court of Admiralty, or Inferior Courts, Clerk of the Peace, Sheriff, Coroner,
Efcheator, nor any officer of the Commonwealth, fhall, in time to come, take, in any form, any manner of
gift, brokage, or reward for doing his office, other than is, or fhall be allowed by fome act of General Affembly,
paffed after the inftitution of the Commonwealth, that is to fay, after the fifteenth day of May, in the year of our
Lord, one thoufand feven hundred and feventy fix ; and he that doth, fhall pay unto the party grieved, the treble value
of that he hath received, fhall be amerced and imprifoned at the difcretion of a jury, and fhall be difcharged from his office
forever; and he who will fue in the faid matter, fhall have fuit as well for the Commonwealth as for himfelf, and the
third part of the amercement.

CHAP.



DATE DOWNLOADED: Wed Apr 19 19:56:52 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Theodore Calvin Pease, Editor. Laws of the Northwest Territory, 1788-1800 (1925).

ALWD 7th ed.
Pease, Theodore Calvin, Editor. Ls of the Northwest Territory, 1788-1800 (1925).

APA 7th ed.
Pease, T. (1925). Laws of the Northwest Territory, 1788-1800. Springfield, Ill,
Trustees of the Illinois State Historical Library.

Chicago 17th ed.
Pease Theodore Calvin, Editor. Laws of the Northwest Territory, 1788-1800.
Springfield, Ill, Trustees of the Illinois State Historical Library.

McGill Guide 9th ed.
Theodore Calvin Pease, Editor, Ls of the Northwest Territory, 1788-1800 (Springfield,
Ill: Trustees of the Illinois State Historical Library., 1925)

AGLC 4th ed.
Theodore Calvin Pease, Editor, Laws of the Northwest Territory, 1788-1800 (Trustees
of the Illinois State Historical Library., 1925

MLA 9th ed.
Pease, Theodore Calvin, Editor. Laws of the Northwest Territory, 1788-1800.
Springfield, Ill, Trustees of the Illinois State Historical Library. HeinOnline.

OSCOLA 4th ed.
Pease, Theodore Calvin, Editor. Laws of the Northwest Territory, 1788-1800.
Springfield, Ill, Trustees of the Illinois State Historical Library.
Please note: citations are provided as a general guideline. Users should consult
their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

# L A W S

OF THE

## T E R R I T O R Y

OF THE

## U N I T E D   S T A T E S ,

## NORTH-WEST OF THE RIVER OHIO;

PASSED AT THE FIRST SESSION OF THE GENERAL ASSEMBLY, BEGUN AND HELD AT
CINCINNATI, ON MONDAY, THE SIXTEENTH DAY OF SEPTEMBER, A: D. ONE
THOUSAND, SEVEN HUNDRED AND NINETY-NINE:

### ALSO,

CERTAIN LAWS ENACTED BY THE GOVERNOR AND JUDGES OF THE TERRITORY, FROM
THE COMMENCEMENT OF THE GOVERNMENT TO DECEMBER, ONE THOUSAND,
SEVEN HUNDRED AND NINETY TWO;

### WITH AN APPENDIX

CONTAINING RESOLUTIONS, THE ORDINANCE OF CONGRESS FOR THE GOVERNMENT OF
THE TERRITORY, THE CONSTITUTION OF THE UNITED STATES, AND THE LAW
RESPECTING FUGITIVES.

### VOL I.

*Published by Authority.*

### C I N C I N N A T I ,

FROM THE PRESS OF CARPENTER & FINDLAY,
PRINTERS TO THE TERRITORY,
MDCCC.

# ACTS

PUBLISHED BY THE

## GOVERNOR AND JUDGES

OF THE

## TERRITORY

OF THE

## UNITED STATES,

## NORTH-WEST OF THE RIVER OHIO,

FROM THE COMMENCEMENT OF THE GOVERNMENT, TO DECEMBER,
ONE THOUSAND, SEVEN HUNDRED AND NINETY-TWO.

# ACTS, &c.

## CHAPTER I.

*A* LAW *respecting* Oaths of Office, *published by his excellency*
Arthur St. Clair, *esquire, governor of the Territory of the
United States, north-west of the river Ohio, and by the honor-
able* Samuel Holden Parsons, *and* James Mitchell Varnum,
*esquires, judges, at the city of Marietta, in the Territory afore-
said, upon the second day of September, in the thirteenth year of
the independence of the said United States, and of our Lord one
thousand, seven hundred and eighty-eight.*

EVERY person appointed to any civil office in the territory, and **Every person appointed to civil offices** commissioned by the governor, shall, previously to his entering upon the exercise of his office, take the following oath, viz. I, A B, **to take oath,** being appointed to the office of         do solemnly swear, that I will well and truly execute the duties of my said office, according to **or** the best of my skill and understanding, without fraud or partiality. So help me God.

Any person appointed, as aforesaid, conscientiously scrupulous of **affirmation,** taking an oath, shall make the following affirmation, previously to entering upon the duties of his office, viz.  I, A B, being appointed to the office of         do solemnly, sincerely and truly declare and affirm, that I will well and truly execute the duties of my said office, according to the best of my skill and understanding, without fraud or partiality; and this I declare and affirm under the pains and penalties of perjury.

[6]

And that all oaths of office, or declarations and affirmations pre- **before the** scribed as aforesaid, shall be taken before the governor, or such person **governor.** or persons as shall by him be appointed and commissioned for that purpose, and certified upon the commission of the person taking the same.  And in case of the absence of the governor, the said oath, or declaration and affirmation may be taken before, and certified by either of the judges of the territory.

AR. ST. CLAIR,
SAML. H. PARSONS,
JAMES M. VARNUM.

322    *ILLINOIS HISTORICAL COLLECTIONS*

## CHAPTER II.

*A* LAW *respecting* Crimes *and* Punishments, *published by his excel-*
*lency* Arthur St. Clair, *esquire, governor, and the honorable*
Samuel Holden Parsons, *and* James Mitchell Varnum, *esquires,*
*judges of the territory of the United States, north-west of the*
*river Ohio, at the city of Marietta, the sixth day of September,*
*in the thirteenth year of the independence of the United States,*
*and of our Lord, one thousand, seven hundred and eighty-eight.*

### *Treason.*

**What offences**
**shall**

IF any person belonging to, residing in, or protected by the laws of this territory, shall levy war against the United States, or against this territory, or shall knowingly and wilfully aid or assist any enemies at war against the United States, or this territory, by joining the armies or fleets of such enemies, or by enlisting, persuading or procuring others to join said fleets or armies, or by furnishing such enemies with arms, or ammunition, or provisions, or any other articles for their aid or comfort, or by carrying on a treasonable and treacherous correspondence with them, or

[7]

**be deemed**
**treasonable.**

shall form, or be any way concerned in forming any combination, plot or conspiracy for betraying the United States, or this territory, into the hands or power of any foreign enemy, or shall give or attempt to give or send any intelligence to any such enemy for said purpose, the person or persons so offending shall be deemed guilty of treason, and, upon conviction thereof, shall suffer the pains of death, and shall, moreover, forfeit all his, her or their estate, real and personal, to this territory.

### *Murder.*

**Murder.**

If any person or persons shall, with malice aforethought, kill or slay another person, he, she, or they, so offending, shall be deemed guilty of murder, and, upon conviction thereof, shall suffer the pains of death.

### *Manslaughter.*

**Manslaughter.**

If any person or persons shall wilfully kill or slay another person, without malice aforethought, he, she, or they, so offending, shall be

## CRIMES AND PUNISHMENTS, 1788    323

deemed guilty of manslaughter, and, upon conviction thereof, shall
be punished as at the common law hath heretofore been used and ac-
customed. *Provided nevertheless,* That if any person in the just and
necessary defence of his own life, or the life of any other person, shall
kill or slay another person attempting to rob or murder in the field
or highway, or to break into a dwelling house, if he cannot with safety
to himself, otherwise take the felon or assailant, or bring him to jus-
tice, he shall be holden guiltless.

### *Burglary.*

If any person or persons shall, in the night season, break open and
enter any dwelling house, shop, store or vessel, in which any person or
persons dwell or reside, with a view and intention of stealing and
purloining therefrom, he, she or they, so offending, shall be deemed
guilty of burglary, and,

**Burglary,
what crimes
deemed,**

**how punished;**

[8]

upon conviction thereof, shall be whipped, not exceeding thirty-nine
stripes, and find sureties for good behaviour for a term not exceeding
three years; and upon default of sureties, shall be committed to gaol
for a term not exceeding three years, or until sentence be performed.

If the person or persons, so breaking and entering any dwelling-
house, shop, store or vessel, as aforesaid, shall actually steal and pur-
loin therefrom, he, she or they, so offending, upon conviction thereof,
shall, moreover, be fined in treble the value of the articles stolen; one
third of such fine to be to the territory, and the other two thirds to
the party injured.

**and fined.**

If the person or persons so breaking and entering any dwelling-
house, shop, store or vessel as aforesaid, shall commit, or attempt to
commit any personal abuse, force or violence, or shall be so armed with
any dangerous weapon or weapons as clearly to indicate a violent
intention, he, she or they, so offending, upon conviction thereof, shall,
moreover, forfeit all his, her or their estate, real and personal, to this
territory, out of which, the party injured shall be recompenced as
aforesaid, and the offender shall also be committed to any gaol in
the territory for a term not exceeding forty years.

**Forfeiture
on persons
breaking
houses, &c.**

And if the death of any innocent person should ensue from the
breaking and entering any dwelling house, shop, store or vessel, as

**What cases
deemed wilful
murder.**

324    *ILLINOIS HISTORICAL COLLECTIONS*

aforesaid, in any of the instances aforesaid, the person or persons so breaking and entering shall be deemed guilty of wilful murder. And all persons aiding and assisting in breaking and entering any dwelling house, shop, store or vessel as aforesaid, or in any of the crimes consequent thereupon, as before pointed out, shall be deemed principals.

**What crimes deemed rob-**

### Robbery.

If any person or persons shall unlawfully and forceably take from the person of another in the

[9]

**berry, and how punished.**

field or highway, any money, goods or chattels, he, she or they so offending, shall be deemed guilty of robbery, and upon conviction thereof, shall suffer as in the first instance of burglary.

**Robbery, how punished.**

Whoever shall commit such robbery with personal abuse or violence, or be armed, at the time with any dangerous weapon or weapons, so as clearly to indiciate an intention of violence, he, she or they, so offending, upon conviction thereof, shall moreover suffer as in the second instance of burglary. And in case any person or persons robbing or attempting to rob, as aforesaid, shall kill or slay any person or persons defending him, her or themselves, or others, or his, her or their property against such robber or robbers, or person or persons, attempting to rob, or in pursuing and endeavoring to apprehend and secure such person or persons so robbing or attempting to rob, he, she or they, so offending, shall be deemed guilty of wilful murder. And all aiders and abettors in any robbery as aforesaid, and in any of the crimes consequent thereupon, as before pointed out, shall be deemed principals.

AR. ST. CLAIR,
SAML. H. PARSONS,
JAMES M. VARNUM.

### Riots and unlawful Assemblies.

**Fines on unlawful assemblies &c.**

If three or more persons shall assemble together with intention to do any unlawful act, with force and violence, against the person or property of another, or to do any other unlawful act, against the peace and to the terror of the people; or, being lawfully assembled, shall agree with each other to do any unlawful act as aforesaid, and shall make any movement or preparation therefor, the persons so




DATE DOWNLOADED: Wed Apr 19 20:04:12 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (1803).

ALWD 7th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (1803).

APA 7th ed.
Virginia. (1803). Collection of All Such Acts of the General Assembly of Virginia, of
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

Chicago 17th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.

McGill Guide 9th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public & Permanent Nature, as are Now in Force (Richmond: Printed by Samuel
Pleasants, Jun., and Henry Pace., 1803)

AGLC 4th ed.
Virginia, Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force (Printed by Samuel Pleasants, Jun.,
and Henry Pace., 1803

MLA 9th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace. HeinOnline.

OSCOLA 4th ed.
Virginia. Collection of All Such Acts of the General Assembly of Virginia, of a
Public and Permanent Nature, as are Now in Force. Richmond, Printed by Samuel
Pleasants, Jun., and Henry Pace.          Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# A

# COLLECTION

OF

ALL SUCH

# ACTS

OF THE

# *GENERAL ASSEMBLY*

OF

# VIRGINIA,

## OF A PUBLIC AND PERMANENT NATURE, AS ARE NOW IN FORCE;

WITH A

## *NEW AND COMPLETE INDEX.*

## TO WHICH ARE PREFIXED THE DECLARATION OF RIGHTS, AND CONSTITUTION, OR FORM OF GOVERNMENT.

PUBLISHED PURSUANT TO AN ACT OF THE GENERAL ASSEMBLY, PASSED ON THE TWENTY-SIXTH DAY OF JANUARY, ONE THOUSAND EIGHT HUNDRED AND TWO.

### RICHMOND,

*PRINTED BY SAMUEL PLEASANTS, JUN. AND HENRY PACE.*

M,DCCC,III.

IN THE SEVENTEENTH YEAR OF THE COMMONWEALTH. 187

1782.

I, A. B. *do swear, that my removal into the State of Virginia, was with no intent of evading the laws for preventing the further importation of slaves, nor have I brought with me any slaves, with an intention of selling them, nor have any of the slaves which I have brought with me, been imported from Africa, or any of the West India Islands, since the first day of* November, *one thousand seven hundred and seventy-eight.* So help me GOD.

Nor to any persons claiming slaves by descent, marriage or devise; nor to any citizens of this Commonwealth, being now the actual owners of slaves within any of the United States and removing such hither; nor to travellers and others making a transient stay, and bringing slaves for necessary attendance, and carrying them out again. *a*

V. NO negro or mulatto shall be a witness, except in pleas of the Commonwealth against negroes or mulattoes, or in civil pleas, where negroes or mulattoes alone shall be parties. *a* †

VI. NO slave shall go from the tenements of his master or other person with whom he lives, without a pass, or some letter or token, whereby it may appear that he is proceeding by authority from his master, employer, or overseer: If he does, it shall be lawful for any person to apprehend and carry him before a Justice of the Peace, to be by his order punished with stripes, or not, in his discretion. *a*

VII. AND if any slave shall presume to come and be upon the plantation of any person whatsoever, without leave in writing from his or her owner, or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation, to give or order such slave ten lashes on his or her bare back for every such offence. *b*

VIII. NO negro or mulatto whatsoever shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun, weapon, and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person, and upon due proof thereof made before any Justice of the Peace of the County or Corporation where such seizure shall be, shall by his order be forfeited to the seizor for his own use; and moreover, every such offender shall have and receive by order of such Justice, any number of lashes not exceeding thirty-nine, on his or her bare back, well laid on, for every such offence. *b*

IX. PROVIDED *nevertheless,* That every free negro or mulatto, being a house-keeper, may be permitted to keep one gun, powder and shot; and all negroes and mulattoes, bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder, shot, and weapons, offensive or defensive, by license from a Justice of Peace of the County wherein such plantation lies, to be obtained upon the application of free negroes or mulattoes, or of the owners of such as are slaves.

X. EVERY person other than a negro, of whose grand-fathers or grand-mothers any one is, or shall have been a negro, although all his other progenitors, except that descending from the negro, shall have been white persons, shall be deemed a mulatto; and so every such person who shall have one fourth part or more of negro blood, shall in like manner be deemed a mulatto. *c*

XI. RIOTS, routs, unlawful assemblies, trespasses and seditious speeches by a slave or slaves, shall be punished with stripes, at the discretion of a Justice of the Peace, and he who will, may apprehend and carry him, her, or them, before such Justice. *d*

XII. AND to prevent the inconveniences arising from the meetings of slaves, *Be it further enacted,* That if any master, mistress, or overseer of a family, shall knowingly permit or suffer any slave not belonging to him of her, to be and remain upon his or her plantation above four hours at any one time, without leave of the owner or overseer of such slave, he or she so permitting, shall forfeit and pay three dollars for every such offence; and every owner or overseer of a plantation, who shall so permit or suffer more than five negroes or slaves, other than his or her own, to be and remain upon his or her plantation or quarter at any one time, shall forfeit and pay one dollar for each negro or slave above that number; which said several forfeitures shall be to the informer, and recoverable with costs, before any Justice of Peace of the County or Corporation where such offence shall be committed. *e*

*(a)* 1783, ch. 77, sec. 2, 3. † *Altered by act of Dec. sess.* 1800, *ch.* 70; *negroes or mulattoes, bond or free, are by that act made legal witnesses against each other.* *(b)* '93, Geo. 2, ch. 31, sec. 17, 18, 19. *(c)* 1785, ch. 78. *(d)* 44, ch. 7, sec. 4. *(e)* 22, Geo. 2, ch. 31, sec. 12.

*Marginal notes:*

And of citizens claiming slaves by descent, devise, or marriage, or being now the owners & removing them from another state, and travellers carrying them out again.

In what cases negroes or mulattoes may or may not be witnesses. Slaves not to go from home, without passes.

Coming on the plantations of others without leave from their masters, may be whipped.

Negroes and mulattoes not to keep or carry arms.

Except those living on the frontiers licensed by the justices of the peace.

Who shall be deemed mulattoes.

Punishment of slaves for riots, unlawful assemblies, seditious speeches, &c.

No person shall permit the slaves of others to remain on his plantation.



DATE DOWNLOADED: Wed Apr 19 23:55:29 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1700-1797 102 .

ALWD 7th ed.
, , 1700-1797 102 .

Chicago 17th ed.
"," Delaware - State Laws - Vol I : 102-105


AGLC 4th ed.
" Delaware - State Laws - Vol I 102

OSCOLA 4th ed.
" 1700-1797 102        Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

C H A P.
XLII.

Suffex county, under the penalty of Ten Shillings, and the wear to be deftroyed by the order of any juftice of the faid county.

## C H A P.   XLIII. a.

### An ACT for the trial of Negroes.

Two juftices and fix freeholders impowered to try all offences committed by Negroes, &c.

SECTION 1. **B**E it enacted by the honorable Patrick Gordon, efq. Lieutenant Governor of the counties of New-Caftle, Kent, and Suffex, upon Delaware, and province of Pennfylvania, by and with the advice and confent of the Reprefentatives of the freemen of the faid counties, in General Affembly met, and by the authority of the fame, That from and after the publication of this act, it fhall and may be lawful for two Juftices of the Peace of this government, who fhall be particularly commiffionated by the Governor for that fervice within the refpective counties thereof, and fix of the moft fubftantial freeholders of the neighbourhood, (a) to hear, examine, try and determine all fuch offences committed by any Negro or Mulatto flaves within this government, which faid freeholders fhall be by warrant, under the hands and feals of the refpective juftices, commiffionated as aforefaid, directed to fome Conftable of the faid county, be fummoned to appear at fuch time and place as the faid juftices fhall appoint, which faid freeholders the faid juftices fhall folemnly fwear or atteft well and truly to give their affiftance and judgment together with the faid juftices, upon the trial of fuch Negroes or Mulattoes; which freeholders, or any four of them, being qualified as aforefaid, fhall hold a court at the Court-Houfe in the faid refpective counties where the crime is committed, for the hearing, trying, determining and convicting

(a) So much of this act as gives power to the two juftices and fix freeholders to try, determine and convict any flave for a crime punifhable with death, is repealed by an act paffed February 3d, 1789. chap. 104 b, and trial there directed to be by jury in the Court of General Quarter-Seffions of the Peace for the —— conviction; the expence of trial to be — —

Digitized from Best Copy Available

CHAP.
XLIII.

victing of such Negro or Negroes, or Mulatto slaves,
as shall be before them charged or accused of com-
mitting any murder, manslaughter, buggery, burg-
lary, robbery, rape, attempts of rape, or any other
high and heinous offences, committed, acted or done
in any the respective counties within this govern-
ment, as aforesaid.

SECT. 2. *And be it further enacted by the authority* Who may ac-
*aforesaid,* That it shall and may be lawful for the quit or condemn,
said court of justices and freeholders as aforesaid, to their evidence,
examine, try, hear, judge, determine, convict, ac-  and order exe-
quit or condemn, according to their evidence, any
Negro or Negroes, or Mulatto slaves, for any the
crimes or offences aforesaid, or any other high or ca-
pital offences, upon due proof to them made, to pro-
nounce such judgment or sentence as is agreeable to
law, and the nature of the offence, and to order ex-
ecution of the said judgment or sentence accordingly,
or otherwise to acquit, free and discharge such Ne-
gro or Negroes, or Mulatto slaves, in case the evi-
dence shall not be sufficient for a conviction therein.

SECT. 3. *And be it further enacted,* That upon the Slaves condemn-
conviction of any Negro or Mulatto slave, belong- ed to death, to
ing to any of the inhabitants of this government, for two thirds of the
any capital cause for which the party convicted shall value paid to the
suffer death, the said justices and freeholders, before master, &c.
whom they were convicted, shall immediately value
the said slave or slaves, and in case the Negro or
Mulatto slave shall be put to death, that the two-
thirds of the appraised value of such slave so execut-
ed, shall be paid to the master or owner of such slave
by the County Treasurer out of the public levy, to be
raised in the same manner as the county levies.

SECT. 4. *And be it further enacted by the authority* Sheriff to cause
*aforesaid,* That where such Negro or Negroes, or the sentence to
Mulatto slaves shall be convict, and such judgment be executed.
or sentence shall be pronounced by the respective jus-
tices and freeholders as aforesaid, and a warrant by
them, or any four of them, one of which to be one
that sat upon the trial, signed, sealed and delivered
to the High Sheriff of the county where the fact was
committed, for the execution of such Negro or Mu-
latto, the same shall be duly executed, or caused to be
                                                    duly

Digitized from Best Copy Available

104                    LAWS OF THE STATE

C H A P.
XLIII.

duly executed by the said Sheriff, according to the directions of such warrant, on pain of being disabled to act any longer in that post or office; and if any of the said justices or freeholders neglect or refuse to do their duty herein, they shall be liable to be fined by the justices at their next Court of General Quarter Sessions of the same to be held for the said county,

**Penalty on justices or freeholders neglecting their duty herein.** in any sum not exceeding Five Pounds, for the use of the Governor towards the support of government, to be levied by distress and sale of the goods and chattels of such justices or freeholders so refusing as aforesaid.

**Punishment of slaves attempting to commit rapes;**
SECT. 5. *And be it further enacted by the authority aforesaid*, That if any Negro or Mulatto slave within this government, shall attempt to commit a rape on a white woman or maid, they shall be tried in manner aforesaid, and shall be punished by standing four hours in the pillory at the Court-House on some court day, with both his ears nailed to the pillory, and before he be taken down from the same, shall have both his ears cut off close to his head. And if any Negro or Mulatto slave shall be convict before two

**or convicted of stealing, &c.**
Justices of the Peace in this government, of stealing, or fraudulently taking or carrying away any goods, living or dead, the master or owner of such Negro or Mulatto slave, if such goods shall not be found, shall make satisfaction to the party wronged, and pay all costs, to be levied by distress and sale of the said master's or owner's goods and chattels, and the Negro or Mulatto, so offending, to be whipped as the said justices shall adjudge and appoint.

**Punishment of slaves presuming to carry arms, &c.**
SECT. 6. *And be it further enacted by the authority aforesaid*, That if any Negro or Mulatto slave shall presume to carry any guns, swords, pistols, fowling-pieces, clubs, or other arms and weapons whatsoever, without his master's special licence for the same, and be convicted thereof before a Magistrate, he shall be whipt with twenty-one lashes, upon his bare back.

**Punishment of Negroes meeting in companies.**
SECT. 7. *And be it further enacted by the authority aforesaid*, That if any Negroes, above the number of six in one company, not belonging to one owner, shall meet together, and upon no lawful business of their masters or owners, and being convicted thereof, by the

the view of one Juſtice of the Peace, or the teſtimony of one credible witneſs, ſuch Negro or Negroes ſo offending ſhall be pubiicly whipped at the diſcretion of one Juſtice of the Peace, not exceeding twenty-one laſhes, each Negro.

## C H A P.   XLIV. a.

### An ACT againſt adultery and fornication. (a)

FOR the preſervation of virtue and chaſtity among the people of this government, and to prevent the heinous ſins of adultery and fornication.

Penalty of committing adultery.

SECTION 1. *BE it enacted by the honorable Patrick Gordon, eſq. Lieutenant Governor of the counties of New-Caſtle, Kent, and Suſſex, upon Delaware, and province of Pennſylvania, by and with the advice and conſent of the Repreſentatives of the freemen of the ſaid counties, in General Aſſembly met, and by the authority of the ſame,* That whoſoever ſhall commit adultery, and be thereof legally convicted, ſhall forfeit and pay the ſum of Fifty Pounds, one moiety thereof to the uſe of the Governor for the ſupport of government, and the other moiety to the uſe of the poor of the county where the ſame is committed, or otherwiſe to be publicly whipt with twenty-one laſhes on his or her back, well laid on, at the common whipping poſt, at the election of the party convicted.

SECT. 2. *Provided always,* That the teſtimony of either of the parties concerned in committing the adultery, ſhall not be ſufficient to convict the other, without further evidence, that ſhall at leaſt amount to violent preſumption.

Penalties on fornication.

SECT. 3. *And be it further enacted by the authority aforeſaid,* That if any perſon ſhall commit fornication, and be thereof legally convict, ſuch perſon or perſons ſhall receive twenty-one laſhes on his or her bare back, well

(a) See an act ſupplementary hereto paſſed February 9th, 1796, chap. 158, whereby many of the proviſions in this act are repealed and ſupplied.



DATE DOWNLOADED: Fri May 12 14:18:37 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1798 105 .

ALWD 7th ed.
, , 1798 105 .

Chicago 17th ed.
"," Kentucky - 6th General Assembly, Public Laws, 2nd Session : 105-116

AGLC 4th ed.
" Kentucky - 6th General Assembly, Public Laws, 2nd Session 105

OSCOLA 4th ed.
" 1798 105          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 105 ]

fice, so far as he knoweth or believeth, up to the date of such account, and moreover, his account of fees received, shall be fairly stated and compared by the auditor with the books of his office, before the account shall be passed; and if the register of the land office, shall at any time fail to account according to the directions of this act, for the space of six months, he shall forfeit and pay the sum of two thousand pounds, to be recovered by motion in the name of the governor for the time being, in any court of record, by the attorney general, on thirty days previous notice; and in all cases of motions for money due from the register; the *onus probandi* shall lie on the defendant.

*How it shall be examined.*

*Penalty for failing to render account.*

*How recoverable.*

§ 4. *And be it further enacted*, That on receiving each survey into the register's office the fees established by law that will accrue on the same, including the issuing the grant thereupon, shall be paid down; and if the register shall credit any person, he shall account for the fees so credited, in the same manner as if they had been received.

*Register accountable where he credits any fees.*

§ 5. Whereas in some instances, grants have issued in the names of persons who were deceased prior to the date of the grant, and cases of the same nature may happen in future. *Be it enacted*, that in all such cases, the land conveyed, shall descend to the heir, heirs or devisees, in the same manner as it would do, had the grant issued in the life time of such decedent.

*When a grant issues to a decedent, the land shall descend &c.*

§ 6. *And be it further enacted*, That the composition money due on settlement rights granted to certain poor persons, hereafter to be returned to the register's office, be paid in specie to the register, and by him paid into the public treasury, except where the money hath been paid into the treasury of Virginia.

*Composition money to be paid in specie.*

§ 7. The register of the land office, and the secretary of state, shall furnish fuel, presses, books, and other necessary implements for the use of their said offices; an account of which being presented to and approved of by the governor, shall be paid by the treasurer, on a warrant from the auditor.

*Implements of office allowed to register and secretary of state.*

### CHAP. LIV.

*An Act to reduce into one the several acts respecting Slaves, Free Negroes, Mulattoes and Indians.*

Approved February 8, 1798.

§ 1. BE it enacted by the General Assembly, That no persons shall henceforth be slaves within this commonwealth, except such as were so

*Who shall be deemed slaves.*

[ 106 ]

on the seventeenth day of October, in the year one thousand seven hundred and eighty five, and the descendants of the females of them.

§ 2. No negro or mulatto, shall be a witness except in pleas of the commonwealth, against negroes or mulattoes, or in civil pleas where negroes or mulattoes alone shall be parties.

*In cases they may be witnesses.*

§ 3. No slave shall go from the tenements of his master or other person with whom he lives without a pass or some letter or token, whereby it may appear that he is proceeding by authority, from his master, employer or overseer; if he does it shall be lawful for any person to apprehend and carry him before a justice of the peace, to be by his order punished with stripes or not, in his discretion.

*Not to go from home without passes.*

§ 4. And if any slave shall presume to come and be upon the plantation of any person whatsoever, without leave in writing from his or her owner, or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation to give or order such slave, ten lashes on his or her bare back, for every such offence.

*Coming on the plantation of others without leave from their masters may be whipped.*

§ 5. No negro, mulatto, or Indian whatsoever, shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun, weapon and ammunition found in the possession or custody of any negro, mulatto, or Indian, may be seized by any person and upon due proof thereof made before any justice of the peace of the county where such seizure shall be, shall by his order, be forfeited to the seizor for his own use, and moreover every such offender shall have and receive by order of such justice any number of lashes not exceeding thirty nine, on his or her bare back, well laid on for every such offence.

*Not to keep or carry arms.*

§ 6. *Provided nevertheless,* That every free negro, mulatto or Indian, being a house keeper may be permitted to keep one gun, powder and shot, and all negroes, mulattoes and indians, bond or free, living at any frontier plantation, may be permitted to keep and use guns, powder, shot and weapons offensive or defensive, by license from a justice of peace of the county wherein such plantations lie, to be obtained upon the application of free negroes mulattoes, or indians, or by the owners of such as are slaves.

*Except those living on frontiers licensed by justices of the peace.*

§ 7. Riots, routs, unlawful assemblies, trespasses and seditions speeches by a slave or slaves shall be punished with stripes at the discretion of a justice of

*Riots, routs &c.*

Compendium of Laws
Page 0075



DATE DOWNLOADED: Fri May 12 14:30:31 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1799-1800 1 .

ALWD 7th ed.
, , 1799-1800 1 .

Chicago 17th ed.
"," Mississippi - Sergeant's Code, Original Laws : 1-168

AGLC 4th ed.
" Mississippi - Sergeant's Code, Original Laws 1

OSCOLA 4th ed.
" 1799-1800 1            Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Sargont's Code

Mississippi Territory

(Seal)

A Law for the regulation of Slaves

No slave shall go from the tenements of his master, or other person with whom he lives, without a pass, or some letter or token, whereby it shall fully appear that he is proceeding by authority, from his master, employer or overseer; if he does it shall be lawful for any person to apprehend, and carry him before a justice of the peace, to be by his order punished by stripes or not, in his discretion.

If any slave shall presume to come, and be upon the plantation, of any person whatsoever, without licence in writing from his or her owner or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation, to give or order such slave, ten lashes on his or her bare back for every such offence.

No negro, or mulatto whatsoever, shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun, weapon and ammunition found in the possession, or custody of any negro or mulatto, may be seized by any person, and upon due proof thereof made before any justice of the peace, of the county where such seizure shall be, shall by his order be forfeited to the seizor, for his own use, and moreover every such offender shall have and receive, by order of such justice, any number of lashes not exceeding thirty nine, on his or her bare back, well laid on for every such offence.

Provided nevertheless, that the commanding officers of legions, may grant in their respective counties, permission in writing to any free negro or mulatto, being a house keeper, to carry arms and ammunition, for any time, not exceeding twelve months and revocable at pleasure; and to any slave or slaves, the like priviledge, on application of their owner, showing sufficient cause, in the opinion of the said commanding officer, why such indulgence should be granted. And the commanding officers of legions, shall make report to the commander in chief, within one month after the date, of all licences granted in pursuance of this law.

Digitized from Best Copy Available

This is a reproduction of a library book that was digitized
by Google as part of an ongoing effort to preserve the
information in books and make it universally accessible.





https://books.google.com

*New Jersey Legislature*

# LAWS

OF THE

# STATE OF NEW-JERSEY.

## Revised and Published

### UNDER THE AUTHORITY OF THE LEGISLATURE.



### TRENTON:

PRINTED, FOR THE STATE, BY JOSEPH JUSTICE.

### 1821.

Digitized by Google

## LAWS OF NEW-JERSEY.  473

the money therein directed to be made, within ninety days after
receiving such warrant, he shall, for every offence, forfeit and
pay one hundred dollars, to be recovered, with costs, by action
of debt, by the treasurer, or the county or township collector, as
the case may require, for the use of the state, and shall also be
amerced by the court of common pleas of the county, to the
amount of the sum in the said warrant mentioned, with interest
and costs; which amercement shall have the force and effect of
a judgment, whereon execution shall instantly, and without any
further proceedings, be issued against the goods and chattels,
lands, tenements, hereditaments and real estate of the sheriff so
amerced.

*1799.*

*he shall not execute the warrant agreeably to law.*

39. *And be it enacted,* That if the sheriff shall not execute
the writ of execution agreeably to this act, or shall not pay the
money therein directed to be made, within ninety days after re-
ceiving such execution, he shall, for every offence, forfeit and
pay one hundred dollars, to be recovered, with costs, by action
of debt, by the treasurer, or the county or township collector, as
the case may require, for the use of the state; and shall also be
amerced by the court, out of which such execution issued, to the
amount of the sum in the said execution mentioned, with inte-
rest and costs; which amercement shall have the force and effect
of a judgment, whereon execution shall instantly, and without
any further proceedings, be issued against the goods and chat-
tels, lands, tenements, hereditaments and real estate of the sheriff
so amerced.

*Sheriff, how to be proceeded against, if he shall not execute the writ of execution agreeably to law.*

40. *And be it enacted,* That every act and every clause of any
act within the purview of this act, be, and they are hereby re-
pealed; but such repeal shall not extend to or affect any assess-
ment, tax, penalty, suit, judgment, warrant of distress, or writ of
execution, made, arising, commenced, entered, or issued under
any act or clause hereby repealed; but that the same shall be
collected, prosecuted, enforced and proceeded upon, in the like
manner as if this act had not been made.

*Former acts repealed, but such repeal not to affect antecedent taxes, judgments, warrants and executions.*

See the act designating taxable property, March 9, 1801.

---

## AN ACT to describe, apprehend and punish disorderly persons.

*PAT. 410.*

### Passed the 10th of June, 1799.

1. BE IT ENACTED *by the Council and General Assembly of
this state, and it is hereby enacted by the authority of the same,*
That all paupers, who shall unlawfully return to the city or town-
ship, from which they were legally removed, without a certificate
from the city or township to which they belong, or who shall
leave their places of legal settlement; and all persons, who shall
go about from door to door, or place themselves in streets, high-
ways or passages, to beg, crave charity, or collect alms, or who
shall wander abroad and lodge in taverns, inns, beer-houses, out-
houses, houses of entertainment, market-houses, barns or other

*Who shall be adjudged to be disorderly persons.*

3 o

Digitized by Google

**174**                    LAWS OF NEW-JERSEY.

1799.

places, or in the open air, and not give a good account of themselves, or who shall wander abroad, and beg or solicit charity, under pretence of being or having been soldiers, mariners, or seafaring men, or of loss by fire, or other casualty, or of loss by the Indians, or by war, or other pretence or thing; and all persons who shall leave, or threaten to leave their families to be maintained by the city, township or county, or to become chargeable thereto, or who, not having sufficient property or means for their subsistence or support, shall live idle, or not engage in some honest employment, or not provide for themselves or families; and all persons who shall use, or pretend to use, or have any skill in physiognomy, palmistry, or like crafty science, or who shall pretend to tell destinies or fortunes; and all runaway servants or slaves, and all vagrants or vagabonds, common drunkards, common night-walkers, and common prostitutes, shall be deemed and adjudged to be disorderly persons.

Further description of disorderly persons.

2. *And whereas* divers ill disposed persons are frequently apprehended, having upon them implements for house-breaking, or offensive weapons, or are found in or upon houses, warehouses, stables, barns or out-houses, areas of houses, coach-houses, smoke-houses, enclosed yards, or gardens belonging to houses, with intent to commit theft, misdemeanors or other offences; and although their evil purposes are thereby manifested, the power of the justices of the peace to demand of them sureties for their good behaviour hath not been of sufficient effect to prevent them from carrying their evil purposes into execution; *Be it further enacted,* That if any person shall be apprehended, having upon him or her any picklock, key, crow, jack, bit, or other implement, with an intent to break and enter into any dwelling-house, ware-house, stable, barn, coach-house, smoke-house or out-house; or shall have upon him or her any pistol, hanger, cutlass, bludgeon, or other offensive weapon, with intent to assault any person; or shall be found in or upon any dwelling-house, ware-house, stable, barn, coach-house, smoke-house or out-house, or in any enclosed yard or garden, or area belonging to any house, with an intent to steal any goods or chattels, then he or she shall be deemed and adjudged to be a disorderly person.

Disorderly persons may be apprehended without a warrant, and, on conviction, committed to the workhouse.

3. *And be it enacted,* That it shall be the duty of every constable, and lawful for any other person, to apprehend, without warrant or process, any disorderly person of the description aforesaid, and to take him or her before any justice of the peace of the county, where apprehended; and it shall be the duty of the said justice to commit such disorderly person, when convicted before him, by the confession of the offender, or by the oath or affirmation of one or more witness or witnesses, to the workhouse of the city, town or county, there to be kept at hard labor for any time not exceeding three calendar months.

Justices to issue process against disorderly persons.

4. *And be it enacted,* That it shall be the duty of every justice of the peace, of the proper county, to issue, on information, or his own view, his warrant or process to apprehend any disorderly person, within the intent and meaning of this act.



DATE DOWNLOADED: Sun May 14 19:55:42 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1801 259 .

ALWD 7th ed.
, , 1801 259 .

Chicago 17th ed.
"," Tennessee - 4th General Assembly, 1st Session : 259-261


AGLC 4th ed.
" Tennessee - 4th General Assembly, 1st Session 259

OSCOLA 4th ed.
" 1801 259         Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

( 259 )

grants, deeds, or mesne conveyances not being proved and registered within this state, it shall and may be lawful for such person or persons to prove and register his, her, or their grants, deeds or mesne conveyances.

Sec. 2. *Be it enacted,* That this act shall be in force until the end of the next stated session of the general assembly.

## CHAP. XXI.

AN ACT *to amend an act, entitled,* " An act to ascertain the boundaries of land, and for perpetuating testimony.—PASSED NOVEMBER 6, 1801.

*B*E it enacted by the General Assembly of the State of Tennessee, That all the privileges, benefits, and advantages arising under or accruing to others, by virtue of an act, entitled, " An act to ascertain the boundaries of land, and for perpetuating testimony, passed at Knoxville in the year 1799, shall extend to the citizens resident south of French Broad and Holston, and between the rivers Big Pigeon and Tennessee, holding or claiming, or that may hold or claim land by right of occupancy, so far as may respect their rights to, or the conditional or boundary lines of their respective claims or rights of occupancy and pre-emption in that tract of country, any thing in the proviso to the fourth section of said recited act to the contrary notwithstanding.

## CHAP. XXII.

AN ACT *for the restraint of idle and disorderly persons.*—PASSED NOVEMBER 13, 1801.

WHEREAS it becomes necessary for the welfare of the community, to suppress wandering, disorderly and idle persons :

Section 1. BE *it enacted by the General Assembly of the State of Tennessee,* That any person or persons who have no apparent means of subsistence, or neglect applying themselves to some honest calling for the support of themselves and families, every person so offending, who shall be found sauntering about neglecting his business, and endeavoring to maintain himself by gaming or other undue means, it shall and may be lawful for any justice of the peace of the county wherein such person may be found, on due proof made, to issue his warrant for such offending person, and cause him to be brought before said justice, who is hereby empowered, on conviction, to demand security for his good behaviour, and in case of refusal or neglect, to commit him to the goal of the county, for any term not exceeding five days, at the expiration of which time he shall be set at liberty if nothing criminal appears against him, the said offender paying all charges arising from such imprisonment; and if such person shall be guilty of the like offence from and after the space of thirty days, he, so offending, shall be deemed a vagrant, and be subject to one month's imprisonment, with all costs accruing thereon, which if he neglects or refuses to pay, he may be continued in prison until the next court of the county, who may proceed to try the said offender, and if found guilty by a verdict of a jury of good and lawful men, said court may proceed to hire the offender for any space of time not exceeding six months, to make satisfaction for all costs, but if such person or persons so offending, be of ill fame, so that he or they cannot be hired for the costs, nor give sufficient security for the same and his future good behaviour, in that case it shall and may be lawful for the said court to cause the offender to recive not exceeding thirty nine lashes, on his bare back, after which he shall be set at liberty, and the costs arising thereon shall become a county charge ; which punishment may

( 260 )

be inflicted as often as the person may be guilty, allowing thirty days between the punishment and the offence.

Sec. 2. Be it enacted. That it shall not be lawful for any person or persons of ill fame or suspicious character, to remove him or themselves from one county to another in this state, without first obtaining a certificate from some justice of the peace of said county or captain of his company. setting forth his intention in removing, whether to settle in said county. or if travelling, to set forth his business and destination, and if such traveller should be desirous to stay in any county longer than ten day. he shall first apply to some justice of said county for leave, and obtain a certificate for that purpose, setting forth the time of his permission, and if such person shall be found loitering in said county after the expiration of his permit, or fail to obtain the same agreeable to the true intent and meaning of this act. such person or persons so offending. may be apprehended by any person or persons, and carried before some justice of the peace, who may enquire into his character and business; and fine him at his discretion, not exceeding ten dollars; but if said traveller shall be found on examination, to be a person of ill fame. and there is reason to suspect he is loitering in said county for evil purpose, attempting to acquire a living by gambling, or other bad practices. such justice shall have power to commit any person of like character, until he shall find good and sufficient security for his good behaviour, for any time not exceeding ten days, and said justice of the peace or court of the county shall proceed against such offender, in the same manner as is heretofore prescribed for vagrants.

Sec. 3 Be it enacted. That all and every keeper or keepers, exhibitor or exhibitors, of either of the gaming tables commonly called A. B. C. or E. O. tables, or faro bank, or of any other gaming cloth table, or bank of the same, or like kind, under any denomination whatever, shall be deemed and treated as a vagrant, and moreover it shall be the duty of any judge or justice of the peace, by warrant under his hand, to order such gaming table or cloth to be seized and publicly burned or destroyed; said warrant shall be directed to some one constable within the county, whose duty it shall be, forthwith to execute the same : Provided, That nothing herein contained, shall be so construed as to extend to billiard tables:

Sec. 4. Be it enacted, That it shall not be lawful for any house keeper to harbor any idle person of the character aforesaid, for any longer time than is heretofore specified, under the penalty of twenty dollars for every such offence, to be recovered by warrant before any justice of the peace of the county where the offence is committed.

Sec. 5 Be it enacted. That it shall be the duty of each justice of the peace, on information being made on oath to him or them, that there is a person or persons of the aforesaid description, loitering in his or their county, then and in that case he or they shall issue his or their warrant against such person or persons agreeable to this act : And provided. he or they shall neglect or refuse so to do, it shall be deemed a misdemeanor in office, for which he or they shall be impeachable, and on conviction be removed from office.

Sec. 6 Be it enacted. That if any person or persons shall publicly ride or go armed to the terror of the people, or privately carry any dirk. large knife. pistol or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice, on his

own view, or upon the information of any other perfon on oath, to bind fuch perfon or perfons to their good behaviour and if he or they fail to find fecurities, commit him or them to goal and if fuch perfon or perfons fhall continue fo to offend, he or they fhall not only forfeit their recognizances, but be liable to an indictment, and be punifhed as for a breach of the peace, or riot at common law.

Sec. 7. Be it enacted, That if any perfon or perfons fhall unlawfully cut out or difable the tongue. put out an eye. flit a nofe. bite or cut off a nofe, ear or lip, or cut off or difable any limb or member, or ftab any perfon whatfoever, in doing fo, to maim, wound or diffigure in any of the manner before mentioned, fuch perfon or perfons fo offending their counfellors, aiders and abettors, knowing of, and privy to the offence. fhall be and are hereby declared to be felons, and fhall fuffer as in cafe of felony: Provided neverthelefs, he or they fhall be entitled to benefit of clergy, and be further liable to an action of damages to the party injured.

Sec. 8. Be it enacted, That all fines inflicted by this act, fhall be one half to him that will fue for the fame, and the other half to the ufe of the county.

Sec. 9. Be it enacted That all laws and parts of laws, which come within the meaning and purview of this act, are hereby repealed.

## CHAP. XXIII.

An ACT to authorife the feveral county courts of pleas and quarter feffions to remit and mitigate fines and forfeitures on recognizances as therein mentioned —(PASSED OCTOBER 12, 1801.)

Section 1. BE it enacted by the General Affembly of the State of Tenneffee, That the feveral courts of pleas and quarter feffions in this ftate, fhall have power to remit or mitigate all fines by them inflicted, and all forfeitures on recognizances. previous to entering final judgment thereon : Provided, a majority, or any number not lefs than nine of the juftices of faid county be prefent when fuch remittance or mitigation fhall be made.

Sec. 2. Be it enacted, That fo much of any other act as comes within the purview and meaning of this act is hereby repealed.

## CHAP. XXV.

An ACT concerning adminiftrations granted on the eftates of perfons dying inteftate, therein mentioned —(PASSED NOVEMBER 10, 1801.)

WHEREAS heretofore the courts of pleas and quarter feffions. during the being of the temporary government called Franklin, granted adminiftrations on the eftates of perfons who died inteftate, and have iffued letters of adminiftration accordingly, in virtue and by authority of which, the perfons fo adminiftering, have proceeded to adminifter upon the goods and chattels, rights and credits of their inteftates refpectively : And whereas it will contribute to the peace and quiet of families, that adminiftrations on fuch eftates, fo as aforefaid granted, be deemed and declared valid,

Sec. 1. BE it enacted by the General Affembly of the State of Tenneffee, That all adminiftrations granted by any of the faid courts of pleas and quarter feffions, and letters of adminiftration by any of the aforefaid courts iffued, on the eftate or eftates of any perfon who died inteftate, and all proceedings in virtue of fuch letters of adminiftration had and done, of, and concerning any fuch eftate, agreeably to, and in conformi-

# Alexander Edwards, Ordinances of the City Council of Charleston, in the State of South-Carolina, Passed since the Incorporation of the City, Collected and Revised Pursuant to a Resolution of the Council Page 153, Image 156 (1802) available at The Making of Modern Law: Primary Sources.

## Subject(s):

- Storage (https://firearmslaw.duke.edu/subjects/storage/)

## Jurisdiction(s):

- South Carolina (https://firearmslaw.duke.edu/jurisdictions/south-carolina/)

## Year(s):

1802

Ordinances of Charleston, An Ordinance to Revise and Amend an Ordinance Respecting Fires in the City of Charleston, and for other Purposes Therein Mentioned, § 5. And be it further Ordained by the Authority Aforesaid, That it shall and may be lawful for the fire-masters to enter into the houses, out-houses, stables and yards of every owner or tenant of the same in Charleston, wherever they shall see occasion and enquire, search, and examine if any quantities of gun-powder ,hay, straw, fodder, pitch, tar, rosin, turpentine, hemp, oil, tallow, or other combustible matter, are lodged in any such place within the said city, which may be in danger of taking fire; and if the said fire-masters shall find there is apparent danger that fire may be communicated by such combustibles, they shall admonish the owner or the tenant of such house or houses, to remove the same, and in case such person or persons shall refuse or neglect to remove the same, within twelve hours from such notice being given, the said fire masters are hereby empowered, and directed, to cause the same to be removed and lodged in some more secure place, at the charge of such owner or tenant, and shall issue a warrant, under the hands and seals of any three, or more of them, and levy the expenses of the same and fine of thirty dollars for every such offense.



DATE DOWNLOADED: Mon May 15 12:28:30 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
J. Steele, Compiler; M'Campbell, J., Compiler. Laws of the Arkansas Territory (1835).

ALWD 7th ed.
Steele, J., Compiler; M'Campbell, J., Compiler. Ls of the Arkansas Territory (1835).

APA 7th ed.
Steele, J. (1835). Laws of the Arkansas Territory. Little Rock, Ark. Ter, Printed by J. Steele.

Chicago 17th ed.
Steele J., Compiler; M'Campbell, J., Compiler. Laws of the Arkansas Territory. Little Rock, Ark. Ter, Printed by J. Steele.

McGill Guide 9th ed.
J. Steele, Compiler; M'Campbell, J., Compiler, Ls of the Arkansas Territory (Little Rock, Ark. Ter: Printed by J. Steele., 1835)

AGLC 4th ed.
J. Steele, Compiler; M'Campbell, J., Compiler, Laws of the Arkansas Territory (Printed by J. Steele., 1835

MLA 9th ed.
Steele, J., Compiler, and J. M'Campbell, Compiler. Laws of the Arkansas Territory. Little Rock, Ark. Ter, Printed by J. Steele. HeinOnline.

OSCOLA 4th ed.
Steele, J., Compiler; M'Campbell, J., Compiler. Laws of the Arkansas Territory. Little Rock, Ark. Ter, Printed by J. Steele.          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

520 **SLAVES.**

in like manner, and put up the same in the clerk's office
and at the court house door in the manner and time as
the clerks aforesaid; and any clerk or sheriff neglecting
Penalty for or failing so to do, shall forfeit and pay any sum not ex-
failure. ceeding three hundred dollars, at the discretion of the
court, on motion of the prosecuting attorney, by giving
said clerk or sheriff ten days notice; and the amount so
collected of the said clerks or sheriffs shall be paid into
the county treasury for the use of said county.—*Ib. ap-
proved Oct. 29, 1827.*

Sec. 8. The sum allowed by law to deputy goalers
Deputy goal- shall in no case be allowed to such deputy except for the
er. time he may actually have some person or persons in
custody; and in that event such allowance shall be at
the rate only of one hundred and fifty dollars per an-
num.—*Ib. approved Nov. 3, 1825.*

## SLANDER.

Charging a Sec. 1. It shall be and is hereby declared to be ac-
person with tionable to publish maliciously in any manner whatev-
adultery. er, that any person has been guilty of fornication or
Deft. may adultery and the defendant may plead the general issue
plead gener'l and give the truth of the charge in evidence for justifi-
issue, &c. cation: *Provided*, That nothing in this act contained
Proviso. shall be so construed as to affect any person for any
transaction or thing done or performed previous to the
taking effect of the same.—*L. M. T. passed 20th Jan.
1816.*

## SLAVES.

Leaving Sec. 1. No slave shall go from the tenements of his
home with- master, or other person with whom he lives without a
out leave. pass, or some letter or token whereby it may appear
that he is proceeding by authority from his master,
employer or overseer; if he does, it shall be lawful for
any person to apprehend and carry him before a jus-
How punish- tice of the peace, *to be by his order punished with stripes
ed. or not in his discretion.*—*L. L. T. passed 1st October
1804.*

Sec. 2. If any slave shall presume to come, and be

* *See post sec.* 27.

## SLAVES.    521

upon [the plantation] of any person whatsoever without Coming on
leave in writing from his or her owner or overseer, not any planta-
being sent upon lawful business, it shall be lawful for tion, &c.
the owner or overseer of such plantation, to give or order Punished by
such slave ten lashes on his or her bare back for every stripes.
such offence.—*Ib.*

Sec. 3. No slave or mulatto whatsoever, shall keep Not to keep a
or carry a gun, powder, shot, club or other weapon gun, &c.
whatsoever, offensive or defensive; but all and every
gun weapon and ammunition found in the possession or Arms and
custody of any negro or mulatto, may be seized by ammunition
any person and upon due proof made before any justice ed.
of the peace of the district [county] where such seizure
shall be, shall by his order be forfeited to the seizor,
for his own use, and moreover, every such offender Slave pun-
shall have and receive by order of such justice any num- ished by
ber of lashes not exceeding thirty nine on his or her stripes.
bare back well laid on for every such offence.—*Ib.*

Sec. 4. Every free negro or mulatto, being a house- Free negro
keeper may be permitted to keep one gun, powder and may carry
shot; and all negroes or mulattoes bond or free, liv- gun, &c.
ing at any frontier plantation, may be permitted to keep And all ne-
and use guns, powder shot and weapons, offensive and tain cases.
defensive, by license from a justice of the peace of the
district [county] wherein such plantation lies, to be ob-
tained upon the application of free negroes or mulattoes,
or of the owners of such as are slaves.—*Ib.*

Sec. 5. All riots, routs unlawful assemblies and se- Riots, &c.
ditious speeches by a slave or slaves, shall be punished How punish-
with stripes, at the discretion of a justice of the peace ed.
and he who will may apprehend and carry him, her or
them before such justice.—*Ib.*

Sec. 6. To prevent the inconvenience arising from Meetings of
the meetings of slaves, if any master mistress or over- slaves.
seer of a family shall knowingly permit or suffer any Persons per-
slave not belonging to him or her, to be and remain on to remain &c.
his or her plantation, above four hours at any one time,
without leave of the owner or overseer of such slave,
he or she so permitting shall forfeit and pay three dol-
lars for every such offence and every owner or over- Or at any
seer of a plantation, who shall so permit or suffer more time not
than five negroes or slaves, other than his or her own, more than 5.

K*



DATE DOWNLOADED: Sun May 14 19:59:22 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1804 3 .

ALWD 7th ed.
, , 1804 3 .

Chicago 17th ed.
"," Indiana - Laws for the Government of the District of Louisiana : 3-136


AGLC 4th ed.
" Indiana - Laws for the Government of the District of Louisiana 3

OSCOLA 4th ed.
" 1804 3        Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

107

we, William Henry Harrison, governor, and Thomas T. Davis, Henry Vander Burgh, and John Griffin, judges in and over the Indiana Territory, have hereunto set our hands at Vincennes, the first day of October, one thousand eight hundred and four, and of the Independence of the United States the twenty-ninth.

> WILLIAM HENRY HARRISON,
> THOMAS TERRY DAVIS,
> HENRY VANDER BURGH,
> JOHN GRIFFIN,

---

## A LAW

*Entitled a law, respecting Slaves.*

BE it enacted by the governor and judges of the Indiana Territory authorised and empowered by an act of congress, to make laws for the district of Louisiana, and it is hereby enacted by the authority of the same,

§ 1st. That no negro or mulatto, shall be a witness, except in pleas of the *United States* against negroes or mulattoes, or in civil pleas where negroes alone shall be parties.

§ 2nd. And be it further enacted, That no slave shall go from the tenements of his master, or other person with whom he lives without a pass, or some letter or token, whereby it may appear that he is proceeding by authority from his master, employer or overseer if he does it shall be lawful for any person to apprehend and carry him before a

Digitized from Best Copy Available

108

justice of the peace to be by his order punished with stripes, or not, in his discretion.

§ 3rd.   And be it further enacted  That if any slave shall presume to come, and be upon the plantation of any person whatsoever, without leave in writing from his or her owner or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation, to give or order such slave ten lashes on his or her bare back for every such offence.

§ 4th.  And be it further enacted, That no slave or mulatto whatsoever, shall keep or carry any gun, powder, shot, club, or other weapon whatsoever, offensive or defensive, but all and every gun weapon and ammunition found in the possession or custody of any negro or mulatto, may be seized by any person, and upon due proof thereof made before any justice of the peace of the district where such seizure shall be, shall by his order be forfeited to the seizor, for his own use, and moreover every such offender shall have and receive by order of such justice any number of lashes not exceeding thirty-nine on his or her bare back, well laid on for every such offence.

§ 5th. And be it further enacted, That every free negro or mulatto, being a house keeper, may be permitted to keep one gun, powder and shot ; and all negroes and mulattoes, bond or free, living at any frontier plantation, may be permitted to keep and use

Digitized from Best Copy Available



DATE DOWNLOADED: Sun May 14 20:02:53 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1804 3 .

ALWD 7th ed.
, , 1804 3 .

Chicago 17th ed.
"," Mississippi - 3rd General Assembly, 1st Session : 3-136


AGLC 4th ed.
" Mississippi - 3rd General Assembly, 1st Session 3

OSCOLA 4th ed.
" 1804 3          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

( 89 )

ny officer before named shall take greater fees than are herein before expressed and limited for any service to be done in his office, or if such officer shall charge, demand, and take any fees herein before ascertained for services not actually rendered, every officer so offending shall forfeit and pay to the party injured fifty dollars, to be recovered in any court having competent jurisdiction, and it shall be lawful for any person to refuse payment of fees to any officer, who will not make out a bill of particulars, signed by him if required, and also a receipt, or discharge, signed by him, of the fees paid.

*Penalty on officers violating this act.*

*Officer to furnish bill of fees, if required, and also a receipt.*

PHILANDER SMITH, *Speaker of the House of Representatives.*
JOHN ELLIS, *President of the Legislative Council.*

Approved, March the 6th, 1805.
CATO WEST, *Secretary of the Mississippi Territory, acting as Governor of the same.*

---

## AN ACT

*Respecting Slaves.*

Sec. 1. BE it enacted, by the Legislative Council and House of Representatives of the Mississippi Territory, in General Assembly convened, That no slave be admitted a witness against any person, in any matter cause or thing whatsoever, civil or criminal, except in criminal cases, in which the evidence of one slave shall be admitted for or against another slave.

*In what case slaves may be witnesses.*

Sec. 2. *And be it further enacted,* That no slave shall go from the tenements of his master, or other person with whom he lives, without a pass,

*Slaves not to go from home without pass.*

M

( 90 )

or some letter or token, whereby it may appear that he is proceeding by authority from his master, employer or overseer; if he does, it shall be lawful for any person to apprehend and carry him before a justice of the peace, to be by his order punished with stripes, or not, in his discretion, not exceeding twenty stripes.

Sec. 3. *And be it further enacted,* That if any slave shall presume to come and be upon the plantation of any person whatsoever, without leave in writing from his or her owner or overseer, not being sent upon lawful business, it shall be lawful for the owner or overseer of such plantation to give or order such slave ten lashes on his or her bare back, for every such offence.

*Nor upon the plantation of any person without leave in writing.*

Sec. 4. *And be it further enacted,* That no slave shall keep or carry any gun, powder, shot, club, or other weapon whatsoever offensive or defensive, except the tools given him to work with, or that he is ordered by his master, mistress or overseer to carry the said articles from one place to another, but all, and every gun, weapon or ammunition found in the possession or custody of any slave, may be seized by any person, and upon due proof thereof made before any justice of the peace of the county or corporation, where such seizure shall be made, by his order, be forfeited to the seizer for his own use; and moreover, every such offender shall have and receive by order of such justice, any number of lashes not exceeding thirty nine, on his bare back for every such offence: *Provided nevertheless,* That any justice of the peace may grant, in his proper county, permission in writing, to any slave, on application of his master, or overseer to carry and use a gun and ammunition within the limits of his said master's or owner's plantation, for a term not exceeding one year, and recoverable, at any time within such term, at

*Slaves not to carry offensive or defensive weapons.*

*In what cases they may get leave to carry gun.*

( 91 )

the difcretion of faid juftice. And to prevent the
inconveniences arifing from the meeting of flaves,

Sec. 5. *Be it further enacted,* That if any maf- *Penalty on per-*
ter, miftrefs or overfeer of a family fhall know- *fons permitting*
ingly permit or fuffer any flave not belonging to *flaves, not their*
him or her, to be and remain in or about his or *own, to remain*
her houfe or kitchen, or upon his or her plantation *on their planta-*
above four hours at any one time, without leave *tions.*
of the owner, or overfeer of fuch flaves, he or fhe
fo permitting, fhall forfeit and pay ten dollars for
every fuch offence, and every owner or overfeer
of a plantation who fhall fo permit or fuffer more
than five negroes or flaves, other than his or her
own, to be and remain upon his or her plantation
or quarter at any one time, fhall forfeit and pay
ten dollars for each negro or flave above that num-
ber, which faid feveral forfeitures fhall be to the in-
former, and recoverable with cofts, before any
juftice of the peace of the county or corporation
where fuch offence fhall be committed. *Provided
always,* That nothing herein contained fhall be
conftrued to prohibit the negroes or flaves of one
and the fame owner, though feated at different
quarters, from meeting with their owners' or over-
feers' leave, upon any plantation to fuch owner
belonging, nor to reftrain the meeting of flaves on
their owner's or overfeer's bufinefs at any public
mill, nor to prohibit their meeting on any other
lawful occafion by licence in writing from their
owner, or overfeer, nor their going to church, and
attending divine fervice, on the Lord's day, and
between fun-rifing and fun-fetting.

Sec. 6. *And be it further enacted,* That riots, *Riots, &c. by*
routs, unlawful affemblies, trefpaffes, and feditious *flaves, how pu-*
fpeeches by a flave or flaves fhall be punifhed with *nifhable.*
ftripes, not exceeding thirty-nine, at the difcretion
of a juftice of the peace; and he who will, may

# ACTS AND RESOLVES

OF

# MASSACHUSETTS.

1804-1805.

[Published by the Secretary of the Commonwealth, under
Authority of Chapter 104, Resolves of 1889.]

# ACTS

AND

# L A W S

OF THE

# C O M M O N W E A L T H

OF

# MASSACHUSETTS.

BOSTON:

PRINTED BY YOUNG & MINNS,

PRINTERS TO THE HONORABLE THE GENERAL COURT OF THE COMMONWEALTH.

MDCCCIV.

Reprinted by WRIGHT & POTTER PRINTING COMPANY, State Printers.

1898.

Case 2:11-cv-09916-SSS-KES    Document 208-3    Filed 07/24/24    Page 100 of 190
Page ID #:3700

other Towns within this Commonwealth are required by
law to choose in the Months of March or April annually;
And the Officers so chosen shall be qualified as other
Town Officers are.                    *Approved March 8, 1805.*

---

### 1804. — Chapter 81.

[January Session, ch. 35.]

AN ACT TO PROVIDE FOR THE PROOF OF FIRE ARMS MANU-
FACTURED WITHIN THIS COMMONWEALTH.

*Whereas no provision hath been made by law for the* Preamble.
*proof of Fire Arms manufactured in this Commonwealth
by which it is apprehended that many may be introduced
into use which are unsafe and thereby the lives of the Cit-
izens be exposed, to prevent which*

SECT. 1ST.  *Be it enacted by the Senate and House of
Representatives in General Court assembled, and by the
authority of the same* That the Governor by and with Provers of fire-
the advice and consent of the Council be and he hereby arms to be ap-
is empowered to appoint in any part of this Common- pointed.
wealth where the Manufacture of fire Arms is carried on,
suitable persons to be provers of fire arms not exceeding
two in any County who shall be sworn to the faithful dis-
charge of their trust, whose duty it shall be to prove all
Musket Barrels and Pistol barrels which being sufficiently
ground bored and breeched shall be offered to him to be
proved — who shall prove the Musket barrels twice in
manner following vizt. first with a charge consisting of Method of
one eighteenth part of a pound of Powder, one ounce of proving.
which in a five & an half inch Howitz at an elevation
of forty five degrees will carry a twenty four pound shot,
eighty Yards — with a ball suited to the bore of the bar-
rel — the second proof to be with a charge consisting of
one twenty second part of the same powder with a ball
suited to the bore of the barrel, and shall prove the pistol
barrels once with a charge consisting of one twenty sec-
ond part of a pound of Powder, one ounc of which in a
five and half inch Howitz at an elevation of forty five
degrees, will carry a twenty four pound shot seventy
Yards, with a ball suited to the bore of the barrel —
which said powder and ball it shall be the duty of the
prover to provide — And if the said musket and pistol Proof marks
barrels shall stand the proof aforesaid and shall in no re-
spect fail, then it shall be the duty of the said prover to

112                     ACTS, 1804. — CHAPTER 81.

stamp the same on the upper side and within one and an half inches of the breech of said barrels with a stamp consisting of the initial letters of the provers name & over those letters the letter P. also in the line of the said initial letters and further up said barrel the figures designating the Year of our Lord in which the proof is made and over the said figures the letter M. which said letters and figures shall be so deeply impressed on said barrel as that the same cannot be erased or disfiguered and shall

be in the form following $\overset{P}{A}\overset{M}{B}$ 1805 and when any barrels shall burst or shall in any manner fail in the proving as aforesaid so that in the opinion of the prover they are unfit for use they shall not be stamped but the said prover

*Fees.*

shall suffer the owner to take them away — & any prover so proving musket or pistol barrels as aforesaid shall be entitled to recieve from the owner for each musket barrel thirty three Cents, and for each pistol barrel twenty five Cents, whether the same stand proof and are Stamped or not.

*Penalty for not having arms proved.*

SEC. 2D. *And be it further enacted*, that if any person after the first day of June next shall manufacture within this Commonwealth any musket or pistol without having the barrels proved and stamped as aforesaid, except such as are or may be Manufactured in the Armory of the United States, or in fulfilment of some contract made and entered into or that may hereafter be made and entered into for the Manufacturing of fire arms for the United States, shall forfiet and pay for every such Musket or pistol the sum of ten dollars to be recovered in an action of Debt before any Court proper to try the same by any person who shall sue for and recover the same to his own use.

*Penalty for selling or buying arms not proved.*

SEC. 3D. *And be it further enacted* that if any person after the said first day of June next, shall sell and deliver or shall knowingly purchase any Musket or Pistol which shall have been manufactured within this Commonwealth after the said first day of June next, which shall not have the marks of proof above required the person so selling and the person so purchasing, shall each forfiet the sum of Ten Dollars, to be recovered by action of debt before any Court proper to try the same to the use of any person who shall sue for and recover the same.

*Penalty for forging stamp.*

SEC. 4TH. *And be it further enacted*, that if any person, shall falsely forge or alter the stamp of any prover

of Fire arms, so appointed as aforesaid impressed on any musket or Pistol Barrel pursuant to this Act, and be convicted thereof before the Supreme Judicial Court he shall be punished by fine not exceeding Fifty Dollars nor less than twenty dollars, according to the nature and agravation of the offence.        *Approved March 8, 1805.*

---

## 1804. — Chapter 82.

[January Session, ch. 36.]

AN ACT TO INCORPORATE A NUMBER OF THE INHABITANTS IN THE TOWN OF LIMINGTON, IN THE COUNTY OF YORK, INTO A SEPERATE RELIGIOUS SOCIETY, BY THE NAME OF THE FIRST BAPTIST SOCIETY IN LIMINGTON.

SEC. 1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same,* That Ebenezer Clarke, James Marrs, Solomon Stone, William Chick, Barzillai Small, Nathaniel Clark, Paul Gray, James Sawyer, John Gray, Ebenezer Sawyer, Jeremiah Small, Lemuel Sawyer, Peter Chick, James Small, Daniel Rounds, Amos Chase, Robert Hooper, David Nason, Jonathan Nason, Daniel Small, Frethe Spencer, John Lord, John Sutton, Stephen Webber, George Stone, James Lord, John Andrews, John Finnix, Enoch Nason, Nathaniel Adams, Benjamin Norton, Edward Norton, John Greenlaw, Amos Thompson, Joseph Sawyer, William Sawyer, Ebenezer Walker, William Wentworth, Hurd Hubbard, James Heard, Joshua Durgon, Levi Cole, William Manning, George Finnix, Isaac Small, Ezekiel Small, Jacob Small, Josiah Chase, Thomas Spencer, Abraham Parker, Amos Chase Junior, Nathan Chick, and Jonathan Nason Junior, members of said Religious Society, with their polls and estates, be, and they are hereby incorporated by the name of the First Baptist Society in Limington, with all the priviledges and immunities which parishes or Religious Societies in this Commonwealth are by Law intitled to, *provided however,* that all such persons, shall be holden to pay their proportion of all Monies assessed in said town of Limington for Parochial purposes, previous to the passing of this Act. {Persons incorporated.} {Corporate name.}

SEC. 2D. *And be it further enacted,* that any person in said town of Limington who may at any time within one year from the passing of this Act, actually become a Member of, and unite in religious worship with the said {Method of joining the society.}




DATE DOWNLOADED: Sun May 14 20:11:24 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Virgil Maxcy. Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments (1811).

ALWD 7th ed.
Maxcy, Virgil. Ls of Maryl&. With the Charter, the Bill of Rights, the Constitution
of the State, & its Alterations, the Declaration of Independence, & the Constitution
of the United States, & its Amendments (1811).

APA 7th ed.
Maxcy, V. (1811). Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments. Baltimore, P.H. Nicklin &
Co.

Chicago 17th ed.
Maxcy Virgil. Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments. Baltimore, P.H. Nicklin &
Co.

McGill Guide 9th ed.
Virgil Maxcy, Ls of Maryl&. With the Charter, the Bill of Rights, the Constitution of
the State, & its Alterations, the Declaration of Independence, & the Constitution of
the United States, & its Amendments (Baltimore: P.H. Nicklin & Co., 1811)

AGLC 4th ed.
Virgil Maxcy, Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments (P.H. Nicklin & Co., 1811

MLA 9th ed.
Maxcy, Virgil. Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments. Baltimore, P.H. Nicklin &
Co. HeinOnline.

OSCOLA 4th ed.
Maxcy, Virgil. Laws of Maryland. With the Charter, the Bill of Rights, the
Constitution of the State, and its Alterations, the Declaration of Independence, and
the Constitution of the United States, and its Amendments. Baltimore, P.H. Nicklin &
Co.        Please note: citations are provided as a general guideline. Users should
consult their preferred citation format's style manual for proper citation
formatting.

464                    **LAWS OF MARYLAND.**

tablished within this state, or which is or may be established by law in any of the United States, or any person who shall be in any manner concerned in the altering, forging or counterfeiting, any note of any bank now existing within this state, or of any bank which may hereafter be established within this state, or any person who may pass within this state forged or counterfeited note or notes, knowing them to be such, purporting to be the genuine notes of a bank regularly constituted within this state by the United States, or within any of them, or any person who may pass as genuine any note, purporting to be a note of a bank which does not exist, shall be deemed a felon, and shall on being duly convicted thereof, be sentenced to undergo a confinement in the penitentiary for a period not less than five nor more than ten years, to be treated as herein directed. 10th. Any person who shall falsely make, forge or counterfeit, or cause or procure to be falsely made, forged or counterfeited, or willingly act or assist in falsely making, forging, altering or counterfeiting, any deed, will, testament or codicil, bond, writing obligatory, bill of exchange, promissory note for the payment of money or property, endorsement or assignment of any bond, writing obligatory, bill of exchange, acquittance or receipt, for money or property, or any acquittance or receipt, either for money or property, with intention to defraud any person whomsoever, or shall utter or publish as true, any false, forged, altered or counterfeited deed, will, testament or codicil, bond, writing obligatory, bill of exchange, promissory note for the payment of money or property, endorsement or assignment of any bond, writing obligatory, bill of exchange, acquittance or receipt for money or property, shall be deemed a felon, and on being thereof duly convicted, shall be sentenced to undergo a confinement in the said penitentiary for a period of time not less than five nor more than ten years, to be dealt with as herein after mentioned.

10. Of forging deeds, wills, bonds, notes, &c.

V. Punishments of offences affecting the public police.
1. Of polygamy.

**VII.** AND BE IT ENACTED, That the offences herein after mentioned, affecting the public police, shall be punished in manner following ; that is to say, 1st. Whosoever being married, shall, the first husband or wife, as the case may be, being alive, marry any person or persons, shall undergo a confinement in the penitentiary for a period not less than one year nor more than nine years ; provided, that nothing herein contained shall extend to any person whose husband or wife shall be continually remaining beyond the seas seven years together, or shall absent himself or herself seven years together, in any part within the United States, or elsewhere, the one of them not knowing the other to be living at that time, and if such offender be a man, his first wife shall, on his conviction, be forthwith endowed of one third part of his real estate, which she shall hold as tenant in dower, the assignment of which shall be made as prescribed by law in other cases of dower, and she shall have the like remedy for the recovery thereof ; and she shall also, on his conviction, be forthwith entitled to one third part of his personal estate, in the same manner as if such hus-

## EDWARD LLOYD, Esq. Governor.

465

band had died intestate and she had survived him, which third part shall be divided and allotted to her in the same manner as distribution is made of the personal estate of intestates; and if the said offender be a man, he shall, on conviction, forfeit his claim or title as tenant by the courtesy, and also all his claim or title to any estate personal or mixed, which he may have in right of his first wife; and if the said offender be a woman, she shall on conviction, forfeit her claim to dower of the estate of her first husband, and also her distributory share of his personal estate, which she would be entitled to if he had died intestate, and she had survived him. 2d. Every person who shall be duly convicted of keeping any E O table, or any other kind of gaming table, billiard-tables excepted, at which the games of Pharo, Equality, or any other game of chance shall be played for money, or of keeping any bank, and inducing or permitting any person to bet against the said bank, or of strolling about the country from place to place, and deriving a support and maintenance chiefly from horse-racing or gaming, shall be sentenced to undergo a confinement in the said penitentiary for a period not less than three months nor more than two years, to be dealt with as the law directs. 3d. Every commanding officer, captain or master, of any vessel, who shall be duly convicted of wilfully importing in the same into this state, from any foreign country, and not any part of the United States, any felon, convict, or any slave, knowing him or her to be such, and every person duly convicted of bringing into this state, by land or water, any negro or mulatto from any foreign country, not a part of the United States, with intent to sell and dispose of such negro or mulatto within this state as a slave, shall be sentenced to undergo a confinement in the said penitentiary for a period of time not less than one year nor more than five years, to be treated as herein after directed. 4th. If any person shall be apprehended, having upon him or her any picklock, key, crow, jack, bit or other implement, with an intent feloniously to break and enter into any dwelling-house, ware-house, stable or out-house, or shall have upon him or her any pistol, hanger, cutlass, bludgeon or other offensive weapon, with intent feloniously to assault any person, or shall be found in or upon any dwelling-house, ware-house, stable or out-house, or in any enclosed yard or garden, or area belonging to any house, with an intent to steal any goods or chattels, every such person shall be deemed a rogue and vagabond, and, on being duly convicted thereof, shall be sentenced to undergo a confinement in the said penitentiary for a period of time not less than three months nor more than two years, to be treated as the law prescribes. 5th. Any person who has been convicted and condemned to serve and labour as a criminal, and who may escape and be found in this state, shall be deemed a fugitive felon, and being thereof convicted by a duly authenticated record from the court of the state in which such convic-

2. Of keeping E. O. or any other gaming table, billiard tables excepted, &c.

3. Of importing felons, convicts, or slaves.

4. Of rogues and vagabonds.

5. Of fugitive felons.



DATE DOWNLOADED: Mon May 15 12:04:07 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William Littell. Statute Law of Kentucky; with Notes, Praelections, and Observations
on the Public Acts (1812-1816).

ALWD 7th ed.
Littell, William. Statute L of Kentucky; with Notes, Praelections, & Observations on
the Public Acts (1812-1816).

APA 7th ed.
Littell, W. (1812-1816). Statute Law of Kentucky; with Notes, Praelections, and
Observations on the Public Acts. Frankfort, Printed by and for William Hunter.

Chicago 17th ed.
Littell William. Statute Law of Kentucky; with Notes, Praelections, and Observations
on the Public Acts. Frankfort, Printed by and for William Hunter.

McGill Guide 9th ed.
William Littell, Statute L of Kentucky; with Notes, Praelections, & Observations on
the Public Acts (Frankfort: Printed by and for William Hunter., 1812-1816)

AGLC 4th ed.
William Littell, Statute Law of Kentucky; with Notes, Praelections, and Observations
on the Public Acts (Printed by and for William Hunter., 1812-1816

MLA 9th ed.
Littell, William. Statute Law of Kentucky; with Notes, Praelections, and Observations
on the Public Acts. Frankfort, Printed by and for William Hunter. HeinOnline.

OSCOLA 4th ed.
Littell, William. Statute Law of Kentucky; with Notes, Praelections, and Observations
on the Public Acts. Frankfort, Printed by and for William Hunter.          Please
note: citations are provided as a general guideline. Users should consult their
preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

# XXI. YEAR OF THE COMMONWEALTH.

## CHAPTER LXXXIX.

*An ACT to prevent persons in this Commonwealth from wearing concealed Arms, except in certain cases.*

Approved February 3, 1813.

BE it enacted by the General Assembly of the Commonwealth of Kentucky, That any person in this commonwealth who shall hereafter wear a pocket pistol, dirk, large knife, or sword in a cane, concealed as a weapon, unless when travelling on a journey, shall be fined in any sum not less than one hundred dollars; which may be recovered in any court having jurisdiction of like sums, by action of debt, or on the presentment of a grand jury; and a prosecutor in such presentment shall not be necessary. One half of such fine shall be to the use of the informer, and the other to the use of this commonwealth.

This act shall commence and be in force from and after the first day of June.

---

## CHAPTER XC.

*An ACT to amend the Militia Law.*

Approved February 3, 1813.

SEC. 1. BE it enacted by the General Assembly of the Commonwealth of Kentucky, That if any non-commissioned officer, musician or private, failing to march, or furnishing an able-bodied substitute in his place, when ordered and lawfully called on, or leaving the service without a discharge from the proper officer, shall be considered as a deserter, and treated as followeth, to wit: Any person may apprehend such deserter, and deliver him to the officer commanding such detachment, or any recruiting officer within this commonwealth, and take his receipt for the same; which receipt shall describe the name of such deserter, and the length of time he was to serve, and by whom he was delivered; which receipt shall be assignable; and the reward for taking and so delivering such deserter as aforesaid, shall be a credit for a tour or tours of duty for the length of time such deserter was bound to serve; and said deserter shall serve out the term of time aforesaid before he shall

*Persons failing to perform tour of duty considered a deserter.*



DATE DOWNLOADED: Mon May 15 12:18:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1812 2 .

ALWD 7th ed.
, , 1812 2 .

Chicago 17th ed.
"," Louisiana - 1st Legislature, 2nd Session : 2-266

AGLC 4th ed.
" Louisiana - 1st Legislature, 2nd Session 2

OSCOLA 4th ed.
" 1812 2          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

greeable to the assessment; and the said trustees shall at the end of the time for which they were elected, render an account of the same to the parish judge, and should any sums be unappropriated, the same shall be paid into the hands of the parish judge in trust for the succeeding trustees, and in case of default of the trustees whose term of time is thus expired, it shall be the duty of the parish judge to summon them to a settlement, enter judgment and issue execution for arrearages if necessary.

*Render account*

*Penalty for default.*

SECT. 3. *And be it further enacted,* That the trustees shall appoint one clerk and one collector, whose term of service shall expire at the same time with that of the trustees, which said officers shall be entitled to such fees as the said trustees may deem proper to allow them.

*Clerk and collector.*

*Fees.*

STEPHEN A. HOPKINS,
*Speaker of the house of representatives.*
J. POYDRAS,
*President of the senate.*
APPROVED, March 25th, 1813.
WILLIAM C. C. CLAIBORNE,
*Governor of the state of Louisiana.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## AN ACT

*Against carrying concealed weapons, and going armed in public places in an unnecessary manner.*

Whereas assassination and attempts to commit the same, have of late been of such frequent occurrence as to become a subject of serious alarm to the peaceable and well disposed inhabitants of this state; and whereas the same is in a great measure to be attributed to the dangerous and wicked practice of carrying about in public places concealed and deadly weapons, or going to the same armed in an unnecessary manner, therefore;

*Preamble*

SECT. 1. *Be it enacted by the senate and house of representatives of the state of Louisiana, in general assembly convened,* That from and after the passage of this act, any person who shall be found with any concealed weapon, such as a dirk, dagger, knife, pistol or any other deadly weapon concealed in his bosom, coat or in any other place about him that do not appear in full open view, any person so offending, shall on conviction thereof before any justice of the peace, be subject to pay a fine not to exceed fifty dol-

*Penalty for carrying concealed weapons.*

esclaves) et pour son usage, d'une piastre sur chaque mille piastres, suivant le tableau des taxes; et les ite administrateurs, à l'expiration du terme pour lequel ils auront été élus, en rendront compte au juge de la paroisse, et, s'il restait en caisse des fonds disponibles, ils seront versés entre les mains du juge de paroisse qui les gardera jusqu'à la nomination d'autres administrateurs, et si lesdits administrateurs, à l'expiration du terme pour lequel ils auront été élus, négligeaient de rendre le compte susdit, il sera du devoir du juge de paroisse de les sommer de rendre leurs comptes et de les poursuivre en justice et de lancer contre eux des mandats d'execution pour les sommes arriérées, s'il le juge necessaire.

*Redition de compte.*

*Peines pour defaut.*

SECT. 3. *Et il est de plus decreté,* Que lesdits administrateurs nommeront un commis et un collecteur de taxe, dont le tems du service finira en même tems que celui des administrateurs et qui auront droit à la compensation que les administrateurs jugeront à propos de leur accorder.

*Commis et collecteur.*

*Compensation,*

STEPHEN A. HOPKINS,
*Oratcur de la Chambre des Représentans,*
J. POYDRAS,
*Président du Senat.*

Approuvé le 25 Mars 1813.
WM C. C. CLAIBORNE,
*Gouverneur de l'Etat de la Louisiane.*

⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇⌇

ACTE

*Pour défendre de porter des armes cachées et de se présenter armé d'une manière inutile dans les endroits publics.*

Vu qu'il s'est commis dernièrement des assassinats et qu'il a eté essayé d'en commettre d'autres de manière à causer de sérieuses allarmes aux habitans paisibles et bien disposes de cet etat, et vu qu'on doit en grande partie attribuer la cause de ces assassinats à la coûtume pernicieuse et condamnable de porter dans des endroits publics, des armes cachees et dangereuses, ou de s'y rendre armé d'une manière inutile,

*Preambule.*

SECT. 1ère. *Il est décrété par le sénat et la chambre des Représentans de l'Etat de la Louisiane réunis en Assemblée Générale,* Qu'à dater de la passation de cet acte, toute personne qui sera trouvée armée d'aucune arme cachée, tels que poignard, dague, couteau, pistolet ou toute autre arme meurtrière dans son habit ou ailleurs sur lui et qui ne seront point ostensibles, toute personne coupable de cette contravention, sera, sur conviction du fait, devant un juge de-paix, condamné à une amende qui n'excédera pas

*Peines contre ceux qui portent des chees cae armes*

How dis-tributed.

For the second of-fence.

lars nor less than twenty dollars, one half to the use of the state, and the balance to the informer; and should any person be convicted of being guilty of a second offence before any court of competent jurisdic-tion, shall pay a fine not less than one hundred dol-lars to be applied as aforesaid, and be imprisoned for a time not exceeding six months.

Penalty for stabbing &c.

SECT. 2. *And be it further enacted,* That should any person stab or shoot, or in any way disable ano-ther by such concealed weapons, or should take the life of any person, shall on conviction before any com-petent court suffer death, or such other punishment as in the opinion of a jury shall be just.

Suspect-ed persons may be searched.

Fine.

Sureties of the peace.

SECT. 3. *And be it further enacted,* That when any officer has good reason to believe that any person or persons have weapons concealed about them, for the purpose of committing murder, or in any other way armed in such a concealed manner, on proof thereof being made to any justice of the peace, by the oath of one or more credible witnesses, it shall be the duty of such judge and justice to issue a war-rant against such offender and have him searched, and should he be found with such weapons, to fine him in any sum not exceeding fifty dollars nor less than twenty dollars, and to bind over to keep the peace of the state, with such security as may appear necessary for one year; and on such offender failing to give good and sufficient security as aforesaid; the said justice of the peace shall be authorised to com-mit said offender to prison for any time not exceeding twenty days.

STEPHEN A. HOPKINS,
*Speaker of the house of representatives.*
J. POYDRAS,
*President of the senate.*
APPROVED, March 25th, 1813.
WILLIAM C. C. CLAIBORNE,
*Governor of the state of Louisiana.*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## AN ACT

*To establish a permanent seat of justice in and for the parish of St. Tammany.*

Commis-sioners.

SECT. 1. *Be it enacted by the senate and house of representatives of the state of Louisiana, in general assembly convened,* That Thomas Spell, Robert Ba-dony, Benjamin Howard, Joseph Hextraire and Ben-

Compendium of Laws
Page 0110



# HEINONLINE

DATE DOWNLOADED: Tue Oct 18 16:30:53 2022
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1814 464 .

ALWD 7th ed.
, , 1814 464 .

Chicago 17th ed.
"," Massachusetts - Laws, January Session : 464-465


AGLC 4th ed.
" Massachusetts - Laws, January Session 464.

OSCOLA 4th ed.
" 1814 464

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

464 **COMMONWEALTH FIRE ARMS.** *Feb.* 28, 1814.

Town incor-
porated.

county of Essex, by the name of Lynnfield," be, and the
same hereby is incorporated into a town, by the name of
Lynnfield, with all the powers. privileges, and immunities,
and liable to all the duties and requisitions of other towns
in this Commonwealth.

[Approved by the Governor, February 28, 1814.]

## CHAP. CXCII.

An Act in addition to an act, entitled "An act to provide
for the proof of Fire Arms, manufactured within this
Commonwealth."

SEC. 1. BE *it enacted by the Senate and House of
Representatives, in General Court assembled, and by the
authority of the same,* That from and after the passing of
this act, all musket barrels and pistol barrels, manufactured
within this Commonwealth, shall, before the same shall be
sold, and before the same shall be stocked, be proved by
the person appointed according to the provisions of an act,
entitled "An act to provide for the proof of Fire Arms,
manufactured within this Commonwealth," to which this
is an addition, in manner following, viz : with a charge of
powder equal in weight to the ball which fits the bore of
the barrel to be proved ; and the powder used in such proof
one ounce thereof in a howitzer of four and a half inch
caliber, at an elevation of forty-five degrees, shall be of
sufficient power to carry a twelve pound shot one hundred
and thirty yards ; or one ounce thereof in a howitzer of
five and a half inch caliber, at an elevation of forty-five de-
grees, shall be sufficient to carry a twenty-four pound shot
eighty yards, and the ball used in such proof shall be suit-
ed to the bore of the barrel to be proved as aforesaid.

Manner of
proving.

SEC. 2. *Be it further enacted,* That if any person or
persons, from and after the passing of this act, shall man-
ufacture, within this Commonwealth, any musket or pis-
tol, or shall sell and deliver, or shall knowingly purchase
any musket or pistol, without having the barrels first prov-
ed according to the provisions of the first section of this
act, marked and stamped according the provisions of the
first section of the act to which this is an addition ; or if

Restrictions.

any person or persons shall sell, stock or finish, or shall knowingly purchase any musket barrel or pistol barrel manufactured within this Commonwealth, which shall not have been first proved, marked and stamped according to the provisions aforesaid, the person or persons who shall so manufacture, sell and deliver, or knowingly purchase any musket or pistol without causing the same to be first proved, marked and stamped as aforesaid, and the person or persons who shall sell, stock or finish, or shall knowingly purchase any musket barrel or pistol barrel, which shall not have been proved, marked and stamped as afore- Forfeitures. said, shall severally forfeit the sum of ten dollars, to be recovered by an action of debt before any court proper to try the same, by any person who shall sue for and recover the same, to his own use: *Provided however,* That the Proviso. foregoing provisions and penalties shall not extend to any muskets or pistols, or musket or pistol barrels, manufactured in any armoury of the United States, for their use, or in execution of any contract made or to be made with the United States, for the manufacture of fire arms.

Sec. 3. *Be it further enacted,* That the second and third sections of the act to which this is in addition, and Sections re- also so much of the first section thereof as prescribes the pealed. mode of proving musket barrels and pistol barrels, and the power of the powder to be used in such proof, be, and the same are hereby repealed.

[Approved by the Governor, February 28, 1814.]

---

## CHAP. CXCIII.

### An Act to incorporate The President, Directors and Company of the Lynn Mechanicks Bank.

Sec. 1. BE *it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same,* That Daniel Silsbe, Joseph Fuller the third, John D. Atwell, Thomas Rich, Samuel Brimble- Persons in- cum, Micajah Burrill, Parker Mudge, Oliver Fuller, Jon- corporated. athan Conner, John Alley, jr. Stephen Oliver, John Mudge, and Jonathan Bachellor, their associates, successors, and assigns shall be, and hereby are created a Cor-

E. MERTON COULTER

# A COMPILATION

OF·THE

# 𝕷𝖆𝖜𝖘

OF THE

*coulter*

# STATE OF GEORGIA,

### PASSED BY THE LEGISLATURE

### SINCE THE YEAR 1810 TO THE YEAR 1819, INCLUSIVE.

#### COMPRISING

ALL THE LAWS PASSED WITHIN THOSE PERIODS, ARRANGED UNDER APPROPRIATE HEADS, WITH NOTES OF REFERENCE TO THOSE LAWS, OR PARTS OF LAWS, WHICH ARE AMENDED OR REPEALED.

*TO WHICH ARE ADDED,*

#### SUCH CONCURRED AND APPROVED

### RESOLUTIONS,

### AS ARE EITHER OF GENERAL, LOCAL, OR PRIVATE MOMENT.

CONCLUDING WITH

## A COPIOUS INDEX TO THE LAWS,

AND

A SEPARATE ONE TO THE RESOLUTIONS.

## By LUCIUS Q. C. LAMAR, Esq.

*AUGUSTA:*
PUBLISHED BY T. S. HANNON.
1821.

E. MERTON COULTER

595

(No. 380.)

## TENTH DIVISION.

*Offences against the public morality, health, and police.*

1. If any person shall have two wives, or two husbands, at one and the same time, knowing of the living and existence of such wife or husband, he or she shall, on conviction, be sentenced to pay a fine not exceeding five hundred dollars, and to undergo an imprisonment at hard labour, in the penitentiary, for any time not exceeding three years, as the jury may recommend ; and the second marriage shall be void ; but long absence of the wife or husband, and no information of the fate of such husband or wife, shall, at the discretion of the jury, be cause of acquittal of the person indicted.

*For having two wives or two husbands at the same time, offender how punished.*

2. If any man or woman, being unmarried, shall knowingly marry the husband or wife of another person, such man or woman shall, on conviction, be sentenced to pay a fine not exceeding five hundred dollars, and to undergo an imprisonment at hard labour, in the penitentiary, for any time not exceeding three years, as the jury may recommend : but if the persons guilty of these offences are not able to pay the said fines, then the punishment shall be imprisonment at hard labour, in the penitentiary, for a term not exceeding five years, as the jury may recommend.

*A single person knowingly marrying the wife or husband of another, how punished.*

3. If any person shall commit incestuous fornication or adultery, or intermarry within the degrees of consanguinity or affinity established by law, he or she shall, on conviction, be sentenced to pay a fine not exceeding five hundred dollars, and to undergo an imprisonment in the penitentiary, for a period of time not exceeding two years, if such imprisonment in the penitentiary shall be recommended to the court by the jury.

*Incest.*

*Punishment thereof.*

4. Any justice of the peace, mayor, intendant, in any county, or of any city in this state, who of his own knowledge, or on information to him on oath made, of any free white woman having a bastard child, which it is probable will become chargeable to the county or city, he may thereupon cause a warrant, under his hand and seal, directed to the sheriff or a constable of said county or city where the case may arise, and oblige the offender to be brought before him, to give security to the Inferior Court of the county in the sum of one thousand dollars, for the support and education of such child or children till the age of fourteen years, or to discover, on oath, the father of such bastard child ; which being done, the said justice, mayor, intendant or alderman, shall issue his warrant in like manner, to bring before him the person sworn to be the father of such child or children, who, on refusing to give such security as may be required for the support and education of such child or children, until he, she or they shall arrive at the age of fourteen years, and also pay, or give security to pay, all expenses incurred at

*Justices of the peace, &c. shall compel the mother of a bastard child (which would probably become chargeable to the county) to give security for its support, &c. or to discover on oath the father of such child.*

*The reputed father required to give security.*

4 G 2

Compendium of Laws
Page 0115

PENAL CODE. 1816.

599

and upon his refusal or failure to give such security, he shall be committed and in- (No. 380.)
dicted as a vagrant, and on conviction, shall be imprisoned in the penitentiary, at hard
labour, for such period of time as the jury may recommend to the court.

19. If any person shall be apprehended, having upon him or her any picklock, key, *Rogues and vagabonds, who shall be deemed such.*
crow, jack, bit or other implement, with intent feloniously to break and enter into any
dwelling-house, ware-house, store, shop, coach-house, stable or out-house, or shall have
upon him any pistol, hanger, cutlass, bludgeon, or other offensive weapon, with intent felo-
niously to assault any person, or shall be found in or upon any dwelling-house, ware-
house, store, shop, coach-house, stable or out-house, with intent to steal any goods or
chattels; every such person shall be deemed a rogue and vagabond, and on conviction, *Their punishment.*
shall be sentenced to undergo an imprisonment in the common jail of the county, or in
the penitentiary, at hard labour, for such period of time as the jury shall recommend to
the court.

20. All other offences against the public morals, health, police or economy, shall be *General clause.*
punished by fine or imprisonment in the common jail of the county, at the discretion of
the court, or in the penitentiary, in such manner, and for such period of time, as juries
may recommend.

## ELEVENTH DIVISION.

*Offences committed by cheats and swindlers, and offences against the public trade.*

1. If any person, by false representations of his own respectability, wealth, or mercan- *Cheats and swindlers.*
tile correspondence and connections, shall obtain a credit, and thereby defraud any per-
son or persons of money, goods, chattels or any valuable thing, or if any person shall
cause or procure others to report falsely of his honesty, respectability, wealth or mer-
cantile character, and by thus imposing on the credulity of any person or persons obtain
a credit, and thereby fraudulently get into possession of goods, wares, merchandize, or
any valuable thing, shall be deemed a cheat and swindler, and, on conviction, shall be *How punished.*
sentenced to restore the property so fraudulently obtained, if it can be done, and also to
pay a fine at the discretion of the court, and moreover to undergo an imprisonment in
the penitentiary, at hard labour, for any period of time not exceeding three years, as the
jury may recommend.

2. Any person using any deceitful means (other than those which have been men- *General clause as to cheating and swindling.*
tioned in this code) or practices in matters of fraud, shall be deemed a cheat and
swindler, and, on conviction, shall be sentenced to make such restitution to the party
defrauded and cheated as the court may direct; and also be fined, and undergo an



A

# DIGEST

OF THE

# LAWS

OF

# MISSOURI TERRITORY.

**COMPRISING :**

AN ELUCIDATION OF THE TITLE OF THE UNITED STATES TO LOUISIANA :—
CONSTITUTION OF THE UNITED STATES :—TREATY OF SESSION :—
ORGANIC LAWS :—LAWS OF MISSOURI TERRITORY,
*(alphabetically arranged)* :—SPANISH REGULA-
TIONS FOR THE ALLOTMENT OF LANDS :—
LAWS OF THE UNITED STATES,
FOR ADJUSTING TITLES
TO LANDS, &c.

**TO WHICH ARE ADDED,**

## A variety of Forms, useful to Magistrates.

### By HENRY S. GEYER.

### *ST. LOUIS:*

PRINTED FOR THE PUBLISHER, BY JOSEPH CHARLESS,

AT THE MISSOURI GAZETTE OFFICE.

::::::::::
**1818.**

Digitized by Google

UNIV. OF MICH. LAW LIBRARY

374                                    SLAVES.

Punished by stripes.   ten lashes on his or her bare back for every such of-
                       fence.  *ib. ib. ib.*

Not to keep gun &c.        Sec. 3. No slave or mulatto whatsoever, shall keep
                       or carry a gun, powder, shot, club or other weapon
                       whatsoever, offensive or defensive; but all and every
Arms and am-           gun weapon and ammunition found in the possession or
munition may           custody of any negro or mulatto, may be seized by
be seized.             any person and upon due proof made before any justice
                       of the peace of the district [county] where such seizure
                       shall be, shall by his order be forfeited to the seizor,
Slave punish-          for his own use, and moreover, every such offender
ed by stripes.         shall have and receive by order of such justice any num-
                       ber of lashes not exceeding thirty nine on his or her
                       bare back well laid on for every such offence.  *ib. p.*
                       *13–14. ib.*

Free negro             Sec. 4. Every free negro or mulatto, being a house-
may carry one          keeper may be permitted to keep one gun, powder and
gun, &c.               shot ; and all negroes or mulattoes bond or free, liv-
And all ne-            ing at any frontier plantation, may be permitted to keep
gro's, &c. may         and use guns, powder shot and weapons, offensive and
carry guns in          defensive, by license from a justice of the peace of the
certain cases.         district [county] wherein such plantation lies, to be ob-
                       tained upon the application of free negroes or mulattoes,
                       or of the owners of such as are slaves.  *L. L. T. pt.* 1.
                       *p.* 14.

Riots, routs,              Sec. 5. All riots, routs unlawful assemblies and se-
&c.                    ditious speeches by a slave or slaves, shall be punished
                       with stripes, at the discretion of a justice of the peace
Punished by            and he who will may apprehend and carry him, her or
stripes.               them before such justice.  *ib. p.* 15. *ib.*

Meetings of                Sec. 6. To prevent the inconvenience arising from
slaves.                the meetings of slaves, if any master mistress or over-
                       seer of a family shall knowingly permit or suffer any
Persons per-           slave not belonging to him or her, to be and remain on
mitting any            his or her plantation, above four hours at any one time,
slaves to re-          without leave of the owner or overseer of such slave,
main, &c.              he or she so permitting shall forfeit and pay three dol-
                       lars for every such offence and every owner or over-
Or at any time         seer of a plantation, who shall so permit or suffer more
not more than          than five negroes or slaves, other than his or her own,
5.                     to be and remain upon his or her plantation, or quarter
                       at any other time, shall forfeit and pay one dollar for
                       each negro or slave above that number, which said se-
                       veral forfeitures shall be to the informer, and be recov-
                       erable before any justice of the peace of the district
                       [county,] with costs, where such offence shall be com-



DATE DOWNLOADED: Fri Mar 31 09:16:42 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1819 39 .

ALWD 7th ed.
, , 1819 39 .

Chicago 17th ed.
"," Indiana - 4th Session : 39-40

AGLC 4th ed.
" Indiana - 4th Session 39

OSCOLA 4th ed.
" 1819 39          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

[ 39 ]

## CHAPTER XXIII.

*AN ACT to prohibit the wearing of conceal-
ed weapons.*

APPROVED, January 14, 1820.

SEC. 1.    *BE it enacted by the General
Assembly of the State of Indiana,* That
any person wearing any dirk, pistol,
sword in cane, or any other unlawful
weapon, concealed, shall be deemed
guilty of a misdemeanor, and on convic-
tion thereof, by presentment or indict-
ment, shall be fined n any sum not ex-
ceeding one hundred dollars, for the use
of county seminaries : *Provided however,*
that this act shall not be so construed as
to affect travellers.

*Persons
wearing con-
cealed weap-
ns indicta-
ble*

*Proviso*

---

## CHAPTER XXIV.

*AN ACT supplemental to "an act for the
appointment of County Surveyors.*

APPROVED, January 14, 1820.

SEC. 1.    *BE it enacted by the General
Assembly of the State of Indiana,* That
whenever hereafter any dispute may
arise about the division of any land
within this state, wherein the county
surveyor of the county, where the lands
lie, may be a party, or in any manner
interested, it shall be lawful for the Cir-
cuit Court on application of either par-

*County sur-
veyor inter-
ested in par-
tition Circuit
court to ap-
point survey-
or*

Digitized from Best Copy Available

[ 40 ]

ty, to appoint some suitable person in said county, whose duty it shall be to proceed to divide the same, for which service, the person so appointed, shall be entitled to the same fees as county surveyors are entitled to, for similar services.

## CHAPTER XXV.

*AN ACT authorizing the arrest and securing fugitives from Justice.*

APPROVED, January 14, 1820.

SEC. 1.    BE it enacted by the General Assembly of the State of Indiana, That if any person shall commit any crime in any of the United States, or the territories thereof, and shall flee into this state, it shall be lawful for any Judge of the Supreme or Circuit Court, or justice of the peace, within this state, on the oath or affirmation of any person charging such fugitive with a crime, to issue his warrant, and cause such fugitive to be arrested, and brought before him, and after hearing the proofs and allegations for and against such fugitive, if in the opinion of such Judge or justice, the proof is evident, or presumption strong, as to the guilt of the person charged, it shall be the duty of such Judge or Justice, to commit such fugitive from justice, to the common jail of the county, where such arrest may be made, for any length of time, not exceeding one month,

*Marginal notes:*

Fugitives from justice to be apprehended

Justice to issue his warrant and proceedings thereon

Fugitive to be committed

Digitized from Best Copy Available



DATE DOWNLOADED: Sun May 21 17:50:44 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (2).

ALWD 7th ed.
. Revised Statutes of the State of Maine, Passed October 22, 1840 (2).

APA 7th ed.
(2). Revised Statutes of the State of Maine, Passed October 22, 1840. Hallowell,
Glazier, Masters & Smith.

Chicago 17th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Hallowell, Glazier,
Masters & Smith.

McGill Guide 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Hallowell: Glazier,
Masters & Smith., 2)

AGLC 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Glazier, Masters &
Smith., 2

MLA 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Hallowell, Glazier,
Masters & Smith. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Hallowell, Glazier,
Masters & Smith.           Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

Case 2:11-cv-09916-SSS-KES   Document 208-3   Filed 07/24/24   Page 124 of 190
Page ID #:3724

SECT. 4. Any person, guilty of unlawfully assembling or of a <span>CHAP. 159.</span> riot, may alone be indicted and convicted thereof; provided, it be <span>One person</span> alleged in the indictment, and proved on trial, that three or more <span>may be convict-</span> persons were engaged therein; and, if known, they must be <span>ed without the others.</span> named, or, if unknown, that fact must be alleged.

SECT. 5. If any persons, to the number of twelve or more, any <span>Duty of magis-trates sheriffs,</span> of them being armed with clubs or other dangerous weapons, or if <span>&c. when there</span> any persons, to the number of thirty or more, whether armed or <span>is an unlawful assembly of</span> not, shall be unlawfully, riotously or tumultuously assembled in any <span>twelve or more</span> city or town, it shall be the duty of the mayor and each of the alder- <span>persons. 1821, 17, § 1.</span> men of such city, and of each of the selectmen and constables of such town, and every justice of the peace living in such town, and also of the sheriff of the county and his deputies, to go among the persons, so assembled, or as near to them, as may be with safety, and, in the name of the state, to command all persons, so assembled, immediately and peaceably to disperse; and, if the persons so assembled shall not thereupon immediately and peaceably disperse, it shall be the duty of each of said magistrates and officers, to command the assistance of all persons then present, in arresting and securing in custody, the persons so unlawfully assembled, so that they may be proceeded with, according to law.

SECT. 6. If any person shall refuse to assist in arresting the <span>Refusal to assist in arresting</span> persons so unlawfully assembled, or shall refuse immediately to <span>offenders, or to</span> disperse upon being commanded so to do. as mentioned in the pre- <span>disperse, if commanded.</span> ceding section, he shall be deemed one of such unlawful or riotous <span>1821, 17, § 1.</span> assembly, and shall be punished by fine, not exceeding five hundred dollars, and imprisonment in the county jail, not more than one year.

SECT. 7. If any such magistrate or other officer, having notice <span>Neglect of duty by magistrates</span> of any such unlawful or tumultuous assembly, in the city or town <span>or other offi-</span> where he dwells, shall refuse or neglect immediately to execute his <span>cers.</span> duty, in relation thereto, as provided in the fifth section of this chapter, he shall be punished by a fine, not exceeding three hundred dollars.

SECT. 8. If any persons, so riotously or unlawfully assembled, <span>Power of mag-</span> shall, upon command as aforesaid, refuse or neglect to disperse <span>istrates, &c. if persons assem-</span> without unnecessary delay, any two of the magistrates or officers, <span>bled do not dis-</span> before mentioned, may require the aid of a sufficient number of <span>perse.</span> persons, in arms or otherwise, and shall proceed in such manner as they may judge expedient, to suppress such riotous or tumultuous assembly, and to arrest and secure the persons composing the same, that they may be proceeded with according to law.

SECT. 9. When an armed force shall be called out, as provided <span>Duty of an arm-</span> in the preceding sections, they shall obey such orders for suppress- <span>ed force, if cal-led out on such</span> ing such unlawful and riotous assembly, and for arresting and dis- <span>an occasion.</span> persing the persons engaged therein, as they may receive from the governor, or any judge of a court of record, or the sheriff of the county, or from any two of the magistrates or officers, mentioned in the fifth section.

SECT. 10. If, by reason of any efforts, made as before men- <span>If any person be killed or</span> tioned, to suppress such riotous and unlawful assembly, or to arrest <span>wounded, mag-</span> and secure the persons composing the same, who have refused to <span>istrates and offi-</span> disperse, though the number remaining be less than twelve, any <span>cers held guilt-less.</span>



# HEINONLINE

DATE DOWNLOADED: Mon May 15 12:46:37 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

ALWD 7th ed.
. Revised Statutes of the State of Maine, Passed October 22, 1840 (1841).

APA 7th ed.
(1841). Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.

Chicago 17th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.

McGill Guide 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (Augusta: W.R. Smith, Printers to the State., 1841)

AGLC 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840 (W.R. Smith, Printers to the State., 1841

MLA 9th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the State of Maine, Passed October 22, 1840. Augusta, W.R. Smith, Printers to the State.          Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

shall place the same on file with the indictment, and subjoin to the CHAP. 168.
record of the sentence a brief abstract of the sheriff's return on the
warrant.

---

# CHAPTER 169.

## OF PROCEEDINGS FOR PREVENTION OF CRIMES.

SECT. 1. Of the commencement of criminal proceedings.

2. Magistrates may require sureties for the peace and good behavior.

3. Of the examination of the complainant.

4. When a warrant may issue.

5. In certain cases sureties required, for keeping the peace, &c. without binding to appear at any court.

6. Party to be discharged, on complying.

7. On refusal, to be committed to the county jail; but still entitled to a hearing on his appeal.

8. Proceedings, if the complaint be not sustained. Costs, if malicious or frivolous.

SECT. 9. When party, complained of, shall pay costs.

10. Appeal to the next district court.

11. Proceedings upon the appeal.

12. Consequences, if the appellant fail to prosecute.

13. Recognizance may be taken, after commitment.

14. Return of such recognizance.

15. When magistrate may require sureties, without a formal complaint.

16. Persons going armed, without reasonable cause.

17. Power of court, to remit the penalty of a recognizance.

18. Sureties on recognizances may surrender their principals, as in case of bail in civil actions.

SECTION 1.  No person shall be held to answer in any court for
an alleged crime or offence, other than contempt of court, unless
upon an indictment by a grand jury, except in the following cases :

*Of the commencement of criminal proceedings.*

*First.*  When a prosecution by information is expressly author-
ized by statute.

*Second.*  In proceedings before a municipal or police court, or a
justice of the peace.

*Third.*  In proceedings before courts martial.

SECT. 2.  The justices of the supreme judicial court, of the dis-
trict court, justices of municipal courts and police courts in vaca-
tion, as well as in open court, and justices of the peace, in their
respective counties, shall have power to cause all laws made for the
preservation of the public peace to be kept ; and, in the execution
of that power, may require persons to give security to keep the
peace, or be of the good behavior, or both, in the manner provided
in this chapter.

*Magistrates may require sureties for the peace and good behavior.*

SECT. 3.  Any such magistrate, on complaint made to him, that
any person has threatened to commit an offence against the person
or property of another, shall examine the complainant on oath, and
also any witnesses who are produced, and reduce the complaint to
writing, and cause the complainant to subscribe the same.

*Of the examination of the complainant.*

SECT. 4.  If there should appear to such magistrate, on an exam-
ination of the facts, that there is just cause to apprehend and fear
the commission of such offence, he shall issue a warrant under his
hand and seal, containing a recital of the substance of the com-

*When a warrant may issue.*
*1821, 76, § 1.*

CHAP. 169. plaint, and commanding the officer to whom the same may be
directed, forthwith to arrest the person complained of, and bring
him before such magistrate or court, having jurisdiction of the case.

In certain ca-
ses, sureties re-
quired, for
keeping the
peace, &c.
without binding
to appear at any
court.
1821, 76, § 1.
1 Fairf. 325.

SECT. 5.    When the person, complained of, is brought before
the magistrate, he may be required, after his defence has been heard,
to enter into a recognizance with sufficient sureties, in such sum as
shall be ordered, to keep the peace towards all the people of the
state, and especially towards the person requiring the security, for
such term as the magistrate may order, not exceeding one year, but
shall not be bound over to any court, unless he is also charged with
some specific and other offence, for which he ought to be held to
answer at such court.

Party to be dis-
charged, on
complying
1821, 76, § 1.

SECT. 6.    If the person complained of shall comply with the
order of such magistrate, he shall be discharged.

On refusal, to
be committed
to the county
jail, but still en-
titled to a hear-
ing on his ap-
peal.
1821, 76, § 1.

SECT. 7.    If the person shall refuse or neglect so to recognize,
the magistrate shall commit him to the county jail during the period
for which he was required to find sureties, or till he shall so recog-
nize ; and the magistrate shall state in the warrant the cause of
commitment, and also the time and the sum for which security was
required.    The magistrate shall also return a copy of the warrant to
the district court, next to be holden in the same county, and such
court shall have cognizance of the case in the same manner, as if
the party accused had appealed to said court.

Proceedings, if
the complaint
be not sustain-
ed. Costs, if
malicious or
frivolous.

SECT. 8.    When the magistrate, on examination of the facts,
shall not be satisfied, that there is just cause to fear the commission
of any such offence, he shall immediately discharge the party com-
plained of ; and, if the magistrate shall judge the complaint un-
founded, malicious or frivolous, he may order the complainant to
pay the costs of prosecution, who shall thereupon be answerable to
the magistrate and officer for their fees, as for his own debt.

When party,
complained of,
shall pay costs.

SECT. 9.    When the person complained of is required to give
security for the peace, or for his good behavior, the court or magis-
trate may further order, that the costs of prosecution, or any part
thereof, shall be paid by such person, who shall stand committed
until such costs are paid, or he is otherwise discharged.

Appeal, to the
next district
court.

SECT. 10.    Any person, aggrieved by the order of such judge
of a municipal or police court, or justice of the peace, in requiring
him to recognize as aforesaid, may, on giving the security required,
appeal to the next district court in the same county.

Proceedings
upon the ap-
peal.

SECT. 11.    When an appeal is taken from an order of such jus-
tice or court, the magistrate shall require such witnesses, as he may
think necessary, to recognize for their appearance at the court ap-
pealed to ; and such court may affirm the order of the judge or
justice, or discharge the appellant, or require him to recognize anew
with sufficient sureties, as the court may deem proper ; and make
such order as to the costs, as may be deemed reasonable.

Consequences,
if the appellant
fail to prose-]
cute.

SECT. 12.    If the appellant shall fail to prosecute his appeal,
his recognizance shall remain in full force, as to any breach of the
condition, without an affirmation of the judgment or order, and
stand as a security for any costs, which may be ordered by the
court to be paid by the appellant.

Recognizance

SECT. 13.    Any person committed for not finding sureties or

refusing to recognize, as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security, as was required.

CHAP. 169.
*may be taken after commitment.*

SECT. 14. Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted to the district court, on or before the first day of the next ensuing term, and shall there be filed by the clerk, as of record.

*Return of such recognizance.*

SECT. 15. Whoever, in the presence of any magistrate, mentioned in the second section of this chapter, or before any court of record, shall make any affray or threaten to kill or beat another, or commit any violence against his person or property, or shall contend, with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, or being of the good behavior for a term, not exceeding three months, and, in case of refusal, may be committed to prison as before directed.

*When magistrate may require sureties, without a formal complaint, &c.*

SECT. 16. Any person, going armed with any dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without a reasonable cause to fear an assault on himself, or any of his family or property, may, on the complaint of any person having cause to fear an injury or breach of the peace, be required to find sureties for keeping the peace for a term, not exceeding one year, with the right of appeal as before provided.

*Persons going armed, without reasonable cause.*
*1821, 76, § 1.*

SECT. 17. In a suit, on such recognizance taken in a criminal case, if a forfeiture is found or confessed, the court, on petition, may remit the penalty, or such part of it as they may think proper, on such terms as they may think right.

*Power of court, to remit the penalty of a recognizance.*
*1821, 50, § 4.*

SECT. 18. Any surety in a recognizance may surrender his principal in the same manner, as if he had been his bail in a civil cause, and, on such surrender, shall be discharged from all liability for any act of the principal after such surrender, which would be a breach of the recognizance; and, upon such surrender, the principal may recognize anew with sufficient surety or sureties for the residue of the term, before any justice of the peace, and shall thereupon be discharged.

*Sureties on recognizances may surrender their principals as in case of bail in civil actions.*

# CHAPTER 170.

## OF THE POWER AND PROCEEDINGS OF JUSTICES OF THE PEACE IN CRIMINAL CASES.

SECT. 1. Justices may require aid, on view, without a warrant.

2. Their jurisdiction.

3. When a justice shall issue his warrant.

4. Examination, on trial, of the party accused.

5. Of commitment or binding over to a higher court.

SECT. 6. Duty of justices, as to arrests, and examinations into treasons, felonies, &c.

7. Trial and sentence within their jurisdiction.

8. Respondent may appeal; but required to recognize.

9. To carry up copies of the case.

**100** ARMS.

Judge or justice to bind over persons going armed.

pistol, or any other dangerous weapon, to the fear or terror of any person, it shall be the duty of any judge or justice on his own view, or upon the information of any other person on oath, to bind such person or persons to their good behavior, and if he or they fail to find securities, commit him or them to jail; and if such person or persons shall continue so to offend, he or they shall not only forfeit their recognizance, but be liable to an indictment, and be punished as for a breach of the peace, or riot, at common law.

## 1821—CHAPTER 13.

Five dollars fine for carrying certain weapons.

SEC. 1. Every person so degrading himself by carrying a dirk, sword cane, Spanish stiletto, belt or pocket pistols, either public or private, shall pay a fine of five dollars for every such offence, which may be recovered by warrant before any justice of the peace, in the name of the county for its use, in which the offence may have been committed; and it shall be the duty of a justice to issue a warrant on the application, on oath, of any person applying; and it shall be the duty of every judge, justice of the peace, sheriff, coroner, and constable within this state, to see that this act shall have its full effect: *Provided,* that nothing herein contained shall affect any person that may be on a journey to any place out of his county or state.

Officers to attend to this act.

## 1825—CHAPTER. 19.

Sheriff or other officer to arrest persons suspected of carrying arms to commit a breach of the peace.

SEC. 1. When any sheriff, coroner, or constable, shall know of his own knowledge, or upon the representation of any person, or if he or they, shall have good reason to suspect, any person of being armed with the intention of committing a riot or affray, or of wounding or killing any person, it shall be the duty of all such officers, immediately to arrest all such persons so suspected, and return them before some justice of the peace, whose duty it shall be, upon proof being made, that there was reasonable ground to suspect such person or persons for being armed, with intent to disturb or commit a breach of the peace, to bind such person or persons in a bond with two or more good and sufficient securities, in a sum of not less than two hundred and fifty dollars, and not exceeding two thousand dollars, conditioned for his or their good behavior and peaceable deportment for the term of twelve months thereafter.

Justices to cause such persons to be arrested.

SEC. 2. If any justice of the peace shall know of his knowledge, or have reasonable cause to suspect, any person or persons of being armed with intent to commit a breach of the peace, it shall be the duty of such justice of the peace, to cause such offender or offenders, to be arrested and immediately brought before him or some other justice for examination, and upon its being satisfactorily made to appear, that such person or persons was armed or about to be armed with intent to commit a breach of the peace, such justice shall bind such offender or offenders in bond and security, as specified in the first section of this act.

Bonds. how

SEC. 3. The bonds by this act required to be given, shall be made payable to the chairman of the county court in which the same shall [exe]cuted, and his successors in office, and shall be filed in the office

Digitized by Google
Compendium of Laws
Page 0128



DATE DOWNLOADED: Thu Apr 20 15:17:16 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1831 180 .

ALWD 7th ed.
, , 1831 180 .

Chicago 17th ed.
"," Indiana - Revised Laws, 15th Session : 180-199


AGLC 4th ed.
" Indiana - Revised Laws, 15th Session 180

OSCOLA 4th ed.
" 1831 180        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# THE

# REVISED LAWS

OF

# INDIANA,

IN WHICH ARE COMPRISED ALL SUCH ACTS OF A GENERAL
NATURE AS ARE IN FORCE IN SAID STATE;

ADOPTED AND ENACTED BY THE

## GENERAL ASSEMBLY

AT THEIR FIFTEENTH SESSION.

TO WHICH ARE PREFIXED

*THE DECLARATION OF INDEPENDENCE, THE CONSTITUTION OF
THE U. S., THE CONSTITUTION OF THE STATE OF INDIANA,*

AND

SUNDRY OTHER DOCUMENTS, CONNECTED WITH THE POLITICAL HISTORY
OF THE TERRITORY AND STATE OF INDIANA.

ARRANGED AND PUBLISHED BY
AUTHORITY OF THE GENERAL ASSEMBLY.

INDIANAPOLIS:

PRINTED BY DOUGLASS AND MAGUIRE.

1831.

180                         CRIME AND PUNISHMENT.

probate courts shall hold their said terms on the Mondays
succeeding the termination of such term of the said circuit
courts, so interfering as aforesaid: *Provided*, That in the
**Proviso.** counties of Vigo, Knox and Gibson, the said courts shall
**Terms in Vi-** hold their terms on the first Mondays in February, April,
**go, Knox and** June, October and December, and the second Mondays in
**Gibson.** August in each and every year.

**Power in will** Sec. 56. In all cases where a power or direction is given
**to sell is a** in any last will and testament or codicil, to sell real estate,
**power to con-** it shall be taken and construed as a power to sell and con-
**vey.** vey; and an administrator with the will annexed, shall
have all the power that the executor appointed by the will
would have had, if he had executed the will.

**Proceedings** Sec. 57. All suits, pleas, plaints, bills in chancery, peti-
**now institut-** tions and proceedings, which may be pending when this
**ed shall pro-** act takes effect, in any of the circuit courts, in any way re-
**gress to judg-** lating to idiots, lunatics, decedents estates or last wills or
**ment, &c.** testaments, shall progress to final judgment or decree in
the circuit court where they were commenced, or are now
pending, in the same manner as if this act had not passed;
**P. business to** and all probate business shall continue to be done and
**be done as** transacted, as it now is in the several counties, until the
**now until &c.** probate judge is elected and qualified and ready to act.

---

## CHAPTER XXVI.

### An Act relative to Crime and Punishment.

[APPROVED, FEBRUARY 10, 1831.]

**Treason.** Sec. 1. *Be it enacted by the General Assembly of the state of
Indiana*, That every person duly convicted of treason, shall
suffer death.

**Murder.** Sec. 2. That every person of sound memory and discre-
tion, who shall unlawfully kill any reasonable creature in
being, and under the peace of this state, with malice afore-
thought, and be duly convicted thereof, shall be deemed
guilty of murder, and suffer death.

**Manslaugh-** Sec. 3. That every person, who without malice, either
**ter.** express or implied, shall unlawfully kill any other [another]
person, either voluntarily upon a sudden heat, or involun-
tarily, but in the commission of some unlawful act, shall be
deemed guilty of manslaughter, and upon conviction there-
of, shall be imprisoned at hard labor in the state prison,
for not less than two nor more than twenty-one years, and
be fined in a sum not exceeding one thousand dollars.

**Burglary.** Sec. 4. That every person, who shall in the night time

192                    CRIME AND PUNISHMENT.

Vending spirits without license.

SEC. 56. That every person, not being licensed according to law to vend spiritous liquors by retail, who may barter or sell any spiritous liquor, to be drunk in his or her house, out house, yard or garden, or who may barter or sell any such spiritous liquor, by a less quantity than a quart at a time, shall be fined in any sum not less than two, nor more than twenty dollars.

Failing to put up list of tavern rates, &c.

SEC. 57. That if any licensed tavern keeper shall directly or indirectly, ask, demand or receive, any greater price or higher rates, for any article furnished in the way of his business, than may be fixed and published by him in his schedule of tavern rates, or who shall knowingly neglect, for one whole day, to keep up in the most public room in his tavern, a fair list of the aforesaid rates so by him fixed and published, he or she so offending, shall be fined in any sum not less than five dollars, nor more than fifty dollars.

Carrying concealed weapon.

SEC. 58. That every person, not being a traveller, who shall wear or carry any dirk, pistol, sword in a cane, or other dangerous weapon concealed, shall upon conviction thereof, be fined in any sum not exceeding one hundred dollars.

Adultery.

SEC. 59. That every person who shall live in open and notorious adultery or fornication, shall upon conviction thereof, be fined, if a male person, in any sum not exceeding three hundred dollars, or if a female, be imprisoned for any term of time not exceeding three months.

Lewdness.

SEC. 60. That every person who shall be guilty of open and notorious lewdness, or of any grossly scandalous and public indecency, shall upon conviction thereof, be fined in any sum not exceeding one hundred dollars.

Gaming and betting.

SEC. 61. That every person who shall play at any game or games for money, or other valuable consideration, or who shall bet on the hands or sides of such as do play, at a tavern or place licensed to vend spiritous liquors by retail, or in any out house or appendage of the same, shall on conviction thereof, be fined in any sum not exceeding seventy nor less than ten dollars, and be recognized with sufficient security, for his good behaviour for one year, which recognizance shall be forfeited by a second offence, within the time aforesaid.

Losing or winning money.

SEC. 62. That every person who shall, by playing or betting at, or upon any game or wager whatsoever, either lose or win any sum of money or article of value, shall upon conviction thereof, be fined in any sum not exceeding fifty dollars.

Deceit in gaming.

SEC. 63. That if any person by fraud, circumvention, deceit or evil practice, in playing at cards, dice or other game, or by sharing in the stakes or wager, shall win or



DATE DOWNLOADED: Mon Mar 27 14:23:37 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
John P. Duval. Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840 (1839).

ALWD 7th ed.
Duval, John P. Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840 (1839).

APA 7th ed.
Duval, J. (1839). Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840. Tallahassee, S.S. Sibley, printer.

Chicago 17th ed.
Duval John P. Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840. Tallahassee, S.S. Sibley, printer.

McGill Guide 9th ed.
John P. Duval, Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840 (Tallahassee: S.S. Sibley, printer., 1839)

AGLC 4th ed.
John P. Duval, Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840 (S.S. Sibley, printer., 1839

MLA 9th ed.
Duval, John P. Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840. Tallahassee, S.S. Sibley, printer.
HeinOnline.

OSCOLA 4th ed.
Duval, John P. Compilation of the Public Acts of the Legislative Council of the
Territory of Florida, Passed Prior to 1840. Tallahassee, S.S. Sibley, printer.
Please note: citations are provided as a general guideline. Users should consull
their preferred citation format's style manual for proper citation formatting.

— Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
— The search text of this PDF is generated from uncorrected OCR text.

# COMPILATION

OF THE

# PUBLIC ACTS

OF THE

# LEGISLATIVE COUNCIL

OF THE

# TERRITORY OF FLORIDA,

PASSED PRIOR TO 1840.

BY JOHN P. DUVAL, ESQ.

TALLAHASSEE :

SAMUEL S. SIBLEY, PRINTER.

1839.

LAWS OF FLORIDA.    423

be paid out of the appropriation by congress for the year 1834, being an unexpended balance in the treasury department of the United States, to Leslie A. Thompson, the sum of four hundred and seventy-five dollars, being the amount of two warrants heretofore drawn in favour of Secundino J. Segui and John P. Booth, for services rendered the last session of the council.

To R. Heyward, two hundred and eighty-five dollars, being the amount of a draft heretofore given to R. Dinmore, Westcott, & Co., for folding and stitching the laws and journals of the last session of the council.

To Samuel B. Fitzpatrick, a former clerk of the Legislative Council, the sum of one hundred and two dollars and sixty-nine cents.

SECT. 4. *Be it further enacted,* That the governor cause to be audited and settled the accounts of Wm. Wilson, for printing the laws and journals of the present session of the council, and for publishing the same in the Floridian, according to the contract of said Wilson.

SECT. 5. *Be it further enacted,* That the governor cause to be audited and settled the accounts of the editors of the newspapers authorized to publish the laws of the present session, according to the act of congress.

[*Approved, Feb.* 14, 1835.

CHAP. 860. (No. 38.) An act to prevent any Person in this Territory from carrying Arms secretly.

*Be it enacted by the Governor and Legislative Council of the Territory of Florida,* That from and after the passage of this act, it shall not be lawful for any person in this Territory to carry arms of any kind whatsoever secretly, on or about their persons; and if any dirk, pistol, or other arm, or weapon, except a common pocket-knife, shall be seen, or known to be secreted upon the person of any one in this Territory, such person so offending shall, on conviction, be fined not exceeding five hundred dollars, and not less than fifty dollars, or imprisoned not more than six months, and not less than one month, at the discretion of the jury: *Provided, however,* that this law shall not be so construed as to prevent any person from carrying arms openly, outside of all their clothes; and it shall be the duty of judges of the superior courts in this Territory, to give the matter contained in this act in special charge to the grand juries in the several counties in this Territory, at every session of the courts.

*Secret arms prohibited.*

*Act to be given in charge to juries.*

[*Approved, Jan.* 30, 1835.

Compendium of Laws
Page 0135




DATE DOWNLOADED: Thu Apr 20 16:00:10 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred citation format's style manual for proper citation formatting.

Bluebook 21st ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836 (1836).

ALWD 7th ed.
. Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, & an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836 (1836).

APA 7th ed.
(1836). Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836. Boston, Dutton & Wentworth.

Chicago 17th ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836. Boston, Dutton & Wentworth.

McGill Guide 9th ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, & an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836 (Boston: Dutton & Wentworth., 1836)

AGLC 4th ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836 (Dutton & Wentworth., 1836

MLA 9th ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836. Boston, Dutton & Wentworth. HeinOnline.

OSCOLA 4th ed.
Revised Statutes of the Commonwealth of Massachusetts Passed November 4, 1835 to which are Subjoined, as Act in Amendment Thereof, and an Act Expressly to Repeal the Acts Which are Consolidated Therein, both Passed in February 1836. Boston, Dutton & Wentworth.        Please note: citations are provided as a general guideline.

# THE
# REVISED STATUTES

OF THE

## Commonwealth of Massachusetts,

**PASSED NOVEMBER 4, 1835;**

TO WHICH ARE SUBJOINED,

### AN ACT IN AMENDMENT THEREOF, AND AN ACT EXPRESSLY TO REPEAL THE ACTS WHICH ARE CONSOLIDATED THEREIN,

**BOTH PASSED IN FEBRUARY 1836;**

AND TO WHICH ARE PREFIXED,

# THE CONSTITUTIONS

OF THE

## United States and of the Commonwealth of Massachusetts.

PRINTED AND PUBLISHED, BY VIRTUE OF A RESOLVE OF NOV. 3, 1835;

UNDER THE SUPERVISION AND DIRECTION OF

### THERON METCALF AND HORACE MANN.



## Boston:
**PUBLISHED BY DUTTON & WENTWORTH, STATE PRINTERS**
37 Congress Street.

### 1836.

or when the amount or value thereof does not exceed twenty dollars, the same may be prosecuted for by complaint before a police court or a justice of the peace, who shall have jurisdiction thereof, concurrently with the court of common pleas and the municipal court.

**Benefit of clergy and petit treason abolished.**
**1784, 56 & 69.**

Sect. 15.   The plea of benefit of clergy, and the distinction between murder and petit treason, are abolished, and the last named offence shall be prosecuted and punished as murder.

# TITLE II.

## Of proceedings in criminal cases.

Chapter 134.   Of proceedings to prevent the commission of crimes.
Chapter 135.   Of the arrest and examination of offenders, commitment for trial, and taking bail.
Chapter 136.   Of indictments and proceedings before trial.
Chapter 137.   Of trials in criminal cases.
Chapter 138.   Of appeals, new trials, and exceptions, in criminal cases.
Chapter 139.   Of judgments in criminal cases, and the execution thereof.
Chapter 140.   Of coroners inquests.
Chapter 141.   Of the taxation, allowance and payment of costs in criminal prosecutions.
Chapter 142.   General provisions concerning proceedings in criminal cases.

## CHAPTER 134.

### OF PROCEEDINGS TO PREVENT THE COMMISSION OF CRIMES

SECTION
1. Officers, authorized to keep the peace.
2. Complaint, how made.
3. Arrest.
4. Trial—Recognizance to keep the peace.
5. Party, when to be discharged.
6. Refusing to recognize, to be committed.
7. Complainant, when to pay costs.
8. Payment of costs in other cases.
9. Appeal allowed.
10. On appeal, witnesses to recognize.
11. Proceedings upon an appeal.
12. Recognizance, when to remain in force.

SECTION
13. Persons committed for not recognizing, how discharged.
14. Recognizances to be transmitted to the court.
15.        "        when to be required, on view of the court or magistrate.
16. Persons who go armed, may be required to find sureties for the peace, &c.
17. Court may remit part of penalty forfeited.
18. Surety may surrender his principal, who may recognize anew.

**Officers' authorized to keep the peace.**

Section 1.   The justices of the supreme judicial court, the justices of the court of common pleas, justices of police courts, in vaca-

said, may, on giving the security required, appeal to the court of common pleas, next to be held in the same county, or, in the city of Boston, to the municipal court.

**On appeal, witnesses to recognize.**
Sect. 10.   The magistrate, from whose order an appeal is so taken, shall require such witnesses, as he may think necessary to support the complaint, to recognize for their appearance at the court to which the appeal is made.

**Proceedings on appeal.**
Sect. 11.   The court, before which such appeal is prosecuted, may affirm the order of the justice, or discharge the appellant, or may require the appellant to enter into a new recognizance, with sufficient sureties, in such sum, and for such time, as the court shall think proper, and may also make such order, in relation to the costs of prosecution, as may be deemed just and reasonable.

**Recognizance, when to remain in force.**
Sect. 12.   If any party appealing shall fail to prosecute his appeal, his recognizance shall remain in full force and effect, as to any breach of the condition, without an affirmation of the judgment or order of the magistrate, and shall also stand as a security for any costs, which shall be ordered, by the court appealed to, to be paid by the appellant.

**Persons committed for not recognizing, how discharged.**
Sect. 13.   Any person, committed for not finding sureties, or refusing to recognize, as required by the court or magistrate, may be discharged by any judge or justice of the peace, on giving such security as was required.

**Recognizances to be transmitted to the court.**
Sect. 14.   Every recognizance, taken pursuant to the foregoing provisions, shall be transmitted by the magistrate to the court of common pleas for the county, or, in the city of Boston, to the municipal court, on or before the first day of the next term, and shall be there filed of record by the clerk.

**— when to be required on view of the court or magistrate.**
Sect. 15.   Every person who shall, in the presence of any magistrate mentioned in the first section of this chapter, or before any court of record, make an affray, or threaten to kill or beat another, or to commit any violence or outrage against his person or property, and every person, who in the presence of such court or magistrate, shall contend with hot and angry words, to the disturbance of the peace, may be ordered, without process or any other proof, to recognize for keeping the peace, or being of good behavior, for a term not exceeding three months, and in case of refusal, may be committed, as before directed.

**Persons who go armed may be required to find sureties for the peace, &c. 1794, 26, § 2.**
Sect. 16.   If any person shall go armed with a dirk, dagger, sword, pistol, or other offensive and dangerous weapon, without reasonable cause to fear an assault or other injury, or violence to his person, or to his family or property, he may, on complaint of any person having reasonable cause to fear an injury, or breach of the peace, be required to find sureties for keeping the peace, for a term not exceeding six months, with the right of appealing as before provided.

**Court may remit part of penalty. 7 Mass. 397. 1810. 80.**
Sect. 17.   Whenever, upon a suit brought on any such recognizance, the penalty thereof shall be adjudged forfeited, the court may remit such portion of the penalty, on the petition of any defendant, as the circumstances of the case shall render just and reasonable.

**Surety may surrender his**
Sect. 18.   Any surety in a recognizance to keep the peace, or for good behavior, or both, shall have the same authority and right

DATE DOWNLOADED: Mon Mar 27 09:45:05 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 7 .

ALWD 7th ed.
, , 1837 7 .

Chicago 17th ed.
"," Alabama - General Assembly, Called Session - 1837 : 7-8

AGLC 4th ed.
" Alabama – General Assembly, Called Session - 1837 7

OSCOLA 4th ed.
" 1837 7          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

7                                                        1837.

Treasurer of the State, to deposit in the Bank of the State and its **Treasurer to deposit the surplus revenue in the Bank and Branches.** several branches, all that portion of the public revenue of the United States, which he has received or which he may hereafter receive, as the portion of Alabama, in the following proportion: One fifth in the Bank of the State at Tuscaloosa, one fifth in the Branch Bank at Montgomery, one fifth in the Branch Bank at Mobile, one fifth in the Branch Bank at Decatur, and one fifth in the Branch Bank at Huntsville; taking therefor certificates of deposite, and all laws or parts of laws, contravening the provisions of this act, be and the same are hereby repealed: *Provided*, That the amount of the surplus revenue already received and which may hereafter be received, shall be deposited in said Bank and its Branches, in the above and foregoing proportions, on or before the first day of May next.

Approved June 30, 1837.

No. 11.]                    AN ACT
                    To suppress the use of Bowie Knives.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That if any person carrying any knife or weapon, known as Bowie **Penalty for carrying Bowie knives** Knives or Arkansaw Tooth-picks, or either or any knife or weapon that shall in form, shape or size, resemble a Bowie Knife or Arkansaw Tooth-pick, on a sudden rencounter, shall cut or stab another with such knife, by reason of which he dies, it shall be adjudged murder, and the offender shall suffer the same as if the killing had been by malice aforethought.

Sec. 2. *And be it further enacted,* That for every such weapon, **Persons selling Bowie knives to be taxed.** sold or given, or otherwise disposed of in this State, the person selling, giving or disposing of the same, shall pay a tax of one hundred dollars, to be paid into the county Treasury; and if any person so selling, giving or disposing of such weapon, shall fail to give in the same in his list of taxable property, he shall be subject to the pains and penalties of perjury.                    Approved June 30, 1837.

[No. 12.]                    AN ACT
                    To enlarge the prison bounds in the different counties in this State.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the several sections of an act passed in the year 1824, requiring the Judge of the county court and commissioners of roads and revenue, to mark and lay out the bounds of prisoners, be and the same **Prison bounds enlarged.** is hereby repealed; and that from and after the passage of this act, the bounds of the different counties shall be the limits within which prisoners confined for debt shall be restricted, on entering into bond, as now required by law, to keep within the prison bounds; and hereafter the plaintiffs in suits shall not be compelled to pay the sustenance and support of prisoners who take the benefit of the bounds.

Approved June 30, 1837.

[No. 13.]                    AN ACT
For the relief of the purchasers of the Sixteenth Section, Township four, Range six, West, in the county of Lawrence and for other purposes.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the President and Directors of the Branch of the Bank of the



DATE DOWNLOADED: Thu Mar 23 16:53:46 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
William McK. Ball, Editor; Roane, Sam. C., Editor. Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837 (1838).

ALWD 7th ed.
Ball, William McK., Editor; Roane, Sam. C., Editor. Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837 (1838).

APA 7th ed.
Ball, W. (1838). Revised Statutes of the State of Arkansas, Adopted at the October
Session of the General Assembly of Said State, A.D. 1837. Boston, Weeks, Jordan.

Chicago 17th ed.
Ball William McK., Editor; Roane, Sam. C., Editor. Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837. Boston, Weeks, Jordan.

McGill Guide 9th ed.
William McK. Ball, Editor; Roane, Sam. C., Editor, Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837 (Boston: Weeks, Jordan., 1838)

AGLC 4th ed.
William McK. Ball, Editor; Roane, Sam. C., Editor, Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837 (Weeks, Jordan., 1838

MLA 9th ed.
Ball, William McK., Editor, and Sam. C. Roane, Editor. Revised Statutes of the State
of Arkansas, Adopted at the October Session of the General Assembly of Said State,
A.D. 1837. Boston, Weeks, Jordan. HeinOnline.

OSCOLA 4th ed.
Ball, William McK., Editor; Roane, Sam. C., Editor. Revised Statutes of the State of
Arkansas, Adopted at the October Session of the General Assembly of Said State, A.D.
1837. Boston, Weeks, Jordan.        Please note: citations are provided as a
general guideline. Users should consult their preferred citation format's style
manual for proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

278        CRIMINAL JURISPRUDENCE.    [CHAP. XLIV.

brought before him, and on investigating the charge, he shall discharge, bail, or commit in default of bail, as the case may require.

## DIVISION VIII.

### OFFENCES AGAINST THE PUBLIC PEACE, AND AFFECTING THE SECURITY OF PERSONS AND PROPERTY.

#### ART. I.—RIOTS, ROUTS, &c.

SECTION
1. Punishments for riots, &c.
2. Officer to make proclamation to disperse.
3. On refusal to obey, officer to summon the posse and arrest the offenders.
4. If armed, the officer may summon the militia.
5. Persons summoned, to obey promptly.
6. Taking violent possession of real estate.
7. Acts against public health, morals or justice, or the administration of law.
8. Agreements to commit felony, and ad-

SECTION
  vances thereto, without actual commission.
9. Conspiracies to cheat, and advances thereto, without actual commission.
10. Conspiracies to indict, and advances thereto, without actual commission.
11. Doing any act prohibited, or failing to do any act required by law.
12. Punishment of misdemeanors, where not defined.
13. Wearing concealed weapons.

SEC. 1.  If three or more persons assemble together, with the inrent, or being assembled, shall agree mutually, to assist each other to do an unlawful act, with force or violence, against the person or property of another, or against the peace, or to the terror of the people, and shall accomplish the purpose intended, or do any unlawful act in furtherance of such purpose, in a violent or turbulent manner; every person so offending, or who shall aid or assist in doing any unlawful act, shall be adjudged guilty of a misdemeanor, and shall be punished by imprisonment not exceeding one year, or by fine, not exceeding five hundred dollars, or both by fine and imprisonment, at the discretion of the court.

SEC. 2.  When three or more persons shall be riotously, unlawfully or tumultuously assembled, as specified in the last preceding section, it shall be the duty of every judge, justice of the peace, sheriff, coroner and constable, who shall have knowledge, or be informed thereof, to make proclamation among the persons so assembled, or as near them as he can safely come, charging and commanding them immediately to disperse themselves, and peaceably to depart to their habitations or lawful business.

SEC. 3.  If upon such proclamation being made, the persons so assembled shall not immediately disperse and depart as commanded, or if they shall resist such officer, or prevent the making such procla-

Compendium of Laws
Page 0143

mation, such officer shall command those present, and the power of the county if necessary, and shall disperse such unlawful assembly, arrest the offenders, and take them before some judicial officer, to be dealt with according to law.

SEC. 4. If any person so assembled shall be armed, or make forcible resistance to the officer so making, or attempting to make such proclamation, such officer shall summon to his aid a sufficient number of the militia, or other persons in arms, to disperse such assembly, arrest the offenders, and maintain the authority of the law.

SEC. 5. All militia officers and others, who shall be summoned under the provisions of this act, shall give prompt obedience to such officer.

SEC. 6. Every person who shall take, or keep possession of any real estate by actual force or violence, without the authority of law, or who being armed with a deadly or dangerous weapon, shall by violence to any person entitled to the possession, or by putting in fear of immediate danger to his person, obtain or keep possession of any such real estate or property, without legal authority, shall on conviction be adjudged guilty of a misdemeanor, and be fined not less than fifty dollars, and be imprisoned not exceeding one year.

SEC. 7. If any person shall commit any act, injurious to the public health or public morals, or to the perversion or obstruction of public justice, or the due administration of the laws, he shall be deemed guilty of a misdemeanor.

SEC. 8. If two or more persons shall agree and conspire to commit any felony, and make some advance thereto, without committing the felony, they shall be deemed guilty of a misdemeanor.

SEC. 9. If two or more conspire to cheat any person out of any money or other property by false pretences or false tokens, and make some advance thereto, they shall be deemed guilty of a misdemeanor.

SEC. 10. If one or more persons shall contrive and intend to have any person indicted, on any false criminal charge, and make some advance thereto, although such person may not be indicted, he or they shall be deemed guilty of a misdemeanor.

SEC. 11. Where the performance of any act is prohibited, or the performance of any act is required, by any statute, and no penalty for the violation of such statute is imposed, either in the same section containing such prohibition, or requiring such act or duty, or in any other section or statute, the doing of such prohibited act, or the neglect of such required act or duty, shall be deemed a misdemeanor.

280          CRIMINAL JURISPRUDENCE.   [CHAP. XLIV.

SEC. 12. Every person who shall be convicted of any misde-
meanor, the punishment of which is not defined in this or some other
statute, shall be punished by imprisonment, not exceeding one year,
or by fine not exceeding two hundred and fifty dollars, or by fine and
imprisonment both.

SEC. 13. Every person who shall wear any pistol, dirk, butcher
or large knife, or a sword in a cane, concealed as a weapon, unless
upon a journey, shall be adjudged guilty of a misdemeanor, and upon
conviction thereof, in the county in which the said offence shall have
been committed, shall be fined in any sum not less than twentyfive
dollars, nor more than one hundred dollars, one half to be paid into
the county treasury, the other half to the informer, and shall also be
imprisoned not less than one, nor more than six months.

### ART. II.—LIBEL.

SECTION
1. Definition of.
2. Punishment of.
3. The truth of the libel may be given in
   evidence.
4. Proclaiming a person a coward, for not
   fighting a duel, &c.

SECTION
5. Publisher or printer required to testify.
6. Punishment of publisher or printer re-
   fusing to testify.
7. Their testimony not to be used against
   themselves.

SEC. 1. A libel is a malicious defamation, expressed either by
writing, printing, or by signs or pictures, or the like, tending to blacken
the memory of one who is dead, or to impeach the honesty, integrity,
veracity, virtue or reputation, or to publish the natural defects, of one
who is living, and thereby expose him to public hatred, contempt and
ridicule.

SEC. 1. Every person, whether writer, printer or publisher, con-
victed of the crime of libel, shall be fined in any sum not exceeding
five thousand dollars, and may also be imprisoned, not exceeding one
year, at the discretion of the jury who shall pass on the case ; and
when any such case shall be decided without the intervention of a jury,
then at the discretion of the court.

SEC. 3. In all prosecutions for libel, under the provisions of the
preceding sections, the truth thereof may be given in evidence in
justification.

SEC. 4. If any person shall, in any newspaper, handbill or other
advertisement, written or printed, publish or proclaim any other person
as a coward, or use any other opprobrious or abusive language, for not

Compendium of Laws
Page 0145



DATE DOWNLOADED: Mon Mar 27 13:43:36 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 3 .

ALWD 7th ed.
, , 1837 3 .

Chicago 17th ed.
"," Georgia - Annual Session : 3-288

AGLC 4th ed.
" Georgia - Annual Session 3

OSCOLA 4th ed.
" 1837 3         Please note: citations are provided as a general guideline. Users
should consult their preferred citation format's style manual for proper citation
formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

90                    DEADLY WEAPONS.

## DEADLY WEAPONS.

AN ACT to guard and protect the citizens of this State,
against the unwarrantable and too prevalent use of deadly
weapons.

SECTION 1. *Be it enacted by the Senate and House of Re-
presentatives of the State of Georgia, in General Assembly met,
and it is hereby enacted by the authority of the same,* That from
and after the passage of this act, it shall not be lawful for any
merchant, or vender of wares or merchandize in this State, or
any other person or persons whatsoever, to sell, or offer to sell,
or to keep, or have about their person or elsewhere, any of the
hereinafter described weapons, to wit: Bowie, or any other
kind of knives, manufactured and sold for the purpose of wear-
ing, or carrying the same as arms of offence or defence, pis-
tols, dirks, sword canes, spears, &c., shall also be contemplated
in this act, save such pistols as are known and used, as horse-
man's pistols, &c.

SEC. 2. *And be it further enacted by the authority aforesaid,*
That any person or persons within the limits of this State, vio-
lating the provisions of this act, except as hereafter excepted,
shall, for each and every such offence, be deemed guilty of a
high misdemeanor, and upon trial and conviction thereof, shall
be fined, in a sum not exceeding five hundred dollars for the
first offence, nor less than one hundred dollars at the direction
of the Court; and upon a second conviction, and every after
conviction of a like offence, in a sum not to exceed one thou-
sand dollars, nor less than five hundred dollars, at the discre-
tion of the Court.

SEC. 3. *And be it further enacted by the authority aforesaid,*
That it shall be the duty of all civil officers, to be vigilent in
carrying the provisions of this act into full effect, as well also as
Grand Jurors, to make presentments of each and every offence
under this act, which shall come under their knowledge.

SEC. 4. *And be it further enacted by the authority aforesaid,*
That all fines and forfeitures arising under this act, shall be
paid into the county Treasury, to be appropriated to county
purposes: *Provided, nevertheless,* that the provisions of this
act shall not extend to Sheriffs, Deputy Sheriffs, Marshals,
Constables, Overseers or Patrols, in actual discharge of their
respective duties, but not otherwise: *Provided, also,* that no
person or persons, shall be found guilty of violating the before
recited act, who shall openly wear, externally, Bowie Knives,
Dirks, Tooth Picks, Spears, and which shall be exposed
plainly to view: *And provided, nevertheless,* that the provis-
ions of this act shall not extend to prevent venders, or any oth-

DEEDS.                                    91

er persons who now own and have for sale, any of the aforesaid weapons, before the first day of March next.

SEC. 5. *And be it further enacted by the authority aforesaid,* That all laws and parts of laws militating against this act, be, and the same are, hereby repealed.

JOSEPH DAY,
Speaker of the House of Representatives,

ROBERT M. ECHOLS,
President of the Senate.

Assented to, 25th December, 1837.
GEORGE R. GILMER, Governor.

────────

## DEEDS.

AN ACT to admit certain Deeds to be recorded and read in evidence ; and also, to prescribe the effect of certain other Deeds.

SECTION 1. *Be it enacted by the Senate and House of Representatives of the State of Georgia, in General Assembly met, and it is hereby enacted by the authority of the same,* That from and after the passing of this act, all Deeds for lands which may have been recorded upon the usual proof of execution, but not recorded within the time prescribed by the laws of this State, shall be admitted in evidence, without further proof ; and when the originals are lost or destroyed, and that being made judicially known to the Court, copies of the same may be introduced and read in evidence, on any trial before any Court of law or equity, in this State.

SEC. 2. *And be it further enacted by the authority aforesaid,* That all Deeds executed, according to the laws of this State, but not yet recorded, may nevertheless be recorded within twelve months from the passage of this act, upon the usual proof of their execution ; and when so recorded, the same or copies thereof, when the originals are shown to be lost or destroyed, may be read in evidence without further proof.

SEC. 3. *And be it further enacted by the authority aforesaid,* That all Deeds conveying lands hereafter executed upon being attested or proved in the manner required by the laws of this State, shall be admitted to record, at any time, and after being recorded, shall be received in evidence in any Court of Law or Equity, without further proof of the execution thereof.

SEC. 4. *And be it further enacted by the authority aforesaid,* That in all cases where two or more Deeds shall hereafter be executed by the same person or persons, conveying the same



DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368


AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# L A·W·S

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A CALLED SESSION,

OF THE

# LEGISLATURE, .

HELD IN THE

CITY OF JACKSON, IN APRIL AND MAY, 1837.

———— //ᵤ

JACKSON:
PRINTED BY G. R. FALL.
1837.

rate town or city. any corporate city or town, or any other town or public place, in this state, and shall in such fight use any rifle, shot gun, sword, sword cane, pistol, dirk, bowie knife, dirk knife, or any other deadly weapon; or if any person shall be second or aid in such fight, the persons so offending shall be fined not less than three hundred dollars, and shall be imprisoned not less than three months; and if any person shall be killed in such fight, the person so killing the other may also be prosecuted and convicted as in other cases of murder.

Certain persons compelled to give evidence. § 6. *Be it further enacted,* That if any person shall offend against any of the provisions of this act, such person shall be a competent witness against any other person offending in the same transaction, and may be compelled to appear and give evidence before any justice of the peace, grand jury or court, in the same manner as other witnesses, but the testimony so given shall not be used in any prosecution or proceeding civil or criminal, against the person so testifying.

Duty of grand jurors, justices, &c. § 7. *Be it further enacted,* That it shall be the duty of all grand jurors, justices of the peace, constables, members of boards of county police, sheriffs, and other peace officers, without delay, to give information against, and prosecute every person who shall be guilty of a violation of any of the provisions of this act, and all costs and expenses they may incur on account of the same, shall be paid on conviction, by the defendant, and if he shall be unable to pay the same, or be acquitted, then such cost and expenses shall be paid out of the state treasury.

Survivor in a duel to § 8. *Be it further enacted,* That if any

duel shall be fought contrary to the provis- <sup>pay debts</sup> ions of this act, or if any person shall be <sup>of the per-</sup><sub>son he</sub> guilty of fighting in any incorporate town <sup>kills.</sup> or city, or any other town or public place in this state, and the parties or either of them shall use any rifle, shot gun, sword cane, pistol, dirk, dirk knife, bowie knife, or any other deadly weapon, contrary to the provisions of this act, and either of the parties combatant shall be killed, or shall die within ninety days of any wound received in any such duel or fight, the party surviving shall be, and he is hereby held chargeable with the payment of the debts of his antagonist so killed by him, and the estate of the party so killed shall be exhonerated from the payment of such debts, until the surviving party shall be first duly prosecuted to insolvency, and the person or persons to whom the combatant so killed in such duel, or fight, shall be indebted, may prosecute to judgment and execution any action of debt or assumpsit against such surviving party, which such person could have maintained against such party so killed, and in his declaration it shall be sufficient to set forth in substance the description of the judgment, bill, bond, note, assumpsit, or account, by which the deceased in his life time was indebted to the plaintiff, and to aver that the defendant and the deceased had fought a duel contrary to the provisions of this act, or had fought in an incorporated city or town, or other town or public place in this state, and had in such fight used a rifle, shot gun, sword, sword cane, pistol, dirk, dirk knife, bowie knife, or other deadly weapon, contrary to the meaning and intent of this act, and that in such duel or fight, the defendant had unlawfully killed the deceased, or had

given the deceased, in such duel or fight, a
mortal wound, of which, within ninety days
the deceased had died, and that in consider-
ation of which the defendant had become
bound to pay to the plaintiff the amount of
money mentioned in such judgment, bill,
bond, note, assumpsit, or account, and upon
proving the same, the said plaintiff shall have
verdict, judgment, and execution against the
defendant, which shall appear to have been
justly due, and owing from the deceased to
the plaintiff, at the time of the commence-
ment of such suit, any law usage or custom
to the contrary notwithstanding.

Penalty for unlaw-fu.ly using de.dly weapons.
§ 9. *Be it further enacted,* That if any per-
son having, or carrying any dirk, dirk knife,
bowie knife, sword, sword cane, or other
deadly weapon, shall, in the presence of
three or more persons, exhibit the same in
a rude, angry and threatening manner, not
in necessary self defence, or shall in any
manner unlawfully use the same in any fight
or quarrel, the person or persons so offend-
ing, upon conviction thereof in the circuit
or criminal court of the proper county, shall
be fined in a sum not exceeding five hun-
dred dollars, and be imprisoned not exceed-
ing three months.

Duty of circuit judges.
§ 10. *Be it further enacted,* That it shall
be the duty of the judges of the circuit
courts to give this act in charge to the grand
jury at each term of their respective courts,
and that this act shall be in force and take
To take effect. effect from and after the fourth day of July,
one thousand eight hundred and thirty-
seven.

Approved, May 13, 1837.



DATE DOWNLOADED: Thu Apr 20 20:35:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837 9 .

ALWD 7th ed.
, , 1837 9 .

Chicago 17th ed.
"," Mississippi - Called Session : 9-368


AGLC 4th ed.
" Mississippi - Called Session 9

OSCOLA 4th ed.
" 1837 9            Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# L A·W·S

OF THE

# STATE OF MISSISSIPPI,

## PASSED AT A CALLED SESSION,

OF THE

# LEGISLATURE,

HELD IN THE

## CITY OF JACKSON, IN APRIL AND MAY, 1837.

—————— *H.*

JACKSON:
PRINTED BY G. R. FALL.
1837.

Compendium of Laws
Page 0155

AN ACT to incorporate the town of Sharon, in the
county of Madison, and for other purposes.

§ 1. *Be it enacted by the legislature of the* Town of Sharon incorporated *state of Mississippi,* That the town of Sha-
ron, in the county of Madison be, and the
same is hereby incorporated, and that the
corporate limits of said town shall  u to the
four cardinal points, and form o _ mile and
a half square, to be laid off in such manner,
so that the centre of the town of Sharon, as
at present laid off and surveyed, shall be the
centre of the said corporate limits.

§ 2. *Be it further enacted,* That every free Votes.
white male person having attained the age
of twenty-one years, and shall have resided
within the corporate limits of said town,
four months, and twelve months within this
state next preceding an election, for town offi-
cers, shall be a qualified elector and eligible
to any town office.

§ 3. *Be it further enacted,* That the quali- First elec-
fied electors of said town, are hereby au-
thorized to hold an election in the town of
Sharon, on the first Wednesday in July
next, between the hours of ten o'clock, A.
M., and four o'clock P. M., for the porpose
of electing five persons, as counsellors, a
justice, treasurer, recorder, and constable,
who shall serve until the first regular annu-
al election, or until their successor shall be
elected, and that the annual election shall be
held in said town, in some suitable house on
or near the public square, on the first Wed-
nesday in January, in each and every year,
between the hours of ten o'clock in the
morning, and four o'clock in the evening,
and that the justice of the peace elected in
pursuance of this act, after being commis-
sioned by the governor, shall by virtue of his

294          LAWS OF MISSISSIPPI.

office, be president of the council, and be
entitled to all the emoluments and immuni-
ties of other magistrates of said county, and
in case of his absence any member of the
council may be called to the chair and exe-
cute the duties of the president *pro tempore.*

General powers. § 4. *Be it further enacted,* That the pre-
sident and counsellors shall be a body cor-
porate and politic of the town of Sharon, by
the name and style of the president and
council of the town of Sharon, and as such
they and their successors in office shall be
capable of suing and being sued, of pleading
and being impleaded, of defending and be-
ing defended, in all manner of suits and ac-
tions either in law or equity, and also re-
ceive donations, give, grant, sell, convey
and contract, and do any and all other such
acts which are incident to bodies corporate
and politic.

By-laws. § 5. *Be it further enacted,* That the pre-
sident and council shall have power to pass
all necessary by-laws for the good order and
government of said town, not inconsistent
with the constitution and laws of this state,
or the United States, whereby education and
morality may be promoted, and the retailing
and vending of ardent spirits, gambling and
every species of vice and immorality may be
suppressed, together with the total inhibi-
tion of the odious and savage practice of
wearing dirks, bowie knives, or pistols, and
in their corporate capacity they may inflict
a penalty on any person for a violation of
any such by-laws, not exceeding fifty dollars
for any offence, recoverable with cost before
any justice of the peace for said county, in
the name of the president and council, for
the use and benefit of said town.

Officers. § 6. *Be it further enacted,* That the cor-



DATE DOWNLOADED: Thu Mar 23 16:41:15 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1837-1838 200 .

ALWD 7th ed.
, , 1837-1838 200 .

Chicago 17th ed.
"," Tennessee - 22nd General Assembly, 1st Session : 200-201

AGLC 4th ed.
" Tennessee - 22nd General Assembly, 1st Session 200

OSCOLA 4th ed.
" 1837-1838 200          Please note: citations are provided as a general
guideline. Users should consult their preferred citation format's style manual for
proper citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

266

to perform the duties enjoined on them by the second section of an act, passed at Nashville, the 19th of February, 1836, chapter XLVIII, that it shall be the duty of the several county surveyors to do and perform said services within their respective counties, and that said county surveyors shall be allowed the same fees, and be subject to the same penalties that said principal surveyors were entitled to, and liable for, in processioning said lands, and that said county surveyors shall return a plat and certificate of each tract so processioned by them to the entry taker of the county, who shall forthwith record the same in his survey book, for which services the said entry taker shall be allowed the same fees as for other services of the same kind, and that said several tracts of land shall be liable to attachment and final judgment for all expenses in processioning and recording the same.

JOHN COCKE,
*Speaker of the House of Representatives.*
TERRY H. CAHAL,
*Speaker of the Senate.*

Passed January 18th, 1838.

———

## CHAPTER CXXXVII.

An Act to suppress the sale and use of Bowie Knives and Arkansas Tooth Picks in this State.

Knives not to be sold or given away

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That if any merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons whatsoever, shall sell or offer to sell, or shall bring into this State, for the purpose of selling, giving or disposing of in any other manner whatsoever, any Bowie knife or knives, or Arkansas tooth picks, or any knife or weapon that shall in form, shape or size resemble a Bowie knife or any Arkansaw tooth pick, such merchant, pedlar, jeweller, confectioner, grocery keeper, or other person or persons for every such Bowie knife or knives, or weapon that shall in form, shape or size resemble a Bowie knife or Arkansas tooth pick so sold, given or otherwise disposed of, or offered to be sold, given or otherwise disposed of, shall be guilty of a misdemeanor, and upon conviction thereof upon indictment or presentment, shall be fined in a sum not less than one hundred dollars, nor more than five hundred dollars, and shall be imprisoned in the county jail for a period not less than one month nor more than six months.

Not to be worn

SEC. 2.    That if any person shall wear any Bowie knife, Arkansas tooth pick, or other knife or weapon that shall in

Digitized from Best Copy Available

201

form, shape or size resemble a Bowie knife or Arkansas
tooth pick under his clothes, or keep the same concealed
about his person, such person shall be guilty of a misdemea-
nor, and upon conviction thereof shall be fined in a sum
not less than two hundred dollars, nor more than five hun-
dred dollars, and shall be imprisoned in the county jail not
less than three months and not more than six months.

SEC. 3. That if any person shall maliciously draw or [Penalty of draw-
attempt to draw any Bowie knife, Arkansas tooth pick, ing a knife
or any knife or weapon that shall in form, shape or size re-
semble a Bowie knife or Arkansas tooth pick, from under
his clothes or from any place of concealment about his per-
son, for the purpose of sticking, cutting, awing, or intimi-
dating any other person, such person so drawing or attempt-
ing to draw, shall be guilty of a felony, and upon convic-
tion thereof shall be confined in the jail and penitentiary
house of this State for a period of time not less than three
years, nor more than five years.

SEC. 4. That if any person carrying any knife or wea- [Penalty for using
pon known as a Bowie knife, Arkansas tooth pick, or any knife
knife or weapon that shall in form, shape or size resemble a
Bowie knife, on a sudden rencounter, shall cut or stab ano-
ther person with such knife or weapon, whether death en-
sues or not, such person so stabbing or cutting shall be
guilty of a felony, and upon conviction thereof shall be con-
fined in the jail and penitentiary house of this State, for a
period of time not less than three years, nor more than fif-
teen years.

SEC. 5. That this act shall be in force from and after [of prosecutions
the first day of March next. And it shall be the duty of the
several judges of the circuit courts in this State to give the
same in charge to the grand jury every term of the respec-
tive courts, and any civil officer who shall arrest and prose-
cute to conviction and punishment any person guilty of any
of the offences enumerated in this act, shall be entitled to
the sum of fifty dollars, to be taxed in the bill of costs, and
the attorney general shall be entitled to a tax fee of twenty
dollars in each case, when a defendant shall be convicted,
and no prosecutor required on any presentment or indict-
ment for any of the offences enumerated in this act.

JOHN COCKE,
Speaker of the House of Representatives.
TERRY H. CAHAL,
Speaker of the Senate.

Passed January 27th, 1838.

26

Digitized from Best Copy Available



DATE DOWNLOADED: Mon Mar 27 13:41:32 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1838 36 .

ALWD 7th ed.
, , 1838 36 .

Chicago 17th ed.
"," Florida - 16th Session : 36-36

AGLC 4th ed.
" Florida - 16th Session 36

OSCOLA 4th ed.
" 1838 36          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from uncorrected OCR text.

( 36 )

the statute of which this is an amendment, she shall make her election either of dower or of a childs part, within twelve months after the probate of the will or granting letters of administration, or she shall be confined to her dower.

*Widow may make her election of dower.*

Sec. 2. That if a widow take dower, she shall be entitled only to a life estate in the real property, to return at her death, to the estate of her deceased husband for distribution; if she takes a childs part, she shall have in the property set apart to her, a fee simple estate in the real property, and an absolute title to the personal property including slaves, with power to control or dispose of the same by will, deed or otherwise.

*Fee simple title in widow.*

Passed February 6th 1838.—Approved 8th Feb. 1838.

———

No. 24. AN ACT in addition to An Act, (approved January 30th, 1835,) entitled An Act to prevent any person in this Territory from carrying arms secretly.

Section 1. Be it enacted by the Governor and Legislative Council of the Territory of Florida, That from and after the passage of this act, it shall not be lawful for any person or persons in this Territory to vend dirks, pocket pistols, sword canes, or bowie knives, until he or they shall have first paid to the treasurer of the county in which he or they intend to vend weapons, a tax of two hundred dollars per annum, and all persons carrying said weapons openly shall pay to the officer aforesaid a tax of ten dollars per annum; and it shall be the duty of said officer to give the parties so paying a written certificate, stating that they have complied with the provisions of this act. Four fifths of all monies so collected to be applied by the county courts to county purposes, the other fifth to be paid to the prosecuting attorney.

*Venders to get license.*

*moneys how appropriated.*

Sec. 2. Be it further enacted, That if any person shall be known to violate this act, he or they so offending, shall be subject to an indictment, and on conviction, to a fine of not less than two hundred nor exceeding five hundred dollars, at the discretion of the court.

*Penalty.*

Sec. 3. Be it further enacted, That it shall be the duty of the several Judges of the Superior Courts of this Territory, to give this act in charge to the grand jurors of their respective districts at each term of the court.

*Judges to charge grand juries.*

Passed 5th Febuary, 1838.—Approved 10th Feb. 1838.



DATE DOWNLOADED: Mon Mar 27 09:41:11 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1838 76 .

ALWD 7th ed.
, , 1838 76 .

Chicago 17th ed.
"," Virginia - 1838 Session : 76-77

AGLC 4th ed.
" Virginia - 1838 Session 76

OSCOLA 4th ed.
" 1838 76          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from  uncorrected OCR text.

CHAP. 99.—An ACT to prevent free persons of colour who leave the state from returning to it in certain cases.

(Passed April 7, 1838.)

Free negroes leaving state to be educated not permitted to return.

1. *Be it enacted by the general assembly,* That if any free person of colour, whether infant or adult, shall be sent or carried beyond the limits of this commonwealth for the purpose of being educated, he or she shall be deemed to have emigrated from the state, and it shall not be lawful for him or her to return to the same;

Infants so returning how dealt with.

and if any such person shall return within the limits of the state contrary to the provisions of this act, he or she being an infant, shall be bound out as an apprentice until the age of twenty-one years, by the overseers of the poor of the county or corporation where he or she may be, and at the expiration of that period, shall be sent out of the state agreeably to the provisions of the laws now in force, or which may hereafter be enacted to prohibit the migration of free persons of colour to this state; and if such person be an adult, he

Adults how punished.

or she shall be sent in like manner out of the commonwealth; and if any person having been so sent off, shall thereafter return within the state, he or she so offending shall be dealt with and punished in the same manner as is or may be prescribed by law in relation to other persons of colour returning to the state after having been sent therefrom.

Commencement.

2. This act shall be in force from and after the first day of August next.

CHAP. 100.—An ACT abolishing the punishment of burning in the hand in all cases.

(Passed February 8, 1838.)

Burning in hand abolished.

1. *Be it enacted by the general assembly,* That so much of any law of this commonwealth as authorizes or inflicts the punishment of burning in the hand in any case whatever, shall be, and the same is hereby repealed. And every person who may be hereafter convicted of any offence within the benefit of clergy, shall be punished in the mode now prescribed by law, except only the burning in the hand.

Commencement.

2. This act shall be in force from the passing thereof.

CHAP. 101.—An ACT to prevent the carrying of concealed weapons.

[Passed February 2, 1838.]

Penalty for carrying concealed weapons.

1. *Be it enacted by the general assembly,* That if any person shall hereafter habitually or generally keep or carry about his person any pistol, dirk, bowie knife, or any other weapon of the like kind, from the use of which the death of any person might probably ensue, and the same be hidden or concealed from common observation, and he be thereof convicted, he shall for every such offence forfeit and pay the sum of not less than fifty dollars nor more than five hundred dollars, or be imprisoned in the common jail for a term not less than one month, nor more than six months, and in each instance at the discretion of the jury; and a moiety of the penalty recovered in any prosecution under this act, shall be given to any person who may voluntarily institute the same.

Courts to ascertain if murders or felonies be perpetrated by concealed weapons.

2. *And be it further enacted,* That if any person shall hereafter be examined in any county or corporation court upon a charge of murder or felony, perpetrated by shooting, stabbing, maiming, cutting or wounding, and it shall appear that the offence charged was

in fact committed by any such weapon as is above mentioned, and that the same was hidden or concealed from or kept out of the view of the person against whom it was used, until within the space of one half hour next preceding the commission of the act, or the infliction of the wound, which shall be charged to have caused the death, or constituted the felony, it shall be the duty of the examining court to state that the fact did so appear from the evidence; and if the court shall discharge or acquit the accused, such discharge or acquittal shall be no bar to an indictment for the same offence in the superior court having jurisdiction thereof, provided the same be found within one year thereafter. And whether the accused shall be by such court sent on for further trial or discharged, it shall be lawful to charge in the indictment that the offence was committed in any of the modes herein before described; and upon the trial it shall be the duty of the jury (if they find the accused not guilty of the murder or felony) to find also whether the act charged was in fact committed by the accused, though not feloniously, and whether the same was committed or done with or by means of any pistol, dirk, bowie knife, or other dangerous weapon, which was concealed from or kept out of the view of the person on or against whom it was used, for the space before mentioned, next preceding such use thereof; and if the jury find that the act was so committed, they shall assess a fine against the accused, and it shall be lawful for the court to pronounce judgment as in cases of misdemeanor.

*Acquittal no bar in indictment in superior court.*

*Offence how charged in indictment.*

*Verdict of jury what to contain.*

*Penalty.*

3. This act shall be in force from and after the first day of June next. *Commencement.*

---

CHAP. 102.—An ACT to extend the act for the temporary relief of the banks of this commonwealth.

[Passed February 20, 1839.]

1. *Be it enacted by the general assembly,* That the first, second and seventh sections of the act passed on the twenty-fourth day of June, eighteen hundred and thirty-seven, entitled, "an act for the temporary relief of the banks of this commonwealth, and for other purposes," shall be, and the same are hereby continued in force till the twentieth day of March next.

*Laws for temporary relief of banks extended.*
*See post. ch. 103.*
*Acts extra session 1837, pp. 3, 4.*
*§ 1, 2, 7.*

2. *Be it further enacted,* That so much of the provisions of the act, entitled, "an act increasing the banking capital of the commonwealth," passed March the twenty-fifth, eighteen hundred and thirty-seven, as relates to the Bank of Virginia, the Farmers Bank of Virginia, and the Bank of the Valley of Virginia, shall be and the same is hereby suspended until the first day of April next.

*Part of act increasing banking capital suspended.*
*Acts 1836-7, pp. 68-74.*

3. This act shall commence and be in force from the passage thereof. *Commencement.*

---

CHAP. 103.—An ACT further to extend the act for the temporary relief of the banks of this commonwealth.

[Passed March 16, 1839.]

1. *Be it enacted by the general assembly,* That the first, second and seventh sections of the act passed on the twenty-fourth day of June, eighteen hundred and thirty-seven, entitled, "an act for the temporary relief of the banks of this commonwealth," be and the same is hereby continued in force till the expiration of the present session of the legislature, any law to the contrary notwithstanding.

*Laws for temporary relief of banks further extended.*

2. This act shall be in force from its passage. *Commencement.*



DATE DOWNLOADED: Fri Mar 31 12:15:56 2023
SOURCE: Content Downloaded from HeinOnline

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1838 67 .

ALWD 7th ed.
, , 1838 67 .

Chicago 17th ed.
"," Alabama - General Assembly, Annual Session : 67-68


AGLC 4th ed.
" Alabama – General Assembly, Annual Session 67


OSCOLA 4th ed.
" 1838 67          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   https://heinonline.org/HOL/License
-- The search text of this PDF is generated from uncorrected OCR text.

67                                          1839.

seal, appoint such officers as they may think proper and remove the
same for improper conduct or neglect of duty.

Sec. 2. *And be it further enacted,* The said Trustees or body
corporate shall be priviledged to purchase, accept of and be invested **Trustees may**
with all manner of property, either real, personal, or mixed, to them **hold property**
and their successors in office, to have and to hold the same for the
proper use and benefit of said Academy; *Provided,* the whole value
of said property shall never exceed twenty thousand dollars.

Sec. 3. *And be it further enacted,* That when any vacancy **Vacancies**
may occur by death, resignation, or otherwise, of any of the Trus- **how filled.**
tees of said Academy, the survivors or residue of said Trustees,
shall fill the same in such manner as shall be pointed out by the by-
laws and regulations of said corporation; and that a majority of said
board of Trustees shall be competent to transact all business pertain-
ing to said corporation, and their acts shall be as binding and valid
as if the whole board were present.

Sec. 4. *And be it further enacted,* That all property owned **Property not**
by said Trustees in their aforesaid corporate capacity, shall be and it **taxable.**
is hereby declared free from all taxation.

Approved Feb. 1st, 1839.

AN ACT

[No. 76.]
To declare Chockolocco Creek a public highway from Davis' to Bagleys Mills in the
County of Talladega.

Section 1. *Be it enacted by the Senate and House of Represen-
tatives of the State of Alabama in General Assembly convened,*
That the Chockolocco Creek from Davis' to Bagleys Mills in the
County of Talladega is hereby declared a public highway.

Sec. 2. *And be it further enacted,* That if any person or persons,
shall obstruct the navigation of said creek, by building milldams, fel-
ling trees, or in any other way, such person or persons, shall forfeit
and pay the sum of five hundred dollars; one half to the State, and
the other half to any person who may sue for the same, recoverable
before any court of law having jurisdiction of the same and shall al-
so forfeit and pay all damages which any person or persons, may sus-
tain by reason of such obstructions, recoverable in like manner, and
all such obstructions may be removed by order of the County or
Circuit Court of Talladega county as a public nuisance.

Approved Feb. 1, 1839.

AN ACT

[No. 77.]
To suppress the evil practice of carrying weapons secretly.

Section 1. *Be it enacted by the Senate and House of Represen-
tatives of the State of Alabama in General Assembly convened,*
That if any person shall carry concealed about his person any species
of fire arms, or any bowie knife, Arkansaw tooth-pick, or any oth-
er knife of the like kind, dirk, or any other deadly weapon, the per-
son so offending, shall on conviction thereof, before any court hav-
ing competent jurisdiction, pay a fine not less than fifty nor more
than five hundred dollars, to be assessed by the jury trying the case;
and be imprisoned for a term not exceeding three months, at the
discretion of the Judge of said court.

1839.                           68

Judges to give this law a charge to ary

Sec. 2. *And be it further enacted*, That it shall be the duty of the Judges of the several Circuit Courts of this State to give this act specially in charge to the Grand Juries, at the commencement of each term of said Courts.

Sec. 3. *And be it further enacted*, That the Secretary of State shall cause this act to be published for three months in the papers of Mobile, Montgomery, Tuscumbia, Huntsville, Wetumpka and Tuscaloosa, which publishers shall be paid out of any money in the Treasury not otherwise appropriated.        Approved Feb. 1, 1839.

[No. 79]                   AN ACT
To incorate the town of Mooresville in the county of Limestone.

Section 1. *Be it enacted by the Senate and House of Representatives of the State of Alabama in General Assembly convened,* That the town of Mooresville, in the county of Limestone, be and the same is hereby incorporated, including all the territory within one fourth of a mile in every direction, from the store house of White and Dewoody in said town.

Sec. 2. *And be it further enacted*, That all free white male persons of said town living and residing within the limits of said incorporation above the age of twenty-one years, are hereby authorised to vote for and elect persons residing in said town, or corporate limits as trustees of said corporation, a majority of whom shall constitute a quorum to do business who are empowered to superintend the police of said town by passing such by-laws not contrary to the laws of the United States and of this State as they may think proper for the Government of said town, and for the suppression and removal of nuisances, within the above mentioned boundaries.

Sec. 3. *And it further enacted*, That said trustees or a majority of them, are hereby authorised to assess such taxes on all property lying within the limits of said corporation as they may think proper, for all the purposes of a proper police and necessary revenue therefor.

Sec. 4. *And he it further enacted*, That the said trustees shall meet on the day next succeeding the election and choose from among themselves a President who shall preside and keep order at all meetings of the trustees; and the President of said trustees is hereby vested with all the powers and privileges of a Justice of the peace within the corporate limits of said town, and at the same time and place, the said trustees shall elect a treasurer for the corporation and a constable, and the said constable so elected shall be vested with all the powers, privileges, and duties of a constable within the corporate limits aforesaid, and to whom the taxes aforesaid shall be given in on oath, and who shall collect and pay over the same to the treasurer of said town within ten days after the same is collected.

Sec. 5. *And be it further enacted*, That the election of trustees shall be held on the second Monday in March 1839, and forever thereafter, on the same day in each succeeding year, from eleven o'clock, A. M. to four o'clock P. M., under the direction of a Justice of the Peace of said county; and two house-holders or free-holders residing within the limits aforesaid.



DATE DOWNLOADED: Fri Apr 21 16:52:00 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1839 384 .

ALWD 7th ed.
, , 1839 384 .

Chicago 17th ed.
"," Mississippi - Adjourned Session : 384-387


AGLC 4th ed.
" Mississippi - Adjourned Session 384

OSCOLA 4th ed.
" 1839 384          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

OF THE

## STATE OF MISSISSIPPI :

PASSED AT AN ADJOURNED SESSION

OF THE LEGISLATURE,

HELD IN THE

CITY OF JACKSON,

FROM JANUARY 7, TO FEBRUARY 16, A. D. 1839.

JACKSON :

B. D. HOWARD, STATE PRINTER.

1839.

384

LAWS OF MISSISSIPPI.

## CHAPTER 168.

### AN ACT to Incorporate the Town of Emery, in the County of Holmes.

Incorporation.

SECTION 1. *Be it enacted, by the Legislature of the State of Mississippi*, That the town of E-mery, in the county of Holmes, be, and the same is hereby, incorporated, and that the corporate limits of the said town shall run to the four cardinal points, and form one mile square, to be laid off in such manner so that the centre of the said town, as at present laid off and surveyed, shall be the centre of the said corporate limits.

Limits.

Qualifications of voters, &c.

SEC. 2. *And be it further enacted,* That every free white male person, having attained the age of twenty-one years, and having resided in the state twelve months, and in the corporate limits of said town four months next preceding an election for town officers, shall be a qualified elector, and eligible to any town office.

Election of town-officers, when.

SEC. 3. *And be it further enacted,* That the qualified electors of said town are hereby authorized to hold an election in the said town of Emery, on the first Monday in March next, between the hours of ten o'clock a. m. and four o'clock p. m., for the purpose of electing five persons as aldermen; also, a mayor, treasurer, recorder, and constable; who shall serve until the first regular annual election, or until their successors are duly elected and qualified; and that the annual election shall be held in said town on the first Wednesday of January in each and every year, between the hours of ten o'clock in the morning and four o'clock in the

Term of service.

Annual elections, when held, &c.

LAWS OF MISSISSIPPI.                    385

evening; and that the mayor elected in pursu-    <small>Mayor to be commissioned by the governor.
ance of this act shall be commissioned by the
governor as a justice of the peace; he shall    <small>Duties, &c.</small>
preside at each meeting of the board of mayor
and aldermen of said town, and by virtue of his
office shall have power to perform all such du-
ties, and receive like emoluments and immuni-
ties, as are performed and received by other
magistrates in the said county; but in case of    <small>In absence of mayor, who to preside.</small>
his absence from any meeting of the said board
of aldermen, any member thereof may be call-
ed to the chair, and execute the duties of the
president, pro tempore.

SEC. 4. *And be it further enacted*, That the    <small>Body corporate and politic—name and style.</small>
said mayor and aldermen shall be a body cor-
porate and politic, by the name and style of the
mayor and aldermen of the town of Emery; and,
as such, they and their successors in office shall    <small>Privileges, liabilities &c</small>
be capable of sueing and being sued, of plead-
ing and being impleaded, of defending and be-
ing defended, in all manner of suits and actions
either in law or equity; and also receive dona-
tions, purchase, give, grant, sell, convey, and
contract, and do any and all other such acts as
are incident to bodies corporate and politic.

SEC. 5. *And be it further enacted*, That said    <small>Powers of mayor and aldermen.</small>
mayor and aldermen shall have power to pass
all necessary by-laws for the good order and
government of said town, not inconsistent with
the constitution and laws in this state and the
United States, whereby education and morality
may be promoted, and the retailing and vend-
ing of ardent spirits, gambling, and every spe-
cies of vice and immorality, may be suppress-
ed, together with the total inhibition of the o-
dious and savage practice of wearing dirks and
bowie-knives or pistols; and in their corporate

386                    LAWS OF MISSISSIPPI.

capacity they may inflict a fine or penalty on any person for a violation of any such by-laws, not exceeding fifty dollars for any offence, recoverable, with costs, before any justice of the peace for said county, in the name of said corporation, for the use and benefit of said town.

*State laws, legalizing sale of liquor or gaming, not to apply to town.* And that no law of the state, now in force, or that hereafter may be passed, legalizing either retailing or vending spirituous liquors, or any species of gaming, shall apply in any respect to said corporation; nor shall the said mayor *Authority not to be given to sell liquor or to gamble, unless upon petition, &c.* and aldermen have power by any by-laws to authorize any person to sell spirituous liquors either in large or small quantities, or to authorize any species of gaming in said corporation, unless upon petition, signed by at least three-fourths of the citizens of said town.

*District entitled to justice and constable.* SEC. 6. *And be it further enacted,* That the corporate limits of said town of Emery are hereby declared to be a district entitled to a justice of the peace and constable; and the said mayor and constable, when elected and commissioned by the governor, shall each be sub-*Duties and emoluments* ject to perform all the duties, and receive all such profits, as are performed and received by other justices of the peace and constables of this state.

*Mayor to prescribe duties of treasurer & recorder.* SEC. 7. *And be it further enacted,* That the duties, responsibilities, and compensation, of the treasurer and recorder, shall be prescribed by the said mayor and aldermen.

*Town tax.* SEC. 8. *And be it further enacted,* That for the purposes of revenue, the said mayor and aldermen may tax such property as is liable to taxation under the existing laws of this state: *Proviso.* *Provided,* such tax shall not exceed fifty cents on each white poll, fifty cents on each slave,

Compendium of Laws
Page 0173

LAWS OF MISSISSIPPI.                    387

and twelve and one-half cents on every hundred dollars' worth of other personal and real estate, within the limits of said town, in any one year; and the money so raised shall be appropriated, by the said mayor and aldermen, exclusively for the use and benefit of said town.

Sec. 9. *And be it further enacted*, That the citizens of said town, subject to road duties, shall be exempt from such duties beyond its corporate limits; and the said mayor and aldermen may release them from such labor within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year.

*Citizens exempt from road duties out of corporation. May be released from working on streets, upon paying equivalent.*

Sec. 10. *And be it further enacted*, That if from any cause the said board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting, at any time, for the purposes of such election, by giving ten days' previous notice, by advertisement set up in said town; and such election shall be as valid as though it had been held on the regular appointed days therefor.

*Should b'rd not be constituted, &c. three citizens may call meeting, &c. Validity of election.*

Sec. 11. *And be it further enacted*, That when said board has been organized, the said mayor may call a meeting at any time, by giving five days' notice; that a majority shall constitute a quorum; that in case of a tie, the mayor shall give the casting vote; and that the said board shall have power to fill all vacancies which may occur in their body from one annual election to the next succeeding one.

*When board organized, mayor may call meeting. Quorum. Mayor to give casting vote in ties. Board to fill vacancies.*

Sec. 12. *And be it further enacted*, That this act shall take effect and be in force from and after its passage.

*When act to take effect.*

Approved, February 15, 1839.



DATE DOWNLOADED: Fri Apr 21 18:04:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1840 179 .

ALWD 7th ed.
, , 1840 179 .

Chicago 17th ed.
"," Mississippi - Regular Session : 179-182


AGLC 4th ed.
" Mississippi - Regular Session 179

OSCOLA 4th ed.
" 1840 179          Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

OF THE

# STATE OF MISSISSIPPI,

PASSED AT A REGULAR SESSION

OF THE LEGISLATURE,

HELD IN THE

CITY OF JACKSON,

IN THE MONTHS OF JANUARY AND FEBRUARY, A. D. 1840.

PRINTED BY AUTHORITY.

JACKSON:
C. M. PRICE, STATE PRINTER.
::::::::::::
1840.

LAWS OF MISSISSIPPI.                179

words five years, be, and the same is hereby, repealed.

Sec. 5. *And be it further enacted,* That this act be in force from and after its passage.

Approved February 18th, 1840.

---

## CHAPTER 111.

AN ACT to incorporate the Town of Hernando, in the County of De Soto.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That the town of Hernando, in the county of De Soto, be, and the same is hereby, incorporated and bounded as follows, to wit; The whole of Section thirteen, in township three, and range eight, West, and the West half of Section eighteen, township three, and range seven. West. <small>Town incorporated.</small> <small>Boundary of town.</small>

Sec. 2. *Be it further enacted,* That every free white male person, having attained the age of twenty-one years, and having resided in the State twelve months, and in the corporate limits of said town four months next preceding an election for town officers, shall be a qualified elector and eligible to any town office. <small>Qualifications of Electors.</small>

Sec. 3. *Be it further enacted,* That the Sheriff of said county, for the time being, is hereby authorized to hold an election in said town of Hernando, on the first Monday in July next, (by giving ten days previous notice,) between the hours of ten o'clock, A. M., and four o'clock, P. M., for the purpose of electing five persons as aldermen; also, one mayor, treasu- <small>Duty of Sheriff to hold first Election for town officers when, &c.</small>

180                    LAWS OF MISSISSIPPI.

rer, recorder and constable, who shall serve until their successors are duly elected and qualified; and that the annual election shall be held in said town on the first Monday in July in each and every year, between the hours of ten o'clock in the morning and four o'clock in the evening, and that the mayor *Mayor to be comm'd. a Justice of the peace.* elected in pursuance of this act shall be commissioned by the Governor as a justice of the peace; he shall preside at each meeting of the Board of mayor and aldermen of said town, and by virtue of his office shall have power to perform all such duties, and receive like emoluments and immunities as are performed and received by other magistrates in said county; *Absence of the mayor at any meeting.* but in case of his absence from any meeting of the said Board of Aldermen, any member thereof may be called to the chair.

Sec. 4. *Be it further enacted,* That the said mayor and aldermen shall be a body corporate and politic, by the name and style of the mayor *Name and style in law.* and aldermen of the town of Hernando; and, as such, they and their successors in office shall *Powers.* be capable of suing and being sued, of pleading and being impleaded, of defending and being defended, in all manner of suits and actions, either in law or equity, and also receive donations, purchases, give, grant, sell, convey and contract, and do any and all other such acts as are incident to bodies corporate and politic.

Sec. 5. *Be it further enacted,* That said mayor and aldermen shall have power to pass all *Power to pass by-laws, etc.* necessary by-laws for the good order and government of said town, not inconsistent with the constitution and laws of this State, and the United States, whereby education and mo-

rality may be promoted, and the retailing and
vending ardent spirits, gambling, and every
species of vice and immorality may be sup-
pressed, together with the exhibition of the
orders and savage practice of wearing dirks
and bowie knives or pistols; and, in their cor- Punish-
porate capacity, they may inflict a fine or pen- fines.
alty on any person for a violation of such by-
laws, not exceeding fifty dollars for any offence,
recoverable, with costs, before their mayor or
any justice of the peace for said county, in the
name of said corporation, for the use and ben-
efit of said town.

Sec. 6. *Be it further enacted*, That the cor- Corporate
porate limits of said town of Hernando are limits.
hereby declared to be a district, entitled to a
justice of the peace and constable; and that Mayor and
said mayor and constable, when elected and Constable
to be com-
commissioned by the Governor, shall each be missioned.
subject to perform all the duties and receive
all such profits, as are performed and received
by other justices of the peace and constables
of this State.

Sec. 7. *Be it further enacted*, That the du- Treasurer's
duties and
ties, responsibilities, and compensation of the compensa-
treasurer and recorder, shall be prescribed by tion.
the said mayor and aldermen.

Sec. 8. *Be it further enacted*, That for the Town rev-
enue—how
purposes of revenue, the said mayor and alder- to be raised.
men may tax such property as is liable to tax-
ation under the existing laws of this State;
*Provided*, such tax shall not exceed fifty cents Limits of
Tax.
on each white poll, fifty cents on each slave,
and twelve and one half cents on every hun-
dred dollars' worth of personal or real estate Manner of
appropria-
within the limits of said town, in any one ting money
year; and the money so raised shall be appro-

15

182                    LAWS OF MISSISSIPPI.

priated by the said mayor and aldermen, exclusively, for the use and benefit of said town.

Sec. 9. *Be it further enacted,* That the citizens of said town, subject to road duties beyond its corporate limits, shall be exempt from such duties beyond its corporate limits ; and the said mayor and aldermen may release them from such labour within said limits, upon their paying an equivalent therefor, not to exceed nine dollars in any one year.

*Citizens of town exempt from Road duties.*

*Terms of release from labor.*

Sec. 10. *Be it further enacted,* That if from any cause the said Board should not be constituted as contemplated by this act, any three citizens of said town may call a meeting at any time for the purpose of such election, by giving ten days previous notice, by advertisement set up in said town ; and such election shall be as valid as though it had been held on the regular appointed days therefor.

*Should the Board from any cause not be organized,— then, three citizens may cause an election to be held.*

Sec. 11. *Be it further enacted,* That when said Board has been organized, the said mayor may call a meeting at any time by giving five days notice ; that a majority shall constitute a *quorum ;* that in case of a tie, the mayor shall give a casting vote ; and that the said Board shall have power to fill all vacancies which may occur in their body, from one annual election to the next succeeding one.

*Mayor may call meetings of the Board.*

Sec. 12. *And be it further enacted,* That all acts and parts of acts coming within the meaning and purview of the provisions of this act, shall be null and void.

*Contravening acts, repealed.*

Approved February 18, 1840.



DATE DOWNLOADED: Fri Apr 21 18:17:04 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1840 148 .

ALWD 7th ed.
, , 1840 148 .

Chicago 17th ed.
"," Alabama - General Assembly, Annual Session : 148-150


AGLC 4th ed.
" Alabama - General Assembly, Annual Session 148

OSCOLA 4th ed.
" 1840 148        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# ACTS

PASSED AT THE ANNUAL SESSION OF THE

# GENERAL ASSEMBLY,

OF THE

# STATE OF ALABAMA;

BEGUN AND HELD IN THE CITY OF TUSCALOOSA, ON THE FIRST
MONDAY IN NOVEMBER, 1840.

---

ARTHUR P. BAGBY, GOVERNOR.
J. L. F. COTTRELL, PRESIDENT OF THE SENATE.
SAMUEL WALKER, SPEAKER OF THE HOUSE OF REPRESENTATIVES.
R. A. BAKER, SPEAKER OF THE HOUSE OF REPRESENTATIVES.

---

### Tuscaloosa:

HALE & PHELAN, PRINTERS.
. . . . . . . .
1841.

1841.                              148

## CHAPTER SEVENTH.

### *Of Miscellaneous Offences.*

Section 1. It shall be unlawful for any person or persons, or any
company, corporation, or unchartered banking association, to make,
emit, issue, or put in circulation, any note, bill, bond, draft, check,
or post note, or paper of any name or description whatsoever, to
answer the purpose of money, or for general circulation, and for
every such note, bill, bond, draft, check, post note, or other paper
so made, emitted, issued, or put in circulation, such person or per-
sons, and each and every individual of said company, corporation,
or unchartered banking association, so making, issuing, emitting,
or putting in circulation, such note, bill, bond, draft, check, post
note, or other paper, shall be held to be guilty of a misdemeanor,
and shall be liable to be indicted therefor, and, upon conviction,
shall be fined for every such offence at the discretion of the jury
trying the same, not less than one hundred, nor more than five
hundred dollars, and that upon failure to pay the fine, shall be im-
prisoned in the county jail for a term not exceeding twelve months.

Section 2. If any person or persons shall sign any note, bill,
bond, draft, check, post note, or any paper of other name or descrip-
tion whatsoever, as cashier or president, or under any other name,
or in the name of any company, incorporation, or unchartered
banking association, to be put in circulation to answer the purpo-
ses of money, such president, or cashier, or other person, under
any other name, so signing said note, bill, bond, draft, check, post
note, or paper as aforesaid, shall be deemed guilty of a misde-
meanor, and shall be liable to be indicted, and, upon conviction,
shall be fined for every such offence, in a sum not less than one
hundred, nor more than five hundred dollars, at the discretion of
the jury trying the same, and the signatures of the person or per-
sons so charged, to the note, bond, bill, draft, check, post note, or
paper aforesaid, shall be taken and held to be proof of such sign-
ing, unless the fact of signing be denied on oath by the defendant.

Section 3. It shall be unlawful for any person or persons, with-
in the limits of this State, to pass off, issue, emit, or put in circula-
tion, any note, bill, bond, check, draft, or post note, of any incor-
poration, company, or unchartered banking association ; and any
person or persons violating the provisions of this section, shall be
deemed guilty of a misdemeanor, and shall be liable to be indicted,
and upon conviction, shall be fined for every such note, bill, bond,
check, draft, post note, or other paper so issued, emitted, passed off,
or put in circulation, not less than twenty, nor more than one hun-
dred dollars, at the discretion of the jury trying said offence.

Section 4. Every one who shall hereafter carry concealed about
his person, a bowie knife, or knife or instrument of the like kind
or description, by whatever name called, dirk or any other deadly

*Marginal notes:*
Unchartered banking companies.
Signing notes or bills.
Passing off or circulating notes or bills.

weapon, pistol or any species of fire arms, or air gun, unless such **Carrying con-**
person shall be threatened with, or have good cause to apprehend **cealed wea-**
an attack, or be travelling, or setting out on a journey, shall on **pons.**
conviction, be fined not less than fifty nor more than three hun-
dred dollars: It shall devolve on the person setting up the excuse
here allowed for carrying concealed weapons, to make it out by
proof, to the satisfaction of the jury; but no excuse shall be suffi-
cient to authorize the carrying of an air gun, bowie knife, or knife
of the like kind or description.

Section 5. If any person shall at the same election vote more
than once for the same candidate for the same office, or for differ- **Illegal voting.**
ent candidates for the same office, either in the same or in differ-
ent precincts, or vote when he is not legally authorized so to do,
he shall upon conviction, be adjudged guilty of a misdemeanor,
and fined in the sum of two hundred dollars, and be imprisoned
in the county jail not exceeding one year.

Section 6. Every apothecary, druggist, or other person, who **Apothecaries**
shall sell and deliver any arsenic, corrosive sublimate, prussic **selling pois-**
acid, or other substance, either solid or liquid, usually denomina- **onous drugs**
ted poisonous, without having the word 'poison,' written or prin- **without label.**
ted on a label attached to the vial, box or parcel, in which the
same is sold, or shall sell and deliver any tartar emetic, without
having the true or common name thereof written or printed upon
a label attached to the vial, box or parcel containing the same,
shall upon conviction, be adjudged guilty of a misdemeanor, and
punished by a fine not exceeding one hundred dollars.

Section 7. Every apothecary, druggist, or other person, who
shall give, sell or deliver, any of the drugs described in the prece- **Selling to**
ding section, or any other drug or medicine, poisonous in its na- **slaves.**
ture, to any slave, without an order in writing from the owner or
manager of such slave, designating the drug or medicine, either
by name, or the effect to be produced by it, he or she so offending,
shall on conviction, be held guilty of a misdemeanor, and punished
by a fine not exceeding two hundred dollars, and may also be im-
prisoned not exceeding three months.

Section 8. Every person who shall buy, sell or receive from any **Trading with**
slave, any commodity of any kind or description, without the **slaves.**
leave or consent of the master, owner, or overseer of such slave,
verbally or in writing, expressing the articles permitted to be sold
or bartered, first obtained, shall on conviction, be fined in a sum
not less than ten, nor more than one hundred dollars, and may be
imprisoned not more than three months.

Section 9. Every sheriff, coroner, constable, clerk, or justice of
the peace, who shall within three days after demand made, fail or **Officers fail-**
refuse to pay over any money received or collected by him in his **ing to pay mo-**
**ney collected.**
official capacity, shall be deemed guilty of a misdemeanor, and on
conviction, shall be fined in a sum not less than one half, and not
exceeding the entire amount received or collected: *Provided*, that **Proviso.**
the party entitled to such money, shall remain in the county, or



DATE DOWNLOADED: Fri Apr 21 18:47:46 2023
SOURCE: Content Downloaded from *HeinOnline*

Citations:
Please note: citations are provided as a general guideline. Users should consult their preferred
citation format's style manual for proper citation formatting.

Bluebook 21st ed.
1841 51 .

ALWD 7th ed.
, , 1841 51 .

Chicago 17th ed.
"," Mississippi - Adjourned Session : 51-73


AGLC 4th ed.
" Mississippi - Adjourned Session 51

OSCOLA 4th ed.
" 1841 51        Please note: citations are provided as a general guideline.
Users should consult their preferred citation format's style manual for proper
citation formatting.

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

# LAWS

OF THE

# STATE OF MISSISSIPPI.

## CHAPTER 1.

AN ACT to provide for the Revenue of the State.

SECTION 1. *Be it enacted by the Legislature of the State of Mississippi,* That the following taxes shall be assessed and collected within this state, viz: an ad valorem tax of one-fourth of one per cent. on all lands in this state not exempted by the ordinance admitting the state into the Union, or specially exempted by the provisions of this act, on all money loaned at interest by individuals, or employed by them in the purchase of notes, bonds, checks or bills of credit of any description, whatever, as security for money advanced, on all goods, wares and merchandize, sold by regular merchants, on all bank stock subscribed for in any incorporated bank in this state, which shall not have paid a bonus for its charter, or have been exempted by the provisions thereof, except stock subscribed for and

*What property liable to taxation.*

52                LAWS OF MISSISSIPPI.'

owned by the state, or some incorporated literary or charitable institution. An ad valorem tax of two and one-half per cent. on all merchandize sold by an auctioneer or transient vender of goods, an ad valorem tax of one per cent. on each pleasure carriage, watch and clock, kept for use, and one dollar on each and every Bowie Knife; a tax of one cent upon each head of cattle over the number of twenty, owned by any one individual; a tax of five hundred dollars on each billiard table set up or kept for public use; a poll tax of fifty cents on every free white male between the ages of twenty-one and fifty years; of five dollars on each and every free colored male between the ages of twenty-one and fifty years, and of seventy-five cents on each and every slave between the ages of five and sixty.

Property exempt from taxation.

Sec. 2. *Be it further enacted,* That all land appropriated to the use of any incorporated college, or other seminary of learning, or occupied by any church for public worship, or by any school house, court house or jail, or appropriated to the use of any poor house or house of correction, or belonging to to any public library or incorporated charitable institution, shall be exempt from taxation.

Fiscal year when to commence.

Sec. 3. *Be it further enacted,* That the fiscal year shall commence on the first day of March, and all taxable property brought into this state, or acquired by any individual between the first day of January, and the first day of March of each year, shall be subject to be taxed for that year, in the county in which the same may be situated.

Sec. 4. *Be it further enacted,* That be-

ERRATA—page 52, instead of ' *one per cent.* on each pleasure carria watch and clock, kept for use,' read "an advalorem tax of *one-h* ... teh and clock kept for use.'

# A

# NEW DIGEST

# OF THE STATUTE LAWS

OF THE

## STATE OF LOUISIANA,

FROM THE CHANGE OF GOVERNMENT TO THE YEAR 1841, INCLUSIVE.

COMPILED

BY

### HENRY A. BULLARD,

One of the Judges of the Supreme Court of Louisiana,

AND

### THOMAS CURRY,

LATE REPORTER OF THE DECISIONS OF THE SUPREME COURT, AND NOW JUDGE OF THE
NINTH DISTRICT.



## VOL. I.

By Authority.

### E. JOHNS & CO., STATIONERS' HALL.

NEW ORLEANS.

1842.

**252**            CRIMES AND OFFENCES.

put to death in pursuance of such judgment, before the whole record of the proceedings in such case be certified by the clerk of the same court under the seal thereof to the governor of this State, nor until a warrant shall be issued by the governor under the seal of the State, with a copy of the record thereunto annexed, directed to the sheriff of the court wherein the said sentence or judgment was passed, commanding the said sheriff to cause the execution to be done on the person so condemned as aforesaid, in all things according to the judgment against him or her; and it shall be the duty of the sheriff to whom such warrant shall be directed, to execute the same in due form of law.

58. SEC. II. It shall be the duty of the clerk of the court in which such judgment shall have been rendered, to make out a true copy of the record of all proceedings in such case, and to transmit the same without delay to the governor of this State, and should the said record be received by the governor during the recess of the senate, he may, whenever he shall deem the same proper, delay awarding any warrant of execution until the end of the next session.

An Act against carrying concealed weapons, and going armed in public places in an unnecessary manner, approved March 25, 1813.

59. SEC. I. That from and after the passage of this act, any person who shall be found with any concealed weapon, such as a dirk, dagger, knife, pistol, or any other deadly weapon concealed in his bosom, coat, or in any other place about him, that do not appear in full open view, any person so offending, shall, on conviction thereof, before any justice of the peace, be subject to pay a fine not to exceed fifty dollars, nor less than twenty dollars, one half to the use of the State, and the balance to the informer; and should any person be convicted of being guilty of a second offence before any court of competent jurisdiction, shall pay a fine not less than one hundred dollars, to be applied as aforesaid, and be imprisoned for a time not exceeding six months.

[*Section 2d repealed by the 11th section of the act of March* 19, 1818.]

60. SEC. III. When any officer has good reason to believe that any person or persons have weapons concealed about them for the purpose of committing murder, or in any other way armed in such a concealed manner, on proof thereof being made to any justice of the peace, by the oath of one or more credible witnesses, it shall be the duty of such judge and justice to issue a warrant against such offender and have him searched, and should he be found with such weapons, to fine him in any sum not exceeding fifty dollars, nor less than twenty dollars, and to bind over to keep the peace of the State, with such security as may appear necessary for one year; and on such offender failing to give good and sufficient security as aforesaid, the said justice of the peace shall be authorized to commit said offender to prison for any time not exceeding twenty days.