ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
State Bar No. 320802
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3793
  Fax:  (415) 703-5480
  E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta in his
official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 2:11-cv-09916-SSS-KES<br><br>**DEFENDANT'S NOTICE OF LODGING [PROPOSED] JUDGMENT**<br><br>Judge:        The Honorable Sunshine Suzanne Sykes<br>Magistrate Judge: The Honorable Karen E. Scott<br>Action Filed: November 30, 2011 |

Defendants requests that the attached Proposed Judgment be lodged with the Court.

Dated:  July 24, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Iram Hasan*

IRAM HASAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

SA2012104470
44209178.docx

# CERTIFICATE OF SERVICE

Case Name:  ***Nichols, Charles v. Rob Bonta***    No.  **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>July 24, 2024</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S NOTICE OF LODGING [PROPOSED] JUDGMENT**

- **[PROPOSED] JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>July 24, 2024</u>, at San Francisco, California.


<table>
<tr><td>Vanessa Jordan</td><td>*Vanessa Jordan*</td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>