IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 2:11-cv-09916-SSS-KES<br><br>**[PROPOSED] JUDGMENT** |

The motion for summary judgment filed by Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (ECF ___) was heard in this Court on September 17, 2024. Deputy Attorney General Iram Hasan appeared on behalf of Defendant. Plaintiff Charles Nichols appeared pro se. After considering the moving and opposing papers, evidence, and the arguments of counsel at the hearing, the Court issued an order granting Defendant's motion for summary judgment. ECF ___.

Accordingly, it is hereby ordered, adjudged, and decreed that judgment is entered in favor of Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and against Plaintiff Charles Nichols. Plaintiff

1  shall take nothing by way of his Second Amended Complaint from Defendant.
2  Each and every claim and prayer for relief asserted in Plaintiff's Second Amended
3  Complaint is denied.  Defendant is the prevailing party and shall be entitled to
4  recover the cost of suit.
5      It is so ordered.
6
7  Dated: _____        _____
8                                                           The Honorable Sunshine S. Sykes
                                                         United States District Judge