# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| CHARLES NICHOLS | 2:11−cv−09916−SSS−KES |
| Plaintiff(s), | |
| v. | |
| ROBERT BONTA, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/24/2024

Document No.:   204

Title of Document:   Notice of Motion and Motion for Summary Judgment

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

The motion hearing date is correct but the wrong judge was selected. Therefore, the motion was set before the District Judge.

**Note:     In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: July 25, 2024               By:  /s/ Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.