Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Iram Hasan
Deputy Attorney General
State Bar No. 320802
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3793
 Fax:  (415) 703-5480
 E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:11-cv-09916-SSS-KES<br><br>**DEFENDANT'S REQUEST TO EXTEND DEADLINE TO FILE REPLY SUPPORTING MOTION FOR SUMMARY JUDGMENT**<br><br>Current Reply Deadline: September 5, 2024<br>New Reply Deadline: September 13, 2024<br>Magistrate Judge: The Honorable Karen E. Scott<br>Trial Date:   None set<br>Action Filed:  November 30, 2011 |

To the Court and pro se Plaintiff:

Defendant respectfully moves the Court for a brief extension of the deadline to file a reply brief supporting Defendant's motion for summary judgment.

Defendant filed a motion for summary judgment on July 24, 2024.  (ECF Nos. 204-209.)  Plaintiff filed an opposition on August 21, 2024.  (ECF No. 212.)  The current deadline to file a reply is September 5, 2024.  (ECF No. 211.)

Defendant requests an extension of eight days until September 13, 2024.

1

1  Defendant has not previously requested any extensions in connection with the
2  current summary judgment proceeding. Defendant makes this request before the
3  current deadline (*see* Fed. R. Civ. P. 6(b)(1)(A)), and consistent with this Court's
4  standing order, more than three business days before the previously-scheduled
5  September 17, 2024 hearing date.[1] Plaintiff declined to stipulate to this extension
6  request on August 29, 2024.

7      Good cause exists for Defendant's request because this case is thirteen years
8  old and has a lengthy record, much of which Plaintiff cites to in his opposition
9  papers. Moreover, Plaintiff filed a nearly 300-page-long statement of disputes in
10 response to Defendant's statement of uncontroverted facts. When requested,
11 Plaintiff declined to provide a Microsoft Word version of his statement to expedite
12 Defendant's preparation of a response.

13     A brief extension of eight days until September 13, 2024, will allow
14 Defendant's counsel to adequately evaluate and address Plaintiff's opposition,
15 supporting materials, and the record in this case. There are no other deadlines or
16 hearing dates in this case aside from the deadline to file a reply.

Dated: August 29, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Iram Hasan*
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

SA2012104470/44301214.docx

---

[1] The hearing noticed for September 17, 2024, was taken off calendar. The Court will decide the motion for summary judgment on the papers without oral argument. (ECF No. 211 at 2.)

2

# CERTIFICATE OF SERVICE

Case Name:    *Nichols, Charles v. Edmund G. Brown Jr*
Case No.      **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>August 29, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT'S REQUEST TO EXTEND DEADLINE TO FILE REPLY SUPPORTING MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2024</u>, at San Francisco, California.

| G. Pang | *[signature]* |
|---|---|
| Declarant | Signature |

SA2012104470/44301195.docx