1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  IRAM HASAN
   Deputy Attorney General
4  State Bar No. 320802
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3793
6   Fax:  (415) 703-5480
    E-mail:  Iram.Hasan@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his
   official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,** | Case No. 2:11-cv-09916-SSS-KES |
| Plaintiff, | **NOTICE OF LODGING [PROPOSED] ORDER** |
| v. | Current Reply Deadline: September 5, 2024 |
| **ROB BONTA, in his official capacity as Attorney General of California,** | New Reply Deadline: September 13, 2024 |
| Defendant. | Magistrate Judge: The Honorable Karen E. Scott<br>Trial Date:  None set<br>Action Filed:  November 30, 2011 |

Defendant requests that the attached Proposed Order be lodged with the Court.

Dated:  August 29, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

*/s/ Iram Hasan*

IRAM HASAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

1

# CERTIFICATE OF SERVICE

Case Name:   ***Nichols, Charles v. Edmund G. Brown Jr***
Case No.     **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>August 29, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF LODGING [PROPOSED] ORDER**
- **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND REPLY DEADLINE TO SEPTEMBER 13, 2024**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 29, 2024</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | *[signature]* |
| Declarant | Signature |

SA2012104470/44301299.docx