IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 2:11-cv-09916-SSS-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND REPLY DEADLINE TO SEPTEMBER 13, 2024**<br><br>[RE: ECF NO. 213] |

The Court, having considered Defendant's request (ECF No. 213), and good cause appearing, GRANTS Defendant's motion and ORDERS that Defendant shall file a reply in support of his motion for summary judgment (ECF No. 212) on or before September 13, 2024.

Dated: _____                    _____
The Honorable Karen E. Scott
United States Magistrate Judge

1