1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10

11   **CHARLES NICHOLS,**                    Case No. 2:11-cv-09916-SSS-KES

12                          Plaintiff,       **ORDER GRANTING
                                             DEFENDANT'S REQUEST TO
13            **v.**                          EXTEND REPLY DEADLINE**

14                                           **[RE: ECF NO. 213]**
     **ROB BONTA, in his official capacity**
15   **as Attorney General of California,**

16                          Defendant.

17

18        The Court, having considered Defendant's request (ECF No. 213), and good

19   cause appearing, GRANTS Defendant's motion and ORDERS that Defendant shall

20   file a reply in support of his motion for summary judgment (ECF No. 212) on or

21   before **October 4, 2024**.

22        Plaintiff is hereby ORDERED to provide a Microsoft Word (or whatever word

23   processing program Plaintiff used) version of his statement to counsel for

24   Defendants by email on or before **September 4, 2024**.

25

26   Dated:  August 30, 2024

27                                           _____
                                             The Honorable Karen E. Scott
28                                           United States Magistrate Judge

                                        1