Charles Nichols
PO Box 1302
Redondo Beach, CA  90278
424-634-7381
Plaintiff in Pro Per

Counsel for Defendants listed on Signature Page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols,<br><br>           Plaintiff,<br><br>    vs.<br><br>Gavin Newsom (California Governor);<br>Rob Bonta (California Attorney General), in their official capacity.<br><br>           Defendants. | Case No.: 2:11-cv-09916 SSS(KES)<br><br>**JOINT REQUEST FOR DECISION ON DEFENDANT BONTA'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 83-9.2**<br>Hon. Sunshine Suzanne Sykes<br>Courtroom 2, 2nd Floor |

　　　On July 24, 2024, Defendant Bonta filed his Motion for Summary Judgment. Dkt. 204.  On July 25, 2024, this Court stated, "The Court will take the motion under submission after receiving Defendant's reply and decide it on the papers without oral argument."  Dkt. 211.  On October 4, 2024, Defendant Bonta filed his reply.  Dkt. 218.

L.R. 83-9.2 Joint Request for Decision – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS(KES)

The parties file this joint request for a decision on the Motion for Summary Judgment, pursuant to Local Rule 83-9.2, which states,

> ***Duty of Counsel***. If the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay. A copy of such request shall be sent to the Chief Judge.

DATED: February 9, 2025

By:  CHARLES NICHOLS
Plaintiff in Pro Per

*Charles Nichols*

Dated: February 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
R. MATTHEW WISE
Supervising Deputy Attorneys General
IRAM HASAN
Deputy Attorney General

/s/ NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendants Rob Bonta and Governor Gavin Newsom*