Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
424-634-7381
Plaintiff in Pro Per

Counsel for Defendants listed on Signature Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols, <br>     Plaintiff, <br> vs. <br> Gavin Newsom (California Governor); Rob Bonta (California Attorney General), in their official capacity. <br>     Defendants. | Case No.: 2:11-cv-09916 SSS(KES) <br><br> **JOINT REQUEST FOR DECISION ON DEFENDANT BONTA'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 83-9.2** <br><br> Hon. Sunshine Suzanne Sykes <br> Courtroom 2, 2nd Floor |

On July 24, 2024, Defendant Bonta filed his Motion for Summary Judgment. Dkt. 204. On July 25, 2024, this Court stated, "The Court will take the motion under submission after receiving Defendant's reply and decide it on the papers without oral argument." Dkt. 211. On October 4, 2024, Defendant Bonta filed his reply. Dkt. 218.

The parties file this joint request for a decision on the Motion for Summary Judgment, pursuant to Local Rule 83-9.2, which states,

> ***Duty of Counsel.*** If the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay. A copy of such request shall be sent to the Chief Judge.

DATED: February 9, 2025              By:   CHARLES NICHOLS

                Plaintiff in Pro Per

                *Charles Nichols*

Dated: February 10, 2025              Respectfully submitted,

                ROB BONTA
                Attorney General of California
                LARA HADDAD
                R. MATTHEW WISE
                Supervising Deputy Attorneys General
                IRAM HASAN
                Deputy Attorney General

                /s/ NICOLE J. KAU
                NICOLE J. KAU
                Deputy Attorney General
                *Attorneys for Defendants Rob Bonta and Governor Gavin Newsom*

Case 2:11-cv-09916-SSS-KES    Document 222    Filed 02/13/25    Page 3 of 6    Page ID #:5700
Case 2:11-cv-09916-SSS-KES    Document 221    Filed 02/10/25    Page 1 of 2    Page ID #:5696

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278
424-634-7381
Plaintiff in Pro Per

Counsel for Defendants listed on Signature Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols,<br>        Plaintiff,<br>vs.<br>Gavin Newsom (California Governor);<br>Rob Bonta (California Attorney<br>General), in their official capacity.<br>        Defendants. | Case No.: 2:11-cv-09916 SSS(KES)<br><br>**JOINT REQUEST FOR DECISION ON DEFENDANT BONTA'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO L.R. 83-9.2**<br><br>Hon. Sunshine Suzanne Sykes<br>Courtroom 2, 2nd Floor |

On July 24, 2024, Defendant Bonta filed his Motion for Summary Judgment. Dkt. 204. On July 25, 2024, this Court stated, "The Court will take the motion under submission after receiving Defendant's reply and decide it on the papers without oral argument." Dkt. 211. On October 4, 2024, Defendant Bonta filed his reply. Dkt. 218.

L.R. 83-9.2 Joint Request for Decision – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS(KES)

The parties file this joint request for a decision on the Motion for Summary Judgment, pursuant to Local Rule 83-9.2, which states,

> **Duty of Counsel.** If the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay. A copy of such request shall be sent to the Chief Judge.

DATED: February 9, 2025         By:   CHARLES NICHOLS

                                      Plaintiff in Pro Per

                                      *Charles Nichols*

Dated: February 10, 2025        Respectfully submitted,

                                ROB BONTA
                                Attorney General of California
                                LARA HADDAD
                                R. MATTHEW WISE
                                Supervising Deputy Attorneys General
                                IRAM HASAN
                                Deputy Attorney General

                                /s/ NICOLE J. KAU
                                NICOLE J. KAU
                                Deputy Attorney General
                                *Attorneys for Defendants Rob Bonta
                                and Governor Gavin Newsom*

Charles Nichols
PO Box 1302
Redondo Beach, CA 90278

FILED
CLERK U.S. DISTRICT COURT
FEB 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY



LOS ANGELES CA 900
11 FEB 2025 PM 11 L

90012-459699

Honorable Dolly M. Gee
United States Courthouse
350 West 1st Street
Los Angeles, CA 90012



Case 2:11-cv-09916-SSS-KES   Document 222   Filed 02/13/25   Page 5 of 6   Page ID #:5702