Charles Nichols
PO Box 1302
Redondo Beach, CA  90278
424-634-7381
Plaintiff in Pro Per

Counsel for Defendants listed on Signature Page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Nichols,<br><br>       Plaintiff,<br><br>    vs.<br><br>Gavin Newsom (California Governor);<br>Rob Bonta (California Attorney General), in their official capacity.<br>       Defendants. | Case No.: 2:11-cv-09916 SSS<br><br>**COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL**<br><br>HONORABLE DOLLY M. GEE, CHIEF DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA |

COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS

**TO THE HONORABLE DOLLY M. GEE, CHIEF DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Local Rule 83.9-4 Follow-Up Duty of Counsel. In the event the Court fails timely to make its decision or to advise the parties of an intended decision date, as required by L.R. 83-9.3, counsel shall then file a joint request with the Chief Judge to establish an intended decision date. A copy of such request shall be filed in the case.

Counsel filed a Joint Request for a Decision in a Submitted Matter Pursuant to Local Rule 83-9.2 Duty of Counsel on February 10, 2025 (Docket #221.) Therefore, in accordance with the foregoing, counsel jointly and respectfully requests the Chief Judge to establish an intended decision date.

Pursuant to L.R. 5-4.3.4 Signatures, filer attests all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

DATED: March 13, 2025                    /s/ CHARLES NICHOLS
                                         CHARLES NICHOLS
                                         Plaintiff In Pro Per

COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS

| | |
|---|---|
| 1   Dated: March 19, 2025 | ROB BONTA |
| 2 | Attorney General of California |
|   | R. MATTHEW WISE |
| 3 | Supervising Deputy Attorney General |
| 4 | /s/ NICOLE J. KAU |
|   | NICOLE J. KAU |
| 5 | Deputy Attorney General |
|   | *Attorneys for State Defendants* |
| 6 | *Governor Gavin Newsom and Attorney* |
| 7 | *General Rob Bonta* |

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS

# CERTIFICATE OF SERVICE

Case Name: Charles Nichols v. Gavin Newsom et al No. 2:11-cv-09916-SSS-KES

I hereby certify that on March 19, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:
**COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 19, 2025, at Los Angeles County, California.

| | |
|---|---|
| <u>Charles Nichols</u> | <u>/s/Charles Nichols</u> |
| Declarant | Signature |

COUNSELS' JOINT FOLLOW-UP REQUEST TO ESTABLISH AN INTENDED DECISION DATE IN A SUBMITTED MATTER PURSUANT TO LOCAL RULE 83-9.4 FOLLOW-UP DUTY OF COUNSEL – Charles Nichols v. Gavin Newsom et al - Case No.: 2:11-cv-09916 SSS