# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 2:11-cv-09916-SSS-KES | Date | May 28, 2025 |
|---|---|---|---|

| Title | *Charles Nichols v. Edmund G Brown Jr et al.* |
|---|---|

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DIRECTING PLAINTIFF TO FILE A MOTION FOR REVIEW**

On May 18, 2025, Plaintiff Charles Nichols filed an objection to Magistrate Judge Scott's order staying the case. [Dkt. 228]. The Court construes this as a request for review under Federal Rule of Civil Procedure 72(a). If Plaintiff intends to proceed with his objection, the Court **DIRECTS** Plaintiff to follow Local Rule 72-2.1 and file a noticed motion for review, designating the specific portions of the ruling objected to and stating the grounds for the objection **by June 18, 2025**.

**IT IS SO ORDERED.**