UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:11-cv-09916-SSS-KES | Date | June 27, 2025 |
| Title | *Charles Nichols v. Edmund G Brown Jr et al.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION FOR REVIEW**

On May 18, 2025, Plaintiff Charles Nichols filed an objection to Magistrate Judge Scott's order staying the case. [Dkt. 228]. The Court directed Nichols to file a notice motion for review pursuant to Local Rule 72-2.1. [Dkt. 229]. Nichols filed a request for clarification of the Court's order. [Dkt. 230]. In his request, Nichols states his basis for objecting to Judge Scott's order. [*Id.*]. As such, the Court construes this request as a motion for review.

Should Defendants oppose this motion, they must file any opposition by **noon on July 7, 2025**. Should Nichols seek to reply in support of his motion, he must file any reply by **noon on July 14, 2025**. The Court **SETS** a hearing regarding the motion for review on **July 18, 2025 at 2 p.m. via Zoom videoconference**.

**IT IS SO ORDERED.**