ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
IRAM HASAN
Deputy Attorney General
State Bar No. 320802
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3793
 Fax:  (415) 703-5480
 E-mail:  Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 2:11-cv-09916-SSS-KES<br><br>**STATUS REPORT**[1]<br><br>Judge:   The Honorable Karen E. Scott<br><br>Action Filed: November 30, 2011 |

On May 7, 2025, the Court ordered a stay in this case until the Ninth Circuit issues a decision in *Baird v. Bonta*, No. 24-565 (9th Cir.).  ECF No. 227.  The Court further ordered the parties to file a joint status report within 90 days of the date of its order, or within 14 days after the Ninth Circuit issued a decision, whichever occurred first.  *Id*.  Defendant submits this status report 90 days after the Court issued its stay order.

---

[1] Plaintiff informed Defendant's counsel that he does not believe the court had jurisdiction to issue a stay, and therefore declines to join in the filing of this status report.  Accordingly, Defendant files this report unilaterally.

1

Since the stay was issued, the parties litigated Plaintiff's motion for review of the stay order. ECF Nos. 228-235. The Court ultimately denied the motion. ECF No. 237. The *Baird* appeal was argued and submitted on June 24, 2025. *Baird*, No. 24-565 (9th Cir.). The Ninth Circuit has not issued a decision in *Baird* as of the date of this filing. *Id*.

Dated: August 5, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General


*/s/ Iram Hasan*
IRAM HASAN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

SA2012104470
44744768.docx

## CERTIFICATE OF SERVICE

Case Name: ***Nichols, Charles v. Rob Bonta***
Case No.: **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>August 5, 2025</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

### "STATUS REPORT"

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>August 5, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |