Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Iram Hasan
Deputy Attorney General
State Bar No. 320802
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3793
  Fax: (415) 703-5480
  E-mail: Iram.Hasan@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES NICHOLS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 2:11-cv-09916-SSS-KES<br><br>**DEFENDANT'S STATUS REPORT**<br><br>Magistrate Judge: The Honorable Karen E. Scott<br>Trial Date: None Set<br>Action Filed: November 30, 2011 |

Defendant Rob Bonta, in his official capacity as Attorney General of California, submits this status report to alert the Court to the Ninth Circuit's recent decision in *Baird v. Bonta*, No. 24-565, 2026 WL 17404 (9th Cir. Jan. 2, 2026), holding that California's "urban open carry ban" is inconsistent with the Second Amendment. The Ninth Circuit has not issued a mandate as of the date of this filing. And today, Defendant filed a Petition for Rehearing or Rehearing En Banc. *Baird*, Dkt. No. 53.1.

///

///

1

1 | Dated:  January 16, 2026

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
R. M<small>ATTHEW</small> W<small>ISE</small>
Supervising Deputy Attorney General

*/s/ Iram Hasan*

I<small>RAM</small> H<small>ASAN</small>
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Case Name:  ***Nichols, Charles v. Rob Bonta***
Case No.:   **2:11-cv-09916-SSS-KES**

I hereby certify that on <u>January 16, 2026</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

### "DEFENDANT'S STATUS REPORT"

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

This declaration was executed on <u>January 16, 2026</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |